



# <u>Exhibit 1</u>

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

United States Patent and Trademark Office

**Reg. No. 3,328,718**

Registered Nov. 6, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# MIYANO

MIYANO MACHINERY USA, INC. (ILLINOIS CORPORATION)
940 NORTH CENTRAL AVENUE
WOOD DALE, IL 60191

FOR: MACHINES AND MACHINE TOOLS, NAMELY, TURNING CENTERS, LATHES, VERTICAL MACHINING CENTERS AND ALL PARTS THEREFOR, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 1-9-1975; IN COMMERCE 1-9-1975.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,217,317, 1,473,925, AND 1,527,809.

SER. NO. 77-111,956, FILED 2-20-2007.

GEORGIA CARTY, EXAMINING ATTORNEY

Exhibit 1

# <u>Exhibit 2</u>

**Int. Cl.: 7**

**Prior U.S. Cl.: 23**

**Reg. No. 1,527,809**

## United States Patent and Trademark Office    Registered Mar. 7, 1989

### TRADEMARK
### PRINCIPAL REGISTER



MIYANO MACHINERY USA INC. (ILLINOIS CORPORATION)
940 NORTH CENTRAL AVENUE
WOOD DALE, IL 60191

FOR: MACHINES AND MACHINE TOOLS - NAMELY, TURNING CENTERS, LATHES, VERTICAL MACHINING CENTERS AND ALL PARTS THEREFOR, IN CLASS 7 (U.S. CL. 23).

FIRST USE 10-1-1985; IN COMMERCE 10-1-1985.

OWNER OF U.S. REG. NOS. 1,217,316, 1,473,925 AND OTHERS.

SER. NO. 725,783, FILED 5-2-1988.

GERARD ROGERS, EXAMINING ATTORNEY

Exhibit 2

# **<u>Exhibit 3</u>**

Int. Cl.: 7

Prior U.S. Cl.: 23

## United States Patent and Trademark Office

Reg. No. 1,217,317
Registered Nov. 23, 1982

### TRADEMARK
### Principal Register



Miyano Machinery (U.S.A.) Inc. (Illinois corporation)
1800 N. Rockwell St.
Chicago, Ill. 60647

For: POWER LATHES, AND BAR FEEDERS THEREFOR, in CLASS 7 (U.S. Cl. 23).
First use Jan. 1970; in commerce Jan. 1970.

The mark is composed of the word Miyano with the double winged letter "M" superimposed in a triangle.

Ser. No. 328,921, filed Sep. 21, 1981.

CANDICE ABATE, Examining Attorney

Exhibit 3

# **Exhibit 4**

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77176918**
**Filing Date: 05/09/2007**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77176918 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS2\EXPORT12\771\769 \77176918\xml1\APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | M MIYANO |
| COLOR MARK | NO |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of The mark consists of the word Miyano with double winged letter "M" superimposed in a triangle.. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 406 x 370 |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Miyano Machinery USA Inc. |
| *STREET | 940 N. Central Avenue |
| *CITY | Wood Dale |
| *STATE (Required for U.S. applicants) | Illinois |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 60191 |
| PHONE | 312-245-7500 |
| FAX | 312-245-7467 |
| EMAIL ADDRESS | gkobayashi@masudafunai.com |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Illinois |
| **GOODS AND/OR SERVICES SECTION** | |

**Exhibit 4**

| INTERNATIONAL CLASS | 037 |
|---|---|
| DESCRIPTION | Repair and refurbishing services in connection with machines and machine tools, namely, turning centers, lathes, vertical machining centers and all parts therefor. |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/01/1970 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/01/1970 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\769 \77176918\xml1\APP0003.JPG |
| SPECIMEN DESCRIPTION | Service and repair personnel wearing shirts with design mark. |
| **ATTORNEY INFORMATION** | |
| NAME | George H. Kobayashi |
| ATTORNEY DOCKET NUMBER | 2260-2010 |
| FIRM NAME | Masuda, Funai, Eifert & Mitchell, Ltd. |
| STREET | 203 N. LaSalle Street |
| INTERNAL ADDRESS | Suite 2500 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60601 |
| PHONE | 312-245-7500 |
| FAX | 312-245-7467 |
| EMAIL ADDRESS | gkobayashi@masudafunai.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Sayaka Kawakami |
| **CORRESPONDENCE INFORMATION** | |
| NAME | George H. Kobayashi |
| FIRM NAME | Masuda, Funai, Eifert & Mitchell, Ltd. |
| STREET | 203 N. LaSalle Street |
| INTERNAL ADDRESS | Suite 2500 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60601 |

Exhibit 4

| PHONE | 312-245-7500 |
|---|---|
| FAX | 312-245-7467 |
| EMAIL ADDRESS | gkobayashi@masudafunai.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /George H. Kobayashi/ |
| SIGNATORY'S NAME | George H. Kobayashi |
| SIGNATORY'S POSITION | Attorney at Law |
| DATE SIGNED | 05/09/2007 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Wed May 09 18:05:57 EDT 2007 |
| TEAS STAMP | USPTO/BAS-206.165.85.15-2<br>0070509180557961701-77176<br>918-3708a1ddb77b266e6e535<br>941cc583e5d-CC-788-200705<br>09172659674129 |

PTO Form 1478 (Rev 9/2006)

OMB No. 0651-0009 (Exp 09/30/2008)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 77176918**
**Filing Date: 05/09/2007**

## To the Commissioner for Trademarks:

**MARK:** M MIYANO (stylized and/or with design, see mark)
The literal element of the mark consists of M MIYANO. The applicant is not claiming color as a feature of the mark. The mark consists of The mark consists of the word Miyano with double winged letter "M" superimposed in a triangle..
The applicant, Miyano Machinery USA Inc., a corporation of Illinois, having an address of 940 N. Central Avenue, Wood Dale, Illinois, United States, 60191, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

   International Class 037:  Repair and refurbishing services in connection with machines and machine tools, namely, turning centers, lathes, vertical machining centers and all parts therefor.
Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.
In International Class 037, the mark was first used at least as early as 01/01/1970, and first used in commerce at least as early as 01/01/1970, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or

## Exhibit 4

in connection with any item in the class of listed goods and/or services, consisting of a(n) Service and repair personnel wearing shirts with design mark..

Specimen File1

The applicant hereby appoints George H. Kobayashi and Sayaka Kawakami of Masuda, Funai, Eifert & Mitchell, Ltd., Suite 2500, 203 N. LaSalle Street, Chicago, Illinois, United States, 60601 to submit this application on behalf of the applicant. The attorney docket/reference number is 2260-2010.

Correspondence Information:        George H. Kobayashi
        Suite 2500
        203 N. LaSalle Street
        Chicago, Illinois 60601
        312-245-7500(phone)
        312-245-7467(fax)
        gkobayashi@masudafunai.com (authorized)

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /George H. Kobayashi/   Date Signed: 05/09/2007

Signatory's Name: George H. Kobayashi

Signatory's Position: Attorney at Law

RAM Sale Number: 788

RAM Accounting Date: 05/10/2007

Serial Number: 77176918

Internet Transmission Date: Wed May 09 18:05:57 EDT 2007

TEAS Stamp: USPTO/BAS-206.165.85.15-2007050918055796

1701-77176918-3708a1ddb77b266e6e535941cc

583e5d-CC-788-20070509172659674129

## Exhibit 4



Exhibit 4



Exhibit 4



<u>Exhibit 4</u>



Exhibit 4

# **<u>Exhibit 5</u>**

Int. Cl.: 7

Prior U.S. Cl.: 23

**United States Patent and Trademark Office**

Reg. No. 1,473,925
Registered Jan. 26, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## MIYANO THE WORLD LEADER IN PRECISION

MIYANO MACHINERY USA INC. (ILLINOIS CORPORATION)
940 NORTH CENTRAL AVENUE
WOOD DALE, IL 60191

FOR: MACHINES AND MACHINE TOOLS - NAMELY, TURNING CENTERS, LATHES, VERTICAL MACHINING CENTERS AND ALL PARTS THEREFOR, IN CLASS 7 (U.S. CL. 23).

FIRST USE 10-1-1985; IN COMMERCE 10-1-1985.

OWNER OF U.S. REG. NOS. 1,217,316 AND 1,217,317.

SER. NO. 650,153, FILED 3-19-1987.

STEVEN R. FINE, EXAMINING ATTORNEY

Exhibit 5

# **<u>Exhibit 6</u>**

*Used stamping press, powder metal, wire and CNC specialist.*
*We buy and sell stamping presses, powder metal presses, CNC wire forming, four-slides,*
*verti-slides, multi-slides, CNC, grinders, mills, and lathes.*
*AIM, Alpha, Bihler, Bliss, Blanchard, Dorst, Minster, Mori-Seiki, Niagara, Nilson,*
*Okuma, OMCG, Torin, Toshiba, US Baird® and more.*

**One Piece or Entire Plant**



12350 E. 9 Mile Road, Suite 18 Warren, Michigan 48089
Phone: 586-757-1600 Fax: 586-757-1685 Email: sales@rtmachinery.com

**Home** | **About Us** | **Used Machinery** | **FAQ** | **Links** | **Contact Us** | **Request for Quote**

*We carry Miyano machines and equipment*

**FIND EQUIPMENT**
Adobe Acrobat is required to read files. If you do not have it presently installed,
please visit http://www.adobe.com/products/acrobat/readstep2.html for a "free" download.

> **R.T. Machinery Sales, Inc. is a machinery dealer offering equipment for sale.**
>
> **We currently have MIYANO machine and equipment including CNC DRILLING AND TAPPING MACHINE.  We have been buying and selling used metal working and material handling machinery for years. In addition to selling equipment listed here, we buy and sell all used stamping and fabricating equipment, metalworking machines, and industrial machinery and equipment.**
>
> **Call or email; we make offers and quote on all used industrial machines!**
>
> **CNC MACHINING**

<u>Exhibit 6</u>

# **<u>Exhibit 7</u>**

# R.T. MACHINERY SALES, INC.

New and Used Machinery

12350 E Nine Mile Road – Suite 18
Warren MI 48089
(586) 757-1600 / Fax: (586) 757-1685
Email: sales@rtmachinery.com
Website: www.rtmachinery.com

## One Used Miyano CNC Drilling and Tapping Machine Model TSV23

### S/N TSV230072    1990    Machine No. 10261

Specifications:
Table size................................................................. 12" x 24"
Travels.................................................................... 17" (X) / 12" (Y) / 9" (Z)
Maximum spindle speed............................................ 8,000 RPM
Spindle taper............................................................ BT 30
Number of turrets stations ........................................ 16

Equipped with:
Fanuc OM CNC Control
Tsudokoma Pallet Changer w/(2) 12" x 19" Tables
Coolant Tank & Pump

Price......................................................................... $( please contact us for pricing)

## Exhibit 7





Exhibit 7

# **<u>Exhibit 8</u>**

PRESS RELEASE

# IRCJ approves application for assistance for Miyano Machinery Japan Inc.

**Tokyo, June 4, 2004** – The Industrial Revitalization Corporation of Japan ("the IRCJ") today approved an application by Miyano Machinery Japan Inc. for assistance under Article 22, Clause 3 of the Industrial Revitalization Corporation Act of 2003.

## 1. Outline of business approved for assistance

| | |
|---|---|
| Company name | Miyano Machinery Japan Inc. (hereafter, "Miyano") |
| Date of establishment | 1929 |
| Capital | 705 million yen |
| Head office | Ueda City, Nagano Prefecture |
| Representative | Mr. Toshiharu Miyano |
| Number of employees | 386 (as of December 31, 2003) |
| Outline of business | Manufacture and sale of industrial machinery and machine tools. |

## 2. Name of financial institution or other party jointly submitting application
Sumitomo Mitsui Banking Corporation

## 3. Outline of business revitalization plan and rationale for IRCJ involvement

### 1. Outline of business plan

#### 1. Selection and concentration of manufacturing lines
The number of models being manufactured will be reduced by approximately 50% from current levels after selection for competitive superiority, and earnings improved by focusing on a reduced number of business segments. Continuing business segments into which management resources have been concentrated will undertake active new product development.

#### 2. Improved manufacturing and sales efficiency
Manufacturing plants and sales offices will be integrated, overseas sales divisions restructured, and the scale of business activities optimized for maximum manufacturing and sales efficiency.

#### 3. Introduction of cost structure responsive to changes in business environment
The cost structure of Miyano will be reformed to make it more responsive to changes in the business environment, through measures such as reviewing the company pension system and increasing the variable portion of employee compensation.

#### 4. Numerical targets
For the fiscal year ending December 2007, the business revitalization plan targets net sales to be at the same level as they are currently, with operating income of approximately 900 million yen.

<u>Exhibit 8</u>

### 2. Organizational restructuring

The group will withdraw from non-core businesses. Core businesses will be reorganized through initiatives such as establishing a holding company for overseas marketing companies, and overall group organization will be restructured, and governance clarified, through measures such as management transfers of Group companies.

The business revitalization assumes a capital of input of 2 billion yen by the IRCJ for capital expenditure and other necessary investment.

### 3. Outline of financial support

Financial support of approximately 2.94 billion yen will be sought from financial institutions, in the form of debt forgiveness or debt equity swaps.

### 4. Implications for management

Both the current president and the current vice-president will resign as directors, as will the other directors. Any subsequent responsibilities will be decided in cooperation with the IRCJ and other parties. All resigning directors are declining any entitlement to retirement benefits. Eighty percent of shares in Miyano held by directors or by the president's family will be cancelled without compensation following the capital decrease outlined below. This will effectively reduce the share capital of these shareholders by 90%, through the combined effect of reducing total share capital by 50%, and canceling without compensation 80% of the remaining 50% of shares.

### 5. Implications for shareholders

The relative shareholding of existing shareholders will be reduced, in accordance with the 50% reduction in capital, and the third party allocation of new shares to the IRCJ and others.

### 6. IRCJ rationale for providing assistance

1. <u>Cause of current situation</u>
Due to factors including over-investment in manufacturing plant during the bubble period and the subsequent burden of interest-bearing debt, Miyano became unable to invest sufficiently in its business and was unable to reform its revenue base. The continued burden on Miyano of high levels of interest-bearing debt has now brought the Company to an intractable position.

2. <u>Possibility of revitalization</u>
At the product level, Miyano holds some leading market shares and has considerable competitive strength. Miyano has strong product development and technical skills in the production of highly rigid, automated NC lathes, and has developed a strong customer base of mainly small and medium sized auto parts makers by working closely with them to meet their needs. Miyano has a leading market share in products such as small and medium sized barwork NC lathes.

The IRCJ believes that there is a strong possibility of successfully revitalizing the company by taking measures such as eliminating excessive interest-bearing debt; investing sufficiently in necessary capital equipment; creating a cost structure that is more responsive to changes in the business environment; and reducing the number of models produced by approximately half by focusing manufacturing efforts on products that have recognized competitive superiority.

The IRCJ also believes that cost structure reforms and other measures to be taken

<u>Exhibit 8</u>

in the revitalization of Miyano will serve as a model case for the revitalization of industrial machinery manufacturers.

**4.  Comments from the State Minister In Charge Of Industrial Revitalization And Administrative Reforms and the minister relevant to the company seeking assistance.**

None expressed.

*Note on comments from ministers:
The IRCJ is a quasi-governmental organization. As such it is IRCJ policy to obtain comments about decisions to assist private-sector companies from the government ministries that regulate the industries in which these companies operate.

**5.  Debt repurchase application period**
The application period for the repurchase of debt from Miyano is from June 4, 2004 to July 13, 2004.

Note: The debt repurchase application period is a period established for the purpose of consensus building between the financial institutions concerned and the IRCJ in regard to debt repurchase and the revitalization plan. This period is so named because, where agreement is achieved in legal terms, the financial institutions concerned apply to the IRCJ for debt repurchase etc.

**6.  Request for temporary cessation of demands for credit repayment**
Under Article 24, Clause 1 of the Industrial Revitalization Corporation Act, financial institutions and other creditors of Miyano have been requested not to recover loans or exercise any other rights they may have as creditors before the end of the debt repurchase application period as per item 5 above.

**7.  Treatment of trade and other creditors**
The decision to provide assistance concerns only the request for financial support made to financial institutions in regard to amounts lent to the assisted business and has no effect on the claims of trade and other creditors.

**For more information, please contact**
Corporate Planning Department
The Industrial Revitalization Corporation of Japan
Tel: 03-6212-6437

#     #     #

**About the IRCJ:**
The IRCJ was established jointly by the public and private sector on April 16, 2003, with the aim of providing revitalization assistance beneficial to both the industrial and the financial sectors in Japan. It targets assistance at companies that have sound business fundamentals but are unable to thrive because of excessive debt levels or other factors. The IRCJ has approximately 160 employees and is based in Tokyo. For more information please visit www.ircj.co.jp

<u>Exhibit 8</u>

# **<u>Exhibit 9</u>**

(210) [Application number]                    2004-075219
(220) [Application date]                       2004/08/13
        [Date of entry into force of prior right] 2004/08/13
        [Date of final disposition]
        [Type of final disposition]
        [Type of application]

---

        [Trademark(for retrieval)]            M Miyano
(531) [Figure Term(Vienna Classification)] 3.7.17; 26.3.1; 26.3.7; 26.3.15; 26.3.18; 27.5.1.13; 27.5.8;
                                             27.5.21

---

        [Similar group code]                  09A01 09A02 09A03 09A05 09A06 09A07 09A08
                                              09A09 09A10 09A11 09A13 09A41 09A43 09A45
                                              09A47 09A61 09A62 09A63 09A64 09A65 09A66
                                              09A67 09A68 09A69 09A70 09B01 09B02 09C01
                                              09D01 09E23 09E24 09E26 09E27 09E28 09E29 09E30
                                              09F01 09F02 09F03 09F04 09F05 09G54 09G55 09G63
                                              11A01 11A06 11D01
        [Applied law]                         Trademark Law in 1996
        [Edition of International Classification] 8
(500) [Number of class]                       1
(511)(512) [Class]
              7

<u>Exhibit 9</u>

(210) 2004-075219
(540)

[1/1]



Exhibit 9

# Exhibit 10

(210) [Application number]                    2004-075218
(220) [Application date]                       2004/08/13
      [Date of entry into force of prior right] 2004/08/13
      [Date of publication of application]      2004/09/09
      [Transmission date of refusal]
      [Date of final disposition]
      [Type of final disposition]
      [Type of application]

---

      [Trademark(for retrieval)]               M
(531) [Figure Term(Vienna Classification)] 3.7.17; 27.5.1.13; 27.5.8; 27.5.21

---

      [Additional information]
(641) [Repetition number]
      [Appeal/Trial number]
      [Type of appeal/trial]
      [Date of request for appeal/trial]
      [Petition and joukoku-appeal division]
      [Petition and joukoku-appeal division number]
      [Date of petition and joukoku-appeal]

---

      [Similar group code]                     09A01 09A02 09A03 09A05 09A06 09A07 09A08
                                               09A09 09A10 09A11 09A13 09A41 09A43 09A45
                                               09A47 09A61 09A62 09A63 09A64 09A65 09A66
                                               09A67 09A68 09A69 09A70 09B01 09B02 09C01
                                               09D01 09E23 09E24 09E26 09E27 09E28 09E29 09E30
                                               09F01 09F02 09F03 09F04 09F05 09G54 09G55 09G63
                                               11A01 11A06 11D01
      [Applied law]                            Trademark Law in 1996
      [Edition of International Classification] 8
(500) [Number of class]                        1
(511)(512) [Class]
           7

Exhibit 10

(210) 2004-075218
(540)

---

[1/1]

