08 C 526

JUDGE KENDALL
MAGISTRATE JUDGE NOLAN

# Exhibit 11



# MIYANOHITEC MACHINERY, INC.

## CONTACT

- Corporate Headquarter:
  *50 Dundee Lane, Barrington Hills, Illinois 60010-5106 U.S.A.*
- Telephone:
  *+1 (847) 382-2794*
- Facsimile:
  *+1 (847) 382-4928*
- E-Mail :
  *hitecinc@hotmail.com*

## About MIYANOHITEC

MIYANOHITEC, established in March of 2005.
We go back to 1899 for the full history from Tsunoda Metal Works (in Japan)-> Miyano Metal Works (in Japan) -> Miyano Machinery, Inc. (in Japan)(*1)-> MIYANOHITEC MACHINERY, INC..
With over 100 years of history.

*1: On June 2003, our family gave up the ownership of Miyano Machinery, Inc.(in Japan) owned with a Japanese Citizenship. We re-established again a new machine company by the name of "MIYANOHITEC MACHINERY, INC." as an U.S. based company owned by an American citizenship.

## NEWS

- 2007/04/02-04/04 : Chicago Business Opportunity Fair 40th Anniversary at Navy Pier - Chicago, Illinois

## SERVICE

We Supply various production systems such as a CNC-Lathe, Machining Center, CNC-Grinders and more.
We provide High-End Quality machines and very reasonable cost machines also.
We also have the capability for creating CNC-Lathes and Machining-Center systems.

http://www.miyanohitec.com/     Exhibit 11     3/30/2007