

# <u>Exhibit 12</u>



**Tom & Steven Miyano Machinery** (MIYANOHITEC MACHINERY, Inc.)

### CONTACT

- Corporate Headquarter
  50 Dundee Lane, Barrington Hills, Illinois
  60010-5106 U.S.A.
- Telephone:
  +1 (847) 382-2794
- Facsimile
  +1 (847) 382-4928
- E-Mail :
  miyano@miyanohitec.com

### NEWS

- 2007/04/30-05/02: MMBDC 26th Annual Michigan
  Minority Procurement Conference & Trade Fair - Detroit,
  Michigan

### About TOM & STEVEN MIYANO MACHINERY

Incorporated as "MIYANOHITEC MACHINERY, Inc." and
established in March of 2005.

We go back to 1899 for the full history from Tsunoda Metal
Works (in Japan) » Tom & Steven Miyano
Machinery" (MIYANOHITEC MACHINERY, Inc.) With over
100 years of history."

*2. In June 2003, our family gave up the ownership of Miyano
Machinery, Inc. in Japan and the United States. We established a
new machine company operating as "TOM & STEVEN
MIYANO MACHINERY" incorporated in the U.S as
MIYANOHITEC MACHINERY, Inc.

### SERVICE

We Supply various production systems such as a CNC-Lathe,
Machining Center, CNC-Grinders.

We provide High-End Quality machines and very reasonable cost
machines also.

We also have the capability for creating CNC-Lathes and

**Exhibit 12**



MIYANOHITEC MACHINERY , INC . - Microsoft Internet Explorer

Address http://www.miyanohitec.com/

- Corporate Headquarter
  *50 Dundee Lane, Barrington Hills, Illinois*
  *60010-5106 U.S.A.*
  - Telephone:
    +1 (847) 382-2794
  - Facsimile
    +1 (847) 382-4928
  - E-Mail:
    miyano@miyanohitec.com

**NEWS**

- 2007/04/30-05/02: MMBDC 26th Annual Michigan Minority Procurement Conference & Trade Fair - Detroit, Michigan

**Disclaimer**

- * We are NOT affiliated with "Miyano Machinery, Inc." in Japan or "Miyano Machinery USA, Inc." in any way

established in March of 2005

We go back to 1899 for the full history from Tsunoda Metal Works (in Japan) >> "Tom & Steven Miyano Machinery" (MIYANOHITEC MACHINERY, Inc.). With over 100 years of history.

*2. In June 2003, our family gave up the ownership of Miyano Machinery, Inc. in Japan and the United States. We established a new machine company operating as "TOM & STEVEN MIYANO MACHINERY" incorporated in the U.S. as MIYANOHITEC MACHINERY, Inc.

**SERVICE**

We Supply various production systems such as a CNC-Lathe, Machining Center, CNC-Grinders.
We provide High-End Quality machines and very reasonable cost machines also.
We also have the capability for creating CNC-Lathes and Machining-Center systems.

Exhibit 12

# <u>Exhibit 13</u>



TOM & STEVEN MIYANO MACHINERY
(MiyanoHitec Machinery, Inc.)

**Our Machines**

**Machine Rep.**

**Components**

### service

**We** as a certified **MBE** provide the following services:

**We** supply various CNC production system ranging from max. load 8 tons to 5 axis multi palette *Jig Borers*, precision *Gear Shaving machines*, to ordinary *CNC Lathes, Machining Centers, CNC Grinding machines* from High-End Quality machines to very reasonable cost machines.

**We** also supply Components such as Clutch Guide Hubs and Pistons, Torque Converter Hubs and Sleeves, Fan Drive Hubs, Axle Tubde Flange, cam shaft, e.t.c. **cold** /or **hot** formed vital components

**We** also have the capability for creating CNC Lathes and Machining Center systems

### disclamer

*We are not affiliated with Miyano Machinery, Inc in Japan and Miyano Machinery USA, Inc. in any way.

### news

October 28 - 31 "2007 Conference and Business Opportunity Fair" - Miami Beach/Florida

June 21 - Added "Components Division" link from top page.

April 30 - May 2, 2007 - 26th Annual Michigan Minority Procurement Conference and Trade Fair - Detroit/Michigan

April 2 - 4, 2007 - 40th

### contact

Corporate Headquarter:
50 Dundee Lane, Barrington Hills, Illinois 60010
Tel: 847-382-**2794** Fax: 847-382-**4928** E-mail: miyano@miyanohitec.com

Exhibit 13

# Exhibit 14

ᆿᕱᔦ MIYANOHITEC MACHINERY, INC.

Exhibit 14

**⪫M⪪ MIYANOHITEC MACHINERY, INC.**

50 Dundee Lane, Barrington Hills, Illinois 60010-5106 USA

*We are not affiliated in any way with Miyano Machinery USA, Inc. and Miyano Machinery, Inc. in Japan.*

# Exhibit 15



**Visitors    Exhibitors    International    Media**

Find an Exhibitor  |  Floor Plans  |  Why Attend  |  Show Info  |  Student Summit  |  Hotel and Travel  |  MyMap

Search: [____]  🔍                                           *International Manufacturing Technology Show*  🏠 ✉ ❓

## also ...

Fact Sheet

Pavilions

History

Show Highlights

IMTS 2006 Wrap Up







The IMTS Compass e-newsletter is your "how-to" guide for the BIG Show. We'll let you know when **registration opens**, give you travel info and tips and tricks. Enter your e-mail and click SUBMIT to start your subscription.

🔘 Subscribe   ⚪ Unsubscribe

[ SUBMIT ]

# IMTS Fact Sheet

**Name of Show:** IMTS 2008 - International Manufacturing Technology Show
**Show Sponsor:** AMT-The Association For Manufacturing Technology
**Show Dates:** September 8-13, 2008
**Show Location:** McCormick Place, Chicago, IL USA

### About the Event:

IMTS 2008 is the 27th edition of the premier manufacturing technology show in North America.  More than 1,200 exhibiting companies will occupy 1.2 million net square feet of exhibit space at the McCormick Place complex in Chicago, Illinois.  IMTS is held every even-numbered year in Chicago and attracts more 90,000 buyers and sellers from 119 countries.

### Pavilions:

To help guide attendees to booths quickly and easily, we organize exhibits in Pavilions that are geared toward specific industries, technologies and solutions.  Following is the list of Pavilions: Abrasive Machining/Sawing/Finishing; Controls & CAD/CAM; EDM; Gear Generation; Machine Components/Cleaning/Environmental; Metal Cutting; Metal Forming & Fabricating/Lasers; Quality Assurance; and Tooling and Workholding Systems.

### Attendees:

Manufacturing industry professionals from the United States and from over 119 countries from around the world attend IMTS. They attend to see more than 15,000 new machine tools, controls, computers, software, components, systems and processes that can improve their efficiency. They will also gain valuable ideas and insights from over 1,200 of the worlds leading equipment producers. They come to look and they come to buy.

### Exhibitors:

Over 1,200 exhibitors from the metalworking industry will display their products and productivity solutions at McCormick Place in Chicago covering 1.2 net square foot of show floor. Leading manufacturers will display their equipment in the following product category pavilions: Metal Cutting: Contains everything from machining centers and assembly automation to Flexible Manufacturing Systems and lathes. Tooling & Work holding Systems: Features jigs, fixtures, cutting tools of all types and related accessories. Metal Forming & Fabricating/Laser: Home to all type of presses as well as laser systems, coil and strip handling equipment, heat treating and more.

Other pavilions at IMTS include Abrasive Machining /Sawing/Finishing; Controls & CAD –CAM; EDM; Gear Generation; Machine Components/ Cleaning/ Environmental and Quality Assurance.

### Manufacturing Business and Technology Forum

**"Where Technology and Business Connect"** The IMTS Forum brings together experts from the industry to give you the most useful and up-to-date technical information available.

Program to be presented by AMT, SME and other association partners. Details to follow.

### Show Registration Fees

Registration will open in January 2008.
**Exhibits Only Registration:** $25.00 if registered on or before August 1, 2008. After August 1, 2008 registration is $50.00. To save money, take advantage of the special price given for groups. To qualify as a group, you must have 5 or more people from the same company, and everyone must register at the same time. Group registration is $15.00/person.

Subscribe to the "IMTS Compass e-newsletter" (look below left-hand navigation) and you will be notified when registration opens.
.

### Show Management

AMT - The Association For Manufacturing Technology
7901 Westpark Drive
McLean, VA 22102-4206 USA
http://www.amtonline.org

Return to Show Info main page



**CONNECTING GLOBAL TECHNOLOGY**

International Manufacturing Technology Show: September 8-13, 2008 McCormick Place Chicago, IL
Copyright © 2007 AMT-The Association For Manufacturing Technology, All Rights Reserved - Important Info

<u>Exhibit 15</u>

# Exhibit 16

Exhibit 16



# **<u>Exhibit 17</u>**

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | **ESTTA137480** |
|---|---|
| Filing date: | **04/25/2007** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Petition for Cancellation

Notice is hereby given that the following parties request to cancel indicated registration.

## Petitioner Information

| Name | Mr.TomMiyano | | |
|---|---|---|---|
| Entity | Individual | Citizenship | UNITED STATES |
| Address | 50 Dundee Lane<br>Barrington Hills, IL 60010-5106<br>UNITED STATES | | |

| Name | Mr.StevenMiyano | | |
|---|---|---|---|
| Entity | Individual | Citizenship | UNITED STATES |
| Address | 50 Dundee Lane<br>Barrington Hills, IL 60010-5106<br>UNITED STATES | | |

| Attorney information | Vernon Francissen<br>53 W. Jackson Blvd., Suite 1320<br>Chicago, IL 60604<br>UNITED STATES<br>vern@francissenpatentlaw.com, robert@karton.us Phone:(312)294-9980 |
|---|---|

## Registration Subject to Cancellation

| Registration No | 1217317 | Registration date | 11/23/1982 |
|---|---|---|---|
| Registrant | MIYANO MACHINERY INC.<br>940 NORTH CENTRAL AVENUE<br>WOOD DALE, IL 60191<br>UNITED STATES | | |
| Goods/Services Subject to Cancellation | Class 007. First Use: 1970/01/00 , First Use In Commerce: 1970/01/00<br>Goods/Services: Power Lathes, and Bar Feeders Therefor | | |
| Grounds for Cancellation | Abandonment Trademark Act section 14 | | |

| Attachments | Petition to Cancel.PDF ( 3 pages )(213306 bytes ) |
|---|---|

| Signature | /vernon w. francissen/ |
|---|---|
| Name | Vernon Francissen |
| Date | 04/25/2007 |

<u>Exhibit 17</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK AND APPEAL BOARD

In the matter of Registration No. 1,217,317:     M MIYANO with design
Date registered:  November 23, 1982

| | |
|---|---|
| TOM MIYANO AND STEVEN MIYANO  ) | |
| ) | |
| Petitioners,  ) | |
| ) | |
| v.  ) | Cancellation No. _____ |
| ) | |
| MIYANO MACHINERY INC.  ) | |
| ) | |
| Respondent,  ) | |

## PETITION FOR CANCELLATION

Petitioners Tom and Steven Miyano, individuals located and doing business at 50 Dundee Lane, Barrington Hills, Illinois, hereby petition for cancellation of Respondent's U.S. Trademark Reg. No. 1,217,317 for M MIYANO with design on the ground of abandonment. In support of the petition, Petitioners allege as follows:

1.  On information and belief, Respondent has made no use of the mark M MIYANO with design in connection with the goods/services listed in the existing registration for at least three consecutive years preceding the filing of this petition for cancellation and Respondent has no intent to resume such use.

2.  As a result of Respondent's failure to use the M MIYANO with design with intent not to resume such use, the M MIYANO with design mark that is the subject of Registration No. 1,217,317 has become abandoned for purposes of Section 45 of the Trademark Act.

3.  Further, at the time the Respondent filed the required Section 8 Declaration of Continued Use in connection with Registration No. 1,217,317, Petitioner Tom Miyano was President of Registrant Miyano Machinery (U.S.A.) Inc.

4.  Registrant Miyano Machinery (U.S.A.) Inc. is predecessor in interest to Respondent Miyano Machinery Inc.

5.  Petitioner Tom Miyano, as President of Registrant Miyano Machinery (U.S.A.) Inc., instructed that Registration No. 1,217,317 not be renewed because the M MIYANO with design mark was not in use in connection with the goods/services listed in the existing registration.

6.  The M MIYANO with design mark was not in use in connection with the goods/services listed in the existing registration at the time the Respondent filed the required Section 8 Declaration of Continued Use in connection with Registration No. 1,217,317.

## Exhibit 17

In re the matter of Registration No. 1,217,317

     7.  The allegations of use set forth in the Section 8 Declaration of Continued Use were, therefore, fraudulent allegations made to deceive the Patent and Trademark Office into maintaining Registration No. 1,217,317 when the registration should properly have been canceled for nonuse.

     WHEREFORE, Petitioner prays that the petition for cancellation be granted with Registration No. 1,217,317 being ordered canceled.

     Petitioners submit the required fee of $300.00.  If the fee is found deficient for any reason, please charge the deficiency to Deposit Account No. 503594.

               Respectfully submitted,

               TOM AND STEVEN MIYANO,
                Petitioners

By:   _____
          Vernon W. Francissen, Reg. No. 41,762
          Attorney for Petitioners
          FRANCISSEN PATENT LAW, P.C.
          53 W. Jackson Blvd., Suite #1320
          Chicago, Illinois 60604
          (312)294-9980 telephone
          (312)275-8772 facsimile
          Customer No.:  54384

          Robert M. Karton
          Attorney for Petitioners
          Robert M. Karton, Ltd.
          77 W. Washington St., Suite 900
          Chicago, Illinois 60602-2804
          (312)214-0900 telephone
          (312)214-4230 facsimile

Date:  April 25, 2007

Exhibit 17

In re the matter of Registration No. 1,217,317

<u>CERTIFICATE OF MAILING</u>

     I hereby certify that a true copy of the foregoing PETITION FOR CANCELLATION was served on MIYANO MACHINERY INC. was mailed, first-class postage prepaid, on the date shown below to: George Kobayashi, Musada Funai, 203 N. LaSalle Street, Suite 2500, Chicago IL 60601-1262.

Date: _April 25, 2007_

<u>Exhibit 17</u>

# <u>Exhibit 18</u>

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

In the matter of Registration No. 1,217,317:        M MIYANO with design
Date registered: November 23, 1982

TOM MIYANO AND STEVEN MIYANO, )
                                                                     )
                              Petitioners,        )
                                                                     )
                v.                                            )
                                                                     )        Cancellation No. 92047422
MIYANO MACHINERY, INC.,                    )
                                                                     )
                              Respondent.      )

**RECEIVED**
**JUN 2 5 2007**
Cook, Alex, McFarron, Manzo
Cummings & Mehler, Ltd.

**MOTION OF PETITIONERS FOR LEAVE TO FILE,**
***INSTANTER*, AMENDED PETITION FOR CANCELLATION**

Tom and Steven Miyano, Petitioners herein, by their attorneys, move for leave to file,

*instanter*, their Amended Petition for Cancellation and, in support thereof, state:

1.        Petitioners filed their Petition for Cancellation on April 25, 2007.

2.        Petitioners were served with Respondent's Motion to Dismiss by mail posted June

4, 2007.

3.        Petitioners believe that said Motion to Dismiss is legally insufficient in that the

Petition provided adequate notice to Respondent under Fed. R. Civ. P. 8.  Further, Petitioners

respectfully submit that the amended petition is made as a matter of course as provided under

Fed. R. Civ. P. 15(a) because Respondent's motion is directed to the pleadings and not a

responsive pleading.  *See James V. Hurson Assocs. v. Glickman*, 229 F.3d 277, 282-83 (D.C.Cir.

2000).  However, in the interest of judicial economy, Petitioners ask leave to file, *instanter*, their

Amended Petition for Cancellation, which more fully sets forth the essential elements for said

Petition, including, but not limited to, the damage to be sustained by Petitioners by the

continuation of Trademark Reg. No. 1,217,317 for the M MIYANO with design ("the Mark"),

**Exhibit 18**

which Respondent has abandoned as set forth in said Petition, which had continued to be abandoned prior to the original filing of the Petition, and which was fraudulently maintained.

4. This Motion is made in the interests of justice and not for the purpose of delay.

WHEREFORE, Petitioners move that their Motion for Leave to File, *instanter*, their attached Amended Petition for Cancellation be granted, that the suspension of these proceedings be vacated, and that Respondent be granted leave to answer or otherwise plead in accordance with applicable law.

Respectfully submitted,

TOM AND STEVEN MIYANO,
Petitioners


By: /s/ Robert M. Karton /s/
Vernon W. Francissen, Reg. No. 41,762
Attorney for Petitioners
FRANCISSEN PATENT LAW, P.C.
53 W. Jackson Blvd., Suite #1320
Chicago, Illinois 60604
(312)294-9980 telephone
(312)275-8772 facsimile
Customer No.: 54384

Robert M. Karton
Attorney for Petitioners
ROBERT M. KARTON, LTD.
77 W. Washington St., Suite 900
Chicago, Illinois 60602-2804
(312)214-0900 telephone
(312)214-4230 facsimile

Date: June 22, 2007

Exhibit 18

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

In the matter of Registration No. 1,217,317:          M MIYANO with design
Date registered: November 23, 1982

TOM MIYANO AND STEVEN MIYANO  )
                              )
              Petitioners,    )
                              )
          v.                  )          Cancellation No. 92047422
                              )
MIYANO MACHINERY INC.         )
                              )
              Respondent,     )

## AMENDED PETITION FOR CANCELLATION

Petitioners Tom and Steven Miyano, individuals located and doing business at 50 Dundee Lane, Barrington Hills, Illinois, hereby petition for cancellation of Respondent's U.S. Trademark Reg. No. 1,217,317 for M MIYANO with design on the grounds of abandonment and fraud. In support of the petition, Petitioners allege as follows:

1. On information and belief, the current owner of Trademark Reg. No. 1,217,317 for M MIYANO with design ("the Mark") is Respondent Miyano Machinery Inc.

2. Respondent has threatened to assert the rights under Registration No. 1,217,317 against the following mark currently used by Petitioners:



3. Petitioners own the right to use the mark shown in paragraph 2 in Japan.

4. Petitioners began using the mark shown in paragraph 2 in the United States at least as early as November 3, 2006.

5. Accordingly, Respondent's continued ownership and maintenance of Registration No. 1,217,317 is or will be damaging to Petitioners.

### Count I: Abandonment

6. Petitioners repeat and re-allege paragraphs 1-5 as though fully set forth herein.

7. On information and belief, Respondent has made no use of the Mark M MIYANO with design in connection with the goods/services listed in the existing registration for at least

<u>Exhibit 18</u>

In re the matter of Registration No. 1,217,317
Cancellation No. 92047422

three consecutive years preceding the filing of this petition for cancellation and Respondent
has no intent to resume such use.

8. As a result of Respondent's failure to use the M MIYANO with design with intent
not to resume such use, the M MIYANO with design mark that is the subject of Registration
No. 1,217,317 has become abandoned for purposes of Section 45 of the Trademark Act.

## Count II: Fraud

9. Petitioners repeat and re-allege paragraphs 1-5 as though fully set forth herein.

10. In 2002, George Kobayashi filed a required Section 8 Declaration of Continued
Use in connection with Registration No. 1,217,317 stating that the owner was using or was
using through a related company the mark in commerce on or in connection with the
goods/services.

11. On information and belief, Registrant Miyano Machinery (U.S.A.) Inc. is
predecessor in interest to Respondent Miyano Machinery Inc.

12. At the time the Respondent filed the required Section 8 Declaration of Continued
Use in connection with Registration No. 1,217,317, Petitioner Tom Miyano was President of
Registrant Miyano Machinery (U.S.A.) Inc.

13. Petitioner Tom Miyano, as President of Registrant Miyano Machinery (U.S.A.)
Inc., instructed that Registration No. 1,217,317 not be renewed because the M MIYANO with
design mark was not in use in connection with the goods/services listed in the existing
registration.

14. The M MIYANO with design mark was not in use in connection with the
goods/services listed in the existing registration at the time the Respondent filed the required
Section 8 Declaration of Continued Use in connection with Registration No. 1,217,317.

15. The allegations of use set forth in the Section 8 Declaration of Continued Use
were fraudulent allegations made to deceive the Patent and Trademark Office into
maintaining Registration No. 1,217,317 when the registration should properly have been
canceled for nonuse.

WHEREFORE, Petitioners pray that the petition for cancellation be granted with
Registration No. 1,217,317 being ordered canceled.

Petitioners submit that this amended petition is made as a matter of right as provided
under Fed. R. Civ. P. 15(a) because Respondent's motion is directed to the pleadings and not
responsive to the pleadings. In the alternative, Petitioners request that the Board grant leave
to amend. Petitioners submit that the required fees were paid with the initial filing of the
Petition. If the fee is found deficient for any reason, please charge the deficiency to Deposit
Account No. 503594.

Exhibit 18

In re the matter of Registration No. 1,217,317
Cancellation No. 92047422

Respectfully submitted,

TOM AND STEVEN MIYANO,
Petitioners

By:  /s/ Vernon W. Francissen /s/
     Vernon W. Francissen, Reg. No. 41,762
     Attorney for Petitioners
     FRANCISSEN PATENT LAW, P.C.
     53 W. Jackson Blvd., Suite #1320
     Chicago, Illinois 60604
     (312)294-9980 telephone
     (312)275-8772 facsimile
     Customer No.:  54384

     Robert M. Karton
     Attorney for Petitioners
     Robert M. Karton, Ltd.
     77 W. Washington St., Suite 900
     Chicago, Illinois 60602-2804
     (312)214-0900 telephone
     (815)301-9114 facsimile

Date:  June 22, 2007

<u>Exhibit 18</u>

In re the matter of Registration No. 1,217,317
Cancellation No. 92047422

<u>CERTIFICATE OF MAILING</u>

    I hereby certify that a true copy of the foregoing MOTION OF PETITIONERS FOR LEAVE TO FILE, *INSTANTER*, AMENDED PETITION FOR CANCELLATION and AMENDED PETITION FOR CANCELLATION was served on MIYANO MACHINERY INC. was mailed, first-class postage prepaid, on the date shown below to: Joel H. Bock, Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd., 200 W. Adams St., Suite 2850, Chicago IL 60606 and George Kobayashi, Musada Funai, 203 N. LaSalle Street, Suite 2500, Chicago IL 60601-1262.

Date:  June 22, 2007        /s/ Vernon W. Francissen /s/

<u>Exhibit 18</u>

# **Exhibit 19**

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | **ESTTA175591** |
|---|---|
| Filing date: | **11/19/2007** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Petition for Cancellation

Notice is hereby given that the following parties request to cancel indicated registration.

## Petitioner Information

| Name | Mr. Tom Miyano | | |
|---|---|---|---|
| Entity | Individual | Citizenship | UNITED STATES |
| Address | 50 Dundee Lane<br>Barrington Hills, IL 60010-5106<br>UNITED STATES | | |

| Name | Mr. Steven Miyano | | |
|---|---|---|---|
| Entity | Individual | Citizenship | UNITED STATES |
| Address | 50 Dundee Lane<br>Barrington Hills, IL 60010-5106<br>UNITED STATES | | |

| Attorney information | Vernon W. Francissen<br>53 W. Jackson Blvd., Suite 1320<br>Chicago, IL 60604<br>UNITED STATES<br>vern@francissenpatentlaw.com Phone:312-294-9980 |
|---|---|

## Registration Subject to Cancellation

| Registration No | 3328718 | Registration date | 11/06/2007 |
|---|---|---|---|
| Registrant | Miyano Machinery USA, Inc.<br>940 North Central Avenue<br>Wood Dale, IL 60191<br>UNITED STATES | | |

## Goods/Services Subject to Cancellation

| Class 007. First Use: 1975/01/09 First Use In Commerce: 1975/01/09<br>All goods and services in the class are cancelled, namely: Machines and machine tools, namely, turning centers, lathes, vertical machining centers and all parts therefor |
|---|

## Grounds for Cancellation

| Consists of or comprises a name, portrait, or signature of a living individual without written consent, or the name, portrait, or signature of a deceased president without the written consent of the surviving spouse | Trademark Act section 2(c) |
|---|---|
| *Torres v. Cantine Torresella S.r.l.* Fraud | 808 F.2d 46, 1 USPQ2d 1483 (Fed. Cir. 1986) |

| Related Proceedings | Cancellation No. 92047422 |
|---|---|

<u>Exhibit 19</u>

| Attachments | Petition_for_Cancellation_MIYANO.pdf ( 4 pages )(79631 bytes ) |
|---|---|

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /s/ Vernon W. Francissen /s/ |
|---|---|
| Name | Vernon W. Francissen |
| Date | 11/19/2007 |

<u>Exhibit 19</u>

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

In the matter of Registration No. 3328718

U.S. Trademark Application No. 77/111,956:     MIYANO standard character mark

Filing date:  February 20, 2007

| | |
|---|---|
| TOM MIYANO AND STEVEN MIYANO  ) | |
| ) | |
| Petitioners,  ) | |
| ) | |
| v.                    ) | Cancellation No. TBD |
| ) | |
| MIYANO MACHINERY USA INC.        ) | |
| ) | |
| Respondent,  ) | |

**PETITION FOR CANCELLATION**

Petitioners Tom Miyano and Steven Miyano, individuals located and doing business at 50 Dundee Lane, Barrington Hills, Illinois, hereby petition for cancellation of Respondent's Registration No. 3328718 for the standard character mark MIYANO on the grounds that (1) the mark was obtained contrary to the provisions of 15 U.S.C. §1052(c) in that the mark identifies petitioners who are living individuals who have not given consent to have their surname registered as a trademark; and (2) Respondent knew of the existence of each of the Petitioners and that the mark is Petitioners' surname and, therefore, the registration was obtained by fraud on the Trademark Office.  In support of the petition, Petitioners allege as follows:

1.  On information and belief, the current owner of the trademark Registration No. 3328718 for the standard character mark MIYANO ("the Mark") is Respondent Miyano Machinery USA Inc.

2.  Petitioner Tom Miyano is a living individual with the surname "Miyano".

2.  Petitioner Steven Miyano is a living individual with the surname "Miyano".

3.  Petitioners are well known in the industry of machinery and machine tools.

4.  The relevant public identifies the name "Miyano" with Petitioners.

5.  Petitioners did not give their consent to Respondent's registration of their surname as a mark.

6.  Petitioner Tom Miyano was formerly President of Respondent Miyano Machinery USA Inc.

<u>Exhibit 19</u>

7.   Respondent knew of the existence of Petitioners at the time of filing of U.S. Trademark Appl. No. 77/111,956, which resulted in the issuance of Registration No. 3328718, and during the pendency thereof.

8.   Petitioners will be irreparably harmed by Respondent's continued ownership and maintenance of a registration of Petitioners' surname.

### Count I:  Registration Contrary to 15 U.S.C. §1052(c)

9.   Petitioners repeat and re-allege paragraphs 1-8 as though fully set forth herein.

10.   The Mark being the name of Petitioners and identifying Petitioners to the relevant public for the goods identified in the description of goods, the Mark was registered contrary to the provisions of 15 U.S.C. §1052(c) in that the mark consists of the name of these particular living individuals who have not given consent to have their name registered as a mark.

### Count II:  Fraud

11.   Petitioners repeat and re-allege paragraphs 1-10 as though fully set forth herein.

10.   In February 20, 2007, George Kobayashi filed a Declaration on behalf of Respondent stating that "no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her that all statements made on information and belief are believed to be true."

11.   At the time that the declaration described in paragraph 10 was signed, Respondent knew of the existence of the Petitioners and that Petitioners were using their surname in connection with goods falling within Respondent's description of goods/services.

12.   At the time that the declaration described in paragraph 10 was signed, Respondent knew that Respondent's use of the Mark was likely to cause confusion, mistake or to deceive the relevant public for the described goods.

13.   At the time that the declaration described in paragraph 10 was signed, prior Registration no. 1,217,317 was being maintained by Respondent through fraud and is the subject of Cancellation no. 92047422.

14.   The Declaration on behalf of Respondent being knowingly false, the Registration was obtained through fraud on the Trademark Office.

WHEREFORE, Petitioners pray that the petition for cancellation be granted with Registration No. 3328718 for the standard character mark MIYANO being ordered canceled.

**Exhibit 19**

Respectfully submitted,

TOM MIYANO and STEVEN MIYANO,
Petitioners


By: /s/ Vernon W. Francissen /s/
Vernon W. Francissen, Reg. No. 41,762
Attorney for Petitioners
FRANCISSEN PATENT LAW, P.C.
53 W. Jackson Blvd., Suite #1320
Chicago, Illinois 60604
(312)294-9980 telephone
(312)275-8772 facsimile
Customer No.: 54384

Robert M. Karton
Attorney for Petitioners
Robert M. Karton, Ltd.
77 W. Washington St., Suite 900
Chicago, Illinois 60602-2804
(312)214-0900 telephone
(815)301-9114 facsimile


Date: November 19, 2007

Exhibit 19

## CERTIFICATE OF MAILING

I hereby certify that a true copy of the foregoing **PETITION FOR CANCELLATION** was mailed, first-class postage prepaid, on the date shown below to: George Kobayashi, Musada Funai, 203 N. LaSalle Street, Suite 2500, Chicago IL 60601-1262.

Date:  November 19, 2007                /s/ Vernon W. Francissen /s/

<u>Exhibit 19</u>

# Exhibit 20

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77111956**
**Filing Date: 02/20/2007**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77111956 |
| **MARK INFORMATION** | |
| *MARK | MIYANO |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | MIYANO |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Miyano Machinery USA, Inc. |
| *STREET | 940 North Central Avenue |
| *CITY | Wood Dale |
| *STATE (Required for U.S. applicants) | Illinois |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 60191 |
| PHONE | 312-245-7500 |
| FAX | 312-245-7467 |
| EMAIL ADDRESS | gkobayashi@masudafunai.com |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Illinois |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 007 |
| DESCRIPTION | Machines and machine tools, namely, turning centers, lathes, vertical machining centers and all parts therefor. |
| FILING BASIS | SECTION 1(a) |

## Exhibit 20

| FIRST USE ANYWHERE DATE | At least as early as 01/09/1975 |
|---|---|
| FIRST USE IN COMMERCE DATE | At least as early as 01/09/1975 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\119\77111956\xml1\APP0003.JPG |
| SPECIMEN DESCRIPTION | Mark as displayed on goods. |

**ADDITIONAL STATEMENTS SECTION**

| PRIOR REGISTRATION(S) | The applicant claims ownership of U.S. Registration Number(s) 1473925, 1527809, and 1217317. |
|---|---|

**ATTORNEY INFORMATION**

| NAME | George H. Kobayashi |
|---|---|
| ATTORNEY DOCKET NUMBER | 2260-2005 |
| FIRM NAME | Masuda, Funai, Eifert & Mitchell, Ltd. |
| STREET | 203 N. LaSalle Street |
| INTERNAL ADDRESS | Suite 2500 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60601 |
| PHONE | 312-245-7500 |
| FAX | 312-245-7467 |
| EMAIL ADDRESS | gkobayashi@masudafunai.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Nancy E. Sasamoto |

**CORRESPONDENCE INFORMATION**

| NAME | George H. Kobayashi |
|---|---|
| FIRM NAME | Masuda, Funai, Eifert & Mitchell, Ltd. |
| STREET | 203 N. LaSalle Street |
| INTERNAL ADDRESS | Suite 2500 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60601 |
| PHONE | 312-245-7500 |

Exhibit 20

| FAX | 312-245-7467 |
|---|---|
| EMAIL ADDRESS | gkobayashi@masudafunai.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /George H. Kobayashi/ |
| SIGNATORY'S NAME | George H. Kobayashi |
| SIGNATORY'S POSITION | Attorney at Law |
| DATE SIGNED | 02/20/2007 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Tue Feb 20 20:33:30 EST 2007 |
| TEAS STAMP | USPTO/BAS-206.165.85.15-2<br>0070220203330459346-77111<br>956-360cf6e75394149f992ed<br>47dad13f5a684-CC-1003-200<br>70220202855467427 |

PTO Form 1478 (Rev 9/2006)

OMB No. 0651-0009 (Exp 09/30/2008)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 77111956**
**Filing Date: 02/20/2007**

## To the Commissioner for Trademarks:

**MARK:** MIYANO (Standard Characters, see mark)

The literal element of the mark consists of MIYANO. The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Miyano Machinery USA, Inc., a corporation of Illinois, having an address of 940 North Central Avenue, Wood Dale, Illinois, United States, 60191, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

    International Class 007:  Machines and machine tools, namely, turning centers, lathes, vertical machining centers and all parts therefor.

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 007, the mark was first used at least as early as 01/09/1975, and first used in commerce at least as early as 01/09/1975, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Mark as displayed on goods..

Specimen File1

<u>Exhibit 20</u>

The applicant claims ownership of U.S. Registration Number(s) 1473925, 1527809, and 1217317.

The applicant hereby appoints George H. Kobayashi and Nancy E. Sasamoto of Masuda, Funai, Eifert & Mitchell, Ltd., Suite 2500, 203 N. LaSalle Street, Chicago, Illinois, United States, 60601 to submit this application on behalf of the applicant. The attorney docket/reference number is 2260-2005.

Correspondence Information:              George H. Kobayashi
                                         Suite 2500
                                         203 N. LaSalle Street
                                         Chicago, Illinois 60601
                                         312-245-7500(phone)
                                         312-245-7467(fax)
                                         gkobayashi@masudafunai.com (authorized)

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /George H. Kobayashi/   Date Signed: 02/20/2007
Signatory's Name: George H. Kobayashi
Signatory's Position: Attorney at Law
RAM Sale Number: 1003
RAM Accounting Date: 02/21/2007
Serial Number: 77111956
Internet Transmission Date: Tue Feb 20 20:33:30 EST 2007
TEAS Stamp: USPTO/BAS-206.165.85.15-2007022020333045
9346-77111956-360cf6e75394149f992ed47dad
13f5a684-CC-1003-20070220202855467427

## Exhibit 20

# MIYANO

Exhibit 20



Exhibit 20