08 C 526

JUDGE KENDALL
MAGISTRATE JUDGE NOLAN

# Exhibit 26

<u>Exhibit 26</u>

| | |
|---|---|
| **From:** | TMDesignCodeComments |
| **Sent:** | Wednesday, December 19, 2007 00:11 AM |
| **To:** | vern@francissenpatentlaw.com |
| **Subject:** | Notice of Design Search Code and Pseudo Mark for Serial Number: 77351695 |

**ATTORNEY REFERENCE NUMBER:**     HTC07-001TM

The USPTO may assign design search codes and/or pseudo marks, as appropriate, to new applications and renewed registrations to assist in searching the USPTO database for conflicting marks.  They have no legal significance and will not appear on the registration certificate.

DESIGN SEARCH CODES are numerical codes assigned to figurative, non-textual elements found in marks.  For example, if your mark contains the design of a flower, design search code 05.05 would be assigned to your application.  Design search codes are described on Internet Web page http://www.uspto.gov/tmdb/dscm/index.html.

A PSEUDO MARK may be assigned to marks that include words, numbers, compound words, symbols, or acronyms that can have alternative spellings or meanings.  For example, if the mark comprises the words 'YOU ARE' surrounded by a design of a box, the pseudo mark field in the USPTO database would display the mark as 'YOU ARE SQUARE'.  A mark filed as 'URGR8' would receive a pseudo mark of 'YOU ARE GREAT'.

You are not required to respond to this notice.  However, if you would like to suggest additions or changes to the design search codes or pseudo mark assigned to your mark, please send an email to TMDesignCodeComments@USPTO.GOV or call 1-800-786-9199 to speak to a Customer Service representative.  No fee is necessary.  (Please include the serial number of your application on ALL correspondence with the USPTO.)  The USPTO will review your request and update the record if appropriate.

The USPTO will not send any further response to your e-mail.  Check TESS in approximately two weeks to see if the requested changes have been entered.  Requests deemed unnecessary or inappropriate will not be entered.

**Design search codes and pseudo marks assigned to the referenced serial number are listed below.**

**DESIGN SEARCH CODES:**

03.17.01 - Wings, birds'

**PSEUDO MARK:**

MIYANO; MACHINE

<u>Exhibit 26</u>

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77351695**
**Filing Date: 12/13/2007**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77351695 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS2\EXPORT14\773\516 \77351695\xml1\APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | M |
| COLOR MARK | NO |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of A stylized letter M with bird wings. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 554 x 348 |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Tom Miyano |
| DBA/AKA | Toshiharu Miyano |
| *STREET | 50 Dundee Lane |
| *CITY | Barrington Hills |
| *STATE (Required for U.S. applicants) | Illinois |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 60010-5106 |
| PHONE | 847-382-2794 |
| EMAIL ADDRESS | miyano@miyanohitec.com |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | INDIVIDUAL |
| COUNTRY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |

Exhibit 26

| *INTERNATIONAL CLASS | 009 |
|---|---|
| *DESCRIPTION | Machine Tools, Industry machinery instruments (exclude CNC Lathe/Automatic Lathe, Automatic Tapping Machine), Power machinery instruments, Wind & Water power machinery instruments, Office machinery instruments, other machinery instruments which are not specified above, and machine accessories and elements |
| FILING BASIS | SECTION 44(e) |
| FOREIGN REGISTRATION NUMBER | 200879 |
| FOREIGN REGISTRATION COUNTRY | Japan |
| FOREIGN REGISTRATION DATE | 12/18/1987 |
| FOREIGN REGISTRATION EXPIRATION DATE | 12/18/2007 |
| FOREIGN REGISTRATION RENEWAL DATE | 07/23/1997 |
| FOREIGN REGISTRATION FILE NAME(S) | |
| ORIGINAL PDF FILE | |
| ORIGINAL PDF FILE | |
| ORIGINAL PDF FILE | |
| ORIGINAL PDF FILE | |

## ADDITIONAL STATEMENTS SECTION

| MISCELLANEOUS STATEMENT | The Trademark Office is directed to U.S. Registration No. 1,217,317, which is the subject of Cancellation no. 92047422, and Application no. 77/176,918. Also, Tom Miyano, also known as Toshiharu Miayno, is owner of Japanese registration no. 2008979 as the legal heir to Sumiko Miyano. Supporting documentation and translations thereof are available. |
|---|---|

## ATTORNEY INFORMATION

| NAME | Vernon W. Francissen |
|---|---|
| ATTORNEY DOCKET NUMBER | HTC07-001TM |
| STREET | 53 W. Jackson Blvd., Suite 1320 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60604 |
| PHONE | 312-294-9980 |
| FAX | 312-275-8772 |
| EMAIL ADDRESS | vern@francissenpatentlaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

<u>Exhibit 26</u>

| CORRESPONDENCE INFORMATION | |
|---|---|
| NAME | Vernon W. Francissen |
| STREET | 53 W. Jackson Blvd., Suite 1320 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60604 |
| PHONE | 312-294-9980 |
| FAX | 312-275-8772 |
| EMAIL ADDRESS | vern@francissenpatentlaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| FEE INFORMATION | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE PAID | 325 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Thomas Miyano/ |
| SIGNATORY'S NAME | Tom Miyano |
| SIGNATORY'S POSITION | Owner |
| DATE SIGNED | 12/13/2007 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

## Trademark/Service Mark Application, Principal Register

Serial Number: 77351695
Filing Date: 12/13/2007

## To the Commissioner for Trademarks:

**MARK:** M (stylized and/or with design, see mark)
The literal element of the mark consists of M.
The mark consists of A stylized letter M with bird wings.
The applicant, Tom Miyano, DBA/AKA Toshiharu Miyano, a citizen of United States, having an address of 50 Dundee Lane, Barrington Hills, Illinois, United States, 60010-5106, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

    International Class 009:  Machine Tools, Industry machinery instruments (exclude CNC Lathe/Automatic Lathe, Automatic Tapping Machine), Power machinery instruments, Wind & Water power machinery instruments, Office machinery instruments, other machinery instruments which are not specified above, and machine accessories and elements

# Exhibit 26

Based on Foreign Registration: Applicant has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and submits a copy of Japan registration number 200879, registered 12/18/1987 with a renewal date of 07/23/1997 and an expiration date of 12/18/2007, and translation thereof, if appropriate. 15 U. S.C. Section 1126(e), as amended.

**Original PDF file:**
**Converted PDF file(s)** ( pages)
**Original PDF file:**
**Converted PDF file(s)** ( pages)
**Original PDF file:**
**Converted PDF file(s)** ( pages)
**Original PDF file:**
**Converted PDF file(s)** ( pages)

The Trademark Office is directed to U.S. Registration No. 1,217,317, which is the subject of Cancellation no. 92047422, and Application no. 77/176,918. Also, Tom Miyano, also known as Toshiharu Miayno, is owner of Japanese registration no. 2008979 as the legal heir to Sumiko Miyano. Supporting documentation and translations thereof are available.

The applicant hereby appoints Vernon W. Francissen, 53 W. Jackson Blvd., Suite 1320, Chicago, Illinois, United States, 60604 to submit this application on behalf of the applicant. The attorney docket/reference number is HTC07-001TM.

Correspondence Information:        Vernon W. Francissen
                                   53 W. Jackson Blvd., Suite 1320
                                   Chicago, Illinois 60604
                                   312-294-9980(phone)
                                   312-275-8772(fax)
                                   vern@francissenpatentlaw.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Thomas Miyano/   Date Signed: 12/13/2007
Signatory's Name: Tom Miyano
Signatory's Position: Owner
RAM Sale Number: 3001
RAM Accounting Date: 12/14/2007
Serial Number: 77351695
Internet Transmission Date: Thu Dec 13 17:59:46 EST 2007
TEAS Stamp: USPTO/BAS-68.251.69.171-2007121317594627
3923-77351695-400a6bba519f71fc8a60f2b291
cc9e9e89-CC-3001-20071213164226929807

<u>Exhibit 26</u>



Exhibit 26

| 商 | 商 標 登 録 第 ２ ０ ０ ８ ９ ７ ９ 号 | | | |
|---|---|---|---|---|
| | 第 　 一 　 表 　 示 　 部 | | | |
| 表示番号<br>（付記） | 登 　 録 　 事 　 項 | | | |
| 1番 | 出願年月日 | 昭和５９年１０月２２日 | 出願番号 | ５９－１１０８５９ |
| | 出願公告年月日 | 昭和６２年　５月２０日 | 出願公告番号 | ６２－０３２６３８ |
| | 査定年月日 | 昭和６２年　８月２１日 | | |
| | XX連合商標XX | | | |
| | 商品の区分 | 第９類 | | |
| | 指定商品 | 産業機械器具（但し、自動旋盤、自動タッピングマシンを除く）動力機械器具、風水力機械器具、事務用機械器具、その他の機械器具で他の類に属しないもの、これらの部品および附属品、機械要素 | | |
| | | | 登録年月日 | 昭和６２年１２月１８日 |
| 2番 | 【存続期間の更新登録】<br>申請年月日　　平成　９年　７月２３日 | | | |
| | | | 登録年月日 | 平成　９年　８月１９日 |
| 3番 | 【商標権取消し審判の予告登録】　　　（抹消）<br>審判請求年月日　　平成１７年　４月１４日　　審判番号　　　２００５－３０４２４<br>請求の趣旨　　　登録第２００８９７９号商標の登録を取り消す、との審決を求める | | | |
| | | | 登録年月日 | 平成１７年　５月１３日 |
| 4番 | 【審判請求の取下げ登録】<br>審判番号　　　２００５－３０４２４<br>取下年月日　　平成１７年１２月　２日<br>表示第　３番の予告登録の抹消 | | | |
| | | | 登録年月日 | 平成１７年１２月１２日 |
| | 連 合 商 標 登 録 番 号 記 録 部 | | | |
| | 第０４４１２５６号　　第１９８３０２０号 | | | |
| | 登 　 録 　 料 　 記 　 録 　 部 | | | |
| 登録料 | | | | |
| | 10年分　金額　　151000円　納付日　平成９年７月23日 | | | |
| | 甲 　 　 　 区 | | | |
| 順位番号<br>（付記） | 登 　 録 　 事 　 項 | | | |
| 1番 | 上田市中央北２丁目８番３３号 | | 宮野澄子 | |
| | | | 登録年月日 | 昭和６２年１２月１８日 |
| | （以下余白） | | | |

－ 1 －

上記は商標登録原簿に記録されている事項と相違ないことを認証する。
平成１９年１１月１９日
　　　　経済産業事務官　　吉越　　誠

# Exhibit 26

*Koichi Yamamoto*

*[signature]*

*10/24/2007*

Document D

Inheritance tax report

Date of inheritance: December 26, 2002

Suffering successor:

> Name: Sumiko Miyano
> Date of Birth: April 6, 1923
> Address: Ueda-shi Chuo kita 2-8-33

Successor:

> Name: Toshiharu Miyano
> Date of Birth: June 12, 1949
> Address: 50 Dundee Lane, Barrington Hills, IL USA
> Telephone number: 1-847-381-4371

Tax accountant 's office address, certification stamp, telephone number:

> Prepared by Yoshihiro Kasuga, Tax Accountant with certification stamp
> Hanishina-gun Sakaki-cho Sakaki 1975
>
> Enclosed: Document of Certified Tax Accountant Law - Article 30

Certified stamp
Accepted by Ueda Tax Office
October 24, 2003

Inheritance Property List

| | Item | Content | Assessed Value | |
|---|---|---|---|---|
| | Trademarks rights | Miyano Trademarks rights | N/A | |

(111)【登録番号】　　第2008979号
(151)【登録日】　　　昭和62年(1987)12月18日
(210)【出願番号】　　商願昭59－110859
(220)【出願日】　　　昭和59年(1984)10月22日
　　　【先願権発生日】昭和59年(1984)10月22日
　　　【最終処分日】
　　　【最終処分種別】
　　　【出願種別】

---

　　　【商標(検索用)】
(541)【標準文字商標】
(561)【称呼】
(531)【ウィーン図形分類】3.7.17; 27.5.1.13; 27.5.8; 27.5.21

---

(732)【権利者】
　　　【氏名又は名称】宮野澄子

---

　　　【類似群】09A01 09A02 09A03 09A05 09A06 09A07 09A08 09A09 09A10 09A11 09A12
　　　　　　　　09A13 09A41 09A42 09A43 09A44 09A45 09A46 09A47 09A48 09A59 09A61
　　　　　　　　09A62 09A63 09A64 09A65 09A66 09A67 09A68 09A69 09A70 09A71 09A99
　　　　　　　　09B01 09B02 09C01 09D01 09E11 09E12 09E19 09E21 09E22 09E23 09E24
　　　　　　　　09E25 09E26 09E27 09E28 09E29 09E99 09F01 09F02 09F03 09F04 09F05
　　　　　　　　09F06 09F07 09G01 09G02 09G03 09G04 09G05 09G06 09G07 09G08 09G49
　　　　　　　　09G51 09G52 09G53 09G54 09G55 09G56 09G57 09G58 09G59 09G60 09G61
　　　　　　　　09G62 09G63 09G64 09G65 09G99
　　　【法区分】昭和34年法
(500)【区分数】1
(511)(512)【商品及び役務の区分並びに指定商品又は指定役務】
　　　　9 産業機械器具(但し、自動旋盤、自動タツピングマシンを除く)動力機械器具、風水力
　　　　　機械器具、事務用機械器具、その他の機械器具で他の類に属しないもの、これらの
　　　　　部品および附属品、機械要素

<u>Exhibit 26</u>



<u>Exhibit 26</u>

*Koichi Yamamoto*

*12/7/2007*

Trademark Application / Registration Information Search (Descriptive View)

(111) [Registration Number]          2008979
(151) [Registration Date]            Showa62 (1987) 12.18 (1987 DEC.18)
(210) [Application Number]           ShoGanSho59-110859          (Trademark      Application
Sho59-110859
(220) [Application Date]             Showa59 (1984) 10.22 (1984 OCT.22)
        [First Right of Use Generation Date] Showa59 (1984) 10.22 (1984 OCT.22)
        [Final Disposal Date]
        [Final Disposal Type]
        [Application Type]

---

        [Trademark (For Search)]
(541)[Normal Text Trademark]
(561)[Name]
(531)[Uen Figure Classification] 3.7.17; 27.5.1.13; 27.5.8; 27.5.21

---

(732)[Entitled to]
        [Full Name or Name] Miyano, Sumiko

---

        [Similar Group]
            09A01 09A02 09A03 09A05 09A06 09A07 09A08 09A09 09A10 09A11 09A12
            09A13 09A41 09A42 09A43 09A44 09A45 09A46 09A47 09A48 09A59 09A61
            09A62 09A63 09A64 09A65 09A66 09A67 09A68 09A69 09A70 09A71 09A99
            09B01 09B02 09C01 09D01 09E11 09E12 09E19 09E21 09E22 09E23 09E24
            09E25 09E26 09E27 09E28 09E29 09E99 09F01 09F02 09F03 09F04 09F05
            09F06 09F07 09G01 09G02 09G03 09G04 09G05 09G06 09G07 09G08 09049
            09G51 09G52 09G53 09G54 09G55 09G56 09G57 09G58 09G59 09G60 09G61
            09G62 09G63 09G64 09G65 09G99
        [Law Classification] Showa 34(1959) Law

# Exhibit 26



# **<u>Exhibit 27</u>**

ACCOUNTING COPY

1

**MIYANO MACHINERY INC.**
**940 N. CENTRAL AVE.**

**WOOD DALE**          IL   60191
**Ph  630-766-4141**          Fax  630-860-7266

## I N V O I C E

REMIT TO

**MIYANO MACHINERY INC.**
**940 N. CENTRAL AVENUE**
**WOOD DALE, IL 60191**

F.E.I.N.  36-2819863

| Bill To | Ship To |
|---|---|
| 441314<br>TRW AUTOMOTIVE*<br>P.O. BOX 94885<br><br>CLEVELAND          OH   44101-4885 | 483130<br>TRW - SSEG LSD STERLING PLANT<br>34201  VAN DYKE<br><br>STERLING HTS.          MI   48312<br>ATTN: STORE SUPPLY |

| Location | Order Date | Ship Date | Invoice Date | Terms | Ship Via |
|---|---|---|---|---|---|
| 1 | 02/19/2003 | 06/26/2003 | 06/26/2003 | NET  30 | DK TRANS-COLLECT |

| Reference | Invoice Number | Type | Ordered By | Dealer PO | Customer PO | Order Num |
|---|---|---|---|---|---|---|
|  | 67564 | INVOICE |  |  | A1701116620 | 41613 |

| Product | Description | Quantity | Price | Gross | Discount | Net |
|---|---|---|---|---|---|---|
| MACHINE REPAIR | IN HOUSE REPAIR   REBUILD OF BNC-34T, S/N BN3275TU. | 1 | ███ | ███ | 0.00 | ███ |
| FREIGHT | SHIPPING DK TRANSPORTATION(BRIGADOON) | 1 | 0.00 | 0.00 | 0.00 | 0.00 |

**Invoice total**  ███

**Notes**

Signed By: _____

Service Charge: Invoice amount must be received by Miyano ON OR BEFORE 07/26/2003
or a service charge of 1.5% will be charged per month and your account
will be placed on CREDIT HOLD.

Doc#: ADA-F1611-SctReprort3          Rev#: 1 / 25 Jul 2002



**ISO 9002**
Certificate Number 35819



**AMT**
The Association For
Manufacturing Technology
100 Years of Building Global Technology

<u>Exhibit 27</u>

| Description | Quantity | Price | Gross | Discount |
|---|---|---|---|---|
| IN HOUSE REPAIR  REBUILD OF BNC-34T, S/N BN3275TU. | 1 | ██ | ██ | 0.00 |
| SHIPPING DK TRANSPORTATION(BRIGADOON) | 1 | 0.00 | 0.00 | 0.00 |

Invoice total

Signed By: _____

Exhibit 27

# **<u>Exhibit 28</u>**

725705



## MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
ATTORNEYS AT LAW
134 NORTH LASALLE STREET
17TH FLOOR
CHICAGO, ILLINOIS 60602
TELEPHONE (312) 977-9500
TELECOPIER (312) 558-1155
TELECOPIER (312) 558-1056

THOMAS MASUDA
(1905-1988)

SUBURBAN OFFICE
TWO CONTINENTAL TOWERS
1701 GOLF ROAD   SUITE 403
ROLLING MEADOWS, IL 60008
TELEPHONE (312) 977-9500
TELECOPIER (312) 952-8825

HELMUT EIFERT
GERALD L. MOREL
MARY W. SHELLENBERG
JERROLD E. FINK
JOSEPH S. PARISI
COLIN HARA
KEITH WALTER GROESE
THOMAS A. KIEPURA
GARY D. SANTELLA
BRYAN Y. FUNAI
NANCY E. SASAMOTO
STEPHEN M. PROCTOR
DAYNE KONO
TARA GILL
EDWARD J. UNDERHILL
CHERYL F. GERTLER
ELDON H. KAKUDA
PAULA K. DAVIS

April 27, 1988

Commissioner of Patents and Trademarks
Department of Commerce
Washington, D.C. 20231

Re:  Application for Registration
     Trademark:  "MIYANO"
     Int. Class No. 7
     Applicant:  Miyano Machinery USA Inc.

Dear Sirs:

Please find enclosed herewith the following:

Application for Registration for Trademark, "MIYANO", in Int.
Class No. 7, together with five specimens thereof, and our check
for the registration fee in the amount of $200.00.

There is also enclosed a self-addressed stamped postcard to be
used as our receipt of the above.  We would appreciate your
processing this application and look forward to a favorable
response in this matter.

Very truly yours,

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.


Nancy E. Sasamoto

NES:lar:2704
Enclosures

<u>Exhibit 28</u>



APPLICATION FOR REGISTRATION OF TRADEMARK ON
PRINCIPAL REGISTER ESTABLISHED BY THE ACT OF JULY 5, 1946

                                    Trademark: MIYANO

                                    Int. Cl. No.: 7

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

Miyano Machinery USA Inc.
940 North Central Avenue
Wood Dale, Illinois  60191

     The above-identified applicant is an Illinois corporation
and has adopted and is using the trademark shown in the accom-
panying drawing for

     Machines and machine tools - namely, turning
     centers, lathes, vertical machining centers
     and all parts therefor

and requests that said mark be registered in the United States
Patent and Trademark Office on the Principal Register established
by the act of July 5, 1946.

     The trademark was first used on January 9, 1975; was first
used in interstate commerce on January 9, 1975; and is now in use
in such commerce.

     The mark is used by applying it to product and cartons
containing the product and five (5) specimens showing the mark as
actually used are presented herewith.

     "MIYANO" is a Japanese family name and has no particular
English translation.

     The applicant is the owner of registration numbers:
1,217,316; 1,217,317 and 1,473,925.

     Applicant hereby appoints Masaru Funai, Helmut Eifert, Mary
W. Shellenberg, Joseph S. Parisi and Nancy E. Sasamoto, members
of the Bar of the State of Illinois practicing under the firm
name of Masuda, Funai, Eifert & Mitchell, Ltd., 134 North LaSalle
Street, Suite 1700, Chicago, Illinois  60602, either individually
or collectively, its attorneys with full power of substitution
and revocation, to prosecute this application to register, to
transact all business in the Patent and Trademark Office in
connection therewith, and to receive the certificate of registra-
tion.

     Nancy E. Sasamoto, whose postal address is Suite 1700, 134
North LaSalle Street, Chicago, Illinois  60602, is hereby desig-
nated applicant's representative upon whom notices or processes
in proceedings affecting the mark may be served.

Exhibit 28

Toshiharu Miyano states that he is the President of applicant corporation and is authorized to execute this affidavit on behalf of said corporation; he believes said corporation to be the owner of the trademark sought to be registered; to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and the facts set forth in this application are true; and further, these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

MIYANO MACHINERY USA, INC.

BY: _____
         Toshiharu Miyano, President

DATED: _April 7_____, 1988

df/3530

-2-

<u>Exhibit 28</u>



725705

Miyano Machinery USA, Inc.
North Central Avenue
Wood Dale, Illinois  60191

| INT. CL. 7 |
| --- |
| PRIOR US CL. 23 |

First Use:  January 9, 1975

First Use in Commerce:  January 9, 1975

Goods:    Machines and machine tools - namely, turning centers,
          lathes, vertical machining centers and all parts,
          therefor

Attorneys:    Masuda, Funai, Eifert & Mitchell, Ltd.
              134 North La Salle Street, Suite 1700
              Chicago, Illinois  60602


MIYANO


1529343
"REGISTERED"

MAR 1 4 1969

PAT. & T.M. OFFICE



2

Exhibit 28



Exhibit 28

# **<u>Exhibit 29</u>**

650153

APPLICATION FOR REGISTRATION OF TRADEMARK ON
PRINCIPAL REGISTER ESTABLISHED BY THE ACT OF JULY 5, 1946

Trademark: MIYANO THE WORLD
LEADER IN PRECISION

Int. Cl. No.: 7

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

Miyano Machinery USA Inc.
940 North Central Avenue
Wood Dale, Illinois   60191

The above-identified applicant is an Illinois corporation
and has adopted and is using the trademark shown in the accom-
panying drawing for

Machines and machine tools - namely, turning
centers, lathes, vertical machining centers
and all parts, ~~attachments and accessories~~
there~~of, for~~

and requests that said mark be registered in the United States
Patent and Trademark Office on the Principal Register established
by the act of July 5, 1946.

The trademark was first used on October 1, 1985; was first
used in interstate commerce on October 1, 1985; and is now in use
in such commerce.

The mark is used by applying it to product and cartons
containing the product and five (5) specimens showing the mark as
actually used are presented herewith.

"MIYANO" is a Japanese family name and has no particular
English translation.

Applicant hereby appoints Masaru Funai, Helmut Eifert, Mary
W. Shellenberg, Joseph S. Parisi and Nancy E. Sasamoto, members
of the Bar of the State of Illinois practicing under the firm
name of Masuda, Funai, Eifert & Mitchell, Ltd., 134 North LaSalle
Street, Suite 1700, Chicago, Illinois  60602, either individually
or collectively, its attorneys with full power of substitution
and revocation, to prosecute this application to register, to
transact all business in the Patent and Trademark Office in
connection therewith, and to receive the certificate of registra-
tion.

Nancy E. Sasamoto, whose postal address is Suite 1700, 134
North LaSalle Street, Chicago, Illinois  60602, is hereby desig-
nated applicant's representative upon whom notices or processes
in proceedings affecting the mark may be served.

<u>Exhibit 29</u>

Toshiharu Miyano states that he is the President of applicant corporation and is authorized to execute this affidavit on behalf of said corporation; he believes said corporation to be the owner of the trademark sought to be registered; to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and the facts set forth in this application are true; and further, these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

MIYANO MACHINERY USA INC.

BY: _____
Toshiharu Miyano, President

DATED: _____March 11_____, 1987

1686/cc

Exhibit 29

650153

Miyano Machinery USA  Inc.
940 North Central Avenue
Wood Dale, Illinois  60191

First Use:  October 1, 1985

First Use in Commerce:  October 1, 1985

Goods:      Machines and machine tools - namely, turning centers,
            lathes,  vertical  machining  centers  and  all  parts,
            attachments and accessories therefor,

Attorneys:      Masuda, Funai, Eifert & Mitchell, Ltd.
                134 North La Salle Street, Suite 1700
                Chicago, Illinois  60602


            MIYANO THE WORLD LEADER IN PRECISION


3-19-87                                                      5


1 473925

REGISTERED
JAN 26 1988
PAT & TM OFFIC.

PUBLISHED
OCT 1 3 1987

Exhibit 29



Exhibit 29

# **<u>Exhibit 30</u>**





**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**POST REGISTRATION SECTION**

International Class No.:  7

Owner:  Miyano Machinery USA Inc.
Trademark:  THE WORLD LEADER IN PRECISION
Registration No.: 1,473,925
Registration Date:  January 26, 1988

### COMBINED DECLARATION UNDER SECTIONS 8 AND 15

_TOSHIHARU MIYANO_ declares that he is the _PRESIDENT_ of MIYANO MACHINERY USA INC., an Illinois corporation, having its principal place of business at 940 North Central Avenue, Wood Dale, Illinois 60191, and is authorized to execute this Declaration on behalf of said corporation; that Miyano Machinery USA Inc. owns the above-identified registration issued on January 26, 1988, as shown by records in the Patent and Trademark Office; that the mark shown herein has been in continuous use in interstate commerce for five consecutive years from the date of the registration to the present on all of the goods specified in the Certificate of Registration:

**MACHINES AND MACHINE TOOLS – NAMELY, TURNING CENTERS, LATHES, VERTICAL MACHINING CENTERS AND ALL PARTS THEREFORE.**

that such mark is still in use in commerce as evidenced by the specimens included herewith showing the mark as currently used on the goods and on point of purchase displays; and there has been no final decision adverse to the Registrant's claim of ownership of such mark for such goods, or to the Registrant's right to register the same or to keep the same on the Principal Register, and that

040 TD 03/11/93 1473925                    0 374    200.00 CK

**Exhibit 30**

there are no proceedings involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts.

I declare further that all statements made herein are true and that these statements were made with the knowledge that willful false statements and the like are punishable by fine or imprisonment, or both under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this document and the registration to which it relates.

Registrant hereby appoints Rebecca B. Lederhouse, Nancy E. Sasamoto and Joseph S. Parisi, all members of the Bar of the State of Illinois and practicing under the firm name of Masuda, Funai, Eifert & Mitchell, Ltd., One East Wacker Drive, Suite 3200, Chicago, Illinois 60601-1802, either individually or collectively, attorneys for said registrant with full power of substitute and revocation to file this declaration and to transact all business in the Patent and Trademark Office in connection therewith.

MIYANO MACHINERY USA INC.

BY: _____

TITLE: _____PRESIDENT_____

Dated: _Feb. 8, 1993_____

RBL:cmp
2260\tradmark\00390001.RL8

<u>Exhibit 30</u>







Exhibit 30



Exhibit 30