AEE

**FILED**

**JANUARY 24, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 526**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:

Miyano Machinery USA Inc., Plaintiff

v.

MiyanoHitec Machinery, Inc., Thomas ("Tom") Miyano,
a/k/a Toshiharu Miyano and Steven Miyano, a/k/a
Shigemori Miyano

**JUDGE KENDALL**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MIYANO MACHINERY USA INC., Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> Edward D. Manzo | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Edward D. Manzo | |
| FIRM <br> Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd. | |
| STREET ADDRESS <br> 200 West Adams Street, Suite 2850 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3124728 | TELEPHONE NUMBER <br> (312) 236-8500 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐