AEE

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 24, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 526**

In the Matter of                                                     Case Number:

Miyano Machinery USA Inc., Plaintiff

v.

MiyanoHitec Machinery, Inc., Thomas ("Tom") Miyano,
a/k/a Toshiharu Miyano and Steven Miyano, a/k/a
Shigemori Miyano

**JUDGE KENDALL**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MIYANO MACHINERY USA INC., Plaintiff

| NAME (Type or print) |
| --- |
| Louis J. Alex |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Louis J. Alex |

| FIRM |
| --- |
| Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd. |

| STREET ADDRESS |
| --- |
| 200 West Adams Street, Suite 2850 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6274458 | (312) 236-8500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |