**FILED**
**JANUARY 24, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Miyano Machinery USA Inc., | ) | |
| | ) | **08 C 526** |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| MiyanoHitec Machinery, Inc., | ) | **JUDGE KENDALL** |
| Thomas ("Tom") Miyano, a/k/a | ) | **MAGISTRATE JUDGE NOLAN** |
| Toshiharu Miyano and | ) | |
| Steven Miyano, a/k/a Shigemori | ) | **JURY TRIAL DEMANDED** |
| Miyano, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTIFICATION AS TO AFFILIATES – (LOCAL RULE 3.2)

The following is a statement identifying all of the Plaintiff's parent corporations and any publicly held company that owns 5% or more of Plaintiff's stock as required by Local Rule 3.2.

Plaintiff, Miyano Machinery USA Inc., is a wholly owned subsidiary of Miyano Machinery, Inc., which is a publicly-held company based in Japan.

Respectfully submitted,

Dated: January 24, 2008

　　　　　　/*Edward D. Manzo*/
Edward D. Manzo
Joel Bock
Louis J. Alex
Jason R. Smalley
Attorneys for Plaintiff

Edward D. Manzo　I.D. # 03124728
Joel Bock　　　　　I.D. # 00239984
Louis J. Alex　　　　I.D. # 06274458
Jason Smalley　　　I.D. # 06287426
COOK, ALEX, MC FARRON, MANZO,
CUMMINGS & MEHLER, LTD.
200 West Adams Street, Suite 2850
Chicago, IL 60606
Phone: (312) 236-8500
Fax: (312) 236-8176
emanzo@cookalex.com