AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Miyano Machinery USA Inc.,

Plaintiff,

v.

MiyanoHitec Machinery, Inc.,
Thomas ("Tom") Miyano, a/k/a Toshiharu Miyano, and
Steven Miyano, a/k/a Shigemori Miyano,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **08 C 526**

ASSIGNED JUDGE: JUDGE KENDALL

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

Thomas ("Tom") Miyano, a/k/a Toshiharu Miyano

Thomas Toshiharu Miyano
50 Dundee Lane,
Barrington Hills, Illinois 60010-5106

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward D. Manzo
COOK, ALEX, MC FARRON, MANZO,
CUMMINGS & MEHLER, LTD.
200 West Adams Street, Suite 2850
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_Jacquline Hollimon_
(By) DEPUTY CLERK

JAN 2 4 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/24/08 |
| NAME OF SERVER (PRINT) Susan Farley | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Delivered copies to the office of Thomas Toshiban Miyano's attorney, Robert Karton, who agreed to accept service on his behalf whose office is located at 77 West Washington St. Suite 900, Chicago, IL 60010. The summons and complaint were left with Carolyn Ramirez, Receptionist at office of Robert Karton.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/24/08             Susan Farley
                *Date*                *Signature of Server*

200 West Adams St. Suite 2850
Chicago IL 60606
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2008, copies of the foregoing **Executed Summons for Thomas "Tom" Miyano** were served via United States mail, first class postage prepaid, to the following:

| | |
|---|---|
| Vernon W. Francissen | Robert M. Karton |
| FRANCISSEN PATENT LAW, P.C. | Robert M. Karton, Ltd. |
| 53 W. Jackson Blvd., Suite 1320 | 77 W. Washington St., Suite 900 |
| Chicago, Illinois 60604 | Chicago, Illinois 60602-2804 |
| (312)294-9980 telephone | (312)214-0900 telephone |
| (312)275-8772 facsimile | (312)214-4230 facsimile |
| vern@francissenpatentlaw.com | robert@karton.us |

/s/ *Jason Smalley*
Jason Smalley