# Exhibit A

APPLICATION FOR REGISTRATION OF TRADEMARK ON
PRINCIPAL REGISTER ESTABLISHED BY THE ACT OF JULY 5, 1946

Trademark: MIYANO and design

Int. Cl. No.: 7

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

Miyano Machinery USA Inc.
940 North Central Avenue
Wood Dale, Illinois  60191

The above-identified applicant is an Illinois corporation
and has adopted and is using the trademark shown in the accom-
panying drawing for

Machines and machine tools - namely, turning
centers, lathes, vertical machining centers
and all parts therefor

and requests that said mark be registered in the United States
Patent and Trademark Office on the Principal Register established
by the act of July 5, 1946.

The trademark was first used on October 1, 1985; was first
used in interstate commerce on October 1, 1985; and is now in use
in such commerce.

The mark is used by applying it to product and cartons
containing the product and five (5) specimens showing the mark as
actually used are presented herewith.

"MIYANO" is a Japanese family name and has no particular
English translation.

The applicant is the owner of registration numbers:
1,217,316; 1,217,317 and 1,473,925.

Applicant hereby appoints Masaru Funai, Helmut Eifert, Mary
W. Shellenberg, Joseph S. Parisi and Nancy E. Sasamoto, members
of the Bar of the State of Illinois practicing under the firm
name of Masuda, Funai, Eifert & Mitchell, Ltd., 134 North LaSalle
Street, Suite 1700, Chicago, Illinois  60602 either individually
or collectively, its attorneys with full power of substitution
and revocation, to prosecute this application to register, to
transact all business in the Patent and Trademark Office in
connection therewith, and to receive the certificate of registra-
tion.

Nancy E. Sasamoto, whose postal address is Suite 1700, 134
North LaSalle Street, Chicago, Illinois  60602, is hereby desig-
nated applicant's representative upon whom notices or processes
in proceedings affecting the mark may be served.

Exhibit A  Page 1

Toshiharu Miyano states that he is the President of applicant corporation and is authorized to execute this affidavit on behalf of said corporation; he believes said corporation to be the owner of the trademark sought to be registered; to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and the facts set forth in this application are true; and further, these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

MIYANO MACHINERY USA, INC.

BY: _____
    Toshiharu Miyano, President

DATED: _April 7, 1988_ , 1988

df/3530

Exhibit A   Page 2

725783

MAIL
2 1988
PAT. & TRADEMARK

Miyano Machinery USA, Inc.
940 North Central Avenue
Wood Dale, Illinois  60191

INT. CL.    7

PRIOR U. S. CL.   23

5709

First Use:  October 1, 1985

First Use in Commerce:  October 1, 1985

Goods:    Machines and machine tools - namely, turning centers,
          lathes, vertical machining centers and all parts,
          therefor

Attorneys:    Masuda, Funai, Eifert & Mitchell, Ltd.
              134 North La Salle Street, Suite 1700
              Chicago, Illinois  60602



3

1527309
"REGISTERED"

MAR 0 7 1989

PAT. & T.M. OFFICE

PUBLISHED
DEC 13 1988











TM



MASUDA, FUNAI, EIFERT & MITCHELL, LTD.

ATTORNEYS AT LAW

134 NORTH LASALLE STREET

20TH FLOOR

CHICAGO, ILLINOIS 60602

TELEPHONE (312) 977-9500
TELECOPIER (312) 558-1155
TELECOPIER (312) 558-1054 III

MASARU FUNAI
HELMUT EIFERT
GERALD L. MOREL
MARY W. SHELLENBERG
JERROLD E. FINK
JOSEPH S. PARISI
COLIN HARA
KEITH WALTER GROEBE
THOMAS A. KIEPURA
GARY D. SANTELLA
BRYAN Y. FUNAI
NANCY E. SASAMOTO
STEPHEN M. PROCTOR
DAYNE KONO
TARA GILL
EDWARD J. UNDERHILL
CHERYL F. GERTLER
ELDON H. KAKUDA
PAULA K. DAVIS

THOMAS MASUDA
(1905-1988)

SUBURBAN OFFICE
TWO CONTINENTAL TOWERS
1701 GOLF ROAD   SUITE 403
ROLLING MEADOWS, IL 60008
TELEPHONE (312) 977-9500
TELECOPIER (312) 952-8825

August 8, 1988

The Commissioner of Patents and Trademarks
Washington, D.C. 20231
Box 5

Attention:      Law Office Eight,
                Trademark Attorney Jerard Rogers

Re:             73/725783
                Mark: "MIYANO" (STYLIZED)
                Applicant:  Miyano Machinery USA Inc.
                Mailing Date of Office Action: 07/01/88

Dear Mr. Rogers:

In response to your Office Action Number One, dated July 1, 1988
(a copy of which is attached), I am enclosing the executed
declaration of Toshiharu Miyano, President of the applicant
company.  I understand that this executed declaration will be
inserted in the file.

With the inclusion of the attached declaration, it is believed
that this application is in condition for publication.  Favorable
action is therefore requested.  Please feel free to contact me if
you have any questions or require further information.

Very truly yours,

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.

Nancy E. Sasamoto

NES:df 3508
Enclosure

cc:  Miyano Machinery USA Inc.

Toshiharu Miyano
———————————————————————————
             (Name of Officer of Corporation)
being hereby warned that willful false statements and
the like so made are punishable by fine or imprisonment,
or both, under Section 1001 of Title 18 of the United
States Code and that such willful false statements may
jeopardize the validity of the application or any
registration resulting therefrom, declares that the
undersigned is

President
———————————————————————————
             (Official Title)
of Applicant corporation and is authorized to execute
this instrument on behalf of said corporation; he/she
believes said corporation to be the owner of the
mark sought to be registered; to the best of his/her
knowledge and belief no other person, firm, corporation,
or association has the right to use said mark in
commerce, either in the identical form or in such near
resemblance therto as may be likely, when applied to the
goods/services of such other person, to cause confusion,
or to cause mistake, or to deceive; the facts set forth
in this application are true; and all statements made of
his/her own knowledge are true and all statements made
on information and belief are believed to be true.

        Miyano Machinery USA Inc.
        ————————————————————————————
             (Name of Corporation)

By ————————————————————— President———
   (Signature of Officer of Corporation, and
        Official Title of Officer)

        August 3, 1988
        ————————————————————————————
                    (Date)

200. - 374    



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
POST REGISTRATION SECTION

International Class No.: 7

Owner:    Miyano Machinery USA Inc.
Trademark:    Miyano and Design
Registration No.:    1,527,809
Registration Date:    March 7, 1989

### COMBINED DECLARATION UNDER SECTIONS 8 AND 15

TOSHIHARU (TOM) MIYANO    declares that he is the CHAIRMAN

OF THE BOARD    of   Miyano   Machinery   USA   Inc.   an   Illinois

corporation, having its principal place of business at 940 North

Central Avenue, Wood Dale, Illinois 60191, and is authorized to

execute this Declaration on behalf of said corporation; that Miyano

Machinery USA Inc. owns the above-identified registration issued

on March 7, 1989, as shown by records in the Patent and Trademark

Office; that the mark shown herein has been in continuous use in

interstate commerce for five consecutive years from the date of the

registration to the present on all of the goods specified in the

Certificate of Registration:

Machines and machine tools - namely, turning centers, lathes,
vertical machining centers and all parts therefor

that such mark is still in use in commerce as evidenced by the

specimens included herewith showing the mark as currently used on

the goods and on point of purchase displays; and there has been no

final decision adverse to the Registrant's claim of ownership of

such mark for such goods, or to the Registrant's right to register

the same or to keep the same on the Principal Register, and that

there are no proceedings involving said rights pending and not

150 KK 07/27/94 1527809                    0 374      200.00 CK

disposed of either in the Patent and Trademark Office or in the courts.

I declare further that all statements made herein are true and that these statements were made with the knowledge that willful false statements and the like are punishable by fine or imprisonment, or both under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this document and the registration to which it relates.

Registrant hereby appoints Amy L. Kurland, Nancy E. Sasamoto and Joseph S. Parisi, all members of the Bar of the State of Illinois and practicing under the firm name of Masuda, Funai, Eifert & Mitchell, Ltd., One East Wacker Drive, Suite 3200, Chicago, Illinois 60601-1802, either individually or collectively, attorneys for said registrant with full power of substitution and revocation to file this declaration and to transact all business in the Patent and Trademark Office in connection therewith.

**MIYANO MACHINERY USA INC.**

BY: _____

TITLE: *CHAIRMAN OF THE BOARD*

Print or Type Name and Title:

TOSHIHARU (TOM) MIYANO, CHAIRMAN OF THE BOARD

Dated: June 21, 1994

ALK:ban
2260\m\20060001.ak3



# 2-AXIS CNC TURNING CENTER
# LE-12
# LE-22



The machine color is the USA standard.



## MIYANO'S 2 AXIS CNC TURNING CENTER PROVIDES THE MOST EFFICIENT MACHINING.

### ■MAIN FEATURES

● High speed traverse rate of the main turret (Z-Axis:630IPM) provides shorter cycle time.

● High responce VAC motor enables efficient and powerful cutting.

● The turret features bi-directional fast indexing of 0.4 sec. (LE-22) with a powerful clamping force to ensure highly accurate heavy machining.

● Tool setting can be performed quickly with Miyano's "SPEED SETTER" sensor(option).

● Coolant tank is separate from the main body to cut the effect of thermal distortion for high accuracy machining.

● The 10 station turret can be equipped with up to 5 revolving tools. Spindle positioning(option) or C-axis spindle control(option)allows various types of combined machining.

● Self cleaning slant bed structure for easy chip disposal.

● 32 bit CPU in the control unit for faster processing.

Exhibit A  Page  9

# ■MACHINE SPECIFICATION

| Item | | LE-12 | LE-22 |
|---|---|---|---|
| Machining C | Bar Capacity(round) | 1-3/8" (35mm) | 2" (51mm) |
| | | 6-1/2" (165mm) | 8" (210mm) |
| | | 10" (255mm) | 11-3/4" (300mm) |
| M S | | 6" (165mm) | 8" (210mm) |
| | | A2-5 | A2-6 |
| | | 1-3/8" (36mm) | 2" (52mm) |
| | | 30 to 5,000rpm | 25 to 4,000rpm |
| | | VAC 20HP (15.0kW) | VAC 25HP (18.5kW) |
| | | 5 degree | 5 degree |
| | Collet Chuck | S-16 P-Type Collet | S-22 P-Type Collet |
| | | S-16 S-Type Collet | S-22 S-Type Collet |
| | | DIN 171E | DIN 177E |
| | | CRAWFORD W-850 | CRAWFORD V-120 |
| Main Turret | Tooling Station | 10 | 10 |
| | Cutting Tool Shank Size | 3/4" (20mm) | 1" (25mm) |
| | Tool Hole Dia. | 1-3/4" (40mm) | 1-3/4" (40mm) |
| | Slide Stroke X-Axis | 5-7/8" (150mm) | 6-1/2" (165mm) |
| | Z-Axis | 11-3/4" (300mm) | 13-3/4" (350mm) |
| | Rapid Traverse Rate X-Axis | 472" (12m)/min. | 551" (14m)/min. |
| | Z-Axis | 630" (16m)/min. | 630" (16m)/min. |
| | Turret Indexing Time | 0.5sec. | 0.4sec. |
| Tail Stock (Option) | Max. Slide Stroke | 11-3/4" (300mm) | 11-3/4" (300mm) |
| | Max. Slide Force | 560kgf | 560kgf |
| | Sleeve Size | MT-4 | MT-4 |
| Machine Dimensions | Machine Height | 66" (1,670mm) | 66" (1,670mm) |
| | Floor Size without Bar Guide | 74"×58" (1,890×1,480mm) | 84"×58" (2,135×1,480mm) |
| | Machine Weight | 7,270lbs (3,300kg) | 7,930lbs (3,600kg) |
| Optional Attachment | Barfeeding System, Parts Catcher, Parts Conveyor. Chip Conveyor, Chip Cart, Work Ejector, Revolving Tools, C-Axis Control, Spindle Orientation, Spindle Positioning, High Pressure Coolant, Spindle Air Blow, Auto Door, Tail Stock, NC Processor | | |

Note: The specifications are subject to change without notice.
Machine in photo may not be exactly same as actual products.

9040TC

RECEIVED
TRADEMARK MAILROOM
JUL 1 2 1994
US PATENT & TRADEMARK OFFICE

# ■ SPECIFICATIONS (FANUC OT)

| Axis Control | 2-Axis, X and Z axis are controlled simultaneously |
|---|---|
| Min. Output Increment | Interpolation Unit: 0.001mm |
| Min. Input Increment | 0.001mm |
| Memory Capacity | 8,000 Character (66ft/20m) |
| Program I/O System | By RS-232C interface |
| Program I/O Speed | 4,800 bit/sec. (with NC Processor) |
| Interpolation | G01: Linear, G02/G03: Circular |
| Rapid Traverse Override | Low Speed, 25%, 50%, 100% |
| Feed Rate Override | 0 to 150% by 10% steps |
| Threading | G32, G92 |
| Spindle Function | Constant cutting speed control, Direct speed setting with S4 digits |
| Spindle Override | 50% to 120% by 10% steps |
| Coordinate System Setting | By work coordinate system setting |
| Work Coordinate Selection and Tool Position Offset | T4 digit command, first two digits; Selection of tool number and work coordinate number 1 to 32, Last two digits: tool position offset |
| Direct Input of Tool Offset | By measuring cut or gauging dimension |
| Automatic Running | One cycle bar work running, Continuous bar work running, Single block running, Block delete, Machine lock, Dry run, Feed hold, |

32 bit CPU, 9" Monochrome CRT, Decimal Input, Manual Pulse Generator, Memory Protect, Start Interlock, Program No. Search, Canned Cycle (G90, G92, G94), Multiple Repetitive Canned Cycle (G70 to G75), Self Diagnostic, Stored Stroke Limit, Circular Interpolation by Radius Designation, Digital Servo System, Chamfering Corner R, Tool Nose R Compensation,

LE9040TC

## NC OPTION

Additional Program Memory, Direct Drawing Dimension Programm

# ■EXTERNAL VIEW



Upper : LE-22
Lower : LE-12

MIYANO MACHINERY JAPAN INC.
3-1, Shimorenjaku 7-chome, Mitaka-shi Tokyo 181, Japan
Phone: 0422-46-1121 Telex: 02822833 MINOTO J Facsimile: 0422-44-6699

MIYANO MACHINERY USA INC.
Head Office, Production Division:
940 North Central Avenue, Wood Dale, Illinois 60191 U.S.A.
Phone: (708) 766-4141 Telex: 910-256-0480 Facsimile: (708) 860-7266

Westcoast Branch:
2831 North San Fernando Blvd., Burbank, California 91504 U.S.A.
Phone: (818) 848-6819 Facsimile: (818) 842-2052

MIYANO MACHINERY EUROPE GMBH.
Feldheider Strasse 62, 4006 Erkrath 2, West Germany
Phone: 02104-31067 Telex: 08581270 MIYA D Facsimile: 02104-35239

MIYANO MACHINERY ASIA CO.LTD.
# 411, Sun Plaza, 28 Canton Road, Kowloon, Hong Kong
Phone: 311-7273   Facsimile: 311-7356

PRINTED IN JAPAN US-2E-9006330

# Exhibit B



650153

APPLICATION FOR REGISTRATION OF TRADEMARK ON
PRINCIPAL REGISTER ESTABLISHED BY THE ACT OF JULY 5, 1946

Trademark: MIYANO THE WORLD
LEADER IN PRECISION

Int. Cl. No.: 7

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

Miyano Machinery USA Inc.
940 North Central Avenue
Wood Dale, Illinois  60191

The above-identified applicant is an Illinois corporation
and has adopted and is using the trademark shown in the accom-
panying drawing for

Machines and machine tools - namely, turning
centers, lathes, vertical machining centers
and all parts, ~~attachments and accessories~~
there~~of~~, for

and requests that said mark be registered in the United States
Patent and Trademark Office on the Principal Register established
by the act of July 5, 1946.

The trademark was first used on October 1, 1985; was first
used in interstate commerce on October 1, 1985; and is now in use
in such commerce.

The mark is used by applying it to product and cartons
containing the product and five (5) specimens showing the mark as
actually used are presented herewith.

"MIYANO" is a Japanese family name and has no particular
English translation.

Applicant hereby appoints Masaru Funai, Helmut Eifert, Mary
W. Shellenberg, Joseph S. Parisi and Nancy E. Sasamoto, members
of the Bar of the State of Illinois practicing under the firm
name of Masuda, Funai, Eifert & Mitchell, Ltd., 134 North LaSalle
Street, Suite 1700, Chicago, Illinois  60602, either individually
or collectively, its attorneys with full power of substitution
and revocation, to prosecute this application to register, to
transact all business in the Patent and Trademark Office in
connection therewith, and to receive the certificate of registra-
tion.

Nancy E. Sasamoto, whose postal address is Suite 1700, 134
North LaSalle Street, Chicago, Illinois  60602, is hereby desig-
nated applicant's representative upon whom notices or processes
in proceedings affecting the mark may be served.

<u>Exhibit B</u> Page 1

Toshiharu Miyano states that he is the President of applicant corporation and is authorized to execute this affidavit on behalf of said corporation; he believes said corporation to be the owner of the trademark sought to be registered; to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and the facts set forth in this application are true; and further, these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

MIYANO MACHINERY USA INC.

BY: _____
    Toshiharu Miyano, President

DATED: _____, 1987

1686/cc

<u>Exhibit B</u> <u>Page 2</u>



**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**POST REGISTRATION SECTION**

International Class No.:  7

Owner:  Miyano Machinery USA Inc.
Trademark:  THE WORLD LEADER IN PRECISION
Registration No.: 1,473,925
Registration Date:  January 26, 1988

## COMBINED DECLARATION UNDER SECTIONS 8 AND 15

_TOSHIHARU MIYANO_ declares that he is the _PRESIDENT_ of MIYANO MACHINERY USA INC., an Illinois corporation, having its principal place of business at 940 North Central Avenue, Wood Dale, Illinois 60191, and is authorized to execute this Declaration on behalf of said corporation; that Miyano Machinery USA Inc. owns the above-identified registration issued on January 26, 1988, as shown by records in the Patent and Trademark Office; that the mark shown herein has been in continuous use in interstate commerce for five consecutive years from the date of the registration to the present on all of the goods specified in the Certificate of Registration:

**MACHINES AND MACHINE TOOLS – NAMELY, TURNING CENTERS, LATHES,**
**VERTICAL MACHINING CENTERS AND ALL PARTS THEREFORE.**

that such mark is still in use in commerce as evidenced by the specimens included herewith showing the mark as currently used on the goods and on point of purchase displays; and there has been no final decision adverse to the Registrant's claim of ownership of such mark for such goods, or to the Registrant's right to register the same or to keep the same on the Principal Register, and that

040 TD 03/11/93 1473925                    0 374     200.00 CK

there are no proceedings involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts.

I declare further that all statements made herein are true and that these statements were made with the knowledge that willful false statements and the like are punishable by fine or imprisonment, or both under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this document and the registration to which it relates.

Registrant hereby appoints Rebecca B. Lederhouse, Nancy E. Sasamoto and Joseph S. Parisi, all members of the Bar of the State of Illinois and practicing under the firm name of Masuda, Funai, Eifert & Mitchell, Ltd., One East Wacker Drive, Suite 3200, Chicago, Illinois 60601-1802, either individually or collectively, attorneys for said registrant with full power of substitute and revocation to file this declaration and to transact all business in the Patent and Trademark Office in connection therewith.

MIYANO MACHINERY USA INC.

BY: _____

TITLE: _____PRESIDENT_____

Dated: __Feb. 8, 1993_____

RBL:cmp
2260\tradmark\00390001.RL8

# Exhibit C



APPLICATION FOR REGISTRATION OF TRADEMARK ON
PRINCIPAL REGISTER ESTABLISHED BY THE ACT OF JULY 5, 1946

                                    Trademark: MIYANO

                                    Int. Cl. No.: 7

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

Miyano Machinery USA Inc.
940 North Central Avenue
Wood Dale, Illinois  60191

        The above-identified applicant is an Illinois corporation
and has adopted and is using the trademark shown in the accom-
panying drawing for

        Machines and machine tools - namely, turning
        centers, lathes, vertical machining centers
        and all parts therefor

and requests that said mark be registered in the United States
Patent and Trademark Office on the Principal Register established
by the act of July 5, 1946.

        The trademark was first used on January 9, 1975; was first
used in interstate commerce on January 9, 1975; and is now in use
in such commerce.

        The mark is used by applying it to product and cartons
containing the product and five (5) specimens showing the mark as
actually used are presented herewith.

        "MIYANO" is a Japanese family name and has no particular
English translation.

        The applicant is the owner of registration numbers:
1,217,316; 1,217,317 and 1,473,925.

        Applicant hereby appoints Masaru Funai, Helmut Eifert, Mary
W. Shellenberg, Joseph S. Parisi and Nancy E. Sasamoto, members
of the Bar of the State of Illinois practicing under the firm
name of Masuda, Funai, Eifert & Mitchell, Ltd., 134 North LaSalle
Street, Suite 1700, Chicago, Illinois  60602, either individually
or collectively, its attorneys with full power of substitution
and revocation, to prosecute this application to register, to
transact all business in the Patent and Trademark Office in
connection therewith, and to receive the certificate of registra-
tion.

        Nancy E. Sasamoto, whose postal address is Suite 1700, 134
North LaSalle Street, Chicago, Illinois  60602, is hereby desig-
nated applicant's representative upon whom notices or processes
in proceedings affecting the mark may be served.

                                    Exhibit C Page 1

Toshiharu Miyano states that he is the President of applicant corporation and is authorized to execute this affidavit on behalf of said corporation; he believes said corporation to be the owner of the trademark sought to be registered; to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and the facts set forth in this application are true; and further, these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

MIYANO MACHINERY USA, INC.

BY: _____
        Toshiharu Miyano, President

DATED: _____April 7_____, 1988

df/3530

Exhibit C Page 2



725705

Miyano Machinery USA, Inc.
North Central Avenue
Wood Dale, Illinois  60191

| INT. CL. 7 |
| PRIOR US CL. 23 |

First Use:  January 9, 1975

First Use in Commerce:  January 9, 1975

Goods:    Machines and machine tools - namely, turning centers,
          lathes, vertical machining centers and all parts,
          therefor

Attorneys:   Masuda, Funai, Eifert & Mitchell, Ltd.
             134 North La Salle Street, Suite 1700
             Chicago, Illinois  60602


                    MIYANO


                    1529343
                    "REGISTERED"

                    MAR 1 4 1969

                    PAT. & T.M. OFFICE



2

Exhibit C Page 3



Exhibit C Page 4



Exhibit C Page 5

*TM*

## MASUDA, FUNAI, EIFERT & MITCHELL, LTD.

ATTORNEYS AT LAW
134 NORTH LASALLE STREET
17TH FLOOR
CHICAGO, ILLINOIS 60602
TELEPHONE (312) 977-9500
TELECOPIER (312) 558-1155
TELECOPIER (312) 558-1058

MASARU FUNAI
HELMUT EIFERT
GERALD L. MOREL
MARY W. SKELLENBERG
JERROLD E. FINK
JOSEPH S. PARISI
COLIN HARA
KEITH WALTER GROEBE
THOMAS A. KIEPURA
GARY D. SANTELLA
BRYAN Y. FUNAI
NANCY E. SASAMOTO
STEPHEN M. PROCTOR
DAYNE KONG
TARA GILL
EDWARD J. UNDERHILL
CHERYL F. SERTLER
ELDON H. KAKUDA
PAULA K. DAVIS

THOMAS MASUDA
(1905-1986)

SUBURBAN OFFICE
TWO CONTINENTAL TOWERS
1701 GOLF ROAD    SUITE 403
ROLLING MEADOWS, IL 60008
TELEPHONE (312) 977-9500
TELECOPIER (312) 952-8825

August 8, 1988

The Commissioner of Patents and Trademarks
Washington, D.C. 20231
Box 5

Attention:    Law Office Eight,
              Trademark Attorney Jerard Rogers

Re:           73/725705
              Mark: "MIYANO"
              Applicant:  Miyano Machinery USA Inc.
              Mailing Date of Office Action: 07/01/88

Dear Mr. Rogers:

In response to your Office Action Number One, dated July 1, 1988 (a copy of which is attached), I am enclosing the executed declaration of Toshiharu Miyano, President of the applicant company.  I understand that this executed declaration will be inserted in the file.

With the inclusion of the attached declaration, it is believed that this application is in condition for publication.  Favorable action is therefore requested.  Please feel free to contact me if you have any questions or require further information.

Very truly yours,

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.

Nancy E. Sasamoto

Nancy E. Sasamoto

NES:df 3508
Enclosure

cc:  Miyano Machinery USA Inc.

Exhibit C Page 6

Toshiharu Miyano
————————————————————————————————————————
(Name of Officer of Corporation)
being hereby warned that willful false statements and
the like so made are punishable by fine or imprisonment,
or both, under Section 1001 of Title 18 of the United
States Code and that such willful false statements may
jeopardize the validity of the application or any
registration resulting therefrom, declares that the
undersigned is

President
————————————————————————————————————————
(Official Title)
of Applicant corporation and is authorized to execute
this instrument on behalf of said corporation; he/she
believes said corporation to be the owner of the
mark sought to be registered; to the best of his/her
knowledge and belief no other person, firm, corporation,
or association has the right to use said mark in
commerce, either in the identical form or in such near
resemblance therto as may be likely, when applied to the
goods/services of such other person, to cause confusion,
or to cause mistake, or to deceive; the facts set forth
in this application are true; and all statements made of
his/her own knowledge are true and all statements made
on information and belief are believed to be true.

Miyano Machinery USA Inc.
————————————————————————————————————————
(Name of Corporation)

By ————————————————————— President
(Signature of Officer of Corporation, and
Official Title of Officer)

———— August 3, 1988 —————————————————————
(Date)

Exhibit C Page 7

# Exhibit D

3921

® _CT#_ ▮▮▮▮▮▮

Miyano Machinery USA Inc.

940 N. Central Avenue
Wood Dale, IL 60191

DATE _MAR 19 2007_   2-1-710

PAY
TO THE
ORDER OF _Commissioner of Revenue Service CT._   $ _72 60_

$ _Seventy two + 60/100_   DOLLARS

CHASE ◯
JPMorgan Chase Bank, N.A.
Chicago, Illinois 60670
www.Chase.com

FOR _____   _Henry Marchionne_   MF

Exhibit D

# Exhibit E



Exhibit E