# Exhibit F



Exhibit F

# Exhibit G



Exhibit G

# Exhibit H



Exhibit H

# Exhibit I

Case 1:08-cv-00526   Document 15-3   Filed 02/01/2008   Page 7 of 10



**MIYANO MACHINERY USA, INC.**
**PACKING SLIP**

Order Date: 01/26/07
Order Number: P-00320
DV: 923
Page: 1

928701
TMG WEST
JIM SEGOVIA
1630 E. MIRALOMA AVE
PLACENTIA, CA  92870
US

928701
TMG, LTD.
ATTN: JIM CARLISLE
1630 EAST MIRALOMA AVENUE
PLACENTIA, CA  92870
US

Customer Freight Account No.:
Ship Via: UPS NEXT DAY

Customer PO #:
Dealer P.O. : P1063
Model No.: MIYMACHINES
Serial No.: MIY60191

| Shelf/Bin No. | Item No. / Description | UOM | Quantity Ordered | Quantity Shipped | Back Ordered | |
|---|---|---|---|---|---|---|
| D-19-03 | 4M739000 - PLAIN HOLDER NO. 1 B | Each | 1 | (1) | 0 | 1 |

CONSIGNMENT FOR

30 DAYS (YOUNG

ENGINEERS)

| Packed By | Shipment Date | Freight | Invoice No. | Invoice Date |
|---|---|---|---|---|
| MAX | 1-26-07 | | | |

ALL CLAIMS OF SHORTAGE ARE WAIVED UNLESS

A 15% restock charge will be applied to all exchang
original sale. No exchange or replacement will be r
with Miyano's approval, and provided parts are rece

NOTE: Warranty items must be returned within 14 d

```
603083    JAN 26, 2007       ACT WT  16.8 LBS   #PK 1
SERVICE 1DA                  BILL WT 17 LBS
TRACKING# 1Z60308301449322962           ALL CURRENCY USD
REF 1: 00320
REF 2: MAX                              DV AMT   923.00

HANDLING CHARGE 10.00                   SERVICE  91.65 USD
REFERENCE RATE CHARGES:                 RS   0.00
DV 5.50                  COD   0.00     SD   0.00
DC 0.00                  HZMT  0.00     SP   0.00
AH 0.00                  NTFY  0.00     REF+HANDLING
TOT REF CHG   97.15                             107.15
```

Exhibit I

# Exhibit J



Exhibit J