# <u>Exhibit K</u>

ACCOUNTING COPY

1

**MIYANO MACHINERY INC.**
**940 N. CENTRAL AVE.**

**WOOD DALE**           IL   60191
**Ph 630-766-4141**        **Fax  630-860-7266**

# INVOICE

REMIT TO

**MIYANO MACHINERY INC.**
**940 N. CENTRAL AVENUE**
**WOOD DALE, IL 60191**

F.E.I.N. 36-2819863

| Bill To | Ship To |
|---|---|
| 441314 | 483130 |
| TRW AUTOMOTIVE* | TRW - SSEG LSD STERLING PLANT |
| P.O. BOX 94885 | 34201  VAN DYKE |
| | |
| CLEVELAND        OH   44101-4885 | STERLING HTS.        MI   48312 |
| | ATTN: STORE SUPPLY |

| Location | Order Date | Ship Date | Invoice Date | Terms | Ship Via |
|---|---|---|---|---|---|
| 1 | 02/19/2003 | 06/26/2003 | 06/26/2003 | NET 30 | DK TRANS-COLLECT |

| Reference | Invoice Number | Type | Ordered By | Dealer PO | Customer PO | Order Num |
|---|---|---|---|---|---|---|
| | 67564 | INVOICE | | | A1701116620 | 41613 |

| Product | Description | Quantity | Price | Gross | Discount | Net |
|---|---|---|---|---|---|---|
| MACHINE REPAIR | IN HOUSE REPAIR  REBUILD OF BNC-34T, S/N BN3275TU. | 1 | ██████ | ██████ | 0.00 | ██████ |
| FREIGHT | SHIPPING DK TRANSPORTATION(BRIGADOON) | 1 | 0.00 | 0.00 | 0.00 | 0.00 |

**Invoice total**  ██████

**Notes**

Signed By: _Norman J Klenk_ _____

Service Charge: Invoice amount must be received by Miyano ON OR BEFORE 07/26/2003
or a service charge of 1.5% will be charged per month and your account
will be placed on CREDIT HOLD.

*Doc#: ADA-F1611-SctReprort3*                    *Rev#: 1 / 25 Jul 2002*



**ISO 9002**
**Certificate Number 35819**



AMT
The Association For
Manufacturing Technology
100 Years of Building Global Productivity

<u>Exhibit K</u>

# <u>Exhibit L</u>

Miyano
The World Leader in Precision

HOME | ABOUT MIYANO | NEWS | PRODUCTS | DISTRIBUTORS | CONTACT

# MIYANO ADVANTAGE

Founded in 1929, Miyano Machinery is the world leader in the manufacturing of precision machining equipment. Miyano has been a pioneer in the development of automatic lathes, continually achieving advances in productivity and precision as well as producing advanced supporting devices and automated systems. We are determined to meet your needs by providing the most up-to-date devices available and by employing our experience and expertise to make our products work for you.

**NEW PRODUCT**

BX-26S Gang Tool Lathe
for complex barwork
Click here for more.

**TESTIMONIALS**

High precision manufacturer
relies on Miyano lathes
Click here for more.

**SHOW NEWS**

Miyano will be exhibiting at
WESTEC 2008
Click here for more.

© Copyright Miyano Machinery USA

Exhibit L

