# <u>Exhibit M</u>



# IMTS
## 1986 INTERNATIONAL MACHINE TOOL SHOW

# WELCOME TO THE WORLD OF PRECISION



**Miyano**
The World Leader in Precision

Exhibit M

# PRECISION MACHINES FOR H



**3-AXIS CNC TURNING CENTER BNC-12S**
High speed bar machine equipped with a 3-axis synchronous sub-spindle for secondary operation

**3-AXIS CNC TURNING CENTER BNC-20S**
High speed larg synchronous su

**3-AXIS CNC TURNING CENTER BNC-34T**
3-Axis programmable end-working turret provides maximum productivity by simultaneous 3-axis cutting

**2-AXIS CNC TURNING CENTER KNC-35**
Twin turret design reduces idle time, offers cross/end drilling, milling and tapping capability

**4-AXIS CNC TURNING CEN ANC-4**

Exhibit M

# IGHER PRODUCTIVITY THROUG



rger capacity bar machine equipped with a 3-axis
sub-spindle for secondary operation

**2-AXIS CNC TURNING CENTER JNC-60**

Heavy duty universal slant bed machine providing
screw machine speed with CNC accuracy

**2 AND 3-AXIS CNC TURNING CENTER ATS-45**

Heavy Duty universal slant bed machine with
powerful revolving tool attachment and C-Axis control

**2-AXIS GANG TOOL CNC TURNING GN-4**

4-Axis control with a sub-spindle and revolving tools
allows completion of parts in a shorter cycle time

**VERTICAL MACHINING CENTER MSV-21**

Compact designed mac
racy provides the maxin

Exhibit M

# UGH ADVANCED TECHNOLOGY

**2-AXIS 2-SPINDLE CNC TURNING CENTER**
**LNC-C200**

Twin spindle symmetrical design offers the most
highly efficient use of a turning center in a production line



**TURNING CENTER**

High precision linear slide machine provides
fastest cycle times and highest micro-finish accuracy



**VERTICAL MACHINING CENTER**
**MSV-41**

Heavy duty universal machine providing high accuracy and
maximum machining productivity  by using a large
capacity ATC unit

ned machine with high speed and accu
he maximum productivity for small parts





Exhibit M

# A WIDE VARIETY OF TURNING AND MACHINING CENTERS DESIGNED TO BE YOUR PARTNER IN PRECISION WITH TOMORROW'S TECHNOLOGY TODAY.



## BNC-12 SERIES

|  | BNC-12C | BNC-12S |
|---|---|---|
| Bar Capacity | 1/2″ | 1/2″ |
| Chuck Size | — | — |
| Max. Work Length | 2-1/2″ | 2-1/2″ |
| Turret Station | 6 | 6 |
| Max. RPM | 8,000 | 8,000 |

## BNC-20 SERIES

|  | BNC-20C | BNC-20T | BNC-20S |
|---|---|---|---|
| Bar Capacity | 13/16″ | 13/16″ | 13/16″ |
| Chuck Size | 4″ | 4″ | — |
| Max. Work Length | 6-7/8″ | 6-7/8″ | 4″ |
| Turret Station | 6 | 6 + 6 | 6 |
| Max. RPM | 6,500 | 6,500 | 6,500 |

## BNC-34 SERIES

|  | BNC-34C | BNC-34T |
|---|---|---|
| Bar Capacity | 1-1/4″ | 1-1/4″ |
| Chuck Size | 5″ | 5″ |
| Max. Work Length | 9″ | 9″ |
| Turret Station | 6 | 6 + 6 |
| Max. RPM | 5,000 | 5,000 |

## JNC SERIES

|  | JNC-35 | JNC-45 | JNC-60 |
|---|---|---|---|
| Bar Capacity | 1-3/8″ | 1-3/4″ | 2-3/8″ |
| Chuck Size | 6″—8″ | 8″—10″ | 10″ |
| Max. Work Length | 13-1/2″ | 18-1/2″ | 18-1/2″ |
| Turret Station | 8 | 8 | 8 |
| Max. RPM | 5,000 | 4,000 | 3,000 |

## KNC SERIES

|  | KNC-35 | KNC-45 |
|---|---|---|
| Bar Capacity | 1-3/8″ | 1-3/4″ |
| Chuck Size | 6″ | 8″ |
| Max. Work Length | 4-1/4″ | 4-1/4″ |
| Turret Station | 6 + 6 | 6 + 6 |
| Max. RPM | 5,000 | 4,000 |

## ATS SERIES

|  | ATS-35 | ATS-45 | ATS-60 | ATS-80 |
|---|---|---|---|---|
| Bar Capacity | 1-3/8″ | 1-3/4″ | 2-1/2″ | 3-1/16″ |
| Chuck Size | 6″ | 8″ | 10″ | 12″ |
| Max. Work Length | 15″ | 15″ | 30″ | 30″ |
| Turret Station | 12 | 12 | 12 | 12 |
| Max. RPM | 5,000 | 4,000 | 3,000 | 2,400 |

## ANC SERIES

|  | ANC-35 | ANC-45 |
|---|---|---|
| Bar Capacity | 1-3/8″ | 1-3/4″ |
| Chuck Size | 6″ + 4″ | 8″ + 4″ |
| Max. Work Length | 15″ | 14-3/8″ |
| Turret Station | 12 + 6 | 12 + 6 |
| Max. RPM | 5,000 | 4,000 |

## GN SERIES

|  | GN-3 | GN-4 |
|---|---|---|
| Chuck Size | 3-1/2″ | 4″ |
| Max. Work Length | 2-3/8″ | 3-5/32″ |
| Max. Tool Station | 5 | 8 |
| Max. RPM | 5,000 | 4,000 |
| Spindle Drive | 3 HP | 5 HP |

## LNC SERIES

|  | LNC-C165 | LNC-C200 |
|---|---|---|
| Chuck Size | 6″ + 6″ | 8″ + 8″ |
| Max. Work Length | 5-1/2″ | 5-1/2″ |
| Turret Station | 8 + 8 | 8 + 8 |
| Max. RPM | 5,000 | 4,000 |
| Spindle Drive | 10HP × 2 | 10HP × 2 |

## MSV SERIES

|  | MSV-21 | MSV-41 |
|---|---|---|
| Table Size | 10″ × 20″ | 20-1/2″ × 43″ |
| Travel (X × Y × Z) | 12″ × 10″ × 10″ | 32″ × 18″ × 18″ |
| Max. RPM | 12,000 | 6,000 |
| ATC Station | 16 | 30 |
| Tool Holder | BT 30 | BT 40 |

Exhibit M



# IMTS
## The world of manufacturing technology
### 1986 INTERNATIONAL MACHINE TOOL SHOW
September 3–11, 1986 • Chicago, Illinois, USA

**Miyano**

MIYANO is presenting at the 1986 International Machine Tool Show an exhibition of technologically advanced turning and machining centers. See the complete line of machines demonstrated in our booth 2553.
Let MIYANO show you at IMTS how advanced technology can increase your productivity.



**Miyano**

**SEE OUR PRODUCT
BOOTH NO. 2553**

**McCORMICK PLACE EAST-Level 2**





## MIYANO MACHINERY JAPAN INC.
3-1, Shimorenjaku 7-chome, Mitaka-shi, Tokyo 181, Japan
Phone: 0422-46-1121   Telex: 02822333 MINOTO J
Facsimile: 0422-44-6699
**Overseas Office:** Düsseldorf

## MIYANO MACHINERY USA INC.
1071 Thorndale Ave., Bensenville, Illinois 60106
Phone:312-766-4141    Telex: 910-256-0480
Facsimile: 312-860-7266
**Westcoast Banch:**
2831 N. San Fernando Blvd., Burbank, California 91504
Phone: 818-848-6619   Telex: 0194254
Facsimile: 818-842-2052

PRINTED IN JAPAN   860811501

Exhibit M