# Exhibit N

IMTS2008

*SOUTH BUILDING*



**Pavilion Code Key**
AMSF = Abrasive Machining/Sawing/Finishing
CCCR = Controls & CAD/CAM
EDM1 = EDM
ENVI = Machine
Components/Cleaning/Environmental
GEAR = Gear Generation
MCUT = Metal Cutting
MFLS = Metal Forming & Fabricating/Lasers
QUAL = Quality Assurance
TOOL = Tooling and Workholding Systems
FLPW = Fluid Power
ETCP = Emerging Technology Center

| Company | Booth | Pavilion Code |
|---|---|---|
| A A A Products Int'l. | D-4714 | ENVI |
| A & A Manufacturing Company, Inc. | F-2818 | TOOL |
| ABB Inc. | B-6114 | MFLS |
| Abbott Workholding Products | F-2657 | TOOL |
| ABS Imports Inc. | D-4546 | QUAL |
| Absolent Inc. | D-4571 | ENVI |
| Absolute Machine Tools, Inc. | A-8252 | MCUT |
| Abtex Corporation | B-7112 | AMSF |
| Accretech USA | D-4338 | QUAL |
| ACCU-CUT Diamond Tool Co., Inc. | B-7243 | AMSF |
| Accurate Diamond Tool | F-2131 | TOOL |
| Accustream, Inc. | B-6434 | MFLS |
| Accutex EDM | D-4110 | EDM1 |
| Acme Manufacturing Co. | B-7241 | AMSF |
| Acme Refining Scrap Iron & Metal Co. | B-7148 | AMSF |
| Action SuperAbrasive Products | B-7209 | AMSF |
| Acu-Gage Systems | D-4517 | QUAL |
| Acu-Rite Companies Inc. | D-4232 | CCCR |
| Adept Technology Inc. | B-6017 | MFLS |
| ADF Systems, Ltd. | B-7343 | AMSF |
| Advanced Machine & Engineering | F-2320 | TOOL |
| Advanced Superabrasives, Inc. | B-7114 | AMSF |
| Advent Tool & Manufacturing | F-2750 | TOOL |
| Aerotech Inc. | D-3246 | CCCR |
| AFC Arno Friedrichs Hartmetall GmbH & Co | F-2621 | TOOL |
| AFM-Machine Tool Builders Assn of Spain | D-4214 | EDM1 |
| AFM-Machine Tool Builders Assn of Spain | B-6012 | MFLS |
| AFM-Machine Tool Builders Assn of Spain | A-8272 | MCUT |
| AFM-Machine Tool Builders Assn of Spain | B-6750 | AMSF |
| Agathon Machine Tools, Inc. | B-6938 | AMSF |
| Ahaus Tool and Engineering, Inc. | F-2510 | TOOL |
| Airflow Systems Inc. | D-4589 | ENVI |
| Airloc Products | D-4456 | ENVI |
| Air Quality Engineering, Inc. | B-6051 | MFLS |
| Air Turbine Technology, Inc. | F-2600 | TOOL |
| Akash Industries | D-4735 | ENVI |
| Alcatel Vacuum Products, Inc. | D-4635 | QUAL |
| Alfa Laval | D-4615 | ENVI |
| Alfing Corporation | A-8462 | MCUT |

<u>Exhibit N</u>

| | | |
|---|---|---|
| Alibaba.com | D-4466 | ENVI |
| Alliance Manufacturing, Inc. | D-4654 | ENVI |
| Allied Machine & Engineering Corp. | F-2030 | TOOL |
| Allways Precision, Inc. | B-7451 | AMSF |
| Almco Inc. | B-6846 | AMSF |
| Aloris Tool Technology Co., Inc. | F-2183 | TOOL |
| alpha gear drives, Inc. | D-4706 | ENVI |
| Aluminum Precision Products | F-2807 | TOOL |
| Amada Cutting Technologies | B-6852 | AMSF |
| American Broach & Machine Company | B-6821 | GEAR |
| American Filtration Technologies, Inc. | D-4025 | EDM1 |
| American Hofmann Corporation | D-4426 | QUAL |
| Corvalent | D-3248 | CCCR |
| American QC Systems | F-2377 | TOOL |
| Ameritherm Inc. | B-6431 | MFLS |
| AM Machinery Sales, Inc. | B-6746 | AMSF |
| AMO GmbH | D-4410 | QUAL |
| AMTDA | A-8660 | MCUT |
| ANCA Inc. | B-7432 | AMSF |
| Andantex USA Inc. | D-4730 | ENVI |
| Anilam | D-4232 | CCCR |
| Antenen Research | B-6341 | MFLS |
| Applied Recovery Systems, LLC | D-4623 | ENVI |
| Arbor Image Corporation | B-6331 | MFLS |
| Arobotech Systems, Inc. | B-7531 | AMSF |
| Artis Systems Inc. | D-4283 | QUAL |
| ASAHI DIAMOND AMERICA, INC. | B-7048 | AMSF |
| Asahi Diamond Industrial Co., Ltd. | B-7048 | AMSF |
| Asahi Diamond Industrial Europe S.A. | B-7048 | AMSF |
| ATI Industrial Automation | B-6416 | MFLS |
| Atlanta Drive Systems, Inc. | B-6442 | MFLS |
| AutoCrib, Inc. | F-2395 | TOOL |
| Automated Precision, Inc. | D-4652 | QUAL |
| Automation Innovation, Inc. | D-4409 | QUAL |
| Autopulit | B-6746 | AMSF |
| Bahco North America, Inc. | B-7327 | AMSF |
| Bahmueller GmbH | B-7427 | AMSF |
| Bahmueller Technologies, Inc. | B-7427 | AMSF |
| Baker Gauges India Private Limited | D-4550 | QUAL |
| Balance Systems Corp | B-7108 | AMSF |
| Balax, Inc. | F-2189 | TOOL |
| Baldor Electric Company | D-4729 | ENVI |
| Balluff Incorporated | D-4437 | QUAL |
| Bardons & Oliver, Inc. | A-8009 | MCUT |
| Barton Mines Company, LLC | B-6019 | MFLS |
| Basaran Grinder Corporation | B-7340 | AMSF |
| Bates Technologies, Inc. | B-7535 | AMSF |
| Bavarian Pavilion | F-2858 | TOOL |
| Bavarian Pavilion | F-2864 | TOOL |
| Beaumont Machine, Inc. | D-4130 | EDM1 |
| William Beckett Plastics Inc. | F-2617 | TOOL |
| Beckwood Press Company | B-6319 | MFLS |

<u>Exhibit N</u>

| | | |
|---|---|---|
| bedra-GISCO, Inc. | D-4020 | EDM1 |
| Beere Precision Products, Inc. | F-2321 | TOOL |
| Behringer Saws, Inc. | B-6841 | AMSF |
| Bel Air Finishing Supply | B-7465 | AMSF |
| Belmont Equipment & Technologies | D-4126 | EDM1 |
| BENZ Inc. | F-2814 | TOOL |
| Beta LaserMike | D-4420 | QUAL |
| Better Engineering Mfg., Inc. | D-4621 | ENVI |
| Big Ass Fans | D-4574 | ENVI |
| BIG Daishowa Seiki Co., Ltd. | F-2114 | TOOL |
| BIG Kaiser Precision Tooling Inc. | F-2114 | TOOL |
| Bijur Lubricating Corporation | F-2222 | TOOL |
| Bishop-Wisecarver Corporation | D-4056 | ENVI |
| BISON - TMX | F-2685 | TOOL |
| Bluco Corporation | F-2149 | TOOL |
| Bluco Corporation | B-6309 | MFLS |
| Blum Laser Measuring Technology Inc. | D-4558 | QUAL |
| KK Blum LMT | D-4558 | QUAL |
| Blum-Novotest GmbH | D-4558 | QUAL |
| Bohler Uddeholm Specialty Metals, Inc. | F-2648 | TOOL |
| Bohle Machine Tools, Inc. | A-8462 | MCUT |
| Bondhus Corporation | F-2843 | TOOL |
| Boride Engineered Abrasives | B-7120 | AMSF |
| Bosch Rexroth Corporation | D-4320 | CCCR |
| Bosch Rexroth - Electric Drives & Controls | D-4320 | CCCR |
| Bosch Rexroth - Industrial Hydraulics | D-4320 | CCCR |
| Bosch Rexroth-Linear Motion & Assembly Technology | D-4320 | CCCR |
| Bosch Rexroth - Mobile Hydraulics | D-4320 | CCCR |
| Bosch Rexroth - Pneumatics | D-4320 | CCCR |
| Bowen & Groves Inc. | D-3242 | CCCR |
| BP - KOREA | F-2430 | TOOL |
| Breton S.p.A | A-8616 | MCUT |
| Bridgeport | A-8032 | MCUT |
| Briney Tooling Systems | F-2155 | TOOL |
| Brinkmann Pumps, Inc. | B-7544 | AMSF |
| Broaching Machine Specialties Co. | B-7220 | GEAR |
| Broach Masters/Universal Gear | B-7103 | GEAR |
| Brooke Cutting Tools USA | F-2738 | TOOL |
| Bunting Magnetics Co. | D-4568 | ENVI |
| Burr King Mfg. Company Inc. | B-7502 | AMSF |
| Calypso WaterJet Systems, Inc. | B-6246 | MFLS |
| Camtek North America | D-3040 | CCCR |
| Canela Corporation | F-2521 | TOOL |
| Capture 3D, Inc. | D-4330 | QUAL |
| Carbinite Metal Coatings | F-2837 | TOOL |
| Carl Zeiss IMT Corporation | D-4501 | QUAL |
| Carmex Precision Tools, Ltd. | F-2200 | TOOL |
| Carr Lane Manufacturing Co. | F-2431 | TOOL |
| Carr Lane Roemheld Mfg. Co., Inc. | F-2431 | TOOL |
| CB Carbide Group | F-2810 | TOOL |
| C C P I T Machinery Sub-Council | A-8670 | MCUT |
| C C P I T Machinery Sub-Council | B-6355 | MFLS |

<u>Exhibit N</u>

| | | |
|---|---|---|
| C C P I T Machinery Sub-Council | F-2400 | TOOL |
| C C P I T Machinery Sub-Council | D-4469 | ENVI |
| Centaur Precision Tools Inc. | F-2315 | TOOL |
| CentraSep Technologies | D-4782 | ENVI |
| Ceramtec SPK Cutting Tools | F-2507 | TOOL |
| Ceratizit USA, Inc. | F-2886 | TOOL |
| CGTech | D-3035 | CCCR |
| Charmilles | A-8343 | MCUT |
| Chemtool Incorporated | F-2835 | TOOL |
| Chevalier Machinery, Inc. | B-6736 | AMSF |
| Chevin Tools, Inc. | F-2341 | TOOL |
| Chia Lern Co., Ltd. | B-7139 | AMSF |
| Chick Workholding Solutions, Inc. | F-2065 | TOOL |
| CHII LONG IRON WORKS CO., LTD | B-7247 | AMSF |
| China National Mach. & Equip. I/E Corp. | F-2494 | TOOL |
| China National Mach. & Equip. I/E Corp. | A-8757 | MCUT |
| China National Mach. & Equip. I/E Corp. | A-8759 | MCUT |
| Chiron America, Inc. | A-8729 | MCUT |
| Cimatron Technologies | D-3050 | CCCR |
| CIMNET, Inc. | D-3017 | CCCR |
| Cinetic Landis Grinding Corp.-CITCO Dmnd & CBN | B-7533 | AMSF |
| Cinetic Landis Grinding Corp.-CITCO Dmnd & CBN | F-2765 | TOOL |
| CJT Koolcarb, Inc. | F-2724 | TOOL |
| Clausing Industrial, Inc. | A-8454 | MCUT |
| CleanParts.com | D-4780 | ENVI |
| Cline Tool and Service Company | F-2335 | TOOL |
| CML USA Inc. (Ercolina) | B-6303 | MFLS |
| CMS North America, Inc. | A-8020 | MCUT |
| CNC Engineering, Inc. | D-3002 | CCCR |
| CNC Systems, Inc. | A-8779 | MCUT |
| Cogsdill Tool Products, Inc. | F-2270 | TOOL |
| Cole Carbide Industries, Inc. | F-2701 | TOOL |
| Columbia Marking Tools | B-6564 | AMSF |
| Comco, Inc. | B-7119 | AMSF |
| Command Tooling Systems LLC | F-2172 | TOOL |
| Competitive Carbide Inc. | F-2769 | TOOL |
| Control Gaging, Inc. | B-7126 | AMSF |
| Control Laser | B-6000 | MFLS |
| Coolant Maintenance Systems | B-6328 | MFLS |
| Cool Jet Systems | D-4745 | ENVI |
| Cosen Saws, USA | B-7354 | AMSF |
| Crafford - Laserstar Technologies | B-6512 | MFLS |
| Creative Automation, Inc. | B-6445 | MFLS |
| Crest Ultrasonics | D-4566 | ENVI |
| CRI, Centerless Rebuilders, Inc. | B-6638 | AMSF |
| Criterion Machine Works | F-2147 | TOOL |
| Crystallume | D-4041 | EDM1 |
| Crystal Mark, Inc. | B-7128 | AMSF |
| Cubic Machinery, Inc. | A-8286 | MCUT |
| Current EDM, Inc. | D-4120 | EDM1 |
| Cutting Tool Engineering Magazine | F-2451 | TOOL |
| CVD Diamond Corporation | F-2762 | TOOL |

<u>Exhibit N</u>

| | | |
|---|---|---|
| CWT Industries | D-4537 | QUAL |
| Cyber CNC Machinery Sales | A-8485 | MCUT |
| Daco Jaw Company | F-2192 | TOOL |
| Dah Lih Machinery Industry Co. Ltd. | A-8047 | MCUT |
| Dalian Machine Tool Group Co., Ltd. | A-8369 | MCUT |
| Dan di De Antoni Srl | B-7144 | AMSF |
| Dapra Corporation | F-2651 | TOOL |
| Dapra Corporation | B-6256 | MFLS |
| Darex Corporation | B-7102 | AMSF |
| Darex Corporation | F-2236 | TOOL |
| Data Flute CNC | F-2560 | TOOL |
| Datron Dynamics Inc. | A-8068 | MCUT |
| DAVI North America | B-6515 | MFLS |
| DCM Tech | B-7105 | AMSF |
| Delcam International Inc. | D-3005 | CCCR |
| Delimon Lubrication | F-2222 | TOOL |
| Delta Tau Data Systems | D-4210 | CCCR |
| Dessau International | F-2478 | TOOL |
| DE-STA-CO, A Dover Company | D-4464 | ENVI |
| DE-STA-CO, A Dover Company | F-2655 | TOOL |
| Deublin Company | D-4772 | ENVI |
| Diacut, Inc. | B-7140 | AMSF |
| Diamondback Abrasive Corporation | B-7225 | AMSF |
| Diamond Productions Canada Ltd. | B-7249 | AMSF |
| Diaset | F-2114 | TOOL |
| Diatest Precision Gages | D-4335 | QUAL |
| Diebold Goldring Tooling, U.S.A. | F-2420 | TOOL |
| Digital Precision Corporation | D-4412 | QUAL |
| Dijet Inc. | F-2779 | TOOL |
| Dimension 3D Printing | D-3151 | CCCR |
| Dimplex Thermal Solutions | B-6147 | MFLS |
| DLoG Shop Floor Data Management | D-3160 | CCCR |
| D L Ricci Corp | B-7516 | AMSF |
| DMG America Inc. | A-8501 | MCUT |
| DoALL Sawing Products | B-7301 | AMSF |
| Doosan Infracore America Corporation | A-8018 | MCUT |
| Doosan Mecatec Co. | A-8735 | MCUT |
| Dorian Tool International | F-2501 | TOOL |
| Dorner Mfg. Corp. | D-4717 | ENVI |
| Dorsey Metrology International, Inc. | D-4560 | QUAL |
| Drake Manufacturing Services, Inc. | B-7407 | AMSF |
| Dreisilker Electric Motors, Inc. | D-4638 | ENVI |
| Drill Masters - Eldorado Tool Inc. | F-2331 | TOOL |
| DS Technology (USA) Inc. | A-8012 | MCUT |
| Dynabrade, Inc. | B-7203 | AMSF |
| Dynamic International, Inc. | A-8141 | MCUT |
| Eagle Rock Technologies, Inc. | F-2851 | TOOL |
| Earth-Chain USA, Inc. | F-2591 | TOOL |
| East Coast Induction, Inc. | B-6330 | MFLS |
| EBBCO Inc. - EDM Filtration Systems | D-4008 | EDM1 |
| EBBCO Inc. - Metal Working Filtration | B-6262 | MFLS |
| J.N. Eberle u. Cie GmbH | B-7239 | AMSF |

Exhibit N

| | | |
|---|---|---|
| E-B Manufacturing Co., Inc. | F-2657 | TOOL |
| EBway Corporation/Gripflow | B-6024 | MFLS |
| Ecoroll Corporation Tool Technology | F-2644 | TOOL |
| Edge Technologies | A-8435 | MCUT |
| EDM Network Inc. | D-4010 | EDM1 |
| EDM Sales & Supplies, Inc. | D-4031 | EDM1 |
| Edmunds Gages | D-4436 | QUAL |
| Edwards Manufacturing Co. | B-6033 | MFLS |
| EHWA Diamond Industrial Co. Ltd. | B-7425 | AMSF |
| Eitel Presses, Inc. | B-6516 | MFLS |
| EKO Manufacturing Corporation | D-4776 | ENVI |
| Elb America, Inc. | B-7329 | AMSF |
| Electro Arc Manufacturing Co. | D-4018 | EDM1 |
| Electrodes, Inc. | D-4046 | EDM1 |
| Electrox, Inc. | B-6036 | MFLS |
| Emco Maier Corporation | A-8042 | MCUT |
| Emuge Corp. | F-2667 | TOOL |
| Enco | D-4631 | ENVI |
| EndeavorTechnologies, Inc. | D-4763 | ENVI |
| ENERPAC | F-2987 | TOOL |
| Engis Corporation | B-7422 | AMSF |
| Enshu USA Corporation | A-8568 | MCUT |
| UNISIG / Entrust Tool & Design Company, Inc. | A-8648 | MCUT |
| Epicor Software Corporation | D-3125 | CCCR |
| Epilog Laser | B-6327 | MFLS |
| Equipment Manufacturing Corporation | D-4722 | ENVI |
| Eriez Magnetics | D-4295 | ENVI |
| Eriez Magnetics | B-6040 | MFLS |
| EROWA Technology, Inc. | D-4106 | EDM1 |
| ESAB Welding & Cutting Products | B-6230 | MFLS |
| E S M A, Inc. | D-4756 | ENVI |
| ESPRIT/DP Technology | D-3101 | CCCR |
| Etamic Corporation | D-4444 | QUAL |
| Euchner USA, Inc. | D-4742 | ENVI |
| Euro-Tech Corporation | F-2310 | TOOL |
| The Ex One Company | B-1000 | ETCP |
| Exsys Tool, Inc. | F-2407 | TOOL |
| EXTRUDE HONE Corporation | B-7100 | AMSF |
| EZ Environmental Solutions Corp. | D-4749 | ENVI |
| EZset LLC | F-2640 | TOOL |
| Fabreeka International, Inc. | B-6339 | MFLS |
| Fabreeka International, Inc. | D-4524 | QUAL |
| Fagor Automation Corporation | D-4314 | QUAL |
| T. L. Fahringer Co., Inc. | B-7116 | AMSF |
| FANUC LTD | A-8418 | MCUT |
| FARO Technologies, Inc. | D-4525 | QUAL |
| Farval Lubrication Systems | F-2222 | TOOL |
| FELO-WERKZEUGFABRIK HOLLAND-LETZ GMBH | F-2843 | TOOL |
| FEMCO Inc. | A-8466 | MCUT |
| Fidia Co. | A-8740 | MCUT |
| Finn-Power International, Inc. | B-6313 | MFLS |
| Fischer Precise USA | D-4719 | ENVI |

<u>Exhibit N</u>

| | | |
|---|---|---|
| Fitz-Rite Products, Inc. | F-2357 | TOOL |
| Fixtureworks | F-2610 | TOOL |
| Fladder | B-7325 | AMSF |
| Flair Industry Accessory Co., Ltd. | D-4752 | ENVI |
| Flashcut CNC | D-3250 | CCCR |
| FlexArm/Midwest Specialties | F-2375 | TOOL |
| FlexArm/Midwest Specialties | B-6438 | MFLS |
| Flexbar Machine Corporation | D-4625 | QUAL |
| Flitz International, Ltd. | B-7207 | AMSF |
| Flow International Corporation | B-6200 | MFLS |
| FOBA, A Virtek Company | B-6508 | MFLS |
| M.A. Ford Mfg. Co., Inc. | F-2411 | TOOL |
| Forecreu America, Inc. | F-2434 | TOOL |
| Forest-Line Machine, Inc. | A-8015 | MCUT |
| Fortress Interlocks Inc. | D-4052 | ENVI |
| Fortune International Inc. | A-8380 | MCUT |
| Fred V. Fowler Co., Inc. | D-4316 | QUAL |
| Fresmak, S.A. | F-2424 | TOOL |
| Friedrich Gloor Ltd. | F-2700 | TOOL |
| FRIGGI s.r.l. | B-6956 | AMSF |
| Fryer Machine Systems, Inc. | A-8420 | MCUT |
| Fuchs Lubricants Company | F-2461 | TOOL |
| Fujifilm NDT Systems, Inc. | D-4439 | QUAL |
| Fuji Machine America Corporation | A-8721 | MCUT |
| Fusion Incorporated | B-6425 | MFLS |
| Futuretech Diamond Tool Co. | F-2383 | TOOL |
| GBI Cincinnati, Inc. | A-8585 | MCUT |
| Gehring L P | B-6740 | AMSF |
| Gerardi SpA | F-2113 | TOOL |
| Gerstner International | F-2480 | TOOL |
| Gesswein & Company, Inc. | B-6435 | MFLS |
| Gibbs and Associates | D-3001 | CCCR |
| Giuseppe Giana SpA | A-8041 | MCUT |
| GKI Cutting Tools | F-2351 | TOOL |
| Gleason Corporation | B-6902 | GEAR |
| Glebar Company Inc. | B-6948 | AMSF |
| Global CNC Industries, Ltd. | F-2355 | TOOL |
| Global Shop Solutions, Inc. | D-3221 | CCCR |
| Global Trade Network, Inc. / GTN | D-4038 | EDM1 |
| GMN USA | D-4452 | ENVI |
| Golden Sun Industrial Co., Ltd. | F-2712 | TOOL |
| Gorbel Inc. | D-4369 | ENVI |
| Gortrac Division | D-4358 | ENVI |
| Gradient Lens Corporation | D-4424 | QUAL |
| Gravograph New Hermes | B-6423 | MFLS |
| Graymills Corporation | D-4563 | ENVI |
| Griffo Brothers Inc. | D-3008 | CCCR |
| Grundfos Pumps Corporation | D-4767 | ENVI |
| GTI Spindle Technology Inc. | B-7309 | AMSF |
| Gudel Inc. | B-6015 | MFLS |
| Guhring, Inc. | F-2267 | TOOL |
| Guyson Corporation of U.S.A. | B-7131 | AMSF |

<u>Exhibit N</u>

| | | |
|---|---|---|
| Haas Automation, Inc. | A-8000 | MCUT |
| Haas Multigrind LLC | B-7251 | AMSF |
| Haberle Maschinenfabrik, Cold Sawing Mac | B-6558 | AMSF |
| Halder, Inc. | F-2228 | TOOL |
| Hamar Laser Instruments, Inc. | D-4519 | QUAL |
| H.A.M. Precision | F-2616 | TOOL |
| Handtmann CNC Technologies, Inc. | A-8559 | MCUT |
| Hanel Storage Systems | D-4138 | ENVI |
| Hangsterfer's Laboratories, Inc. | B-7539 | AMSF |
| Hankook America Corp. | A-8636 | MCUT |
| Hanwha Machinery America | A-8478 | MCUT |
| Hardinge Inc. | A-8032 | MCUT |
| Hardinge Workholding | A-8032 | MCUT |
| Harig Manufacturing Corporation | D-4037 | EDM1 |
| Harrington Hoists, Inc. | F-2650 | TOOL |
| Hassay Savage Co. | F-2212 | TOOL |
| Hauser | A-8032 | MCUT |
| Hauzer Techno Coating BV | F-2847 | TOOL |
| HAWE Hydraulics | F-2878 | TOOL |
| Heartech Precision, Inc. -HPI | F-2487 | TOOL |
| Heck Industries, Inc. | B-6409 | MFLS |
| Hegenscheidt-MFD Corporation | A-8462 | MCUT |
| Heidenhain Corporation | D-4419 | QUAL |
| Heinz Kaiser AG | F-2114 | TOOL |
| Heller Machine Tools | A-8475 | MCUT |
| Helmel Engineering Products, Inc. | D-4555 | QUAL |
| Hemco Corporation | D-4434 | QUAL |
| HE&M Saw | B-6934 | AMSF |
| Hennig, Inc. | D-4711 | ENVI |
| Henning Industrial Software, Inc. | D-3145 | CCCR |
| Heule Tool Corporation | F-2708 | TOOL |
| Hexagon Metrology | D-4303 | QUAL |
| Hey Machine Tools | A-8043 | MCUT |
| Heyuan Fuma Cemented Carbide Co., Ltd. | F-2414 | TOOL |
| Hirschmann Engineering USA Inc. | D-4100 | EDM1 |
| Hiwin Corporation | D-4136 | ENVI |
| Hoffmann Filter Corporation | B-7447 | AMSF |
| Hoffmann Maschinen und Apparatebau GmbH | B-7447 | AMSF |
| Hongia Industry Co. Ltd. | B-7526 | AMSF |
| Horkos Corp. | A-8651 | MCUT |
| Horkos Technical Center of America | A-8651 | MCUT |
| Horn USA, Inc. | F-2227 | TOOL |
| Houghton International Inc. | F-2317 | TOOL |
| Huot Manufacturing Co. | F-2454 | TOOL |
| Hurco Companies, Inc. | A-8117 | MCUT |
| Huron Machine Products, Inc. | F-2629 | TOOL |
| Hwacheon Machinery America, Inc. | A-8541 | MCUT |
| Hyd-Mech Group Limited | B-7357 | AMSF |
| Hydromat Inc. | A-8435 | MCUT |
| HYTEC - SPX FLUID POWER | F-2622 | TOOL |
| Hyundai-Kia Machine America Corporation | A-8442 | MCUT |
| IBAG North America Div. of Burmco, Inc | D-4131 | ENVI |

Exhibit N

| | | |
|---|---|---|
| IBOCO Corporation | D-4731 | ENVI |
| ICAM Technologies Corporation-Canada | D-3106 | CCCR |
| II-VI Infrared | B-6335 | MFLS |
| I K O International | D-4142 | ENVI |
| IMEXSU | B-7256 | AMSF |
| INDEX Corporation | A-8253 | MCUT |
| INDEX Werke GmbH & Co., KG | A-8253 | MCUT |
| Industrial Machine Trader | D-4060 | ENVI |
| Inertia Friction Welding | B-6010 | MFLS |
| Ingersoll Cutting Tools | F-2050 | TOOL |
| Ingersoll Production Systems | A-8369 | MCUT |
| Innovative Organics (Saint-Gobain) | B-7129 | AMSF |
| Innovative Tooling Solutions | F-2811 | TOOL |
| Inora Technologies, Inc. | D-4633 | QUAL |
| Intercon Automation Parts Inc. | D-4068 | ENVI |
| Intercon Ent. Inc. | B-6411 | MFLS |
| International Machinery Co. | A-8675 | MCUT |
| InterNet Inc. | F-2464 | TOOL |
| Everede Tool Co. | F-2385 | TOOL |
| Ionbond LLC | F-2806 | TOOL |
| Iowa Dept. of Economic Development | D-4787 | ENVI |
| Iscar Metals, Inc. | F-2010 | TOOL |
| I-TECH International Corp. | B-6644 | AMSF |
| ITW Dykem | B-6345 | MFLS |
| ITW ROCOL North America | F-2226 | TOOL |
| ITW Workholding | F-2486 | TOOL |
| IZAR Herramientas de Amorebieta S.A.L. | F-2466 | TOOL |
| Jarvis Cutting Tools | F-2169 | TOOL |
| Jergens, Inc. | F-2423 | TOOL |
| Jet Edge | B-6252 | MFLS |
| JET - WILTON | A-8265 | MCUT |
| Exact JobBOSS | D-3127 | CCCR |
| JobPack Inc. | D-3064 | CCCR |
| Jobs Inc. | A-8632 | MCUT |
| The Johnson Gage | D-4509 | QUAL |
| Jorgensen Conveyors, Inc. | D-4636 | ENVI |
| Jose Maria Cabre, S.A. | F-2391 | TOOL |
| JTEK / Nippon Oil Pump Co., Ltd. | D-4253 | ENVI |
| Erwin Junker Machinery Inc. | B-6817 | AMSF |
| KabelSchlepp America | D-4662 | ENVI |
| Kaeser Compressors, Inc. | B-6044 | MFLS |
| Kafer Messuhrenfabrik GmbH & Co. KG | D-4534 | QUAL |
| Kakuta USA, Inc. | F-2752 | TOOL |
| Kalamazoo Chuck Manufacturing & Service Center Co. | F-2849 | TOOL |
| Kaltenbach, Inc. | B-6748 | AMSF |
| KAPP Technologies | B-7025 | GEAR |
| Kasto Racine, Inc. | B-6726 | AMSF |
| Kaufman Mfg. Co. | A-8640 | MCUT |
| Kelch, Inc. | F-2741 | TOOL |
| Kellenberger, A Hardinge Company | A-8032 | MCUT |
| KENDU, S.COOP. | F-2472 | TOOL |
| Kennametal Inc.-World Headquarters | F-2060 | TOOL |

Exhibit N

| | | |
|---|---|---|
| Kentai Machinery Co., Ltd. | B-7537 | AMSF |
| Kent Industrial USA Inc. | B-7527 | AMSF |
| KGK International Corp. | A-8745 | MCUT |
| Kitagawa-NorthTech Inc. | F-2194 | TOOL |
| Kitamura Machinery of USA, Inc. | A-8054 | MCUT |
| KleenTec/Kleer-Flo Ind. | B-6846 | AMSF |
| KMT Waterjet Systems Inc. | B-6235 | MFLS |
| Knuth Machine Tools USA, Inc. | B-6620 | MFLS |
| Koepfer America, L.L.C. | B-6907 | GEAR |
| K. O. LEE Company | B-7511 | AMSF |
| Koma Precision Inc. | D-4032 | EDM1 |
| Koma Precision Inc. | F-2277 | TOOL |
| KOMET of America, Inc. | F-2800 | TOOL |
| Korea Technics Ltd. | F-2438 | TOOL |
| Korloy Inc. | F-2686 | TOOL |
| Kosmek USA Ltd. | F-2828 | TOOL |
| Koyo Encoder, Inc. | D-4510 | QUAL |
| Kurt Manufacturing Company | D-4713 | ENVI |
| Kurt Manufacturing Company | F-2565 | TOOL |
| Kyocera Industrial Ceramics, Corp. | F-2500 | TOOL |
| Kyocera - Micro Tools | F-2141 | TOOL |
| Kyzen Corporation | D-4738 | ENVI |
| Lach Diamond, Inc. | F-2491 | TOOL |
| LAIP, S.A. | F-2474 | TOOL |
| Lang | F-2114 | TOOL |
| Lapmaster International, LLC | B-6953 | AMSF |
| LASAG INDUSTRIAL-LASERS | B-6522 | MFLS |
| LaserLine Incorporated | B-6315 | MFLS |
| Laser Mechanisms, Inc. | B-6402 | MFLS |
| Latham Performance Products, Inc. | D-4453 | ENVI |
| Lead Screws International, Inc. | F-2244 | TOOL |
| Leadwell CNC Machine Tools | A-8260 | MCUT |
| Lee Spring | D-4054 | ENVI |
| Leistritz Corporation | B-6729 | AMSF |
| Leitech U.S., Limited | D-4408 | QUAL |
| LENOX-American Saw & Mfg. Company | B-6546 | AMSF |
| Lenzkes Clamping Tools, Inc. | F-2776 | TOOL |
| Lexair/Production Dynamics | F-2252 | TOOL |
| LFA Drill Chucks | F-2133 | TOOL |
| LiCONmt | A-8165 | MCUT |
| Liebherr Gear Technology, Inc. | B-7016 | GEAR |
| Lighthouse Systems Inc. | D-3232 | CCCR |
| The Lincoln Electric Company | B-6504 | MFLS |
| Lista International Corporation | F-2719 | TOOL |
| LMT-FETTE, Inc. | F-2419 | TOOL |
| L N S America, Inc. | A-8755 | MCUT |
| Lockwood Products, Inc. (LOC-LINE) | F-2278 | TOOL |
| Lord Corporation - NC | F-2839 | TOOL |
| Losma, Inc. | D-4647 | ENVI |
| Lovejoy Tool Company, Inc. | F-2218 | TOOL |
| LubeSite Systems Inc. | F-2222 | TOOL |
| Lube USA, Inc. | D-4472 | ENVI |

Exhibit N

| | | |
|---|---|---|
| Lubriquip, A Unit of Idex | B-6046 | MFLS |
| Luren Precision Co., Ltd. | B-6554 | AMSF |
| Lyndex - Nikken Inc. | F-2221 | TOOL |
| Lyon Workspace Products | F-2129 | TOOL |
| MachineWorks Ltd. | D-3021 | CCCR |
| Madaula, S.A. | F-2389 | TOOL |
| MAGAFOR | F-2212 | TOOL |
| MAG Industrial Automation Systems | A-8218 | MCUT |
| Mahr Federal Inc. | D-4324 | QUAL |
| Maintenance Service Corp. | A-8162 | MCUT |
| Makino Inc. | D-4101 | EDM1 |
| Makino Inc. | A-8301 | MCUT |
| Manchester Tool Co. | F-2235 | TOOL |
| MAN-Modern Applications News | D-4353 | ENVI |
| MANN+HUMMEL USA, INC. | D-4020 | EDM1 |
| Manufacturing Technology, Inc. | B-6005 | MFLS |
| Mapal Inc. | F-2070 | TOOL |
| Marposs Corporation | D-4514 | QUAL |
| Marubeni Citizen-Cincom, Inc. | A-8560 | MCUT |
| Marvel Manufacturing Company Inc. | B-6900 | AMSF |
| Mastercam/CNC Software, Inc. | D-3027 | CCCR |
| Master Graphics | D-3304 | CCCR |
| Master Lift Co. | F-2190 | TOOL |
| Master Magnetics, Inc. | F-2446 | TOOL |
| MasterTask Training | A-8040 | MCUT |
| Master Work-Holding, Inc. | F-2276 | TOOL |
| Matthews Marking Products | B-6520 | MFLS |
| Maximum Advantage - Carolinas | B-7442 | AMSF |
| Mayfran International | D-4227 | ENVI |
| Mazak Corporation | A-8101 | MCUT |
| MDSI | D-4315 | CCCR |
| MD Tooling | F-2586 | TOOL |
| Meccanica Nova Corporation | B-7345 | AMSF |
| MECCO MARKING & TRACEABILITY | B-6028 | MFLS |
| MegaFab | B-6002 | MFLS |
| Melin Tool Company | F-2161 | TOOL |
| METAPLAS IONON | F-2748 | TOOL |
| Methods Machine Tools, Inc.-MA | A-8517 | MCUT |
| Methods Machine Tools, Inc.-MA | D-4114 | EDM1 |
| Metl-Saw Systems, Inc. | B-7415 | AMSF |
| Metris USA, Inc. | D-4447 | QUAL |
| Metrol Co., Ltd. | D-4441 | QUAL |
| Meyer Gage Company | D-4528 | QUAL |
| MHC Industrial Supply Co., Inc. | D-4428 | QUAL |
| Micro Air Clean Air Systems | D-4474 | ENVI |
| Micro Centric Corporation | F-2658 | TOOL |
| Micron Research Corp. | D-4022 | EDM1 |
| Micron-USA, Inc. | B-6931 | AMSF |
| Micro 100 Tool Corporation | F-2823 | TOOL |
| Micro-Vu Corporation | D-4506 | QUAL |
| MIDACO Corporation | F-2217 | TOOL |
| Midwest Tool Inc. | B-6332 | MFLS |

<u>Exhibit N</u>

| | | |
|---|---|---|
| Miele | D-4724 | ENVI |
| Mighty U.S.A. Inc. | A-8058 | MCUT |
| Mijno Precision Gearing | D-4072 | ENVI |
| Mikron Corporation Monroe | F-2773 | TOOL |
| Mikron Corporation Monroe | A-8274 | MCUT |
| Milltronics Manufacturing Company | A-8767 | MCUT |
| Miroku Machine Tool, Inc. | A-8387 | MCUT |
| Missler Software | D-3015 | CCCR |
| Mitee-Bite Products Inc. | F-2280 | TOOL |
| Mitsubishi EDM / MC Machinery Systems, Inc. | D-4202 | EDM1 |
| Mitsubishi Electric Automation, Inc. | D-4206 | CCCR |
| Mitsubishi Materials USA Corporation | F-2164 | TOOL |
| Mitsui High-Tec (USA), Inc. | B-7349 | AMSF |
| Mitts & Merrill L.P. | B-7212 | GEAR |
| Mitutoyo America Corporation | D-4306 | QUAL |
| MIYANOHITEC MACHINERY, INC. | A-8064 | MCUT |
| Miyano Machinery USA, Inc. | A-8717 | MCUT |
| MJC Engineering & Technology, Inc. | B-6007 | MFLS |
| M. K. Morse Company, The | B-7546 | AMSF |
| MMK Matsumoto Corp. | F-2490 | TOOL |
| Modern Industries, Inc. | F-2801 | TOOL |
| Molemab Abrasives USA, Inc. | B-7218 | AMSF |
| Monode Marking Products, Inc. | B-6021 | MFLS |
| Mori Seiki USA, Inc. | A-8400 | MCUT |
| Motoman Inc. | B-6400 | MFLS |
| mptec | F-2114 | TOOL |
| MST Corporation | F-2547 | TOOL |
| MTA International | A-8775 | MCUT |
| Mubea, Inc. | D-4751 | ENVI |
| Multicam LP | B-6250 | MFLS |
| Murata Machinery USA, Inc.-Machine Tools | A-8363 | MCUT |
| Murrplastik Systems, Inc. | D-4716 | ENVI |
| Muskegon Tool Industries, Inc. | F-2381 | TOOL |
| Mycrona of North America, Inc. | D-4429 | QUAL |
| Nachi America, Inc. | B-7021 | GEAR |
| Nagel Precision, Inc. | B-6950 | AMSF |
| NAP Tools LLC | F-2654 | TOOL |
| N B Corporation of America | D-4727 | ENVI |
| NEMI | F-2495 | TOOL |
| NestONE Solutions | D-3040 | CCCR |
| Newall Electronics | D-4237 | CCCR |
| Nexen Group Inc. | D-4674 | ENVI |
| Nikon Instruments Inc. | D-4415 | QUAL |
| Niles-Simmons Industrieanlagen GmbH | A-8462 | MCUT |
| Nilfisk-Advance America, Inc. | D-4774 | ENVI |
| Ningbo Powerway Materialise Co., Ltd. | D-4027 | EDM1 |
| Noga Engineering Ltd. | F-2416 | TOOL |
| Noren Products, Inc. | D-4762 | ENVI |
| Noritake Co., Inc. Abrasives Division | B-6827 | AMSF |
| Normac Incorporated | B-7505 | AMSF |
| North American Tool Corporation | F-2704 | TOOL |
| Northfield Precision Instrument Corp. | F-2450 | TOOL |

<u>Exhibit N</u>

IMTS2008

| | | |
|---|---|---|
| Northwestern Tools Inc. | F-2135 | TOOL |
| Northwest Laser Tracking | D-4515 | QUAL |
| NSK America Corporation | B-7313 | AMSF |
| NSK Precision America Inc. - U.S. HQ | D-4758 | ENVI |
| NTC America Corporation | A-8161 | MCUT |
| NTK Cutting Tools | F-2258 | TOOL |
| NT Tool Corporation | F-2160 | TOOL |
| NUM Corporation | D-3010 | CCCR |
| Oerlikon Balzers Coating USA Inc. | F-2350 | TOOL |
| Okamoto Machine Tool Works, Ltd. | B-6718 | AMSF |
| OKK USA Corporation | A-8150 | MCUT |
| Okuma America Corporation (OAC) | A-8200 | MCUT |
| OMAX Corporation | B-6241 | MFLS |
| OMAX Corporation | D-4042 | EDM1 |
| OmegaCube Technologies Inc. | D-3317 | CCCR |
| Omegasonics, Inc. | D-4250 | ENVI |
| Open Mind Technologies USA, Inc. | D-3062 | CCCR |
| Optical Dimensions, LLC | D-4526 | QUAL |
| Optical Gaging Products, Inc. (OGP) | D-4521 | QUAL |
| Optical Gaging Products, Inc. (OGP) | F-2175 | TOOL |
| Optimet | D-4522 | QUAL |
| Optodyne, Inc. | D-4403 | QUAL |
| O.R. Lasertechnology, Inc. | B-6025 | MFLS |
| Osai-Usa, CNC Controls | D-4229 | CCCR |
| Osborn International | B-7214 | AMSF |
| OSG Tap & Die, Inc. | F-2154 | TOOL |
| Ostling Technologies | B-6030 | MFLS |
| OVERBECK CORP. | B-7340 | AMSF |
| Pacer Industries, Inc. | B-7132 | AMSF |
| Panasonic Factory Solutions Co. | B-6144 | MFLS |
| PARAgon Laser Systems | B-6401 | MFLS |
| Parker Majestic | B-6830 | AMSF |
| Parlec, Inc. | F-2300 | TOOL |
| Parpas America Corp. | A-8261 | MCUT |
| Pascal Engineering Inc. | F-2641 | TOOL |
| Pathtrace Systems Inc. | D-3224 | CCCR |
| Patlite  (USA) Corporation | D-4732 | ENVI |
| Pat Mooney, Inc. | B-6945 | AMSF |
| Patterson Fan Company | D-4746 | ENVI |
| Penton Media, Inc. | B-7054 | AMSF |
| Peter Wolters of America, Inc. | B-7040 | AMSF |
| Pferd, Inc. | B-7226 | AMSF |
| Phase II | D-4407 | QUAL |
| Phillips Corporation | A-8039 | MCUT |
| PIBOMULTI N.A., Inc. | F-2515 | TOOL |
| Plastics International | F-2365 | TOOL |
| Platit Inc. | F-2518 | TOOL |
| Poco Graphite, Inc. | D-4026 | EDM1 |
| POLYSCIENCE | D-4076 | ENVI |
| Porta North America Inc. | A-8637 | MCUT |
| Positech Corporation | F-2755 | TOOL |
| Positrol Workholding | F-2179 | TOOL |

Exhibit N

| | | |
|---|---|---|
| PowerHold Incorporated | F-2881 | TOOL |
| Pratt Burnerd America/Atlas Workholding | F-2232 | TOOL |
| Precision Components | F-2101 | TOOL |
| Precitech Inc. | D-4333 | QUAL |
| Precorp, Inc. | F-2541 | TOOL |
| Proceco Ltd. | D-4760 | ENVI |
| Procunier Safety Chuck Company | F-2625 | TOOL |
| Promess, Inc. | D-4442 | QUAL |
| Pro Richyoung Industrial Co., Ltd. | B-7258 | AMSF |
| Proto-Cutter, Inc. | F-2307 | TOOL |
| Puckmaster Inc. | D-4715 | ENVI |
| Pung Kuk EDM Wire Manufacturing Co., Ltd. | D-4023 | EDM1 |
| Qingdao Maple Precision Machinery Co., Ltd. | D-4538 | QUAL |
| Quality Calibration Service, Inc. | D-4418 | QUAL |
| Quality Carbide Tool Corporation | F-2984 | TOOL |
| Quick Change Specialties | F-2339 | TOOL |
| Ramco Equipment Corp. | D-4709 | ENVI |
| RAM Optical Instrumentation (ROI) | D-4619 | QUAL |
| Cleaning Technologies Group, LLC | D-4725 | ENVI |
| Refresh Your Memory, Inc. | D-3055 | CCCR |
| Regal Cutting Tools | F-2208 | TOOL |
| Rego-Fix Tool Corporation | F-2481 | TOOL |
| Reid Supply Company | F-2327 | TOOL |
| Reishauer Corporation | B-7005 | GEAR |
| Remstar International Inc. | F-2636 | TOOL |
| Renishaw Inc. | D-4511 | QUAL |
| The Resin Exchange Inc. | D-4033 | EDM1 |
| Retention Knob Supply & Mfg. Co., Inc. | F-2105 | TOOL |
| Rigibore Inc. | F-2845 | TOOL |
| Riten Industries, Inc. | F-2264 | TOOL |
| Rittal Corporation | D-4670 | ENVI |
| RobbJack Corporation | F-2412 | TOOL |
| Robert Charles Cutting Tools | F-2159 | TOOL |
| ROBOSHINE SERVICES | B-6341 | MFLS |
| Robotic Solutions, Inc. | A-8050 | MCUT |
| Rocklin Manufacturing Co. | B-6322 | MFLS |
| Roentgen USA | B-7217 | AMSF |
| Rofin-Sinar Inc. | B-6500 | MFLS |
| Rohm Products of America | F-2753 | TOOL |
| Rollomatic Inc. | B-6805 | AMSF |
| Romi Machine Tools, Ltd. | A-8545 | MCUT |
| Rose Plastic, USA, L.P. | F-2580 | TOOL |
| Rosler Metal Finishing | B-7060 | AMSF |
| Rotary Systems Inc. | F-2349 | TOOL |
| Rotec Tools Ltd. | B-7318 | AMSF |
| Roto Finish Company, Inc. | B-7454 | AMSF |
| H B Rouse & Co. | F-2361 | TOOL |
| Rousseau Metal Incorporated | F-2633 | TOOL |
| Royal Master Grinders, Inc. | B-6628 | AMSF |
| Royal Products | F-2124 | TOOL |
| R.P. Machine Enterprises, Inc. | B-6919 | GEAR |
| R & R Sales, LLC/Rayco | D-4624 | QUAL |

<u>Exhibit N</u>

IMTS2008

| | | |
|---|---|---|
| RSF Electronics | D-4446 | QUAL |
| RSS Grinders & Automation Inc. | B-7508 | AMSF |
| RSVP Tooling, Inc. | F-2123 | TOOL |
| Rush Machinery, Inc. | B-7221 | AMSF |
| Saacke North America, LLC | B-7321 | AMSF |
| SAB North America | D-4576 | ENVI |
| Safety-Kleen Systems, Inc. | D-4649 | ENVI |
| SAID Inc. | B-6562 | AMSF |
| Saint-Gobain Abrasives, Inc. | B-7033 | AMSF |
| SAINT-GOBAIN CERAMICS | D-4705 | ENVI |
| Samchully Machinery Co., Ltd. | F-2581 | TOOL |
| Samson Roll Formed Products Co. | B-6413 | MFLS |
| Sanborn Technologies | B-7522 | AMSF |
| Sandvik Coromant Co. | F-2000 | TOOL |
| SAV North America | F-2345 | TOOL |
| SB MACHINE TOOLS | A-8276 | MCUT |
| Schaeffler Group Industrial | D-4602 | ENVI |
| Schenck Balancing and Diagnostic Systems | D-4541 | QUAL |
| Hermann Schmidt Company | D-4014 | EDM1 |
| Schmidt Marking Systems | B-6626 | MFLS |
| Schmidt Technology Corp. | B-6311 | MFLS |
| Schmitt Industries Inc. | B-7518 | AMSF |
| J. Schneeberger Corporation | B-6926 | AMSF |
| Schneeberger, Inc. | D-4626 | ENVI |
| SCHUNK, Inc. | F-2020 | TOOL |
| Schutte M.S.A. L.L.C. | A-8370 | MCUT |
| Schutte TGM LLC | B-7554 | AMSF |
| Scienscope International Corp. | D-4512 | QUAL |
| Scientific Cutting Tools | F-2373 | TOOL |
| Scotchman Industries, Inc. | B-6308 | MFLS |
| Sealeze A Unit of Jason, Inc. | D-4744 | ENVI |
| Seco Tools Inc. | F-2247 | TOOL |
| Sentry Company | B-6324 | MFLS |
| Service Precision Grinding, Inc. | F-2185 | TOOL |
| Sescoi Inc. | D-3024 | CCCR |
| SETCO Precision Spindle Services | B-7202 | AMSF |
| SETCO Precision Spindle Services | D-4609 | ENVI |
| SGS Tool Company | F-2540 | TOOL |
| Shanghai JMC Metal Wire Tech Co., Ltd. | D-4039 | EDM1 |
| Shanghai Xi Hui Diamond Industrial Co., Ltd. | B-7048 | AMSF |
| Sharp Industries, Inc. | A-8588 | MCUT |
| Shars Tool Company | F-2468 | TOOL |
| Shaviv USA | F-2766 | TOOL |
| Shell Lubricants | F-2819 | TOOL |
| Shigiya (USA) Ltd. | B-6651 | AMSF |
| SHL Automation | B-7458 | AMSF |
| Shoptech Software | D-3130 | CCCR |
| SIC Marking | B-6338 | MFLS |
| Siemens | D-4208 | CCCR |
| SILVENT North America | F-2731 | TOOL |
| Simonds International | B-7233 | AMSF |
| Single Source Technologies, Inc. | F-2428 | TOOL |

<u>Exhibit N</u>

| | | |
|---|---|---|
| S.L. Munson & Company | B-7121 | AMSF |
| Smalley Steel Ring Company | B-6300 | MFLS |
| SMW AUTOBLOK CORPORATION | F-2040 | TOOL |
| SNK America, Inc. | A-8432 | MCUT |
| Sodick Inc. | D-4000 | EDM1 |
| Solar Atmospheres | B-6325 | MFLS |
| SOMA | D-4577 | ENVI |
| Somta Tools | F-2738 | TOOL |
| Sony Manufacturing Systems America, Inc. | D-4620 | QUAL |
| Southwestern Industries, Inc. | A-8031 | MCUT |
| Southwick & Meister Incorporated | F-2462 | TOOL |
| SOWA Co., Ltd. | F-2313 | TOOL |
| Speedgrip Chuck, Inc. | F-2369 | TOOL |
| Speroni S.p.A. | F-2114 | TOOL |
| Sphinx | F-2114 | TOOL |
| Ssangyong Materials Corp. | F-2609 | TOOL |
| Stace-Allen Chuck, Inc. | F-2286 | TOOL |
| Stahli USA, Inc. | B-7417 | AMSF |
| Stanek Tool Corporation | F-2850 | TOOL |
| Stanley Assembly Technologies | D-4082 | ENVI |
| Stanley Vidmar | D-4134 | ENVI |
| Star CNC Machine Tool Corporation | A-8552 | MCUT |
| StarragHeckert | A-8266 | MCUT |
| The L. S. Starrett Co. | D-4641 | QUAL |
| Star SU LLC | F-2240 | TOOL |
| Star SU LLC | B-6912 | GEAR |
| Star-SU, Inc./Star Cutter Company | F-2238 | TOOL |
| Steelmaster | B-6746 | AMSF |
| Steinmeyer, Inc. | D-4754 | ENVI |
| Stellram | F-2535 | TOOL |
| Sterling Edge Inc. | F-2637 | TOOL |
| Stevens Engineering, Inc. | F-2187 | TOOL |
| S - T Industries, Inc. | D-4401 | QUAL |
| Stoelting, LLC | D-4460 | ENVI |
| Stor-Loc | F-2896 | TOOL |
| Stratasys Inc. | D-4580 | ENVI |
| Striker Systems, div. of Computer Design, Inc. | B-6342 | MFLS |
| Strong-Hold Products | F-2662 | TOOL |
| Sugino Corporation | F-2137 | TOOL |
| Sugino Corporation | A-8001 | MCUT |
| Suhner Industrial Products Corporation | F-2601 | TOOL |
| Sumitomo Electric Carbide, Inc. | F-2668 | TOOL |
| Sunnen Products Company | B-7200 | AMSF |
| Supertec Machinery Inc. | B-7437 | AMSF |
| Supfina Machine Company, Inc. | B-7463 | AMSF |
| Surfware, Inc. | D-3210 | CCCR |
| Synchro Manufacturing Systems | D-3306 | CCCR |
| System 3R USA, Inc. | D-4002 | EDM1 |
| Tacchi USA, Inc. | A-8269 | MCUT |
| TAC Precision Environments Group | D-4411 | QUAL |
| TAC Rockford | F-2840 | TOOL |
| Taiwan Asahi Diamond Industrial Co., Ltd. | B-7048 | AMSF |

<u>Exhibit N</u>

| | | |
|---|---|---|
| Takamatsu Machinery Co. LTD | A-8753 | MCUT |
| Tanis Inc. | B-7236 | AMSF |
| Tap Magic - Division of the Steco Corp. | F-2476 | TOOL |
| Tapmatic Corp. | F-2125 | TOOL |
| Tarifold Inc. | D-4707 | ENVI |
| Taurus Tool & Engineering Co., Inc. | F-2870 | TOOL |
| Taylor & Jones Ltd. | F-2470 | TOOL |
| TCI Precision Metals | F-2107 | TOOL |
| TDM Systems Inc. | D-3157 | CCCR |
| Tebis America Inc. | D-3115 | CCCR |
| Techna-Tool Inc. | D-4617 | ENVI |
| Techniks, Inc. | F-2100 | TOOL |
| TecNara Tooling Systems, Inc. | F-2725 | TOOL |
| Tecnicas de Division S.A.,  TEDISA | D-4790 | ENVI |
| Tecnomagnete Inc. | F-2743 | TOOL |
| TE-CO | F-2248 | TOOL |
| TekSoft CAD/CAM | D-3110 | CCCR |
| Tekusa | F-2114 | TOOL |
| Telesis Technologies, Inc. | B-6143 | MFLS |
| Tenryu America, Inc. | B-7506 | AMSF |
| T.F.T. Tools Inc. | D-4539 | QUAL |
| Thermal Care, Inc. | B-6624 | MFLS |
| TherMark Holdings Inc. | B-6439 | MFLS |
| THERMOCOMPACT | D-4012 | EDM1 |
| Thermo Electron NITON Analyzers | D-4431 | QUAL |
| Kaiser Tool Company, Inc. | F-2180 | TOOL |
| Third Wave Systems, Inc. | D-3214 | CCCR |
| THK America, Inc. | D-4217 | ENVI |
| Thomas Industrial Network | D-3141 | CCCR |
| ThreadMills USA, LLC | F-2379 | TOOL |
| 3D Systems | B-6540 | AMSF |
| Time Group Inc. | D-4634 | QUAL |
| TIW Technology, Inc. | D-3303 | CCCR |
| T.M. Smith Tool International Corp. | F-2833 | TOOL |
| Today's Machining World | A-8053 | MCUT |
| Today's Medical Developments | B-7237 | AMSF |
| Toellner Systems, Inc. | A-8577 | MCUT |
| Tombstone City | F-2475 | TOOL |
| Tong-Tai Seiki USA, Inc. | A-8377 | MCUT |
| Tool-Flo Manufacturing | F-2151 | TOOL |
| Tooling & Manufacturing Association | D-4201 | CCCR |
| TOOLMEX Machinery | A-8535 | MCUT |
| Tornos Technologies U.S. Corporation | A-8358 | MCUT |
| Toshiba Machine Machinery Co., LTD | A-8727 | MCUT |
| TOX/PRESSOTECHNIK LLC | B-6421 | MFLS |
| Toyoda Machinery | A-8131 | MCUT |
| Toyo Tanso Co., LTD | D-4004 | EDM1 |
| Trevisan USA, LLC | A-8002 | MCUT |
| Tripet | A-8032 | MCUT |
| TRUMPF Inc. | B-6108 | MFLS |
| TRU TECH Systems, Inc. | B-7030 | AMSF |
| Tschudin | A-8032 | MCUT |

<u>Exhibit N</u>

| | | |
|---|---|---|
| Tsugami REM Sales | A-8701 | MCUT |
| Tsune America LLC | B-7364 | AMSF |
| T2K - Tooling 2000 | D-4704 | ENVI |
| Tungaloy America, Inc. | F-2144 | TOOL |
| Ty-Miles, Inc. | B-6917 | GEAR |
| UGS | D-3229 | CCCR |
| Ultra-Dex Tooling Systems | F-2874 | TOOL |
| Ultra-Grip International, Inc. | F-2557 | TOOL |
| Ultra Tool | F-2458 | TOOL |
| Unex Manufacturing, Inc. | D-4084 | ENVI |
| Unilock | F-2114 | TOOL |
| Unimerco Incorporated | F-2576 | TOOL |
| Unison Corporation | B-7513 | AMSF |
| Unisorb Installation Technologies | B-7541 | AMSF |
| Unist, Inc. | B-7254 | AMSF |
| United Grinding | B-6700 | AMSF |
| Universal Punch Corp. | D-4406 | QUAL |
| Universal Balancing | D-4285 | QUAL |
| Usach Technologies, Inc. | B-6634 | AMSF |
| U S Shop Tools | F-2590 | TOOL |
| US Union Tool Inc. | F-2732 | TOOL |
| Vac-U-Lok | F-2834 | TOOL |
| Vanguard Machinery International, LLC | A-8567 | MCUT |
| Vardex Threading Tools | F-2677 | TOOL |
| Vektek, Inc. | F-2115 | TOOL |
| Verisurf Software Inc. | D-3301 | CCCR |
| Vermont Gage | D-4422 | QUAL |
| Vermont Indexable Tooling | F-2165 | TOOL |
| Vero International, Inc. | D-3154 | CCCR |
| Vibro/Dynamics Corporation | B-6429 | MFLS |
| View Engineering, Inc. | D-4618 | QUAL |
| Vision Engineering Inc. | D-4417 | QUAL |
| Vision Numeric USA, Inc. | D-3240 | CCCR |
| Vlier Products | F-2311 | TOOL |
| VOGEL Lubrication Inc. | D-4658 | ENVI |
| Von Ruden Manufacturing, Inc. | F-2613 | TOOL |
| VSK Kentavar - IZ Dinamika Ltd. | F-2827 | TOOL |
| VTD Vakuumtechnik Dresden GmbH | F-2678 | TOOL |
| VX Corp. | D-3139 | CCCR |
| VX Technologies Inc. | D-4544 | QUAL |
| Waldmann Lighting Co. | D-4720 | ENVI |
| O. S. Walker Co., Inc. | F-2551 | TOOL |
| Walter USA Inc. | F-2257 | TOOL |
| Wanner Engineering Inc. | D-4770 | ENVI |
| Wasino Corp USA | A-8659 | MCUT |
| Weiler Corporation | B-7520 | AMSF |
| Weiler Werkzeugmaschinen GmbH | A-8578 | MCUT |
| Weldon Solutions | B-7410 | AMSF |
| Weldsale Company | B-6427 | MFLS |
| Werth, Inc. | D-4325 | QUAL |
| Western Gage Corporation | D-4504 | QUAL |
| W. H. Industrial Supply, Inc. | F-2442 | TOOL |

<u>Exhibit N</u>

| | | |
|---|---|---|
| Wiha Tools | F-2882 | TOOL |
| Wilhelm Bahmueller GmbH | B-7427 | AMSF |
| Willemin-Macodel Inc. | A-8646 | MCUT |
| Willis Machinery & Tools Co., Inc. | A-8680 | MCUT |
| Winslow Engineering Inc. | B-7228 | AMSF |
| WinWare, Inc. | F-2301 | TOOL |
| Wohlhaupter Corporation | F-2550 | TOOL |
| WTO, Inc. | F-2735 | TOOL |
| XEBEC TECHNOLOGY CO., LTD. | F-2846 | TOOL |
| Xyntek Inc. | D-3305 | CCCR |
| Yamazen Inc. | A-8247 | MCUT |
| Yasda Precision America | A-8551 | MCUT |
| Yeong Chin Machinery Industries Co., Ltd. | A-8531 | MCUT |
| Y G-1 Tool Co. | F-2705 | TOOL |
| Yuan Jiunn International Company Limited | D-4747 | ENVI |
| Yukiwa Seiko U.S.A., Inc. | F-2718 | TOOL |
| Zebra Skimmers Corp. | D-4761 | ENVI |
| Zimmermann Inc. - Corporate HQ | A-8369 | MCUT |
| ZOLLER Inc. | F-2134 | TOOL |
| Zumbach Electronics Corp. | D-4548 | QUAL |
| Zygo Corporation | D-4405 | QUAL |

Exhibit N

# Exhibit O



INTERNATIONAL MANUFACTURING
TECHNOLOGY SHOW
McCormick Place South   Hall A
September 8–13, 2008
TS 3/5/07

Exhibit O