# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Miyano Machinery USA Inc.

                      Plaintiff,

v.                                         Case No.: 1:08–cv–00526
                                         Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2008:

        MINUTE entry before Judge Virginia M. Kendall : Motion hearing held. Plaintiff's Motion for Leave to File Brief in Excess of Page Limit [18] is granted to 30 pages. Motion for Preliminary Injunction [14] is entered and continued to 5/9/2008 at 10:00 AM. Response to Motion for Preliminary Injunction due 3/12/2008, the accompanying brief may exceed the page limit, not to exceed 30 pages; reply due 3/27/2008. Defendant is given until 2/28/2008 to answer or otherwise respond to the Complaint. The Status Hearing previously set for 3/25/08 is stricken. Parties shall file a Joint Status Report by 2/14/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.