# **Exhibit 1**

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

**United States Patent and Trademark Office**

Reg. No. 3,328,718

Registered Nov. 6, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# MIYANO

MIYANO MACHINERY USA, INC. (ILLINOIS CORPORATION)
940 NORTH CENTRAL AVENUE
WOOD DALE, IL 60191

FOR: MACHINES AND MACHINE TOOLS, NAMELY, TURNING CENTERS, LATHES, VERTICAL MACHINING CENTERS AND ALL PARTS THEREFOR, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 1-9-1975; IN COMMERCE 1-9-1975.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,217,317, 1,473,925, AND 1,527,809.

SER. NO. 77-111,956, FILED 2-20-2007.

GEORGIA CARTY, EXAMINING ATTORNEY

Exhibit 1

# **<u>Exhibit 2</u>**

Int. Cl.: 7

Prior U.S. Cl.: 23

**United States Patent and Trademark Office**

Reg. No. 1,527,809
Registered Mar. 7, 1989

### TRADEMARK
### PRINCIPAL REGISTER



MIYANO MACHINERY USA INC. (ILLINOIS CORPORATION)
940 NORTH CENTRAL AVENUE
WOOD DALE, IL 60191

FOR: MACHINES AND MACHINE TOOLS - NAMELY, TURNING CENTERS, LATHES, VERTICAL MACHINING CENTERS AND ALL PARTS THEREFOR, IN CLASS 7 (U.S. CL. 23).

FIRST USE 10-1-1985; IN COMMERCE 10-1-1985.

OWNER OF U.S. REG. NOS. 1,217,316, 1,473,925 AND OTHERS.

SER. NO. 725,783, FILED 5-2-1988.

GERARD ROGERS, EXAMINING ATTORNEY

Exhibit 2

# **<u>Exhibit 3</u>**

Int. Cl.: 7

Prior U.S. Cl.: 23

## United States Patent and Trademark Office

Reg. No. 1,217,317
Registered Nov. 23, 1982

## TRADEMARK
### Principal Register



Miyano Machinery (U.S.A.) Inc. (Illinois corporation)
1800 N. Rockwell St.
Chicago, Ill. 60647

For: POWER LATHES, AND BAR FEEDERS THEREFOR, in CLASS 7 (U.S. Cl. 23).
First use Jan. 1970; in commerce Jan. 1970.

The mark is composed of the word Miyano with the double winged letter "M" superimposed in a triangle.

Ser. No. 328,921, filed Sep. 21, 1981.

CANDICE ABATE, Examining Attorney

Exhibit 3

# **<u>Exhibit 4</u>**

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77176918**
**Filing Date: 05/09/2007**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77176918 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS2\EXPORT12\771\769 \77176918\xml1\APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | M MIYANO |
| COLOR MARK | NO |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of The mark consists of the word Miyano with double winged letter "M" superimposed in a triangle.. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 406 x 370 |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Miyano Machinery USA Inc. |
| *STREET | 940 N. Central Avenue |
| *CITY | Wood Dale |
| *STATE (Required for U.S. applicants) | Illinois |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 60191 |
| PHONE | 312-245-7500 |
| FAX | 312-245-7467 |
| EMAIL ADDRESS | gkobayashi@masudafunai.com |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Illinois |
| **GOODS AND/OR SERVICES SECTION** | |

<u>Exhibit 4</u>

| | |
|---|---|
| INTERNATIONAL CLASS | 037 |
| DESCRIPTION | Repair and refurbishing services in connection with machines and machine tools, namely, turning centers, lathes, vertical machining centers and all parts therefor. |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/01/1970 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/01/1970 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\769 \77176918\xml1\APP0003.JPG |
| SPECIMEN DESCRIPTION | Service and repair personnel wearing shirts with design mark. |
| **ATTORNEY INFORMATION** | |
| NAME | George H. Kobayashi |
| ATTORNEY DOCKET NUMBER | 2260-2010 |
| FIRM NAME | Masuda, Funai, Eifert & Mitchell, Ltd. |
| STREET | 203 N. LaSalle Street |
| INTERNAL ADDRESS | Suite 2500 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60601 |
| PHONE | 312-245-7500 |
| FAX | 312-245-7467 |
| EMAIL ADDRESS | gkobayashi@masudafunai.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Sayaka Kawakami |
| **CORRESPONDENCE INFORMATION** | |
| NAME | George H. Kobayashi |
| FIRM NAME | Masuda, Funai, Eifert & Mitchell, Ltd. |
| STREET | 203 N. LaSalle Street |
| INTERNAL ADDRESS | Suite 2500 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60601 |

<u>Exhibit 4</u>

| PHONE | 312-245-7500 |
|---|---|
| FAX | 312-245-7467 |
| EMAIL ADDRESS | gkobayashi@masudafunai.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /George H. Kobayashi/ |
| SIGNATORY'S NAME | George H. Kobayashi |
| SIGNATORY'S POSITION | Attorney at Law |
| DATE SIGNED | 05/09/2007 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Wed May 09 18:05:57 EDT 2007 |
| TEAS STAMP | USPTO/BAS-206.165.85.15-2<br>0070509180557961701-77176<br>918-3708a1ddb77b266e6e535<br>941cc583e5d-CC-788-200705<br>09172659674129 |

PTO Form 1478 (Rev 9/2006)

OMB No. 0651-0009 (Exp 09/30/2008)

---

### Trademark/Service Mark Application, Principal Register

**Serial Number: 77176918**
**Filing Date: 05/09/2007**

### To the Commissioner for Trademarks:

**MARK:** M MIYANO (stylized and/or with design, see mark)
The literal element of the mark consists of M MIYANO. The applicant is not claiming color as a feature of the mark. The mark consists of The mark consists of the word Miyano with double winged letter "M" superimposed in a triangle..
The applicant, Miyano Machinery USA Inc., a corporation of Illinois, having an address of 940 N. Central Avenue, Wood Dale, Illinois, United States, 60191, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

   International Class 037:  Repair and refurbishing services in connection with machines and machine tools, namely, turning centers, lathes, vertical machining centers and all parts therefor.

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 037, the mark was first used at least as early as 01/01/1970, and first used in commerce at least as early as 01/01/1970, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or

<u>Exhibit 4</u>

in connection with any item in the class of listed goods and/or services, consisting of a(n) Service and repair personnel wearing shirts with design mark..

Specimen File1

The applicant hereby appoints George H. Kobayashi and Sayaka Kawakami of Masuda, Funai, Eifert & Mitchell, Ltd., Suite 2500, 203 N. LaSalle Street, Chicago, Illinois, United States, 60601 to submit this application on behalf of the applicant. The attorney docket/reference number is 2260-2010.

Correspondence Information:         George H. Kobayashi
                                    Suite 2500
                                    203 N. LaSalle Street
                                    Chicago, Illinois 60601
                                    312-245-7500(phone)
                                    312-245-7467(fax)
                                    gkobayashi@masudafunai.com (authorized)

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /George H. Kobayashi/   Date Signed: 05/09/2007

Signatory's Name: George H. Kobayashi

Signatory's Position: Attorney at Law

RAM Sale Number: 788

RAM Accounting Date: 05/10/2007

Serial Number: 77176918

Internet Transmission Date: Wed May 09 18:05:57 EDT 2007

TEAS Stamp: USPTO/BAS-206.165.85.15-2007050918055796

1701-77176918-3708a1ddb77b266e6e535941cc

583e5d-CC-788-20070509172659674129

<u>Exhibit 4</u>



<u>Exhibit 4</u>



Exhibit 4



Exhibit 4



Exhibit 4

# **Exhibit 5**

Int. Cl.: 7

Prior U.S. Cl.: 23

**United States Patent and Trademark Office**

Reg. No. 1,473,925
Registered Jan. 26, 1988

## TRADEMARK
### PRINCIPAL REGISTER

# MIYANO THE WORLD LEADER IN PRECISION

MIYANO MACHINERY USA INC. (ILLINOIS CORPORATION)
940 NORTH CENTRAL AVENUE
WOOD DALE, IL 60191

FOR: MACHINES AND MACHINE TOOLS - NAMELY, TURNING CENTERS, LATHES, VERTICAL MACHINING CENTERS AND ALL PARTS THEREFOR, IN CLASS 7 (U.S. CL. 23).

FIRST USE 10-1-1985; IN COMMERCE 10-1-1985.

OWNER OF U.S. REG. NOS. 1,217,316 AND 1,217,317.

SER. NO. 650,153, FILED 3-19-1987.

STEVEN R. FINE, EXAMINING ATTORNEY

Exhibit 5

# Exhibit 6

Copyright 2007 Asia Pulse Pty Limited
All Rights Reserved
Asia Pulse

February 14, 2007 Wednesday 3:52 PM EST

**SECTION:** NATIONWIDE INTERNATIONAL NEWS

**LENGTH:** 437 words

**HEADLINE:** AUTO INDUSTRY SUPPLIER M&S MANUFACTURING COMPANY CLOSING

**BODY:**

(BW)(MI-HILCO-INDUSTRIAL) Auto Industry Supplier M&S Manufacturing Company Closing

Hilco Industrial LLC Selected To Sell Machining Facility Equipment

Business Editors

HUDSON, Mich.--(BUSINESS WIRE)--Feb. 13, 2007--One of the largest, most modern and sophisticated machining facilities in the world, operated by Hudson, MI-based M&S Manufacturing Company, has closed its doors.

All assets will be sold at a 5-day public auction sale commencing March 26, 2007.

Hilco Industrial, LLC, has been selected to conduct the sale.

M&S Manufacturing is a contract precision machining supplier, principally to the automotive industry.

Over 200 major machines to be auctioned include Index and Nakamura brand CNC turning centers, Hydromat brand rotary transfer machines, and large numbers of miscellaneous machining devices from well-known brands such as National Acme, Tornos Bechler, Miyano, Techno Wasino, Micron, Takamaz and Traub.

Other assets to be auctioned include a complete state-of-the-art tool room with significant quantities of CNC, screw machine and perishable tooling; QC and inspection tooling and accessories; vehicles; and, shop and factory supplies.

"This is an unprecedented opportunity for buyers to realize great savings on hard-to-acquire, late model, well-maintained equipment," said Robert Levy, President of Hilco Industrial.

He added, "It is rare for this many pieces of state-of-the-art equipment to become available in one place at one time."

The auction is scheduled to be held from March 26 to March 30 at the M&S Manufacturing Company plant, located at 550 East Main St. in Hudson, MI.

For a complete listing of equipment and auction details, visit www.hilcoind.com.

About Hilco Industrial, LLC

An international leader in WebCast, on-site and on-line machinery and equipment disposition services, Hilco Industrial (www.hilcoind.com) designs, implements and manages state-of-the-art sales and marketing programs to achieve maximum returns.

Core competencies include understanding the true marketable value of industrial assets and the know how to sell them at the maximum recoverable value, in the shortest possible timeframe, with minimal expense.

Hilco auctioneers, appraisers, liquidators and consultants have an average of 30 years experience.

They have conducted well over 4,500 sales events generating in excess of USD 3.5 billion on a global basis.

Hilco Industrial is a unit of The Hilco Organization (www.hilcotrading.com), a world leader in the valuation, acquisition, disposition and specialized debt and equity financing of business assets.

<u>Exhibit 6</u>

Page 2
AUTO INDUSTRY SUPPLIER M&S MANUFACTURING COMPANY CLOSING Asia Pulse February 14, 2007
Wednesday 3:52 PM EST

CONTACT: Hilco Industrial, LLC

Robert Levy, 248-254-9999

rlevy@hilcoind.com

**LOAD-DATE:** February 15, 2007

<u>Exhibit 6</u>

# **Exhibit 7**

Miyano, Metalworking Equipment, Metalworking Tooling, Supplies items on eBay.com    http://business.search.ebay.com/Miyano_Manufacturing-Metalworking_W0QQ_trksidZm37Q...

**ebaY** ®

Welcome! Sign in or register.

Categories ▼ | Motors | Express | Stores

Buy | Sell | My eBay | Community | Help

Site Map

eBay Security &
Resolution Center

Search   Advanced
Search

ADVERTISEMENT (about)

NETFLIX

Rent Movies From Netflix

LOST 3

FREE TRIAL
Click here

Home > Buy > Business & Industrial > Manufacturing & Metalworking > Search Results for 'Miyano'

| All Items | Auctions | Buy It Now |

Miyano
☐ Search title **and** description

Manufacturing & Metalworking   Search   Advanced Search

eBay is creating a new search experience. **Try it** in our playground.

**Narrow Your Results**

**Manufacturing & Metalworking**
Metalworking Equipment (3)
Other (1)
Metalworking Tooling,
Supplies (1)

**Search Options**

**Location**
☐ Worldwide
☐ Items within 200
miles of ZIP/Postal

**Show only**
☐ Items listed with PayPal
Buying Options

**5 items found for:** Miyano in Manufacturing & Metalworking   (Save this search)

List View | Picture Gallery    Customize Display

Sort by: Time: ending soonest

| Item Title | Bids | Price* | Shipping to USA | Time Left ▲ |
|---|---|---|---|---|
| MIYANO BNC-34C CNC LATHE TURNING CENTER CHUCKER BARFEED<br>Loaded with tooling, 5C Collet, Fanuc Control, Bar Feed | 🅟 — | **$21,500.00** =BuyItNow $21,500.00 | Not specified | 4d 13h 10m |
| **MIYANO BNC 20T CNC Turning Center FANUC 0T** | 🅟 — | **$17,500.00** =BuyItNow $19,500.00 | Not specified | 7d 01h 53m |
| MIYANO BNC-42C3 CNC LATHE - FANUC CONTROL 1 5/8 SPINDLE | | =BuyItNow or Best Offer $35,000.00 | Pickup only | 7d 16h 25m |
| **Miyano TSV37 CNC Drilling Tapping Center Pallet Changer**<br>1999, Yasnac I80, Pallet Changer, BT30, |  | =BuyItNow or Best Offer $21,900.00 | Freight | 8d 17h 02m |

Miyano, Metalworking Equipment, Metalworking Tooling, Supplies items on eBay.com    http://business.search.ebay.com/Miyano_Manufacturing-Metalworking-Metalworking_W0QQ_trksidZm37Q...

1/30/2008 10:08 PM

2 of 7

| Item Title | | Bids | Price* | Shipping to USA | Time Left ▲ |
|---|---|---|---|---|---|
| | Miyano sub spindle live tool lathe | P – =Buy It Now | **$40,000.00** $45,000.00 Tooling Incl. | Not specified | 8d 18h 23m |

**Page 1 of 1**

**41 items found for Miyano in eBay Stores** stores ⓘ Learn more about **eBay Stores.**

| Item Title | | Bids | Price | Store |
|---|---|---|---|---|
| | Miyano BNC-12 12S BNC12 CNC Lathe Parts Manual | =Buy It Now or Best Offer | $24.50 | Nu Tek Sales |
| | MIYANO SUBSPINDLE EJECTOR ASSEMBLY | =Buy It Now or Best Offer | $29.99 rc00130725 | |
| | Miyano TSV-35 CNC Drill Tapping Machine Parts Manual | =Buy It Now | $50.00 | Karver Industries |
| | Miyano CNC Lathe Fanuc Turning Center BNC-C Manual | =Buy It Now | $55.00 | Nu Tek Sales |
| | Miyano CNC Turret Tool Holder for 1" Tool | =Buy It Now | $55.95 | SaGe Machine Tools |
| | Miyano LE-22 22B CNC Lathe Manual LE22 LE22B | =Buy It Now or Best Offer | $60.00 | Nu Tek Sales |
| | Miyano BNCS BNC-12S 20S CNC Lathe Programming Manual | =Buy It Now | $65.00 | Nu Tek Sales |
| | Miyano CNC Turret Tool Holder for 1" Tool | =Buy It Now | $79.95 | SaGe Machine Tools |
| | Miyano LE-22 22B CNC Lathe Manual LE22 LE22B | =Buy It Now or Best Offer | $85.00 | Nu Tek Sales |
| | Miyano Manual for CNC-7BC Operating Manual | =Buy It Now or Best Offer | $150.00 | MikeKandu |
| | Miyano CNC-7BC Lathe Turning Center -_- TOOL TURRET | =Buy It Now or Best Offer | $875.00 | Nu Tek Sales |

<u>Exhibit 7</u>

| Item Title | Price | Store |
|---|---|---|
| MIYANO Z AXIS TAPPING TOOLHOLDER #6M78 130A | $1,299.99 | rc00130725 |
| MIYANO AUTOMATIC LATHE | $2,499.00 | HGR Industrial Surplus |
| Miyano CNC Lathe w/Bar Feed and Fanuc 6T Control | $8,500.00 | MikeKandu |
| MIYANO MIYANOMATIC 7BC CNC LATHE, TURNING CENTER | $9,500.00 | CHAMPION MACHINERY INC |
| Miyano BNC-12S, Fanuc 0T, Bar Feed CNC N/C Lathe | $11,000.00 | Liberty Machinery Company |
| 10" CNC LATHE, Miyano 7BC Fanuc 6TB, Tailstoc | $12,500.00 | Machinery Values |
| MIYANO BNC 34T, Twin Turret, CNC Lathe Turning Center | $12,500.00 | Highland Machinery |
| MIYANO #BNC-34A CNC TURNING CENTER | $12,950.00 | McKEAN MACHINERY SALES |
| Miyano CNC Drilling/Tapping & Light Milling Machine TSV | $12,995.00 | Machinery Marketers-World Wide |
| Miyano MSV40 1992 Fanuc OM Control | $14,900.00 | ACT Machinery |

Exhibit 7

| Item Title | | Price | Store |
|---|---|---|---|
|  | Miyano TSV-25, 15" x 20", Drill / Tap Center, 1990 | Buy It Now or Best Offer | $15,900.00 Lakeshore Machine |
|  | Miyano TSV-C35 CNC Mill, Yaznac Control, 1997, 6000RPM | Buy It Now or Best Offer | $16,950.00 L&K Leasing Machinery Sales |
|  | MIYANO MODEL #TSV-25 CNC DRILLING & TAPPING MACHINE | Buy It Now or Best Offer | $17,500.00 RACO INDUSTRIAL CORP |
|  | MIYANO MODEL #TSV-25 CNC DRILLING & TAPPING MACHINE | Buy It Now or Best Offer | $17,500.00 RACO INDUSTRIAL CORP |
|  | 1991 MIYANO BNC-34A CNC Turning Center Used | Buy It Now or Best Offer | $24,000.00 Lakeside Machinery Sales LLC |
|  | 2000 MIYANO MTV-310 CNC VERTICAL MACHINING CENTER VMC | Buy It Now or Best Offer | $24,500.00 Allied Machinery Company |
|  | MIYANO LD41 CNC Turning Center (3428) | Buy It Now or Best Offer | $25,000.00 Sean Lennon CNC Machines |
|  | 1997 Miyano LZ-01 CNC Lathe re# 47280 | Buy It Now or Best Offer | $25,000.00 Used Machinery Sales Inc |
|  | 1999 Miyano LZ-01R Lathe UMS Ref# 47285 | Buy It Now or Best Offer | $25,000.00 Used Machinery Sales Inc |
|  | Miyano LE-31 2-Axis CNC Turning Center (3832) | Buy It Now | $25,900.00 Sean Lennon CNC Machines |
|  | #9575 - MIYANO BNC-34S 3-AXIS CNC TURNING CENTER | Buy It Now or Best Offer | $28,000.00 Gray Machinery Company |

Exhibit 7

| | Item Title | | Price | Store |
|---|---|---|---|---|
| | Miyano LP-21 Chucking Center | Buy It Now or Best Offer | $29,500.00 | BlueStar Used CNC Machinery |
| | MIYANO BND 34T W/LNS HYDROBAR BARFEED | Buy It Now or Best Offer | $34,500.00 | rc00130725 |
| | #9853 - MIYANO MODEL BND-34S2 3-AXIS CNC TURNING CENTER | Buy It Now or Best Offer | $42,500.00 | Gray Machinery Company |
| | Miyano BND-34S2 CNC Turning Center Live Tool | Buy It Now or Best Offer | $44,500.00 | Automatics And Machinery |
| | MIYANO BND-42T5 CNC TURNING CENTER | Buy It Now or Best Offer | $49,900.00 | Automatics And Machinery |
| | MIYANO LZ-02 CNC TURNING CENTER | Buy It Now or Best Offer | $59,500.00 | Automatics And Machinery |
| | 2003 Miyano LZ-01 CNC Lathe | Buy It Now or Best Offer | $72,500.00 | cutting_edge_trading |
| | MIYANO LZ-02 CNC TURNING CENTER, SPINDLE ORIENTATION | Buy It Now or Best Offer | $74,500.00 | RACO INDUSTRIAL CORP |
| | #9859 - MIYANO BNJ-42S DUAL TURRET CNC TURNING CENTER | Buy It Now or Best Offer | $139,500.00 | Gray Machinery Company |

**Try these alternatives:**

- Browse Manufacturing & Metalworking as a category.
- Save this search because such an item may soon be for sale. By saving this search you can save time: we'll email you when matching items appear on the site.
- Post to Want It Now and tell millions of other users what you want.

**Sponsored Links** What's this?

Exhibit 7

Miyano, Metalworking Equipment, Metalworking Tooling, Supplies items on eBay.com    http://business.search.ebay.com/Miyano_Manufacturing-Metalworking_W0QQ_trksidZm37Q...

**4 & 7 Axis CNC Lathe**
Ganesh Cyclone cnc swiss machines have 32mm capacity, 11 live tools.
www.ganeshmachinery.com

**Miyano Upgrade**
GE Fanuc control **miyano** retrofits.
www.cnc1.com

**Quality Used CNC Machines**
We Buy/Sell All Used CNC Machinery, Prices/Pictures Listed.
www.kdcapital.com

**Miyano Generating Mist/Smoke Problems?**
Manufacturer of air cleaners specializing in fine mist and smoke removal generated from machining. Innovative, patented Mistbuster offers speed control and high efficiency for your (KEYWORD:
www.air-quality-eng.com

---

**Tools:** My eBay Favorites  |  Want It Now  |   RSS  |  Learn more about RSS feeds

eBay official time 20:05:27 PST

\* Items that are listed in a currency other than U.S. dollars display the converted amount in italicized text. Converted amounts shown are estimates based on Bloomberg's conversion rates. If you need to get recent exchange rates, please use the Universal Currency Converter

Note: Bid counts and amounts may be slightly out of date. See each listing for international shipping options and costs.
This page was last updated: Jan-30 20:05



**Top 10 Manufacturing & Metalworking**

1. Lathes
2. EDMs
3. Woodworking
4. Bridgeport
5. South Bend
6. CNCs
7. Screw Machines
8. Grinders
9. Drill Press
10. Welders

>> Buyer Equipment Protection Plan
>> See More Business & Industrial

Exhibit 7

Miyano, Metalworking Equipment, Metalworking Tooling, Supplies items on eBay.com
http://business.search.ebay.com/Miyano_Manufacturing-Metalworking-Metalworking_W0QQ_trksidZm37Q...

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Reseller Marketplace | Austria | France |
Germany | Italy | Spain | United Kingdom | Popular Searches
Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype | Tickets

About eBay | Announcements | Security Center | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their
respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

Exhibit 7