# **<u>Exhibit 8</u>**

*Used stamping press, powder metal, wire and CNC specialist.*
*We buy and sell stamping presses, powder metal presses, CNC wire forming, four-slides,*
*verti-slides, multi-slides, CNC, grinders, mills, and lathes.*
*AIM, Alpha, Bihler, Bliss, Blanchard, Dorst, Minster, Mori-Seiki, Niagara, Nilson,*
*Okuma, OMCG, Torin, Toshiba, US Baird® and more.*

**\*\*One Piece or Entire Plant\*\***



12350 E. 9 Mile Road, Suite 18 Warren, Michigan 48089
Phone: 586-757-1600 Fax: 586-757-1685 Email: sales@rtmachinery.com

**Home** | **About Us** | **Used Machinery** | **FAQ** | **Links** | **Contact Us** | **Request for Quote**

*We carry Miyano machines and equipment*

**FIND EQUIPMENT**
Adobe Acrobat is required to read files. If you do not have it presently installed,
please visit http://www.adobe.com/products/acrobat/readstep2.html for a "free" download.

**R.T. Machinery Sales, Inc. is a machinery dealer offering equipment for sale.**

**We currently have MIYANO machine and equipment including CNC DRILLING AND TAPPING MACHINE. We have been buying and selling used metal working and material handling machinery for years. In addition to selling equipment listed here, we buy and sell all used stamping and fabricating equipment, metalworking machines, and industrial machinery and equipment.**

**Call or email; we make offers and quote on all used industrial machines!**

**CNC MACHINING**

**Home** | **About Us** | **Used Machinery** | **FAQ** | **Links** | **Contact Us**

Exhibit 8

# R.T. MACHINERY SALES, INC.

New and Used Machinery

12350 E Nine Mile Road – Suite 18
Warren MI 48089
(586) 757-1600 / Fax: (586) 757-1685
Email:  sales@rtmachinery.com
Website:  www.rtmachinery.com

## One Used Miyano CNC Drilling and Tapping Machine
## Model TSV23

S/N TSV230072      1990      Machine No. 10261

Specifications:
Table size............................................................... 12" x 24"
Travels.................................................................... 17" (X) / 12" (Y) / 9" (Z)
Maximum spindle speed........................................... 8,000 RPM
Spindle taper........................................................... BT 30
Number of turrets stations...................................... 16

Equipped with:
Fanuc OM CNC Control
Tsudokoma Pallet Changer w/(2) 12" x 19" Tables
Coolant Tank & Pump


Price...................................................................... $( please contact us for pricing)


Exhibit 8





Exhibit 8

# **<u>Exhibit 9</u>**



**MIYANO MACHINERY USA, INC.**
**PACKING SLIP**

Order Date: 01/26/07
Order Number: P-00320
DV: 923
Page: 1

928701
TMG WEST
JIM SEGOVIA
1630 E. MIRALOMA AVE
PLACENTIA, CA 92870
US

928701
TMG, LTD.
ATTN: JIM CARLISLE
1630 EAST MIRALOMA AVENUE
PLACENTIA, CA 92870
US

Customer Freight Account No.:
Ship Via: UPS NEXT DAY

Customer PO #:
Dealer P.O.: P1063
Model No.: MIYMACHINES
Serial No.: MIY60191

| Shelf/Bin No. | Item No. / Description | UOM | Quantity Ordered | Quantity Shipped | Back Ordered | |
|---|---|---|---|---|---|---|
| D-19-03 | 4M739000 - PLAIN HOLDER NO. 1 B | Each | 1 | 1 | 0 | 1 |

CONSIGNMENT FOR

30 DAYS (YOUNG

ENGINEERS)

| Packed By | Shipment Date | Freight | Invoice No. | Invoice Date |
|---|---|---|---|---|
| MAX | 1-26-07 | | | |

ALL CLAIMS OF SHORTAGE ARE WAIVED UNLESS

A 15% restock charge will be applied to all exchang
original sale. No exchange or replacement will be r
with Miyano's approval, and provided parts are rece

NOTE: Warranty items must be returned within 14 d

```
603083    JAN 26, 2007        ACT WT  16.8 LBS  #PK 1
SERVICE 1DA                   BILL WT 17 LBS
TRACKING# 1Z60308301449329 62            ALL CURRENCY USD
REF 1: 00320
REF 2: MAX                                DV AMT   923.00
HANDLING CHARGE 10.00                     SERVICE  91.65 USD
REFERENCE RATE CHARGES:              RS   0.00
DV 5.50                      COD   0.00   SD   0.00
DC 0.00                      HZMT  0.00   SP   0.00
AH 0.00                      NTFY  0.00       107.15
TOT REF CHG   97.15                REF+HANDLING
```

Exhibit 9



Exhibit 9



Exhibit 9



Exhibit 9



Exhibit 9



Exhibit 9

# **<u>Exhibit 10</u>**

U.S. News & World Report October 9, 1989

Copyright 1989 U.S. News & World Report
U.S. News & World Report

October 9, 1989

**SECTION:** BUSINESS; NEWSLETTER; ECONOMIC OUTLOOK; Vol. 107, No. 14; Pg. 41

**LENGTH:** 709 words

**BYLINE:** By Sylvia Nasar

**HIGHLIGHT:**
Not much danger from the dollar

**BODY:**

THE WEAKLING GREENBACK

Last week, Treasury Secretary Nicholas Brady and the world's top moneymen decided the buck was far too strong. By orchestrating a dollar sell-off, they knocked the currency down dramatically. Their worry? That pricier exports and cheaper imports would swell the U.S. trade deficit and bring the seven-year economic expansion to an untimely end.

But just step back and look at the dollar in perspective. While it climbed by 10 percent and 16 percent against the German mark and the Japanese yen this year, the dollar held steady or weakened against the currencies of far bigger customers, Asia's Little Dragons and Canada. So the greenback's rise against the currencies of all its trading partners turned out to be a distinctly unscary 4 percent.

The dollar is still a weakling compared with the strength it had in the mid-1980s when its value was some 28 percent higher than it was last month. That's why D.H. Andriadis, a spokesman for petrochemical giant Du Pont, America's seventh-largest exporter, doesn't see what all the fuss is about. "If the dollar went from 140 yen to 260 yen, where it was in 1985, that would make a difference."

The trade deficit is still shrinking. Exports, which slowed in the second half of 1988, zoomed up at a 17 percent rate in the first half of this year. U.S. manufacturers have all but recaptured the global-market share they lost in the early 1980s. And the trade deficit, which gaped at $ 115 billion two years ago, has fallen by more than half to 1 percent of GNP. Meanwhile, the growth of imports, especially of cars, has been slowing.

More important, the U.S. remains the world's low-cost producer among industrialized countries. At the dollar's recent level, production costs in the U.S. are still about 20 percent lower, on average, than they are elsewhere. American managers haven't let wage costs get ahead of efficiency gains as they have in past expansions. And factory productivity -- still the highest in the world -- is one third again as high as it was at the beginning of the decade. Besides, foreign-owned factories in the U.S. are churning out Toyota cars, Samsung color TV's and Goldstar microwaves, all once imported. They are also beginning to export to Europe and the Pacific Rim.  Miyano, Yamaha and Hitachi are shipping out machine tools, golf carts and computer disk drives. The volumes aren't large yet, but Morgan Stanley economist Robert Gay believes they will become significant in the next few years.

BUOYANT MARKETS

Rising incomes overseas will fuel demand for American-made products. Data Resources, the economic-forecasting firm, projects that growth abroad in the early 1990s will outpace that of the U.S. by a full percentage point. The German economy, dismissed as sclerotic not so long ago, has just turned in its best performance since the '70s. Oil exporters are flush again. Hot Springs, Ark.-based Munro & Company is about to send off its first shipment of kids' shoes to Saudi Arabia. Crumbling trade barriers promise

Exhibit 10

bounty for U.S. farmers. Korea, whose economy is leaping ahead at three times the U.S. rate, announced last week that it is opening its market to American farm products from strawberries to steak.

The appetite for U.S. services -- from Citicorp ATM's in Tokyo to Arthur Andersen accounting in Warsaw -- seems boundless. Service exports have been rising at a 10 percent rate in the past year. Seeming homebodies are scouring the globe for foreign customers. Bell Atlantic, for example, is gussying up Spain's telephone network in time for the 1992 Summer Olympics. Service exports have a way of opening the door to manufactured products, too. Once Toys 'R' Us opens several stores around Tokyo, as was recently announced, can Fisher Price be far behind?

CONTINUED GROWTH

Nobody thinks the dollar will retrace its dizzying ascent of the early 1980s. Most economists expect the buck to strengthen some or weaken a bit. Either way, the Blue Chip consensus of 50 forecasters holds that the trade deficit will get smaller next year, albeit at a slower pace. And they expect the expansion to keep rolling.

The economy faces some risks, of course. But it's hard to agree with Secretary Brady that the dollar is one of them.

Exhibit 10

# **<u>Exhibit 11</u>**



Vol. 1 No. 8  october 2005



Today's Machining World Magazine
P.O. Box 847
Lowell, MA 01853

**CHANGE SERVICE REQUESTED**

PRST STD
U.S. Postage
**PAID**
Permit #649
Liberty, MO

# Rock Valley Revisited

**Welcome to a Small Town Sustained by Family, Faith and a Future Steeped in Manufacturing**

$6.95 US    $8.95 INT'L

<u>Exhibit 11</u>

# Your Source For Quality Pre-Owned

## CNC and Swiss-Type Turning Centers

*We specialize in:*

### Swiss-Type (sliding headstock)

Citizen, Star, Tsugami, Nomura, Tornos

### CNC Turning Centers

Miyano, Mazak, Okuma, Haas, Index, Daewoo, Eurotech, Traub, Hardinge, Hitachi Sieki, Mori Sieki, Gildemeister

### Barfeeds – Magazine & Single Tube

LNS, IEMCA, FMB, Fedek, Hardinge, Lipe, Cucchi, SMW, Spego

### Other Services

Financing, Buy, Sell, Trade, Appraise, Auctions

**We also offer most Single and Multi-Spindle Automatics and Rotary Transfers**



**UNIVERSAL AUTOMATICS INCORPORATED**

*"Big enough to serve all your machinery needs— small enough to appreciate your business."*

**Phone: (954) 202-0063**
**Fax: (954) 202-0170**

www.universalautomatics.com
email: sales@universalautomatics.com

but keep in mind that much of it will be going away in the next several years. Start looking around for alternative things to make. Remember, you are not slaves to your present equipment. It is there to serve your needs. Just because you have an Acme or a Minster press does not mean you have to feed it.

Just a few examples to consider as you examine your automotive mix: One bone screw can sell for as much as $1800. One well-designed golf putter can sell for $180. One well-manufactured brass fitting brings 18 cents.

• • •

In the wreckage of the American automotive business, the outlines of the next phase of financial manipulation are starting to become visible. Kirk Kerkorian, the Armenian octogenarian sharpie, who has made billions on canny investments from Chrysler to Vegas, is expanding his stake in GM to 9.9%. Wilbur Ross, who engineered the rollup of decimated steel companies when everybody else was too scared to step up, is buying the debt of bankrupt Tier One, Collins and Aikman, and eyeing the remains of Visteon. Ross loves messes, so Tier One has him drooling.

At this writing, Delphi is at the tipping point between breathing and bankruptcy. The stock is at $2.50, bouncing up or down 10% each day, depending on the aroma of the news. It is a stock speculator's dream, and the hedge funds are playing it like Frisbee.

Bankruptcy may be a useful tool for the financiers, but it is a minefield for Tier One vendors. Accounts receivable are problematical from bankrupt accounts, and generally cannot be borrowed against. We could see a nasty ripple of bankruptcies from smaller suppliers if there is a Delphi bankruptcy.

I have heard that Delphi has been making arrangements with their suppliers, expediting payment of bills, because they want to mend fences ahead of the October 17th drop dead date for a deal with creditors, GM and the UAW. Delphi is paying an average of $120,000 a year per employee if all the perks are added up.

A guy like Wilbur Ross sees this and figures that he could

Exhibit 11