# **Exhibit 12**



Vol. 1 No. 8  october 2005

# Today's TMW Machining World



Today's Machining World Magazine
P.O. Box 847
Lowell, MA 01853

**CHANGE SERVICE REQUESTED**

PRST STD
U.S. Postage
**PAID**
Permit #649
Liberty, MO

# Rock Valley Revisited

**Welcome to a Small Town Sustained by Family, Faith and a Future Steeped in Manufacturing**

Exhibit 12

$6.95 US   $8.95 INT'L

# With the BX-26S Gang Tool Lathe, You Save Money with Every Part You Make.



No Guide Bushing, No Headaches
Complete Machining in One Set-Up
Material: 303SS
Diameter of Material: 1" Round Bar
Lowest Cost Per Part

## The **Right Equipment** Makes All The **Difference.**



BX-26S

Structure of Axis Control

1st Linear Turret
2nd Linear Turret
Movable L Spindle
Movable R Spindle

Featuring dual spindles for complete part machining in one set-up, our BX-26S Gang Tool Lathe achieves the lowest cost per part produced. What's more, the absence of a guide bushing means improved speeds, shorter bar remnants, less maintenance and greater cost savings when compared to a Swiss type machine. Ground bar stock is not required. The BX-26S allows for dry cutting, as well as the use of water-soluble coolant or cutting oil.

To learn more about how Miyano can give you a better return on your investment, visit **www.miyano-usa.com.**



**The World Leader in Precision**

940 N. Central Ave., Wood Dale, IL 60191
Phone (630) 766-4141 • Fax (630) 860-7266
www.miyano-usa.com

Exhibit 12

| | |
|---|---|
| 4 | **HYDROMAT**<br>Offering unique and innovative manufacturing solutions with the world's finest precision transfer machines. Hydromat, Accelerating the Pace of Productivity. 314-432-4644 or www.hydromat.com. |
| 75 | **IPCC - IND. PREC. COMP. CORP.**<br>Machinery and equipment for the precision machining industry. Support equipment for screw machine users. Swiss and Esco layouts, cams, tooling, set-up and repair service. |
| 2-3 | **KSI SWISS**<br>Specializing in new, fully equipped CNC Swiss Automatics and multi-spindle machinery. Call 303-665-3435 or email: tom@kmtswiss.com. |
| 77 | **LASER IMAGES®**<br>Over 40 years providing complete tooling solutions for grooving, threading, parting, boring, and special applications. Visit www.laserimages.com. |
| 59 | **LELAND-GIFFORD, INC.**<br>Precision machines and replacement parts for the metalworking industry. Visit www.barkermill.com. or call 330-794-1960. |
| 77 | **LESTER DETTERBECK**<br>Manufacturer of Special Cutting Tools, Tool Blanks, Cams and Tool Holders for the Turned Parts Industry for over 90 years. 1-800-533-3328. |
| 11 | **LOGAN CLUTCH**<br>Better machine utilization: More productivity from existing machines, operators and floor space. |
| 24 | **MANCHESTER TOOL**<br>When you think precision, think Manchester MTC Swiss tools. Visit www.manchestertools.com or call 800-237-8789. |
| 88 | **MARUBENI CITIZEN-CINCOM, INC.**<br>A joint venture company—Marubeni Tokyo & Citizen Watch Co., Ltd., builder of precision Swiss-type lathes. |
| 21 | **MIYANO**<br>The leader in precision machining. Call 630-766-4141 or visit www.miyano-usa.com. |
| 75 | **O.G. BELL**<br>We design and manufacture saw blades and milling cutters. Call 440-933-7797 or visit www.ogbell.com. |
| 6 | **PARTMAKER SOFTWARE/IMCS INC.**<br>PartMaker CAD/CAM greatly reduces part programming time for CNC Mills, Lathes, Wire EDM, Turn-Mill Centers and CNC Swiss-type lathes. Call 888-270-6878 or visit www.partmaker.com. |
| 53 | **ROCK VALLEY**<br>Contact Jim VanderVelde about manufacturing jobs and opportunities. Call 712-476-2576 or email jvv@cityofrockvalley.com for more information. |
| 22-23 | **SCHUTTE**<br>125 years and still the benchmark for precision turning. Call 517-782-3600 or visit www.schuttemsa.com. |
| 47 | **SHORTY'S**<br>Your "one stop" supplier for automatic screw machine repair parts and tooling. Call 800-443-6666 or visit www.shortystooling.com |
| 63 | **SLATER TOOLS, INC.**<br>Order FACTORY DIRECT. #1 for rotary broaching. Shaved tool holders and center live retractable. Call 586-465-5000 or see our on-line video at www.slatertools.com. |
| 77 | **SOSSNER STEEL STAMPS**<br>We make impressions. Our patented holders, marking and engraving rolls are designed for all of your machinery needs. Call 1-800-828-9515 or visit us on our website at www.sossnerstamps.com. |
| 14 | **UNIVERSAL AUTOMATICS INC.**<br>Specializing in the sale of good quality used automatics, CNC's and rotary transfer machines. Call 954-202-0063 or look for special offers at www.universalautomatics.com. |
| 75 | **VARLAND METAL SERVICE**<br>Specialists in high quality, precision barrel electroplating since 1946. |
| 67 | **WISCONSIN ENGRAVING**<br>Your source for flat, roll & hand stamps & embossing dies. Call 262-786-4521 or visit www.wi-engraving.com. |

**ADVERTISERS INDEX**

Exhibit 12

# **Exhibit 13**



Exhibit 13

# **<u>Exhibit 14</u>**



**Visitors    Exhibitors    International    Media**

Find an Exhibitor  |  Floor Plans  |  Why Attend  |  Show Info  |  Student Summit  |  Hotel and Travel  |  MyMap

Search:

*International Manufacturing Technology Show*

### also ...

**Fact Sheet**

**Pavilions**

**History**

**Show Highlights**

**IMTS 2006 Wrap Up**



### imts *e-newsletter*

The IMTS Compass e-newsletter is your "how-to" guide for the BIG Show. We'll let you know when **registration opens**, give you travel info and tips and tricks. Enter your e-mail and click SUBMIT to start your subscription.

 Subscribe  ○ Unsubscribe





## IMTS Fact Sheet

**Name of Show:** IMTS 2008 - International Manufacturing Technology Show
**Show Sponsor:** AMT-The Association For Manufacturing Technology
**Show Dates:** September 8-13, 2008
**Show Location:** McCormick Place, Chicago, IL USA

**About the Event:**

IMTS 2008 is the 27th edition of the premier manufacturing technology show in North America. More than 1,200 exhibiting companies will occupy 1.2 million net square feet of exhibit space at the McCormick Place complex in Chicago, Illinois. IMTS is held every even-numbered year in Chicago and attracts more 90,000 buyers and sellers from 119 countries.

**Pavilions:**

To help guide attendees to booths quickly and easily, we organize exhibits in Pavilions that are geared toward specific industries, technologies and solutions. Following is the list of Pavilions: Abrasive Machining/Sawing/Finishing; Controls & CAD/CAM; EDM; Gear Generation; Machine Components/Cleaning/Environmental; Metal Cutting; Metal Forming & Fabricating/Lasers; Quality Assurance; and Tooling and Workholding Systems.

**Attendees:**

Manufacturing industry professionals from the United States and from over 119 countries from around the world attend IMTS. They attend to see more than 15,000 new machine tools, controls, computers, software, components, systems and processes that can improve their efficiency. They will also gain valuable ideas and insights from over 1,200 of the worlds leading equipment producers. They come to look and they come to buy.

**Exhibitors:**

Over 1,200 exhibitors from the metalworking industry will display their products and productivity solutions at McCormick Place in Chicago covering 1.2 net square foot of show floor. Leading manufacturers will display their equipment in the following product category pavilions: Metal Cutting: Contains everything from machining centers and assembly automation to Flexible Manufacturing Systems and lathes. Tooling & Work holding Systems: Features jigs, fixtures, cutting tools of all types and related accessories. Metal Forming & Fabricating/Laser: Home to all type of presses as well as laser systems, coil and strip handling equipment, heat treating and more.

Other pavilions at IMTS include Abrasive Machining /Sawing/Finishing; Controls & CAD –CAM; EDM; Gear Generation; Machine Components/ Cleaning/ Environmental and Quality Assurance.

**Manufacturing Business and Technology Forum**

**"Where Technology and Business Connect"** The IMTS Forum brings together experts from the industry to give you the most useful and up-to-date technical information available.

Program to be presented by AMT, SME and other association partners. Details to follow.

**Show Registration Fees**

Registration will open in January 2008.
**Exhibits Only Registration**: $25.00 if registered on or before August 1, 2008. After August 1, 2008 registration is $50.00. To save money, take advantage of the special price given for groups. To qualify as a group, you must have 5 or more people from the same company, and everyone must register at the same time. Group registration is $15.00/person.

Subscribe to the "IMTS Compass e-newsletter" (look below left-hand navigation) and you will be notified when registration opens.

.
**Show Management**
AMT - The Association For Manufacturing Technology
7901 Westpark Drive
McLean, VA 22102-4206 USA
http://www.amtonline.org

Return to Show Info main page


**CONNECTING GLOBAL TECHNOLOGY**
International Manufacturing Technology Show: September 8-13, 2008 McCormick Place Chicago, IL
Copyright © 2007 AMT-The Association For Manufacturing Technology, All Rights Reserved - Important Info

**Exhibit 14**

# **<u>Exhibit 15</u>**



Exhibit 15