# Exhibit 16


IMTS
1986 INTERNATIONAL MACHINE TOOL SHOW
FANUC
WELCOME
TO THE WORLD
OF PRECISION


Miyano
The World Leader in Precision

Exhibit 16



# PRECISION MACHINES FOR HI




Exhibit 16


IGHER PRODUCTIVITY THROUG
rger capacity bar machine equipped with a 3-axis
sub-spindle for secondary operation
BNC-20S
2-AXIS CNC TURNING CENTER
JNC-60
Heavy duty universal slant bed machine providing
screw machine speed with CNC accuracy
JNC-60
2 AND 3-AXIS CNC TURNING CENTER
ATS-45
Heavy Duty universal slant bed machine with
powerful revolving tool attachment and C-Axis control
Miyano
ATS-45
2-AXIS GANG TOOL CNC TURNING
GN-4
NTER
4-Axis control with a sub-spindle and revolving tools
allows completion of parts in a shorter cycle time
Miyano
VERTICAL MACHINING CENTER
MSV-21
Compact designed mac
racy provides the maxim
Miyano
MSV-21

Exhibit 16

# JGH ADVANCED TECHNOLOGY

## 2-AXIS 2-SPINDLE CNC TURNING CENTER LNC-C200

Twin spindle symmetrical design offers the most highly efficient use of a turning center in a production line




## TURNING CENTER

High precision linear slide machine provides fastest cycle times and highest micro-finish accuracy



## VERTICAL MACHINING CENTER MSV-41

Heavy duty universal machine providing high accuracy and maximum machining productivity by using a large capacity ATC unit

ned machine with high speed and accu
he maximum productivity for small parts






Exhibit 16

# A WIDE VARIETY OF TURNING AND MACHINING CENTERS DESIGNED TO BE YOUR PARTNER IN PRECISION WITH TOMORROW'S TECHNOLOGY TODAY.




## BNC-12 SERIES

| | BNC-12C | BNC-12S |
|---|---|---|
| Bar Capacity | 1/2″ | 1/2″ |
| Chuck Size | — | — |
| Max. Work Length | 2-1/2″ | 2-1/2″ |
| Turret Station | 6 | 6 |
| Max. RPM | 8,000 | 8,000 |

## ATS SERIES

| | ATS-35 | ATS-45 | ATS-60 | ATS-80 |
|---|---|---|---|---|
| Bar Capacity | 1-3/8″ | 1-3/4″ | 2-1/2″ | 3-1/16″ |
| Chuck Size | 6″ | 8″ | 10″ | 12″ |
| Max. Work Length | 15″ | 15″ | 30″ | 30″ |
| Turret Station | 12 | 12 | 12 | 12 |
| Max. RPM | 5,000 | 4,000 | 3,000 | 2,400 |

## BNC-20 SERIES

| | BNC-20C | BNC-20T | BNC-20S |
|---|---|---|---|
| Bar Capacity | 13/16″ | 13/16″ | 13/16″ |
| Chuck Size | 4″ | 4″ | — |
| Max. Work Length | 6-7/8″ | 6-7/8″ | 4″ |
| Turret Station | 6 | 6 + 6 | 6 |
| Max. RPM | 6,500 | 6,500 | 6,500 |

## ANC SERIES

| | ANC-35 | ANC-45 |
|---|---|---|
| Bar Capacity | 1-3/8″ | 1-3/4″ |
| Chuck Size | 6″ + 4″ | 8″ + 4″ |
| Max. Work Length | 15″ | 14-3/8″ |
| Turret Station | 12 + 6 | 12 + 6 |
| Max. RPM | 5,000 | 4,000 |

## BNC-34 SERIES

| | BNC-34C | BNC-34T |
|---|---|---|
| Bar Capacity | 1-1/4″ | 1-1/4″ |
| Chuck Size | 5″ | 5″ |
| Max. Work Length | 9″ | 9″ |
| Turret Station | 6 | 6 + 6 |
| Max. RPM | 5,000 | 5,000 |

## GN SERIES

| | GN-3 | GN-4 |
|---|---|---|
| Chuck Size | 3-1/2″ | 4″ |
| Max. Work Length | 2-3/8″ | 3-5/32″ |
| Max. Tool Station | 5 | 8 |
| Max. RPM | 5,000 | 4,000 |
| Spindle Drive | 3 HP | 5 HP |

## JNC SERIES

| | JNC-35 | JNC-45 | JNC-60 |
|---|---|---|---|
| Bar Capacity | 1-3/8″ | 1-3/4″ | 2-3/8″ |
| Chuck Size | 6″—8″ | 8″—10″ | 10″ |
| Max. Work Length | 13-1/2″ | 18-1/2″ | 18-1/2″ |
| Turret Station | 8 | 8 | 8 |
| Max. RPM | 5,000 | 4,000 | 3,000 |

## LNC SERIES

| | LNC-C165 | LNC-C200 |
|---|---|---|
| Chuck Size | 6″ + 6″ | 8″ + 8″ |
| Max. Work Length | 5-1/2″ | 5-1/2″ |
| Turret Station | 8 + 8 | 8 + 8 |
| Max. RPM | 5,000 | 4,000 |
| Spindle Drive | 10HP × 2 | 10HP × 2 |

## KNC SERIES

| | KNC-35 | KNC-45 |
|---|---|---|
| Bar Capacity | 1-3/8″ | 1-3/4″ |
| Chuck Size | 6″ | 8″ |
| Max. Work Length | 4-1/4″ | 4-1/4″ |
| Turret Station | 6 + 6 | 6 + 6 |
| Max. RPM | 5,000 | 4,000 |

## MSV SERIES

| | MSV-21 | MSV-41 |
|---|---|---|
| Table Size | 10″ × 20″ | 20-1/2″ × 43″ |
| Travel (X × Y × Z) | 12″ × 10″ × 10″ | 32″ × 18″ × 18″ |
| Max. RPM | 12,000 | 6,000 |
| ATC Station | 16 | 30 |
| Tool Holder | BT 30 | BT 40 |

Exhibit 16




MIYANO is presenting at the 1986 International Machine Tool Show an exhibition of technologically advanced turning and machining centers. See the complete line of machines demonstrated in our booth 2553.
Let MIYANO show you at IMTS how advanced technology can increase your productivity.

Miyano
**SEE OUR PRODUCT BOOTH NO. 2553**




McCORMICK PLACE EAST-Level 2


## MIYANO MACHINERY JAPAN INC.

3-1, Shimorenjaku 7-chome, Mitaka-shi, Tokyo 181, Japan
Phone: 0422-46-1121 Telex: 02822333 MINOTO J
Facsimile: 0422-44-6699
**Overseas Office:** Düsseldorf

## MIYANO MACHINERY USA INC.

1071 Thorndale Ave., Bensenville, Illinois 60106
Phone:312-766-4141 Telex: 910-256-0480
Facsimile: 312-860-7266
**Westcoast Banch:**
2831 N. San Fernando Blvd., Burbank, California 91504
Phone: 818-848-6619 Telex: 0194254
Facsimile: 818-842-2052


PRINTED IN JAPAN 86081150I

Exhibit 16