# **<u>Exhibit 27</u>**

TOM & STEVEN MIYANO MACHINERY (MiyanoHitec Machinery, Inc.) CNC Machines [Lathe ,Jig Borer ,Machining Centers ,Gear Shavers , Metal...

File  Edit  View  History  Bookmarks  Tools  Help

http://www.miyanohitec.com/

Google



# TOM & STEVEN MIYANO MACHINERY
## (MiyanoHitec Machinery, Inc.)



**Components**



**Machine Rep.**



On Release
Winter '07

**Our Machines**

Our Own Company Machines Division

## news

October 28 - 31 - "2007
Conference and Business
Opportunity Fair" - Miami
Beach/Florida

June 21 - Added
"Components Division" link
from top page.

April 30 - May 2, 2007 -
26th Annual Michigan
Minority Procurement
Conference and Trade Fair
- Detroit/Michigan

April 2 - 4, 2007 -40th
Annual Chicago Business

## service

We as a certified **MBE** provide the following services:

We supply various CNC production system ranging from max. load 8 tons to 5 axis multi palette *Jig Borers*, precision *Gear Shaving machines*, to ordinary *CNC Lathes*, *Machining Centers*, *CNC Grinding machines* from High-End Quality machines to very reasonable cost machines.

We also supply Components **cold** /or **hot** formed vital components such as Clutch Guide Hubs and Pistons, Torque Converter Hubs and Sleeves, Fan Drive Hubs, Axle Tubde Flange, cam shaft, e.t.c.

We also have the capability for creating CNC Lathes and Machining Center systems

## contact

Corporate Headquarter:
50 Dundee Lane, Barrington Hills, Illinois 60010
Tel: 847-382-**2794** Fax: 847-382-**4928** E-mail: miyano@miyanohitec.com

## disclamer

*We are not affiliated with Miyano Machinery, Inc.in Japan and Miyano Machinery USA, Inc. in any way.

Exhibit 27

# **<u>Exhibit 28</u>**

IMTS2008

*SOUTH BUILDING*



**Pavilion Code Key**
AMSF = Abrasive Machining/Sawing/Finishing
CCCR = Controls & CAD/CAM
EDM1 = EDM
ENVI = Machine Components/Cleaning/Environmental
GEAR = Gear Generation
MCUT = Metal Cutting
MFLS = Metal Forming & Fabricating/Lasers
QUAL = Quality Assurance
TOOL = Tooling and Workholding Systems
FLPW = Fluid Power
ETCP = Emerging Technology Center

| Company | Booth | Pavilion Code |
|---|---|---|
| A A A Products Int'l. | D-4714 | ENVI |
| A & A Manufacturing Company, Inc. | F-2818 | TOOL |
| ABB Inc. | B-6114 | MFLS |
| Abbott Workholding Products | F-2657 | TOOL |
| ABS Imports Inc. | D-4546 | QUAL |
| Absolent Inc. | D-4571 | ENVI |
| Absolute Machine Tools, Inc. | A-8252 | MCUT |
| Abtex Corporation | B-7112 | AMSF |
| Accretech USA | D-4338 | QUAL |
| ACCU-CUT Diamond Tool Co., Inc. | B-7243 | AMSF |
| Accurate Diamond Tool | F-2131 | TOOL |
| Accustream, Inc. | B-6434 | MFLS |
| Accutex EDM | D-4110 | EDM1 |
| Acme Manufacturing Co. | B-7241 | AMSF |
| Acme Refining Scrap Iron & Metal Co. | B-7148 | AMSF |
| Action SuperAbrasive Products | B-7209 | AMSF |
| Acu-Gage Systems | D-4517 | QUAL |
| Acu-Rite Companies Inc. | D-4232 | CCCR |
| Adept Technology Inc. | B-6017 | MFLS |
| ADF Systems, Ltd. | B-7343 | AMSF |
| Advanced Machine & Engineering | F-2320 | TOOL |
| Advanced Superabrasives, Inc. | B-7114 | AMSF |
| Advent Tool & Manufacturing | F-2750 | TOOL |
| Aerotech Inc. | D-3246 | CCCR |
| AFC Arno Friedrichs Hartmetall GmbH & Co | F-2621 | TOOL |
| AFM-Machine Tool Builders Assn of Spain | D-4214 | EDM1 |
| AFM-Machine Tool Builders Assn of Spain | B-6012 | MFLS |
| AFM-Machine Tool Builders Assn of Spain | A-8272 | MCUT |
| AFM-Machine Tool Builders Assn of Spain | B-6750 | AMSF |
| Agathon Machine Tools, Inc. | B-6938 | AMSF |
| Ahaus Tool and Engineering, Inc. | F-2510 | TOOL |
| Airflow Systems Inc. | D-4589 | ENVI |
| Airloc Products | D-4456 | ENVI |
| Air Quality Engineering, Inc. | B-6051 | MFLS |
| Air Turbine Technology, Inc. | F-2600 | TOOL |
| Akash Industries | D-4735 | ENVI |
| Alcatel Vacuum Products, Inc. | D-4635 | QUAL |
| Alfa Laval | D-4615 | ENVI |
| Alfing Corporation | A-8462 | MCUT |

Exhibit 28

| | | |
|---|---|---|
| Alibaba.com | D-4466 | ENVI |
| Alliance Manufacturing, Inc. | D-4654 | ENVI |
| Allied Machine & Engineering Corp. | F-2030 | TOOL |
| Allways Precision, Inc. | B-7451 | AMSF |
| Almco Inc. | B-6846 | AMSF |
| Aloris Tool Technology Co., Inc. | F-2183 | TOOL |
| alpha gear drives, Inc. | D-4706 | ENVI |
| Aluminum Precision Products | F-2807 | TOOL |
| Amada Cutting Technologies | B-6852 | AMSF |
| American Broach & Machine Company | B-6821 | GEAR |
| American Filtration Technologies, Inc. | D-4025 | EDM1 |
| American Hofmann Corporation | D-4426 | QUAL |
| Corvalent | D-3248 | CCCR |
| American QC Systems | F-2377 | TOOL |
| Ameritherm Inc. | B-6431 | MFLS |
| AM Machinery Sales, Inc. | B-6746 | AMSF |
| AMO GmbH | D-4410 | QUAL |
| AMTDA | A-8660 | MCUT |
| ANCA Inc. | B-7432 | AMSF |
| Andantex USA Inc. | D-4730 | ENVI |
| Anilam | D-4232 | CCCR |
| Antenen Research | B-6341 | MFLS |
| Applied Recovery Systems, LLC | D-4623 | ENVI |
| Arbor Image Corporation | B-6331 | MFLS |
| Arobotech Systems, Inc. | B-7531 | AMSF |
| Artis Systems Inc. | D-4283 | QUAL |
| ASAHI DIAMOND AMERICA, INC. | B-7048 | AMSF |
| Asahi Diamond Industrial Co., Ltd. | B-7048 | AMSF |
| Asahi Diamond Industrial Europe S.A. | B-7048 | AMSF |
| ATI Industrial Automation | B-6416 | MFLS |
| Atlanta Drive Systems, Inc. | B-6442 | MFLS |
| AutoCrib, Inc. | F-2395 | TOOL |
| Automated Precision, Inc. | D-4652 | QUAL |
| Automation Innovation, Inc. | D-4409 | QUAL |
| Autopulit | B-6746 | AMSF |
| Bahco North America, Inc. | B-7327 | AMSF |
| Bahmueller GmbH | B-7427 | AMSF |
| Bahmueller Technologies, Inc. | B-7427 | AMSF |
| Baker Gauges India Private Limited | D-4550 | QUAL |
| Balance Systems Corp | B-7108 | AMSF |
| Balax, Inc. | F-2189 | TOOL |
| Baldor Electric Company | D-4729 | ENVI |
| Balluff Incorporated | D-4437 | QUAL |
| Bardons & Oliver, Inc. | A-8009 | MCUT |
| Barton Mines Company, LLC | B-6019 | MFLS |
| Basaran Grinder Corporation | B-7340 | AMSF |
| Bates Technologies, Inc. | B-7535 | AMSF |
| Bavarian Pavilion | F-2858 | TOOL |
| Bavarian Pavilion | F-2864 | TOOL |
| Beaumont Machine, Inc. | D-4130 | EDM1 |
| William Beckett Plastics Inc. | F-2617 | TOOL |
| Beckwood Press Company | B-6319 | MFLS |

Exhibit 28

| | | |
|---|---|---|
| bedra-GISCO, Inc. | D-4020 | EDM1 |
| Beere Precision Products, Inc. | F-2321 | TOOL |
| Behringer Saws, Inc. | B-6841 | AMSF |
| Bel Air Finishing Supply | B-7465 | AMSF |
| Belmont Equipment & Technologies | D-4126 | EDM1 |
| BENZ Inc. | F-2814 | TOOL |
| Beta LaserMike | D-4420 | QUAL |
| Better Engineering Mfg., Inc. | D-4621 | ENVI |
| Big Ass Fans | D-4574 | ENVI |
| BIG Daishowa Seiki Co., Ltd. | F-2114 | TOOL |
| BIG Kaiser Precision Tooling Inc. | F-2114 | TOOL |
| Bijur Lubricating Corporation | F-2222 | TOOL |
| Bishop-Wisecarver Corporation | D-4056 | ENVI |
| BISON - TMX | F-2685 | TOOL |
| Bluco Corporation | F-2149 | TOOL |
| Bluco Corporation | B-6309 | MFLS |
| Blum Laser Measuring Technology Inc. | D-4558 | QUAL |
| KK Blum LMT | D-4558 | QUAL |
| Blum-Novotest GmbH | D-4558 | QUAL |
| Bohler Uddeholm Specialty Metals, Inc. | F-2648 | TOOL |
| Bohle Machine Tools, Inc. | A-8462 | MCUT |
| Bondhus Corporation | F-2843 | TOOL |
| Boride Engineered Abrasives | B-7120 | AMSF |
| Bosch Rexroth Corporation | D-4320 | CCCR |
| Bosch Rexroth - Electric Drives & Controls | D-4320 | CCCR |
| Bosch Rexroth - Industrial Hydraulics | D-4320 | CCCR |
| Bosch Rexroth-Linear Motion & Assembly Technology | D-4320 | CCCR |
| Bosch Rexroth - Mobile Hydraulics | D-4320 | CCCR |
| Bosch Rexroth - Pneumatics | D-4320 | CCCR |
| Bowen & Groves Inc. | D-3242 | CCCR |
| BP - KOREA | F-2430 | TOOL |
| Breton S.p.A | A-8616 | MCUT |
| Bridgeport | A-8032 | MCUT |
| Briney Tooling Systems | F-2155 | TOOL |
| Brinkmann Pumps, Inc. | B-7544 | AMSF |
| Broaching Machine Specialties Co. | B-7220 | GEAR |
| Broach Masters/Universal Gear | B-7103 | GEAR |
| Brooke Cutting Tools USA | F-2738 | TOOL |
| Bunting Magnetics Co. | D-4568 | ENVI |
| Burr King Mfg. Company Inc. | B-7502 | AMSF |
| Calypso WaterJet Systems, Inc. | B-6246 | MFLS |
| Camtek North America | D-3040 | CCCR |
| Canela Corporation | F-2521 | TOOL |
| Capture 3D, Inc. | D-4330 | QUAL |
| Carbinite Metal Coatings | F-2837 | TOOL |
| Carl Zeiss IMT Corporation | D-4501 | QUAL |
| Carmex Precision Tools, Ltd. | F-2200 | TOOL |
| Carr Lane Manufacturing Co. | F-2431 | TOOL |
| Carr Lane Roemheld Mfg. Co., Inc. | F-2431 | TOOL |
| CB Carbide Group | F-2810 | TOOL |
| C C P I T Machinery Sub-Council | A-8670 | MCUT |
| C C P I T Machinery Sub-Council | B-6355 | MFLS |

Page 3

<span style="text-decoration: underline">Exhibit 28</span>

| | | |
|---|---|---|
| C C P I T Machinery Sub-Council | F-2400 | TOOL |
| C C P I T Machinery Sub-Council | D-4469 | ENVI |
| Centaur Precision Tools Inc. | F-2315 | TOOL |
| CentraSep Technologies | D-4782 | ENVI |
| Ceramtec SPK Cutting Tools | F-2507 | TOOL |
| Ceratizit USA, Inc. | F-2886 | TOOL |
| CGTech | D-3035 | CCCR |
| Charmilles | A-8343 | MCUT |
| Chemtool Incorporated | F-2835 | TOOL |
| Chevalier Machinery, Inc. | B-6736 | AMSF |
| Chevin Tools, Inc. | F-2341 | TOOL |
| Chia Lern Co., Ltd. | B-7139 | AMSF |
| Chick Workholding Solutions, Inc. | F-2065 | TOOL |
| CHII LONG IRON WORKS CO., LTD | B-7247 | AMSF |
| China National Mach. & Equip. I/E Corp. | F-2494 | TOOL |
| China National Mach. & Equip. I/E Corp. | A-8757 | MCUT |
| China National Mach. & Equip. I/E Corp. | A-8759 | MCUT |
| Chiron America, Inc. | A-8729 | MCUT |
| Cimatron Technologies | D-3050 | CCCR |
| CIMNET, Inc. | D-3017 | CCCR |
| Cinetic Landis Grinding Corp.-CITCO Dmnd & CBN | B-7533 | AMSF |
| Cinetic Landis Grinding Corp.-CITCO Dmnd & CBN | F-2765 | TOOL |
| CJT Koolcarb, Inc. | F-2724 | TOOL |
| Clausing Industrial, Inc. | A-8454 | MCUT |
| CleanParts.com | D-4780 | ENVI |
| Cline Tool and Service Company | F-2335 | TOOL |
| CML USA Inc. (Ercolina) | B-6303 | MFLS |
| CMS North America, Inc. | A-8020 | MCUT |
| CNC Engineering, Inc. | D-3002 | CCCR |
| CNC Systems, Inc. | A-8779 | MCUT |
| Cogsdill Tool Products, Inc. | F-2270 | TOOL |
| Cole Carbide Industries, Inc. | F-2701 | TOOL |
| Columbia Marking Tools | B-6564 | AMSF |
| Comco, Inc. | B-7119 | AMSF |
| Command Tooling Systems LLC | F-2172 | TOOL |
| Competitive Carbide Inc. | F-2769 | TOOL |
| Control Gaging, Inc. | B-7126 | AMSF |
| Control Laser | B-6000 | MFLS |
| Coolant Maintenance Systems | B-6328 | MFLS |
| Cool Jet Systems | D-4745 | ENVI |
| Cosen Saws, USA | B-7354 | AMSF |
| Crafford - Laserstar Technologies | B-6512 | MFLS |
| Creative Automation, Inc. | B-6445 | MFLS |
| Crest Ultrasonics | D-4566 | ENVI |
| CRI, Centerless Rebuilders, Inc. | B-6638 | AMSF |
| Criterion Machine Works | F-2147 | TOOL |
| Crystallume | D-4041 | EDM1 |
| Crystal Mark, Inc. | B-7128 | AMSF |
| Cubic Machinery, Inc. | A-8286 | MCUT |
| Current EDM, Inc. | D-4120 | EDM1 |
| Cutting Tool Engineering Magazine | F-2451 | TOOL |
| CVD Diamond Corporation | F-2762 | TOOL |

Exhibit 28

| | | |
|---|---|---|
| CWT Industries | D-4537 | QUAL |
| Cyber CNC Machinery Sales | A-8485 | MCUT |
| Daco Jaw Company | F-2192 | TOOL |
| Dah Lih Machinery Industry Co. Ltd. | A-8047 | MCUT |
| Dalian Machine Tool Group Co., Ltd. | A-8369 | MCUT |
| Dan di De Antoni Srl | B-7144 | AMSF |
| Dapra Corporation | F-2651 | TOOL |
| Dapra Corporation | B-6256 | MFLS |
| Darex Corporation | B-7102 | AMSF |
| Darex Corporation | F-2236 | TOOL |
| Data Flute CNC | F-2560 | TOOL |
| Datron Dynamics Inc. | A-8068 | MCUT |
| DAVI North America | B-6515 | MFLS |
| DCM Tech | B-7105 | AMSF |
| Delcam International Inc. | D-3005 | CCCR |
| Delimon Lubrication | F-2222 | TOOL |
| Delta Tau Data Systems | D-4210 | CCCR |
| Dessau International | F-2478 | TOOL |
| DE-STA-CO, A Dover Company | D-4464 | ENVI |
| DE-STA-CO, A Dover Company | F-2655 | TOOL |
| Deublin Company | D-4772 | ENVI |
| Diacut, Inc. | B-7140 | AMSF |
| Diamondback Abrasive Corporation | B-7225 | AMSF |
| Diamond Productions Canada Ltd. | B-7249 | AMSF |
| Diaset | F-2114 | TOOL |
| Diatest Precision Gages | D-4335 | QUAL |
| Diebold Goldring Tooling, U.S.A. | F-2420 | TOOL |
| Digital Precision Corporation | D-4412 | QUAL |
| Dijet Inc. | F-2779 | TOOL |
| Dimension 3D Printing | D-3151 | CCCR |
| Dimplex Thermal Solutions | B-6147 | MFLS |
| DLoG Shop Floor Data Management | D-3160 | CCCR |
| D L Ricci Corp | B-7516 | AMSF |
| DMG America Inc. | A-8501 | MCUT |
| DoALL Sawing Products | B-7301 | AMSF |
| Doosan Infracore America Corporation | A-8018 | MCUT |
| Doosan Mecatec Co. | A-8735 | MCUT |
| Dorian Tool International | F-2501 | TOOL |
| Dorner Mfg. Corp. | D-4717 | ENVI |
| Dorsey Metrology International, Inc. | D-4560 | QUAL |
| Drake Manufacturing Services, Inc. | B-7407 | AMSF |
| Dreisilker Electric Motors, Inc. | D-4638 | ENVI |
| Drill Masters - Eldorado Tool Inc. | F-2331 | TOOL |
| DS Technology (USA) Inc. | A-8012 | MCUT |
| Dynabrade, Inc. | B-7203 | AMSF |
| Dynamic International, Inc. | A-8141 | MCUT |
| Eagle Rock Technologies, Inc. | F-2851 | TOOL |
| Earth-Chain USA, Inc. | F-2591 | TOOL |
| East Coast Induction, Inc. | B-6330 | MFLS |
| EBBCO Inc. - EDM Filtration Systems | D-4008 | EDM1 |
| EBBCO Inc. - Metal Working Filtration | B-6262 | MFLS |
| J.N. Eberle u. Cie GmbH | B-7239 | AMSF |

<u>Exhibit 28</u>

| | | |
|---|---|---|
| E-B Manufacturing Co., Inc. | F-2657 | TOOL |
| EBway Corporation/Gripflow | B-6024 | MFLS |
| Ecoroll Corporation Tool Technology | F-2644 | TOOL |
| Edge Technologies | A-8435 | MCUT |
| EDM Network Inc. | D-4010 | EDM1 |
| EDM Sales & Supplies, Inc. | D-4031 | EDM1 |
| Edmunds Gages | D-4436 | QUAL |
| Edwards Manufacturing Co. | B-6033 | MFLS |
| EHWA Diamond Industrial Co. Ltd. | B-7425 | AMSF |
| Eitel Presses, Inc. | B-6516 | MFLS |
| EKO Manufacturing Corporation | D-4776 | ENVI |
| Elb America, Inc. | B-7329 | AMSF |
| Electro Arc Manufacturing Co. | D-4018 | EDM1 |
| Electrodes, Inc. | D-4046 | EDM1 |
| Electrox, Inc. | B-6036 | MFLS |
| Emco Maier Corporation | A-8042 | MCUT |
| Emuge Corp. | F-2667 | TOOL |
| Enco | D-4631 | ENVI |
| EndeavorTechnologies, Inc. | D-4763 | ENVI |
| ENERPAC | F-2987 | TOOL |
| Engis Corporation | B-7422 | AMSF |
| Enshu USA Corporation | A-8568 | MCUT |
| UNISIG / Entrust Tool & Design Company, Inc. | A-8648 | MCUT |
| Epicor Software Corporation | D-3125 | CCCR |
| Epilog Laser | B-6327 | MFLS |
| Equipment Manufacturing Corporation | D-4722 | ENVI |
| Eriez Magnetics | D-4295 | ENVI |
| Eriez Magnetics | B-6040 | MFLS |
| EROWA Technology, Inc. | D-4106 | EDM1 |
| ESAB Welding & Cutting Products | B-6230 | MFLS |
| E S M A, Inc. | D-4756 | ENVI |
| ESPRIT/DP Technology | D-3101 | CCCR |
| Etamic Corporation | D-4444 | QUAL |
| Euchner USA, Inc. | D-4742 | ENVI |
| Euro-Tech Corporation | F-2310 | TOOL |
| The Ex One Company | B-1000 | ETCP |
| Exsys Tool, Inc. | F-2407 | TOOL |
| EXTRUDE HONE Corporation | B-7100 | AMSF |
| EZ Environmental Solutions Corp. | D-4749 | ENVI |
| EZset LLC | F-2640 | TOOL |
| Fabreeka International, Inc. | B-6339 | MFLS |
| Fabreeka International, Inc. | D-4524 | QUAL |
| Fagor Automation Corporation | D-4314 | QUAL |
| T. L. Fahringer Co., Inc. | B-7116 | AMSF |
| FANUC LTD | A-8418 | MCUT |
| FARO Technologies, Inc. | D-4525 | QUAL |
| Farval Lubrication Systems | F-2222 | TOOL |
| FELO-WERKZEUGFABRIK HOLLAND-LETZ GMBH | F-2843 | TOOL |
| FEMCO Inc. | A-8466 | MCUT |
| Fidia Co. | A-8740 | MCUT |
| Finn-Power International, Inc. | B-6313 | MFLS |
| Fischer Precise USA | D-4719 | ENVI |

Exhibit 28

| | | |
|---|---|---|
| Fitz-Rite Products, Inc. | F-2357 | TOOL |
| Fixtureworks | F-2610 | TOOL |
| Fladder | B-7325 | AMSF |
| Flair Industry Accessory Co., Ltd. | D-4752 | ENVI |
| Flashcut CNC | D-3250 | CCCR |
| FlexArm/Midwest Specialties | F-2375 | TOOL |
| FlexArm/Midwest Specialties | B-6438 | MFLS |
| Flexbar Machine Corporation | D-4625 | QUAL |
| Flitz International, Ltd. | B-7207 | AMSF |
| Flow International Corporation | B-6200 | MFLS |
| FOBA, A Virtek Company | B-6508 | MFLS |
| M.A. Ford Mfg. Co., Inc. | F-2411 | TOOL |
| Forecreu America, Inc. | F-2434 | TOOL |
| Forest-Line Machine, Inc. | A-8015 | MCUT |
| Fortress Interlocks Inc. | D-4052 | ENVI |
| Fortune International Inc. | A-8380 | MCUT |
| Fred V. Fowler Co., Inc. | D-4316 | QUAL |
| Fresmak, S.A. | F-2424 | TOOL |
| Friedrich Gloor Ltd. | F-2700 | TOOL |
| FRIGGI s.r.l. | B-6956 | AMSF |
| Fryer Machine Systems, Inc. | A-8420 | MCUT |
| Fuchs Lubricants Company | F-2461 | TOOL |
| Fujifilm NDT Systems, Inc. | D-4439 | QUAL |
| Fuji Machine America Corporation | A-8721 | MCUT |
| Fusion Incorporated | B-6425 | MFLS |
| Futuretech Diamond Tool Co. | F-2383 | TOOL |
| GBI Cincinnati, Inc. | A-8585 | MCUT |
| Gehring L P | B-6740 | AMSF |
| Gerardi SpA | F-2113 | TOOL |
| Gerstner International | F-2480 | TOOL |
| Gesswein & Company, Inc. | B-6435 | MFLS |
| Gibbs and Associates | D-3001 | CCCR |
| Giuseppe Giana SpA | A-8041 | MCUT |
| GKI Cutting Tools | F-2351 | TOOL |
| Gleason Corporation | B-6902 | GEAR |
| Glebar Company Inc. | B-6948 | AMSF |
| Global CNC Industries, Ltd. | F-2355 | TOOL |
| Global Shop Solutions, Inc. | D-3221 | CCCR |
| Global Trade Network, Inc. / GTN | D-4038 | EDM1 |
| GMN USA | D-4452 | ENVI |
| Golden Sun Industrial Co., Ltd. | F-2712 | TOOL |
| Gorbel Inc. | D-4369 | ENVI |
| Gortrac Division | D-4358 | ENVI |
| Gradient Lens Corporation | D-4424 | QUAL |
| Gravograph New Hermes | B-6423 | MFLS |
| Graymills Corporation | D-4563 | ENVI |
| Griffo Brothers Inc. | D-3008 | CCCR |
| Grundfos Pumps Corporation | D-4767 | ENVI |
| GTI Spindle Technology Inc. | B-7309 | AMSF |
| Gudel Inc. | B-6015 | MFLS |
| Guhring, Inc. | F-2267 | TOOL |
| Guyson Corporation of U.S.A. | B-7131 | AMSF |

Exhibit 28

| | | |
|---|---|---|
| Haas Automation, Inc. | A-8000 | MCUT |
| Haas Multigrind LLC | B-7251 | AMSF |
| Haberle Maschinenfabrik, Cold Sawing Mac | B-6558 | AMSF |
| Halder, Inc. | F-2228 | TOOL |
| Hamar Laser Instruments, Inc. | D-4519 | QUAL |
| H.A.M. Precision | F-2616 | TOOL |
| Handtmann CNC Technologies, Inc. | A-8559 | MCUT |
| Hanel Storage Systems | D-4138 | ENVI |
| Hangsterfer's Laboratories, Inc. | B-7539 | AMSF |
| Hankook America Corp. | A-8636 | MCUT |
| Hanwha Machinery America | A-8478 | MCUT |
| Hardinge Inc. | A-8032 | MCUT |
| Hardinge Workholding | A-8032 | MCUT |
| Harig Manufacturing Corporation | D-4037 | EDM1 |
| Harrington Hoists, Inc. | F-2650 | TOOL |
| Hassay Savage Co. | F-2212 | TOOL |
| Hauser | A-8032 | MCUT |
| Hauzer Techno Coating BV | F-2847 | TOOL |
| HAWE Hydraulics | F-2878 | TOOL |
| Heartech Precision, Inc. -HPI | F-2487 | TOOL |
| Heck Industries, Inc. | B-6409 | MFLS |
| Hegenscheidt-MFD Corporation | A-8462 | MCUT |
| Heidenhain Corporation | D-4419 | QUAL |
| Heinz Kaiser AG | F-2114 | TOOL |
| Heller Machine Tools | A-8475 | MCUT |
| Helmel Engineering Products, Inc. | D-4555 | QUAL |
| Hemco Corporation | D-4434 | QUAL |
| HE&M Saw | B-6934 | AMSF |
| Hennig, Inc. | D-4711 | ENVI |
| Henning Industrial Software, Inc. | D-3145 | CCCR |
| Heule Tool Corporation | F-2708 | TOOL |
| Hexagon Metrology | D-4303 | QUAL |
| Hey Machine Tools | A-8043 | MCUT |
| Heyuan Fuma Cemented Carbide Co., Ltd. | F-2414 | TOOL |
| Hirschmann Engineering USA Inc. | D-4100 | EDM1 |
| Hiwin Corporation | D-4136 | ENVI |
| Hoffmann Filter Corporation | B-7447 | AMSF |
| Hoffmann Maschinen und Apparatebau GmbH | B-7447 | AMSF |
| Hongia Industry Co. Ltd. | B-7526 | AMSF |
| Horkos Corp. | A-8651 | MCUT |
| Horkos Technical Center of America | A-8651 | MCUT |
| Horn USA, Inc. | F-2227 | TOOL |
| Houghton International Inc. | F-2317 | TOOL |
| Huot Manufacturing Co. | F-2454 | TOOL |
| Hurco Companies, Inc. | A-8117 | MCUT |
| Huron Machine Products, Inc. | F-2629 | TOOL |
| Hwacheon Machinery America, Inc. | A-8541 | MCUT |
| Hyd-Mech Group Limited | B-7357 | AMSF |
| Hydromat Inc. | A-8435 | MCUT |
| HYTEC - SPX FLUID POWER | F-2622 | TOOL |
| Hyundai-Kia Machine America Corporation | A-8442 | MCUT |
| IBAG North America Div. of Burmco, Inc | D-4131 | ENVI |

<u>Exhibit 28</u>

| | | |
|---|---|---|
| IBOCO Corporation | D-4731 | ENVI |
| ICAM Technologies Corporation-Canada | D-3106 | CCCR |
| II-VI Infrared | B-6335 | MFLS |
| I K O International | D-4142 | ENVI |
| IMEXSU | B-7256 | AMSF |
| INDEX Corporation | A-8253 | MCUT |
| INDEX Werke GmbH & Co., KG | A-8253 | MCUT |
| Industrial Machine Trader | D-4060 | ENVI |
| Inertia Friction Welding | B-6010 | MFLS |
| Ingersoll Cutting Tools | F-2050 | TOOL |
| Ingersoll Production Systems | A-8369 | MCUT |
| Innovative Organics (Saint-Gobain) | B-7129 | AMSF |
| Innovative Tooling Solutions | F-2811 | TOOL |
| Inora Technologies, Inc. | D-4633 | QUAL |
| Intercon Automation Parts Inc. | D-4068 | ENVI |
| Intercon Ent. Inc. | B-6411 | MFLS |
| International Machinery Co. | A-8675 | MCUT |
| InterNet Inc. | F-2464 | TOOL |
| Everede Tool Co. | F-2385 | TOOL |
| Ionbond LLC | F-2806 | TOOL |
| Iowa Dept. of Economic Development | D-4787 | ENVI |
| Iscar Metals, Inc. | F-2010 | TOOL |
| I-TECH International Corp. | B-6644 | AMSF |
| ITW Dykem | B-6345 | MFLS |
| ITW ROCOL North America | F-2226 | TOOL |
| ITW Workholding | F-2486 | TOOL |
| IZAR Herramientas de Amorebieta S.A.L. | F-2466 | TOOL |
| Jarvis Cutting Tools | F-2169 | TOOL |
| Jergens, Inc. | F-2423 | TOOL |
| Jet Edge | B-6252 | MFLS |
| JET - WILTON | A-8265 | MCUT |
| Exact JobBOSS | D-3127 | CCCR |
| JobPack Inc. | D-3064 | CCCR |
| Jobs Inc. | A-8632 | MCUT |
| The Johnson Gage | D-4509 | QUAL |
| Jorgensen Conveyors, Inc. | D-4636 | ENVI |
| Jose Maria Cabre, S.A. | F-2391 | TOOL |
| JTEK / Nippon Oil Pump Co., Ltd. | D-4253 | ENVI |
| Erwin Junker Machinery Inc. | B-6817 | AMSF |
| KabelSchlepp America | D-4662 | ENVI |
| Kaeser Compressors, Inc. | B-6044 | MFLS |
| Kafer Messuhrenfabrik GmbH & Co. KG | D-4534 | QUAL |
| Kakuta USA, Inc. | F-2752 | TOOL |
| Kalamazoo Chuck Manufacturing & Service Center Co. | F-2849 | TOOL |
| Kaltenbach, Inc. | B-6748 | AMSF |
| KAPP Technologies | B-7025 | GEAR |
| Kasto Racine, Inc. | B-6726 | AMSF |
| Kaufman Mfg. Co. | A-8640 | MCUT |
| Kelch, Inc. | F-2741 | TOOL |
| Kellenberger, A Hardinge Company | A-8032 | MCUT |
| KENDU, S.COOP. | F-2472 | TOOL |
| Kennametal Inc.-World Headquarters | F-2060 | TOOL |

<u>Exhibit 28</u>

| | | |
|---|---|---|
| Kentai Machinery Co., Ltd. | B-7537 | AMSF |
| Kent Industrial USA Inc. | B-7527 | AMSF |
| KGK International Corp. | A-8745 | MCUT |
| Kitagawa-NorthTech Inc. | F-2194 | TOOL |
| Kitamura Machinery of USA, Inc. | A-8054 | MCUT |
| KleenTec/Kleer-Flo Ind. | B-6846 | AMSF |
| KMT Waterjet Systems Inc. | B-6235 | MFLS |
| Knuth Machine Tools USA, Inc. | B-6620 | MFLS |
| Koepfer America, L.L.C. | B-6907 | GEAR |
| K. O. LEE Company | B-7511 | AMSF |
| Koma Precision Inc. | D-4032 | EDM1 |
| Koma Precision Inc. | F-2277 | TOOL |
| KOMET of America, Inc. | F-2800 | TOOL |
| Korea Technics Ltd. | F-2438 | TOOL |
| Korloy Inc. | F-2686 | TOOL |
| Kosmek USA Ltd. | F-2828 | TOOL |
| Koyo Encoder, Inc. | D-4510 | QUAL |
| Kurt Manufacturing Company | D-4713 | ENVI |
| Kurt Manufacturing Company | F-2565 | TOOL |
| Kyocera Industrial Ceramics, Corp. | F-2500 | TOOL |
| Kyocera - Micro Tools | F-2141 | TOOL |
| Kyzen Corporation | D-4738 | ENVI |
| Lach Diamond, Inc. | F-2491 | TOOL |
| LAIP, S.A. | F-2474 | TOOL |
| Lang | F-2114 | TOOL |
| Lapmaster International, LLC | B-6953 | AMSF |
| LASAG INDUSTRIAL-LASERS | B-6522 | MFLS |
| LaserLine Incorporated | B-6315 | MFLS |
| Laser Mechanisms, Inc. | B-6402 | MFLS |
| Latham Performance Products, Inc. | D-4453 | ENVI |
| Lead Screws International, Inc. | F-2244 | TOOL |
| Leadwell CNC Machine Tools | A-8260 | MCUT |
| Lee Spring | D-4054 | ENVI |
| Leistritz Corporation | B-6729 | AMSF |
| Leitech U.S., Limited | D-4408 | QUAL |
| LENOX-American Saw & Mfg. Company | B-6546 | AMSF |
| Lenzkes Clamping Tools, Inc. | F-2776 | TOOL |
| Lexair/Production Dynamics | F-2252 | TOOL |
| LFA Drill Chucks | F-2133 | TOOL |
| LiCONmt | A-8165 | MCUT |
| Liebherr Gear Technology, Inc. | B-7016 | GEAR |
| Lighthouse Systems Inc. | D-3232 | CCCR |
| The Lincoln Electric Company | B-6504 | MFLS |
| Lista International Corporation | F-2719 | TOOL |
| LMT-FETTE, Inc. | F-2419 | TOOL |
| L N S America, Inc. | A-8755 | MCUT |
| Lockwood Products, Inc. (LOC-LINE) | F-2278 | TOOL |
| Lord Corporation - NC | F-2839 | TOOL |
| Losma, Inc. | D-4647 | ENVI |
| Lovejoy Tool Company, Inc. | F-2218 | TOOL |
| LubeSite Systems Inc. | F-2222 | TOOL |
| Lube USA, Inc. | D-4472 | ENVI |

Exhibit 28

IMTS2008

| | | |
|---|---|---|
| Lubriquip, A Unit of Idex | B-6046 | MFLS |
| Luren Precision Co., Ltd. | B-6554 | AMSF |
| Lyndex - Nikken Inc. | F-2221 | TOOL |
| Lyon Workspace Products | F-2129 | TOOL |
| MachineWorks Ltd. | D-3021 | CCCR |
| Madaula, S.A. | F-2389 | TOOL |
| MAGAFOR | F-2212 | TOOL |
| MAG Industrial Automation Systems | A-8218 | MCUT |
| Mahr Federal Inc. | D-4324 | QUAL |
| Maintenance Service Corp. | A-8162 | MCUT |
| Makino Inc. | D-4101 | EDM1 |
| Makino Inc. | A-8301 | MCUT |
| Manchester Tool Co. | F-2235 | TOOL |
| MAN-Modern Applications News | D-4353 | ENVI |
| MANN+HUMMEL USA, INC. | D-4020 | EDM1 |
| Manufacturing Technology, Inc. | B-6005 | MFLS |
| Mapal Inc. | F-2070 | TOOL |
| Marposs Corporation | D-4514 | QUAL |
| Marubeni Citizen-Cincom, Inc. | A-8560 | MCUT |
| Marvel Manufacturing Company Inc. | B-6900 | AMSF |
| Mastercam/CNC Software, Inc. | D-3027 | CCCR |
| Master Graphics | D-3304 | CCCR |
| Master Lift Co. | F-2190 | TOOL |
| Master Magnetics, Inc. | F-2446 | TOOL |
| MasterTask Training | A-8040 | MCUT |
| Master Work-Holding, Inc. | F-2276 | TOOL |
| Matthews Marking Products | B-6520 | MFLS |
| Maximum Advantage - Carolinas | B-7442 | AMSF |
| Mayfran International | D-4227 | ENVI |
| Mazak Corporation | A-8101 | MCUT |
| MDSI | D-4315 | CCCR |
| MD Tooling | F-2586 | TOOL |
| Meccanica Nova Corporation | B-7345 | AMSF |
| MECCO MARKING & TRACEABILITY | B-6028 | MFLS |
| MegaFab | B-6002 | MFLS |
| Melin Tool Company | F-2161 | TOOL |
| METAPLAS IONON | F-2748 | TOOL |
| Methods Machine Tools, Inc.-MA | A-8517 | MCUT |
| Methods Machine Tools, Inc.-MA | D-4114 | EDM1 |
| Metl-Saw Systems, Inc. | B-7415 | AMSF |
| Metris USA, Inc. | D-4447 | QUAL |
| Metrol Co., Ltd. | D-4441 | QUAL |
| Meyer Gage Company | D-4528 | QUAL |
| MHC Industrial Supply Co., Inc. | D-4428 | QUAL |
| Micro Air Clean Air Systems | D-4474 | ENVI |
| Micro Centric Corporation | F-2658 | TOOL |
| Micron Research Corp. | D-4022 | EDM1 |
| Micron-USA, Inc. | B-6931 | AMSF |
| Micro 100 Tool Corporation | F-2823 | TOOL |
| Micro-Vu Corporation | D-4506 | QUAL |
| MIDACO Corporation | F-2217 | TOOL |
| Midwest Tool Inc. | B-6332 | MFLS |

<u>Exhibit 28</u>

| | | |
|---|---|---|
| Miele | D-4724 | ENVI |
| Mighty U.S.A. Inc. | A-8058 | MCUT |
| Mijno Precision Gearing | D-4072 | ENVI |
| Mikron Corporation Monroe | F-2773 | TOOL |
| Mikron Corporation Monroe | A-8274 | MCUT |
| Milltronics Manufacturing Company | A-8767 | MCUT |
| Miroku Machine Tool, Inc. | A-8387 | MCUT |
| Missler Software | D-3015 | CCCR |
| Mitee-Bite Products Inc. | F-2280 | TOOL |
| Mitsubishi EDM / MC Machinery Systems, Inc. | D-4202 | EDM1 |
| Mitsubishi Electric Automation, Inc. | D-4206 | CCCR |
| Mitsubishi Materials USA Corporation | F-2164 | TOOL |
| Mitsui High-Tec (USA), Inc. | B-7349 | AMSF |
| Mitts & Merrill L.P. | B-7212 | GEAR |
| Mitutoyo America Corporation | D-4306 | QUAL |
| MIYANOHITEC MACHINERY, INC. | A-8064 | MCUT |
| Miyano Machinery USA, Inc. | A-8717 | MCUT |
| MJC Engineering & Technology, Inc. | B-6007 | MFLS |
| M. K. Morse Company, The | B-7546 | AMSF |
| MMK Matsumoto Corp. | F-2490 | TOOL |
| Modern Industries, Inc. | F-2801 | TOOL |
| Molemab Abrasives USA, Inc. | B-7218 | AMSF |
| Monode Marking Products, Inc. | B-6021 | MFLS |
| Mori Seiki USA, Inc. | A-8400 | MCUT |
| Motoman Inc. | B-6400 | MFLS |
| mptec | F-2114 | TOOL |
| MST Corporation | F-2547 | TOOL |
| MTA International | A-8775 | MCUT |
| Mubea, Inc. | D-4751 | ENVI |
| Multicam LP | B-6250 | MFLS |
| Murata Machinery USA, Inc.-Machine Tools | A-8363 | MCUT |
| Murrplastik Systems, Inc. | D-4716 | ENVI |
| Muskegon Tool Industries, Inc. | F-2381 | TOOL |
| Mycrona of North America, Inc. | D-4429 | QUAL |
| Nachi America, Inc. | B-7021 | GEAR |
| Nagel Precision, Inc. | B-6950 | AMSF |
| NAP Tools LLC | F-2654 | TOOL |
| N B Corporation of America | D-4727 | ENVI |
| NEMI | F-2495 | TOOL |
| NestONE Solutions | D-3040 | CCCR |
| Newall Electronics | D-4237 | CCCR |
| Nexen Group Inc. | D-4674 | ENVI |
| Nikon Instruments Inc. | D-4415 | QUAL |
| Niles-Simmons Industrieanlagen GmbH | A-8462 | MCUT |
| Nilfisk-Advance America, Inc. | D-4774 | ENVI |
| Ningbo Powerway Materialise Co., Ltd. | D-4027 | EDM1 |
| Noga Engineering Ltd. | F-2416 | TOOL |
| Noren Products, Inc. | D-4762 | ENVI |
| Noritake Co., Inc. Abrasives Division | B-6827 | AMSF |
| Normac Incorporated | B-7505 | AMSF |
| North American Tool Corporation | F-2704 | TOOL |
| Northfield Precision Instrument Corp. | F-2450 | TOOL |

Exhibit 28

| | | |
|---|---|---|
| Northwestern Tools Inc. | F-2135 | TOOL |
| Northwest Laser Tracking | D-4515 | QUAL |
| NSK America Corporation | B-7313 | AMSF |
| NSK Precision America Inc. - U.S. HQ | D-4758 | ENVI |
| NTC America Corporation | A-8161 | MCUT |
| NTK Cutting Tools | F-2258 | TOOL |
| NT Tool Corporation | F-2160 | TOOL |
| NUM Corporation | D-3010 | CCCR |
| Oerlikon Balzers Coating USA Inc. | F-2350 | TOOL |
| Okamoto Machine Tool Works, Ltd. | B-6718 | AMSF |
| OKK USA Corporation | A-8150 | MCUT |
| Okuma America Corporation (OAC) | A-8200 | MCUT |
| OMAX Corporation | B-6241 | MFLS |
| OMAX Corporation | D-4042 | EDM1 |
| OmegaCube Technologies Inc. | D-3317 | CCCR |
| Omegasonics, Inc. | D-4250 | ENVI |
| Open Mind Technologies USA, Inc. | D-3062 | CCCR |
| Optical Dimensions, LLC | D-4526 | QUAL |
| Optical Gaging Products, Inc. (OGP) | D-4521 | QUAL |
| Optical Gaging Products, Inc. (OGP) | F-2175 | TOOL |
| Optimet | D-4522 | QUAL |
| Optodyne, Inc. | D-4403 | QUAL |
| O.R. Lasertechnology, Inc. | B-6025 | MFLS |
| Osai-Usa, CNC Controls | D-4229 | CCCR |
| Osborn International | B-7214 | AMSF |
| OSG Tap & Die, Inc. | F-2154 | TOOL |
| Ostling Technologies | B-6030 | MFLS |
| OVERBECK CORP. | B-7340 | AMSF |
| Pacer Industries, Inc. | B-7132 | AMSF |
| Panasonic Factory Solutions Co. | B-6144 | MFLS |
| PARAgon Laser Systems | B-6401 | MFLS |
| Parker Majestic | B-6830 | AMSF |
| Parlec, Inc. | F-2300 | TOOL |
| Parpas America Corp. | A-8261 | MCUT |
| Pascal Engineering Inc. | F-2641 | TOOL |
| Pathtrace Systems Inc. | D-3224 | CCCR |
| Patlite (USA) Corporation | D-4732 | ENVI |
| Pat Mooney, Inc. | B-6945 | AMSF |
| Patterson Fan Company | D-4746 | ENVI |
| Penton Media, Inc. | B-7054 | AMSF |
| Peter Wolters of America, Inc. | B-7040 | AMSF |
| Pferd, Inc. | B-7226 | AMSF |
| Phase II | D-4407 | QUAL |
| Phillips Corporation | A-8039 | MCUT |
| PIBOMULTI N.A., Inc. | F-2515 | TOOL |
| Plastics International | F-2365 | TOOL |
| Platit Inc. | F-2518 | TOOL |
| Poco Graphite, Inc. | D-4026 | EDM1 |
| POLYSCIENCE | D-4076 | ENVI |
| Porta North America Inc. | A-8637 | MCUT |
| Positech Corporation | F-2755 | TOOL |
| Positrol Workholding | F-2179 | TOOL |

<u>Exhibit 28</u>

| | | |
|---|---|---|
| PowerHold Incorporated | F-2881 | TOOL |
| Pratt Burnerd America/Atlas Workholding | F-2232 | TOOL |
| Precision Components | F-2101 | TOOL |
| Precitech Inc. | D-4333 | QUAL |
| Precorp, Inc. | F-2541 | TOOL |
| Proceco Ltd. | D-4760 | ENVI |
| Procunier Safety Chuck Company | F-2625 | TOOL |
| Promess, Inc. | D-4442 | QUAL |
| Pro Richyoung Industrial Co., Ltd. | B-7258 | AMSF |
| Proto-Cutter, Inc. | F-2307 | TOOL |
| Puckmaster Inc. | D-4715 | ENVI |
| Pung Kuk EDM Wire Manufacturing Co., Ltd. | D-4023 | EDM1 |
| Qingdao Maple Precision Machinery Co., Ltd. | D-4538 | QUAL |
| Quality Calibration Service, Inc. | D-4418 | QUAL |
| Quality Carbide Tool Corporation | F-2984 | TOOL |
| Quick Change Specialties | F-2339 | TOOL |
| Ramco Equipment Corp. | D-4709 | ENVI |
| RAM Optical Instrumentation (ROI) | D-4619 | QUAL |
| Cleaning Technologies Group, LLC | D-4725 | ENVI |
| Refresh Your Memory, Inc. | D-3055 | CCCR |
| Regal Cutting Tools | F-2208 | TOOL |
| Rego-Fix Tool Corporation | F-2481 | TOOL |
| Reid Supply Company | F-2327 | TOOL |
| Reishauer Corporation | B-7005 | GEAR |
| Remstar International Inc. | F-2636 | TOOL |
| Renishaw Inc. | D-4511 | QUAL |
| The Resin Exchange Inc. | D-4033 | EDM1 |
| Retention Knob Supply & Mfg. Co., Inc. | F-2105 | TOOL |
| Rigibore Inc. | F-2845 | TOOL |
| Riten Industries, Inc. | F-2264 | TOOL |
| Rittal Corporation | D-4670 | ENVI |
| RobbJack Corporation | F-2412 | TOOL |
| Robert Charles Cutting Tools | F-2159 | TOOL |
| ROBOSHINE SERVICES | B-6341 | MFLS |
| Robotic Solutions, Inc. | A-8050 | MCUT |
| Rocklin Manufacturing Co. | B-6322 | MFLS |
| Roentgen USA | B-7217 | AMSF |
| Rofin-Sinar Inc. | B-6500 | MFLS |
| Rohm Products of America | F-2753 | TOOL |
| Rollomatic Inc. | B-6805 | AMSF |
| Romi Machine Tools, Ltd. | A-8545 | MCUT |
| Rose Plastic, USA, L.P. | F-2580 | TOOL |
| Rosler Metal Finishing | B-7060 | AMSF |
| Rotary Systems Inc. | F-2349 | TOOL |
| Rotec Tools Ltd. | B-7318 | AMSF |
| Roto Finish Company, Inc. | B-7454 | AMSF |
| H B Rouse & Co. | F-2361 | TOOL |
| Rousseau Metal Incorporated | F-2633 | TOOL |
| Royal Master Grinders, Inc. | B-6628 | AMSF |
| Royal Products | F-2124 | TOOL |
| R.P. Machine Enterprises, Inc. | B-6919 | GEAR |
| R & R Sales, LLC/Rayco | D-4624 | QUAL |

Exhibit 28

IMTS2008

| | | |
|---|---|---|
| RSF Electronics | D-4446 | QUAL |
| RSS Grinders & Automation Inc. | B-7508 | AMSF |
| RSVP Tooling, Inc. | F-2123 | TOOL |
| Rush Machinery, Inc. | B-7221 | AMSF |
| Saacke North America, LLC | B-7321 | AMSF |
| SAB North America | D-4576 | ENVI |
| Safety-Kleen Systems, Inc. | D-4649 | ENVI |
| SAID Inc. | B-6562 | AMSF |
| Saint-Gobain Abrasives, Inc. | B-7033 | AMSF |
| SAINT-GOBAIN CERAMICS | D-4705 | ENVI |
| Samchully Machinery Co., Ltd. | F-2581 | TOOL |
| Samson Roll Formed Products Co. | B-6413 | MFLS |
| Sanborn Technologies | B-7522 | AMSF |
| Sandvik Coromant Co. | F-2000 | TOOL |
| SAV North America | F-2345 | TOOL |
| SB MACHINE TOOLS | A-8276 | MCUT |
| Schaeffler Group Industrial | D-4602 | ENVI |
| Schenck Balancing and Diagnostic Systems | D-4541 | QUAL |
| Hermann Schmidt Company | D-4014 | EDM1 |
| Schmidt Marking Systems | B-6626 | MFLS |
| Schmidt Technology Corp. | B-6311 | MFLS |
| Schmitt Industries Inc. | B-7518 | AMSF |
| J. Schneeberger Corporation | B-6926 | AMSF |
| Schneeberger, Inc. | D-4626 | ENVI |
| SCHUNK, Inc. | F-2020 | TOOL |
| Schutte M.S.A. L.L.C. | A-8370 | MCUT |
| Schutte TGM LLC | B-7554 | AMSF |
| Scienscope International Corp. | D-4512 | QUAL |
| Scientific Cutting Tools | F-2373 | TOOL |
| Scotchman Industries, Inc. | B-6308 | MFLS |
| Sealeze A Unit of Jason, Inc. | D-4744 | ENVI |
| Seco Tools Inc. | F-2247 | TOOL |
| Sentry Company | B-6324 | MFLS |
| Service Precision Grinding, Inc. | F-2185 | TOOL |
| Sescoi Inc. | D-3024 | CCCR |
| SETCO Precision Spindle Services | B-7202 | AMSF |
| SETCO Precision Spindle Services | D-4609 | ENVI |
| SGS Tool Company | F-2540 | TOOL |
| Shanghai JMC Metal Wire Tech Co., Ltd. | D-4039 | EDM1 |
| Shanghai Xi Hui Diamond Industrial Co., Ltd. | B-7048 | AMSF |
| Sharp Industries, Inc. | A-8588 | MCUT |
| Shars Tool Company | F-2468 | TOOL |
| Shaviv USA | F-2766 | TOOL |
| Shell Lubricants | F-2819 | TOOL |
| Shigiya (USA) Ltd. | B-6651 | AMSF |
| SHL Automation | B-7458 | AMSF |
| Shoptech Software | D-3130 | CCCR |
| SIC Marking | B-6338 | MFLS |
| Siemens | D-4208 | CCCR |
| SILVENT North America | F-2731 | TOOL |
| Simonds International | B-7233 | AMSF |
| Single Source Technologies, Inc. | F-2428 | TOOL |

Exhibit 28

| | | |
|---|---|---|
| S.L. Munson & Company | B-7121 | AMSF |
| Smalley Steel Ring Company | B-6300 | MFLS |
| SMW AUTOBLOK CORPORATION | F-2040 | TOOL |
| SNK America, Inc. | A-8432 | MCUT |
| Sodick Inc. | D-4000 | EDM1 |
| Solar Atmospheres | B-6325 | MFLS |
| SOMA | D-4577 | ENVI |
| Somta Tools | F-2738 | TOOL |
| Sony Manufacturing Systems America, Inc. | D-4620 | QUAL |
| Southwestern Industries, Inc. | A-8031 | MCUT |
| Southwick & Meister Incorporated | F-2462 | TOOL |
| SOWA Co., Ltd. | F-2313 | TOOL |
| Speedgrip Chuck, Inc. | F-2369 | TOOL |
| Speroni S.p.A. | F-2114 | TOOL |
| Sphinx | F-2114 | TOOL |
| Ssangyong Materials Corp. | F-2609 | TOOL |
| Stace-Allen Chuck, Inc. | F-2286 | TOOL |
| Stahli USA, Inc. | B-7417 | AMSF |
| Stanek Tool Corporation | F-2850 | TOOL |
| Stanley Assembly Technologies | D-4082 | ENVI |
| Stanley Vidmar | D-4134 | ENVI |
| Star CNC Machine Tool Corporation | A-8552 | MCUT |
| StarragHeckert | A-8266 | MCUT |
| The L. S. Starrett Co. | D-4641 | QUAL |
| Star SU LLC | F-2240 | TOOL |
| Star SU LLC | B-6912 | GEAR |
| Star-SU, Inc./Star Cutter Company | F-2238 | TOOL |
| Steelmaster | B-6746 | AMSF |
| Steinmeyer, Inc. | D-4754 | ENVI |
| Stellram | F-2535 | TOOL |
| Sterling Edge Inc. | F-2637 | TOOL |
| Stevens Engineering, Inc. | F-2187 | TOOL |
| S - T Industries, Inc. | D-4401 | QUAL |
| Stoelting, LLC | D-4460 | ENVI |
| Stor-Loc | F-2896 | TOOL |
| Stratasys Inc. | D-4580 | ENVI |
| Striker Systems, div. of Computer Design, Inc. | B-6342 | MFLS |
| Strong-Hold Products | F-2662 | TOOL |
| Sugino Corporation | F-2137 | TOOL |
| Sugino Corporation | A-8001 | MCUT |
| Suhner Industrial Products Corporation | F-2601 | TOOL |
| Sumitomo Electric Carbide, Inc. | F-2668 | TOOL |
| Sunnen Products Company | B-7200 | AMSF |
| Supertec Machinery Inc. | B-7437 | AMSF |
| Supfina Machine Company, Inc. | B-7463 | AMSF |
| Surfware, Inc. | D-3210 | CCCR |
| Synchro Manufacturing Systems | D-3306 | CCCR |
| System 3R USA, Inc. | D-4002 | EDM1 |
| Tacchi USA, Inc. | A-8269 | MCUT |
| TAC Precision Environments Group | D-4411 | QUAL |
| TAC Rockford | F-2840 | TOOL |
| Taiwan Asahi Diamond Industrial Co., Ltd. | B-7048 | AMSF |

<u>Exhibit 28</u>

IMTS2008

| | | |
|---|---|---|
| Takamatsu Machinery Co. LTD | A-8753 | MCUT |
| Tanis Inc. | B-7236 | AMSF |
| Tap Magic - Division of the Steco Corp. | F-2476 | TOOL |
| Tapmatic Corp. | F-2125 | TOOL |
| Tarifold Inc. | D-4707 | ENVI |
| Taurus Tool & Engineering Co., Inc. | F-2870 | TOOL |
| Taylor & Jones Ltd. | F-2470 | TOOL |
| TCI Precision Metals | F-2107 | TOOL |
| TDM Systems Inc. | D-3157 | CCCR |
| Tebis America Inc. | D-3115 | CCCR |
| Techna-Tool Inc. | D-4617 | ENVI |
| Techniks, Inc. | F-2100 | TOOL |
| TecNara Tooling Systems, Inc. | F-2725 | TOOL |
| Tecnicas de Division S.A.,  TEDISA | D-4790 | ENVI |
| Tecnomagnete Inc. | F-2743 | TOOL |
| TE-CO | F-2248 | TOOL |
| TekSoft CAD/CAM | D-3110 | CCCR |
| Tekusa | F-2114 | TOOL |
| Telesis Technologies, Inc. | B-6143 | MFLS |
| Tenryu America, Inc. | B-7506 | AMSF |
| T.F.T. Tools Inc. | D-4539 | QUAL |
| Thermal Care, Inc. | B-6624 | MFLS |
| TherMark Holdings Inc. | B-6439 | MFLS |
| THERMOCOMPACT | D-4012 | EDM1 |
| Thermo Electron NITON Analyzers | D-4431 | QUAL |
| Kaiser Tool Company, Inc. | F-2180 | TOOL |
| Third Wave Systems, Inc. | D-3214 | CCCR |
| THK America, Inc. | D-4217 | ENVI |
| Thomas Industrial Network | D-3141 | CCCR |
| ThreadMills USA, LLC | F-2379 | TOOL |
| 3D Systems | B-6540 | AMSF |
| Time Group Inc. | D-4634 | QUAL |
| TIW Technology, Inc. | D-3303 | CCCR |
| T.M. Smith Tool International Corp. | F-2833 | TOOL |
| Today's Machining World | A-8053 | MCUT |
| Today's Medical Developments | B-7237 | AMSF |
| Toellner Systems, Inc. | A-8577 | MCUT |
| Tombstone City | F-2475 | TOOL |
| Tong-Tai Seiki USA, Inc. | A-8377 | MCUT |
| Tool-Flo Manufacturing | F-2151 | TOOL |
| Tooling & Manufacturing Association | D-4201 | CCCR |
| TOOLMEX Machinery | A-8535 | MCUT |
| Tornos Technologies U.S. Corporation | A-8358 | MCUT |
| Toshiba Machine Machinery Co., LTD | A-8727 | MCUT |
| TOX/PRESSOTECHNIK LLC | B-6421 | MFLS |
| Toyoda Machinery | A-8131 | MCUT |
| Toyo Tanso Co., LTD | D-4004 | EDM1 |
| Trevisan USA, LLC | A-8002 | MCUT |
| Tripet | A-8032 | MCUT |
| TRUMPF Inc. | B-6108 | MFLS |
| TRU TECH Systems, Inc. | B-7030 | AMSF |
| Tschudin | A-8032 | MCUT |

<u>Exhibit 28</u>

| | | |
|---|---|---|
| Tsugami REM Sales | A-8701 | MCUT |
| Tsune America LLC | B-7364 | AMSF |
| T2K - Tooling 2000 | D-4704 | ENVI |
| Tungaloy America, Inc. | F-2144 | TOOL |
| Ty-Miles, Inc. | B-6917 | GEAR |
| UGS | D-3229 | CCCR |
| Ultra-Dex Tooling Systems | F-2874 | TOOL |
| Ultra-Grip International, Inc. | F-2557 | TOOL |
| Ultra Tool | F-2458 | TOOL |
| Unex Manufacturing, Inc. | D-4084 | ENVI |
| Unilock | F-2114 | TOOL |
| Unimerco Incorporated | F-2576 | TOOL |
| Unison Corporation | B-7513 | AMSF |
| Unisorb Installation Technologies | B-7541 | AMSF |
| Unist, Inc. | B-7254 | AMSF |
| United Grinding | B-6700 | AMSF |
| Universal Punch Corp. | D-4406 | QUAL |
| Universal Balancing | D-4285 | QUAL |
| Usach Technologies, Inc. | B-6634 | AMSF |
| U S Shop Tools | F-2590 | TOOL |
| US Union Tool Inc. | F-2732 | TOOL |
| Vac-U-Lok | F-2834 | TOOL |
| Vanguard Machinery International, LLC | A-8567 | MCUT |
| Vardex Threading Tools | F-2677 | TOOL |
| Vektek, Inc. | F-2115 | TOOL |
| Verisurf Software Inc. | D-3301 | CCCR |
| Vermont Gage | D-4422 | QUAL |
| Vermont Indexable Tooling | F-2165 | TOOL |
| Vero International, Inc. | D-3154 | CCCR |
| Vibro/Dynamics Corporation | B-6429 | MFLS |
| View Engineering, Inc. | D-4618 | QUAL |
| Vision Engineering Inc. | D-4417 | QUAL |
| Vision Numeric USA, Inc. | D-3240 | CCCR |
| Vlier Products | F-2311 | TOOL |
| VOGEL Lubrication Inc. | D-4658 | ENVI |
| Von Ruden Manufacturing, Inc. | F-2613 | TOOL |
| VSK Kentavar - IZ Dinamika Ltd. | F-2827 | TOOL |
| VTD Vakuumtechnik Dresden GmbH | F-2678 | TOOL |
| VX Corp. | D-3139 | CCCR |
| VX Technologies Inc. | D-4544 | QUAL |
| Waldmann Lighting Co. | D-4720 | ENVI |
| O. S. Walker Co., Inc. | F-2551 | TOOL |
| Walter USA Inc. | F-2257 | TOOL |
| Wanner Engineering Inc. | D-4770 | ENVI |
| Wasino Corp USA | A-8659 | MCUT |
| Weiler Corporation | B-7520 | AMSF |
| Weiler Werkzeugmaschinen GmbH | A-8578 | MCUT |
| Weldon Solutions | B-7410 | AMSF |
| Weldsale Company | B-6427 | MFLS |
| Werth, Inc. | D-4325 | QUAL |
| Western Gage Corporation | D-4504 | QUAL |
| W. H. Industrial Supply, Inc. | F-2442 | TOOL |

Exhibit 28

IMTS2008

| | | |
|---|---|---|
| Wiha Tools | F-2882 | TOOL |
| Wilhelm Bahmueller GmbH | B-7427 | AMSF |
| Willemin-Macodel Inc. | A-8646 | MCUT |
| Willis Machinery & Tools Co., Inc. | A-8680 | MCUT |
| Winslow Engineering Inc. | B-7228 | AMSF |
| WinWare, Inc. | F-2301 | TOOL |
| Wohlhaupter Corporation | F-2550 | TOOL |
| WTO, Inc. | F-2735 | TOOL |
| XEBEC TECHNOLOGY CO., LTD. | F-2846 | TOOL |
| Xyntek Inc. | D-3305 | CCCR |
| Yamazen Inc. | A-8247 | MCUT |
| Yasda Precision America | A-8551 | MCUT |
| Yeong Chin Machinery Industries Co., Ltd. | A-8531 | MCUT |
| Y G-1 Tool Co. | F-2705 | TOOL |
| Yuan Jiunn International Company Limited | D-4747 | ENVI |
| Yukiwa Seiko U.S.A., Inc. | F-2718 | TOOL |
| Zebra Skimmers Corp. | D-4761 | ENVI |
| Zimmermann Inc. - Corporate HQ | A-8369 | MCUT |
| ZOLLER Inc. | F-2134 | TOOL |
| Zumbach Electronics Corp. | D-4548 | QUAL |
| Zygo Corporation | D-4405 | QUAL |

<u>Exhibit 28</u>

# **<u>Exhibit 29</u>**



Exhibit 29

# **<u>Exhibit 30</u>**

http://www.imts.com/visitor/exdir/showroom/00050577.html

MIYANOHITEC MACHINERY, INC. Showroom - Barrington Hills, IL - IMTS 2008

12/2/2007 1:03 AM

1 of 1



*International Manufacturing Technology Show*

Visitors | Exhibitors | International | Media

Find an Exhibitor | Floor Plans | Why Attend | Show Info | Student Summit | Hotel and Travel | MyMap

Search:

**also...**
Email Showroom
Previous Page
Exhibitor Search

**MIYANOHITEC MACHINERY, INC.**

50 Dundee Lane
Barrington Hills IL 60010
847-382-2794
847-382-4928 (f)

www.miyanohitec.com/
email this exhibitor
add to MyMap

**Company Booth(s):**        **Booth Number**          **Pavilion**
                             A-8064 view floorplan     Metal Cutting

**Addtl Languages spoken**   Japanese
**in Booth:**

**Trade Names:**             • Tom & Steven Miyano Machinery

IMTS08
CONNECTING GLOBAL TECHNOLOGY

International Manufacturing Technology Show: September 8-13, 2008 McCormick Place Chicago, IL
Copyright © 2007 AMT–The Association For Manufacturing Technology, All Rights Reserved - Important Info

Exhibit 30