# **Exhibit 39**

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| | |
|---|---|
| ESTTA Tracking number: | **ESTTA182026** |
| Filing date: | **12/19/2007** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| Name | Mr. Thomas T Miyano | | |
|---|---|---|---|
| Entity | Individual | Citizenship | UNITED STATES |
| Address | 50 Dundee Lane<br>Barrington Hills, IL 60010-5106<br>UNITED STATES | | |

| Attorney information | Vernon W. Francissen<br>53 W. Jackson Blvd., Suite 1320<br>Chicago, IL 60604<br>UNITED STATES<br>vern@francissenpatentlaw.com Phone:312-294-9980 |
|---|---|

## Applicant Information

| Application No | 77176918 | Publication date | 11/20/2007 |
|---|---|---|---|
| Opposition Filing Date | 12/19/2007 | Opposition Period Ends | 12/20/2007 |
| Applicant | Miyano Machinery USA Inc.<br>940 N. Central Avenue<br>Wood Dale, IL 60191<br>UNITED STATES | | |

## Goods/Services Affected by Opposition

Class 037. First Use: 1970/01/01 First Use In Commerce: 1970/01/01
All goods and services in the class are opposed, namely: Repair and refurbishing services in connection with machines and machine tools, namely, turning centers, lathes, vertical machining centers and all parts therefor

## Grounds for Opposition

| Priority and likelihood of confusion | Trademark Act section 2(d) |
|---|---|
| *Torres v. Cantine Torresella S.r.l.Fraud* | 808 F.2d 46, 1 USPQ2d 1483 (Fed. Cir. 1986) |

## Mark Cited by Opposer as Basis for Opposition

| U.S. Application No. | 77351695 | Application Date | 12/13/2007 |
|---|---|---|---|
| Registration Date | NONE | Foreign Priority Date | NONE |
| Word Mark | M | | |
| Design Mark | | | |
| Description of | The mark consists of A stylized letter M with bird wings. | | |

Exhibit 39

| Mark | |
|---|---|
| Goods/Services | Class 009. First use: |
| | Machine Tools, Industry machinery instruments (exclude CNC Lathe/Automatic Lathe, Automatic Tapping Machine), Power machinery instruments, Wind & Water power machinery instruments, Office machinery instruments, other machinery instruments which are not specified above, and machine accessories and elements |

| Related Proceedings | Cancellation no. 92047422 Cancellation no. 92048482 |
|---|---|

| Attachments | 77351695#TMSN.jpeg ( 1 page )( bytes )<br>Notice_of_Opposition_M_MIYANO_w_ design.pdf ( 3 pages )(76575 bytes ) |
|---|---|

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /s/ Vernon W. Francissen /s/ |
|---|---|
| Name | Vernon W. Francissen |
| Date | 12/19/2007 |

Exhibit 39

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

U.S. Trademark Application No. 77/176,918:   M MIYANO with design

Filing date: May 9, 2007

| | | |
|---|---|---|
| THOMAS TOSHIHARU MIYANO | ) | |
| | ) | |
| Opposer, | ) | |
| | ) | |
| v. | ) | Opposition No. TBD |
| | ) | |
| MIYANO MACHINERY INC. | ) | |
| | ) | |
| Applicant, | ) | |

NOTICE OF OPPOSITION

Opposer Thomas Toshiharu Miyano, an individual located and doing business at 50 Dundee Lane, Barrington Hills, Illinois, hereby opposes registration of the mark M MIYANO with design that is the subject of U.S. Trademark Application No. 77/176,918 on the grounds that (1) the mark is confusingly similar to a mark currently in use by Opposer; and (2) use of the mark by Applicant was abandoned in 1997 and allowance of the application was, therefore, obtained by fraud on the Trademark Office. In support of the opposition, Opposer alleges as follows:

1. On information and belief, the current owner of the Trademark Application No. 77/176,918 for the mark M MIYANO with design ("the Mark") is Applicant Miyano Machinery USA Inc.

2. Opposer owns the right to use the following mark in Japan:



3. Opposer has filed Trademark Application no. 77/351,695 to register the mark shown in paragraph 2 in the United States under 15 U.S.C. §1126(e).

4. The Mark as shown in Applicant's Trademark application no. 77/176,918 includes the mark shown in paragraph 2.

5. The incorporation of Opposer's mark shown in paragraph 2 into the Mark raises a likelihood of confusion when the Mark is used by Applicant in the services described in Trademark application no. 77/176,918.

Exhibit 39

6. Accordingly, Applicant's registration of the Mark will be harmful to the Opposer.

7. On information and belief, Applicant's attorney of record George Kobayashi declared in Applicant's Trademark application no. 77/176,918 that Applicant is using the mark in commerce, that the Mark was first used at least as early as January 1, 1970 and first used in commerce at least as early as January 1, 1970.

8. Opposer Thomas Toshiharu Miyano was formerly President of Miyano Machinery Inc., predecessor to Applicant Miyano Machinery USA Inc.

9. On information and belief, Applicant Miyano Machinery USA Inc. and its predecessors abandoned all use of the Mark for any goods or services in 1997.

10. On information and belief, Applicant did not use the Mark in commerce for the services described in Applicant's Trademark application no. 77/176,918 at any time from January 1, 1970, until September of 2006 when Opposer ceased employment with Applicant.

11. Trademark Registration No. 1,217,317, which Applicant claims is a prior registration owned by Applicant in Applicant's application, is the subject of pending Cancellation No. 92047422 for abandonment and fraud.

### Count I:  Likelihood of Confusion

12. Opposer repeats and re-alleges paragraphs 1-11 as though fully set forth herein.

13. Applicant's Mark so resembles Opposer's mark as to be likely, when applied to the services set forth in Applicant's application, to cause confusion, mistake, or deception within the meaning of Section 2(d) of the Trademark Act.

### Count II:  Fraud

14. Opposer repeats and re-alleges paragraphs 1-11 as though fully set forth herein.

10. On information and belief, the Mark was not used in connection with the services set forth in Applicant's application from January 1, 1970 to September of 2006.

13. The allegations of use made on behalf of Applicant being knowingly false, the allowance of the Application was obtained through fraud on the Trademark Office.

WHEREFORE, Opposer prays that the opposition be sustained and that registration to Applicant be refused.

        Respectfully submitted,

        THOMAS TOSHIHARU MIYANO,
        Opposer


By: /s/ Vernon W. Francissen /s/
    Vernon W. Francissen, Reg. No. 41,762
    Attorney for Opposer
    FRANCISSEN PATENT LAW, P.C.
    53 W. Jackson Blvd., Suite #1320
    Chicago, Illinois 60604
    (312)294-9980 telephone
    (312)275-8772 facsimile
    Customer No.: 54384

Robert M. Karton
Attorney for Opposer
Robert M. Karton, Ltd.
77 W. Washington St., Suite 900
Chicago, Illinois 60602-2804
(312)214-0900 telephone
(815)301-9114 facsimile


Date: December 19, 2007

# **Exhibit 40**

ACCOUNTING COPY

1

**MIYANO MACHINERY INC.**
**940 N. CENTRAL AVE.**

**WOOD DALE**           IL   60191
Ph 630-766-4141            Fax 630-860-7266

REMIT TO

MIYANO MACHINERY INC.
940 N. CENTRAL AVENUE
WOOD DALE, IL 60191

# INVOICE

F.E.I.N. 36-2819863

| Bill To | Ship To |
|---|---|
| 441314 | 483130 |
| TRW AUTOMOTIVE* | TRW - SSEG LSD STERLING PLANT |
| P.O. BOX 94885 | 34201 VAN DYKE |
| CLEVELAND    OH   44101-4885 | STERLING HTS.    MI   48312 |
|  | ATTN: STORE SUPPLY |

| Location | Order Date | Ship Date | Invoice Date | Terms | Ship Via |
|---|---|---|---|---|---|
| 1 | 02/19/2003 | 06/26/2003 | 06/26/2003 | NET 30 | DK TRANS-COLLECT |

| Reference | Invoice Number | Type | Ordered By | Dealer PO | Customer PO | Order Num |
|---|---|---|---|---|---|---|
|  | 67564 | INVOICE |  |  | A1701116620 | 41613 |

| Product | Description | Quantity | Price | Gross | Discount | Net |
|---|---|---|---|---|---|---|
| MACHINE REPAIR | IN HOUSE REPAIR  REBUILD OF BNC-34T, S/N BN3275TU. | 1 | ■ | ■ | 0.00 | ■ |
| FREIGHT | SHIPPING DK TRANSPORTATION(BRIGADOON) | 1 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice total ■

**Notes**

Signed By: _[signature]_

Service Charge: Invoice amount must be received by Miyano ON OR BEFORE 07/26/2003
or a service charge of 1.5% will be charged per month and your account
will be placed on CREDIT HOLD.

Doc#: ADA-F1611-SctReprort3                                 Rev#: 1 / 25 Jul 2002



ISO 9002
Certificate Number 35819



AMT
The Association For Manufacturing Technology
100 Years of Building Global Productivity

Exhibit 40

# **Exhibit 41**

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77111956**
**Filing Date: 02/20/2007**

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77111956 |
| **MARK INFORMATION** | |
| *MARK | MIYANO |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | MIYANO |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Miyano Machinery USA, Inc. |
| *STREET | 940 North Central Avenue |
| *CITY | Wood Dale |
| *STATE (Required for U.S. applicants) | Illinois |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 60191 |
| PHONE | 312-245-7500 |
| FAX | 312-245-7467 |
| EMAIL ADDRESS | gkobayashi@masudafunai.com |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Illinois |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 007 |
| DESCRIPTION | Machines and machine tools, namely, turning centers, lathes, vertical machining centers and all parts therefor. |
| FILING BASIS | SECTION 1(a) |

**Exhibit 41**

| | |
|---|---|
| FIRST USE ANYWHERE DATE | At least as early as 01/09/1975 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/09/1975 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\119 \77111956\xml1\APP0003.JPG |
| SPECIMEN DESCRIPTION | Mark as displayed on goods. |
| **ADDITIONAL STATEMENTS SECTION** | |
| PRIOR REGISTRATION(S) | The applicant claims ownership of U.S. Registration Number(s) 1473925, 1527809, and 1217317. |
| **ATTORNEY INFORMATION** | |
| NAME | George H. Kobayashi |
| ATTORNEY DOCKET NUMBER | 2260-2005 |
| FIRM NAME | Masuda, Funai, Eifert & Mitchell, Ltd. |
| STREET | 203 N. LaSalle Street |
| INTERNAL ADDRESS | Suite 2500 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60601 |
| PHONE | 312-245-7500 |
| FAX | 312-245-7467 |
| EMAIL ADDRESS | gkobayashi@masudafunai.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Nancy E. Sasamoto |
| **CORRESPONDENCE INFORMATION** | |
| NAME | George H. Kobayashi |
| FIRM NAME | Masuda, Funai, Eifert & Mitchell, Ltd. |
| STREET | 203 N. LaSalle Street |
| INTERNAL ADDRESS | Suite 2500 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60601 |
| PHONE | 312-245-7500 |

<u>Exhibit 41</u>

| | |
|---|---|
| FAX | 312-245-7467 |
| EMAIL ADDRESS | gkobayashi@masudafunai.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /George H. Kobayashi/ |
| SIGNATORY'S NAME | George H. Kobayashi |
| SIGNATORY'S POSITION | Attorney at Law |
| DATE SIGNED | 02/20/2007 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Tue Feb 20 20:33:30 EST 2007 |
| TEAS STAMP | USPTO/BAS-206.165.85.15-2 0070220203330459346-77111 956-360cf6e75394149f992ed 47dad13f5a684-CC-1003-200 70220202855467427 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 77111956**
**Filing Date: 02/20/2007**

**To the Commissioner for Trademarks:**

**MARK:** MIYANO (Standard Characters, see mark)
The literal element of the mark consists of MIYANO. The mark consists of standard characters, without claim to any particular font, style, size, or color.
The applicant, Miyano Machinery USA, Inc., a corporation of Illinois, having an address of 940 North Central Avenue, Wood Dale, Illinois, United States, 60191, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.
  International Class 007:  Machines and machine tools, namely, turning centers, lathes, vertical machining centers and all parts therefor.
Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.
In International Class 007, the mark was first used at least as early as 01/09/1975, and first used in commerce at least as early as 01/09/1975, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Mark as displayed on goods..
Specimen File1

<u>Exhibit 41</u>

The applicant claims ownership of U.S. Registration Number(s) 1473925, 1527809, and 1217317.
The applicant hereby appoints George H. Kobayashi and Nancy E. Sasamoto of Masuda, Funai, Eifert & Mitchell, Ltd., Suite 2500, 203 N. LaSalle Street, Chicago, Illinois, United States, 60601 to submit this application on behalf of the applicant. The attorney docket/reference number is 2260-2005.

| | |
|---|---|
| Correspondence Information: | George H. Kobayashi |
| | Suite 2500 |
| | 203 N. LaSalle Street |
| | Chicago, Illinois 60601 |
| | 312-245-7500(phone) |
| | 312-245-7467(fax) |
| | gkobayashi@masudafunai.com (authorized) |

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /George H. Kobayashi/   Date Signed: 02/20/2007
Signatory's Name: George H. Kobayashi
Signatory's Position: Attorney at Law
RAM Sale Number: 1003
RAM Accounting Date: 02/21/2007
Serial Number: 77111956
Internet Transmission Date: Tue Feb 20 20:33:30 EST 2007
TEAS Stamp: USPTO/BAS-206.165.85.15-2007022020333045
9346-77111956-360cf6e75394149f992ed47dad
13f5a684-CC-1003-20070220202855467427

<u>Exhibit 41</u>

# MIYANO

Exhibit 41



Exhibit 41