UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Miyano Machinery USA Inc., ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 08 C 526 |
| v. ) | |
| ) | Hon. Virginia Kendall |
| MiyanoHitec Machinery, Inc., ) | |
| Thomas ("Tom") Miyano, a/k/a ) | Magistrate Judge Nolan |
| Toshiharu Miyano and ) | |
| Steven Miyano, a/k/a Shigemori ) | |
| Miyano, ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendants ) | |

# EXHIBIT LIST

Exhibit 1.  U.S. Trademark Registration Certificate for "MIYANO," Registration No. 3,328,718

Exhibit 2.  U.S. Trademark Registration Certificate for stylized "MIYANO," Registration No. 1,527,809

Exhibit 3.  U.S. Trademark Registration Certificate for "M MIYANO," Registration No. 1,217,317

Exhibit 4.  U.S. Service Mark Application for "M MIYANO," Application Serial No. 77/176,918

Exhibit 5.  U.S. Trademark Registration Certificate for "MIYANO THE WORLD LEADER IN PRECISION," Registration No. 1,473,925

Exhibit 6.  An Article entitled "Auto Industry Supplier M&S Manufacturing Company Closing," from the *Asia Pulse*

Exhibit 7.  A Printout from eBay.com

Exhibit 8.  An Advertisement and Offer for Sale by R.T. Machinery Sales, Inc.

| | |
|---|---|
| Exhibit 9. | Pictures of an Invoice, Check, Envelope, Binders and Shirt, Which Display the Triangle Winged M Mark |
| Exhibit 10. | An Article from *U.S. News and World Report* |
| Exhibit 11. | A Third-Party Advertisement in *Today's Machining World* |
| Exhibit 12. | An Advertisement for Machine Tools by Miyano USA in *Today's Machining World* |
| Exhibit 13. | A Printout of Miyano USA's Website at www.miyano-usa.com |
| Exhibit 14. | A Printout of a website entitled "IMTS Fact Sheet" |
| Exhibit 15. | A Picture of a White Folder Displaying the Triangle Winged M Mark |
| Exhibit 16. | Miyano USA's Brochure for the 1986 IMTS |
| Exhibit 17. | Defendants' Flyer, entitled "The company background of MIYANOHITEC MACHINERY, INC." |
| Exhibit 18. | An Article entitled, "A Home with a Concert Hall Miyanohitec Machinery, Tom Miyano," from *The Chicago Shimpo:* (*Chicago Japanese American News*) |
| Exhibit 19. | Corporate Documents Filed by Defendants With the Illinois Secretary of State |
| Exhibit 20. | A Printout of Defendants' Website, Printed on March 30, 2007 |
| Exhibit 21. | A Cease-and-desist Letter from Miyano USA, Dated March 30, 2007 |
| Exhibit 22. | Screen Captures of Defendants' Website |
| Exhibit 23. | A Screen Capture of Defendants' Website |
| Exhibit 24. | A Screen Capture of Defendants' Website |
| Exhibit 25. | A Printout of Defendants' Website, Printed on January 30, 2008 |
| Exhibit 26. | A Printout of Defendants' Website, Printed on January 30, 2008 |
| Exhibit 27. | Screen Capture of Defendants' Website |
| Exhibit 28. | Exhibitor Listing for IMTS 2008 (the listings for plaintiff and defendants appear on page 12) |
| Exhibit 29. | Floor Map for IMTS 2008 |
| Exhibit 30. | A Printout of Defendants' Exhibitor Page for IMTS 2008 |
| Exhibit 31. | Petition for Cancellation of the Triangle Winged M Trademark |
| Exhibit 32. | Motion to Dismiss the Petition for Cancellation of the Triangle Winged M Mark |

| | |
|---|---|
| Exhibit 33. | Motion of Petitioners for Leave to File, *Instanter*, Amended Petition for Cancellation |
| Exhibit 34. | Petition for Cancellation of the MIYANO trademark |
| Exhibit 35. | U.S. Trademark Registration Certificate for "MIYANO," Registration No. 1,529,343 |
| Exhibit 36. | Application for Registration of the Stylized MIYANO Trademark, Letter to the Commissioner of Patents (Dated August 8, 1988), Combined Declaration under Sections 8 and 15, and Attachments Thereof |
| Exhibit 37. | Application for Registration of the MIYANO THE WORLD LEADER IN PRECISION Trademark and Combined Declaration under Sections 8 and 15, and Attachments Thereof |
| Exhibit 38. | Application for Registration of the MIYANO Trademark, Letter to the Commissioner of Patents (Dated August 8, 1988), and Attachments Thereof |
| Exhibit 39. | Notice of Opposition of the Triangle Winged M Service Mark |
| Exhibit 40. | Invoice for Services, Which Displays the Triangle Winged M Mark |
| Exhibit 41. | Application for Registration of the MIYANO Trademark, Application No. 77/111,956 |