1

2                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
3                          EASTERN DIVISION

4

5  MIYANO MACHINERY USA INC.,          Case No. 1:08-cv-00526

6     Plaintiff,                        Chicago, Illinois
                                        February 7, 2008
7           v.                          Motion Hearing

8  MIYANOHITEC MACHINERY, INC.,
   et al.,
9
      Defendants.
10 ------------------------------

11                 TRANSCRIPT OF MOTION HEARING
            BEFORE THE HONORABLE VIRGINIA M. KENDALL
12               UNITED STATES DISTRICT JUDGE

13
   APPEARANCES:
14

15 For the Plaintiff:    Cook Alex McFarron Manzo Cummings
                         Mehler, Ltd.
16                       By:  Edward D. Manzo,
                              Jason R. Smalley,
17                            Joel H. Bock, and
                              Louis J. Alex
18                       200 W. Adams St., Ste. 2850
                         Chicago, IL 60606
19                       (312) 236-8500

20

21

22

23

24

25

1

2    <u>APPEARANCES (Cont'd.)</u>:

3

4    For the Defendants:        Robert M. Karton, Ltd.
                                By:   Robert M. Karton
5                               77 W. Washington St., Ste. 900
                                Chicago, IL 60602
6                               (312) 214-0900

                                        - and -
7

8                               Francissen Patent Law, P.C.
                                By:   Vernon W. Francissen
9                               53 W. Jackson Blvd., Ste. 1320
                                Chicago, IL 60604
10                              (312) 294-9980

11

12   Court Reporter:            April M. Metzler, RPR, CRR
                                219 South Dearborn St., Rm. 2318-A
13                              Chicago, IL 60604
                                (312) 408-5154
14                              April_Metzler@ilnd.uscourts.gov

15

16

17

18

19

20

21

22

23

24

25   Proceedings recorded by mechanical stenography; transcript
     produced by notereading.

09:37:07  1          (Commenced at 9:37 a.m.)

09:37:07  2          THE CLERK:   08-526, Miyano versus MiyanoHitec.

09:37:23  3          MR. MANZO:   Good morning, Judge Kendall.   My name is

09:37:25  4  Edward Manzo, M-a-n-z-o, for the plaintiff.

09:37:28  5          THE COURT:   Good morning.

09:37:29  6          MR. MANZO:   I believe this is my first appearance

09:37:30  7  before your Honor.

09:37:31  8          THE COURT:   Well, good morning, Mr. Manzo.   Nice to

09:37:32  9  meet you.

09:37:33  10         MR. MANZO:   The pleasure is mine, your Honor.

09:37:34  11         I have my colleagues with me who have appeared in

09:37:39  12  this case.

09:37:39  13         MR. BOCK:   Joel Bock.

09:37:40  14         THE COURT:   Good morning, Mr. Bock.

09:37:41  15         MR. BOCK:   Good morning.

09:37:42  16         MR. ALEX:   Louis Alex.

09:37:43  17         THE COURT:   Good morning, Mr. Alex.

09:37:45  18         MR. SMALLEY:   Jason Smalley.

09:37:46  19         THE COURT:   Good morning, Mr. Smalley.

09:37:48  20         MR. KARTON:   Good morning, your Honor.   My name is

09:37:50  21  Robert M. Karton, K-a-r-t-o-n.   I filed my appearance for all

09:37:54  22  the defendants.

09:37:55  23         THE COURT:   For all three?

09:37:56  24         MR. KARTON:   For all three defendants.

09:37:57  25         THE COURT:   What was your first name?

09:37:58  1        MR. KARTON:  Robert.

09:37:59  2        THE COURT:  Robert.  Good morning.

09:38:00  3        MR. KARTON:  Good morning.

09:38:02  4        MR. FRANCISSEN:  Your Honor, I apologize.  I haven't

09:38:04  5   filed an appearance yet, but I will be.  And my name is Vernon

09:38:08  6   Francissen, V-e-r-n-o-n, last name F-r-a-n-c-i-s-s-e-n.

09:38:14  7        THE COURT:  Okay.  Good morning, gentlemen.

09:38:17  8        Well, I have a Lanham Act infringement case, an

09:38:20  9   Illinois Uniform Deceptive Trade Practices case, and a

09:38:24  10  preliminary injunction filed.

09:38:27  11       So let me ask plaintiffs, first, where we stand on

09:38:31  12  everything that has come into my office.

09:38:34  13       MR. MANZO:  Well, there are two motions pending this

09:38:36  14  morning.  One is permission to file an enlarged brief; the

09:38:39  15  other is the preliminary injunction motion.

09:38:41  16       The complaint has been served.  We have not yet

09:38:45  17  received an answer.  The initial status report, I believe, is

09:38:48  18  scheduled for late March, but I think we might consider moving

09:38:52  19  it up.

09:38:52  20       THE COURT:  Right.  That's a standard order that I

09:38:54  21  send out on any newly filed case.  But, of course, in a

09:38:57  22  situation where someone's moving for preliminary injunction

09:39:00  23  alleging actions that need to be -- allegedly need to be

09:39:05  24  prevented immediately, that's -- a different schedule will be

09:39:07  25  entered.  So if you want to fill me in in more detail?

09:39:12   1          Of course, I've read your complaint.  In a nutshell,
09:39:14   2   though, I always like to hear from the plaintiff's attorneys
09:39:16   3   regarding what they believe their case will show.
09:39:18   4          MR. MANZO:  Certainly, your Honor.
09:39:20   5          This case goes back originally in Japan when a
09:39:24   6   business was started under the name Miyano.  It is a family
09:39:28   7   surname.  And eventually the founder died, and I believe the
09:39:34   8   son or grandson -- I'm not sure which -- who is one of the
09:39:38   9   defendants named Tom Miyano -- took over running the company
09:39:41  10   in Japan, and in 1975 opened up the U.S. subsidiary here in a
09:39:50  11   suburb of Chicago called Miyano Machinery USA.
09:39:53  12          He was the president and chairman of that company and
09:39:57  13   held various titles, and he was also in control of the
09:40:00  14   Japanese company.
09:40:04  15          At some point the company became overextended -- oh,
09:40:08  16   during this time, he signed trademark applications for the
09:40:13  17   registration of the trademark Miyano and various variations of
09:40:18  18   that.  For example, a stylized version of the name Miyano, and
09:40:23  19   what we called winged M trademark, which is the M -- or the
09:40:27  20   flying M with wings going off in opposite directions in a
09:40:30  21   triangle.
09:40:34  22          Eventually, the company became overextended and
09:40:37  23   applied for relief to a Japanese agency, which did grant
09:40:41  24   relief.  But as a condition of the relief it required Tom
09:40:45  25   Miyano to depart from the company, to surrender his shares,

09:40:49  1    et cetera.  He had to leave the Japanese company, and he had

09:40:52  2    to leave the U.S. company as well.

09:40:56  3         Before he did that, he filed some trademark

09:40:58  4    applications in his own name in Japan, and he told the U.S.

09:41:02  5    subsidiary to start abandoning trademarks and not pay

09:41:06  6    maintenance fees on patents, but we did not abandon those

09:41:11  7    trademarks.

09:41:12  8         And before he actually left, I believe -- and I'm not

09:41:17  9    sure of the exact date when he did this -- but his son named

09:41:22  10   Steven Miyano, the other individual defendant, who probably

09:41:26  11   was living at the same residence address in Barrington with

09:41:29  12   the father, created or bought a company that was named Hitec

09:41:37  13   Machinery.

09:41:37  14        Either before or just after Tom Miyano left the

09:41:43  15   plaintiff, the name of the defendant corporation was changed

09:41:46  16   from Hitec Machinery to MiyanoHitec Machinery.

09:41:51  17        Now --

09:41:53  18        THE COURT:  And when was that?

09:41:54  19        MR. MANZO:  That was December 2005, as I recollect,

09:41:54  20   your Honor.

09:41:58  21        THE COURT:  Okay.

09:41:58  22        MR. MANZO:  Now, they have not yet produced a

09:42:01  23   product, to the best of my knowledge.  They are preparing

09:42:04  24   products, I believe, in India.  They have a website.  My

09:42:09  25   client is known as Miyano throughout the world.  The company

09:42:15  1    name is Miyano Machinery.

09:42:16  2         The defendants decided they should use the name

09:42:19  3    Miyano Machinery, but we'll put the name Hitec in between

09:42:22  4    those two words.   Then they adopted the winged M mark that's

09:42:26  5    part of -- or a prominent part of our registered mark.

09:42:29  6         They have a website where they have the winged M, the

09:42:32  7    flying M, all over their website.   They are advertising.   And

09:42:36  8    now what we've learned is that they are going to the very

09:42:40  9    important trade show that occurs every two years, the IMTS

09:42:43  10   show that's coming up this September.   My client goes to all

09:42:47  11   the trade shows.   We're there as Miyano.

09:42:50  12        He is going there as MiyanoHitec.   He's producing the

09:42:54  13   same goods, seeking the same customers, same channels of

09:42:59  14   trade, the same building, the same floor, and the same name.

09:43:03  15   I don't know how much more of an ironclad case we could have.

09:43:06  16        THE COURT:   Okay.   Something tells me that you might

09:43:09  17   have a defense?  Unless you're going to say, We're going to

09:43:12  18   have a settlement conference today.

09:43:14  19        MR. KARTON:   We already had the settlement

09:43:16  20   conference.

09:43:16  21        THE COURT:   Oh, you already did.   Good for you.

09:43:16  22        MR. KARTON:   And we're still here.

09:43:18  23        THE COURT:   Okay.   Tell me, Mr. Karton, what is the

09:43:21  24   defense?

09:43:22  25        MR. KARTON:   Well, first of all, in order, cutting to

09:43:31  1   the chase, as far as the ownership of the marks is concerned,

09:43:34  2   the flying M mark was owned by an individual in Japan not by

09:43:42  3   the corporation.  And the individual -- the mark is now owned

09:43:48  4   by Tom Miyano individually in Japan.  It was never owned by

09:43:54  5   the corporation.  All of the expenses for the maintenance of

09:44:01  6   the mark were personally paid not corporately paid.

09:44:05  7        As far as the marks -- there were some other marks

09:44:11  8   that the corporation used in Japan.  But in the '80s, the

09:44:17  9   directors of the corporation took action deliberately to cease

09:44:22  10  using some of the marks, and they were allowed to continue to

09:44:27  11  use the flying M mark, not as an ownership, but allowed it to

09:44:33  12  do because in the '80s the company was still owned by Miyano.

09:44:39  13       I don't want to confuse the surname Miyano with the

09:44:42  14  corporate name Miyano, so let's call the corporation MMJ,

09:44:46  15  Miyano Machinery Japan.

09:44:47  16       THE COURT:  Okay.  So when you said that it was still

09:44:48  17  owned by, you meant the person.

09:44:50  18       MR. KARTON:  That's correct; that's correct.

09:44:50  19       THE COURT:  Understood.  For some reason that's what

09:44:52  20  I thought.

09:44:55  21       MR. KARTON:  The -- as far as the American company,

09:44:59  22  Miyano Machinery USA, let's call that MMU.

09:45:03  23       THE COURT:  Okay.

09:45:04  24       MR. KARTON:  As far as MMU is concerned, since MMU

09:45:06  25  was a wholly-owned subsidiary, MMJ gave directions to MMU to

09:45:12  1   develop a new mark, which they did.  And they developed a

09:45:18  2   stylized Miyano, the word Miyano, in script rather than block

09:45:24  3   letters.

09:45:26  4          THE COURT:  Is that the one that's on page 2 of your

09:45:31  5   preliminary injunction motion?  This one (indicating)?

09:45:36  6          MR. KARTON:  Yes.

09:45:37  7          THE COURT:  Okay.

09:45:37  8          MR. KARTON:  And Miyano, both Miyano Japan, MMJ, and

09:45:44  9   MMU began to use that stylized name, the design.  The triangle

09:45:56  10  that you saw pictures of, the triangle with the winged M --

09:46:00  11         THE COURT:  Page 3 of the preliminary injunction,

09:46:02  12  this one?

09:46:02  13         MR. KARTON:  Right.

09:46:04  14         They say it was adopted in '05 in the United States,

09:46:13  15  that was after Tom Miyano left the company.  It had been not

09:46:19  16  used prior to that time.  As I said, Tom Miyano owns that mark

09:46:25  17  in Japan.  It was never used commercially prior to that time.

09:46:33  18         We feel that Miyano, MMU, is attempting to usurp a

09:46:41  19  mark that is owned personally by Tom Miyano, or, in the

09:46:49  20  alternative, is attempting to establish a right to use a mark

09:46:55  21  that it had years before abandoned.

09:47:02  22         There is the additional factor that, while

09:47:05  23  MiyanoHitec Machinery is certainly a corporation, on the

09:47:11  24  website now and in the advertising now, they are displaying

09:47:18  25  the trade name Tom and Steven Miyano, not affiliated in any

09:47:24   1   way with Miyano Machinery, Inc. in the United States or Miyano
09:47:29   2   Machinery in Japan.   They are using their personal surname to
09:47:34   3   do business.
09:47:35   4              THE COURT:   But is it called MiyanoHitec Machinery?
09:47:38   5              MR. KARTON:   The company is called MiyanoHitec
09:47:42   6   Machinery.   But the advertising for it and the advertising at
09:47:46   7   the trade show on their booth will be Tom and Steven Miyano --
09:47:51   8              THE COURT:   Okay.
09:47:51   9              MR. KARTON:   -- two different -- and there will be
09:47:53  10   the disclaimer to differentiate it from MMU.   That's -- that's
09:48:03  11   basically the difference here.
09:48:05  12              THE COURT:   Okay.
09:48:07  13              MR. KARTON:   As far as the motions are concerned,
09:48:09  14   there are two, as Mr. Manzo mentioned, the one for leave to
09:48:15  15   amend.   We, of course, have no objection to that.   And had I
09:48:21  16   known beforehand, I would have told him that we have no
09:48:23  17   objection to that.
09:48:24  18              THE COURT:   Okay.
09:48:25  19              MR. KARTON:   We would, of course, like an opportunity
09:48:27  20   to respond to the amended motion.   The -- because there is
09:48:37  21   information that is going to be coming from Japan, it's
09:48:41  22   necessary from Japan, and because we don't control the
09:48:45  23   corporation MMU, and we somehow don't think that they are
09:48:51  24   going to be as cooperative as they might be, given that
09:48:55  25   they're the opponents in a lawsuit, and because of the

09:49:00  1  language differential, it may take us a little more time to
09:49:03  2  gather up the data we need to present to your Honor, even in
09:49:07  3  affidavit form, especially since you're going to need
09:49:11  4  certified translations.  So --
09:49:13  5       THE COURT:  I don't speak Japanese.
09:49:15  6       MR. KARTON:  I don't either.  I have trouble with
09:49:18  7  English.
09:49:20  8       In any case, normally I wouldn't ask for five weeks,
09:49:23  9  but I am this time --
09:49:24  10       THE COURT:  Okay.
09:49:26  11       MR. KARTON:  -- to respond.
09:49:27  12       THE COURT:  All right.  A short reply?
09:49:30  13       MR. MANZO:  Yes, your Honor.  The winged M trademark
09:49:34  14  is registered -- it's a federally registered mark --
09:49:36  15       THE COURT:  The triangular one?
09:49:38  16       MR. MANZO:  The triangle with the M in -- it is
09:49:41  17  actually registered to Miyano USA back in 1982.
09:49:45  18       THE COURT:  Okay.
09:49:46  19       MR. MANZO:  His marks were used continuously.  There
09:49:49  20  was never an intent to abandon them.
09:49:51  21       The use of a trade name and a disclaimer is just not
09:49:56  22  going to do the trick, your Honor.  The disclaimer honestly is
09:49:58  23  in microprint.  And when people search for Miyano, they're
09:50:01  24  going to find their company, and we're the ones who
09:50:03  25  established the reputation.

09:50:05    1          THE COURT:   Okay.

09:50:05    2          MR. MANZO:   There was a disclaimer case and that was
09:50:07    3    involving the Berghoff restaurant down there.

09:50:10    4          THE COURT:   Right.

09:50:11    5          MR. MANZO:   But that involved a family member who
09:50:14    6    went out 40 miles west to open up a French bistro.

09:50:19    7          THE COURT:   I remember reading about it in the paper,
09:50:21    8    but I don't recall reading the case, so I don't know the law
09:50:24    9    that came out of it.

09:50:25   10          MR. MANZO:   In that case they allowed a disclaimer to
09:50:29   11    be in equal size.   But, again, that was not geographically the
09:50:33   12    same area and not seeking the same customers.   The present
09:50:38   13    case is same goods, same customers, same channels of trade,
09:50:42   14    same name, dead ringer.

09:50:44   15          THE COURT:   Okay.   You sought to file an excess paged
09:50:47   16    brief as well.   How many pages, sir, did you want?

09:50:50   17          MR. MANZO:   It was attached.   I believe it's
09:50:52   18    approximately 30.

09:50:53   19          THE COURT:   Okay.   All right.   Here's what I'll do.
09:50:56   20    I'll grant the motion to amend.   I'll grant the motion to file
09:50:58   21    the excess brief.

09:50:59   22          You, sir, also can file up to the same number of
09:51:02   23    pages in response as he has filed, and I will give you five
09:51:05   24    weeks to respond to the preliminary injunction.   Fortunately
09:51:08   25    you brought the case with enough time that we can get to the

09:51:12  1   issues, so that we can hopefully resolve this long before your

09:51:15  2   trade show, which is usually the problem is that we're right

09:51:19  3   on the verge and then we need to move faster.

09:51:22  4        My question is whether or not we need to have some

09:51:25  5   expedited discovery on the issues.   Are we satisfied that we

09:51:29  6   can get what we need in order to resolve the case?

09:51:33  7        MR. KARTON:   Given the conversations that we've had

09:51:36  8   up to now, I anticipate that at least counsel will cooperate

09:51:42  9   with one another --

09:51:43  10        THE COURT:   Okay.

09:51:43  11        MR. KARTON:   -- towards discovery.

09:51:45  12        MR. MANZO:  We're still --

09:51:46  13        MR. KARTON:   Whether we can get the clients to do it

09:51:49  14   or not --

09:51:49  15        THE COURT:   Right.

09:51:50  16        MR. KARTON:   -- is something else, but at least

09:51:51  17   counsel will be able to talk to each other.

09:51:53  18        MR. MANZO:   Mr. Karton and I have a good working

09:51:55  19   relationship, your Honor.  It would be helpful if we could set

09:51:57  20   a date certain for answering the complaint.

09:51:59  21        THE COURT:   We will do so.

09:52:00  22        But let me get back to the schedule on the

09:52:02  23   preliminary injunction.  So you're going to have five weeks to

09:52:04  24   respond.

09:52:06  25        MR. KARTON:   Yes.

09:52:06   1    THE COURT:  You will have two weeks to reply, and
09:52:09   2  that'll give us the fully briefed preliminary injunction
09:52:12   3  motion.
09:52:12   4    You need to respond to the amended complaint
09:52:18   5  within 21 days of today, which I think should give you enough
09:52:22   6  time -- what's the problem?
09:52:23   7    MR. MANZO:  There is no motion to amend, your Honor.
09:52:26   8  I'm sorry.
09:52:26   9    THE COURT:  Oh, was it an amended preliminary
09:52:28   10  injunction motion.
09:52:28   11    MR. MANZO:  No, there's no amendment.
09:52:30   12    MR. KARTON:  It's just the notice.
09:52:31   13    MR. MANZO:  There was an amended notice of motion
09:52:33   14  because it was set for yesterday and it moved to today.
09:52:36   15    THE COURT:  Oh, I misunderstood what you were saying
09:52:39   16  with the nonobjection.
09:52:40   17    MR. KARTON:  I apologize.  I was not clear.  I'm not
09:52:41   18  objecting to our being here today rather than yesterday.
09:52:44   19    THE COURT:  Okay.  21 --
09:52:45   20    MR. KARTON:  I apologize for the confusion.
09:52:47   21    THE COURT:  21 days to answer the complaint, and five
09:52:52   22  weeks to answer the preliminary injunction.
09:52:55   23    Then -- what does that bring me to, Mr. Wood?
09:52:58   24    THE CLERK:  Response to preliminary injunction
09:52:59   25  motions due March 12, reply thereto is due March 27.

09:53:04    1          THE COURT:   March 22nd?

09:53:06    2          THE CLERK:   27th.

09:53:07    3          THE COURT:   27.   Okay.

09:53:08    4          MR. KARTON:   The answer is due March 22nd?

09:53:10    5          THE CLERK:   Answer to the complaint is due

09:53:12    6  February 28th, in 21 days.

09:53:16    7          MR. KARTON:   And -- I'm sorry.   What did you set

09:53:19    8  for --

09:53:19    9          THE CLERK:   21 days from now, which is February 28.

09:53:22   10          MR. KARTON:   And then what's on March 22nd?

09:53:24   11          THE CLERK:   The reply to the responsive -- to the

09:53:28   12  response to the motion for preliminary injunction.

09:53:30   13          MR. KARTON:   Okay.   One question that I do have, your

09:53:34   14  Honor, and that is -- and I didn't ask counsel this before --

09:53:40   15  the plaintiff in this case is MMU.   But it's -- we know that

09:53:45   16  it's a wholly-owned subsidiary of MMU, the Japanese company.

09:53:51   17  And we would like to know whether or not counsel will produce

09:53:57   18  documents that we request of MMU rather than our having to try

09:54:02   19  to serve MMU in Japan and so forth.

09:54:06   20          THE COURT:   Okay.   Are you going to have that

09:54:08   21  ability?

09:54:09   22          MR. MANZO:   I have to speak with the client, and they

09:54:12   23  will have to ask their Japanese parent about that --

09:54:15   24          THE COURT:   Okay.

09:54:15   25          MR. MANZO:   -- because they are honestly outside the

09:54:17  1  jurisdiction of the Court --

09:54:18  2          THE COURT:  Right.

09:54:19  3          MR. MANZO:  -- and they're not a party.

09:54:20  4          MR. KARTON:  Well --

09:54:21  5          THE COURT:  So what I think you need to do is talk

09:54:23  6  with each other and make a determination.  If there's going to

09:54:26  7  be an issue regarding those discovery requests, you'll need to

09:54:28  8  come back to me and I will address it, but --

09:54:31  9          MR. KARTON:  Especially since ownership of some of

09:54:33  10  these things in Japan is an issue.  I mean, it's been raised

09:54:39  11  in the complaint.  And so if we're talking about ownership of

09:54:43  12  these things by the Japanese parent of the American company,

09:54:47  13  but yet we can't get documents from the Japanese parent --

09:54:51  14          THE COURT:  Right.

09:54:53  15          MR. KARTON:  -- we're stymied or at least --

09:54:56  16          THE COURT:  Well, there's the Hague Convention that

09:54:58  17  will enable you to get it --

09:54:59  18          MR. KARTON:  Right.

09:54:59  19          THE COURT:  -- but let's first make the discussions

09:55:03  20  between lawyers to make a determination as to what your

09:55:07  21  company's position is.

09:55:08  22          MR. KARTON:  I'm sure we'll talk later today.

09:55:10  23          MR. MANZO:  We certainly will agree, your Honor.  And

09:55:13  24  we're not going to do anything to stifle this case, because we

09:55:16  25  need relief quickly.

09:55:17  1         Our position would be, though, the U.S. company, MMU,

09:55:19  2  is the registered owner.

09:55:20  3         THE COURT:   Okay.

09:55:21  4         MR. MANZO:   And who owns the mark in Japan is

09:55:23  5  interesting history, but we own the rights in the United

09:55:27  6  States.

09:55:27  7         Mr. Miyano, the individual defendant, is no longer

09:55:31  8  part of our company, and he shouldn't be permitted to compete

09:55:34  9  with us under --

09:55:35  10         THE COURT:   Okay.   It's not before me today, and

09:55:36  11  people are still waiting in the wings for this 9:00 o'clock

09:55:40  12  call --

09:55:40  13         MR. KARTON:   Okay.

09:55:40  14         THE COURT:   -- so if you do have an issue regarding

09:55:42  15  it, then you can come back to me with --

09:55:44  16         MR. KARTON:   I would also point out there are

09:55:48  17  objections and cancellation proceedings in the Patent and

09:55:50  18  Trademark Office for these purported ownerships.

09:55:53  19         THE COURT:   Okay.

09:55:53  20         MR. KARTON:   Thank you very much, your Honor.

09:55:55  21         THE COURT:   One more.   I will give you a preliminary

09:56:00  22  injunction date that we will work towards, and that will be on

09:56:03  23  May 9th at 10:00 a.m. in the morning.

09:56:06  24         MR. MANZO:   Thank you, your Honor.

09:56:07  25         THE COURT:   Okay.   Thank you.

09:56:08  1        MR. MANZO:  Would your Honor want to advance the date

09:56:11  2   for the initial status report?

09:56:13  3        THE COURT:  Oh, since you're all started here with

09:56:15  4   the -- I think I can just strike the initial status for all of

09:56:21  5   you, since this sufficed to serve me for that purpose.

09:56:25  6        I would like to get the five-page report for purposes

09:56:28  7   of my files, which includes settlement discussions, what the

09:56:33  8   key issues are.  And you don't need to appear again on it, but

09:56:37  9   you do need to file it.  And if you can file that within seven

09:56:40 10   days of today, I'd appreciate it.

09:56:43 11        MR. MANZO:  So your Honor is striking the actual --

09:56:44 12        THE COURT:  Striking the actual status, but I'm

09:56:46 13   requiring you to file the report --

09:56:48 14        MR. MANZO:  Very good.

09:56:48 15        THE COURT:  -- so you need to sit down and just

09:56:50 16   answer those questions that I require of all cases.  Okay?

09:56:53 17   Thank you very much.

09:56:54 18        MR. KARTON:  And report in five days.  Thank you for

09:56:56 19   your time, your Honor.

09:56:57 20        THE COURT:  Thank you.

         21        (Concluded at 9:56 a.m.)

         22                          - - -

         23

         24

         25

1
2
3              C E R T I F I C A T E
4
5    I certify that the foregoing is a correct transcript from
6    the record of proceedings in the above-entitled matter.
7
8    _____          _____
9    April M. Metzler, RPR, CRR               Date
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| **'** | **6** | anticipate [1] - 13:8 |

**'05** [1] - 9:14
**'80s** [2] - 8:8, 8:12

**0**

**08-526** [1] - 3:2

**1**

**10:00** [1] - 17:23
**12** [1] - 14:25
**1320** [1] - 2:8
**1975** [1] - 5:10
**1982** [1] - 11:17
**1:08-cv-00526** [1] - 1:5

**2**

**2** [1] - 9:4
**200** [1] - 1:18
**2005** [1] - 6:19
**2008** [1] - 1:6
**21** [5] - 14:5, 14:19, 14:21, 15:6, 15:9
**214-0900** [1] - 2:5
**219** [1] - 2:12
**22nd** [3] - 15:1, 15:4, 15:10
**2318-A** [1] - 2:12
**236-8500** [1] - 1:19
**27** [2] - 14:25, 15:3
**27th** [1] - 15:2
**28** [1] - 15:9
**2850** [1] - 1:18
**28th** [1] - 15:6
**294-9980** [1] - 2:9

**3**

**3** [1] - 9:11
**30** [1] - 12:18
**312** [4] - 1:19, 2:5, 2:9, 2:13

**4**

**40** [1] - 12:6
**408-5154** [1] - 2:13

**5**

**53** [1] - 2:8

**60602** [1] - 2:5
**60604** [2] - 2:9, 2:12
**60606** [1] - 1:18

**7**

**7** [1] - 1:6
**77** [1] - 2:4

**9**

**900** [1] - 2:4
**9:00** [1] - 17:11
**9:37** [1] - 3:1
**9:56** [1] - 18:21
**9th** [1] - 17:23

**A**

**a.m** [3] - 3:1, 17:23, 18:21
**abandon** [2] - 6:6, 11:20
**abandoned** [1] - 9:21
**abandoning** [1] - 6:5
**ability** [1] - 15:21
**able** [1] - 13:17
**above-entitled** [1] - 19:6
**Act** [1] - 4:8
**action** [1] - 8:9
**actions** [1] - 4:23
**actual** [2] - 18:11, 18:12
**Adams** [1] - 2:11
**additional** [1] - 9:22
**address** [2] - 6:11, 16:8
**adopted** [2] - 7:4, 9:14
**advance** [1] - 18:1
**advertising** [4] - 7:7, 9:24, 10:6
**affidavit** [1] - 11:3
**affiliated** [1] - 9:25
**agency** [1] - 5:23
**agree** [1] - 16:23
**al** [1] - 1:8
**ALEX** [1] - 3:16
**Alex** [4] - 1:15, 1:17, 3:16, 3:17
**allegedly** [1] - 4:23
**alleging** [1] - 4:23
**allowed** [3] - 8:10, 8:11, 12:10
**alternative** [1] - 9:20
**amend** [3] - 10:15, 12:20, 14:7
**amended** [4] - 10:20, 14:4, 14:9, 14:13
**amendment** [1] - 14:11
**American** [2] - 8:21, 16:12
**answer** [5] - 4:17, 14:21, 14:22, 15:4, 18:16
**Answer** [1] - 15:5
**answering** [1] - 13:20

**apologize** [3] - 4:4, 14:17, 14:20
**appear** [1] - 18:8
**appearance** [3] - 3:6, 3:21, 4:5
**APPEARANCES** [2] - 1:13, 2:2
**appeared** [1] - 3:11
**applications** [2] - 5:16, 6:4
**applied** [1] - 5:23
**appreciate** [1] - 18:10
**April** [2] - 2:11, 19:9
**April_Metzler@ilnd.uscourts.gov** [1] - 2:13
**area** [1] - 12:12
**attached** [1] - 12:17
**attempting** [2] - 9:18, 9:20
**attorneys** [1] - 5:2

**B**

**Barrington** [1] - 6:11
**became** [2] - 5:15, 5:22
**BEFORE** [1] - 1:11
**beforehand** [1] - 10:16
**began** [1] - 9:9
**Berghoff** [1] - 12:3
**best** [1] - 6:23
**between** [2] - 7:3, 16:20
**bistro** [1] - 12:6
**block** [1] - 9:2
**Blvd** [1] - 2:8
**Bock** [3] - 1:17, 3:13, 3:14
**BOCK** [2] - 3:13, 3:15
**booth** [1] - 10:7
**bought** [1] - 6:12
**brief** [3] - 4:14, 12:16, 12:21
**briefed** [1] - 14:2
**bring** [1] - 14:23
**brought** [1] - 12:25
**building** [1] - 7:14
**business** [2] - 5:6, 10:3

**C**

**cancellation** [1] - 17:17
**Case** [1] - 1:5
**case** [16] - 3:12, 4:8, 4:9, 4:21, 5:3, 5:5, 7:15, 11:8, 12:2, 12:8, 12:10, 12:13, 12:25, 13:6, 15:15, 16:24
**cases** [1] - 18:16
**cease** [1] - 8:9
**certain** [1] - 13:20
**certainly** [2] - 9:23, 16:23
**Certainly** [1] - 5:4
**certified** [1] - 11:4
**certify** [1] - 19:5
**cetera** [1] - 6:1
**chairman** [1] - 5:12
**changed** [1] - 6:15

**channels** [2] - 7:13, 12:13
**chase** [1] - 8:1
**Chicago** [6] - 1:6, 1:18, 2:5, 2:9, 2:12, 5:11
**clear** [1] - 14:17
**CLERK** [6] - 3:2, 14:24, 15:2, 15:5, 15:9, 15:11
**client** [3] - 6:25, 7:10, 15:22
**clients** [1] - 13:13
**colleagues** [1] - 3:11
**coming** [2] - 7:10, 10:21
**Commenced** [1] - 3:1
**commercially** [1] - 9:17
**company** [19] - 5:9, 5:12, 5:14, 5:15, 5:22, 5:25, 6:1, 6:2, 6:12, 6:25, 8:12, 8:21, 9:15, 10:5, 11:24, 15:16, 16:12, 17:1, 17:8
**company's** [1] - 16:21
**compete** [1] - 17:8
**complaint** [7] - 4:16, 5:1, 13:20, 14:4, 14:21, 15:5, 16:11
**concerned** [3] - 8:1, 8:24, 10:13
**Concluded** [1] - 18:21
**condition** [1] - 5:24
**conference** [2] - 7:18, 7:20
**confuse** [1] - 8:13
**confusion** [1] - 14:20
**consider** [1] - 4:18
**Cont'd** [1] - 2:2
**continue** [1] - 8:10
**continuously** [1] - 11:19
**control** [2] - 5:13, 10:22
**Convention** [1] - 16:16
**conversations** [1] - 13:7
**Cook** [1] - 1:15
**cooperate** [1] - 13:8
**cooperative** [1] - 10:24
**corporate** [1] - 8:14
**corporately** [1] - 8:6
**corporation** [8] - 6:15, 8:3, 8:5, 8:8, 8:9, 8:14, 9:23, 10:23
**correct** [3] - 8:18, 19:5
**counsel** [4] - 13:8, 13:17, 15:14, 15:17
**course** [4] - 4:21, 5:1, 10:15, 10:19
**COURT** [63] - 1:2, 3:5, 3:8, 3:14, 3:17, 3:19, 3:23, 3:25, 4:2, 4:7, 4:20, 6:18, 6:21, 7:16, 7:21, 7:23, 8:16, 8:19, 8:23, 9:4, 9:7, 9:11, 10:4, 10:8, 10:12, 10:18, 11:5, 11:10, 11:12, 11:15, 11:18, 12:1, 12:4, 12:7, 12:15, 12:19, 13:10, 13:15, 13:21, 14:1, 14:9, 14:15, 14:19, 14:21, 15:1, 15:3, 15:20, 15:24, 16:2, 16:5, 16:14, 16:16, 16:19, 17:3, 17:10, 17:14, 17:19, 17:21, 17:25, 18:3, 18:12, 18:15, 18:20
**Court** [2] - 2:11, 16:1
**created** [1] - 6:12
**CRR** [2] - 2:11, 19:9
**Cummings** [1] - 1:15

**customers** [3] - 7:13, 12:12, 12:13
**cutting** [1] - 7:25

**D**

**data** [1] - 11:2
**Date** [1] - 19:9
**date** [4] - 6:9, 13:20, 17:22, 18:1
**days** [6] - 14:5, 14:21, 15:6, 15:9, 18:10, 18:18
**dead** [1] - 12:14
**Dearborn** [1] - 2:12
**December** [1] - 6:19
**Deceptive** [1] - 4:9
**decided** [1] - 7:2
**defendant** [3] - 6:10, 6:15, 17:7
**Defendants** [2] - 1:9, 2:3
**defendants** [4] - 3:22, 3:24, 5:9, 7:2
**defense** [2] - 7:17, 7:24
**deliberately** [1] - 8:9
**depart** [1] - 5:25
**design** [1] - 9:9
**detail** [1] - 4:25
**determination** [2] - 16:6, 16:20
**develop** [1] - 9:1
**developed** [1] - 9:1
**died** [1] - 5:7
**difference** [1] - 10:11
**different** [2] - 4:24, 10:9
**differential** [1] - 11:1
**differentiate** [1] - 10:10
**directions** [2] - 5:20, 8:25
**directors** [1] - 8:9
**disclaimer** [5] - 10:10, 11:21, 11:22, 12:2, 12:10
**discovery** [3] - 13:5, 13:11, 16:7
**discussions** [2] - 16:19, 18:7
**displaying** [1] - 9:24
**DISTRICT** [3] - 1:2, 1:2, 1:12
**DIVISION** [1] - 1:3
**documents** [2] - 15:18, 16:13
**down** [2] - 12:3, 18:15
**due** [4] - 14:25, 15:4, 15:5
**during** [1] - 5:16

**E**

**EASTERN** [1] - 1:3
**Edward** [2] - 1:16, 3:4
**Either** [1] - 6:14
**either** [1] - 11:6
**enable** [1] - 16:17
**English** [1] - 11:7
**enlarged** [1] - 4:14
**entered** [1] - 4:25
**entitled** [1] - 19:6
**equal** [1] - 12:11
**Especially** [1] - 16:9

**especially** [1] - 11:3
**establish** [1] - 9:20
**established** [1] - 11:25
**et** [2] - 1:8, 6:1
**eventually** [1] - 5:7
**Eventually** [1] - 5:22
**exact** [1] - 6:9
**example** [1] - 5:18
**excess** [2] - 12:15, 12:21
**expedited** [1] - 13:5
**expenses** [1] - 8:5

**F**

**F-r-a-n-c-i-s-s-e-n** [1] - 4:6
**factor** [1] - 9:22
**family** [2] - 5:6, 12:5
**far** [5] - 8:1, 8:7, 8:21, 8:24, 10:13
**faster** [1] - 13:3
**father** [1] - 6:12
**February** [3] - 1:6, 15:6, 15:9
**federally** [1] - 11:14
**fees** [1] - 6:6
**file** [7] - 4:14, 12:15, 12:20, 12:22, 18:9, 18:13
**filed** [6] - 3:21, 4:5, 4:10, 4:21, 6:3, 12:23
**files** [1] - 18:7
**fill** [1] - 4:25
**first** [5] - 3:6, 3:25, 4:11, 7:25, 16:19
**five** [6] - 11:8, 12:23, 13:23, 14:21, 18:6, 18:18
**five-page** [1] - 18:6
**floor** [1] - 7:14
**flying** [4] - 5:20, 7:7, 8:2, 8:11
**foregoing** [1] - 19:5
**form** [1] - 11:3
**forth** [1] - 15:19
**Fortunately** [1] - 12:24
**founder** [1] - 5:7
**FRANCISSEN** [1] - 4:4
**Francissen** [2] - 2:7, 2:8, 4:6
**French** [1] - 12:6
**fully** [1] - 14:2

**G**

**gather** [1] - 11:2
**gentlemen** [1] - 4:7
**geographically** [1] - 12:11
**given** [1] - 10:24
**Given** [1] - 13:7
**goods** [2] - 7:13, 12:13
**grandson** [1] - 5:8
**grant** [3] - 5:23, 12:20

## H

**Hague** [1] - 16:16
**hear** [1] - 5:2
**Hearing** [1] - 1:7
**HEARING** [1] - 1:11
**held** [1] - 5:13
**helpful** [1] - 13:19
**history** [1] - 17:5
**Hitec** [3] - 6:12, 6:16, 7:3
**honestly** [2] - 11:22, 15:25
**Honor** [18] - 3:7, 3:10, 3:20, 4:4, 5:4, 6:20, 11:2, 11:13, 11:22, 13:19, 14:7, 15:14, 16:23, 17:20, 17:24, 18:1, 18:11, 18:19
**HONORABLE** [1] - 1:11
**hopefully** [1] - 13:1

## I

**IL** [4] - 1:18, 2:5, 2:9, 2:12
**ILLINOIS** [1] - 1:2
**Illinois** [2] - 1:6, 4:9
**immediately** [1] - 4:24
**important** [1] - 7:9
**IMTS** [1] - 7:9
**Inc** [1] - 10:1
**INC** [2] - 1:5, 1:8
**includes** [1] - 18:7
**India** [1] - 6:24
**indicating** [1] - 9:5
**individual** [4] - 6:10, 8:2, 8:3, 17:7
**individually** [1] - 8:4
**information** [1] - 10:21
**infringement** [1] - 4:8
**initial** [3] - 4:17, 18:2, 18:4
**injunction** [13] - 4:10, 4:15, 4:22, 9:5, 9:11, 12:24, 13:23, 14:2, 14:10, 14:22, 14:24, 15:12, 17:22
**intent** [1] - 11:20
**interesting** [1] - 17:5
**involved** [1] - 12:5
**involving** [1] - 12:3
**ironclad** [1] - 7:15
**issue** [3] - 16:7, 16:10, 17:14
**issues** [3] - 13:1, 13:5, 18:8

## J

**Jackson** [1] - 2:8
**Japan** [15] - 5:5, 5:10, 6:4, 8:2, 8:4, 8:8, 8:15, 9:8, 9:17, 10:2, 10:21, 10:22, 15:19, 16:10, 17:4
**Japanese** [8] - 5:14, 5:23, 6:1, 11:5, 15:16, 15:23, 16:12, 16:13
**Jason** [2] - 1:16, 3:18
**Joel** [2] - 1:17, 3:13

## K

**Judge** [1] - 3:3
**JUDGE** [1] - 1:12
**jurisdiction** [1] - 16:1

**K-a-r-t-o-n** [1] - 3:21
**Karton** [5] - 2:3, 2:4, 3:21, 7:23, 13:18
**KARTON** [40] - 3:20, 3:24, 4:1, 4:3, 7:19, 7:22, 7:25, 8:18, 8:21, 8:24, 9:6, 9:8, 9:13, 10:5, 10:9, 10:13, 10:19, 11:6, 11:11, 13:7, 13:11, 13:13, 13:16, 13:25, 14:12, 14:17, 14:20, 15:4, 15:7, 15:10, 15:13, 16:4, 16:9, 16:15, 16:18, 16:22, 17:13, 17:16, 17:20, 18:18
**KENDALL** [1] - 1:11
**Kendall** [1] - 3:3
**key** [1] - 18:8
**knowledge** [1] - 6:23
**known** [2] - 6:25, 10:16

## L

**language** [1] - 11:1
**Lanham** [1] - 4:8
**last** [1] - 4:6
**late** [1] - 4:18
**Law** [1] - 2:7
**law** [1] - 12:8
**lawsuit** [1] - 10:25
**lawyers** [1] - 16:20
**learned** [1] - 7:8
**least** [3] - 13:8, 13:16, 16:15
**leave** [3] - 6:1, 6:2, 10:14
**left** [3] - 6:8, 6:14, 9:15
**letters** [1] - 9:3
**living** [1] - 6:11
**Louis** [2] - 1:17, 3:16
**Ltd** [2] - 1:15, 2:3

## M

**Machinery** [13] - 5:11, 6:13, 6:16, 7:1, 7:3, 8:15, 8:22, 9:23, 10:1, 10:2, 10:4, 10:6
**MACHINERY** [2] - 1:5, 1:8
**maintenance** [2] - 6:6, 8:5
**MANZO** [29] - 3:3, 3:4, 3:6, 3:10, 4:13, 5:4, 6:19, 6:22, 11:13, 11:16, 11:19, 12:2, 12:5, 12:10, 12:17, 13:12, 13:18, 14:7, 14:11, 14:13, 15:22, 15:25, 16:3, 16:23, 17:4, 17:24, 18:1, 18:11, 18:14
**Manzo** [5] - 1:15, 1:16, 3:4, 3:8, 10:14
**March** [6] - 4:18, 14:25, 15:1, 15:4, 15:10
**mark** [12] - 7:4, 7:5, 8:2, 8:3, 8:6, 8:11, 9:1, 9:16, 9:19, 9:20, 11:14, 17:4
**marks** [5] - 8:1, 8:7, 8:10, 11:19

## N

**matter** [1] - 19:6
**McFarron** [1] - 1:15
**mean** [1] - 16:10
**meant** [1] - 8:17
**mechanical** [1] - 2:25
**meet** [1] - 3:9
**Mehler** [1] - 1:15
**member** [1] - 12:5
**mentioned** [1] - 10:14
**Metzler** [2] - 2:11, 19:9
**microprint** [1] - 11:23
**might** [4] - 4:18, 7:16, 10:24
**miles** [1] - 12:6
**mine** [1] - 3:10
**misunderstood** [1] - 14:15
**Miyano** [34] - 3:2, 5:6, 5:9, 5:11, 5:17, 5:18, 5:25, 6:10, 6:14, 6:25, 7:1, 7:3, 7:11, 8:4, 8:12, 8:13, 8:14, 8:15, 8:22, 9:2, 9:8, 9:15, 9:16, 9:18, 9:19, 9:25, 10:1, 10:7, 11:17, 11:23, 17:7
**MIYANO** [1] - 1:5
**MiyanoHitec** [6] - 3:2, 6:16, 7:12, 9:23, 10:4, 10:5
**MIYANOHITEC** [1] - 1:8
**MMJ** [7] - 8:14, 8:25, 9:8, 10:23, 15:16, 15:18, 15:19
**MMU** [9] - 8:22, 8:24, 8:25, 9:9, 9:18, 10:10, 15:15, 17:1
**morning** [1] - 3:3, 3:5, 3:8, 3:14, 3:15, 3:17, 3:19, 3:20, 4:2, 4:3, 4:7, 4:14, 17:23
**motion** [10] - 4:15, 9:5, 10:20, 12:20, 14:3, 14:7, 14:10, 14:13, 15:12
**Motion** [1] - 1:7
**MOTION** [1] - 1:11
**motions** [4] - 4:13, 10:13, 14:25
**move** [1] - 13:3
**moved** [1] - 14:14
**moving** [2] - 4:18, 4:22
**MR** [73] - 3:3, 3:6, 3:10, 3:13, 3:15, 3:16, 3:18, 3:20, 3:24, 4:1, 4:3, 4:4, 4:13, 5:4, 6:19, 6:22, 7:19, 7:22, 7:25, 8:18, 8:21, 8:24, 9:6, 9:8, 9:13, 10:5, 10:9, 10:13, 10:19, 11:6, 11:11, 11:13, 11:16, 11:19, 12:2, 12:5, 12:10, 12:17, 13:7, 13:11, 13:12, 13:13, 13:16, 13:18, 13:25, 14:7, 14:11, 14:12, 14:13, 14:17, 14:20, 15:4, 15:7, 15:10, 15:13, 15:22, 15:25, 16:3, 16:4, 16:9, 16:15, 16:18, 16:22, 16:23, 17:4, 17:13, 17:16, 17:20, 17:24, 18:1, 18:11, 18:14, 18:18

## N

**name** [18] - 3:3, 3:20, 3:25, 4:5, 4:6, 5:6, 5:18, 6:4, 6:15, 7:1, 7:2, 7:3, 7:14, 8:14, 9:9, 9:25, 11:21, 12:14
**named** [3] - 5:9, 6:9, 6:12
**necessary** [1] - 10:22

**need** [14] - 4:23, 11:2, 11:3, 13:3, 13:4, 13:6, 14:4, 16:5, 16:7, 16:25, 18:8, 18:9, 18:15
**never** [3] - 8:4, 9:17, 11:20
**new** [1] - 9:1
**newly** [1] - 4:21
**Nice** [1] - 3:8
**nonobjection** [1] - 14:16
**normally** [1] - 11:8
**NORTHERN** [1] - 1:2
**notereading** [1] - 2:25
**notice** [2] - 14:12, 14:13
**number** [1] - 12:22
**nutshell** [1] - 5:1

**O**

**o'clock** [1] - 17:11
**objecting** [1] - 14:18
**objection** [2] - 10:15, 10:17
**objections** [1] - 17:17
**occurs** [1] - 7:9
**OF** [2] - 1:2, 1:11
**office** [1] - 4:12
**Office** [1] - 17:18
**one** [7] - 5:8, 9:4, 9:5, 9:12, 10:14, 11:15, 13:9
**One** [3] - 4:14, 15:13, 17:21
**ones** [1] - 11:24
**open** [1] - 12:6
**opened** [1] - 5:10
**opponents** [1] - 10:25
**opportunity** [1] - 10:19
**opposite** [1] - 5:20
**order** [3] - 4:20, 7:25, 13:6
**originally** [1] - 5:5
**outside** [1] - 15:25
**overextended** [2] - 5:15, 5:22
**own** [2] - 6:4, 17:5
**owned** [8] - 8:2, 8:3, 8:4, 8:12, 8:17, 8:25, 9:19, 15:16
**owner** [1] - 17:2
**ownership** [4] - 8:1, 8:11, 16:9, 16:11
**ownerships** [1] - 17:18
**owns** [2] - 9:16, 17:4

**P**

**P.C** [1] - 2:7
**page** [2] - 9:4, 18:6
**Page** [1] - 9:11
**paged** [1] - 12:15
**pages** [2] - 12:16, 12:23
**paid** [1] - 8:6
**paper** [1] - 12:7
**parent** [3] - 15:23, 16:12, 16:13
**part** [3] - 7:5, 17:8
**party** [1] - 16:3

**Patent** [2] - 2:7, 17:17
**patents** [1] - 6:6
**pay** [1] - 6:5
**pending** [1] - 4:13
**people** [2] - 11:23, 17:11
**permission** [1] - 4:14
**permitted** [1] - 17:8
**person** [1] - 8:17
**personal** [1] - 10:2
**personally** [2] - 8:6, 9:19
**pictures** [1] - 9:10
**Plaintiff** [2] - 1:6, 1:15
**plaintiff** [3] - 3:4, 6:15, 15:15
**plaintiff's** [1] - 5:2
**plaintiffs** [1] - 4:11
**pleasure** [1] - 3:10
**point** [2] - 5:15, 17:16
**position** [2] - 16:21, 17:1
**Practices** [1] - 4:9
**preliminary** [13] - 4:10, 4:15, 4:22, 9:5, 9:11, 12:24, 13:23, 14:2, 14:9, 14:22, 14:24, 15:12, 17:21
**preparing** [1] - 6:23
**present** [2] - 11:2, 12:12
**president** [1] - 5:12
**prevented** [1] - 4:24
**problem** [2] - 13:2, 14:6
**Proceedings** [1] - 2:25
**proceedings** [2] - 17:17, 19:6
**produce** [1] - 15:17
**produced** [2] - 2:25, 6:22
**producing** [1] - 7:12
**product** [1] - 6:23
**products** [1] - 6:24
**prominent** [1] - 7:5
**purported** [1] - 17:18
**purpose** [1] - 18:5
**purposes** [1] - 18:6
**put** [1] - 7:3

**Q**

**questions** [1] - 18:16
**quickly** [1] - 16:25

**R**

**raised** [1] - 16:10
**rather** [3] - 9:2, 14:18, 15:18
**read** [1] - 5:1
**reading** [2] - 12:7, 12:8
**reason** [1] - 8:19
**received** [1] - 4:17
**recollect** [1] - 6:19
**record** [1] - 19:6
**recorded** [1] - 2:25
**regarding** [3] - 5:3, 16:7, 17:14
**registered** [5] - 7:5, 11:14, 11:17, 17:2

**registration** [1] - 5:17
**relationship** [1] - 13:19
**relief** [4] - 5:23, 5:24, 16:25
**remember** [1] - 12:7
**reply** [4] - 11:12, 14:1, 14:25, 15:11
**report** [5] - 4:17, 18:2, 18:6, 18:13, 18:18
**Reporter** [1] - 2:11
**reputation** [1] - 11:25
**request** [1] - 15:18
**requests** [1] - 16:7
**require** [1] - 18:16
**required** [1] - 5:24
**requiring** [1] - 18:13
**residence** [1] - 6:11
**resolve** [2] - 13:6, 13:6
**respond** [5] - 10:20, 10:11, 12:24, 13:24, 14:4
**response** [2] - 12:23, 15:12
**Response** [1] - 14:24
**responsive** [1] - 15:11
**restaurant** [1] - 12:3
**rights** [1] - 17:5
**ringer** [1] - 12:14
**Rm** [1] - 2:12
**Robert** [5] - 2:3, 2:4, 3:21, 4:1, 4:2
**RPR** [2] - 2:11, 19:9
**running** [1] - 5:9

**S**

**satisfied** [1] - 13:5
**saw** [1] - 9:10
**schedule** [2] - 4:24, 13:22
**scheduled** [1] - 4:18
**script** [1] - 9:2
**search** [1] - 11:23
**seeking** [2] - 7:13, 12:12
**send** [1] - 4:21
**September** [1] - 7:10
**serve** [2] - 15:19, 18:5
**served** [1] - 4:16
**set** [3] - 13:19, 14:14, 15:7
**settlement** [3] - 7:18, 7:19, 18:7
**seven** [1] - 18:9
**shares** [1] - 5:25
**short** [1] - 11:12
**show** [5] - 5:3, 7:9, 7:10, 10:7, 13:2
**shows** [1] - 7:11
**signed** [1] - 5:16
**sit** [1] - 18:15
**situation** [1] - 4:22
**size** [1] - 12:11
**SMALLEY** [1] - 3:18
**Smalley** [3] - 1:16, 3:18, 3:19
**son** [2] - 5:8, 6:9
**sorry** [2] - 14:8, 15:7
**sought** [1] - 12:15

**South** [1] - 2:12
**St** [3] - 1:18, 2:4, 2:12
**stand** [1] - 4:11
**standard** [1] - 4:20
**start** [1] - 6:5
**started** [2] - 5:6, 18:3
**STATES** [2] - 1:2, 1:12
**States** [3] - 9:14, 10:1, 17:6
**status** [4] - 4:17, 18:2, 18:4, 18:12
**Ste** [3] - 1:18, 2:4, 2:8
**stenography** [1] - 2:25
**Steven** [3] - 6:10, 9:25, 10:7
**stifle** [1] - 16:24
**still** [5] - 7:22, 8:12, 8:16, 13:12, 17:11
**strike** [1] - 18:4
**striking** [1] - 18:11
**Striking** [1] - 18:12
**stylized** [3] - 5:18, 9:2, 9:9
**stymied** [1] - 16:15
**subsidiary** [4] - 5:10, 6:5, 8:25, 15:16
**suburb** [1] - 5:11
**sufficed** [1] - 18:5
**surname** [3] - 5:7, 8:13, 10:2
**surrender** [1] - 5:25

## T

**that'll** [1] - 14:2
**THE** [69] - 1:11, 3:2, 3:5, 3:8, 3:14, 3:17, 3:19, 3:23, 3:25, 4:2, 4:7, 4:20, 6:18, 6:21, 7:16, 7:21, 7:23, 8:16, 8:19, 8:23, 9:4, 9:7, 9:11, 10:4, 10:8, 10:12, 10:18, 11:5, 11:10, 11:12, 11:15, 11:18, 12:1, 12:4, 12:7, 12:15, 12:19, 13:10, 13:15, 13:21, 14:1, 14:9, 14:15, 14:19, 14:21, 14:24, 15:1, 15:2, 15:3, 15:5, 15:9, 15:11, 15:20, 15:24, 16:2, 16:5, 16:14, 16:16, 16:19, 17:3, 17:10, 17:14, 17:19, 17:21, 17:25, 18:3, 18:12, 18:15, 18:20
**thereto** [1] - 14:25
**three** [2] - 3:23, 3:24
**throughout** [1] - 6:25
**titles** [1] - 5:13
**today** [7] - 7:18, 14:5, 14:14, 14:18, 16:22, 17:10, 18:10
**Tom** [9] - 5:9, 5:24, 6:14, 8:4, 9:15, 9:16, 9:19, 9:25, 10:7
**took** [2] - 5:9, 8:9
**towards** [2] - 13:11, 17:22
**Trade** [1] - 4:9
**trade** [8] - 7:9, 7:11, 7:14, 9:25, 10:7, 11:21, 12:13, 13:2
**Trademark** [1] - 17:18
**trademark** [5] - 5:16, 5:17, 5:19, 6:3, 11:13
**trademarks** [2] - 6:5, 6:7
**transcript** [2] - 2:25, 19:5
**TRANSCRIPT** [1] - 1:11

**translations** [1] - 11:4
**triangle** [4] - 5:21, 9:9, 9:10, 11:16
**triangular** [1] - 11:15
**trick** [1] - 11:22
**trouble** [1] - 11:6
**try** [1] - 15:18
**two** [6] - 4:13, 7:4, 7:9, 10:9, 10:14, 14:1

## U

**U.S** [4] - 5:10, 6:2, 6:4, 17:1
**under** [2] - 5:6, 17:9
**Understood** [1] - 8:19
**Uniform** [1] - 4:9
**United** [3] - 9:14, 10:1, 17:5
**UNITED** [2] - 1:2, 1:12
**Unless** [1] - 7:17
**up** [7] - 4:19, 5:10, 7:10, 11:2, 12:6, 12:22, 13:8
**USA** [4] - 1:5, 5:11, 8:22, 11:17
**usurp** [1] - 9:18

## V

**variations** [1] - 5:17
**various** [2] - 5:13, 5:17
**verge** [1] - 13:3
**Vernon** [2] - 2:8, 4:5
**VERNON** [1] - 4:6
**version** [1] - 5:18
**versus** [1] - 3:2
**VIRGINIA** [1] - 1:11

## W

**waiting** [1] - 17:11
**Washington** [1] - 2:4
**website** [4] - 6:24, 7:6, 7:7, 9:24
**weeks** [5] - 11:8, 12:24, 13:23, 14:1, 14:22
**west** [1] - 12:6
**wholly** [2] - 8:25, 15:16
**wholly-owned** [2] - 8:25, 15:16
**winged** [5] - 5:19, 7:4, 7:6, 9:10, 11:13
**wings** [2] - 5:20, 17:11
**Wood** [1] - 14:23
**word** [1] - 9:2
**words** [1] - 7:4
**world** [1] - 6:25

## Y

**years** [2] - 7:9, 9:21
**yesterday** [2] - 14:14, 14:18