ROUGH DRAFT OF HENRY MARCHIONNE MARCH 3, 2008

12          So at the time that Tom Miyano was
13   having his relationship with Miyano USA ended,
14   did Miyano USA attempt to restrict Tom Miyano's
15   ability to use his family name in connection with
16   any business?
17      A.   No.
18      Q.   So at the time that Tom Miyano was
19   leaving Miyano USA -- and Miyano Machinery Inc.,
20   the Japanese corporation -- there were no
21   restrictions placed on him regarding use of his
22   family name, is that correct?
23          MR. MANZO:  Objection.
24      A.   No, I couldn't answer that.  I can't

                            42

1   answer that.  I don't know.
2   BY MR. BAKER:
3      Q.   Could you answer it if we only asked
4   about Miyano USA?
5      A.   Yes.
6      Q.   And the answer then would be Miyano
7   USA placed no restrictions on Tom Miyano and the
8   use of his family name, correct?

9    A.   But you are bringing up use of the
10   name. That never was brought up.
11   Q.   That is what I am saying. Miyano USA
12   never brought it up?
13   A.   No.
14   Q.   Miyano USA never said to Tom Miyano
15   you may not use your family name for anything,
16   correct?
17   A.   Well, no, not really, that is not
18   correct.
19        Miyano Machinery USA would have no
20   reason. It was not -- In other words, when he
21   separated from Miyano, that is done by
22   Miyano-Japan. Miyano USA had nothing to do with
23   that, so we wouldn't be talking discussing.
24   Q.   That decision would have been made in

                              43

1    Japan is what you are saying?
2    A.   Yes.
3    Q.   Which is essentially where all
4    decisions of that nature were made, correct?
5    A.   Yes.

21    Q.   Has that always been the case that
22  Miyano Machinery Japan has sent people to IMTS to
23  help out?
24    A.   Yes.

57

1    Q.   Are you saying that Miyano Machinery
2  Japan employees always come to the IMTS?
3    A.   Yes.

19    Q.   Do any Miyano Machinery Japan
20  executives ever come to the IMTS?
21    A.   Yes.
22    Q.   What would their role be at the IMTS?
23    A.   To attend the show.
24    Q.   What do they do when he they attend

58

1  the show?
2    A.   Well, they spread goodwill.  Users
3  like to meet the president of the company and
4  that.  That is good public relations.
5    Q.   It is relationship building?
6    A.   Absolutely.

7    Q.   And salesmanship?

8    A.   Absolutely.

9    Q.   It would be hard for Miyano USA to

10  sell Miyano Machinery Japan machines in the United

11  States without that presence of Miyano Machinery

12  Japan executives, right?

13    A.   No, I wouldn't say that. No.

14    Q.   But it helps though?

15    A.   It helps --

16    Q.   It builds --

17    A.   -- everything else.

18    Q.   It helps to build relationships with

19  potential customers, correct?

20    A.   Right, yes.

21    Q.   Do you know the names of any of the

22  executives from Miyano Machinery Japan who have

23  attended an IMTS?

24    A.   Yes. John Saito. And I know a Mr.

                      59

1  Ito came. I think he is an administrative man.

2      Other ones I wouldn't know the name,

3  but they would be like department managers like

4  to see what people think of the machines that

5  they design.  And then also engineers, which I

6  wouldn't know their names, but they are allowed

7  to come.  They bring a couple of them sometimes.

24         When was the first time that you

90

1  learned about MiyanoHitec?

2      A.  I think it was 2006.

3      Q.  Approximately what month?

4      A.  Maybe in the middle of the year.

5  Maybe May, something like that.  I am not sure.

6      Q.  Was it before the IMTS happened in

7  2006?

8      A.  Yes, I think so.  Yes.