

200 West Adams Street, Suite 2850
Chicago, Illinois 60606
Phone: 312-236-8500
Fax: 312-236-8176
www.cookalex.com
firm@cookalex.com

# FAX COVER SHEET

**DATE:** March 30, 2007

**TOTAL PAGES INCLUDING COVER SHEET:** 4

**TO:** Mr. Toshiharu Miyano, CEO
Miyanohitec Machinery, Inc.

**FAX:** 847 382-4928

**PHONE:**

**FROM:** Edward D. Manzo

**REFERENCE:**

**MESSAGE:** Please see attached.

---

If you experience difficulty receiving this facsimile transmission, or a portion thereof, please contact ___Cathy___ at 312-236-8500 for immediate assistance.

The information contained in this facsimile is intended only for the use of the individual or entity named above and those properly entitled to access to the information and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this transmission is not the intended or authorized recipient, you are hereby notified that any unauthorized distribution, dissemination, or duplication of this transmission is prohibited. If you have received this transmission in error, please immediately notify us by telephone or facsimile. Thereafter, please destroy all pages received. Thank you.



**COOK ALEX**
INTELLECTUAL
PROPERTY LAW

200 West Adams Street, Suite 2850
Chicago, Illinois 60606
Phone: 312-236-8500
Fax: 312-236-8176
www.cookalex.com
firm@cookalex.com

Edward D. Manzo
emanzo@cookalex.com

March 30, 2007

*Via Federal Express
and facsimile:* 847-382-4928

Miyanohitec Machinery, Inc.
50 Dundee Lane
Barrington Hills, Illinois 60010-5106

    Attention:    Mr. Toshiharu Miyano, CEO

    Re:    <u>Miyano Machinery USA Inc.'s Valuable Rights</u>

Dear Mr. Miyano:

    Please be advised that this law firm represents Miyano Machinery USA Inc. ("Miyano") in this matter. As you are well aware, Miyano is a recognized and established leader in the manufacture and sale of precision machining equipment. Over many years, Miyano has expended substantial resources in the design, manufacture and promotion of its products, as well as the development of the associated goodwill in the MIYANO name, the MIYANO "Wings" design mark (U.S. Trademark Reg. No. 1,217,317), and its other trademarks and associated intellectual property rights.

    It has recently come to our attention that your newly established company, Miyanohitec Machinery, Inc. ("MHI"), is selling, distributing and/or advertising products in the United States that are the same as, or similar to, products manufactured and distributed by Miyano. The "Miyanohitec" trade name incorporates the mark "MIYANO," which is a common law mark owned by Miyano and which is also covered under Miyano's United States Trademark Application No. 77/111,956. Any use of "MIYANO" by MHI clearly creates consumer confusion as to the source of goods and suggests an affiliation between Miyano and MHI, which is clearly not the case. Such consumer confusion is the hallmark of trademark infringement and other forms of unfair competition. MHI is clearly and unlawfully trading on the goodwill and reputation that Miyano developed over many years.

    Beyond incorporating the MIYANO mark, MHI is also using Miyano's MIYANO "Wings" design mark on at least its website (www.miyanohitec.com) in connection with the promotion of MHI and its products. It is clear that the mark used pervasively on the MHI website is merely a derivative or extracted portion of Miyano's federally registered MIYANO "Wings" design mark (U.S. Trademark Reg. No. 1,217,317), and it thus constitutes a violation of Miyano's intellectual property rights.

FROM :TTM                       FAX NO. :1-847-382-4928                Mar. 30 2007 03:05PM    P4
03/30/2007 15:37 FAX                 COOK ALEX MCFARRON MANZO                              ☒003

Miyanohitec Machinery, Inc.
March 30, 2007
Page 2 of 3



Miyano Design Mark



MHI Infringing Mark

MHI's Infringing Mark is merely the top portion of Miyano's registered MIYANO "Wings" design mark. Under U.S. trademark law, the use of a distinctive portion of a material element of another design mark weighs heavily in finding trademark infringement. The use by MHI in at least the United States of Miyano's MIYANO "Wings" design mark, without Miyano's consent, constitutes clear trademark infringement of Miyano's registered trademark.

All trademarks and other related intellectual property of Miyano have always been, and remain the sole and exclusive property of Miyano. It is our understanding that none of the foregoing trademarks and/or intellectual property rights in the U.S. were assigned, transferred or sold to you during the change of ownership in 2003.

As such, the activities referenced herein constitute serious violations by MHI of various federal and state laws, including without limitation, the federal Lanham Act (15 U.S.C. §1051 et seq.), as well as other state and federal dilution laws. We are aggressively investigating whether your actions may have violated other state and federal laws, including, without limitation, unfair competition and unfair trade practices violations. Please be assured that Miyano considers this to be a very serious matter.

Accordingly, we demand that you immediately cease and desist from the infringing use of "MIYANO" and/or any variations thereof in any corporate name, trade name, trademarks, and/or in any other applicable intellectual property. We further demand that you remove all references to "MIYANO" and/or "MIYANOHITEC" from any and all promotional materials, whether written, electronic, verbal, or in visual form, including without limitation, advertisements, e-mails, domain names (including, without limitation: www.miyanohitec.com), website and website materials, products and accessories, press releases, announcements, and correspondences. Further, without limitation of the foregoing, we demand that the "About MIYANOHITEC" section of the www.miyanohitec.com website be removed immediately.

FROM :TTM
03/30/2007 15:38 FAX

Case 1:08-cv-00526    Document 30-6    Filed 03/10/2008    Page 4 of 4

FAX NO. :1-847-382-4928    Mar. 30 2007 03:35PM P5

COOK ALEX MCFARRON MANZO

☒004

Miyanohitec Machinery, Inc.
March 30, 2007
Page 3 of 3

      Miyano expects to receive full and immediate compliance with these demands, including your immediate written assurance of complete compliance. The immediate cessation of the activities described above and your full and complete cooperation is critical to mitigate Miyano's serious and continued damages. In this regard, we hope to receive a response from you no later than April 6, 2007, as this may preclude further legal consideration being given to this matter.

      This letter is not intended to be, nor should it be construed as, the complete or exhaustive statement of the facts relevant to this matter and/or of Miyano's position or legal equitable rights or remedies, all of which are hereby reserved.

      Please direct all communications regarding this matter to the undersigned.

Very truly yours,

*Edward D. Manzo*

Edward D. Manzo

EDM:ca