# **Exhibit 6**

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Miyano Machinery USA Inc., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. **08 C 526** |
| v. | ) | |
| | ) | Hon. Virginia Kendall |
| MiyanoHitec Machinery, Inc., | ) | |
| Thomas ("Tom") Miyano, | ) | Magistrate Judge Nolan |
| a/k/a Toshiharu Miyano and | ) | |
| Steven Miyano, a/k/a | ) | |
| Shigemori Miyano, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants | ) | |


### NOTICE OF DEPSOTION OF NOBORU ICHIKAWA

PLEASE TAKE NOTICE that on March 10, 2008 Defendants, pursuant to Rules 1, 26 and 30 Fed.R.Civ.P., will take the deposition of Noboru Ichikawa.  The deposition will commence at 10:00 a.m. and will be conducted at the offices of Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd., 200 West Adams Street, Suite 2850, Chicago, IL 60606.  The deposition will be upon oral examination before a notary public, or an officer authorized to administer oaths and will be videotaped.  You are invited to attend and cross-examine if you so choose.

DATED:  February 19, 2008

Respectfully submitted,

/s/ Geoffrey A. Baker
Robert M. Karton
ROBERT M. KARTON, LTD.
77 W. Washington St., Suite 900
Chicago, Illinois 60602-2804
(312) 214-0900 telephone

Exhibit 6

2

(312) 214-4230 facsimile
robert@karton.us

Vernon W. Francissen
FRANCISSEN PATENT LAW, P.C.
FRANCISSEN PATENT LAW, P.C.
53 W. Jackson Blvd., Suite 1320
Chicago, Illinois 60604
(312) 294-9980 telephone
(312) 275-8772 facsimile
vern@francissenpatentlaw.com

Geoffrey A. Baker
Anthony E. Dowell
Geoffrey D. Smith
Dowell Baker, P.C.
201 Main Street, Suite 710
Lafayette, Indiana 47901
(765) 429-4004 telephone
(765) 429-4114 facsimile

gabaker@dowellbaker.com

Exhibit 6

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 19, 2008 the foregoing Notice

of Deposition of Noboru Ichikawa was served via email on Plaintiff's counsel as follows:


Edward D. Manzo
Joel Bock
Louis J. Alex
Jason R. Smalley
COOK, ALEX, MCFARRON, MANZO, CUMMINGS & MEHLER, LTD.
200 West Adams Street, Suite 2850
Chicago, IL 60606

Phone:  (312) 236-8500
Fax:  (312) 236-8176
emanzo@cookalex.com


                                                    /s/ Geoffrey A. Baker

Exhibit 6

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Miyano Machinery USA Inc., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. **08 C 526** |
| v. | ) | |
| | ) | Hon. Virginia Kendall |
| MiyanoHitec Machinery, Inc., | ) | |
| Thomas ("Tom") Miyano, | ) | Magistrate Judge Nolan |
| a/k/a Toshiharu Miyano and | ) | |
| Steven Miyano, a/k/a | ) | |
| Shigemori Miyano, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants | ) | |

**NOTICE OF DEPSOTION OF TOSHIKATSU ITO**

PLEASE TAKE NOTICE that on March 11, 2008 Defendants, pursuant to Rules

1, 26 and 30 Fed.R.Civ.P., will take the deposition of Toshikatsu Ito.  The deposition will

commence at 10:00 a.m. and will be conducted at the offices of Cook, Alex, McFarron,

Manzo, Cummings & Mehler, Ltd., 200 West Adams Street, Suite 2850, Chicago, IL

60606.  The deposition will be upon oral examination before a notary public, or an officer

authorized to administer oaths and will be videotaped.  You are invited to attend and

cross-examine if you so choose.

DATED:  February 19, 2008

Respectfully submitted,

/s/ Geoffrey A. Baker
Robert M. Karton
ROBERT M. KARTON, LTD.
77 W. Washington St., Suite 900
Chicago, Illinois 60602-2804
(312) 214-0900 telephone

Exhibit 6

2

(312) 214-4230 facsimile
robert@karton.us

Vernon W. Francissen
FRANCISSEN PATENT LAW, P.C.
FRANCISSEN PATENT LAW, P.C.
53 W. Jackson Blvd., Suite 1320
Chicago, Illinois 60604
(312) 294-9980 telephone
(312) 275-8772 facsimile
vern@francissenpatentlaw.com

Geoffrey A. Baker
Anthony E. Dowell
Geoffrey D. Smith
Dowell Baker, P.C.
201 Main Street, Suite 710
Lafayette, Indiana 47901
(765) 429-4004 telephone
(765) 429-4114 facsimile

gabaker@dowellbaker.com

Exhibit 6

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 19, 2008 the foregoing Notice

of Deposition of Toshikatsu Ito was served via email on Plaintiff's counsel as follows:


Edward D. Manzo
Joel Bock
Louis J. Alex
Jason R. Smalley
COOK, ALEX, MCFARRON, MANZO, CUMMINGS & MEHLER, LTD.
200 West Adams Street, Suite 2850
Chicago, IL 60606

Phone:  (312) 236-8500
Fax:  (312) 236-8176
emanzo@cookalex.com


                                                    /s/ Geoffrey A. Baker

3

Exhibit 6

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Miyano Machinery USA Inc., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. **08 C 526** |
| v. | ) | |
| | ) | Hon. Virginia Kendall |
| MiyanoHitec Machinery, Inc., | ) | |
| Thomas ("Tom") Miyano, | ) | Magistrate Judge Nolan |
| a/k/a Toshiharu Miyano and | ) | |
| Steven Miyano, a/k/a | ) | |
| Shigemori Miyano, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants | ) | |

### NOTICE OF DEPSOTION OF HENRY MARCIANI

PLEASE TAKE NOTICE that on March 3, 2008 Defendants, pursuant to Rules 1, 26 and 30 Fed.R.Civ.P., will take the deposition of Henry Marciani.  The deposition will commence at 10:00 a.m. and will be conducted at the offices of Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd., 200 West Adams Street, Suite 2850, Chicago, IL 60606.  The deposition will be upon oral examination before a notary public, or an officer authorized to administer oaths and will be videotaped.  You are invited to attend and cross-examine if you so choose.

DATED:  February 19, 2008

                                        Respectfully submitted,

                                         /s/ Geoffrey A. Baker
                                         Robert M. Karton
                                         ROBERT M. KARTON, LTD.
                                         77 W. Washington St., Suite 900
                                         Chicago, Illinois 60602-2804
                                         (312) 214-0900 telephone

Exhibit 6

2

(312) 214-4230 facsimile
robert@karton.us

Vernon W. Francissen
FRANCISSEN PATENT LAW, P.C.
FRANCISSEN PATENT LAW, P.C.
53 W. Jackson Blvd., Suite 1320
Chicago, Illinois 60604
(312) 294-9980 telephone
(312) 275-8772 facsimile
vern@francissenpatentlaw.com

Geoffrey A. Baker
Anthony E. Dowell
Geoffrey D. Smith
Dowell Baker, P.C.
201 Main Street, Suite 710
Lafayette, Indiana 47901
(765) 429-4004 telephone
(765) 429-4114 facsimile

gabaker@dowellbaker.com

2

Exhibit 6

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 19, 2008 the foregoing Notice

of Deposition of Henry Marciani was served via email on Plaintiff's counsel as follows:


Edward D. Manzo
Joel Bock
Louis J. Alex
Jason R. Smalley
COOK, ALEX, MCFARRON, MANZO, CUMMINGS & MEHLER, LTD.
200 West Adams Street, Suite 2850
Chicago, IL 60606

Phone:  (312) 236-8500
Fax:  (312) 236-8176
emanzo@cookalex.com


                                                            /s/ Geoffrey A. Baker


3

Exhibit 6

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Miyano Machinery USA Inc., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. **08 C 526** |
| v. | ) | |
| | ) | Hon. Virginia Kendall |
| MiyanoHitec Machinery, Inc., | ) | |
| Thomas ("Tom") Miyano, | ) | Magistrate Judge Nolan |
| a/k/a Toshiharu Miyano and | ) | |
| Steven Miyano, a/k/a | ) | |
| Shigemori Miyano, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants | ) | |

**NOTICE OF DEPSOTION OF SATORU NAKAGIRI**

PLEASE TAKE NOTICE that on March 11, 2008 Defendants, pursuant to Rules 1, 26 and 30 Fed.R.Civ.P., will take the deposition of Satoru Nakagiri.  The deposition will commence at 10:00 a.m. and will be conducted at the offices of Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd., 200 West Adams Street, Suite 2850, Chicago, IL 60606.  The deposition will be upon oral examination before a notary public, or an officer authorized to administer oaths and will be videotaped.  You are invited to attend and cross-examine if you so choose.

DATED:  February 19, 2008

Respectfully submitted,

/s/ Geoffrey A. Baker
Robert M. Karton
ROBERT M. KARTON, LTD.
77 W. Washington St., Suite 900
Chicago, Illinois 60602-2804
(312) 214-0900 telephone

Exhibit 6

2

(312) 214-4230 facsimile
robert@karton.us

Vernon W. Francissen
FRANCISSEN PATENT LAW, P.C.
FRANCISSEN PATENT LAW, P.C.
53 W. Jackson Blvd., Suite 1320
Chicago, Illinois 60604
(312) 294-9980 telephone
(312) 275-8772 facsimile
vern@francissenpatentlaw.com

Geoffrey A. Baker
Anthony E. Dowell
Geoffrey D. Smith
Dowell Baker, P.C.
201 Main Street, Suite 710
Lafayette, Indiana 47901
(765) 429-4004 telephone
(765) 429-4114 facsimile

gabaker@dowellbaker.com

2

Exhibit 6

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 19, 2008 the foregoing Notice

of Deposition of Satoru Nakagiri was served via email on Plaintiff's counsel as follows:


Edward D. Manzo
Joel Bock
Louis J. Alex
Jason R. Smalley
COOK, ALEX, MCFARRON, MANZO, CUMMINGS & MEHLER, LTD.
200 West Adams Street, Suite 2850
Chicago, IL 60606

Phone:  (312) 236-8500
Fax:  (312) 236-8176
emanzo@cookalex.com


                                                    /s/ Geoffrey A. Baker

3

Exhibit 6

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Miyano Machinery USA Inc., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. **08 C 526** |
| v. | ) | |
| | ) | Hon. Virginia Kendall |
| MiyanoHitec Machinery, Inc., | ) | |
| Thomas ("Tom") Miyano, | ) | Magistrate Judge Nolan |
| a/k/a Toshiharu Miyano and | ) | |
| Steven Miyano, a/k/a | ) | |
| Shigemori Miyano, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants | ) | |

**NOTICE OF DEPSOTION OF DEREK OLCZAK**

PLEASE TAKE NOTICE that on March 3, 2008 Defendants, pursuant to Rules 1, 26 and 30 Fed.R.Civ.P., will take the deposition of Derek Olczak. The deposition will commence at 10:00 a.m. and will be conducted at the offices of Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd., 200 West Adams Street, Suite 2850, Chicago, IL 60606. The deposition will be upon oral examination before a notary public, or an officer authorized to administer oaths and will be videotaped. You are invited to attend and cross-examine if you so choose.

DATED:  February 19, 2008

Respectfully submitted,

/s/ Geoffrey A. Baker
Robert M. Karton
ROBERT M. KARTON, LTD.
77 W. Washington St., Suite 900
Chicago, Illinois 60602-2804
(312) 214-0900 telephone

Exhibit 6

2

(312) 214-4230 facsimile
robert@karton.us

Vernon W. Francissen
FRANCISSEN PATENT LAW, P.C.
FRANCISSEN PATENT LAW, P.C.
53 W. Jackson Blvd., Suite 1320
Chicago, Illinois 60604
(312) 294-9980 telephone
(312) 275-8772 facsimile
vern@francissenpatentlaw.com

Geoffrey A. Baker
Anthony E. Dowell
Geoffrey D. Smith
Dowell Baker, P.C.
201 Main Street, Suite 710
Lafayette, Indiana 47901
(765) 429-4004 telephone
(765) 429-4114 facsimile

gabaker@dowellbaker.com

Exhibit 6

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 19, 2008 the foregoing Notice

of Deposition of Derek Olczak was served via email on Plaintiff's counsel as follows:


Edward D. Manzo
Joel Bock
Louis J. Alex
Jason R. Smalley
COOK, ALEX, MCFARRON, MANZO, CUMMINGS & MEHLER, LTD.
200 West Adams Street, Suite 2850
Chicago, IL 60606

Phone:  (312) 236-8500
Fax:  (312) 236-8176
emanzo@cookalex.com


                                                    /s/ Geoffrey A. Baker

3

Exhibit 6

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Miyano Machinery USA Inc., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. **08 C 526** |
| v. | ) | |
| | ) | Hon. Virginia Kendall |
| MiyanoHitec Machinery, Inc., | ) | |
| Thomas ("Tom") Miyano, | ) | Magistrate Judge Nolan |
| a/k/a Toshiharu Miyano and | ) | |
| Steven Miyano, a/k/a | ) | |
| Shigemori Miyano, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants | ) | |

**NOTICE OF DEPSOTION OF TONY SASAKI**

PLEASE TAKE NOTICE that on March 10, 2008 Defendants, pursuant to Rules 1, 26 and 30 Fed.R.Civ.P., will take the deposition of Tony Sasaki. The deposition will commence at 10:00 a.m. and will be conducted at the offices of Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd., 200 West Adams Street, Suite 2850, Chicago, IL 60606. The deposition will be upon oral examination before a notary public, or an officer authorized to administer oaths and will be videotaped. You are invited to attend and cross-examine if you so choose.

DATED: February 19, 2008

Respectfully submitted,

/s/ Geoffrey A. Baker
Robert M. Karton
ROBERT M. KARTON, LTD.
77 W. Washington St., Suite 900
Chicago, Illinois 60602-2804
(312) 214-0900 telephone

Exhibit 6

2

(312) 214-4230 facsimile
robert@karton.us

Vernon W. Francissen
FRANCISSEN PATENT LAW, P.C.
FRANCISSEN PATENT LAW, P.C.
53 W. Jackson Blvd., Suite 1320
Chicago, Illinois 60604
(312) 294-9980 telephone
(312) 275-8772 facsimile
vern@francissenpatentlaw.com

Geoffrey A. Baker
Anthony E. Dowell
Geoffrey D. Smith
Dowell Baker, P.C.
201 Main Street, Suite 710
Lafayette, Indiana 47901
(765) 429-4004 telephone
(765) 429-4114 facsimile

gabaker@dowellbaker.com

2

Exhibit 6

3

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on February 19, 2008 the foregoing Notice

of Deposition of Tony Sasaki was served via email on Plaintiff's counsel as follows:


Edward D. Manzo
Joel Bock
Louis J. Alex
Jason R. Smalley
COOK, ALEX, MCFARRON, MANZO, CUMMINGS & MEHLER, LTD.
200 West Adams Street, Suite 2850
Chicago, IL 60606

Phone:  (312) 236-8500
Fax:  (312) 236-8176
emanzo@cookalex.com


                                  /s/ Geoffrey A. Baker

Exhibit 6