# **<u>Exhibit 8</u>**

| | |
|---|---|
| **From:** | Geoff Baker [gabaker@dowellbaker.com] |
| **Sent:** | Friday, February 29, 2008 7:43 PM |
| **To:** | 'Edward Manzo'; robert@karton.us; vern@francissenpatentlaw.com |
| **Cc:** | 'Joel Bock'; 'Jason Smalley'; 'Louis Alex' |
| **Subject:** | RE: Plaintiff Miyano Machinery USA, Inc.'s First Set of Requests for the Production of Documents and Things |

Ed,

We've already been through this once during our teleconference on Monday. Our reasoning and views have not changed. In fact, based on the documents that you produced, our views have been confirmed. Please, just let us know whether you have checked into the witnesses' availability to sit for a deposition. We are willing to conduct the depositions in the US or in Japan, as we said during our teleconference earlier this week.

We look forward to hearing from you.

Geoff

Geoffrey A. Baker
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
Phone: 708-660-1413
Fax:    312-873-4466
Mobile: 708-707-8778
www.dowellbaker.com
This message is intended only for the named recipient(s) and may contain a confidential attorney-client communication and/or attorney work product. If you receive this message in error, please contact the sender listed above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

**From:** Edward Manzo [mailto:emanzo@cookalex.com]
**Sent:** Friday, February 29, 2008 5:53 PM
**To:** 'Geoff Baker'; robert@karton.us; vern@francissenpatentlaw.com
**Cc:** 'Joel Bock'; 'Jason Smalley'; 'Louis Alex'
**Subject:** RE: Plaintiff Miyano Machinery USA, Inc.'s First Set of Requests for the Production of Documents and Things

Dear Geoff,

Could you please advise us of the reason why you need the testimony of these non-party witnesses, Messrs. Ito, Nakagiri and Ichikawa?

Are you willing to do these depositions by teleconferencing?

If in-person deposition is needed of these non-party witnesses, are you willing to travel to an intermediate point between Chicago and Japan (preferably where you can still find a court reporter)? Their availability depends on why, when, how long, and where. They are busy, work in Japan, and are not employed by the plaintiff.

Sincerely,

**Edward D. Manzo**
Attorney at Law
emanzo@cookalex.com

200 West Adams Street

Exhibit 8

3/11/2008

Suite 2850
Chicago, Illinois 60606
312.236.8500 (Main)
312.236.8176 (Fax)
www.cookalex.com

---

*The information contained in this message and any attachment may be proprietary, confidential, and attorney client privileged or subject to the work product doctrine and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it and all copies and backups thereof. Thank you.*

*Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd.*

---

**From:** Geoff Baker [mailto:gabaker@dowellbaker.com]
**Sent:** Friday, February 29, 2008 4:48 PM
**To:** 'Louis Alex'; robert@karton.us; vern@francissenpatentlaw.com
**Cc:** 'Edward Manzo'; 'Joel Bock'; 'Jason Smalley'
**Subject:** RE: Plaitniff Miyano Machinery USA, Inc.'s First Set of Requests for the Production of Documents and Things

Please update us on the availability of Messrs. Ito, Nakagiri and Ichikawa to sit for deposition.

Thank you.

Geoff

Geoffrey A. Baker
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
Phone:  708-660-1413
Fax:       312-873-4466
Mobile:  708-707-8778
www.dowellbaker.com
This message is intended only for the named recipient(s) and may contain a confidential attorney-client communication and/or attorney work product.  If you receive this message in error, please contact the sender listed above and delete this e-mail from your computer.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.  Thank you.

---

**From:** Louis Alex [mailto:lalex@cookalex.com]
**Sent:** Thursday, February 28, 2008 6:22 PM
**To:** gabaker@dowellbaker.com; robert@karton.us; vern@francissenpatentlaw.com
**Cc:** 'Edward Manzo'; 'Joel Bock'; 'Jason Smalley'
**Subject:** Plaitniff Miyano Machinery USA, Inc.'s First Set of Requests for the Production of Documents and Things

Dear Gentlemen:

Please see the attached First Set of Requests for the Production of Documents and Things.

In accordance with the agreement to permit early discovery, we ask to receive the requested documents and materials in our offices by Monday, March 10, 2008.

Sincerely,

Louis J. Alex

**Louis J. Alex**
Attorney at Law
lalex@cookalex.com

---

3/11/2008

Exhibit 8

| Cook Alex | 200 West Adams Street<br>Suite 2850<br>Chicago, Illinois 60606<br>312.236.8500 (Main)<br>312.236.8176 (Fax)<br>www.cookalex.com |
|---|---|

*The information contained in this message and any attachment may be proprietary, confidential, and attorney client privileged or subject to the work product doctrine and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it and all copies and backups thereof. Thank you.*

*Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd.*