# **Exhibit 10**

2

1  MR. BAKER: You may swear the witness at

2  your convenience and his convenience.

3      (THE WITNESS WAS DULY SWORN.)

4          EXAMINATION

5  BY MR. BAKER:

6  Q. Mr. Marchionne, would you please tell

7  us your name and your residential address?

8  A. Yes. Henry Marchionne.

9  M-A-R-C-H-I-O-N-N-E.

10 Q. And for whom do you work Mr.

11 Marchionne?

12 A. Miyano Machinery USA.

13 Q. And in what capacity?

14 A. Corporate advisor.

15 Q. Case corporate advisor?

16 A. What do you mean by that question?

17 Could you explain that?

18 Q. Absolutely, I will be happy to.

19     Actually, let me take a step back

20 before we go on. Have you ever been deposed

21 before?

22 A. Once.

23 Q. Once. And what was the matter, do you

24 recall?

Exhibit 10

89

1
2
3
4
5          CONFIDENTIAL
6
7
8
9
10         CONFIDENTIAL
11
12
13
14
15
16         CONFIDENTIAL
17
18
19
20
21     Q.   When was the first time that you
22  learned that Tom Miyano was working -- Let me
23  withdraw that.
24         When was the first time that you

Exhibit 10

90

1  learned about MiyanoHitec?

2  A.  I think it was 2006.

3  Q.  Approximately what month?

4  A.  Maybe in the middle of the year.

5  Maybe May, something like that. I am not sure.

6  Q.  Was it before the IMTS happened in

7  2006?

8  A.  Yes, I think so. Yes.

9

10

11

12

13  **CONFIDENTIAL**

14

15

16

17

18

19

20

21

22  **CONFIDENTIAL**

23

24

Exhibit 10

91

1

2

3

4

5

6

7

8

9

10

11

12

13   Q.  So you learn of MiyanoHitec in May of

14   2006 and what did you do about it? What did you

15   do about it when you learn about MiyanoHitec?

16   What was your first reaction?

17   A.  Nothing. I didn't react to it.

18   Q.  In May of 2006 were you concerned that

19   the name Miyano was associated with MiyanoHitec?

20   A.  Well, when I first heard of it, it

21   was Hitec, Hitec Machinery International, I

22   believe, when I first heard it. Okay.

23   Q.  When you testified you first heard of

24   MiyanoHitec in 2006, was that inaccurate?

**CONFIDENTIAL**

Exhibit 10

92

1    A.    I said -- You asked me when and I

2  said maybe in 2006.

3    Q.    Right.

4    A.    When I did hear of it, all it was was

5  Hitec. If I am wrong, it would be the date or

6  the year or something but not the name.

7    Q.    No problem. But what I am trying to

8  figure out is when is the first time you remember

9  hearing the Miyano family name associated with

10  Hitec so that it became MiyanoHitec?

11    A.    I think in the early part of '07.

12  2007.

13    Q.    When you say early 2007, could it have

14  been late 2006?

15    A.    Possible. Yes possible.

16    Q.    When you first saw the Miyano family

17  name associated with MiyanoHitec, what was your

18  reaction?

19    A.    Well, I immediately thought it was

20  going to be a problem for us.

21    Q.    What did you do about it?

22    A.    Well, I guess Miyano Machinery had

23  also found out about it. Okay.

24    Q.   Okay.

Exhibit 10