## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Miyano Machinery USA Inc.
                                  Plaintiff,

v.                                                   Case No.: 1:08−cv−00526
                                                          Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.
                                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Motion hearing held. Defendant's Motion for Extension of Time [30] is granted. Response to the Motion for Preliminary Injunction due 4/4/2008; reply due 4/18/2008. Hearing set for 5/9/2008 stands. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.