AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Miyano Machinery USA Inc.,
Miyano Machinery Inc.,

Plaintiff / Counter-defendants,

V.

MiyanoHitec Machinery, Inc.,
Thomas ("Tom") Miyano, a/k/a Toshiharu Miyano, and
Steven Miyano, a/k/a Shigemori Miyano,

Defendant / Counter-plaintiffs

CASE NUMBER: 08 C 526

ASSIGNED JUDGE: Judge Kendall

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Nolan

TO: (Name and address of Defendant)

Miyano Machinery Inc.
c/o Mr. Nakasawa, President of MMU
940 N. Central Ave.
Wood Dale, IL 60191-1216

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S Counter- ATTORNEY (name and address)

Geoffrey D. Smith
Dowell Baker, P.C.
201 Main Street
Suite 710
Lafayette, IN 47901

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Cynthia Mercado* (signature)

------------------------------------
(By) DEPUTY CLERK

March 13, 2008
------------------------------------
Date

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Nothern District of Illinois

Case Number: 08 C 526

Plaintiff:
**Miyano Machinery USA Inc.,**

vs.

Defendant:
**MiyanoHitec Machinery, Inc., Thomas ("Tom") Miyano, a/k/a Toshiharu Miyano and Steven Miyano, a/k/a Shigermori Miyano**

For:
Geoffrey Smith
Dowell Baker, P.C.
201 Main Street Suite 710
Lafayette,, IN  47901

Received by STO Investigations, Inc. to be served on **Miyano Machinery Inc. c/o Mr. Nagasawa, President of MMU, 940 N. Central Ave., Wood Dale, IL 60191**.

I, Trevor Russell, being duly sworn, depose and say that on the **14th day of March, 2008** at **1:20 pm**, I:

**CORPORATE:** served by delivering a true copy of the **ANSWER, AFFIRMATIVE DEFENSES AND COUNTER CLAIMS** with the date and hour of service endorsed thereon by me, to: **Toshiyuki Nagasawa** as **c/o Owner** for **Miyano Machinery Inc. c/o Mr. Nagasawa, President of MMU**, at the address of: **940 N. Central Ave., Wood Dale, IL 60191**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 50,  Sex: M,  Race/Skin Color: Asian,  Height: 5'6",  Weight: 130,  Hair: Black/Gray,  Glasses: N

I certify that I am over the age of 18 and not party to this action

OFFICIAL SEAL
Debra Lynn DeVries
Notary Public, State of Illinois
My Commission Expires 01-08-12

Subscribed and Sworn to before me on the 14th day of March, 2008 by the affiant who is personally known to me.

_Debra Lynn DeVries_
NOTARY PUBLIC

_Trevor Russell_
Trevor Russell
Process Server

STO Investigations, Inc.
6006 W. 159th Street
Bldg D Unit 1w
Oak Forest, IL  60452
(708) 752-8800
Our Job Serial Number: 2008000101

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 03-14-08 |
| NAME OF SERVER *(PRINT)* TREVOR RUSSELL | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: MIYANO MACHINERY, INC. 940 N. CENTRAL AVE. WOODDALE, IL 60191

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 03-14-08
            Date

Signature of Server: *Trevor Russell*

Address of Server:
STO INVESTIGATIONS, INC.
6006 W. 159TH STREET
BUIDING D, UNIT 1 W
OAK FOREST, IL 60452
708-752-8800

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.