# Exhibit C

**From:** Geoff A. Baker [gabaker@dowellbaker.com]
**Sent:** Friday, March 07, 2008 4:38 PM
**To:** Edward Manzo; Vernon Francissen; Robert M. Karton
**Cc:** Joel Bock; Louis Alex; Jason Smalley
**Subject:** RE: Miyano Defendants' Answer to Complaint

Bob, We will take a look at these items and get back to you as soon as we can. However, we may not be able to meet your arbitrary deadline to get back to you.

On a separate set of items in this case, we have yet to receive a response to numerous communications dating back to late February through March 4. Please respond to all outstanding items at your earliest convenience – particularly whether you will agree to move the response date back to April 8 and what the status is of the documents and depositions that we have requested.

Geoff

Geoffrey A. Baker
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
Phone: 708-660-1413
Fax:   312-873-4466
Mobile: 708-707-8778
www.dowellbaker.com
This message is intended only for the named recipient(s) and may contain a confidential attorney-client communication and/or attorney work product. If you receive this message in error, please contact the sender listed above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

---

**From:** Edward Manzo [mailto:emanzo@cookalex.com]
**Sent:** Fri 3/7/2008 2:05 PM
**To:** Geoff A. Baker; Vernon Francissen; Robert M. Karton
**Cc:** Joel Bock; 'Louis Alex'; 'Jason Smalley'
**Subject:** Miyano Defendants' Answer to Complaint

Gentlemen: Please see attached letter.

Sincerely,

**Edward D. Manzo**
Attorney at Law
emanzo@cookalex.com

> 200 West Adams Street
> Suite 2850
> Chicago, Illinois 60606
> 312.236.8500 (Main)
> 312.236.8176 (Fax)
> www.cookalex.com

*The information contained in this message and any attachment may be proprietary, confidential, and attorney client privileged or subject to the work product doctrine and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it and all copies and backups thereof. Thank you.*

*Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd.*