## Geoff Baker

**From:** Louis Alex [lalex@cookalex.com]
**Sent:** Monday, March 17, 2008 10:03 AM
**To:** 'Geoff Baker'; robert@karton.us; vern@francissenpatentlaw.com
**Cc:** 'Edward Manzo'; 'Joel Bock'; 'Jason Smalley'
**Subject:** RE: MMU v Tom Miyano et al.

Dear Geoff:

We promptly made further inquiries in response to your email of yesterday. As of the moment, we do not have any further information concerning the availability of the MMJ witnesses that Defendants have an interest in deposing. If you have further information at your end, such as specific dates of availability of the facilities in Osaka, providing us with this information would help expedite matters. We will contact you when we learn more.

Notwithstanding the above, we are available if you still wish to speak at 10:30 am.

Further to our letter of Friday, please let us know when you are available to complete our discussions on Rule 26(f) matters.

Sincerely,

Louis

---

**From:** Geoff Baker [mailto:gabaker@dowellbaker.com]
**Sent:** Sunday, March 16, 2008 9:53 AM
**To:** 'Louis Alex'; robert@karton.us; vern@francissenpatentlaw.com
**Cc:** 'Edward Manzo'; 'Joel Bock'; 'Jason Smalley'
**Subject:** RE: MMU v Tom Miyano et al.

Louis,

Thank you for your letter. Please let us know whether you are available to discuss the depositions of the MMJ employees on Monday at 10:30 a.m. You may not have realized by the time that you sent your letter, we had already served MMJ and that they are now a party to this action.

Regarding the protective order, we will have that back to you by Tuesday.

Regarding document production, as I said during our conversation, we will do our best to begin producing documents by the end of this coming week.

We look forward to speaking with you Monday morning.

Geoff

Geoffrey A. Baker
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
Phone:   708-660-1413
Fax:       312-873-4466
Mobile:  708-707-8778
www.dowellbaker.com


3/23/2008

This message is intended only for the named recipient(s) and may contain a confidential attorney-client communication and/or attorney work product.  If you receive this message in error, please contact the sender listed above and delete this e-mail from your computer.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.  Thank you.

**From:** Louis Alex [mailto:lalex@cookalex.com]
**Sent:** Friday, March 14, 2008 5:38 PM
**To:** gabaker@dowellbaker.com; robert@karton.us; vern@francissenpatentlaw.com
**Cc:** 'Edward Manzo'; 'Joel Bock'; 'Jason Smalley'
**Subject:** MMU v Tom Miyano et al.

Dear Gentlemen:

Please see the attached letter.

Sincerely,

Louis Alex


**Louis J. Alex**
Attorney at Law
lalex@cookalex.com



200 West Adams Street
Suite 2850
Chicago, Illinois 60606
312.236.8500 (Main)
312.236.8176 (Fax)
www.cookalex.com

*The information contained in this message and any attachment may be proprietary, confidential, and attorney client privileged or subject to the work product doctrine and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it and all copies and backups thereof. Thank you.*

*Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd.*