# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Miyano Machinery USA Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. **08 C 526** |
| v. ) | |
| ) | Hon. Virginia Kendall |
| MiyanoHitec Machinery, Inc., ) | |
| Thomas ("Tom") Miyano, a/k/a ) | Magistrate Judge Nolan |
| Toshiharu Miyano and ) | |
| Steven Miyano, a/k/a ) | |
| Shigemori Miyano, ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendants. ) | |
| MiyanoHitec Machinery, Inc., ) | |
| Thomas ("Tom") Miyano, a/k/a ) | |
| Toshiharu Miyano and ) | |
| Steven Miyano, a/k/a ) | |
| Shigemori Miyano, ) | |
| ) | |
| Counterclaimants, ) | |
| ) | |
| v. ) | |
| ) | |
| Miyano Machinery, Inc. and ) | |
| Miyano Machinery USA Inc., ) | |
| ) | |
| Counterdefendants. ) | |
| ) | |

## **NOTICE OF MOTION**

To counsel of record as indicated on the attached service list:

Please Take Notice that on Tuesday, March 25, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendants / Counterclaimants, MiyanoHitec Machinery, Inc., Thomas ("Tom") Miyano, and Steven Miyano ("MIYANOS") shall appear before the Honorable Virginia Kendall in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, 23rd Floor, Chicago, Illinois, to present

Defendants' MOTION TO COMPEL THE DEPOSITION TESTIMONY OF SATORU NAKAGIRI and MOTION TO ENLARGE THE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, which includes an application for a commission to take depositions in Osaka, Japan.

DATED:  March 23, 2008

    Respectfully submitted,

    /s/ Geoffrey A. Baker
    Robert M. Karton
    ROBERT M. KARTON, LTD.
    77 W. Washington St., Suite 900
    Chicago, Illinois 60602-2804
    (312)214-0900 telephone
    (312)214-4230 facsimile
    robert@karton.us

    Vernon W. Francissen
    FRANCISSEN PATENT LAW, P.C.
    53 W. Jackson Blvd., Suite 1320
    Chicago, Illinois 60604
    (312)294-9980 telephone
    (312)275-8772 facsimile
    vern@francissenpatentlaw.com

    Geoffrey A. Baker
    Anthony E. Dowell
    Geoffrey D. Smith
    Dowell Baker, P.C.
    201 Main Street, Suite 710
    Lafayette, Indiana 47901
    (765) 429-4004 telephone
    (765) 429-4114 facsimile
    gabaker@dowellbaker.com

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing NOTICE OF MOTION was filed via the Court's ECF system and thus also sent by email on March 23, 2008 to the following:

Edward D. Manzo
COOK, ALEX, MCFARRON, MANZO,
CUMMINGS & MEHLER, LTD.
200 West Adams Street, Suite 2850
Chicago, IL 60606

Phone: (312) 236-8500
Fax: (312) 236-8176

emanzo@cookalex.com

March 23, 2008                                                     /s/Geoffrey A. Baker