**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Miyano Machinery USA Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | Civil Action No. **08 C 526** |
| | ) | |
| MiyanoHitec Machinery, Inc., | ) | Hon. Virginia Kendall |
| Thomas ("Tom" Miyano, a/k/a | ) | |
| Toshiharu Miyano and Steven | ) | Magistrate Judge Nolan |
| Miyano, a/k/a Shigemori Miyano, | ) | |
| | ) | |
| Defendants | ) | **JURY TRIAL DEMANDED** |
| MiyanoHitec Machinery, Inc., | ) | |
| Thomas ("Tom" Miyano, a/k/a | ) | |
| Toshiharu Miyano and Steven | ) | |
| Miyano, a/k/a Shigemori Miyano, | ) | |
| | ) | |
| Counterclaimants, | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Miyano Machinery, Inc., and | ) | |
| Miyano Machinery USA, Inc., | ) | |
| | ) | |
| Counterdefendants. | ) | |

**NOTICE OF MOTION**

To counsel of record as indicated on the attached service list:

Please Take Notice, that on Tuesday, March 25, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant/Counterclaimant Thomas Miyano shall appear before the Honorable Virginia Kendall in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, 23d Floor, Chicago, Illinois, and then and there present said Defendant/Counterplaintiff's MOTION TO DISQUALIFY MASUDA FUNAI ELFERT

& MITCHELL, LTD., AS COUNSEL FOR COUNTERDEFENDANT MIYANO MACHINERY, INC.

DATED:  March 24, 2008

Respectfully submitted,

/s/ Robert M. Karton
Robert M. Karton
ROBERT M. KARTON, LTD.
77 W. Washington St., Ste. 900
Chicago, IL  60602-2804
(312) 214-0900 telephone
(815) 301-9114 facsimile
robert@karton.us

Vernon W. Francissen
FRANCISSEN PATENT LAW, P.C.
53 W. Jackson Blvd., Ste. 1320
Chicago, IL  60604
(312) 294-9980 telephone
(312) 275-8772 facsimile
vern@francissenpatentlaw.com

Geoffrey A. Baker
Anthony E. Dowell
Geoffrey D. Smith
DOWELL BAKER, P.C.
201 Main Street, Ste. 710
Lafayette, IN  47901
(765) 429-4004 telephone
(765) 429-4114 facsimile
gabaker@dowellbaker.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTIcE OF MOTION and related MOTION were filed via the Court's ECF system and thus also sent by email on March 24, 2008, to the following:

Edward D. Manzo
COOK, ALEX, MCFARRON, MANZO, CUMMINGS & MEHLER, LTD.
200 W. Adams Street, Suite 2850
Chicago, IL  60606

(312) 236-8500 telephone
(312) 236-8176 facsimile

emanzo@cookalex.com

DATED:  March 24, 2008

/s/ Robert M. Karton