U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                            Case Number: 08 C 526

Miyano Machinery USA Inc.,
Plaintiff,
v.
MiyanoHitec Machinery, Inc., et al.
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Miyano Machinery USA Inc., Plaintiff

| |
|---|
| NAME (Type or print)<br>    Nancy E. Sasamoto |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/   Nancy E. Sasamoto |
| FIRM<br>Masuda, Funai, Eifert, & Mitchell, Ltd. |
| STREET ADDRESS<br>203 North LaSalle Street, Suite 2500 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03128178 | TELEPHONE NUMBER<br>312-245-7500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |