IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIYANO MACHINERY USA INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 08 C 526 |
| MIYANOHITEC MACHINERY INC., ET AL. | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Nancy E. Sasamoto, do hereby state the foregoing NOTICE OF MOTION and MOTION TO QUASH THE SUBPOENA OR FOR ENTRY OF PROCTECTIVE ORDER were served upon the parties on the attached SERVICE LIST, via CM/ECF email, or via U.S. mail, as necessary, by placing copies of the same in properly addressed, postage prepaid, envelopes and depositing the same in the U.S. Mail Chute at 203 North LaSalle Street, Suite 2500, Chicago, Illinois 60601, on this 25th day of March, 2008.

/s/ Nancy E. Sasamoto

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
(312)245-7500
N:\SYS23\2260\PROFSERV\00910001.doc

## SERVICE LIST

**Geoffrey Andrew Baker**
Dowell Baker, P.C.
229 Randolph Street
Oak Park, IL 60302
(708)660-1413
Email: gabaker@dowellbaker.com


**Robert M. Karton**
Robert M. Karton, Ltd.
77 West Washington Street
Suite 900
Chicago, IL 60602-2804
(312) 214-0900
Fax: 815-301-9114
Email: robert@karton.us


**Vernon William Francissen**
Francissen Patent Law, P.C.
53 W. Jackson Blvd.
Suite 1320
Chicago, IL 60604
(312) 294-9980


**Geoffrey David Smith**
Dowell Baker PC
201 Main Street
Suite 710
Lafayette, IN 47901
765 429 4004
Email: gsmith@dowellbaker.com