IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIYANO MACHINERY USA INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08 C 526 |
| | ) |
| MIYANOHITEC MACHINERY INC., ET AL. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 1ST day of April, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiff, MIYANO MACHINERY USA INC., by and through its attorneys, Nancy E. Sasamoto, Steven L. Katz and George H. Kobayashi of MASUDA, FUNAI, EIFERT & MITCHELL, LTD., shall appear before the Honorable Judge Kendell in Courtroom 2319 of the U.S. District Court Building at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present its **MOTION TO QUASH THE SUBPOENA OR FOR ENTRY OF PROTECTIVE ORDER**, at which time you may appear as you see so fit.

/s/ __Nancy E. Sasamoto___
Attorneys for Plaintiff

Nancy E. Sasamoto
Steven L. Katz
George Kobayashi
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North Lasalle Street, Suite 2500
Chicago, Illinois 60601
N:\SYS23\2260\NOT-MOT\0191001.doc

## SERVICE LIST

**Geoffrey Andrew Baker**
Dowell Baker, P.C.
229 Randolph Street
Oak Park, IL 60302
(708)660-1413
Email: gabaker@dowellbaker.com


**Robert M. Karton**
Robert M. Karton, Ltd.
77 West Washington Street
Suite 900
Chicago, IL 60602-2804
(312) 214-0900
Fax: 815-301-9114
Email: robert@karton.us


**Vernon William Francissen**
Francissen Patent Law, P.C.
53 W. Jackson Blvd.
Suite 1320
Chicago, IL 60604
(312) 294-9980


**Geoffrey David Smith**
Dowell Baker PC
201 Main Street
Suite 710
Lafayette, IN 47901
765 429 4004
Email: gsmith@dowellbaker.com