**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Miyano Machinery USA Inc., )<br>)<br>    Plaintiff, )<br>)<br>    vs )<br>)<br>MiyanoHitec Machinery, Inc., )<br>Thomas ("Tom" Miyano, a/k/a )<br>Toshiharu Miyano and Steven )<br>Miyano, a/k/a Shigemori Miyano, )<br>)<br>    <u>Defendants</u> )<br>MiyanoHitec Machinery, Inc., )<br>Thomas ("Tom" Miyano, a/k/a )<br>Toshiharu Miyano and Steven )<br>Miyano, a/k/a Shigemori Miyano, )<br>)<br>    Counterclaimants, )<br>)<br>    vs )<br>)<br>Miyano Machinery, Inc., and )<br>Miyano Machinery USA, Inc., )<br>)<br>    Counterdefendants. ) | Civil Action No. **08 C 526**<br><br>Hon. Virginia Kendall<br><br>Magistrate Judge Nolan<br><br><br>**JURY TRIAL DEMANDED** |

**<u>AMENDED NOTICE OF MOTION</u>**

To counsel of record as indicated on the attached service list:

Please Take Notice, that on Tuesday, April 1, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant/Counterclaimant Thomas Miyano shall appear before the Honorable Virginia Kendall in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, 23d Floor, Chicago, Illinois, and then and there present said Defendant/Counterplaintiff's MOTION TO DISQUALIFY MASUDA FUNAI ELFERT

& MITCHELL, LTD., AS COUNSEL FOR COUNTERDEFENDANT MIYANO MACHINERY, INC.

DATED:  March 25, 2008

Respectfully submitted,

/s/ Robert M. Karton
Robert M. Karton
ROBERT M. KARTON, LTD.
77 W. Washington St., Ste. 900
Chicago, IL  60602-2804
(312) 214-0900 telephone
(815) 301-9114 facsimile
robert@karton.us

Vernon W. Francissen
FRANCISSEN PATENT LAW, P.C.
53 W. Jackson Blvd., Ste. 1320
Chicago, IL  60604
(312) 294-9980 telephone
(312) 275-8772 facsimile
vern@francissenpatentlaw.com

Geoffrey A. Baker
Anthony E. Dowell
Geoffrey D. Smith
DOWELL BAKER, P.C.
201 Main Street, Ste. 710
Lafayette, IN  47901
(765) 429-4004 telephone
(765) 429-4114 facsimile
gabaker@dowellbaker.com

**CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing NOTICE OF MOTION and related MOTION were filed via the Court's ECF system and thus also sent by email on March 25, 2008, to the following:

Edward D. Manzo
COOK, ALEX, MCFARRON, MANZO, CUMMINGS & MEHLER, LTD.
200 W. Adams Street, Suite 2850
Chicago, IL  60606

(312) 236-8500 telephone
(312) 236-8176 facsimile

emanzo@cookalex.com

     I also certify that on March 25, 2008, I caused the service of the aforementioned documents on the following individuals, as addressed below, by being electronically mailed (emailed) and by placing for collection and deposit in the United States mail true copies of the said documents at Chicago, IL, in a sealed envelope with postage thereon fully prepaid, to the Chicago, Illinois, address shown.

Steven L. Katz
Nancy Sasamoto
Masuda, Funai, Eifert & Mitchell, Ltd.
203 N. LaSalle Street, Suite 2500
Chicago, IL  60601-1262

(312) 245-7500 telephone
(312) 245-7467 facsimile

skatz@musadafunai.com
nsasamoto@masudafunai.com

DATED:  March 25, 2008

                                        /s/ Robert M. Karton