U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 526
Miyano Machinery USA Inc.,
Plaintiff,
v.
MiyanoHitec Machinery, Inc., et al.
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Miyano Machinery Inc., Counter Defendant

| NAME (Type or print) |  |
|---|---|
| Nancy E. Sasamoto |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Nancy E. Sasamoto | |
| FIRM | |
| Masuda, Funai, Eifert, & Mitchell, Ltd. | |
| STREET ADDRESS | |
| 203 North LaSalle Street, Suite 2500 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 03128178 | 312-245-7500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☑   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |