## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Miyano Machinery USA Inc.

                              Plaintiff,

v.                                                  Case No.: 1:08−cv−00526
                                                      Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.

                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Motion hearing held. Plaintiff's Motion to Strike Portions of Answer [36] is taken under advisement. Parties shall submit an Agreed Order regarding Defendant's Motion to Compel Depositions in Osaka, Japan [39]. A conference call concerning the whereabouts of Mr. Nakagiri is set for 3/25/08 at 3:30 PM. The Motion to Disqualify Counsel [42] is entered and continued to 4/1/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.