**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 0526 |
|---|---|

Miyano Machinery USA Inc., Plaintiff
v.
MiyanoHitec Machinery, Inc. et al, Defendants
v.
Miyano Machinery, Inc., Third Party Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Miyano Machinery, Inc., Third Party Defendant

| NAME (Type or print) |
|---|
| Edward D. Manzo |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Edward Manzo |
| FIRM |
| Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd. |
| STREET ADDRESS |
| 200 West Adams Street, Suite 2850 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3124728 | (312) 236-8500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

The undersigned declares that he/she is over the age of 18 years, not a party to this action, and employed in the County of Cook, by Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd., Attorneys at Law, 200 West Adams Street, Suite 2850, Chicago, Illinois 60606. On the date listed below, I caused the filing of the foregoing document with all its attachments and exhibits. I caused the service of these aforementioned documents on the following individuals, as addressed below, by the means indicated, and on the date listed below:

| | | |
|---|---|---|
| Geoffrey A. Baker | Robert M. Karton | Vernon W. Francissen |
| Geoffrey D. Smith | ROBERT M. KARTON, LTD. | FRANCISSEN PATENT LAW, P.C. |
| DOWELL BAKER, P.C. | 77 W. Washington St., Suite 900 | 53 W. Jackson Blvd., Suite 1320 |
| 201 Main Street, Suite 710 | Chicago, Illinois 60602-2804 | Chicago, Illinois 60604 |
| Lafayette, Indiana 47901 | (312)214-0900 telephone | (312)294-9980 telephone |
| (765) 429-4004 telephone | (312)214-4230 facsimile | (312)275-8772 facsimile |
| (765) 429-4114 facsimile | robert@karton.us | vern@francissenpatentlaw.com |
| gabaker@dowellbaker.com | | |

Nancy E. Sasamoto
Steven L. Katz
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 N. LaSalle St.
Suite 2500
Chicago, IL 60601
312-245-7500 telephone
nsasamoto@masudafunai.com
skatz@masudafunai.com

____   (BY HAND DELIVERY) I caused each such document to be personally delivered by hand to the Chicago, Illinois addressee(s) shown above.

_X_   (BY ELECTRONIC MEANS) I caused this document to be electronically mailed (emailed) to Vernon W. Francissen, at the address shown above.

_X_   (BY ELECTRONIC MEANS) I cause each such document to be sent by electronic means through the Electronic Court Filing system to Geoffrey A. Baker, Geoffrey D. Smith and Robert M. Karton, Nancy Sasamoto, and Steven Katz at the addresses shown above, pursuant to LR 5.9.

Executed on March 26, 2008 at Chicago, Illinois.

Signed:   */s Edward Manzo*