# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Miyano Machinery USA Inc.

                              Plaintiff,

v.                                          Case No.: 1:08−cv−00526
                                            Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

        MINUTE entry before Judge Honorable Virginia M. Kendall: Telephonic Status hearing held on 3/26/2008. The Court approves the Agreed Order authorizing depositions in Osaka−Kobe, Japan. Enter Order. The briefing schedule on Plaintiff's Motion for Preliminary Injunction [14] is reset as follows: response due 4/25/2008; reply due 5/2/2008. The 5/9/2008 hearing date for the Preliminary Injunction Motion stands. Answer to Cross−claim due by 4/23/2008. Discovery supervision is referred to Magistrate Judge Nolan, including any future discovery motions. Counter−defendant's Motion to Quash [45] remains set for 4/1/2008 before Judge Kendall. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.