## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Miyano Machinery USA Inc.

                        Plaintiff,

v.                                                             Case No.: 1:08–cv–00526
                                                                        Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.

                        Defendant.

### ORDER REFERRING A CIVIL CASE TO THE
### DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related to: discovery supervision. (kw, )Mailed notice.

Dated: March 26, 2008

                                                                                  /s/ Virginia M. Kendall

                                                                               United States District Judge