

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 526 |
| Miyano Machinery USA Inc., Plaintiff, v. MiyanoHitec Machinery, Inc., et al. Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Miyano Machinery Inc., Counter Defendant

| | |
|---|---|
| NAME (Type or print)<br>George H. Kobayashi | MAR 2 6 2008 |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ [signature] | MAR 2 6 2008<br>FILED<br>MAR 2 6 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |
| FIRM<br>Masuda, Funai, Eifert, & Mitchell, Ltd. | |
| STREET ADDRESS<br>203 North LaSalle Street, Suite 2500 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6274002 | TELEPHONE NUMBER<br>312-245-7500 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐