# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Miyano Machinery USA Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | Civil Action No. **08 C 526** |
| | ) | |
| MiyanoHitec Machinery, Inc., | ) | Hon. Virginia Kendall |
| Thomas ("Tom" Miyano, a/k/a | ) | |
| Toshiharu Miyano and Steven | ) | Magistrate Judge Nolan |
| Miyano, a/k/a Shigemori Miyano, | ) | |
| | ) | |
| Defendants | ) | **JURY TRIAL DEMANDED** |
| MiyanoHitec Machinery, Inc., | ) | |
| Thomas ("Tom" Miyano, a/k/a | ) | |
| Toshiharu Miyano and Steven | ) | |
| Miyano, a/k/a Shigemori Miyano, | ) | |
| | ) | |
| Counterclaimants, | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Miyano Machinery, Inc., and | ) | |
| Miyano Machinery USA, Inc., | ) | |
| | ) | |
| Counterdefendants. | ) | |

## NOTICE OF MOTION

To counsel of record as indicated on the attached service list:

Please Take Notice, that on Tuesday, March 25, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant/Counterclaimant Thomas Miyano shall appear before the Honorable Virginia Kendall in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, 23d Floor, Chicago, Illinois, and then and there present said Defendant/Counterplaintiff's MOTION TO DISQUALIFY MASUDA FUNAI ELFERT

EXHIBIT

"A"

& MITCHELL, LTD., AS COUNSEL FOR COUNTERDEFENDANT MIYANO MACHINERY,

INC.

DATED:  March 24, 2008

                              Respectfully submitted,


                              /s/ Robert M. Karton
                              Robert M. Karton
                              ROBERT M. KARTON, LTD.
                              77 W. Washington St., Ste. 900
                              Chicago, IL  60602-2804
                              (312) 214-0900 telephone
                              (815) 301-9114 facsimile
                              robert@karton.us

                              Vernon W. Francissen
                              FRANCISSEN PATENT LAW, P.C.
                              53 W. Jackson Blvd., Ste. 1320
                              Chicago, IL  60604
                              (312) 294-9980 telephone
                              (312) 275-8772 facsimile
                              vern@francissenpatentlaw.com

                              Geoffrey A. Baker
                              Anthony E. Dowell
                              Geoffrey D. Smith
                              DOWELL BAKER, P.C.
                              201 Main Street, Ste. 710
                              Lafayette, IN  47901
                              (765) 429-4004 telephone
                              (765) 429-4114 facsimile
                              gabaker@dowellbaker.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTIcE OF MOTION and related MOTION were filed via the Court's ECF system and thus also sent by email on March 24, 2008, to the following:

Edward D. Manzo
COOK, ALEX, McFARRON, MANZO, CUMMINGS & MEHLER, LTD.
200 W. Adams Street, Suite 2850
Chicago, IL 60606

(312) 236-8500 telephone
(312) 236-8176 facsimile

emanzo@cookalex.com

DATED: March 24, 2008

/s/ Robert M. Karton

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Miyano Machinery USA Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | Civil Action No. **08 C 526** |
| | ) | |
| MiyanoHitec Machinery, Inc., | ) | Hon. Virginia Kendall |
| Thomas ("Tom" Miyano, a/k/a | ) | |
| Toshiharu Miyano and Steven | ) | Magistrate Judge Nolan |
| Miyano, a/k/a Shigemori Miyano, | ) | |
| | ) | |
| _____Defendants___ | ) | **JURY TRIAL DEMANDED** |
| MiyanoHitec Machinery, Inc., | ) | |
| Thomas ("Tom" Miyano, a/k/a | ) | |
| Toshiharu Miyano and Steven | ) | |
| Miyano, a/k/a Shigemori Miyano, | ) | |
| | ) | |
| Counterclaimants, | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Miyano Machinery, Inc., and | ) | |
| Miyano Machinery USA, Inc., | ) | |
| | ) | |
| Counterdefendants. | ) | |

**MOTION OF THOMAS ("TOM") MIYANO DEFENDANT/COUNTERCLAIMANT**
**TO DISQUALIFY MASUDA FUNAI ELFERT & MITCHELL, LTD.,**
**AS COUNSEL FOR COUNTERDEFENDANT MIYANO MACHINERY, INC.**

Defendant/Counterclaimant Thomas ("Tom") Miyano respectfully moves the Court to disqualify Masuda, Funai, Eifert & Mitchell, Ltd., ("Masuda, Funai") an Illinois professional corporation engaged in the practice of law, as counsel for Counterdefendant Miyano Machinery, Inc., ("MMJ") a Japanese company, and, in support thereof, states:

1.    Prior to 2003, MMJ was principally owned by Tom Miyano and Tom Miyano's family members.

2.    At all times relevant Miyano Machinery USA Inc., was a wholly owned subsidiary of MMJ and was directed and controlled by MMJ.

3.    Prior to 2004, Tom Miyano was the President and/or Chairman of the Board of Miyano Machinery USA Inc., ("MMU"), Plaintiff in this litigation.

4.    Tom Miyano has been informed by email from Louis Alex, Cook Alex, one of the attorneys of record for MMU in this litigation, that attorneys with the law firm of Masuda, Funai, Eifert & Mitchell, Ltd., will be entering appearances on behalf of MMJ in this litigation.

5.    Prior to 2004, Masuda Funai provided legal services to Tom Miyano, personally, in connection with at least one trademark application, transfer of direct or indirect ownership interests by Tom Miyano in MMU, tax matters, and other legal issues.

6.    The subject matter of Masuda Funai's prior representation of Tom Miyano and the subject matter and issues in the current litigation are substantially related.

7.    There exists the possibility, or appearance thereof, that confidential information which might have been given members of the law firm of Masuda Funai has a relationship to the subject matter of the pending litigation.

8.    Accordingly, Masuda Funai ought to be disqualified from representing Miyano Machinery Inc., in the pending litigation. *Westinghouse Electric Corporation v. Gulf Oil Corporation*, 588 F.2d 221 (7th Cir., 1978)

DATED:  March 24, 2008

Respectfully submitted,

/s/ Robert M. Karton
Robert M. Karton
ROBERT M. KARTON, LTD.

2

77 W. Washington St., Ste. 900
Chicago, IL  60602-2804
(312) 214-0900 telephone
(815) 301-9114 facsimile
robert@karton.us

Vernon W. Francissen
FRANCISSEN PATENT LAW, P.C.
53 W. Jackson Blvd., Ste. 1320
Chicago, IL  60604
(312) 294-9980 telephone
(312) 275-8772 facsimile
vern@francissenpatentlaw.com

Geoffrey A. Baker
Anthony E. Dowell
Geoffrey D. Smith
DOWELL BAKER, P.C.
201 Main Street, Ste. 710
Lafayette, IN  47901
(765) 429-4004 telephone
(765) 429-4114 facsimile
gabaker@dowellbaker.com