UNITED STATES DISTRICT OURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Miyano Machinery USA Inc. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. **08 C 526** |
| v. | ) |
| | ) Hon. Virginia Kendall |
| MiyanoHitec Machinery, Inc., | ) |
| Thomas ("Tom") Miyano, a/k/a/ | ) Magistrate Judge Nolan |
| Toshiharu Miyano and | ) |
| Steven Miyano, a/k/a/ | ) |
| Shigemori Miyano | ) |
| | ) |
| Defendants. | ) **JURY TRIAL DEMANDED** |
| MiyanoHitec Machinery, Inc. | ) |
| Thomas ("Tom") Miyano, a/k/a | ) |
| Toshiharu Miyano and | ) |
| Steven Miyano, a/k/a | ) |
| Shigemori Miyano, | ) |
| | ) |
| Counterclaimants, | ) |
| | ) |
| v. | ) |
| | ) |
| Miyano Machinery, Inc. and | ) |
| Miyano Machinery USA Inc, | ) |
| | ) |
| Counterdefendants. | ) |
| | ) |

## NOTICE OF FILING

TO:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 31ST day of March 2008, MIYANO MACHINERY, INC., by and through its attorneys, Steven L.Katz, Nancy E. Sasamoto, and George H. Kobayashi of MASUDA, FUNAI, EIFERT & MITCHELL, LTD., shall file **RESPONSE OF MIYANO MACHINERY, INC. TO MOTION TO DISQUALIFY**

with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.

                                              **MIYANO MACHINERY, INC.**

                                              By: <u>/s/ Steven L. Katz</u>

Nancy E. Sasamoto
Steven L. Katz
George H. Kobayashi
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601-2002
(312) 245-7500

N:\SYS23\2260\NOT-FIL\01990001.doc

**SERVICE LIST**

**Edward David Manzo**
**Jason R. Smalley**
**Joel H. Bock**
**Louis J Alex**
Cook Alex McFarron Manzo Cummings Mehler Ltd
200 West Adams Street
Suite 2850
Chicago, IL 60606
(312) 236-8500
Fax: 312-236-8176
Email: emanzo@cookalex.com

**Geoffrey Andrew Baker**
Dowell Baker, P.C.
229 Randolph Street
Oak Park, IL 60302
(708)660-1413
Email: gabaker@dowellbaker.com

**Robert M. Karton**
Robert M. Karton, Ltd.
77 West Washington Street
Suite 900
Chicago, IL 60602-2804
(312) 214-0900
Fax: 815-301-9114
Email: robert@karton.us

**Vernon William Francissen**
Francissen Patent Law, P.C.
53 W. Jackson Blvd.
Suite 1320
Chicago, IL 60604
(312) 294-9980

**Geoffrey David Smith**
Dowell Baker PC
201 Main Street
Suite 710
Lafayette, IN 47901
765 429 4004
Email: gsmith@dowellbaker.com