UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Miyano Machinery USA Inc.
                                 Plaintiff,

v.                                                     Case No.: 1:08−cv−00526
                                                       Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Motion hearing held. Defendant's Motion to Disqualify Counsel [42], and Motion to Quash Subpoena or for Protective Order [45] will be referred to Magistrate Judge Nolan. Plaintiff may file a sur−reply to the Motion to Disqualify by 4/4/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.