UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Miyano Machinery USA Inc.
                       Plaintiff,

v.                                              Case No.: 1:08−cv−00526
                                              Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Order on subsequent referral: Defendant's Motion to Disqualify Counsel [42] and Defendant's Motion to Quash Subpoena or for Protective Order [45] are referred to Magistrate Judge Nolan pursuant to the Expedited Referral Order dated 3/26/2008 [59]. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.