UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Miyano Machinery USA Inc.
                                   Plaintiff,

v.                                                 Case No.: 1:08−cv−00526
                                                       Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

      MINUTE entry before Judge Honorable Nan R. Nolan:Magistrate Judge Status hearing held on 4/8/2008. Motion hearing held on Counter Defendants' Motion to Quash Subpoena and for Entry of Protective Order [45]. Counter Defendants' Motion [45] shall be briefed as follows: Response to be filed by 04/15/08. Reply is due by 04/22/08. Oral argument held on Defendants' Motion to Disqualify [42]. Supplement briefing as to Defendants' Motion to Disqualify [42] is entered as follows: Sur−Reponse to be filed by 04/15/08. Sur−Sur Reply is due by 04/22/08. Ruling is set for 05/01/08 at 9:00 a.m. Counsel are further directed to meet and confer regarding both pending motions before Judge Nolan as advised in open court.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.