# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Miyano Machinery USA Inc.
                              Plaintiff,

v.                                          Case No.: 1:08−cv−00526
                                                    Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2008:

      MINUTE entry before Judge Honorable Nan R. Nolan:Minute order dated 04/21/08 − docket entry [72] is amended as follows: Counsel telephonically advised this Court that Counter−Claimant's Motion to disqualify counsel [42] is withdrawn.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.