# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Miyano Machinery USA Inc.

                        Plaintiff,

v.                                                     Case No.: 1:08−cv−00526
                                                            Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

      MINUTE entry before Judge Honorable Nan R. Nolan:Ruling on Counter−Defendant's motion to Quash [45] previsouly set for 05/01/08 at 9:00 a.m. is stricken. Status hearing set for 5/1/2008 at 09:00 a.m.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.