**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Miyano Machinery USA Inc.,  )<br>  )<br>Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>MiyanoHitec Machinery, Inc.,  )<br>Thomas ("Tom") Miyano, a/k/a Toshiharu  )<br>Miyano and  )<br>Steven Miyano, a/k/a Shigemori Miyano,  )<br>  )<br>Defendants  )<br>  )<br>───────────────────────────  )<br>  )<br>MiyanoHitec Machinery, Inc.,  )<br>Thomas ("Tom") Miyano, a/k/a Toshiharu  )<br>Miyano and Steven Miyano, a/k/a Shigemori  )<br>Miyano,  )<br>  )<br>Counterclaim-Plaintiffs  )<br>  )<br>v.  )<br>  )<br>Miyano Machinery USA Inc.  )<br>  )<br>Counterclaim-Defendant  )<br>  )<br>and  )<br>  )<br>Miyano Machinery, Inc.  )<br>  )<br>Third-Party Defendant  )<br>  )| Civil Action No. **08 C 526**<br><br>Hon. Virginia Kendall<br><br>Magistrate Judge Nolan<br><br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

**To:**

| | | |
|---|---|---|
| Geoffrey A. Baker<br>Geoffrey D. Smith<br>DOWELL BAKER, P.C.<br>201 Main Street, Suite 710<br>Lafayette, Indiana 47901<br>(765) 429-4004 telephone<br>(765) 429-4114 facsimile<br>gabaker@dowellbaker.com | Robert M. Karton<br>ROBERT M. KARTON, LTD.<br>77 W. Washington St., Suite 900<br>Chicago, Illinois 60602-2804<br>(312)214-0900 telephone<br>(312)214-4230 facsimile<br>robert@karton.us | Vernon W. Francissen<br>FRANCISSEN PATENT LAW, P.C.<br>53 W. Jackson Blvd.,<br>Suite 1320<br>Chicago, Illinois 60604<br>(312)294-9980 telephone<br>(312)275-8772 facsimile<br>vern@francissenpatentlaw.com |

1

2

PLEASE TAKE NOTICE**,** that on **Tuesday, May 1, 2008** at 9:00 a.m. or as soon thereafter as counsel may be heard in the above-captioned action, Plaintiff, Miyano Machinery USA Inc., shall appear before Magistrate Judge Nolan in the courtroom usually occupied by her, or before any Judge sitting in her stead, and shall then and there present the motion entitled **Plaintiff's Motion to Compel Production of Written Declarations of Kenichi Harada, Shoji Takamori, and Jisaburo Nakajima.**

                                                              Respectfully submitted,

Dated: April 28, 2008                               *s/Edward D. Manzo*
                                                              Edward D. Manzo
                                                              Joel Bock
                                                              Louis J. Alex
                                                              Jason R. Smalley
                                                              Attorneys for Plaintiff

Edward D. Manzo   I.D. # 03124728
Joel Bock        I.D. # 00239984
Louis J. Alex    I.D. # 06274458
Jason R. Smalley    I.D. # 06287426
COOK, ALEX, McFARRON, MANZO,
CUMMINGS & MEHLER, LTD.
200 West Adams Street, Suite 2850
Chicago, IL 60606
Phone:  (312) 236-8500
Fax:  (312) 236-8176
emanzo@cookalex.com

2

**CERTIFICATE OF SERVICE**

The undersigned declares that he/she is over the age of 18 years, not a party to this action, and employed in the County of Cook, by Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd., Attorneys at Law, 200 West Adams Street, Suite 2850, Chicago, Illinois 60606.

On the date listed below, I caused the filing of the foregoing **Notice of Motion** with all its attachments and exhibits. I caused the service of these aforementioned documents on the following individuals, as addressed below, by the means indicated, and on the date listed below:

| | | |
|---|---|---|
| Geoffrey A. Baker | Robert M. Karton | Vernon W. Francissen |
| Geoffrey D. Smith | ROBERT M. KARTON, LTD. | FRANCISSEN PATENT LAW, P.C. |
| DOWELL BAKER, P.C. | 77 W. Washington St., Suite 900 | 53 W. Jackson Blvd., |
| 201 Main Street, Suite 710 | Chicago, Illinois 60602-2804 | Suite 1320 |
| Lafayette, Indiana 47901 | (312)214-0900 telephone | Chicago, Illinois 60604 |
| (765) 429-4004 telephone | (312)214-4230 facsimile | (312)294-9980 telephone |
| (765) 429-4114 facsimile | robert@karton.us | (312)275-8772 facsimile |
| gabaker@dowellbaker.com | | vern@francissenpatentlaw.com |

Nancy E. Sasamoto
Steven L. Katz
George H Kobayashi
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 N. LaSalle St.
Suite 2500
Chicago, IL 60601
312-245-7500 telephone
nsasamoto@masudafunai.com
skatz@masudafunai.com
gkobayashi@masudafunai.com

  X   (BY ELECTRONIC MEANS) I caused this document to be electronically mailed (emailed) to Vernon W. Francissen, at the address shown above.

  X   (BY ELECTRONIC MEANS) I cause each such document to be sent by electronic means through the Electronic Court Filing system to Nancy Sasamoto, Steven Katz, George H Kobayashi, Geoffrey A. Baker, Geoffrey D. Smith and Robert M. Karton at the address shown above, pursuant to LR 5.9.

Executed on April 28, 2008 at Chicago, Illinois.

Signed:        */s Edward Manzo*