## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Miyano Machinery USA Inc.

                    Plaintiff,

v.                                          Case No.: 1:08−cv−00526
                                          Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.

                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

     MINUTE entry before Judge Honorable Nan R. Nolan:Motion hearing held on Plaintiff's Motion to Compel [Doc. 78]. Parties will meet and confer and advise the court by May 2, 2008 whether Defendants will produce the requested affidavits or whether briefing is required.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.