**EXHIBIT B**

~COMBINED DECLARAT"~N OF USE IN COMMERCE/APPLIC/~ON FOR RENE~... Page 1 of 2

## ~COMBINED DECLARATION OF USE IN COMMERCE/APPLICATION FOR RENEWAL OF REGISTRATION OF MARK UNDER §§ 8 & 9~

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| MARK | M MIYANO |
| REGISTRATION NUMBER | 1217317 |
| SERIAL NUMBER | 73328921 |
| REGISTRATION DATE | 11/23/1982 |
| NAME | MIYANO MACHINERY INC. |
| STREET | 940 North Central Avenue |
| CITY | Wood Dale |
| STATE | IL |
| COUNTRY | USA |
| ZIP/POSTAL CODE | 60191 |
| E-MAIL ADDRESS | gkobayashi@masudafunai.com |
| ALL GOODS AND/OR SERVICES IN EXISTING REGISTRATION | Yes |
| NAME | George H. Kobayashi |
| STREET | One East Wacker Drive, Suite 3200 |
| CITY | Chicago |
| STATE | IL |
| COUNTRY | USA |
| ZIP/POSTAL CODE | 60601-2002 |
| E-MAIL ADDRESS | gkobayashi@masudafunai.com |
| FIRM NAME | Masuda, Funai, Eifert & Mitchell, Ltd. |
| TELEPHONE NUMBER | 312-245-7500 |
| FAX NUMBER | 312-245-7467 |
| ATTORNEY DOCKET NUMBER | 2260-39F |

MMU0000144

~COMBINED DECLARAT~ ~N OF USE IN COMMERCE/APPLIC~ ~ION FOR RENE~... Page 2 of 2

| | |
|---|---|
| OTHER APPOINTED ATTORNEY(S) | Nancy E. Sasamoto |
| COMBINED SECTIONS 8 & 9 FILING FEE AMOUNT | 500 |
| NUMBER OF CLASSES | 1 |
| TOTAL FEES PAID | 500 |
| NUMBER OF CLASSES | 1 |
| INTERNATIONAL CLASS NUMBER | 007 |
| SPECIMEN | Yes |
| SPECIMEN DESCRIPTION | Scanned image of mark and design as used on goods in commerce. |
| E-MAIL ADDRESS FOR CORRESPONDENCE | gkobayashi@masudafunai.com |
| SIGNATURE | /George H. Kobayashi/ |
| DATE | 11/05/2002 |
| NAME | George H. Kobayashi |
| TITLE | Attorney at Law |
| RAM SALE NUMBER | 182 |
| RAM ACCOUNTING DATE | 20021106 |
| INTERNET TRANSMISSION DATE | Tuesday, 11-05-2002 16:22:39 EST |
| TEAS STAMP | USPTO/S08N09-2061658524-20021105162214394-1217317-12491acf3217382d83e887484435a19bd28-RAM-182-200211051614394 |

Go Back

MMU0000145

~COMBINED DECLARAT~~N OF USE IN COMMERCE/APPLIC~~~ION FOR RENE~... Page 1 of 2

PTO Form 1963 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

### ~COMBINED DECLARATION OF USE IN COMMERCE/APPLICATION FOR RENEWAL OF REGISTRATION OF MARK UNDER §&sePTO Form 1963 (Rev 4/2000)

**\* To the Commissioner for Trademarks \***

<DOCUMENT INFORMATION>
<COMBINED SECTIONS 8 & 9 DECLARATION/APPLICATION>
<VERSION 1.24>

<TRADEMARK/SERVICEMARK INFORMATION>
<MARK>  M MIYANO
<REGISTRATION NUMBER>  1217317
<SERIAL NUMBER>  73328921
<REGISTRATION DATE>  11/23/1982

<OWNER INFORMATION>
<NAME>  MIYANO MACHINERY INC.
<STREET>  940 North Central Avenue
<CITY>  Wood Dale
<STATE>  IL
<COUNTRY>  USA
<ZIP/POSTAL CODE>  60191
<E-MAIL ADDRESS>  gkobayashi@masudafunai.com

<GOODS AND SERVICES INFORMATION>
<ALL GOODS AND/OR SERVICES IN EXISTING REGISTRATION>  Yes
~ The owner is using or is using through a related company the mark in commerce on or in connection with all the goods/services listed in the existing registration. ~

<ATTORNEY INFORMATION>
<NAME>  George H. Kobayashi
<STREET>  One East Wacker Drive, Suite 3200
<CITY>  Chicago
<STATE>  IL
<COUNTRY>  USA
<ZIP/POSTAL CODE>  60601-2002
<E-MAIL ADDRESS>  gkobayashi@masudafunai.com
<FIRM NAME>  Masuda, Funai, Eifert & Mitchell, Ltd.
<TELEPHONE NUMBER>  312-245-7500
<FAX NUMBER>  312-245-7467
<ATTORNEY DOCKET NUMBER>  2260-39F
<OTHER APPOINTED ATTORNEY(S)>  Nancy E. Sasamoto

<FEE INFORMATION>
<COMBINED SECTIONS 8 & 9 FILING FEE AMOUNT>  500
<NUMBER OF CLASSES>  1
<TOTAL FEES PAID>  500

11/06/2002 INTTERS 00000182 1217317
01 FC:7205      100.00 OP
02 FC:7201      400.00 OP

MMU0000146

~COMBINED DECLARAT~~N OF USE IN COMMERCE/APPLIC^~ION FOR RENE... Page 2 of 2

<NUMBER OF CLASSES> 1

<USE INFORMATION>
<INTERNATIONAL CLASS NUMBER> 007
<SPECIMEN> Yes
<SPECIMEN DESCRIPTION> Scanned image of mark and design as used on goods in commerce.

<LAW OFFICE INFORMATION>
<E-MAIL ADDRESS FOR CORRESPONDENCE> gkobayashi@masudafunai.com
~ The USPTO is authorized to communicate with the applicant's attorney at the above e-mail address ~

<SIGNATURE AND OTHER INFORMATION>
~ Declaration: The owner is using or is using through a related company the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. ~
~ The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true. ~
~ Declaration: The registrant requests that the registration be renewed for the goods and/or services identified above. ~
<SIGNATURE> /George H. Kobayashi/
<DATE> 11/05/2002
<NAME> George H. Kobayashi
<TITLE> Attorney at Law

<RAM INFORMATION>
<RAM SALE NUMBER> 182
<RAM ACCOUNTING DATE> 20021106
<INTERNET TRANSMISSION DATE> Tuesday, 11-05-2002 16:22:39 EST
<TEAS STAMP> USPTO/S08N09-2061658524-20021105162214394-1217317-12491acf3217382d83e887484435a19bd28-RAM-182-20021105161914394

The information collected on this form allows the USPTO to determine whether a mark may be registered on the Principal or Supplemental register, and provides notice of an applicant's claim of ownership of the mark. Responses to the request for information are required to obtain the benefit of a registration on the Principal or Supplemental register. 15 U.S.C. §§1051 et seq. and 37 C.F.R. Part 2. All information collected will be made public. Gathering and providing the information will require an estimated 13 minutes (depending if the application is based on an intent to use the mark in commerce, use of the mark in commerce, or a foreign application or registration). Please direct comments on the time needed to complete this form, and/or suggestions for reducing this burden to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington D.C. 20231. Please note that the PTO may not conduct or sponsor a collection of information using a form that does not display a valid OMB control number.

MMU0000147

SPECIMEN

**Internet Transmission Date:**
11052002

**Class Number:**
007

**Registration Number:**
1217317

**Serial Number:**
73328921

**\*73328921\***



MMU0000148