**EXHIBIT F**

Subject: Response to Interrogatory #1
From: "Robert M. Karton" <robert@karton.us>
Date: Wed, 07 May 2008 17:55:04 -0500
To: "Edward Manzo" <emanzo@cookalex.com>,"Louis Alex" <lalex@cookalex.com>,"Steven Katz" <skatz@masudafunai.com>,"Nancy Sasamoto" <NSasamoto@masudafunai.com>,"George Kobayashi" <GKobayashi@masudafunai.com>,"Jason Smalley" <jsmalley@cookalex.com>,
CC: "Geoffrey Baker" <gabaker@dowellbaker.com>,"Vernon Francissen" <vern@francissenpatentlaw.com>

In view of case law on the subject, the paucity of time
before our response to your Motion for Preliminary
Injunction is due, the amount of time you've already had to
gather information, and the fact that it is now six days
after you provided your insufficient response; your offer to
supplement your response to Interrogatory #1 by May 13 is
unacceptable.

If I have not received your supplement providing me with all
MMU's information and beliefs relating to or bearing on the
declarations made by Mr. Kobayashi in the applications in
issue by 5:00 p.m. on Thursday, May 8, I will promptly
proceed with a Motion to Compel, including pursuing the
subpoena to take Mr. Kobayashi's deposition.

We have made every effort to comply with Judge Nolan's
suggestion to seek relevant information from you rather than
deposing Mr. Kobayashi despite the case law holding that the
information and beliefs he obtained on which his
declarations are based, regardless of the source of the
information and beliefs or how he obtained it, are relevant
and are not privileged.  You, on the other hand, have not
provided us with anything other than that which constitutes
public records, and you are continuing to delay a full
response.  Such action is simply not acceptable.

Bob
Robert M. Karton, Ltd.
77 W. Washington St., Ste. 900
Chicago, IL  60602
robert@karton.us;
(312) 214-0900 - bus
(815) 301-9114 - fax
(312) 543-2654 - cell

--Certified Virus Free by 4SecureMail.com ICSA-Certified Scanner--