# EXHIBIT G

**Subject:** RE: Response to Interrogatory #1
**From:** "Louis Alex" <lalex@cookalex.com>
**Date:** Thu, 8 May 2008 17:01:21 -0500
**To:** <robert@karton.us>, "'Edward Manzo'" <emanzo@cookalex.com>, "'Steven Katz'" <skatz@masudafunai.com>, "'Nancy Sasamoto'" <NSasamoto@masudafunai.com>, "'George Kobayashi'" <GKobayashi@masudafunai.com>, "'Jason Smalley'" <jsmalley@cookalex.com>
**CC:** "'Geoffrey Baker'" <gabaker@dowellbaker.com>, "'Vernon Francissen'" <vern@francissenpatentlaw.com>

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

-----Original Message-----
[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

is acceptable.

[illegible] received your supplement providing me with all [illegible]'s information and beliefs relating to or bearing on the declaration made [illegible] Kobayashi in the applications in issue by 5:00 p.m. on Thursday, May 8, I will promptly proceed with a Motion to Compel, including pursuing the subpoena to take Mr. Kobayashi's deposition.

[illegible] comply with Judge [illegible]'s suggestion to seek relevant information from you rather than [illegible] despite the [illegible] finding [illegible] information and beliefs he obtained or which his declaration [illegible] regardless of the source of the information and beliefs or how he obtained it are relevant and not privileged. [illegible] have not provided us with anything other than that which constitutes public [illegible] response. Such action is simply not acceptable.

[illegible]

Robert M. [illegible], Ltd.
[illegible] Ste. [illegible]
Chicago IL 60602
Direct Phone Numbers:
(312) [illegible]-0900 - bus
[illegible] - fax
(312) [illegible]-2654 - cell

--[illegible]--