**EXHIBIT J**

Nancy E. Sasamoto
Attorney at Law
nsasamoto@masudafunai.com
tel 312.245.7429
fax 312.245.7467

MasudaFunai

CHICAGO   LOS ANGELES   SCHAUMBURG

May 1, 2008

*Via Messenger Delivery*

Robert M. Karton, Esq.
77 W. Washington Street, Suite 900
Chicago, IL 60602

Re:   Miyano Machinery USA Inc. v. MiyanoHitec Machinery Inc., et al, Case No. 08 C526

Dear Bob:

I am writing on behalf of Masuda, Funai, Eifert & Mitchell, Ltd. (the "Firm") and George H. Kobayashi, to whom Defendants issued a subpoena on or about March 17, 2008. By its letter of March 24, 2008, the Firm served Defendants with its written objections to the Kobayashi subpoena. As you know, the Firm filed a Motion to Quash the Subpoena or for Entry of Protective Order on March 25, 2008, which Motion is still pending.

Through our discussions, Defendants agreed to narrow the scope of the documents covered by the subpoena to the Firm's files relating to the five marks specified below. In accordance with our agreement and without waiver by the Firm of its objections, the Firm is producing herewith copies of non-privileged documents contained in its files relating to the following trademark applications or registrations:

| Trademark | Serial/Registration Number |
|---|---|
| Winged "M" Miyano in triangle (goods) | R. 1,217,317 |
| MIYANO THE WORLD LEADER IN PRECISION | R. 1,473,925 |
| MIYANO (stylized) | R. 1,527,809 |
| MIYANO | R. 3,328,718 |
| Winged "M" Miyano in triangle (services) | S. 77/176918 |

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street Suite 2500 Chicago Illinois 60601-1262 TEL 312.245.7500 FAX 312.245.7467 www.masudafunai.com

Robert M. Karton, Esq.
May 1, 2008
Page 2 of 2

We are also providing a Privilege Log of the documents being withheld from these files on the basis of the attorney-client or work product privileges.

If you have any questions, please feel free to contact me or Steve Katz.

Very truly yours,

Masuda, Funai, Eifert & Mitchell, Ltd.

Nancy E. Sasamoto

Enclosures

cc:   Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd.

NES:mk
N:\SYS12\2260\ltrs\01990003.doc

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| Miyano Machinery USA Inc., | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action 08 C 526 |
| | ) | |
| MiyanoHitec Machinery, Inc., | ) | JUDGE KENDALL |
| Thomas ("Tom") Miyano, a/k/a | ) | MAGISTRATE JUDGE NOLAN |
| Toshiharu Miyano and | ) | |
| Steven Miyano, a/k/a Shigemori | ) | |
| Miyano, | ) | |
| Defendants. | ) | |

## MASUDA FUNAI EIFERT & MITCHELL, LTD.'S PRIVILEGE LOG (4/30/08)

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 1. | MFEM | File | 8/24/2004 | MF0001 | Trademark Status Sheet | Attorney/Client Privilege |
| 2. | George Kobayashi (MFEM) | Henry Marchionne (MMU) | 8/20/2004 | MF0002–MF0005 | Fax and Letter re: Reg. #s' 1217317 (Winged M Miyano mark), 1527809 (Miyano Design Mark), 1473925 (Miyano The World Leader In Precision) with status sheet attached | Attorney/Client Privilege |
| 3. | George Kobayashi (MFEM) | Hank Marchionne (MMU) | 11/24/2003 | MF0006-MF0008 | Letter re: Winged M Miyano trademark with Notice of Acceptance attached | Attorney/Client Privilege |
| 4. | George Kobayashi (MFEM) | | 11/21/2003 | MF0010-MF0012 | TARR Status report for Winged M Miyano with attorney notes | Attorney/Client Privilege |
| 5. | George Kobayashi (MFEM) | | 11/19/2003 | MF0013-MF0014 | Draft letter re Renewal application | Attorney/Client Privilege |
| 6. | | | Undated | MF0038 | Drawing | Attorney/Client Privilege |
| 7. | Hank Marchionne (MMU) | MFEM | 3/11/2002 | MF0043 | Response to George Kobayashi letter of 3/07/2002 | Attorney/Client Privilege |

|  | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 8. | George Kobayashi (MFEM) | Hank Marchionne (MMU) | 3/7/2002 | MF0044-MF0045 | Letter re: Winged M Miyano trademark | Attorney/Client Privilege |
| 9. | Roy Takahashi (MMU) | Ed Underhill (MFEM) | 4/7/1988 | MF0060-MF0063 | Letter re: Winged M Miyano trademark with signed affidavit and potential specimens | Attorney/Client Privilege |
| 10. | Edward Underhill (MFEM) | Toshiharu Miyano (MMU) | 3/17/1988 | MF0064-MF0068 | Letter re: Winged M Miyano trademark with draft attached | Attorney/Client Privilege |
| 11. | Edward Underhill (MFEM) |  | Undated | MF0069-MF0070 | Draft Section 8 & 15 affidavit | Attorney/Client Privilege |
| 12. | Mary Shellenberg (MFEM) | Toshiharu Miyano (MMU) | 11/25/1987 | MF0071 | Letter re: Miyanomatic and Winged M Miyano Trademarks | Attorney/Client Privilege |
| 13. | MFEM |  | Undated | MF0072-MF0074 | Trademark status sheet- Winged M Miyano Trademark | Attorney/Client Privilege |
| 14. | Mary Shellenberg (MFEM) | File 2260-39F | 12/9/1985 | MF0083 | Memorandum re: Winged M Miyano Trademark | Attorney/Client Privilege |
| 15. | Tom Miyano (MMU) | Masuda Funai (MFEM) | 12/4/1985 | MF0084 | Announcement re: Personnel Change with attorney's notes | Attorney/Client Privilege |
| 16. | MFEM | File | 3/22/2007 | MF0085 | Trademark Status Sheet | Attorney/Client Privilege |
| 17. | Kathy Hosty (MFEM) | Gentaro Kakumae (MMU) | 5/2/2007 | MF0086-MF0088 | Letter re: Miyano The World Leader In Precision Trademark with Notice of Acceptance attached | Attorney/Client Privilege |
| 18. | Kathy Hosty (MFEM) | Marcia Kushino (MFEM) | 5/1/2007 | MF0092 | E-mail re: Miyano The World Leader In Precision | Attorney/Client Privilege |
| 19. | George Kobayashi (MFEM) | Kathy Hosty (MFEM) | 3/20/2007 | MF0101 | E-mail re: Miyano The World Leader In Precision | Attorney/Client Privilege |

2

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 20. | Kathy Hosty (MFEM) | Hank Marchionne (MMU) cc: George Kobayashi (MFEM) | 3/19/2007 | MF0102-MF0106 | E-mail re: Miyano The World Leader In Precision and response from Mr. Marchionne attached | Attorney/Client Privilege |
| 21. | Kathy Hosty (MFEM) | Gentaro Kakumae (MMU) | 3/1/2007 | MF0107-MF0109 | Letter re: Miyano The World Leader In Precision | Attorney/Client Privilege |
| 22. | George Kobayashi (MFEM) | Hank Marchionne (MMI) | 8/20/2004 | MF0110-MF0114 | Fax and Letter re: Reg. #'s' 1217317 (Winged M Miyano mark), 1527809 (Miyano Design Mark), 1473925 (Miyano The World Leader In Precision) with status sheet attached | Attorney/Client Privilege |
| 23. | Rebecca Lederhouse (MFEM) | Roy Takahashi (MMU) cc: Joe Parisi (MFEM) | 7/2/1993 | MF0115-MF0116 | Letter re: Miyano The World Leader In Precision with with notes of Joseph S. Parisi (MFEM) of 7/19/1993 | Attorney/Client Privilege |
| 24. | Rebecca Lederhouse (MFEM) | Roy Takahashi (MMU) cc: Joe Parisi (MFEM) | 7/22/1993 | MF0118 | Letter re: Miyano The World Leader In Precision trademark | Attorney/Client Privilege |
| 25. | Rebecca Lederhouse (MFEM) | Roy Takahashi (MMU) cc: Joe Parisi (MFEM) | 7/2/1993 | MF0119-MF0121 | Letter re: Miyano The World Leader In Precision with receipt attached | Attorney/Client Privilege |
| 26. | Roy Takahashi (MMU) | Rebecca Lederhouse (MFEM) | 2/8/1993 | MF0134-MF0144 | Letter re: The World Leader In Precision with sample trademark specimens enclosed | Attorney/Client Privilege |

3

|  | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 27. | Rebecca Lederhouse (MFEM) | Roy Takahashi (MMU) | 1/28/1993 | MF0145-MF0147 | Letter re: The World Leader In Precision and draft document | Attorney/Client Privilege |
|  | MMU | MFEM | Undated | MF0148-MF0149 | Sample Trademark Specimens | Attorney/Client Privilege |
| 28. | Nancy Sasamoto (MFEM) | Roy Takahashi (MMU) | 2/4/1988 | MF0161-MF0165 | Letter re: Registration of The World Leader In Precision with Certificate of Registration attached | Attorney/Client Privilege |
| 29. | Mary Shellenberg (MFEM) |  | 11/9/1987 | MF0168 | Note re: Telephone call with trademark examiner | Attorney/Client Privilege |
| 30. | Nancy Sasamoto (MFEM) | G. Todokoro (MMU) | 9/29/1987 | MF01695 | Letter re: Miyano the World Leader In Precision | Attorney/Client Privilege |
| 31. | Eldon H. Kakuda (MFEM) | File | Undated | MF0176-MF0177 | Draft Amendment | Attorney/Client Privilege |
| 32. | MFEM | File | Undated | MF0178-MF0180 | Trademark Status Sheet for Miyanomatic | Attorney/Client Privilege |
| 33. | MFEM | File | Undated | MF0181-MF0183 | Trademark Status Sheet for Winged M Miyano | Attorney/Client Privilege |
| 34. | Eldon H. Kakuda (MFEM) | File | Undated | MF0184 | Notes re: Telephone call with PTO | Attorney/Client Privilege |
| 35. |  |  | Undated | MF0185-MF0186 | Trademark Manual of Examining Procedure | Attorney/Client Privilege |
| 36. | Nancy Sasamoto (MFEM) | George Todokoro (MMU) | 3/30/1987 | MF0192 | Letter re: Miyano The World Leader In Precision trademark | Attorney/Client Privilege |

4

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 37. | George Todokoro (MMU) | Nancy Sasamoto (MFEM) | 3/4/1987 | MF0200 | Letter re: Miyano The World Leader In Precision trademark | Attorney/Client Privilege |
| 38. | Nancy Sasamoto (MFEM) | George Todokoro (MMU) | 2/27/1987 | MF0201-MF0204 | Letter re: Miyano The World Leader In Precision with draft application attached | Attorney/Client Privilege |
| 39. | Nancy Sasamoto (MFEM) | File | Undated | MF0205-MF0207 | Draft Application for Miyano The World Leader In Precision | Attorney/Client Privilege |
| 40. | Nancy Sasamoto (MFEM) | File | Undated | MF0208 | Notes of Nancy E. Sasamoto | Attorney/Client Privilege |
| 41. | George Todokoro (MMU) | Nancy Sasamoto (MFEM) | 2/10/1987 | MF0209 | Letter re: Miyano The World Leader In Precision | Attorney/Client Privilege |
| 42. | Nancy Sasamoto (MFEM) | File | 1/22/1987 | MF0210 | Notes re: Meeting with Mr. Todokoro | Attorney/Client Privilege |
| 43. | Nancy Sasamoto (MFEM) | George Todokoro (MMU) | 1/7/1987 | MF0211-MF0213 | Letter re: Miyano The World Leader In Precision | Attorney/Client Privilege |
| 44. | Nancy Sasamoto (MFEM) | | Undated | MF0243-MF0253 | Legal Research and Notes re: Trademarks | Attorney/Client Privilege |
| 45. | George Todokoro (MMU) | Mary Shellenberg (MFEM) | 9/18/1986 | MF0254 | Letter re: Millionth Precision trademark and Miyano The World Leader In Precision | Attorney/Client Privilege |
| 46. | MFEM | File | 1/2/2003 | MF0255 | Trademark Status Sheet | Attorney/Client Privilege |
| 47. | George Kobayashi (MFEM) | Henry Marchionne (MMU) | 8/20/2004 | MF0002--MF0005 | Fax and Letter re: Reg. #s' 1217317 (Winged M Miyano mark), 1527809 (Miyano Design Mark), 1473925 (Miyano The World Leader In Precision) with status sheet attached | Attorney/Client Privilege |

5

|  | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 48. | MFEM | File | 1/20/98 | MF0261 | Trademark Status Sheet for Miyano design | Attorney/Client Privilege |
| 49. | Amy Kurland (MFEM) | Roy Takahashi (MMI) cc: Joe Parisi (MFEM) | 3/7/1995 | MF0262 | Letter re: Stylized Miyano trademark | Attorney/Client Privilege |
| 50. | Amy Kurland (MFEM) | U.S. Patent and Trademark Office | 7/12/1994 | MF0267A | Letter re: Reg. No. 1,527,808 stylized Miyano with 12/7/1994 notes of Amy Kurland (MFEM). Copy of letter with notes redacted is being provided. | Attorney/Client Privilege |
| 51. | Amy Kurland (MFEM) | Roy Takahashi (MMU) | 5/13/1994 | MF0262 | Letter re: Stylized Miyano | Attorney/Client Privilege |
| 52. | Roy Takahashi (MMU) | Amy Kurland (MFEM) | 6/13/1994 | MF0274 | Letter re: Stylized Miyano Trademark | Attorney/Client Privilege |
| 53. | Amy Kurland (MFEM) | Roy Takahashi (MMU) | 5/13/1994 | MF0275-MF277 | Letter re: Stylized Miyano Trademark and draft declaration | Attorney/Client Privilege |
| 54. | Amy Kurland (MFEM) | Roy Takahashi (MMU) | 3/8/1994 | MF0278-MF0282 | Letter re: Registration of Stylized Miyano with registration attached | Attorney/Client Privilege |
| 55. | Roy Takahashi (MMU) | Nancy Sasamoto (MFEM) | 8/3/1988 | MF0295 | Letter re: Stylized Miyano trademark | Attorney/Client Privilege |
| 56. | Nancy Sasamoto (MFEM) | Roy Takahashi (MMU) | 7/15/1988 | MF0296 | Letter re: Stylized Miyano trademark | Attorney/Client Privilege |
| 57. | Roy Takahashi (MMU) | Nancy Sasamoto (MFEM) | 4/7/1988 | MF0298 | Letter re: Stylized Miyano trademark | Attorney/Client Privilege |
| 58. | Tom Miyano (MMU) | Nancy Sasamoto (MFEM) | 2/23/1988 | MF0299 | Letter re: Stylized Miyano trademark | Attorney/Client Privilege |

|     | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|-----|-----------|--------------|------|-------------------------|-------------|--------------------|
| 59. | Nancy Sasamoto (MFEM) | Roy Takahashi (MMU) | 3/23/1988 | MF0300-MF0306 | Letter re: Miyano and Stylized Miyano trademark with draft applications attached | Attorney/Client Privilege |
| 60. | Nancy Sasamoto (MFEM) | Roy Takahashi (MMU) | 3/30/1989 | MF0307-MF0312 | Letter re: Certificates of Registration of Miyano and stylized Miyano design with registrations attached | Attorney/Client Privilege |
| 61. | Nancy Sasamoto (MFEM) | Roy Takahashi (MMU) | 2/18/1988 | MF0317-MF0318 | Letter re: Miyano and stylized Miyano trademarks | Attorney/Client Privilege |
| 62. | Roy Takahashi (MMU) | Nancy Sasamoto (MFEM) | 2/17/1988 | MF0319 | Facsimile re Stylized Miyano trademark | Attorney/Client Privilege |
| 63. | MFEM |  | 4/7/1988 | MF0326-MF0328 | Draft application signed by T. Miyano | Attorney/Client Privilege |
| 64. | MMU | MFEM | Undated | MF0329-MF331 | Sample specimens | Attorney/Client Privilege |
| 65. | Rebecca Lederhouse (MFEM) | File | Undated | MF0409 | Notes of Rebecca Lederhouse (MFEM) re Stylized Miyano trademark | Attorney/Client Privilege |
| 66. | MFEM | File | 11/15/2007 | MF0410 | Trademark Status Sheet - MIYANO | Attorney/Client Privilege |
| 67. | Kathy Hosty (MFEM) | Gentaro Kakumae (MMU) | 11/15/2007 | MF0411-MF0417 | Letter re: Reg. No. 3328718 MIYANO with copy of certificate of registration | Attorney/Client Privilege |
| 68. | Kathy Hosty (MFEM) | Gentaro Kakumae (MMU) | 2/20/2007 (7:45:09 PM) | MF0430-MF0432 | E-mail re: MIYANO trademark with attached e-mails from G. Kakumae, 2/20/2007 at 7:21 PM; K. Hosty, 2/20/2007 at 7:14 PM; G. Kakumae, 2/20/2007 at 7:05 PM and K. Hosty, 2/20/2007 at 7:05 PM | Attorney/Client Privilege |
| 69. | Kathy Hosty (MFEM) | Gentaro Kakumae (MMU) | 2/20/2007 (6:12:46 PM) | MF0441-MF0442 | E-mail re: MIYANO trademark with attached e-mails from G. Kakumae, 2/20/2007 at 5:57 PM; K. Hosty, 2/20/2007 at 4:15 PM | Attorney/Client Privilege |

7

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 70. | Kathy Hosty (MFEM) | Gentaro Kakumae (MMU) cc: George Kobayashi (MFEM) | 2/15/2007 | MF0443 | E-mail re: MIYANO trademark with draft application | Attorney/Client Privilege Work Product |
| 71. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 2/14/2007 | MF0444-MF0452 | E-mails re: MIYANO trademark with attached e-mails from G. Kobayashi, 2/14/2007 at 4:04 PM; G. Kakumae, 2/14/2007 at 2:50 PM; G. Kobayashi, 2/14/2007 at 2:51 PM; G. Kakumae, 2/14/2007 at 1:31 PM; G. Kobayashi, 2/13/2007 at 9:51 AM; G. Kakumae, 2/12/2007 at 7:02 PM; G. Kobayashi, 2/08/2007 at 3:15 PM ; G. Kakumae, 2/6/2007 at 7:39 PM; G. Kobayashi, 2/6/2007 at 1:38 PM; G. Kakumae, 2/6/2007 at 10:41 AM | Attorney/Client Privilege |
| 72. | Amy Kurland (MFEM) | Roy Takahashi (MMU) | 5/13/1994 | MF0453 | Letter re: MIYANO trademark | Attorney/Client Privilege |
| 73. | Amy Kurland (MFEM) | File | 5/4/1994 | MF0454 | Notes re: Telephone conversation with Mr. Takahashi (MMU) | Attorney/Client Privilege |
| 74. | MFEM | File | 7/18/2007 | MF0476 | Trademark Status Sheet | Attorney/Client Privilege |
| 75. | Kathy Hosty (MFEM) | Gentaro Kakumae (MMU) | 11/7/2007 | MF0477-MF0479 | Letter re: Winged M Miyano service mark with Notice of Publication attached | Attorney/Client Privilege |

|  | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 76. | George Kobayashi (MFEM) | Sayaka Kawakami (MFEM) | 9/11/2007 | MF0488-MF0490 | E-mail re: Winged M Miyano service mark and specimens with attached e-mails from G. Kakumae, 9/11/2007 at 2:53 PM; G. Kobayashi, 9/11/2007 at 2:28 PM; G. Kakumae, 9/11/2007 at 1:24 PM | Work Product |
| 77. | Kathy Hosty (MFEM) | George Kobayashi (MFEM) | 8/28/2007 | MF0491 | E-mail re: Winged M Miyano service mark | Work Product |
| 78. | George Kobayashi (MFEM) | Sayaka Kawakami (MFEM) | 5/9/2007 | MF0505-MF0511 | E-mail re: Winged M Miyano service mark with draft application | Work Product |
| 79. | George Kobayashi (MFEM) | Sayaka Kawakami (MFEM) | 5/9/2007 | MF0513-MF0514 | E-mail re: Winged M Miyano service mark | Work Product |
| 80. | George Kobayashi (MFEM) | Marcia Kushino (MFEM) | 5/1/2007 | MF0515 | E-mail re: Winged M Miyano service mark | Work Product |
| 81. | George Kobayashi (MFEM) | Edward Manzo (CookAlex) | 5/7/2007 | MF0516-MF0519 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kakumae, 5/7/2007 at 3:31 PM; G. Kobayashi, 5/7/2007 at 12:07 PM | Attorney/Client Privilege |
| 82. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/7/2007 | MF520-MF521 | E-mail re: Winged M Miyano service mark with attached e-mails G. Kobayashi, 5/7/2007 at 12:07 PM | Attorney/Client Privilege |

9

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 83. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 5/7/2007 | 000192-000198 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/7/2007 at 3:02 PM; G. Kakumae, 5/7/2007 at 2:55 PM; G. Kobayashi, 5/7/2007 at 2:57 PM; G. Kakumae, 5/4/2007 at 9:00 AM; G. Kobayashi, 5/3/2007 at 8:46 PM; G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege |
| 84. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/7/2007 | MF0529-MF0535 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kakumae, 5/7/2007 at 2:55 PM; G. Kobayashi, 5/7/2007 at 2:57 PM; G. Kakumae, 5/4/2007 at 9:00 AM; G. Kobayashi, 5/3/2007 at 8:46 PM; G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege |
| 85. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 5/7/2007 | MF0536-MF0539 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/7/2007 at 2:57 PM; G; Kakumae, 5/1/2007 at 5:01 PM; | Attorney/Client Privilege |

10

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 86. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/7/2007 | MF0540-MF0544 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kakumae, 5/4/2007 at 9:00 AM; G. Kobayashi, 5/3/2007 at 8:46 PM; G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege |
| 87. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) cc: Mary Shellenberg (MFEM) | 5/7/2007 | MF0545-MF0546 | E-mail re: Winged M Miyano service mark | Attorney/Client Privilege |
| 88. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 5/4/2007 | MF0547-MF0551 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/3/2007 at 8:46 PM; G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM | Attorney/Client Privilege |

11

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 97. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) cc: Mary Shellenberg (MFEM) | 5/1/2007 | MF0589-MF0590 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege |
| 98. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) cc: Mary Shellenberg (MFEM) | 5/1/2007 | MF0591-MF0592 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege |
| 99. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/1/2007 | MF0593-MF0595 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kakumae, 5/1/2007 at 1:51 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege |
| 100. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 5/1/2007 | MF0596-MF0597 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege |
| 101. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) cc: Mary Shellenberg (MFEM) | 5/1/2007 | MF0598-MF0599 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kakumae, 4/30/2007 at 5:18 PM; | Attorney/Client Privilege |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 92. | George Kobayashi (MFEM) | Edward Manzo (CookAlex) | 5/1/2007 | MF0571-MF0574 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM | Attorney/Client Privilege |
| 93. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 5/1/2007 | MF0575-MF0580 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM and sample specimens | Attorney/Client Privilege |
| 94. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/1/2007 | MF0581-MF0583 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege |
| 95. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 5/1/2007 | MF0584-MF0586 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege |
| 96. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/1/2007 | MF0587-MF0588 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 89. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/3/2007 | MF0552-MF00560 | E-mail re: Winged M Miyano service mark with draft document, sample specimen and attached e-mails from G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege |
| 90. | George Kobayashi (MFEM) | Edward Manzo (CookAlex) | 5/2/2007 | MF0561-MF0565 | E-mail re: Winged M Miyano service mark with attached e-mails from E. Manzo, 5/1/2007 at 5:17 PM; G. Kobayashi, 5/1/2007 at 5:11 PM; G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege |
| 91. | Edward Manzo (CookAlex) | George Kobayashi (MFEM) | 5/1/2007 | MF0566-MF0570 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/1/2007 at 5:11 PM; G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM | Attorney/Client Privilege |