**EXHIBIT K**

**Subject:** FW: revised privilege log
**From:** "Nancy Sasamoto" <NSasamoto@masudafunai.com>
**Date:** Fri, 9 May 2008 23:29:00 -0500
**To:** <robert@karton.us>
**CC:** "Edward Manzo" <emanzo@cookalex.com>, "Geoffrey Baker" <gabaker@dowellbaker.com>, "Vernon Francissen" <vern@francissenpatentlaw.com>, "Louis Alex" <lalex@cookalex.com>, "Jason Smalley" <jsmalley@cookalex.com>, "Steven Katz" <SKatz@masudafunai.com>, "George Kobayashi" <GKobayashi@masudafunai.com>

Bob,

We have revised the Privilege Log that was previously provided to you. Attached please find the revised Privilege Log (5/9/08). I will be sending additional documents that we are producing in response to the previously-issued subpoena separately.

If you have any questions, please feel free to contact me or Steve Katz.

Nancy E. Sasamoto
Attorney at Law
**MASUDA, FUNAI, EIFERT & MITCHELL, LTD.** | 203 N. LaSalle Street, Suite 2500 | Chicago, IL 60601-1262 | TEL 312.245.7500 | FAX 312.245.7467 | nsasamoto@masudafunai.com | www.masudafunai.com

**CIRCULAR 230 TAX NOTICE:** In compliance with Circular 230, Masuda, Funai, Eifert & Mitchell, Ltd. informs you that, if any advice concerning U.S. federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. **CONFIDENTIALITY:** This e-mail and any attachments are confidential and intended only for the designated recipient. Such materials may be subject to the attorney-client privilege or other privilege. If you have received this e-mail in error, please immediately return it to the sender, delete it and destroy any copies. If you have any questions, please call the sender, Nancy Sasamoto at 312.245.7500.

| | **Content-Description:** 0199 Plaintiff's Privilege Log3.pdf |
|---|---|
| **0199 Plaintiff's Privilege Log3.pdf** **Content-Type:** | application/pdf |
| **Content-Encoding:** | base64 |

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| Miyano Machinery USA Inc., ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action 08 C 526 |
| ) | |
| MiyanoHitec Machinery, Inc., ) | JUDGE KENDALL |
| Thomas ("Tom") Miyano, a/k/a ) | MAGISTRATE JUDGE NOLAN |
| Toshiharu Miyano and ) | |
| Steven Miyano, a/k/a Shigemori ) | |
| Miyano, ) | |
| Defendants. ) | |

**MASUDA FUNAI EIFERT & MITCHELL, LTD.'S PRIVILEGE LOG (4/30/08)**

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 2. | George Kobayashi (MFEM) | Henry Marchionne (MMU) | 8/20/2004 | MF0002-MF0003 | Fax Cover Sheet and Letter re: Reg. #s' 1217317 ( Winged M Miyano mark), 1527809 (Miyano Design Mark), 1473925 (Miyano The World Leader In Precision) with status sheet attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 3. | George Kobayashi (MFEM) | Hank Marchionne (MMU) | 11/24/2003 | MF0006-MF0008 | Letter re: Winged M Miyano trademark with Notice of Acceptance attached | Attorney/Client Privilege- Communication from counsel to client rendering legal advice |
| 5. | George Kobayashi (MFEM) | | 11/19/2003 | MF0013-MF0014 | Draft letter re Renewal application | Attorney/Client Privilege- draft communication from counsel to client rendering legal |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | advice |
| 7. | Hank Marchionne (MMU) | MFEM | 3/11/2002 | MF0043 | Response to George Kobayashi letter of 3/07/2002 re maintenance of Winged M Miyano mark | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 8. | George Kobayashi (MFEM) | Hank Marchionne (MMU) | 3/7/2002 | MF0044-MF0045 | Letter re: renewal of Winged M Miyano trademark | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 9. | Roy Takahashi , Asst. to President (MMU) | Ed Underhill (MFEM) | 4/7/1988 | MF0060-MF0063 | Letter re: Winged M Miyano trademark with signed affidavit and potential specimens | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 10. | Edward Underhill (MFEM) | Toshiharu Miyano, President (MMU) | 3/17/1988 | MF0064-MF0068 | Letter re: continuing use of Winged M Miyano trademark with draft affidavits attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 11. | Edward Underhill (MFEM) | | Undated | MF0069-MF0070 | Draft Section 8 & 15 affidavit for Winged M Miyano trademark | Attorney/Client Privilege |
| 12. | Mary Shellenberg (MFEM) | Toshiharu Miyano (MMU) | 11/25/1987 | MF0071 | Letter re: Maintenance of Miyanomatic and Winged M Miyano Trademarks | Attorney/Client Privilege |

2

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | Communication from counsel to client rendering legal advice |
| 14. | Mary Shellenberg (MFEM) | File 2260-39F | 12/9/1985 | MF0083 | Memorandum re: Winged M Miyano Trademark | Attorney/Client Privilege- memorandum reflects communication between client and counsel for the purpose of receiving legal advice |
| 15. | Tom Miyano (MMU) | Masuda Funai (MFEM) | 12/4/1985 | MF0084 | Announcement re: Personnel Change with attorney's notes | Attorney/Client Privilege- notes reflect communication between client and counsel for the purpose of receiving legal advice |
| 17. | Kathy Hosty, legal assistant to G. Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/2/2007 | MF0086-MF0088 | Letter re: Miyano The World Leader In Precision Trademark with Notice of Acceptance attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 18. | Kathy Hosty , (MFEM) | Marcia Kushino (MFEM) | 5/1/2007 | MF0092 | E-mail re: renewal of Miyano The World Leader In Precision | Attorney/Client Privilege Directive/communication from paralegal |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | to secretary with written communication to client for the purpose of rendering legal advice |
| 19. | George Kobayashi (MFEM) | Kathy Hosty (MFEM) | 3/20/2007 | MF0101 | E-mail re: renewal of Miyano The World Leader In Precision | Attorney/Client Privilege- reflects communication between client and counsel for the purpose of receiving legal advice |
| 20. | Kathy Hosty (MFEM) | Hank Marchionne (MMU) cc: George Kobayashi (MFEM) | 3/19/2007 | MF0102-MF0106 | E-mail re: renewal of Miyano The World Leader In Precision and response from Mr. Marchionne attached | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 21. | Kathy Hosty (MFEM) | Gentaro Kakumae (MMU) | 3/1/2007 | MF0107-MF0109 | Letter re: Renewal of Miyano The World Leader In Precision | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 22. | George Kobayashi (MFEM) | Hank Marchionne (MMI) | 8/20/2004 | MF0110-MF0114 | Fax and Letter re: Reg. #s' 1217317 ( Winged M Miyano mark), 1527809 (Miyano Design Mark), 1473925 (Miyano The World Leader In Precision) with status sheet attached | Attorney/Client Privilege Communication from counsel to client rendering legal |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | advice |
| 23. | Rebecca Lederhouse (MFEM) | Roy Takahashi (MMU) cc: Joe Parisi (MFEM) | 7/2/1993 | MF0115-MF0116 | Letter re: Acceptance of Section 8 & 15 declaration for Miyano The World Leader In Precision with with notes of Joseph S. Parisi (MFEM) of 7/19/1993 | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 24. | Rebecca Lederhouse (MFEM) | Roy Takahashi Vice President (MMU) cc: Joe Parisi (MFEM) | 7/22/1993 | MF0118 | Letter re: Renewal of Miyano The World Leader In Precision trademark | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 25. | Rebecca Lederhouse (MFEM) | Roy Takahashi (MMU) cc: Joe Parisi (MFEM) | 7/2/1993 | MF0119-MF0121 | Letter re: Acceptance of Section 8 & 15 declaration for Miyano The World Leader In Precision with receipt attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 26. | Roy Takahashi (MMU) | Rebecca Lederhouse (MFEM) | 2/8/1993 | MF0134-MF0144 | Letter re: Continuing use of Miyano The World Leader In Precision with sample trademark specimens enclosed | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 27. | Rebecca Lederhouse (MFEM) | Roy Takahashi (MMU) | 1/28/1993 | MF0145-MF0147 | Letter re: Continuing use of Miyano The World Leader In Precision and draft document | Attorney/Client Privilege Communication from counsel to |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | client rendering legal advice |
| | MMU | MFEM | Undated | MF0148-MF0149 | Sample Trademark Specimens | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 28. | Nancy Sasamoto (MFEM) | Roy Takahashi (MMU) | 2/4/1988 | MF0161-MF0165 | Letter re: Registration of The World Leader In Precision with Certificate of Registration attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 30. | Nancy Sasamoto (MFEM) | G. Todokoro (MMU) | 9/29/1987 | MF0169 | Letter re: Registration of Miyano the World Leader In Precision | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 31. | Eldon H. Kakuda (MFEM) | File | Undated | MF0176-MF0177 | Draft Amendment of Application | Attorney/Client Privilege |
| 35. | | | Undated | MF0185-MF0186 | Trademark Manual of Examining Procedure | Attorney/Client Privilege |
| 36. | Nancy Sasamoto (MFEM) | George Todokoro General Manager (MMU) | 3/30/1987 | MF0192 | Letter re: Amendment of Application for registration of Miyano The World Leader In Precision trademark | Attorney/Client Privilege Communication from counsel to client rendering legal |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | advice |
| 37. | George Todokoro (MMU) | Nancy Sasamoto (MFEM) | 3/4/1987 | MF0200 | Letter re:  Miyano The World Leader In Precision trademark applications signed by T. Miyano | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 38. | Nancy Sasamoto (MFEM) | George Todokoro (MMU) | 2/27/1987 | MF0201-MF0204 | Letter re: Registration of Miyano The World Leader In Precision with draft application attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 39. | Nancy Sasamoto (MFEM) | File | Undated | MF0205-MF0207 | Draft Application for Miyano The World Leader In Precision | Attorney/Client Privilege reflects communication between client and counsel for the purpose of receiving legal advice |
| 40. | Nancy Sasamoto (MFEM) | File | Undated | MF0208 | Notes of Nancy E. Sasamoto | Attorney/Client Privilege reflects communication between client and counsel for the purpose of receiving legal advice |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 41. | George Todokoro (MMU) | Nancy Sasamoto (MFEM) | 2/10/1987 | MF0209 | Letter re: use of Miyano The World Leader In Precision and potential specimens | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 42. | Nancy Sasamoto (MFEM) | File | 1/22/1987 | MF0210 | Notes re: Meeting with Mr. Todokoro re application to register Miyano The World Leader In Precision | Attorney/Client Privilege reflects communication between client and counsel for the purpose of receiving legal advice |
| 43. | Nancy Sasamoto (MFEM) | George Todokoro (MMU) | 1/7/1987 | MF0211-MF0213 | Letter re: Opinion letter re availability of Miyano The World Leader In Precision | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 44. | Nancy Sasamoto (MFEM) | | Undated | MF0243-MF0253 | Legal Research and Notes re: Trademarks | Attorney/Client Privilege |
| 45. | George Todokoro Executive Vice President (MMU) | Mary Shellenberg (MFEM) | 9/18/1986 | MF0254 | Letter re: Millionth Precision trademark application and application for Miyano The World Leader In Precision | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 47. | George Kobayashi (MFEM) | Henry Marchionne | 8/20/2004 | MF0256 MF0258 | Fax and Letter re: Reg. #s' 1217317 ( Winged M Miyano mark), 1527809 | Attorney/Client Privilege |

8

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | (MMU) | | | (Miyano Design Mark), 1473925 (Miyano The World Leader In Precision) with status sheet attached | Communication from counsel to client rendering legal advice |
| 49. | Amy Kurland (MFEM) | Roy Takahashi (MMI) cc: Joe Parisi (MFEM) | 3/7/1995 | MF0262 | Letter re: Continuing Use Declaration for Stylized Miyano trademark | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 50. | Amy Kurland (MFEM) | U.S. Patent and Trademark Office | 7/12/1994 | MF0267 A | Letter re: Reg. No. 1,527,808 stylized Miyano with 12/7/1994 notes of Amy Kurland (MFEM). Copy of letter with notes redacted is being provided. | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 51. | Amy Kurland (MFEM) | Roy Takahashi Vice President (MMU) | 5/13/1994 | MF0272 | Letter re: Acceptance of Section 8 & 15 Declaration for Stylized Miyano | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 52. | Roy Takahashi (MMU) | Amy Kurland (MFEM) | 6/13/1994 | MF0274 | Letter re: Stylized Miyano Trademark signed declarations and sample specimens | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 53. | Amy Kurland (MFEM) | Roy Takahashi (MMU) | 5/13/1994 | MF0275-MF277 | Letter re: Stylized Miyano Trademark and draft 8 & 15 declaration and MIYANO mark | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 54. | Amy Kurland (MFEM) | Roy Takahashi (MMU) | 3/8/1994 | MF0278-MF0282 | Letter re: Registration of Stylized Miyano with registration attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 55. | Roy Takahashi Asst. to the President (MMU) | Nancy Sasamoto (MFEM) | 8/3/1988 | MF0295 | Letter re: Signed declarations for Stylized Miyano trademark | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 56. | Nancy Sasamoto (MFEM) | Roy Takahashi (MMU) | 7/15/1988 | MF0296 | Letter re: Stylized Miyano trademark-declarations requested by PTO | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 57. | Roy Takahashi (MMU) | Nancy Sasamoto (MFEM) | 4/7/1988 | MF0298 | Letter re: Stylized Miyano trademark application and specimens | Attorney/Client Privilege Communication from client to counsel for the |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | purpose of receiving legal advice |
| 58. | Tom Miyano President (MMU) | Nancy Sasamoto (MFEM) | 2/23/1988 | MF0299 | Letter re: Stylized Miyano trademark application information | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 59. | Nancy Sasamoto (MFEM) | Roy Takahashi (MMU) | 3/23/1988 | MF0300-MF0306 | Letter re: Miyano and Stylized Miyano trademark with draft applications attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 60. | Nancy Sasamoto (MFEM) | Roy Takahashi (MMU) | 3/30/1989 | MF0307-MF0312 | Letter re: Certificates of Registration of Miyano and stylized Miyano design with registrations attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 61. | Nancy Sasamoto (MFEM) | Roy Takahashi (MMU) | 2/18/1988 | MF0317-MF0318 | Letter re: Miyano and stylized Miyano trademarks- draft applications for review | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 62. | Roy Takahashi (MMU) | Nancy Sasamoto (MFEM) | 2/17/1988 | MF0319 | Facsimile re Stylized Miyano trademark- Inquiry re scope of protection | Attorney/Client Privilege Communication from client to |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | counsel for the purpose of receiving legal advice |
| 64. | MMU | MFEM | Undated | MF0329-MF331 | Sample specimens | Attorney/Client Privilege reflects communication between client and counsel for the purpose of receiving legal advice |
| 65. | Rebecca Lederhouse (MFEM) | File | Undated | MF0409 | Notes of Rebecca Lederhouse (MFEM) re Stylized Miyano trademark and other marks | Attorney/Client Privilege |
| 67. | Kathy Hosty (MFEM) | Gentaro Kakumae (MMU) | 11/15/2007 | MF0411-MF0417 | Letter re: Reg. No. 3328718 MIYANO with copy of certificate of registration | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 68. | Kathy Hosty (MFEM) | Gentaro Kakumae (MMU) | 2/20/2007 (7:45:09 PM) | MF0430-MF0432 | E-mail re:  filing of MIYANO trademark with attached e-mails from G. Kakumae, 2/20/2007 at 7:21 PM; K. Hosty, 2/20/2007 at 7:14 PM; G. Kakumae, 2/20/2007 at 7:05 PM and K. Hosty, 2/20/2007 at 7:05 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 69. | Kathy Hosty (MFEM) | Gentaro Kakumae (MMU) | 2/20/2007 (6:12:46 PM) | MF0441-MF0442 | E-mail re: specimen for MIYANO trademark with attached e-mails from G. Kakumae, 2/20/2007 at 5:57 PM; K. Hosty, 2/20/2007 at 4:15 PM | Attorney/Client Privilege Communication between client and counsel for the |

12

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | purpose of receiving legal advice |
| 70. | Kathy Hosty (MFEM) | Gentaro Kakumae (MMU) cc: George Kobayashi (MFEM) | 2/15/2007 | MF0443 | E-mail re: MIYANO trademark with draft application | Attorney/Client Privilege Work Product reflects communication between client and counsel for the purpose of receiving legal advice |
| 71. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 2/14/2007 | MF0444-MF0452 | E-mails re: registering MIYANO trademark with attached e-mails from G. Kobayashi, 2/14/2007 at 4:04 PM; G. Kakumae, 2/14/2007 at 2:50 PM; G. Kobayashi, 2/14/2007 at 2:51 PM; G. Kakumae, 2/14/2007 at 1:31 PM; G. Kobayashi, 2/13/2007 at 9:51 AM; G. Kakumae, 2/12/2007 at 7:02 PM; G. Kobayashi, 2/08/2007 at 3:15 PM ; G. Kakumae, 2/6/2007 at 7:39 PM re Miyano HiTech; G. Kobayashi, 2/6/2007 at 1:38 PM; G. Kakumae, 2/6/2007 at 10:41 AM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 72. | Amy Kurland (MFEM) | Roy Takahashi (MMU) | 5/13/1994 | MF0453 | Letter re: continuing use of MIYANO trademark | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 73. | Amy Kurland (MFEM) | File | 5/4/1994 | MF0454 | Notes re: Telephone conversation with Mr. Takahashi (MMU) regarding use of marks | Attorney/Client Privilege |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | Reflects communication between client and counsel for the purpose of receiving legal advice |
| 75. | Kathy Hosty (MFEM) | Gentaro Kakumae (MMU) | 11/7/2007 | MF0477-MF0479 | Letter re: registration of Winged M Miyano service mark with Notice of Publication attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 76. | George Kobayashi (MFEM) | Sayaka Kawakami (MFEM) | 9/11/2007 | MF0488-MF0490 | E-mail re: Winged M Miyano service mark and specimens with attached e-mails from G. Kakumae, 9/11/2007 at 2:53 PM; G. Kobayashi, 9/11/2007 at 2:28 PM; G. Kakumae, 9/11/2007 at 1:24 PM re third-party solicitation | Work Product Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 77. | Kathy Hosty (MFEM) | George Kobayashi (MFEM) | 8/28/2007 | MF0491 | E-mail re: Office action for Winged M Miyano service mark | Work Product |
| 78. | George Kobayashi (MFEM) | Sayaka Kawakami (MFEM) | 5/9/2007 | MF0505-MF0511 | E-mail re: Winged M Miyano service mark with draft application | Work Product |
| 79. | George Kobayashi (MFEM) | Sayaka Kawakami (MFEM) | 5/9/2007 | MF0513-MF0514 | E-mail re: Winged M Miyano service mark | Work Product |
| 80. | George Kobayashi | Marcia Kushino | 5/1/2007 | MF0515 | E-mail re: Winged M Miyano service mark | Work Product |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | (MFEM) | (MFEM) | | | | |
| 81. | George Kobayashi (MFEM) | Edward Manzo (CookAlex) | 5/7/2007 | MF0516-MF0519 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kakumae, 5/7/2007 at 3:31 PM; G. Kobayashi, 5/7/2007 at 12:07 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 82. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/7/2007 | MF520-MF521 | E-mail re: Winged M Miyano service mark with attached e-mails G. Kobayashi, 5/7/2007 at 12:07 PM re cancellation proceeding | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 83. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 5/7/2007 | MF522-MF528 | E-mail re: application of Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/7/2007 at 3:02 PM; G. Kakumae, 5/7/2007 at 2:55 PM; G. Kobayashi, 5/7/2007 at 2:57 PM; G. Kakumae, 5/4/2007 at 9:00 AM; G. Kobayashi, 5/3/2007 at 8:46 PM; G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | |
| 84. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/7/2007 | MF0529-MF0535 | E-mail re: Specimen for Winged M Miyano service mark with attached e-mails from G. Kakumae, 5/7/2007 at 2:55 PM; G. Kobayashi, 5/7/2007 at 2:57 PM; G. Kakumae, 5/4/2007 at 9:00 AM; G. Kobayashi, 5/3/2007 at 8:46 PM; G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 85. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 5/7/2007 | MF0536-MF0539 | E-mail re: Application for Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/7/2007 at 2:57 PM; G; Kakumae, 5/1/2007 at 5:01 PM; | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 86. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/7/2007 | MF0540-MF0544 | E-mail re: Filing of application for Winged M Miyano service mark with attached e-mails from G. Kakumae, 5/4/2007 at 9:00 AM; G. Kobayashi, 5/3/2007 at 8:46 PM; G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |

16

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | |
| 87. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) cc: Mary Shellenberg (MFEM) | 5/7/2007 | MF0545-MF0546 | E-mail re: Winged M Miyano service mark and Miyanohitec, cancellation proceeding and cease and demand letter sent to Miyanohitec | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 88. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 5/4/2007 | MF0547-MF0551 | E-mail re: filing of application for Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/3/2007 at 8:46 PM; G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 89. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/3/2007 | MF0552-MF0560 | E-mail re: Winged M Miyano service mark with draft document, sample specimen and attached e-mails from G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 90. | George Kobayashi (MFEM) | Edward Manzo (CookAlex) | 5/2/2007 | MF0561-MF0565 | E-mail re: Winged M Miyano service mark with attached e-mails from E. Manzo, 5/1/2007 at 5:17 PM; G. Kobayashi, 5/1/2007 at 5:11 PM; G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Reflects Communication between client and counsel for the purpose of receiving legal advice Work Product |
| 91. | Edward Manzo (CookAlex) | George Kobayashi (MFEM) | 5/1/2007 | MF0566-MF0570 | E-mail re: Winged M Miyano service mark cancellation proceeding with attached e-mails from G. Kobayashi, 5/1/2007 at 5:11 PM; G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM | Attorney/Client Privilege Reflects Communication between client and counsel for the purpose of receiving legal advice  Work Product |
| 92. | George Kobayashi (MFEM) | Edward Manzo (CookAlex) | 5/1/2007 | MF0571-MF0574 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice  Work Product |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 93. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 5/1/2007 | MF0575-MF0580 | E-mail re: use of Winged M Miyano service mark and information in connection with cancellation proceeding with attached e-mails from G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM and sample specimens | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 94. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/1/2007 | MF0581-MF0583 | E-mail re: Use of Winged M Miyano service mark with attached e-mails from G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 95. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 5/1/2007 | MF0584-MF0586 | E-mail re: Use of Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 96. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/1/2007 | MF0587-MF0588 | E-mail re: Use of Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving |

19

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | legal advice |
| 97. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) cc: Mary Shellenberg (MFEM) | 5/1/2007 | MF0589-MF0590 | E-mail re: Cancellation proceeding of Winged M Miyano service mark attached e-mails from G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 98. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) cc: Mary Shellenberg (MFEM) | 5/1/2007 | MF0591-MF0592 | E-mail re: Cancellation proceeding of Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 99. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/1/2007 | MF0593-MF0595 | E-mail re: Use of Winged M Miyano service mark with attached e-mails from G. Kakumae, 5/1/2007 at 1:51 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 100. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 5/1/2007 | MF0596-MF0597 | E-mail re: Use of Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | receiving legal advice |
| 101. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) cc: Mary Shellenberg (MFEM) | 5/1/2007 | MF0598-MF0599 | E-mail re: Response to Petition for Cancellation of Winged M Miyano service mark with attached e-mails from G. Kakumae, 4/30/2007 at 5:18 PM; | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |