# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Miyano Machinery USA Inc.

                    Plaintiff,

v.                                      Case No.: 1:08–cv–00526
                                      Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before the Honorable Nan R. Nolan: Status hearing held on 5/15/2008. Defendants/Counter–Claimants' Motion to Compel Production, to Pierce Claimed Attorney–Client and Work Product Privilege and to Enforce Subpoena for Deposition [84] and Plaintiff/Counter–Defendants' Motion to Quash the Subpoena or for Entry of Protective Order [45] are both entered and continued and briefed as follows: responses due 5/20/2008; replies due 5/27/2008. Status hearing continued to 6/6/2008 at 9:30 a.m. if ruling has not been submitted by mail. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.