# **<u>Exhibit 6</u>**

-----Original Message-----
From: rkarton@4securemail.com [mailto:rkarton@4securemail.com] On Behalf Of Robert M. Karton
Sent: Wednesday, May 07, 2008 5:55 PM
To: Edward Manzo; Louis Alex; Steven Katz; Nancy Sasamoto; George Kobayashi; Jason Smalley
Cc: Geoffrey Baker; Vernon Francissen
Subject: Response to Interrogatory #1

In view of case law on the subject, the paucity of time before our response to your Motion for Preliminary Injunction is due, the amount of time you've already had to gather information, and the fact that it is now six days after you provided your insufficient response; your offer to supplement your response to Interrogatory #1 by May 13 is unacceptable.

If I have not received your supplement providing me with all MMU's information and beliefs relating to or bearing on the declarations made by Mr. Kobayashi in the applications in issue by 5:00 p.m. on Thursday, May 8, I will promptly proceed with a Motion to Compel, including pursuing the subpoena to take Mr. Kobayashi's deposition.

We have made every effort to comply with Judge Nolan's suggestion to seek relevant information from you rather than deposing Mr. Kobayashi despite the case law holding that the information and beliefs he obtained on which his declarations are based, regardless of the source of the information and beliefs or how he obtained it, are relevant and are not privileged. You, on the other hand, have not provided us with anything other than that which constititues public records, and you are continuing to delay a full response. Such action is simply not acceptable.

Bob
Robert M. Karton, Ltd.
77 W. Washington St., Ste. 900
Chicago, IL  60602
robert@karton.us;
(312) 214-0900 - bus
(815) 301-9114 - fax
(312) 543-2654 - cell

--Certified Virus Free by 4SecureMail.com ICSA-Certified Scanner--