**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Miyano Machinery USA Inc., ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action 08 C 526 |
| ) | |
| MiyanoHitec Machinery, Inc., ) | JUDGE KENDALL |
| Thomas ("Tom") Miyano, a/k/a ) | MAGISTRATE JUDGE NOLAN |
| Toshiharu Miyano and ) | |
| Steven Miyano, a/k/a Shigemori ) | |
| Miyano, ) | |
| Defendants. ) | |

## MASUDA FUNAI EIFERT & MITCHELL, LTD.'S PRIVILEGE LOG (4/30/08)

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 2. | George Kobayashi (MFEM) | Henry Marchionne (MMU) | 8/20/2004 | MF0002-MF0003 | Fax Cover Sheet and Letter re: Reg. #s' 1217317 ( Winged M Miyano mark), 1527809 (Miyano Design Mark), 1473925 (Miyano The World Leader In Precision) with status sheet attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 3. | George Kobayashi (MFEM) | Hank Marchionne (MMU) | 11/24/2003 | MF0006-MF0008 | Letter re: Winged M Miyano trademark with Notice of Acceptance attached | Attorney/Client Privilege- Communication from counsel to client rendering legal advice |
| 5. | George Kobayashi (MFEM) | | 11/19/2003 | MF0013-MF0014 | Draft letter re Renewal application | Attorney/Client Privilege- draft communication from counsel to client rendering legal |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | advice |
| 7. | Hank Marchionne (MMU) | MFEM | 3/11/2002 | MF0043 | Response to George Kobayashi letter of 3/07/2002 re maintenance of Winged M Miyano mark | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 8. | George Kobayashi (MFEM) | Hank Marchionne (MMU) | 3/7/2002 | MF0044-MF0045 | Letter re: renewal of Winged M Miyano trademark | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 9. | Roy Takahashi, Asst. to President (MMU) | Ed Underhill (MFEM) | 4/7/1988 | MF0060-MF0063 | Letter re: Winged M Miyano trademark with signed affidavit and potential specimens | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 10. | Edward Underhill (MFEM) | Toshiharu Miyano, President (MMU) | 3/17/1988 | MF0064-MF0068 | Letter re: continuing use of Winged M Miyano trademark with draft affidavits attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 11. | Edward Underhill (MFEM) | | Undated | MF0069-MF0070 | Draft Section 8 & 15 affidavit for Winged M Miyano trademark | Attorney/Client Privilege |
| 12. | Mary Shellenberg (MFEM) | Toshiharu Miyano (MMU) | 11/25/1987 | MF0071 | Letter re: Maintenance of Miyanomatic and Winged M Miyano Trademarks | Attorney/Client Privilege |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | Communication from counsel to client rendering legal advice |
| 14. | Mary Shellenberg (MFEM) | File 2260-39F | 12/9/1985 | MF0083 | Memorandum re: Winged M Miyano Trademark | Attorney/Client Privilege- memorandum reflects communication between client and counsel for the purpose of receiving legal advice |
| 15. | Tom Miyano (MMU) | Masuda Funai (MFEM) | 12/4/1985 | MF0084 | Announcement re: Personnel Change with attorney's notes | Attorney/Client Privilege- notes reflect communication between client and counsel for the purpose of receiving legal advice |
| 17. | Kathy Hosty, legal assistant to G. Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/2/2007 | MF0086- MF0088 | Letter re: Miyano The World Leader In Precision Trademark with Notice of Acceptance attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 18. | Kathy Hosty , (MFEM) | Marcia Kushino (MFEM) | 5/1/2007 | MF0092 | E-mail re: renewal of Miyano The World Leader In Precision | Attorney/Client Privilege Directive/communic ation from paralegal |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | to secretary with written communication to client for the purpose of rendering legal advice |
| 19. | George Kobayashi (MFEM) | Kathy Hosty (MFEM) | 3/20/2007 | MF0101 | E-mail re: renewal of Miyano The World Leader In Precision | Attorney/Client Privilege- reflects communication between client and counsel for the purpose of receiving legal advice |
| 20. | Kathy Hosty (MFEM) | Hank Marchionne (MMU) cc: George Kobayashi (MFEM) | 3/19/2007 | MF0102-MF0106 | E-mail re: renewal of Miyano The World Leader In Precision and response from Mr. Marchionne attached | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 21. | Kathy Hosty (MFEM) | Gentaro Kakumae (MMU) | 3/1/2007 | MF0107-MF0109 | Letter re: Renewal of Miyano The World Leader In Precision | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 22. | George Kobayashi (MFEM) | Hank Marchionne (MMI) | 8/20/2004 | MF0110-MF0114 | Fax and Letter re: Reg. #s' 1217317 ( Winged M Miyano mark), 1527809 (Miyano Design Mark), 1473925 (Miyano The World Leader In Precision) with status sheet attached | Attorney/Client Privilege Communication from counsel to client rendering legal |

4

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | advice |
| 23. | Rebecca Lederhouse (MFEM) | Roy Takahashi (MMU) cc: Joe Parisi (MFEM) | 7/2/1993 | MF0115-MF0116 | Letter re: Acceptance of Section 8 & 15 declaration for Miyano The World Leader In Precision with with notes of Joseph S. Parisi (MFEM) of 7/19/1993 | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 24. | Rebecca Lederhouse (MFEM) | Roy Takahashi Vice President (MMU) cc: Joe Parisi (MFEM) | 7/22/1993 | MF0118 | Letter re: Renewal of Miyano The World Leader In Precision trademark | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 25. | Rebecca Lederhouse (MFEM) | Roy Takahashi (MMU) cc: Joe Parisi (MFEM) | 7/2/1993 | MF0119-MF0121 | Letter re: Acceptance of Section 8 & 15 declaration for Miyano The World Leader In Precision with receipt attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 26. | Roy Takahashi (MMU) | Rebecca Lederhouse (MFEM) | 2/8/1993 | MF0134-MF0144 | Letter re: Continuing use of Miyano The World Leader In Precision with sample trademark specimens enclosed | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 27. | Rebecca Lederhouse (MFEM) | Roy Takahashi (MMU) | 1/28/1993 | MF0145-MF0147 | Letter re: Continuing use of Miyano The World Leader In Precision and draft document | Attorney/Client Privilege Communication from counsel to |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | client rendering legal advice |
| | MMU | MFEM | Undated | MF0148-MF0149 | Sample Trademark Specimens | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 28. | Nancy Sasamoto (MFEM) | Roy Takahashi (MMU) | 2/4/1988 | MF0161-MF0165 | Letter re: Registration of The World Leader In Precision with Certificate of Registration attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 30. | Nancy Sasamoto (MFEM) | G. Todokoro (MMU) | 9/29/1987 | MF0169 | Letter re: Registration of Miyano the World Leader In Precision | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 31. | Eldon H. Kakuda (MFEM) | File | Undated | MF0176-MF0177 | Draft Amendment of Application | Attorney/Client Privilege |
| 35. | | | Undated | MF0185-MF0186 | Trademark Manual of Examining Procedure | Attorney/Client Privilege |
| 36. | Nancy Sasamoto (MFEM) | George Todokoro General Manager (MMU) | 3/30/1987 | MF0192 | Letter re: Amendment of Application for registration of Miyano The World Leader In Precision trademark | Attorney/Client Privilege Communication from counsel to client rendering legal |

6

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | advice |
| 37. | George Todokoro (MMU) | Nancy Sasamoto (MFEM) | 3/4/1987 | MF0200 | Letter re: Miyano The World Leader In Precision trademark applications signed by T. Miyano | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 38. | Nancy Sasamoto (MFEM) | George Todokoro (MMU) | 2/27/1987 | MF0201-MF0204 | Letter re: Registration of Miyano The World Leader In Precision with draft application attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 39. | Nancy Sasamoto (MFEM) | File | Undated | MF0205-MF0207 | Draft Application for Miyano The World Leader In Precision | Attorney/Client Privilege reflects communication between client and counsel for the purpose of receiving legal advice |
| 40. | Nancy Sasamoto (MFEM) | File | Undated | MF0208 | Notes of Nancy E. Sasamoto | Attorney/Client Privilege reflects communication between client and counsel for the purpose of receiving legal advice |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 41. | George Todokoro (MMU) | Nancy Sasamoto (MFEM) | 2/10/1987 | MF0209 | Letter re: use of Miyano The World Leader In Precision and potential specimens | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 42. | Nancy Sasamoto (MFEM) | File | 1/22/1987 | MF0210 | Notes re: Meeting with Mr. Todokoro re application to register Miyano The World Leader In Precision | Attorney/Client Privilege reflects communication between client and counsel for the purpose of receiving legal advice |
| 43. | Nancy Sasamoto (MFEM) | George Todokoro (MMU) | 1/7/1987 | MF0211-MF0213 | Letter re: Opinion letter re availability of Miyano The World Leader In Precision | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 44. | Nancy Sasamoto (MFEM) | | Undated | MF0243-MF0253 | Legal Research and Notes re:  Trademarks | Attorney/Client Privilege |
| 45. | George Todokoro Executive Vice President (MMU) | Mary Shellenberg (MFEM) | 9/18/1986 | MF0254 | Letter re: Millionth Precision trademark application and application for Miyano The World Leader In Precision | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 47. | George Kobayashi (MFEM) | Henry Marchionne | 8/20/2004 | MF0256 MF0258 | Fax and Letter re:  Reg. #s' 1217317 ( Winged M Miyano mark), 1527809 | Attorney/Client Privilege |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | (MMU) | | | (Miyano Design Mark), 1473925 (Miyano The World Leader In Precision) with status sheet attached | Communication from counsel to client rendering legal advice |
| 49. | Amy Kurland (MFEM) | Roy Takahashi (MMI) cc: Joe Parisi (MFEM) | 3/7/1995 | MF0262 | Letter re: Continuing Use Declaration for Stylized Miyano trademark | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 50. | Amy Kurland (MFEM) | U.S. Patent and Trademark Office | 7/12/1994 | MF0267 A | Letter re:  Reg. No. 1,527,808 stylized Miyano with 12/7/1994 notes of Amy Kurland (MFEM).  Copy of letter with notes redacted is being provided. | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 51. | Amy Kurland (MFEM) | Roy Takahashi Vice President (MMU) | 5/13/1994 | MF0272 | Letter re: Acceptance of Section 8 & 15 Declaration for  Stylized Miyano | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 52. | Roy Takahashi (MMU) | Amy Kurland (MFEM) | 6/13/1994 | MF0274 | Letter re: Stylized Miyano Trademark signed declarations and sample specimens | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 53. | Amy Kurland (MFEM) | Roy Takahashi (MMU) | 5/13/1994 | MF0275-MF277 | Letter re: Stylized Miyano Trademark and draft 8 & 15 declaration and MIYANO mark | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 54. | Amy Kurland (MFEM) | Roy Takahashi (MMU) | 3/8/1994 | MF0278-MF0282 | Letter re: Registration of Stylized Miyano with registration attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 55. | Roy Takahashi Asst. to the President (MMU) | Nancy Sasamoto (MFEM) | 8/3/1988 | MF0295 | Letter re: Signed declarations for Stylized Miyano trademark | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 56. | Nancy Sasamoto (MFEM) | Roy Takahashi (MMU) | 7/15/1988 | MF0296 | Letter re: Stylized Miyano trademark-declarations requested by PTO | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 57. | Roy Takahashi (MMU) | Nancy Sasamoto (MFEM) | 4/7/1988 | MF0298 | Letter re: Stylized Miyano trademark application and specimens | Attorney/Client Privilege Communication from client to counsel for the |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | purpose of receiving legal advice |
| 58. | Tom Miyano President (MMU) | Nancy Sasamoto (MFEM) | 2/23/1988 | MF0299 | Letter re: Stylized Miyano trademark application information | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 59. | Nancy Sasamoto (MFEM) | Roy Takahashi (MMU) | 3/23/1988 | MF0300-MF0306 | Letter re: Miyano and Stylized Miyano trademark with draft applications attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 60. | Nancy Sasamoto (MFEM) | Roy Takahashi (MMU) | 3/30/1989 | MF0307-MF0312 | Letter re: Certificates of Registration of Miyano and stylized Miyano design with registrations attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 61. | Nancy Sasamoto (MFEM) | Roy Takahashi (MMU) | 2/18/1988 | MF0317-MF0318 | Letter re: Miyano and stylized Miyano trademarks- draft applications for review | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 62. | Roy Takahashi (MMU) | Nancy Sasamoto (MFEM) | 2/17/1988 | MF0319 | Facsimile re Stylized Miyano trademark- Inquiry re scope of protection | Attorney/Client Privilege Communication from client to |

11

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | counsel for the purpose of receiving legal advice |
| 64. | MMU | MFEM | Undated | MF0329-MF331 | Sample specimens | Attorney/Client Privilege reflects communication between client and counsel for the purpose of receiving legal advice |
| 65. | Rebecca Lederhouse (MFEM) | File | Undated | MF0409 | Notes of Rebecca Lederhouse (MFEM) re Stylized Miyano trademark and other marks | Attorney/Client Privilege |
| 67. | Kathy Hosty (MFEM) | Gentaro Kakumae (MMU) | 11/15/2007 | MF0411-MF0417 | Letter re: Reg. No. 3328718 MIYANO with copy of certificate of registration | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 68. | Kathy Hosty (MFEM) | Gentaro Kakumae (MMU) | 2/20/2007 (7:45:09 PM) | MF0430-MF0432 | E-mail re: filing of MIYANO trademark with attached e-mails from G. Kakumae, 2/20/2007 at 7:21 PM; K. Hosty, 2/20/2007 at 7:14 PM; G. Kakumae, 2/20/2007 at 7:05 PM and K. Hosty, 2/20/2007 at 7:05 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 69. | Kathy Hosty (MFEM) | Gentaro Kakumae (MMU) | 2/20/2007 (6:12:46 PM) | MF0441-MF0442 | E-mail re: specimen for MIYANO trademark with attached e-mails from G. Kakumae, 2/20/2007 at 5:57 PM; K. Hosty, 2/20/2007 at 4:15 PM | Attorney/Client Privilege Communication between client and counsel for the |

12

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | purpose of receiving legal advice |
| 70. | Kathy Hosty (MFEM) | Gentaro Kakumae (MMU) cc: George Kobayashi (MFEM) | 2/15/2007 | MF0443 | E-mail re: MIYANO trademark with draft application | Attorney/Client Privilege Work Product reflects communication between client and counsel for the purpose of receiving legal advice |
| 71. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 2/14/2007 | MF0444-MF0452 | E-mails re: registering MIYANO trademark with attached e-mails from G. Kobayashi, 2/14/2007 at 4:04 PM; G. Kakumae, 2/14/2007 at 2:50 PM; G. Kobayashi, 2/14/2007 at 2:51 PM; G. Kakumae, 2/14/2007 at 1:31 PM; G. Kobayashi, 2/13/2007 at 9:51 AM; G. Kakumae, 2/12/2007 at 7:02 PM; G. Kobayashi, 2/08/2007 at 3:15 PM ; G. Kakumae, 2/6/2007 at 7:39 PM re Miyano HiTech; G. Kobayashi, 2/6/2007 at 1:38 PM; G. Kakumae, 2/6/2007 at 10:41 AM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 72. | Amy Kurland (MFEM) | Roy Takahashi (MMU) | 5/13/1994 | MF0453 | Letter re: continuing use of MIYANO trademark | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 73. | Amy Kurland (MFEM) | File | 5/4/1994 | MF0454 | Notes re: Telephone conversation with Mr. Takahashi (MMU) regarding use of marks | Attorney/Client Privilege |

13

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | Reflects communication between client and counsel for the purpose of receiving legal advice |
| 75. | Kathy Hosty (MFEM) | Gentaro Kakumae (MMU) | 11/7/2007 | MF0477-MF0479 | Letter re: registration of Winged M Miyano service mark with Notice of Publication attached | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 76. | George Kobayashi (MFEM) | Sayaka Kawakami (MFEM) | 9/11/2007 | MF0488-MF0490 | E-mail re: Winged M Miyano service mark and specimens with attached e-mails from G. Kakumae, 9/11/2007 at 2:53 PM; G. Kobayashi, 9/11/2007 at 2:28 PM; G. Kakumae, 9/11/2007 at 1:24 PM re third-party solicitation | Work Product Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 77. | Kathy Hosty (MFEM) | George Kobayashi (MFEM) | 8/28/2007 | MF0491 | E-mail re: Office action for Winged M Miyano service mark | Work Product |
| 78. | George Kobayashi (MFEM) | Sayaka Kawakami (MFEM) | 5/9/2007 | MF0505-MF0511 | E-mail re: Winged M Miyano service mark with draft application | Work Product |
| 79. | George Kobayashi (MFEM) | Sayaka Kawakami (MFEM) | 5/9/2007 | MF0513-MF0514 | E-mail re: Winged M Miyano service mark | Work Product |
| 80. | George Kobayashi | Marcia Kushino | 5/1/2007 | MF0515 | E-mail re: Winged M Miyano service mark | Work Product |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | (MFEM) | (MFEM) | | | | |
| 81. | George Kobayashi (MFEM) | Edward Manzo (CookAlex) | 5/7/2007 | MF0516-MF0519 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kakumae, 5/7/2007 at 3:31 PM; G. Kobayashi, 5/7/2007 at 12:07 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 82. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/7/2007 | MF520-MF521 | E-mail re: Winged M Miyano service mark with attached e-mails G. Kobayashi, 5/7/2007 at 12:07 PM re cancellation proceeding | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 83. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 5/7/2007 | MF522-MF528 | E-mail re: application of Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/7/2007 at 3:02 PM; G. Kakumae, 5/7/2007 at 2:55 PM; G. Kobayashi, 5/7/2007 at 2:57 PM; G. Kakumae, 5/4/2007 at 9:00 AM; G. Kobayashi, 5/3/2007 at 8:46 PM; G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |

15

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | |
| 84. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/7/2007 | MF0529-MF0535 | E-mail re: Specimen for Winged M Miyano service mark with attached e-mails from G. Kakumae, 5/7/2007 at 2:55 PM; G. Kobayashi, 5/7/2007 at 2:57 PM; G. Kakumae, 5/4/2007 at 9:00 AM; G. Kobayashi, 5/3/2007 at 8:46 PM; G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 85. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 5/7/2007 | MF0536-MF0539 | E-mail re: Application for Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/7/2007 at 2:57 PM; G; Kakumae, 5/1/2007 at 5:01 PM; | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 86. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/7/2007 | MF0540-MF0544 | E-mail re: Filing of application for Winged M Miyano service mark with attached e-mails from G. Kakumae, 5/4/2007 at 9:00 AM; G. Kobayashi, 5/3/2007 at 8:46 PM; G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |

16

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | |
| 87. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) cc: Mary Shellenberg (MFEM) | 5/7/2007 | MF0545-MF0546 | E-mail re: Winged M Miyano service mark and Miyanohitec, cancellation proceeding and cease and demand letter sent to Miyanohitec | Attorney/Client Privilege Communication from counsel to client rendering legal advice |
| 88. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 5/4/2007 | MF0547-MF0551 | E-mail re: filing of application for Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/3/2007 at 8:46 PM; G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM | Attorney/Client Privilege Communication from client to counsel for the purpose of receiving legal advice |
| 89. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/3/2007 | MF0552-MF0560 | E-mail re: Winged M Miyano service mark with draft document, sample specimen and attached e-mails from G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 90. | George Kobayashi (MFEM) | Edward Manzo (CookAlex) | 5/2/2007 | MF0561-MF0565 | E-mail re: Winged M Miyano service mark with attached e-mails from E. Manzo, 5/1/2007 at 5:17 PM; G. Kobayashi, 5/1/2007 at 5:11 PM; G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Reflects Communication between client and counsel for the purpose of receiving legal advice Work Product |
| 91. | Edward Manzo (CookAlex) | George Kobayashi (MFEM) | 5/1/2007 | MF0566-MF0570 | E-mail re: Winged M Miyano service mark cancellation proceeding with attached e-mails from G. Kobayashi, 5/1/2007 at 5:11 PM; G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM | Attorney/Client Privilege Reflects Communication between client and counsel for the purpose of receiving legal advice Work Product |
| 92. | George Kobayashi (MFEM) | Edward Manzo (CookAlex) | 5/1/2007 | MF0571-MF0574 | E-mail re: Winged M Miyano service mark with attached e-mails from G. Kakumae, 5/1/2007 at 5:01 PM; G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice Work Product |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 93. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 5/1/2007 | MF0575-MF0580 | E-mail re: use of Winged M Miyano service mark and information in connection with cancellation proceeding with attached e-mails from G. Kobayashi, 5/1/2007 at 4:36 PM; G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM and sample specimens | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 94. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/1/2007 | MF0581-MF0583 | E-mail re: Use of Winged M Miyano service mark with attached e-mails from G. Kakumae, 5/1/2007 at 4:29 PM; G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 95. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 5/1/2007 | MF0584-MF0586 | E-mail re: Use of Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/1/2007 at 3:26 PM; G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 96. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/1/2007 | MF0587-MF0588 | E-mail re: Use of Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | legal advice |
| 97. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) cc: Mary Shellenberg (MFEM) | 5/1/2007 | MF0589-MF0590 | E-mail re: Cancellation proceeding of Winged M Miyano service mark attached e-mails from G. Kakumae, 5/1/2007 at 2:24 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 98. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) cc: Mary Shellenberg (MFEM) | 5/1/2007 | MF0591-MF0592 | E-mail re: Cancellation proceeding of Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 99. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) | 5/1/2007 | MF0593-MF0595 | E-mail re: Use ofWinged M Miyano service mark with attached e-mails from G. Kakumae, 5/1/2007 at 1:51 PM; G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |
| 100. | Gentaro Kakumae (MMU) | George Kobayashi (MFEM) | 5/1/2007 | MF0596-MF0597 | E-mail re: Use of Winged M Miyano service mark with attached e-mails from G. Kobayashi, 5/1/2007 at 12:21 PM; G. Kakumae, 4/30/2007 at 5:18 PM | Attorney/Client Privilege Communication between client and counsel for the purpose of |

| | Author(s) | Recipient(s) | Date | Type of Doc. (Doc. No.) | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| | | | | | | receiving legal advice |
| 101. | George Kobayashi (MFEM) | Gentaro Kakumae (MMU) cc: Mary Shellenberg (MFEM) | 5/1/2007 | MF0598-MF0599 | E-mail re: Response to Petition for Cancellation of Winged M Miyano service mark with attached e-mails from G. Kakumae, 4/30/2007 at 5:18 PM; | Attorney/Client Privilege Communication between client and counsel for the purpose of receiving legal advice |