**EXHIBIT D**

51908 Miyano Minenura Excerpt.txt

                                                                    1

1       IN THE UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF ILLINOIS
2                  EASTERN DIVISION

3

4   MIYANO MACHINERY USA INC.,      )
                                    )
5              Plaintiff,           )
                                    )
6              -vs-                 )   CIVIL ACTION
                                    )   NO. 08 C 526
7   MIYANOHITEC MACHINERY,          )
    INC., THOMAS ("TOM") MIYANO    )
8   a/k/a TOSHIHARU MIYANO and     )
    STEVEN MIYANO, a/k/a            )
9   SHIGEMORI MIYANO,               )
                                    )
10             Defendant.           )

11

12  EXCERPT OF THE RULE 30(b)(6)

13  DEPOSITION OF AKIRO MINEMURA

14  MAY 19, 2008 - 10:00 A.M.

15

16          Excerpt of the Rule 30(b)(6) Deposition

17  of AKIRO MINEMURA, taken pursuant to the Rules of

18  Civil Procedure for the United States District

19  Courts pertaining to the taking of depositions,

20  taken before Jerry Satterlee, a Certified

21  Shorthand Reporter within and for the State of

22  Illinois, at 200 West Adams Street, Suite 2850,

23  Chicago, Illinois.

24

                                                                    2

1   PRESENT:

2

3       COOK, ALEX, MC FARRON,

4       MANZO, CUMMINGS & MEHLER, LTD., by:

5       MR. EDWARD D. MANZO,

6       MR. LOUIS J. ALEX and

                    51908 Miyano Minenura Excerpt.txt
   7     MR. JASON R. SMALLEY,
   8              -and-
   9     MASUDA, FUNAI, EIFERT & MITCHELL, LTD., by:
  10     MR. STEVEN L. KATZ and
  11     MR. GEORGE H. KOBAYASKI,
  12          On behalf of the Plaintiff;
  13
  14     DOWELL BAKER, by:
  15     MR. GEOFFREY A. BAKER,
  16              -and-
  17     FRANCISSEN PATENT LAW, P.C., by:
  18     MR. VERNON W. FRANCISSEN,
  19              -and-
  20     ROBERT M. KARTON, LTD.,  by:
  21     MR. ROBERT M. KARTON,
  22          On behalf of the Defendants.
  23
  24
                                                      3


   1   ALSO PRESENT:
   2
   3     MR. TAKAYUSHI HOSHINO, Official Translator,
   4     773.588.7461;
   5
   6     MS. SAYAKA LEWIS, Legal Assistant and
   7     Translation Checker,
   8     (Masuda, Funai, Eifert & Mitchell, Ltd.).
   9
  10
  11
  12
  13
  14
                        Page 2

51908 Miyano Minenura Excerpt.txt

15
16
17
18
19
20
21
22
23
24

4

1         (PROCEEDINGS WERE HAD WHICH ARE
2         NOT HEREIN TRANSCBIRED).
3              *  *  *  *  *
4         (BEGINNING OF EXCERPT)
5              *  *  *  *  *
6         AKIRO MINEMURA,
7   called as a witness herein, having been first
8   duly sworn, was examined and testified through an
9   interpreter as follows:
10              EXAMINATION
11  BY MR. BAKER:
12              *  *  *  *  *
13       Q.    Do you know who George Kobayashi is?
14       A.    Yes, I do.
15       Q.    Do you know that George Kobayashi
16  signed a declaration in November 2002 claiming
17  that Miyano Machinery USA was continuing to use
18  the triangle logo?
19       A.    I have never seen that document.
20       Q.    Do you have any understanding of the
21  basis for Mr. Kobayashi's declarations under
22  penalty of perjury to the trademark office that
23  Miyano Machinery USA was using the triangle logo

Page 3

```
                     51908 Miyano Minenura Excerpt.txt
     24   on machine tools?
                                                                5


     1            THE INTERPRETER:  Could you reread the
     2   question?
     3        MR. MANZO:  I will object to the question.
     4              (THE QUESTION WAS READ.)
     5        MR. MANZO:  And I am going to instruct --
     6        MS. LEWIS:  I don't think it was quite
     7   accurate.
     8        THE INTERPRETER:  Would you reread the
     9   question.
    10              (THE QUESTION WAS READ.)
    11          (THE QUESTION WAS RETRANSLATED.)
    12        MR. MANZO:  And I am sorry, have you
    13   finished translating?
    14        THE INTERPRETER:  Yes.
    15        MR. MANZO:  I am going to instruct the
    16   witness that he may not in his answer communicate
    17   information exchanged between the company and Mr.
    18   Kobayashi.
    19        THE INTERPRETER:  Company and I am sorry?
    20        MR. MANZO:  And Mr. Kobayashi.
    21   BY THE WITNESS:
    22        A.   He doesn't understand how Mr.
    23   Kobayashi came up in this discussion.
    24        MR. MANZO:  What was the end of his answer?
                                                                6


     1        THE INTERPRETER:  He does not quite
     2   understand how Mr. Kobayashi came up in this
     3   discussion.
     4   BY MR. BAKER:
     5        Q.   Does he understand the question before
                              Page 4
```

51908 Miyano Minenura Excerpt.txt

6    him?
7       A.   You mean about George Kobayashi?
8       Q.   I mean literally did he understand the
9    exact question and the instruction for that
10   matter?
11      A.   By the last question, you mean
12   whether or not Mr. Kobayashi signed the document?
13      Q.   Actually, I think the question was do
14   you have an understanding of what the information
15   and basis was for Mr. Kobayashi signing the
16   declaration?
17      MR. MANZO:  I would offer an objection.
18   Are you asking --
19      MR. BAKER:  Jerry, could you reread the
20   question back.
21          (THE QUESTION WAS READ.)
22      THE INTERPRETER:  He would like to say
23   something.
24      MR. BAKER:  Of course.

                                                  7


1    BY THE WITNESS:
2       A.   Because there are other Kobayashis in
3    the company, could you be specific about the
4    George Kobayashi you are talking about?
5       Q.   Sure.  See the gentleman sitting at
6    the end of the table with the blue suit and orange
7    tie?  That is George Kobayashi.
8       A.   I was misunderstanding.
9       MR. BAKER:  Not at all.
10          Could you read the question one more
11   time.  Sorry about that.
12   BY THE WITNESS:
13      A.   A long time ago there was a person in

Page 5

```
                    51908 Miyano Minenura Excerpt.txt
14   my company called George Kobayashi.
15        MR. BAKER:  Understood.
16        A.   That is the total confusion.
17        MR. BAKER:  I understand.
18             Now read the question back.
19             (THE QUESTION WAS READ.)
20        MS. LEWIS:  "Do you have any
21   understanding."
22             (THE QUESTION WAS RETRANSLATED.)
23        MR. MANZO:  And my instruction to the
24   witness again is your response may not reveal
                                                  8


1    communications between the company MMU and the
2    law offices of George Kobayashi.
3    BY THE WITNESS:
4         A.   Since my recollection is not clear, I
5    cannot answer the question.
6         MR. MANZO:  Can you take a break?
7         MR. BAKER:  Absolutely.
8              (A RECESS WAS HAD.)
9    BY MR. BAKER:
10        Q.   Mr. Minemura, welcome back.
11             I want to hand you what we have
12   marked as Exhibit 94.  If you turn to -- This is
13   a document marked MMU 144 through 148, which
14   means that MMU produced this document in this
15   case.  I ask you to turn to the page marked MMU
16   147 and I ask you to focus on the middle third of
17   the page under the heading Signature and Other
18   Information.
19             In that is a declaration by George H.
20   Kobayashi dated 11/05/2002, and I want to make
21   sure that my earlier questions are clear to you.
22   What I was asking earlier is do you have any
                             Page 6
```

51908 Miyano Minenura Excerpt.txt
23   understanding of the facts underlying Mr.
24   Kobayashi's information and belief that permitted

                                                   9

1    Mr. Kobayashi to sign this declaration under
2    penalty of perjury?
3         THE INTERPRETER:  Could you repeat the
4    question?
5              (THE QUESTION WAS READ.)
6         MR. MANZO:  I object.  You are asking the
7    witness to comment on a legal document that is
8    not written in Japanese.
9              I also instruct him not to
10   communicate the contents of any communication
11   that went between the company and Mr. Kobayashi's
12   law offices in either direction.
13   BY THE WITNESS:
14        A.   I would like to decline commenting on
15   this document since as Mr. Manzo has pointed out
16   that I can't completely -- personally understand
17   this document.
18                (END OF EXCERPT)
19                *  *  *  *  *
20
21
22
23
24
                                                  10

1    STATE OF ILLINOIS )
                       ) SS:
2    COUNTY OF C O O K )
3         I, Jerry Satterlee, certify that I am a
4    Certified Shorthand Reporter doing business in
                        Page 7

```
                    51908 Miyano Minenura Excerpt.txt
 5    the State of Illinois;
 6
 7           I further certify that I am not a
 8    relative, employee, attorney or counsel of any of
 9    the parties, nor financially interested directly
10    or indirectly in this matter.
11
12           That I reported in shorthand the
13    proceedings had at the Deposition of Akiro
14    Minemura as excerpted.
15
16           And that the foregoing is a true and
17    correct transcript of my shorthand notes so taken
18    at the said Deposition of Akiro Minemura.
19
             CERTIFIED TO THIS 19TH DAY OF MAY, 2008.
20
21
22                     Jerry Satterlee, C.S.R.,
                       CSR No. 84-001354
23
24
```