**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Miyano Machinery USA Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. **08 C 526** |
| v. | ) | |
| | ) | Hon. Virginia Kendall |
| MiyanoHitec Machinery, Inc., | ) | |
| Thomas ("Tom") Miyano, | ) | Magistrate Judge Nolan |
| a/k/a Toshiharu Miyano and | ) | |
| Steven Miyano, a/k/a | ) | |
| Shigemori Miyano, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

**SECOND AMENDED NOTICE OF MOTION**

To counsel of record as indicated on attached service list:

Please Take Notice that on Tuesday, May 27, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendants MiyanoHitec Machinery, Inc., Thomas ("Tom") Miyano, and Steven Miyano ("MIYANOS") shall appear before the Honorable Virginia Kendall in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, 23rd Floor, Chicago, Illinois, to present Defendants' MOTION FOR AN ORDER REQUIRING PLAINTIFF TO DISCLOSE ALL LIVE WITNESSES TO BE CALLED AT HEARING ON PRELIMINARY INJUNCTION MOTION AND TO ENLARGE TIME TO RESPOND.

DATED: May 21, 2008

Respectfully submitted,

/s/ Geoffrey A. Baker

Robert M. Karton
ROBERT M. KARTON, LTD.
77 W. Washington St., Suite 900
Chicago, Illinois 60602-2804
(312)214-0900 telephone
(312)214-4230 facsimile
robert@karton.us

Vernon W. Francissen
FRANCISSEN PATENT LAW, P.C.
FRANCISSEN PATENT LAW, P.C.
53 W. Jackson Blvd., Suite 1320
Chicago, Illinois 60604
(312)294-9980 telephone
(312)275-8772 facsimile
vern@francissenpatentlaw.com

Geoffrey A. Baker
Anthony E. Dowell
Geoffrey D. Smith
Dowell Baker, P.C.
201 Main Street, Suite 710
Lafayette, Indiana 47901
(765) 429-4004 telephone
(765) 429-4114 facsimile

gabaker@dowellbaker.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing SECOND AMENDED NOTICE OF MOTION

was filed via the Court's ECF system and thus also sent by email on May 21, 2008 to the

following:


Edward D. Manzo
COOK, ALEX, MCFARRON, MANZO,
CUMMINGS & MEHLER, LTD.
200 West Adams Street, Suite 2850
Chicago, IL 60606

Phone:  (312) 236-8500
Fax:  (312) 236-8176

emanzo@cookalex.com


May 21, 2008                                                    /s/Geoffrey A. Baker