UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Miyano Machinery USA Inc.
                                          Plaintiff,

v.                                                            Case No.: 1:08−cv−00526
                                                               Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 23, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Parties are notified that the time for the presentment of Plaintiff's Motion for an Order Requiring Disclosure of Witnesses and for Enlargement of Time [86] is reset for 9:30 AM om 5/27/2008 before Judge Kendall. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.