UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Miyano Machinery USA Inc.
                                 Plaintiff,

v.                                                             Case No.: 1:08−cv−00526
                                                              Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:Status hearing held. Parties will reply to all three pending motions [Doc. 45, 84, 92] by 5/28/08. Plaintiff/Counterdefendants may submit a 2−page surreply relating to their Cross−Motion for an Order Compelling the Return of Privileged Documents [Doc. 92] by 5/29/08 at 5:00 p.m. Status and ruling set for 6/6/08 at 9:30 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.