## Geoff Baker

| | |
|---|---|
| **From:** | Geoff Baker [gabaker@dowellbaker.com] |
| **Sent:** | Wednesday, May 28, 2008 1:38 PM |
| **To:** | 'Edward Manzo'; 'Bob Karton' |
| **Cc:** | 'Vernon Francissen'; 'Nancy Sasamoto'; 'Steven Katz'; 'Joel Bock'; 'lalex'; 'jsmalley@cookalex.com'; 'George Kobayashi' |
| **Subject:** | RE: Miyano case |

Ed,

We are sorry to see you, again, choosing forced intervention by the Court as opposed to agreement of the parties.  Your offer and subsequent withdrawal of the June 3 date exemplifies your clients' lack of cooperation to date in this litigation.  Your refusal to cooperate forces us to go to the Court to seek an additional 3 days.  During that three days, there cannot be any prejudice to your clients.  The only prejudice that you might be able to point to would be to the Court.

However, Judge Kendall's dates all hinged off of a need for her to digest the briefing well in advance of the hearing.  Our proposed dates allow for ample time for her to digest the materials well in advance of the July 18 hearing.  We will notify Mr. Wood of our views and move the Court for an extension.  That hearing, due to the Court's notice requirements, cannot be heard before Monday, June 2.  We will not file our response before our motion is heard.

We, again, respectfully request that you reconsider your refusal to allow us the additional three days that we requested.  As you know, we are requesting that time because our client is out of the country (returning very early next week) and one of our primary attorneys is out until Monday, as well.  Neither Bob nor I realized this until after we left the courthouse yesterday.  Had we realized this and mentioned it to Judge Kendall, we are confident that she would have allowed us until June 6 to respond.  Judge Kendall has rightly been focused on making sure that the Court has ample time to consider the briefing before the hearing.

Geoff

Geoffrey A. Baker
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
Phone:   708-660-1413
Fax:        312-873-4466
Mobile:   708-707-8778
www.dowellbaker.com

This message is intended only for the named recipient(s) and may contain a confidential attorney-client communication and/or attorney work product.  If you receive this message in error, please contact the sender listed above and delete this e-mail from your computer.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.  Thank you.

---

**From:** Edward Manzo [mailto:emanzo@cookalex.com]
**Sent:** Wednesday, May 28, 2008 1:00 PM
**To:** 'Bob Karton'
**Cc:** 'Geoff Baker'; Vernon Francissen; 'Nancy Sasamoto'; 'Steven Katz'; 'Joel Bock'; 'lalex'; jsmalley@cookalex.com; 'George Kobayashi'
**Subject:** Miyano case
**Importance:** High

## Dear Bob,

5/28/2008

**This is in response to your request to extend, by another full week, the due date for defendants to file their brief in opposition to MMU's motion for a preliminary injunction. Geoff Baker did not accept the June 2 or 3 date, and requested an extension <u>by a full week</u> to June 6.**

**We cannot agree. The time has been more than ample for defendants to articulate why they ought not be enjoined.**

**Most importantly, my clients are not agreeable to this extension. To the extent that June 2 or 3 was tentatively discussed as a compromise, that offer was rejected and is withdrawn.**

**We therefore expect defendants' brief to be filed this Friday, May 30 as Judge Kendall ordered from the bench in yesterday's hearing on defendants' motion.**

Sincerely,

**Edward D. Manzo**
Attorney at Law
emanzo@cookalex.com

200 West Adams Street
Suite 2850
Chicago, Illinois 60606
312.236.8500 (Main)
312.236.8176 (Fax)
www.cookalex.com

*The information contained in this message and any attachment may be proprietary, confidential, and attorney client privileged or subject to the work product doctrine and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it and all copies and backups thereof. Thank you.*

*Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd.*