# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Miyano Machinery USA Inc., | ) |
| Plaintiff, | ) |
| | ) Civil Action No. **08 C 526** |
| v. | ) |
| | ) Hon. Virginia Kendall |
| MiyanoHitec Machinery, Inc., | ) |
| Thomas ("Tom") Miyano, | ) Magistrate Judge Nolan |
| a/k/a Toshiharu Miyano and | ) |
| Steven Miyano, a/k/a | ) |
| Shigemori Miyano, | ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

## NOTICE OF MOTION

To counsel of record as indicated on attached service list:

Please Take Notice that on Monday, June 1, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendants MiyanoHitec Machinery, Inc., Thomas ("Tom") Miyano, and Steven Miyano ("MIYANOS") shall appear before the Honorable Virginia Kendall in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, 23rd Floor, Chicago, Illinois, to present Defendants' MOTION TO RESET BRIEFING AND HEARING SCHEDULE ON PRELIMINARY INJUNCTION MOTION.

DATED: May 28, 2008

                                                  Respectfully submitted,

                                                  /s/ Geoffrey A. Baker
                                                  Robert M. Karton
                                                  ROBERT M. KARTON, LTD.
                                                  77 W. Washington St., Suite 900
                                                  Chicago, Illinois 60602-2804

(312)214-0900 telephone
(312)214-4230 facsimile
robert@karton.us

Vernon W. Francissen
FRANCISSEN PATENT LAW, P.C.
FRANCISSEN PATENT LAW, P.C.
53 W. Jackson Blvd., Suite 1320
Chicago, Illinois 60604
(312)294-9980 telephone
(312)275-8772 facsimile
vern@francissenpatentlaw.com

Geoffrey A. Baker
Anthony E. Dowell
Geoffrey D. Smith
Dowell Baker, P.C.
201 Main Street, Suite 710
Lafayette, Indiana 47901
(765) 429-4004 telephone
(765) 429-4114 facsimile

gabaker@dowellbaker.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF MOTION was filed via the Court's ECF system and thus also sent by email on May 28, 2008 to the following:

Edward D. Manzo
COOK, ALEX, MCFARRON, MANZO,
CUMMINGS & MEHLER, LTD.
200 West Adams Street, Suite 2850
Chicago, IL 60606

Phone:  (312) 236-8500
Fax:  (312) 236-8176

emanzo@cookalex.com


May 28, 2008                                                    /s/Geoffrey A. Baker