UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Miyano Machinery USA Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. **08 C 526** |
| v. ) | |
| ) | Hon. Virginia Kendall |
| MiyanoHitec Machinery, Inc., ) | |
| Thomas ("Tom") Miyano, a/k/a ) | Magistrate Judge Nolan |
| Toshiharu Miyano and Steven ) | |
| Miyano, a/k/a Shigemori Miyano, ) | |
| ) | |
| Defendants ) | **JURY TRIAL DEMANDED** |
| ) | |
| MiyanoHitec Machinery, Inc., ) | |
| Thomas ("Tom") Miyano, a/k/a ) | |
| Toshiharu Miyano and Steven ) | |
| Miyano, a/k/a Shigemori Miyano, ) | |
| ) | |
| Counterclaim-Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| Miyano Machinery USA Inc. and ) | |
| Counterclaim-Defendants ) | |
| Miyano Machinery Inc., ) | |
| Third-Party Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I, Nancy E. Sasamoto, do hereby state the foregoing NOTICE OF FILING and REPLY TO DEFENDANTS', COUNTERPLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION OF GEORGE H. KOBAYASHI AND MASUDA, FUNAI, EIFERT & MITCHELL, LTD., TO QUASH SUBPOENA OR FOR ENTRY OF PROTECTIVE ORDER were served upon the parties on the

attached SERVICE LIST, via CM/ECF email, or via U.S. mail, as necessary, by placing copies of the same in properly addressed, postage prepaid, envelopes and depositing the same in the U.S. Mail Chute at 203 North LaSalle Street, Suite 2500, Chicago, Illinois 60601, on this 28TH day of May, 2008.

/s/ Nancy E. Sasamoto

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
(312)245-7500
N:\SYS23\2260\PROFSERV\00199003.doc

**SERVICE LIST**

**Edward David Manzo**
**Jason R. Smalley**
**Joel H. Bock**
**Louis J Alex**
Cook Alex McFarron Manzo Cummings Mehler Ltd
200 West Adams Street
Suite 2850
Chicago, IL 60606
(312) 236-8500
Fax: 312-236-8176
Email: emanzo@cookalex.com
jsmalley@cookalex.com
jbock@cookalex.com
lalex@cammcm.com

**Geoffrey Andrew Baker**
Dowell Baker, P.C.
229 Randolph Street
Oak Park, IL 60302
(708)660-1413
Email: gabaker@dowellbaker.com

**Robert M. Karton**
Robert M. Karton, Ltd.
77 West Washington Street
Suite 900
Chicago, IL 60602-2804
(312) 214-0900
Fax: 815-301-9114
Email: robert@karton.us

**Vernon William Francissen**
Francissen Patent Law, P.C.
53 W. Jackson Blvd.
Suite 1320
Chicago, IL 60604
(312) 294-9980

**Geoffrey David Smith**
Dowell Baker PC
201 Main Street
Suite 710
Lafayette, IN 47901
765 429 4004
Email: gsmith@dowellbaker.com