## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Miyano Machinery USA Inc.

                        Plaintiff,

v.                                        Case No.: 1:08−cv−00526
                                          Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, May 27, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held 5/27/2008. Plaintiff's Motion to Disclose Live Witnesses and to Enlarge Time [86] is granted. Parties to exchange witness information by 5/29/2008. The 6/13/2008 hearing date for Plaintiff's Motion for Preliminary Injunction [14] is vacated and reset for 7/18/2008 at 10:00 AM. Response to the Motion for Preliminary Injunction due 5/30/2008; reply due 6/13/2008. Mailed notice. (kw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.