**EXHIBIT A**

# Response to Office Action

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77176918 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 101 |
| **MARK SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| INTERNATIONAL CLASS | 037 |
| DESCRIPTION | |
| Repair and refurbishing services in connection with machines and machine tools, namely, turning centers, lathes, vertical machining centers and all parts therefor | |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01 01 1970 |
| FIRST USE IN COMMERCE DATE | At least as early as 01 01 1970 |
| **GOODS AND/OR SERVICES SECTION** (proposed) | |
| INTERNATIONAL CLASS | 037 |
| DESCRIPTION | |
| Repair and refurbishing services in connection with machines and machine tools, namely, turning centers, lathes, vertical machining centers and all parts therefor | |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01 01 1970 |
| FIRST USE IN COMMERCE DATE | At least as early as 01 01 1970 |
| STATEMENT TYPE | "The substitute specimen(s) was in use in commerce as of the filing date of the application." |
| SPECIMEN FILE NAME(S) | \TICRS2\EXPORT14\771\769 \77176918\xml1\ROA0002.JP G |
| SPECIMEN DESCRIPTION | Mark as displayed on repair personnel shirt. |
| **ADDITIONAL STATEMENTS SECTION** | |
| PRIOR REGISTRATION(S) | "Applicant claims ownership of U.S. Registration Number(s) 1217317, 1473925, 1527809." |
| SIGNIFICANCE OF MARK | "MIYANO appearing in the mark has no significance in the relevant trade or industry or as applied to the goods/services listed in the application, no geographical significance, nor any meaning in a foreign language." |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /George H. Kobayashi/ |
| SIGNATORY'S NAME | George H. Kobayashi |
| SIGNATORY'S POSITION | Attorney at Law |

MMU0000176

| Input Field | Entered |
|---|---|
| DATE SIGNED | 09/13/2007 |
| RESPONSE SIGNATURE | /George H. Kobayashi/ |
| SIGNATORY'S NAME | George H. Kobayashi |
| SIGNATORY'S POSITION | Attorney at Law |
| DATE SIGNED | 09/13/2007 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Sep 13 17:45:47 EDT 2007 |
| TEAS STAMP | USPTO/ROA-206.165.85.15-2 00709131745475805118-77176 918-4009edeba40d72f19e09e f3f7e8aa3f1930-N-A-N-A-20 070913172652721877 |

## Response to Office Action

### To the Commissioner for Trademarks:

Application serial no. **77176918** has been amended as follows:
**CLASSIFICATION AND LISTING OF GOODS/SERVICES**
**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 037 for Repair and refurbishing services in connection with machines and machine tools, namely, turning centers, lathes, vertical machining centers and all parts therefor
Original Filing Basis:
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 01/01/1970 and first used in commerce at least as early as 01/01/1970, and is now in use in such commerce.
**Proposed:** Class 037 for Repair and refurbishing services in connection with machines and machine tools, namely, turning centers, lathes, vertical machining centers and all parts therefor
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 01/01/1970 and first used in commerce at least as early as 01/01/1970, and is now in use in such commerce.
Applicant hereby submits a new specimen for Class 037. The specimen(s) submitted consists of Mark as displayed on repair personnel shirt..
For an application based on 1(a), Use in Commerce, "The substitute specimen(s) was in use in commerce as of the filing date of the application."
Specimen File1
**ADDITIONAL STATEMENTS**
**Claim of Prior Registration(s)**
"Applicant claims ownership of U.S. Registration Number(s) 1217317, 1473925, 1527809."
**Significance of wording, letter(s), or numeral(s)**
"MIYANO appearing in the mark has no significance in the relevant trade or industry or as applied to the goods/services listed in the application, no geographical significance, nor any meaning in a foreign language."
**SIGNATURE(S)**
**Declaration Signature**
If the applicant is seeking registration under Section 1(b) and/or Section 44 of the Trademark Act, the applicant had a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services as of the filing date of the application. 37 C.F.R. Secs. 2.34(a)(2)(i); 2.34 (a)(3)(i); and 2.34(a)(4)(ii). If the applicant is seeking registration under Section

MMU0000177

1(a) of the Trademark Act, the mark was in use in commerce on or in connection with the goods or services listed in the application as of the application filing date. 37 C.F.R. Secs. 2.34(a)(1)(i). The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. §1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that if the original application was submitted unsigned, that all statements in the original application and this submission made of the declaration signer's knowledge are true, and all statements in the original application and this submission made on information and belief are believed to be true.

Signature: George H. Kobayashi      Date: 09/13/2007
Signatory's Name: George H. Kobayashi
Signatory's Position: Attorney at Law

**Response Signature**
Signature: George H. Kobayashi      Date: 09/13/2007
Signatory's Name: George H. Kobayashi
Signatory's Position: Attorney at Law

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the applicant in this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 77176918
Internet Transmission Date: Thu Sep 13 17:45:47 EDT 2007
TEAS Stamp: USPTO/ROA-206.165.85.35-20070913174547s
053s-77176918-4000ededegan3720.500503372-
Saa5f1950-N-A-N-A-20070913-174547137-N-

MMU0000178



MMU0000179