**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


MIYANO MACHINERY USA,,        )
Inc.,                         )
                              )
            Plaintiff,        )
                              )    CIVIL ACTION
        -vs-                  )    NO. 08 C 526
                              )
MIYANOHITEC MACHINERY,        )
INC., THOMAS ("TOM") MIYANO   )
a/k/a TOSHIHARU MIYANO and    )
STEVEN MIYANO, a/k/a          )
SHIGEMORI MIYANO,             )
                              )
            Defendant.


DEPOSITION OF AKIHIKO MINEMURA

MAY 19, 2008 - 10:15 A.M.

        The Deposition of AKIHIKO MINEMURA,
taken pursuant to the Rules of Civil Procedure
for the United States District Courts pertaining
to the taking of depositions, taken before Jerry
Satterlee, a Certified Shorthand Reporter within
and for the State of Illinois, at 200 West Adams
Street, Suite 2850, Chicago, Illinois.

```
 1                    EXAMINATION (Resumed)
 2   BY MR. BAKER:
 3        Q.    Mr. Minemura, welcome back.
 4              So I think Mr. Manzo was just
 5   indicating to me that you had a chance to check
 6   the last name of Ann over the lunch hour, is that
 7   true?
 8        A.    I called the office to confirm this,
 9   and it was not correct that Hank Marchionne had
10   told him.  It was Mr. Kakumae who told him who
11   called, told him that there was such inquiry.
12        Q.    Did you find out Ann's last name?
13        A.    Yes, I found out.
14        Q.    And what is it?
15        A.    E-S-E-T-Y.  Perhaps S-T.
16        Q.    Mr. Minemura, do you recall that in
17   1997 the board of Miyano Machinery Japan decided
18   to stop using the triangle trademark?
19        MR. MANZO:  Objection.
20        MS. LEWIS:  Did you say winged?  He didn't
21   say winged.
22        MR. BAKER:  Triangle.
23        THE INTERPRETER:  I am sorry.  Triangle.
24           (THE QUESTION WAS RETRANSLATED.)
```

1          MR. MANZO:  Object to the form of the

2     question.

3     BY THE WITNESS:

4          A.   My understanding of that question, my

5     understanding what happened back then was the

6     board was decided to --

7               (A DISCUSSION IN JAPANESE WAS HAD.)

8               My understanding as far as that

9     question is concerned is what happened back then

10    is the board decided not to renew the triangle

11    logo trademark through the Japanese system called

12    ringisho.

13          MR. MANZO:  Through what?

14          THE INTERPRETER:  Ringisho.

15          MR. MANZO:  Could you spell it?

16          THE INTERPRETER:  R-I-G-I-S-H-O.

17          MS. LEWIS:  R-I-N-

18          THE INTERPRETER: R-I-N-G-I-S-H-O.

19    Ringisho.

20          MR. MANZO:  Ringisho.

21    BY MR. BAKER:

22          Q.   Didn't Miyano Machinery USA stop using

23    the triangle trademark at some point in the late

24    1990s?

```
 1          A.     I don't know that they did.
 2          Q.     Can you point to any specific examples
 3     of use by Miyano Machinery USA of the triangle
 4     logo on any machine tool between the year 2000 and
 5     the year 2007?
 6          MS. LEWIS:  Can you clarify what year?
 7     From 2000 to 2006 or-7?
 8          MR. BAKER:  I said seven.
 9     BY THE WITNESS:
10          A.     Yes.
11     BY MR. BAKER:
12          Q.     What specific machines?  Please list
13     all of them?
14          MR. MANZO:  Can I just hear the question.
15                (THE RECORD WAS READ.)
16     BY THE WITNESS:
17          A.     GN series.  MTV series.  Warranty
18     policies.  Service reports.  Service technician
19     work clothes, shirts.  On the polo shirts and
20     other shirts that were given to the employees,
21     distributors and customers.  On the web sites
22     related to -- relating to the machine parts
23     sales.
24                That is all I can remember right now.
```

**EXHIBIT C**

1    by MMU of the Miyano family name?

2         THE INTERPRETER:  Could you read the

3    question.

4              (THE QUESTION WAS READ.)

5    BY THE WITNESS:

6         A.    I believe I answered the question

7    before.

8    BY MR. BAKER:

9         Q.    What was your answer before?

10        A.    I never saw that fact outside of the

11   complaint document or the preliminary injunction

12   document.

13        Q.    Does MMU -- Well, let's get back to

14   the MTV model machines.  Who makes those machines?

15        A.    Presently?

16        Q.    Yes.

17        A.    Those machines in past were produced

18   by MMU's group company called Mectron and

19   currently those MTV machines are produced by the

20   same Mectron which is no longer -- an independent

21   company.

22        Q.    When you say group company, are you

23   testifying that Mectron was owned by MMU?

24        A.    MMJ or MMU?

```
 1        Q.    I said MMU but either is fine.

 2        A.    Please define owning.

 3        Q.    Having any ownership.  Whatsoever?

 4        A.    Not MMU.

 5        Q.    Does MMJ presently own any portion of

 6   Mectron?

 7        A.    As far as that point is concerned, I

 8   cannot say.  I cannot tell.

 9        Q.    So you don't know right now whether or

10   not MMJ owns any part of Mectron?

11        A.    I don't know.

12        Q.    Do you know if MMJ ever owned any part

13   of Mectron?

14        A.    I heard that MMJ did own part of

15   Mectron.

16        Q.    At what point in time?

17        A.    I can not recall specifically.

18        Q.    Do you know whether or not Steve

19   Miyano ever consented to Mectron using the Miyano

20   family name on any product or service in the

21   United States?

22        A.    You mean Steve Miyano to Mectron?

23        Q.    Correct.

24        A.    I don't know.
```

1          Q.    Are you aware of any written document

2     showing any relationship between Mectron and MMU

3     for the sale, service or marketing of any products

4     or services in the United States?

5          THE INTERPRETER:  Could you reread the

6     question.

7                    (THE QUESTION WAS READ.)

8     BY THE WITNESS:

9          A.    I have heard that such a document

10    exists but I don't know when.

11    BY MR. BAKER:

12         Q.    Have you seen the document?

13         A.    I don't know because it is such a

14    long time ago.

15         Q.    How long ago?

16         A.    Over ten years I believe or more?

17         Q.    At a time when Tom Miyano still ran

18    both MMU and MMJ?

19         MR. MANZO:  Object to form.

20    BY THE WITNESS:

21         A.    I believe that is true.

22    BY MR. BAKER:

23         Q.    Would it be fair to say that the MTV

24    model of machines are actually Mectron machines,

1    not Miyano Machinery machines?

2         MR. MANZO:  Object to form.

3         A.    My understanding is that Mectron is

4    responsible for manufacturing the machines.

5         Q.    Who puts the trademarks on the MTV

6    machine?

7         A.    Which trademark are you talking

8    about?

9         Q.    The triangle.

10        A.    That trademark was put on by the

11   Mectron right before shipping.

12        Q.    In Japan?

13        A.    Yes.

14        Q.    So Miyano Machinery is not responsible

15   for placing the triangle mark on Mectron's

16   machines, correct?

17        THE INTERPRETER:  Could you reread with the

18   question.

19             (THE QUESTION WAS READ.)

20        MR. MANZO:  Objection.

21   BY THE WITNESS:

22        A.    Do you mean Miyano Machinery Japan?

23        Q.    Either.  I am assuming Japan because

24   it is in Japan.

```
 1          A.     Yes.   Mectron is the one -- are the
 2    ones that put the trademarks on the products.
 3          Q.     Do you know who George Kobayashi is?
 4          A.     Yes, I do.
 5          Q.     Do you know that George Kobayashi
 6    signed a declaration in November 2002 claiming
 7    that Miyano Machinery USA was continuing to use
 8    the triangle logo?
 9          A.     I have never seen that document.
10          Q.     Do you have any understanding of the
11    basis for Mr. Kobayashi's declarations under
12    penalty of perjury to the trademark office that
13    Miyano Machinery USA was using the triangle logo
14    on machine tools?
15          THE INTERPRETER:  Could you reread the
16    question?
17          MR. MANZO:  I will object to the question.
18               (THE QUESTION WAS READ.)
19          MR. MANZO:  And I am going to instruct --
20          MS. LEWIS:  I don't think it was quite
21    accurate.
22          THE INTERPRETER:  Would you reread the
23    question.
24               (THE QUESTION WAS READ.)
```

**EXHIBIT D**

HOME | JAPANESE | CONTACT

Latest News        Products        Support        About Miyano



## GN-3200

Introducing a New High Precision CNC Turning Center with a Machine
Width of 700mm and Floor Space of 1.04m.

### Product News

**[ GN-3200 ]**

Ocean Brand's number one mission is to achieve high precision. The most important issue for Miyano's customers of today is to be able to produce high quality, top grade products in the shortest possible time and utilising a minimum of floor space. The new 700mm(27.56") wide user friendly GN-3200 is a machine of strategic importance to the Ocean Brand as it represents a commitment to achieving this mission in partnership with our customers.

Read More

**[ Model LX-06E2 ]**

### with Programmable CNC Loading System

The model LX-06E2, a CNC lathe for 6-inch chuck-work, featuring "hard-turning work", which is made possible by its rigid components, now comes also with an integrated automatic loading system programmed by CNC control. Featuring easy setup changes, it offers excellent efficiency in small-lot productions, as well as medium-volume productions when equipped with optional parts feeders.

Read More

### Support

o  Technical Center

Miyano Machinery, Inc. – Products –                                    5/22/08 2:11 PM

## Turning Centers for Bar Wo

CNC Turning Centers
with Single Fixed Spindle



These CNC turning centers consist of a main spindle fixed on the machine bed,
a tool turret traversing on longitudinal and crossing directions (Z & X-axis),
and an optional tail stock. They are made for bar-work which does not require
machining on the back-side of the work pieces, or chuck-work on cut, forged,
or cast pieces loaded either by hand or by a loading system.

CNC Turning Centers for Bar Work

Capable of bar or chuck work and a shaft work with an optional tail stock.
  ◇ Bar capacity: 34mm / 42mm ◇ 5"chuck ◇ 8-station tool turret ◇ Revolving tool:
  4units (max.)

CNC Turning Centers for Bar Work

Capable of bar or chuck work and a shaft work with an optional tail stock.
  ◇ Bar capacity: 34mm /42mm ◇ 5"chuck ◇ 12-station tool turret ◇ Revolving tool:
  6 units (max.)

CNC Turning Centers for Bar Work

Capable of bar or chuck work and a shaft work with an optional tail stock.
  ◇ Bar capacity: 51mm ◇ 5"chuck ◇ 12-station tool turret ◇ Revolving tool: 6 units
  (max.)

## Turning Centers for Bar W

2-spindle CNC Turning Centers
with Fixed L-spindle and
Traversing R-spindle



These CNC turning centers consist of an L-spindle fixed on the machine bed, a
longitudinally traversable R-spindle facing against the L-spindle, and one or
up to three tool turrets traversable on longitudinal and crossing directions (Z &
X-axis). They are capable of a variety of complex work, complete on one
machine from bar stock, eliminating the need of secondary machining on the

Technical Information
○ Techniques for Machining &
  Optional Attachments
  Polygon-cutting Attachment
○ Tips for NC Programming
  NC Data Transfer
○ FAQ and Technical Data
  FAQ for Cutting Fluids

back-side of the work pieces.

CNC Turning Centers with 2 Spindles and 2 Turrets with Y-axis

Two opposing main spindles and two tool turrets with Y-axis slides enable processing of high-end work, complete on one machine from bar stock.
  ✧ Bar capacity: 51mm / 64mm ✧ 12ST.station tool turret: one each on lower & upper positions, total 2 units ✧ Y-axis slide: one on upper position ✧ Revolving drive tools: max. 24 tools

CNC Turning Center with 2 Spindles, 3 Turrets and 2 Y-axis Slides

Two opposing main spindles and three tool turrets with Y-axis slides enable processing of high-end work, complete on one machine from bar stock.
  ✧ Bar capacity: 51mm / 64mm ✧ 12-station tool turrets: 3 units ✧ Y-axis slides: two on upper positions ✧ Revolving drive tools: max. 36 tools

2-spindle CNC Turning Centers

Front and back-side of bar or chuck work can be complete on one machine by 2 spindles and revolving tools.
  ✧ Bar capacity: 34mm / 42mm ✧ 5"chuck ✧ 12-station tool turret ✧ Revolving drive tools: Max. 6 tools

2-spindle CNC Turning Center

Front and back-side of bar or chuck work can be complete on one machine by 2 spindles and revolving tools.
  ✧ Bar capacity: 51mm ✧ 6"chuck ✧ 12-station turret ✧ Revolving drive tools: Max. 12 tools

2-Spindle CNC Turning Center

Front and back-side of bar or chuck work can be complete on one machine by 2 spindles and revolving tools with Y-axis slide.
  ✧ Bar capacity: 51mm ✧ 6"chuck ✧ 12-station turret ✧ Revolving drive tools: Max. 12 tools

CNC Turning Center with 2 Spindles and 2 Turrets

Two opposing main spindles and two tool turrets enable processing of high-end work, complete on one machine from bar stock.
  ✧ Bar capacity: 34mm ✧ 5"chuck ✧ 12 on upper turret, 12 on lower turret ✧ Revolving drive tools: Max. 12 & 12, total 24 with Y-axis movement

CNC Turning Center with 2 Spindles and 2 Turrets

Two opposing main spindles and lower and upper turrets with Y-axis slides enable processing of high-end work, complete on one machine from bar stock.
  ✧ Bar capacity: 34mm / 51mm ✧ 5"chuck / 6"chuck ✧ Tool Turret Stations: 12 on upper turret, 12 on lower turret ✧ Revolving drive tools: Max. 12 & 12, total 24

CNC Turning Center with 2 Spindles and 2 Turrets

Two opposing main spindles and lower and upper turrets enable processing of high-end work, complete on one machine from bar stock.
  ◊ Bar capacity: 51mm ◊ 6"chuck ◊ Tool Turret Stations: 12 on upper turret, 10 on lower turret ◊ Revolving drive tools: Max. 6 & 5, total 11

CNC Turning Center with 2 Spindles and 2 Turrets

A 12-station tool turret and a uniquely designed end-working turret provide efficient machining, complete on one machine from bar stock.
  ◊ Bar capacity: 34mm / 42mm ◊ 5"chuck ◊ Tool Turret Stations: 12 & 6 ◊ Revolving drive tools: max. 6

CNC Turning Center with 2 Spindles and 2 Turrets

A 12-station tool turret with Y-axis slide and a uniquely designed end-working turret provide efficient machining, complete on one machine from bar stock.
  ◊ Bar capacity: 34mm / 42mm ◊ 5"chuck ◊ Tool turret stations: 12 & 6 ◊ Revolving drive tools: max. 6

CNC Turning Center with 2 Spindles and 2 Turrets

A 12-station tool turret with Y-axis slide and a uniquely designed end-working turret provide efficient machining, complete on one machine from bar stock.
  ◊ Bar capacity: 51mm ◊ 6"chuck ◊ Tool turret stations: 12 & 6 ◊ Revolving drive tools: max. 12



CNC Tuning Centers for

Linear-turret CNC Turning Center with Sliding L & R Main Spindle Headstocks

These CNC turning centers feature one or two tooling headstocks which index their tools in linear movement, in stead of rotary movement of ordinary tool turrets. They can traverse in X-axis (cross) and Y-axis (vertical) directions. They also feature two longitudinally-traversable main spindles facing against one another. These features enable efficient processing of front and back-side machining in a single, one-machine setup.

Linear Turret CNC Turning Center with 2 Spindles and 3D Linear Turret

These new machines are designed to provide excellent cost-efficiency in processing small diameter bar-work, complete in one-machine setup.
  ◊ Bar capacity: 20mm ◊ 3D linear turret: 1 unit ◊ Tools: 6 OD tools / 4+4

drilling/boring tools ✦ Revolving drive tools: 3 units

Linear Turret CNC Turning Center with 2 Spindles and 3D Linear Turret

Simultaneous left/right-side machining by two main spindles of identical capacity enables extremely efficient bar-work, complete in a single machine setup.
  ✦ Bar capacity: 20mm / 20mm ✦ 3D linear turret: 2 units ✦ Tool stations (L & R-turrets): 13 / 7 stations ✦ Revolving tool: 3

## Turning Centers for Ch...

CNC Lathes
with Single Fixed Spindle



These CNC lathes consist of fixed-type main spindle, rotary-type tool turret on cross (X-axis) and longitudinal (Z-axis) slides, and optional tail stock. These machines are designed for bar-work process that does require cross drilling/milling, or back-side machining, and chuck-work on cut-blanks, forged pieces or cast blanks.

High-rigidity CNC Lathe for Hard Turning

Combined with an automatic loading system, powerful secondary turning operation is possible, that includes hard turning process.
  ✦ 6"chuck ✦ Wedge-clamp type 8-station tool turret ✦ High speed gantry loading system ✦ Programmable CNC loaders

High-rigidity CNC Lathe for Hard Turning

Featuring direct wedge-clamp system, powerful secondary turning operation is possible, that includes hard turning process.
  ✦ 8"chuck ✦ Wedge-clamp type 10-station tool turret ✦ Tail stock: 3 types (optional) ✦ Gantry loading system and work stocker

High-rigidity CNC Lathe for Hard Turning

Featuring direct wedge-clamp system, powerful secondary turning operation is possible, that includes hard turning process.
  ✦ 8"chuck ✦ Wedge-clamp type 8-station tool turret ✦ Complete work-handling system, including a gantry loading system and a work stocker

High-rigidity CNC Lathe for Hard Turning

Bar, chuck-work, and shaft-turning process is possible by a powerful tail stock.

Miyano Machinery, Inc. – Products –

5/22/08 2:11 PM

❖ 8"chuck ❖ 10-station tool turret ❖ Revolving drive tools: max, 5 ❖ Gantry loading system and work stocker

## Self-loading Type CNC Lathe

Self-loading Type Turning Centers
with Single Traversing Main Spindle

These CNC lathes consist of a traveling main spindle on longitudinal (Z-axis) slide, a rotary-type tool turret on cross (X-axis) slide. Turning operation involves feeding by the main spindle and the tool turret. The self-traversing main spindle takes part of automatic loading process to handle chuck-work of cut-blanks, forged pieces, or cast pieces.

Self-loading type CNC Turning Center

A unique, high speed self-loading main spindle and revolving tools provide complete machining of small pieces in a single-machine setup.
❖ 6" / 8"chuck ❖ 12-station turret ❖ Revolving tools: max. 6

Self-loading type CNC Turning Center

A unique, high speed self-loading main spindle and revolving tools with Y-axis provide complete machining of small pieces in a single-machine setup.
❖ 6" / 8"chuck ❖ 12-station turret ❖ Revolving tools: max. 6 with Y-axis

## High Precision Turning



High Precision Linear Turret CNC Lathes
with Single Fixed Main Spindle

These NC lathes consist of main spindle fixed on machine bed and linear turret traversable on cross (X-axis) and longitudinal (Z-axis) directions. They are designed for bar-work that does not require back-side machining or chuck-work on cut-blanks, forged pieces, or cast pieces with an automatic loading system.

http://www.miyano-jpn.co.jp/english/products/index.html#006

High-precision Linear Turret CNC Lathe

Featuring a machine base incorporating thermally-symmetric design and an inner
wind-tunnel, a thermally-symmetric wing-type main spindle, this model is designed
for high precision secondary turning process.
   ◈ 3"/ 4"precision air chuck ◈ Collet chuck system ◈ High speed automatic loading
   system ◈ A variety of work handling robotic loading system

High-precision Linear Turret CNC Lathe

Featuring a machine base incorporating thermally-symmetric design and an inner
wind-tunnel, a thermally-symmetric wing-type main spindle, this model is designed
for high precision secondary turning process.
   ◈ 3"/ 4"precision air chuck ◈ Collet chuck system ◈ High speed automatic loading
   system ◈ A variety of work handling robotic loading system

### High Precision turning

High Precision Linear Turret CNC Lathes
with 1 or 2 Traveling Main spindles

These high-precision CNC lathes consist of front-loading type L & R main
spindles with a built-in drive motor that traverse in longitudinal (Z-axis)
direction and two linear turrets that traverse on cross (X-axis) direction. A
built-in, high-speed automatic loading system enable highly efficient front &
back or front & front turning operation.

High Precision Horizontal Linear Turret CNC Lathe

Incorporating traveling-type main spindles and linear turrets, each of which are
mounted on a single slide, high precision secondary turning process is possible.
   ◈ 4" precision air chuck system ◈ 15,000 min-1 main speed speed ◈ A variety of
   collet chuck systems ◈ High speed automatic loading system

2-spindle High Precision Horizontal Linear Turret CNC Lathe

Featuring thermally-symmetric machine bed with a heat-releasing inner wind tunnel,
this model is designed for high-precision secondary turning process.
   ◈ 4"precision air chuck system ◈ A variety of collet chuck systems ◈ Self-loading
   type twin loader-head high speed gantry loading system



## Peripheral Equipment

### YUTORA Series
### Swarf Processing System

Yutora Series de-oiling systems are designed to separate water-soluble or
non-water-soluble coolant from swarfs and continuously recycle during the
operation, by means of high-power centrifugal separator. We highly
recommend using these systems for environmental measures, such as, energy
conservation, environmental maintenance, and pollution prevention.

Automatic Swarf-deoiling Systems

Swarf intake through continuous de-oiling is integrated in a compact, integrated
system.
  ◈ Swarf processing capacity: 100L/h  ◈ Hopper capacity: 60L

Automatic Swarf-deoiling Systems

Swarf intake through continuous de-oiling is integrated in a compact, integrated
system.
  ◈ Swarf processing capacity: 300L/h  ◈ Hopper capacity: 200L

Automatic Swarf De-oiling System

Swarf intake through continuous crushing, and continuous de-oiling is processed in
an integrated system.
  ◈ Swarf processing capacity: 300L/h  ◈ Hopper capacity: 230L

Automatic Swarf De-oiling System

Swarf intake through continuous crushing, and continuous de-oiling is processed in
an integrated system.
  ◈ Swarf processing capacity: 300L/h  ◈ Hopper capacity: 400L

Miyano Machinery, Inc. – Products –                                                              5/22/08 2:11 PM



## Peripheral Equipment

### Automatic Barfeeders

For automated bar-feeding process, make your selection by the bar diameter, stock capacity of the bar material, your needs of bar material support system, such as, oil-support system, or roller support system.

Automatic single-bar feeder equipped with oil hydromechanics

Automatic single-bar feeder equipped with oil hydromechanics, for high-speed precision machining

Pull-out type (no feeding mechanism) single-bar stock device equipped with oil hydromechanics

Magazine-loading automatic bar feeder equipped with oil hydromechanics, for small and medium diameters

Magazine-loading automatic bar feeder equipped with oil hydromechanics, for small and medium diameters

Magazine-loading automatic bar feeder equipped with oil hydromechanics, for medium and large diameters

Magazine-loading automatic bar feeder for smaller lengths (maximum length: spindle length)

Roller-support-type magazine-loading automatic bar feeder for medium and large diameters

Belt-support-type magazine-loading automatic bar feeder for medium and large diameters

Long-shaft work loader/unloader for twin opposing spindles

Bar-end processing machine

http://www.miyano-jpn.co.jp/english/products/index.html#006

## Peripheral Equipment

### High-pressure Coolant System



High-pressure coolant systems are systems which help break up and wash away the swarf, helping extend tool life and stabilize machine operation.

Equipped with a magnetic separator to eliminate ferrous powder
(maximum discharge pressure: 6.0 Mpa)

Equipped with a centrifugal separator to eliminate ferrous powder
(maximum discharge pressure: 6.0 Mpa)

Equipped with paper filters to eliminate ferrous powder from cast iron
(maximum discharge pressure: 6.0 Mpa)

Compact, side-mounted type
(maximum discharge pressure: 4.0 Mpa)

## Peripheral Equipment

Handling Robots
Gantry Loaders
Tray-changing Type Work-piece Stocker



Miyano has provided a variety of options to save your time and costs involving work-handling by human operators. From robotic loading systems to built-in type gantry loaders, and tray-type work-piece stockers and lots more, we offer a wide variety of combinations to fit your needs.

Miyano Machinery, Inc. – Products –

5/22/08 2:11 PM

We provide a variety of work-handling robotic loading systems to enable multiple, small lot productions of different workpieces in the same line. Our GN-series provide excellent work-handling systems utilizing these robotic loaders



Overhead-type gantry loaders, or enclosed-type loaders are safe to operate and provide flexibility to be integrated with a variety of work-handling devices, such as, tray-change type work-piece stockers, to build a work-handling system of maximum efficiency. Our LX-series single-spindle CNC lathes provide excellent efficiency utilizing these gantry-loading work-handling systems.



These work stockers work well with a variety of work-pieces and work-conveying devices. Coordinating with in-line work-conveying helps manage work-piece data of the entire production line to achieve higher level of production management.



Attention  |  Site Map  |  Links

