**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Miyano Machinery USA Inc.,                    )<br>                         Plaintiff,         )<br>                                                         )<br>v.                                                      )<br>                                                         )<br>MiyanoHitec Machinery, Inc.,              )<br>Thomas ("Tom") Miyano, a/k/a Toshiharu Miyano )<br>and Steven Miyano, a/k/a Shigemori Miyano, )<br>                         Defendants   )<br>                                                         )<br>                                                         )<br>                                                         )<br>                                                         )<br>_____ )<br>                                                         )<br>MiyanoHitec Machinery, Inc.,              )<br>Thomas ("Tom") Miyano, a/k/a Toshiharu Miyano )<br>and Steven Miyano, a/k/a Shigemori Miyano, )<br>                         Counterclaim-Plaintiffs )<br>                                                         )<br>v.                                                      )<br>                                                         )<br>Miyano Machinery USA Inc. and         )<br>                         Counterclaim-Defendant )<br>Miyano Machinery Inc.,                         )<br>                         Third-Party Defendant  ) | Civil Action No. **08 C 526**<br><br>Hon. Virginia Kendall<br><br>Magistrate Judge Nolan<br><br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR PROTECTIVE ORDER AND ORDER COMPELLING THE RETURN OF PRIVILEGED DOCUMENTS**

Currently pending before this Court are the following three motions:

- George Kobayashi and Masuda, Funai, Eifert & Mitchell's ("MFEM") Motion to Quash the Subpoean or For Entry of a Protective Order (Document #45);

- Defendants' Motion to Compel Production, to Pierce Claimed Attorney-Client and Work Product Privilege and to Enforce Subpoena (Document #84); and

- Plaintiff's Cross-Motion for a Protective Order and an Order Compelling the Return of Privileged Documents (Document #92).

1

On May 27, 2008, Plaintiff presented its claw-back motion (#92). At the presentment hearing, this Court asked if further briefing on the claw-back motion would be necessary, given the briefing on Defendants' Motion to Compel (Document #84) and MFEM's Motion to Quash (Document #45). The parties agreed that need for such briefing would be very limited. The Court invited Defendants to address the issues presented in Plaintiff's claw-back motion within a header in their reply brief to be filed on May 28, 2008. The Court also gave Plaintiff this opportunity to reply. The Court entered a minute order reflecting these directives on May 28, 2008 (Document #98).

Defendants filed their reply brief in the wee hours of May 29, 2008 with no header or argument as invited. Defendants' reply brief does not address the issues raised in Plaintiff's claw-back motion, namely: (1) that "Exhibit L" provided for *in camera* review with Defendants' Motion to Compel (Document #84) is a privileged document, protected under the attorney-client and work product privileges, (2) that the document was inadvertently produced, and (3) that under Federal Rule of Civil Procedure 26(b)(5)(B) and 26(c) the document must be returned and protected from further use or disclosure. Rather, Defendants in their reply present entirely new facts and arguments in attempt to support their Motion to Compel Production, to Pierce Claimed Attorney-Client and Work Product Privilege and to Enforce Subpoena (Document #84).

In addition to denying Defendants' Motion to Compel, Plaintiff asks that this Court GRANT its claw-back motion (Document #92) and enter a protective order and an order compelling the return of "Exhibit L" as set forth therein.

                                        Respectfully submitted,

Dated: May 29, 2008                         */s/ Edward Manzo*
                                                    One of the Attorneys for Plaintiff

Edward D. Manzo     I.D. # 03124728
Joel Bock              I.D. # 00239984
Louis Alex            I.D. # 06274458
Jason Smalley        I.D. # 06287426
COOK, ALEX, MCFARRON, MANZO,
      CUMMINGS & MEHLER, LTD.
200 West Adams Street, Suite 2850
Chicago, IL 60606
Phone: (312) 236-8500
Fax: (312) 236-8176

## CERTIFICATE OF SERVICE

The undersigned declares that he/she is over the age of 18 years, not a party to this action, and employed in the County of Cook, by Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd., Attorneys at Law, 200 West Adams Street, Suite 2850, Chicago, Illinois 60606.

On the date listed below, I caused the filing of the foregoing **Plaintiff's Reply to Defendants' Response to Motion for Protective Order and Order Compelling the Return of Privileged Documents** with all its attachments and exhibits. I caused the service of these aforementioned documents on the following individuals, as addressed below, by the means indicated, and on the date listed below:

| | | |
|---|---|---|
| Geoffrey A. Baker | Robert M. Karton | Vernon W. Francissen |
| Geoffrey D. Smith | ROBERT M. KARTON, LTD. | FRANCISSEN PATENT LAW, P.C. |
| DOWELL BAKER, P.C. | 77 W. Washington St., Suite 900 | 53 W. Jackson Blvd., |
| 201 Main Street, Suite 710 | Chicago, Illinois 60602-2804 | Suite 1320 |
| Lafayette, Indiana 47901 | (312)214-0900 telephone | Chicago, Illinois 60604 |
| (765) 429-4004 telephone | (312)214-4230 facsimile | (312)294-9980 telephone |
| (765) 429-4114 facsimile | robert@karton.us | (312)275-8772 facsimile |
| gabaker@dowellbaker.com | | vern@francissenpatentlaw.com |

Nancy E. Sasamoto
Steven L. Katz
George H Kobayashi
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 N. LaSalle St.
Suite 2500
Chicago, IL 60601
312-245-7500 telephone
nsasamoto@masudafunai.com
skatz@masudafunai.com
gkobayashi@masudafunai.com

  X   (BY ELECTRONIC MEANS) I caused this document to be electronically mailed (emailed) to Vernon W. Francissen, at the address shown above.

  X   (BY ELECTRONIC MEANS) I cause each such document to be sent by electronic means through the Electronic Court Filing system to Nancy Sasamoto, Steven Katz, George H Kobayashi, Geoffrey A. Baker, Geoffrey D. Smith and Robert M. Karton at the address shown above, pursuant to LR 5.9.

Executed on May 29, 2008 at Chicago, Illinois.

Signed:      /s/ Edward Manzo