# <u>Exhibit B</u>

```
                IN THE UNITED STATES DISTRICT COURT
1            FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION
2

3    MIYANO MACHINERY USA INC.,          )
                    Plaintiff,           )
4                                        )
     -vs-                                )  No. 08 C 526
5                                        )
     MIYANOHITEC MACHINERY, INC.,        )
6    THOMAS ("TOM") MIYANO, a/k/a        )
     TOSHIHARU MIYANO and STEVEN         )
7    MIYANO, a/k/a SHIGEMORI MIYANO,     )
                                         )
8               Defendants.              )
     ------------------------------      )
9    MIYANOHITEC MACHINERY, INC.,        )
     THOMAS ("TOM") MIYANO, a/k/a        )
10   TOSHIHARU MIYANO and STEVEN         )
     MIYANO, a/k/a SHIGEMORI MIYANO,     )
11                                       )
            Counterclaim-Plaintiffs,     )
12                                       )
       -vs-                              )
13                                       )
     MIYANO MACHINERY USA INC.,          )
14                                       )
            Counterclaim-Defendant,      )
15                                       )
        and                              )
16                                       )
     MIYANO MACHINERY, INC.,             )
17                                       )
        Third-Party Defendant.           )
18
              -  CONFIDENTIAL - ATTORNEYS' EYES ONLY  -
19
                    The deposition of THOMAS TOSHIHARU
20   MIYANO, called by the Plaintiff for examination,
     taken pursuant to the Federal Rules of Civil
21   Procedure of the United States District Courts
     pursuant to the taking of depositions, taken before
22   Barbara A. Wichmann, C.S.R., a Notary Public within
     and for the County of Cook, State of Illinois, at
23   Suite 2850, 200 West Adams Street, Chicago, Illinois,
     on Wednesday, April 23, 2008, at the hour of
24   10:06 a.m.
```

1    Machinery's old owner's wife.  That's all.

2          This is -- you know.  So I know this person

3    very well, but this time I forget his name.  Sorry.

4          Q.   Okay.  Did you contact Don Caruso?

5          A.   Don Caruso.  Don Caruso.

6               I -- I forget this name.

7          Q.   Okay.  Did you contact anyone in Indiana

8    that you remember?

9          A.   Indiana -- let's see.  One guy named --

10   sorry.  I forget.

11         Q.   What is your interest in MiyanoHitec

12   Machinery?

13         MR. BAKER:  Form.

14         MR. MANZO:  Strike that.

15   BY MR. MANZO:

16         Q.   Do you have any interest in Miyano

17   Machinery -- sorry -- MiyanoHitec Machinery Inc.?

18         A.   This company established by my son Steven

19   Miyano.  I'm the father, so I want to help his new

20   business.

21         Q.   Any other interest?

22         A.   No, sir.

23         Q.   Do you have --

24         MR. BAKER:  Go ahead.

1    A.  No.

2    Q.  Does -- and so just so I understand this --

3  strike "does."

4    You are not an employee of MiyanoHitec

5  Machinery, correct?

6    A.  Yes, sir.

7    Q.  You are not a director?

8    A.  Yes, sir.

9    Q.  You are not an officer --

10  MR. BAKER:  You have to answer out loud.

11  BY MR. MANZO:

12    Q.  -- correct?

13  MR. BAKER:  He was shaking his head no, but --

14  THE WITNESS:  Sorry.

15  MR. BAKER:  You have to say no.

16  THE WITNESS:  I'm sorry.

17  BY THE WITNESS:

18    A.  My -- today I'm -- had a, like -- kind of

19  like communication with the Indian people.  India --

20  Japanese people -- Japanese people say like that,

21  yes, yes, yes.  (Indicating)

22    But the Indian people say sometime like

23  that.  (Indicating).

24    So, sorry, I have a mix-up to this, so