# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 C 526 | **DATE** | 06/06/08 |
| **CASE TITLE** | Miyano Machinery USA Inc. Vs. MiyanoHitec Machinery, Inc. Et al | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached Memorandum Opinion and Order, the Motion to Quash the Subpoena or for Entry of Protective Order [Doc. 45] is granted. Defendants' Motion to Compel Production, to Pierce Claimed Attorney-Client and Work Product Privilege and to Enforce Subpoena for Deposition [Doc. 84] is denied. Plaintiff's Cross-Motion for an Order Compelling the Return of Privileged Documents and a Protective Order [Doc. 92] is granted.

■ [ For further detail see separate order(s).]       Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|