UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Miyano Machinery USA Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | )  Civil Action No. **08 C 526** |
| v. | ) |
| | )  Hon. Virginia Kendall |
| MiyanoHitec Machinery, Inc., | ) |
| Thomas ("Tom") Miyano, | )  Magistrate Judge Nolan |
| a/k/a Toshiharu Miyano and | ) |
| Steven Miyano, a/k/a | ) |
| Shigemori Miyano, | )  **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | |

<u>高森昇治の陳述書</u>

私、高森昇治は以下に宣言する：

1. 私の名前は中島治三郎です。私は日本に住んでいます。これらは私の知る限りの知識にて証言しています。私は英語を読み書き及び理解することができません。日本語が私の第一言語です。

2. 私はこれらの証言を被告 – MiyanoHitec Machinery, Inc.、Thomas ("Tom") Miyano、Steven Miyano（以後 MIYANOS と集合的呼びます） - 原告 Miyano Machinery USA, Inc.（以後 MMU と呼ぶ）が求める仮差止命令に対する異議申し立てのサポートのために行っています。

3. 現在私は(株)MiyanoHitec Machinery Japan にて雇用されています。私が㈱MiyanoHitec Machinery Japan の所有者であり、最高経営責任者です。

4. 1959年に㈱ミヤノ（当時は㈱宮野鉄工所）にて工場員として働き始めました。

5. 私は工作機械業界に22歳の頃より働いています。

6. 1990年に私は㈱ミヤノの工場長になりました。1992年に㈱ミヤノの役員になりました。

7. 2005年6月まで私は日本の㈱ミヤノサービスにて働いていました。2007年よりは㈱MiyanoHitec Machinery Japanにて働いています。

8. ㈱ミヤノの旧役員として私は役員会議を開いていた内容を熟知しています。㈱ミヤノは毎月役員会議を開いていました。私は1992年より2000年まで役員として㈱ミヤノの役員会議に出席していました。

9. 私が役員になる前に㈱ミヤノは羽根付きMマークを使用していました。あるとき、㈱ミヤノは羽根付きMマークの使用を中止することを決定しました。その代わり、三角のミヤノマークを使用することを決めました。

10. 私は役員会議にて、三角の中に羽根付きMマークとブロック体のMIYANOについて論議したことを覚えています。会議にて、トム・ミヤノが㈱ミヤノの全役員に今後は三角の中に羽根付きMマークとブロック体のMIYANOを使用することを中止し、筆記体活字のMiyanoだけを今後使用することを決定しました。役員は全員同意しました。

11. 私が㈱ミヤノの役員であったとき、㈱ミヤノの役員は米国にある子会社及び商標に関する使用を含め、全ての決定を支配していました。

私は以上の証言を、私の知る限りの真実で正確な知識において、宣言の下陳述します。

2008年3月__日

_____ 高森昇治

Shoji Takamori
高森昇治

Takamori.pdf

I, Shoji Takamori, declare as follows:

1. My name is Shoji Takamori. I reside in Japan. I make these statements of my personal knowledge. I do not read, write or understand English. Japanese is my first language.
2. I make these statements in support of the Defendants' – MiyanoHitec Machinery, Inc, Thomas ("Tom") Miyano, Steven Miyano (hereinafter "MIYSNOS" as a group) –opposition to the preliminary injunction motion of plaintiff Miyano Machinery USA Inc. (herein after "MMU").
3. I am currently employed by MiyanoHitec Machinery Japan, Inc. I am the owner of the MiyanoHitec Machinery Japan and the CEO.
4. I started working for Miyano, Inc ("Miyano Tekkojo" at the time) as a factory worker.
5. I have been in the machinery business since I was 22 years of age.
6. I became the head of manufacturing for Miyano, Inc in 1990. I became a board member of Miyano, Inc. in 1992.
7. I had worked for Miyano Service, Inc until June, 2005.
8. As a former executive, I know the contents of the directors' meetings very well. Miyano, Inc. held a board meeting every month. I attended the board meetings at Miyano, Inc, as a member of the board, from 1992 till 2000.
9. Prior to me becoming a board member, Miyano, Inc. was using the "flying M" logo as a trademark. One day, Miyano, Inc. decided to cease the use of the "flying M" logo and, instead, decided to use the triangle Miyano logo.
10. I remember debating about the use of the "flying M" and the block letter MIYANO inside the triangle at the board meeting. At that meeting, Tom Miyano told all the executives to stop using the triangle with the "flying M" and block letter MIYANO and only to use the cursive Miyano. All the board members consented.
11. When I was an executive of Miyano, Inc., Miyano, Inc, controlled everything, including the use of the trademark of their American subsidiary.

I made the foregoing statements, which are true and accurate and of my own personal knowledge.

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed via the Court's ECF system and thus also sent by email on June 6, 2008 to the following:

Edward D. Manzo
COOK, ALEX, MCFARRON, MANZO,
CUMMINGS & MEHLER, LTD.
200 West Adams Street, Suite 2850
Chicago, IL 60606

Phone:  (312) 236-8500
Fax:  (312) 236-8176

emanzo@cookalex.com


June 6, 2008                                                                                     /s/Geoffrey A. Baker