UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Miyano Machinery USA Inc., <br><br>Plaintiff, <br><br>v. <br><br>MiyanoHitec Machinery, Inc., <br>Thomas ("Tom") Miyano, a/k/a Toshiharu Miyano and Steven Miyano, a/k/a Shigemori Miyano, <br><br>Defendants. | Civil Action No. **08 C 526** <br><br>Hon. Virginia Kendall <br><br>Magistrate Judge Nolan <br><br>**JURY TRIAL DEMANDED** |

### 中島治三郎の陳述書

私、中島治三郎は以下に宣言する：

1. 私の名前は中島治三郎です。私は日本に住んでいます。これらは私の知る限りの知識にて証言しています。私は英語を読み書き及び理解することができません。日本語が私の第一言語です。

2. 私はこれらの証言を被告 – MiyanoHitec Machinery, Inc.、Thomas ("Tom") Miyano、Steven Miyano（以後 MIYANOS と集合的に呼びます） - 原告 Miyano Machinery USA, Inc.（以後 MMU と呼ぶ）が求める仮差止命令に対する異議申し立てのサポートのために行っています。

3. 私は日本の㈱ミヤノに 1963 年に事務員として入社しました。1970 年には部門課長になり；1982 年には日本の㈱ミヤノの管理部長になり；1985 年には取締役になり；1985 年から 1987 年の間私の知る限りの知識においては経理部長及び総務部長であり；1987 年から 1991 年の間には取締役として継続中、日本の㈱ミヤノの関連会社の監督責任者で

した。1991年から2006年までの間は日本の㈱ミヤノの取締役として総務部長を兼務していました。

4. 1980年代後半及び1990年代初頭はMiyano Machinery USA, Incの取締役をしていました。その頃のMiyano Machinery USA, Incのすべての決定 – 商標に関する使用 – は日本の㈱ミヤノの社長より指示されていました。

5. 私は日本の㈱ミヤノを2006年3月に退職し、現在は無職です。

6. 私は取締役になる前、取締役会の指示により商号変更委員会の委員長になり、その作業の一つとして私は会社に新しい会社のロゴを委員長として提案しました。ロゴの作成は鳥羽氏及び5, 6名の社員と一緒に行いました。日本の㈱ミヤノの取締役会は、筆記体活字のMiyanoを羽根付きMマークに取って代わることを選択し、同時に社名を㈱宮野鉄工所より日本の㈱ミヤノに変更しました。

7. 記憶するに1997年（多分１９９６年頃、ただし書類によると1997年）に日本の㈱ミヤノの最高経営の会議にて三角の中に羽根付きMマークとブロック体のMIYANOの商標を使用することを止める事を決定しました。

8. 私の当時の記憶によると、上記当時の決定において全ての取締役が同意し、三角の中に羽根付きMマークとブロック体のMIYANOのロゴを使用することを止めることを決めました。

9. 私は中央大学を1963年に卒業しました。

10. 私の記憶するところによると Henry Marchionne 氏以外、Miyano Machinery USA, Inc の取締役は全て日本の㈱ミヤノの取締役もしくは社員であり、指示は日本の㈱ミヤノの社長より受けていました。

11. Miyano Machinery USA, Inc は商標の登録もしくは使用を日本の㈱ミヤノの指示が無ければ遂行しません。

私は以上の証言を、私の知る限りの真実で正確な知識において、偽証罪において宣言の下陳述します。

日付: 2008年3月7日
_____

*署名*
Jisaburou Nakajima
中島治三郎

I, Jisaburou Nakajima, declare as follows:

1. My name is Jisaburou Nakajima. I reside in Japan. I make these statements of my personal knowledge. I do not read, write or understand English. Japanese is my first language.
2. I make these statements in support of the Defendants' – MiyanoHitec Machinery, Inc, Thomas ("Tom") Miyano, Steven Miyano (hereinafter "MIYSNOS" as a group) –opposition to the preliminary injunction motion of plaintiff Miyano Machinery USA Inc. (herein after "MMU").
3. I started working for Miyano, Inc. as a clerical worker in 1963. I became the section chief in 1970; the chief director of management at Miyano Japan, Inc. in 1982; I became a director in 1985; and as far as I can remember, I was the chief director of accounting and the chief director of general affairs from 1985 to 1987. Between 1987 and 1991, while I continued to serve as a director, I was also in charge of directing the corporate group consisting of Miyano Japan, Inc. and its subsidiaries. From 1991 to 2006, I served both as a director and the section chief of general affairs at Miyano Japan, Inc.
4. I was a director of Miyano Machinery USA, Inc. during the latter half of the 1980s and the beginning of the 1990s. All the decisions made at that time – regarding the use of the trademark – were dictated by the president of Miyano Japan, Inc.
5. I retired from Miyano Japan, Inc. in March 2006 and am currently unemployed.
6. Before I became the director, I was appointed by the board of directors to chair the trademark modification committee. As part of my job as a chief of the committee, I suggested a new company logo. I created the logo with Mr. Toriwa and five or six other member of the company. The board of directors of Miyano Japan, Inc. opted to use the "cursive Miyano" instead of the "flying M," and at the same time, changed the company name from "Miyano Tekkosho, Inc." to "Miyano, Inc."
7. As far as I can remember, at meetings held at the highest level of the company's administration in 1997 (approximately around 1996; however, in 1997 according to the document), the decision was made to stop using the "flying M" and the "block letter MIYANO" trademarks.
8. Based on my memory of that time, every member of the board agreed to the above mentioned decision to stop the use of the "flying M" and the "block letter MIYANO" logos.
9. I graduated from Chuo University in 1963.
10. To my knowledge, all the directors of Miyano Machinery USA, Inc. except for Mr. Henry Marchionne were directors or employees of Miyano Japan, Inc., and directions were given by the president of Miyano Japan, Inc.
11. Miyano Machinery USA, Inc. would not carry out the registration or the use of the trademark without instructions from Miyano Japan, Inc.

I made the foregoing statements, which are true and accurate and of my own personal knowledge, under penalty of perjury and would testify under oath.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed via the Court's ECF system and thus also sent by email on June 6, 2008 to the following:

Edward D. Manzo
COOK, ALEX, MCFARRON, MANZO,
CUMMINGS & MEHLER, LTD.
200 West Adams Street, Suite 2850
Chicago, IL 60606

Phone: (312) 236-8500
Fax: (312) 236-8176

emanzo@cookalex.com

June 6, 2008                                              /s/Geoffrey A. Baker