US006637302B2

(12) **United States Patent** (10) Patent No.: **US 6,637,302 B2**

Miyano (45) **Date of Patent:** **Oct. 28, 2003**

(54) **MACHINING SYSTEM AND METHOD OF MACHINING A WORKPIECE USING THE MACHINING SYSTEM**

(76) Inventor: **Toshiharu Tom Miyano**, 50 Dundee La., Barrington Hills, IL (US) 60010

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/816,728**

(22) Filed: **Mar. 22, 2001**

(65) **Prior Publication Data**

US 2002/0134327 A1 Sep. 26, 2002

(51) **Int. Cl.**[7] .............................. **B23B 1/00**; B23B 3/30
(52) **U.S. Cl.** ........................... **82/1.11**; 82/129; 82/149; 82/901
(58) **Field of Search** ......................... 82/1.11, 142, 901, 82/124, 129, 149; 29/DIG. 50, 79, 94, 102

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,782,138 A | 11/1930 | Davis et al. | |
| 3,955,258 A | 5/1976 | Flisch | |
| 4,218,815 A | 8/1980 | Cumming | |
| 4,457,193 A | * 7/1984 | Matthey | ........................ 29/36 |
| 4,612,832 A | 9/1986 | Ushigoe et al. | |
| 5,127,140 A | * 7/1992 | Oiwa et al. | ................. 29/27 C |
| 5,152,201 A | * 10/1992 | Izawa | ........................... 82/1.11 |
| 5,655,423 A | * 8/1997 | Nishio et al. | ................. 82/1.11 |
| 5,815,902 A | * 10/1998 | Osterried et al. | ............. 82/117 |
| 5,842,393 A | * 12/1998 | Nagel | ............................ 29/36 |
| 6,298,758 B1 | * 10/2001 | Wu | ............................. 82/117 |

* cited by examiner

*Primary Examiner*—Daniel W. Howell
(74) *Attorney, Agent, or Firm*—Wood, Phillips, Katz, Clark & Mortimer

(57)     **ABSTRACT**

A machining system having a first machine tool assembly with a first workpiece holder and a first machining unit for performing a processing operation on a workpiece held by the first workpiece holder, and a second machine tool assembly having a second workpiece holder and a second machining unit for performing a processing operation on a workpiece held by the second workpiece holder. The machining system further includes a base assembly on which the first and second machine tool assemblies are supported in an operative position. At least a part of the first machine tool assembly is repositionable by movement along a first line. At least a part of the second machine tool assembly is repositionable by movement along a second line that is non-parallel to the first line. The parts of the first and second machine tool assemblies are relatively repositionable along the first and second lines to facilitate transfer of a workpiece between the first and second machine tool assemblies.

**38 Claims, 5 Drawing Sheets**



*Fig. 1*



POINT
OF
USE
*94*

*Fig. 2*





*Fig. 3*



*Fig. 4*

*Fig. 5*

*Fig. 6*



*Fig. 7*



*Fig. 8*



*Fig. 9*



US 6,637,302 B2

1

# MACHINING SYSTEM AND METHOD OF MACHINING A WORKPIECE USING THE MACHINING SYSTEM

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to a machining system through which workpieces are processed and, more particularly, to a machining system having a plurality of machine tool assemblies that cooperate in processing a workpiece.

### 2. Background Art

It is an objective of designers of machining systems to minimize space requirements without compromising either the versatility or performance of these systems. It is known to set up multiple machine tool assemblies in an operation and to move a workpiece from one machine tool assembly to another to serially perform processing operations thereon. The "footprint" for such systems may be quite large.

U.S. Pat. No. 4,612,832 discloses a machining system in which a machine tool assembly is disposed angularly to its normal orientation. During machining, the workpiece is moved in a plane that is non-horizontal. An inclined surface underlies the machine tool assembly and guides lubricant, and pieces of a workpiece removed during processing, downwardly to a collection base. This arrangement reduces the footprint over what it would be with the machining system in a horizontal orientation.

It is also known to situate machine tool assemblies so that the operating axes thereof extend in a vertical direction. One example of such a system is shown in U.S. Pat. No. 1,782,138. This arrangement likewise results in a reduced footprint.

## SUMMARY OF THE INVENTION

In one form, the invention is directed to a machining system having a first machine tool assembly with a first workpiece holder and a first machining unit for performing a processing operation on a workpiece held by the first workpiece holder, and a second machine tool assembly having a second workpiece holder and a second machining unit for performing a processing operation on a workpiece held by the second workpiece holder. The machining system further includes a base assembly on which the first and second machine tool assemblies are supported in an operative position. At least a part of the first machine tool assembly is repositionable by movement along a first line. At least a part of the second machine tool assembly is repositionable by movement along a second line that is non-parallel to the first line. The parts of the first and second machine tool assemblies are relatively repositionable along the first and second lines to facilitate transfer of a workpiece between the first and second machine tool assemblies.

In one form, the first machine tool assembly has a first central operating axis and the second machine tool assembly has a second central operating axis. The first line and a third line parallel to the first central operating axis reside in a first plane. The second line and a fourth line parallel to the second central operating axis reside in a second plane. The first and second planes are non-parallel to each other.

The first and second planes may define a downwardly opening angle of less than 135° therebetween. This angle may be on the order of 90°.

In one form, the first line extends at an angle to a horizontal reference plane.

2

In one form, the part of the first machine tool assembly includes a first headstock and the part of the second machine tool assembly includes a second headstock. Each of the headstocks has a central axis. The first and second headstocks are relatively repositionable into a workpiece exchange position wherein the central axes of the first and second headstocks are substantially coincident.

The base assembly may include first and second substantially flat surfaces cooperatively defining an inverted V shape. In one form, the first machine tool assembly is mounted on the first flat surface and the second machine tool assembly is mounted on the second flat surface.

The machining system may further include an upwardly opening receptacle for collecting foreign matter deposited on the first and second flat surfaces.

In one form, the base assembly further has an upwardly projecting support. The first flat surface has a width extending parallel to the central axis of the first headstock, with the upwardly projecting support having a width dimension parallel to the central axis of the first headstock that is substantially less than the width of the first flat surface.

In one form, the first workpiece holder is a first headstock and the first machining unit is an indexable turret with a plurality of machining tools.

The first machine tool assembly may further include a first conveyor for delivering workpieces to be processed to a transfer position.

The machine tool assembly may further include a first transfer mechanism to engage a workpiece on the first conveyor and deliver an engaged workpiece toward a position at which the engaged workpiece can be operatively held by the first headstock.

The machine tool assembly may further include a second conveyor for delivering workpieces from the second workpiece holder to a point of use.

The second machine tool may include a second transfer mechanism to engage a workpiece on the second workpiece holder and deliver an engaged workpiece to a second conveyor.

The first transfer mechanism may have first and second jaws that are relatively movable between a gripping position, to hold a workpiece, and a release position.

In one form, the first central operating axis extends in a horizontal direction.

The invention is also directed to a machining system having a first machine tool assembly with a first headstock for holding a workpiece on which a processing operation is to be performed and a second machine tool assembly having a second headstock for holding a workpiece on which a processing operation is to be performed. The machining system further includes a base assembly on which the first and second machine tool assemblies are supported in an operative position. The first headstock is movable along two transverse axes residing in a first plane. The second headstock is movable along two transverse axes residing in a second plane. The first and second planes are non-parallel to each other.

In one form, the first and second planes cooperatively define an inverted V shape.

The first and second planes may open downwardly at an angle of less than 135°. The angle may be on the order of 90°.

The invention is also directed to a machining system including a first machine tool assembly having a first headstock for holding a workpiece on which a processing opera-

US 6,637,302 B2

3

4

tion is to be performed and a second machine tool assembly having a second headstock for holding a workpiece on which a processing operation is to be performed. The machine tool assembly further includes a base assembly on which the first and second machine tool assemblies are supported in an operative position. The base assembly has a first substantially flat surface and a second substantially flat surface which is angularly oriented relative to the first flat surface so that first and second planes including the first and second flat surfaces define an inverted V shape. The first machine tool assembly resides above the first flat surface so that at least one of a lubricant and pieces of a workpiece removed during processing using the first machine tool assembly are guided downwardly by the first surface. The second machine tool assembly resides above the second flat surface so that at least one of a lubricant and pieces of a workpiece removed during processing using the second machine tool assembly are guided downwardly by the second surface.

The machining system may further include an upwardly opening receptacle for collecting at least one of lubricant and pieces of a workpiece removed during processing using the first machine tool assembly and guided downwardly by the first surface.

The first machine tool assembly may include a first headstock for holding a workpiece. The machine tool assembly may include a second headstock for holding a workpiece, with the first and second headstocks being relatively repositionable so as to facilitate exchange of a workpiece between the first and second headstocks.

In one form, the first and second headstocks have first and second axes and are relatively repositionable into an exchange position wherein the central axes of the first and second headstocks are substantially coincident.

In one form, the first headstock is positionable in an operating position and movable in a first plane between the operating position and a position in which the first headstock resides with the first and second headstocks in the exchange position. The first plane is angularly oriented relative to a horizontal reference plane.

In one form, the second headstock is positionable in an operating position and is movable in a second plane between the operating position for the second headstock and a position in which the second headstock resides with the first and second headstocks in the exchange position. The second plane is angularly oriented relative to the first plane and a horizontal reference plane.

The first and second planes may cooperatively define an inverted V shape.

The invention is also directed to a method of machining a workpiece, including the steps of: performing a first processing operation on a first workpiece using a first machine tool assembly; at the completion of the first processing operation moving the first workpiece in a first line that extends in a vertical direction; transferring the first workpiece to a second machine tool assembly; performing a second processing operation on the first workpiece; and moving the first workpiece along a second line that is non-parallel to the first line and extends in a vertical direction.

The first and second lines may cooperatively define an inverted V shape.

The method may further include the step of directing at least one of lubricant and pieces of the first workpiece removed during the first processing operation along a first inclined surface downwardly to a collection area.

The method may further include the step of collecting the at least one of lubricant and pieces of the first workpiece removed during the first processing operation in a receptacle.

The method may further include the step of directing at least one of lubricant and pieces of the first workpiece removed during the second processing operation along a second inclined surface downwardly to a collection area.

The first and second inclined surfaces may cooperatively define an inverted V shape.

In one form, the step of transferring the first workpiece involves repositioning at least one of a first headstock on the first machine tool assembly and a second headstock on the second machine tool assembly so that the first and second headstocks are in an exchange position so that the first workpiece can be transferred directly from the first headstock to the second headstock.

In one form, the first and second headstocks each have a central axis, and with the first and second headstocks in the exchange position, the central axes of the first and second headstocks are substantially coincident.

The step of performing the first processing operation may involve performing a first processing operation using a tool on a first indexable turret.

The step of performing a second processing operation may involve performing a second processing operation using a tool on a second indexable turret.

The method may further include the steps of advancing the first workpiece on a first conveyor toward a first headstock on the first machine tool assembly and through a first transfer mechanism engaging the first workpiece and delivering the first engaged workpiece to the first headstock.

The method may further include the steps of using a second transfer mechanism to remove the first workpiece from a second headstock on the second machine tool assembly and transferring the engaged first workpiece to a second conveyor through which the first workpiece is advanced to a point of use.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a machining system, according to the present invention, including first and second machine tool assemblies, and taken from one end and side thereof;

FIG. 2 is a perspective view of the machining system taken from the side opposite that in FIG. 1;

FIG. 3 is a perspective view of the machining system taken from the same side as in FIG. 1 and from the opposite end;

FIG. 4 is a perspective view of the machining system taken from the same end as in FIG. 1 and with the machine tool assemblies relatively situated to exchange a work piece therebetween;

FIG. 5 is a perspective view from overhead and from the same end as in FIG. 4 with the machining tool assemblies relatively situated as in FIG. 4; and

FIGS. 6, 7, 8, and 9 are fragmentary, side elevation views showing the sequence of transferring individual workpieces from a supply to spindles on one of the machine tool assemblies and withdrawing the same for transfer to a point of use.

DETAILED DESCRIPTION OF THE DRAWINGS

A machining system, according to the present invention, is shown in the Figures generally at 10. The machining

US 6,637,302 B2

5

6

system 10 consists of a first machine tool assembly at 12 and a second machine tool assembly at 14, which are supported in an operative position on a base assembly at 16. The base assembly 16 is mounted within an upwardly opening receptacle 18 into which foreign matter, such as lubricant and pieces of workpieces, removed during processing operations, can be accumulated.

The machine tool assemblies 12,14 are shown to have a similar construction. However, the inventive concept can be utilized with virtually any configuration of machine tool assembly. The machine tool assemblies shown are but exemplary in nature. The exemplary first machine tool assembly 12 consists of a first workpiece holder/headstock 20 which has a first spindle 22 for releasably gripping a workpiece 24 and which is rotatable around a central operating axis 26. The first headstock 20 is mounted on a first slide element 28. A first drive motor 30 is mounted on the slide element 28 and is operated to drive the spindle 22 about the axis 26. A drive force is transmitted from the motor 30 to the spindle 22 through an endless drive belt 32 trained around pulleys 34, 36 on each of the headstock 20 and motor drive shaft.

The first machine tool assembly 12 further includes a first machining unit 38 which consists of a base 40 to which an indexable turret 42 is mounted. The turret 42 is pivotable about a horizontal axis 44 that is substantially parallel to the spindle axis 26. The turret 42 has a polygonally-shaped outer surface 46, with each flat face thereon supporting a machining tool 47 for performing a processing operation on a workpiece.

The first slide element 28 cooperates with a second slide element 48 which is in turn mounted to an inclined surface 50 on a wall 52 of the base assembly 16. The wall 52 has a guide rail 54 projecting upwardly from the surface 50 and extending at an angle to horizontal. The guide rail 54 has a T-shaped cross section which fits in a complementary slot 56 formed in the second slide element 48. Through this arrangement, the second slide element 48 is guided relative to the base surface 50 along a line indicated by the double-headed arrow 58.

The second slide element 48 has a horizontally extending guide rail 60 with a T-shaped cross-sectional configuration that fits within a complementary slot 62 on the first slide element 28. Through this rail and slot arrangement, the first slide element 28 is movable guidingly relative to the second slide element 48 in a substantially horizontal line, indicated by double-headed arrow 64. The line of the arrow 64 is substantially orthogonal to the line of the arrow 58.

Servomotors 66,68 are mounted to the base assembly 16 and second slide element 48 to respectively move the slide element 48 along the line 58 and the slide element 28 along the line 64. The requisite movement imparted by the servomotors 66,68 may be effected through any mechanism well known to those skilled in the art. For example, the servomotors 66,68 may be operable to rotate a worm drive. Alternatively, hydraulic-type cylinders could be utilized to effect the necessary movement of the slide elements 28,48.

A feeding conveyor 70 has an endless belt 72 with an upwardly facing support surface 74 on which individual workpieces 24 can be supported and advanced from a supply 76 to a transfer location at 78.

The first machine tool assembly further includes a first transfer mechanism at 80. As will be explained in greater detail below, the first transfer mechanism 80 engages a workpiece 24 at the transfer location 78 on the feeding conveyor 70 and delivers the same to a position wherein the

workpiece 24 can be engaged by the spindle 22 on the headstock 20. Once the active workpiece 24 is operatively held by the spindle 22, the slide element 28 can be moved to the left in FIG. 2 along the line 64. Thereafter, downward movement of the second slide element 48 situates the active workpiece 24 in operative relationship with a machining tool 47 on the turret 42.

The second machine tool assembly 14 is shown to have essentially the same elements as the first machine tool assembly 12. However, this is not necessary, and, as noted above, the second machine tool assembly 14 could have a configuration totally different from that of the first machine tool assembly 12. Throughout this description, elements on the second machine tool assembly 14 corresponding to those on the first machine tool assembly will be identified with like numbers, including a "'".

The second machine tool assembly 14 consists of a second workpiece holder/headstock 20' which has a spindle 22' that is rotated around a central operating axis 82. The spindle 22' is driven by a drive motor 30' through an endless drive belt 32'. The headstock 20' and motor 30' are mounted upon a slide element 28' which is guided relative to a slide element 48' in a horizontal line as indicated by double-headed arrow 84. The slide element 48' is guided in a direction along a line at an angle to horizontal as indicated by the double-headed arrow 86 along a guide rail 54', which projects upwardly from a flat surface 88 on a wall 90 of the base assembly 16.

The wall 90 supports a second machining unit 38' which includes an indexable turret 42' which is movable around an axis 92. The turret 42' has a polygonally-shaped outer surface 46' upon which the plurality of machining tools 47' are mounted. Servomotors 66',68' are operable to reposition the slide 48' and slide 28', respectively, along the lines 86,84.

As explained below, after the processing operation is performed by the first machine tool assembly 12 on a workpiece 24, the workpiece 24 is transferred to the second machine tool assembly 14 through which a separate processing operation may be performed thereon. At the conclusion of the second processing operation, the workpiece 24 is transferred from the second headstock 20' to a point of use 94. This transfer is effected using a discharge conveyor 96 that is similar in construction to the feeding conveyor 70. That is, the discharge conveyor 96 has an endless belt 98 with a supporting surface 100 for workpieces 24. Through the transfer mechanism 80, the individual workpieces 24 on the spindle 22' are engaged, removed therefrom, and placed at a transfer location 104 on the supporting surface 100 of the discharge conveyor 96. The endless belt 98 is then operated to direct the workpieces 24 serially from the transfer location 104 to the point of use 94.

The inclined wall surfaces 50,88 are preferably flat and meet at an apex 106. The surfaces 50,88 cooperatively define an inverted V-shape with an included angle α. The angle α is preferably less than 135° and more preferably on the order of 90°. The surfaces 50,88 are dimensioned so that foreign material, since as lubricant and particles removed from workpieces during processing, and deposited thereon, moves under the force of gravity downwardly and into the receptacle 18 for accumulation therewithin. The surfaces 50, 88 have portions that are flat and uninterrupted from a location adjacent to the first and second workpiece holders/ headstocks 20, 20' to a bottom edge of the base assembly 16 residing immediately over the receptacle. The lines of vertical movement of the headstocks 20,20', as indicated by the arrows 58,86, are preferably substantially parallel to the

US 6,637,302 B2

7

planes of the flat surfaces 50,88. Similarly, the lines of movement of the headstocks 20,20' in a horizontal direction, as indicated by the arrows 64,84, are parallel to the planes of the flat surfaces 50,88. The horizontal lines of movement indicated by the arrows 64,84 are preferably substantially parallel to the operating axes 26,82 for the headstocks 20,20' and the axes 44,92 for the indexable turrets 42, 42'. While the flat surfaces 50,88 may be at different angles with respect to a horizontal reference plane P (FIG. 4), in a preferred form, each of the surfaces 50,88 has the same angle of inclination relative to the horizontal reference plane P that is parallel to a flat, subjacent support surface 108 upon which the machining system 10 is placed.

One exemplary machining operation will now be described. As seen in FIG. 2, individual workpieces 24 are delivered from the supply 76 onto the support surface 74 which is advanced to move the workpieces 24 in the direction of the arrow 110 toward the transfer location 78. Once this occurs, a drive 111 for the feeding conveyor 70 interrupts operation thereof. The details of operation of the transfer mechanism 80 are shown additionally in FIGS. 6–9. A drive 112 is operated to reposition a transfer arm 114 to a position shown in phantom lines in FIG. 6, wherein the transfer arm 114 is in a pickup position and retracted so that a pair of jaws 116,118 on the transfer arm 114 can be placed in a straddling position relative to a workpiece 24 at the transfer location 78. The drive 112 is then operated to translate the transfer arm 114 down to the solid line position in FIG. 6. As this occurs, the jaws 116,118 are maintained in a release position, in which they are spaced a distance greater than the dimension of the straddled workpiece 24. In the solid line position in FIG. 6, the jaws 116,118 can be moved towards each other to a gripping position, in which they clampingly engage a workpiece 24 at the transfer location 78. The transfer arm 114 is then pivoted to the position shown in FIG. 7, wherein the operating axis 120 of the workpiece 24 held by the transfer arm 114 is coincident with the central operating axis 26 of the headstock 20. The headstock 20 is actually slightly backed off to the left in FIG. 2 as the transfer arm 114 pivots to the solid line position FIG. 7. This allows the transfer arm 114 and workpiece 24, engaged thereby, to clear the spindle 22. Once the coaxial relationship between the workpiece 24 and the headstock axis 26 is established, the headstock 20 can be translated to the right in FIG. 2, and/or the transfer arm 114 can be translated to the left, as indicated by the arrow 121, in FIG. 8, until the workpiece 24 moves into the spindle 22 sufficiently to be engaged thereby. Once this engagement occurs, the jaws 116,118 on the transfer arm 114 can be moved to the release position. Through operation of the motor 68, the slide element 28 is moved to the left together with the workpiece 24 engaged in the spindle 22. The transfer arm 114 is then moved to the FIG. 9 position, from where another workpiece pickup and transfer operation can be initiated. Thereafter, the servomotor 66 is operated to drive the slide element 48 downwardly to situate the active workpiece 24 in the spindle 22 at the turret 42 so that it can be processed by the active machining tool 47 on the turret 42. One or more processing operations may be performed through one machining tool 47, or a combination of different machining tools 47, on the turret 42.

At the completion of processing by the first machine tool assembly 12, the first and second headstocks 20,20' are relatively repositioned to an exchange position, shown in FIG. 5, wherein the central operating axes 26,82 for the headstocks 20,20' are coincident. The exchange position is realized by vertically moving the slide elements 48,48'

8

upwardly along their respective guide rails 54,54'. Once the exchange position is realized, one or both of the servomotors 68,68' can be operated to move the headstocks 20,20' closer together. As this occurs, the workpiece 24 held by the spindle 22 on the first headstock 20 can be transferred to the spindle 22' on the second headstock 20'. By locking the spindle 22' on the workpiece 24 and releasing the spindle 22, the workpiece 24 transferred from the spindle 22 becomes operatively held on the headstock 20'. By operating one or both of the servomotors 68,68', the spacing between the headstocks 20,20' can be increased sufficiently that the headstock 20' can be moved downwardly along the guide rail 54' so that the workpiece 24 held thereby can be situated as shown in FIG. 3 so that a further processing operation can be performed by one or more by machining tools 47' on the turret 42'. At the completion of this processing operation, the workpiece 24 can either be returned to the headstock 20 for further processing or transferred to the discharge conveyor 96 for conveyance to the point of use 94.

In the latter case, the headstock 20' can be repositioned through operation of the servomotors 66',68' to direct the active workpiece 24 between jaws 122,124 on a transfer arm 126 on a second transfer mechanism 127. The transfer mechanism 127 may be identical to the transfer mechanism 80. Once the workpiece 24 is moved between the jaws 122,124, the jaws 122,124, through a drive 128, can be moved toward each other to gripping position to achieve a position corresponding to that in FIG. 8. By releasing the spindle 22' and retracting the headstock 20' away from the transfer mechanism 80 to achieve a position corresponding to that in FIG. 7, the transfer arm 126 is allowed to pivot to a position corresponding to that in FIG. 5. This situates the workpiece 24 held thereby at the transfer location 104. By then placing the transfer arm 126 in a position corresponding to that in FIG. 9, the discharge conveyor 96 can be operated by a drive 130 to advance the processed workpieces 24 to the point of use 94, which may be a collection bin, or otherwise.

Accordingly, with the above system, it is possible to coordinate operation of the first and second machine tool assemblies 12,14 so that they function as a unit. Efficient space utilization is possible without compromising any of the performance characteristics of either machine tool assembly 12,14.

The base assembly 16 may be maintained in the operative state shown by one or more upwardly projecting supports 132,134. The supports 132,134 may define cradle surface 136 (shown only for support 132) having a shape complementary to that of the base assembly 16. With this arrangement, the supports 132,134 effectively isolate the walls 52,90 from the coolant to efficiently dissipate potentially detrimental heat generated through the base assembly during machining operations. The supports 132,134 themselves may be made with a width in a horizontal direction that is substantially less than the width dimension of the surfaces 50,88 taken parallel to the operating axes 26,82.

A conveyor system at 140, consisting of a driven endless belt 142, may be used to intercept and continuously convey parts of workpieces, removed during processing, in the direction of the arrow 143 to a collection receptacle 144 for accumulation and ultimately disposal. The system 140 can be provided on one side, or on opposite sides of the machining system 10. The belt 142 may be made from wire material so that lubricant can migrate therethrough into the receptacle 18. The conveyor system 140 may have multiple, cooperating sections (not shown) which direct the picked up parts of the workpieces horizontally through the receptacle 18 and thereafter upwardly and over a peripheral retaining

US 6,637,302 B2

9

wall **146** which bounds an accumulation space **148** within the receptacle **18**. For simplicity, the belt **142** is shown as a single length, angled upwardly at the downstream end.

The above-described construction lends itself to the use of relatively large motors **30, 30'**. A large motor construction facilitates smooth, high speed spindle operation.

While the invention contemplates that the bases **40, 40'** for the turrets **42, 42'** could be movable, the stationary base construction accounts for a fixed cutting point. Coolant can be directed consistently at the active machining tool **47**. Accordingly, predictable cooling permits aggressive and high speed processing to be undertaken without fear of premature wear on the machining tools **47**. A stable support for the cutting tools **47**, resulting from the fixed base arrangement, also may contribute to predictable alignment of cooperating elements on the machine tool assemblies **12**, **14**, and thereby high machining accuracy.

By reason of potentially compacting the overall size of the system, the likelihood of deformation of components, as under the influence of weight or heat, may be reduced.

Coordinated operation of all of the components of the machining system **10** can be carried out through a central controller **150**, which can be programmed and operated by a user from a control panel **152**.

The foregoing disclosure of specific embodiments is intended to be illustrative of the broad concepts comprehended by the invention.

What is claimed is:

1. A machining system comprising:

a first machine tool assembly comprising a first workpiece holder and a first machining unit for performing a processing operation on a workpiece held by the first workpiece holder;

a second machine tool assembly comprising a second workpiece holder and a second machining unit for performing a processing operation on a workpiece held by the second workpiece holder;

a base assembly on which the first and second machine tool assemblies are supported in an operative position and having a top and bottom,

at least a part of the first machine tool assembly being repositionable by movement along a first line,

at least a part of the second machine tool assembly being repositionable by movement along a second line that is non-parallel to the first line,

the parts of the first and second machine tool assemblies being relatively repositionable along the first and second lines to facilitate transfer of a workpiece between the first and second machine tool assemblies; and

an upwardly opening receptacle for collecting foreign matter,

wherein the base comprises a flat surface that is uninterrupted from a location adjacent to the first workpiece holder to a bottom edge of the base residing over the receptacle so that foreign matter removed from a workpiece at the first workpiece holder is guided by the flat surface over the bottom edge into the upwardly opening receptacle.

2. A machining system comprising:

a first machine tool assembly comprising a first workpiece holder and a first machining unit for performing a processing operation on a workpiece held by the first workpiece holder;

a second machine tool assembly comprising a second workpiece holder and a second machining unit for

10

performing a processing operation on a workpiece held by the second workpiece holder; and

a base assembly on which the first and second machine tool assemblies are supported in an operative position,

at least a part of the first machine tool assembly being repositionable by movement along a first line,

at least a part of the second machine tool assembly being repositionable by movement along a second line that is non-parallel to the first line,

the parts of the first and second machine tool assemblies being relatively repositionable along the first and second lines to facilitate transfer of a workpiece between the first and second machine tool assemblies,

wherein the first machine tool assembly has a first central operating axis, the second machine tool assembly has a second central operating axis, the first line and a third line parallel to the first central operating axis reside in a first plane, the second line and a fourth line parallel to the second central operating axis reside in a second plane, and the first and second planes are non-parallel to each other.

3. The machining system according to claim **2** wherein the first and second planes define a downwardly opening angle of less than 135° therebetween.

4. The machining system according to claim **2** wherein the first and second planes define a downwardly opening angle on the order of 90°.

5. The machining system according to claim **1** wherein the first line extends at an angle to a horizontal reference plane.

6. The machining system according to claim **1** wherein the part of the first machine tool assembly comprises a first headstock, the part of the second machine tool assembly comprises a second headstock, each of the headstocks has a central axis and the first and second headstocks are relatively repositionable into a workpiece exchange position wherein the central axes of the first and second headstocks are substantially coincident.

7. A machining system comprising:

a first machine tool assembly comprising a first workpiece holder and a first machining unit for performing a processing operation on a workpiece held by the first workpiece holder;

a second machine tool assembly comprising a second workpiece holder and a second machining unit for performing a processing operation on a workpiece held by the second workpiece holder; and

a base assembly on which the first and second machine tool assemblies are supported in an operative position,

at least a part of the first machine tool assembly being repositionable by movement along a first line,

at least a part of the second machine tool assembly being repositionable by movement along a second line that is non-parallel to the first line,

the parts of the first and second machine tool assemblies being relatively repositionable along the first and second lines to facilitate transfer of a workpiece between the first and second machine tool assemblies,

wherein the part of the first machine tool assembly comprises a first headstock, the part of the second machine tool assembly comprises a second headstock, each of the headstocks has a central axis and the first and second headstocks are relatively repositionable into a workpiece exchange position wherein the central axes of the first and second headstocks are substantially coincident,

US 6,637,302 B2

11                                                                12

wherein the base assembly comprises first and second substantially flat surfaces cooperatively defining an inverted V shape, the first machine tool assembly is mounted on the first flat surface and the second machine tool assembly is mounted on the second flat surface.

**8.** A method of machining a workpiece, said method comprising the steps of:

performing a first processing operation on a first workpiece using a first machine tool assembly;

at the completion of the first processing operation, moving the first workpiece in a first line that extends in a direction at an angle to horizontal;

transferring the first workpiece to a second machine tool assembly;

performing a second processing operation on the first workpiece; and

moving the first workpiece along a second line that is non-parallel to the first line and extends in a direction at an angle to horizontal.

**9.** The machining system according to claim **7** wherein the base assembly further comprises an upwardly projecting support, the first flat surface has a width extending parallel to the central axis of the first headstock and the upwardly projecting support has a width dimension parallel to the central axis of the first headstock that is substantially less than the width of the first flat surface.

**10.** The machining system according to claim **1** wherein the first workpiece holder comprises a first headstock and the first machining unit comprises an indexable turret with a plurality of machining tools.

**11.** The machining system according to claim **10** wherein the first machine tool assembly further comprises a first conveyor for delivering workpieces to be processed to a transfer location.

**12.** The machining system according to claim **11** wherein the first machine tool assembly further comprises a first transfer mechanism to engage a workpiece on the first conveyor and deliver an engaged workpiece toward a position at which an engaged workpiece can be operatively held by the first headstock.

**13.** The machining system according to claim **12** wherein the machine tool assembly further comprises a second conveyor for delivering workpieces from the second workpiece holder to a point of use.

**14.** The machining system according to claim **13** wherein the second machine tool assembly comprises a second transfer mechanism to engage a workpiece on the second workpiece holder and deliver an engaged workpiece to the second conveyor.

**15.** The machining system according to claim **12** wherein the first transfer mechanism comprises first and second jaws that are relatively movable between a gripping position, to hold a workpiece, and a release position.

**16.** A machining system comprising:

a first machine tool assembly comprising a first workpiece holder and a first machining unit for performing a processing operation on a workpiece held by the first workpiece holder;

a second machine tool assembly comprising a second workpiece holder and a second machining unit for performing a processing operation on a workpiece held by the second workpiece holder; and

a base assembly on which the first and second machine tool assemblies are supported in an operative position,

at least a part of the first machine tool assembly being repositionable by movement along a first line,

at least a part of the second machine tool assembly being repositionable by movement along a second line that is non-parallel to the first line,

the parts of the first and second machine tool assemblies being relatively repositionable along the first and second lines to facilitate transfer of a workpiece between the first and second machine tool assemblies,

wherein the first machine tool assembly has a first central operating axis, the second machine tool assembly has a second central operating axis, the first line and a third line parallel to the first central operating axis reside in a first plane, the second line and a fourth line parallel to the second central operating axis reside in a second plane, and the first and second planes are non-parallel to each other,

wherein the first central operating axis extends in a horizontal direction.

**17.** A machining system comprising:

a first machine tool assembly comprising a first headstock for holding a workpiece on which a processing operation is to be performed;

a second machine tool assembly comprising a second headstock for holding a workpiece on which a processing operation is to be performed; and

a base assembly on which the first and second machine tool assemblies are supported in an operative position,

the first headstock being movable along two transverse axes residing in a first plane,

the second headstock being movable along two transverse axes residing in a second plane,

wherein the first and second planes are non-parallel to each other.

**18.** The machining system according to claim **17** wherein the first and second planes cooperatively define an inverted V shape.

**19.** The machining system according to claim **18** wherein the first and second planes open downwardly at an angle of less than 135°.

**20.** The machining system according to claim **18** wherein the first and second planes open downwardly at an angle on the order of 90°.

**21.** A machining system comprising:

a first machine tool assembly comprising a first headstock for holding a workpiece on which a processing operation is to be performed;

a second machine tool assembly comprising a second headstock for holding a workpiece on which a processing operation is to be performed; and

a base assembly on which the first and second machine tool assemblies are supported in an operative position,

the base assembly comprising a first substantially flat surface and a second substantially flat surface which is angularly oriented relative to the first flat surface so that first and second planes including the first and second flat surfaces define an inverted V shape,

the first machine tool assembly residing above the first flat surface so that at least one of a lubricant and pieces of a workpiece removed during processing using the first machine tool assembly are guided downwardly by the first surface,

the second machine tool assembly residing above the second flat surface so that at least one of a lubricant and pieces of a workpiece removed during processing using the second machine tool assembly are guided downwardly by the second surface.

US 6,637,302 B2

13

**22**. The machining system according to claim **21** further comprising an upwardly opening receptacle to collect at least one of a lubricant and pieces of a workpiece removed during processing using the first machine tool assembly and guided downwardly by the first surface.

**23**. The machining system according to claim **22** wherein the first machine tool assembly comprises a first headstock for holding a workpiece, the second machine tool assembly comprises a second headstock for holding a workpiece, and the first and second headstocks are relatively repositionable so as to facilitate exchange of a workpiece between the first and second headstocks.

**24**. The machining system according to claim **23** wherein the first and second headstocks each have a central axis and are relatively repositionable into an exchange position wherein the central axes of the first and second headstocks are substantially coincident.

**25**. The machining system according to claim **24** wherein the first headstock is positionable in an operating position and the first headstock is movable in a first plane between the operating position and a position in which the first headstock resides with the first and second headstocks in the exchange position and the first plane is angularly oriented relative to a horizontal reference plane.

**26**. The machining system according to claim **25** wherein the second headstock is positionable in an operating position and the second headstock is movable in a second plane between the operating position for the second headstock and a position in which the second headstock resides with the first and second headstocks in the exchange position and the second plane is angularly oriented relative to the first plane and the horizontal reference plane.

**27**. The machining system according to claim **26** wherein the first and second planes cooperatively define an inverted V shape.

**28**. The method of machining a workpiece according to claim **8** further comprising the steps of advancing the first workpiece on a first conveyor toward a first headstock on the first machine tool assembly and through a first transfer mechanism engaging the first workpiece and delivering the engaged first workpiece to the first headstock.

**29**. The method of machining a workpiece according to claim **8** wherein the first and second lines cooperatively define an inverted V shape.

**30**. The method of machining a workpiece according to claim **8** further comprising the steps of directing at least one

14

of a lubricant and pieces of the first workpiece removed during the first processing operation along a first inclined surface downwardly to a collection area.

**31**. The method of machining a workpiece according to claim **30** further comprising the step of collecting the at least one of lubricant and pieces of the first workpiece removed during the first processing operation in a receptacle.

**32**. The method of machining a workpiece according to claim **30** further comprising the steps of directing the at least one of lubricant and pieces of the first workpiece removed during the second processing operation along a second inclined surface downwardly to a collection area.

**33**. The method of machining a workpiece according to claim **32** wherein the first and second inclined surfaces cooperatively define an inverted V shape.

**34**. The method of machining a workpiece according to claim **8** wherein the step of transferring the first workpiece comprises repositioning at least one of a first headstock on the first machine tool assembly and a second headstock on the second machine tool assembly so that the first and second headstocks are in an exchange position and so that the first workpiece can be transferred directly from the first headstock to the second headstock.

**35**. The method of machining a workpiece according to claim **34** wherein the first and second headstocks each have a central axis and with the first and second headstocks in the exchange position the central axes of the first and second headstocks are substantially coincident.

**36**. The method of machining a workpiece according to claim **8** wherein the step of performing a first processing operation comprises performing a first processing operation using a tool on a first indexable turret.

**37**. The method of machining a workpiece according to claim **36** wherein the step of performing a second processing operation comprises performing a second processing operation using a tool on a second indexable turret.

**38**. The method of machining a workpiece according to claim **28** further comprising the steps of using a second transfer mechanism to remove the first workpiece from a second headstock on the second machine tool assembly and transferring the first workpiece to a second conveyor through which the first workpiece is advanced to a point of use.

* * * * *

US006637306B2

(12) **United States Patent**
Miyano

(10) **Patent No.:    US 6,637,306 B2**
(45) **Date of Patent:    Oct. 28, 2003**

(54) **LATHE ASSEMBLY AND METHOD OF OPERATING THE LATHE ASSEMBLY**

(76) Inventor: **Toshiharu Tom Miyano**, c/o Miyano Machinery USA Inc., 940 N. Central Ave., Wood Dale, IL (US) 60191

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/237,838**

(22) Filed: **Sep. 9, 2002**

(65) **Prior Publication Data**

US 2003/0005799 A1 Jan. 9, 2003

**Related U.S. Application Data**

(62) Division of application No. 09/378,645, filed on Aug. 20, 1999, now Pat. No. 6,446,533.

(51) **Int. Cl.**[7] ............................ **B23B 13/00**; B23B 1/00
(52) **U.S. Cl.** .............................. **82/127**; 82/162; 82/170
(58) **Field of Search** ........................... 82/127, 117, 118, 82/120, 121, 126, 124, 129, 132, 133, 162, 165, 170, 173

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,693,810 A * 9/1972 Gumhold ..................... 414/18

4,655,654 A * 4/1987 Portas ........................ 409/220
5,152,201 A * 10/1992 Izawa ......................... 82/1.11
5,165,313 A * 11/1992 Karr ............................ 82/127
5,904,082 A * 5/1999 Link et al. .................... 82/129

FOREIGN PATENT DOCUMENTS

JP        56-146602 A  * 11/1981

* cited by examiner

*Primary Examiner*—Henry W. H. Tsai
(74) *Attorney, Agent, or Firm*—Wood, Phillips, Katz, Clark & Mortimer

(57) **ABSTRACT**

A lathe assembly having a guide with a passageway for movement of a piece of bar stock, with a leading end and a trailing end, in a substantially straight path between a feeding position and a working position. A sensor assembly is capable of detecting the position of the trailing end of a piece of bar stock within the guide passageway to thereby allow a user to determine if a piece of bar stock in the guide passageway has a length sufficient to perform the desired operation thereon. Also, a method of using the lathe assembly.

**21 Claims, 4 Drawing Sheets**





*Fig. 1* (PRIOR ART)

*Fig. 2* (PRIOR ART)

*Fig. 3* (PRIOR ART)

*Fig. 4* (PRIOR ART)

*Fig. 5* (PRIOR ART)

*Fig. 6*



*Fig. 7*

*Fig. 8*

*Fig. 9*



*Fig. 10*



*Fig. 11*



*Fig. 12*
(PRIOR ART)

*Fig. 13*
(PRIOR ART)

*Fig. 14*

*Fig. 15*

*Fig. 18*

*Fig. 16*

*Fig. 17*

US 6,637,306 B2

1

# LATHE ASSEMBLY AND METHOD OF OPERATING THE LATHE ASSEMBLY

## CROSS-REFERENCE

This application is a division of application Ser. No. 09/378,645, filed Aug. 20, 1999, entitled "Lathe Assembly and Method of Using a Lathe Assembly", now U.S. Pat. No. 6,446,533.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to lathe assemblies and, more particularly, to a lathe assembly which performs a machining operation on a piece of bar stock. The invention is also directed to a method of using a lathe assembly.

### 2. Background Art

It is known to feed bar stock to a tool assembly and to machine the bar stock in successive machining operations to produce multiple, finished workpieces from a single piece of the bar stock. In FIGS. 1–5 herein, a conventional lathe assembly is shown at 10 for operating in this manner upon individual pieces 12 of bar stock.

The lathe assembly 10 consists of a guide 14 defining a passageway 16 within which the individual pieces 12 of bar stock can be guidingly moved selectively towards and away from a spindle 18. Through the spindle 18, the pieces 12 of bar stock can be held in a working position, as shown in FIG. 2, and rotated. A tool assembly 20 performs machining operations on the pieces 12 of bar stock in the working position to produce individual workpieces 22.

The pieces 12 of bar stock are delivered to the passageway 16 from a supply location at 24 through a feed assembly 26. The feed assembly 26 consists of an endless chain conveyor 28 which is trained around spaced pulleys 30, 32. Through a drive 34, the pulley 32 is rotated selectively in a forward direction, as indicated by the arrows 36 in FIG. 2, and a reverse direction, as indicated by the arrows 38 in FIG. 4.

A push rod 40 is attached to the upper surface of the chain conveyor 28 and is movable from left to right, with the drive 34 operated to rotate the pulley 32 in the forward direction, and from right to left, with the drive 34 operated to rotate the pulley 32 in the reverse direction. The push rod 40 has a receiver 42 at an end thereof to grip the trailing ends 44 of the pieces 12 of bar stock.

In operation, the pieces 12 of bar stock are delivered one-by-one from the supply location 24 to the top surface of the chain conveyor 28 with the push rod 40 retracted to the FIG. 1 position. The drive 32 is then activated to rotate the pulley 32 in the forward direction which causes the receiver 42 to advance from left to right and engage the trailing end 44 of the active piece 12 of bar stock. Continued operation of the drive 34 causes the leading end 46 of the active piece 12 of bar stock to be directed into and through the passageway 16 and spindle 18 to be exposed outside of the spindle 18, as shown in FIG. 2, for operation thereon by the tool assembly 20 to thereby produce a workpiece 22.

The drive 34 is incrementally operated to advance the active piece 12 of bar stock a distance equal to a predetermined length dimension for the workpiece 22. Eventually, the length of the active piece 12 of bar stock is diminished to less than the predetermined length of the workpiece 22 that is to be produced. Attempting to machine the remaining piece 12 of bar stock that is shorter than the predetermined length of the workpiece 22 could cause jamming and, in any event, is a wasted step given that the machined workpiece 22 would have to be sorted and discarded.

2

To avoid the above situation, it is known to use a proximity sensor 48 which detects an element 50 at the trailing end 44 of the active piece 12 of bar stock. The element 50 is strategically situated so that the proximity sensor 48 detects the element 50 once the active piece 12 of bar stock has been reduced to a length less than that necessary to form the workpiece 22. After the last possible workpiece 22 is formed, the sensor detects the element 50 and causes a signal to be generated that causes the drive 32 to thereby retract the remaining piece 12 of bar stock from the passageway 16 and release it to a disposal unit 54, as shown in FIG. 5.

The horizontal arrangement of the guide 14 is typical of conventional lathe assemblies. One problem with this horizontal arrangement is that, with very long workpieces, a significant amount of floor space may be required to operate the lathe assembly.

While it is known to vertically orient elongate workpieces held in a vertically opening chuck on lathe assemblies, the problem of chip buildup on the workpiece and chuck must be contended with.

In FIGS. 12 and 13, two additional prior art lathe assemblies are shown at 58 and 60, respectively. The lathe assembly 58 is characterized as a fixed spindle lathe assembly with there being a spindle 62 thereon, fixedly attached to a frame 63 and having a horizontal central axis 64. An elongate piece 12 of bar stock is advanced from an input end 68 of the spindle 62 through the spindle 62 to and through an output end 70 at which the piece 12 of bar stock is exposed to be machined by a tool assembly 72. The tool assembly 72 is selectively movable along X and Z axes to allow a tool element 74 on the tool assembly 72 to operate on the piece 12 of bar stock held and rotated by the spindle 62.

The lathe assembly 60 is characterized as a sliding spindle lathe assembly and includes a spindle 76 with a horizontal central axis 78. The spindle 76 has an adaptor 80 which cooperates with, and is guided along, a rail 82 on a frame 84 so as to allow the spindle 76 to move in the line of the double-headed arrow 86 parallel to the central axis 78 of the spindle 76.

In the lathe assembly 60, a bushing assembly 88 is provided with a body 90 and a bushing 92 having an opening 94 therethrough. The spindle axis 78 is coincident with the central axis for the bushing opening 94. The bushing assembly 88 serves as a support to rigidify the end of the piece 12 of bar stock that is being machined by a tool assembly 96.

Typically, both of the lathe assemblies 58, 60 are designed for relatively small diameter pieces 12 of bar stock. It is conventional to make dedicated machines that function either as a fixed spindle lathe assembly, such as the lathe assembly 58, or as a sliding spindle lathe assembly, such as the lathe assembly 60.

## SUMMARY OF THE INVENTION

The invention is directed to a lathe assembly having a guide with a passageway for movement of a piece of bar stock, with a leading end and a trailing end, in a substantially straight path between a feeding position and a working position. A sensor assembly is capable of detecting the position of the trailing end of a piece of bar stock within the guide passageway to thereby allow a user to determine if a piece of bar stock in the guide passageway has a length sufficient to perform a desired operation thereon.

The lathe assembly may further include a spindle for releasably holding a piece of bar stock in the working position.

US 6,637,306 B2

3

The sensor assembly may have a generator for a signal indicative that a piece of bar stock in the guide passageway has less than a predetermined length.

The lathe assembly may further include a tool assembly to perform an operation on a piece of bar stock in the working position.

The sensor assembly may include a generator for a stop signal indicative that a piece of bar stock in the guide passageway has less than the predetermined length. The lathe assembly may further include a control to receive the stop signal and, in response thereto, prevent performance of an operation by the tool assembly on a piece bar stock in the passageway.

The sensor assembly may include an elongate element that can be directed into the guide passageway to against the trailing end of a piece of bar stock in the passageway to thereby determine whether a piece of bar stock in the guide passageway is less than or greater than the predetermined length.

The sensor assembly may include a generator for a beam to be directed against the trailing end of a piece of bar stock in the guide passageway and reflected therefrom and a receiver for the reflected beam.

The generator may be a laser beam generator.

The lathe assembly may further include a piece of bar stock in the guide passageway.

The lathe assembly may still further include a drive to rotate a piece of bar stock in the working position in the guide passageway.

The tool assembly may include a tool element which acts against a piece of bar stock in the working position. The tool assembly may include a turret with a plurality of interchangeable tool elements.

In one form, the spindle has an axis and axially spaced input and output ends and the piece of bar stock in the working position projects from both the input and output ends of the spindle.

In one form, the passageway has a central axis and axially spaced first and second ends. The spindle is at the first axially spaced end and the second axially spaced end is open to allow introduction of a piece of bar stock into the guide passageway.

The invention is also directed to a method of operating a lathe assembly having a guide with a passageway with a central axis and axially spaced first and second ends, a spindle, and a tool assembly for performing an operation on a piece of bar stock having a length and leading and trailing ends. The method includes the steps of directing a piece of bar stock axially through the guide passageway in a first direction from a feeding position into a working position and directing an element into the guide passageway to detect the position of the trailing end of the piece of bar stock and thereby determine if piece of bar stock in the guide passageway is less than or greater than the predetermined length.

The method may further include the step of performing an operation on the piece of bar stock with the tool assembly if it is determined that the piece of bar stock has at least the predetermined length.

The method may further include the step of advancing the piece of bar stock in the first direction after performing the operation and again directing the element into the guide passageway to detect the position of the trailing end of the piece of bar stock to again determine if the piece of bar stock in the guide passageway is less than or greater than the predetermined length.

4

The step of directing an element from the sensor into the guide passageway may involve the step of directing a laser beam into the guide passageway.

The step of directing an element from the sensor into the guide passageway may involve the step of directing an elongate element into the guide passageway.

The method may further include the steps of providing a sensor assembly, generating a stop signal from the sensor assembly indicative that the piece of bar stock has a length less than the predetermined length, and processing the stop signal so that no operation is performed by the tool assembly on the piece of bar stock in the guide passageway.

The invention is also directed to a lathe assembly with a guide having a passageway with a central axis for movement of a piece of bar stock with a leading end and trailing end in a substantially straight path substantially parallel to the central axis of the passageway between a feeding position and a working position, and a spindle for releasably holding a piece of bar stock in the working position and having a through opening with a central axis, an input end, and an output end. The guide is oriented so that the central axis of the passageway is not parallel to a horizontal support surface for the lathe assembly. The passageway and through opening are aligned so that the leading end of a piece of bar stock can move through the passageway to and through the through opening from the input end to the output end to project from the output end with a piece of bar stock in the working position.

The central axes of the passageway and through opening may be substantially parallel to each other and extend substantially orthogonally to a horizontal support surface for the lathe assembly.

In one form, the central axes of the passageway and through opening are substantially parallel to each other and are non-orthogonal to a horizontal support surface for the lathe assembly.

The lathe assembly may further include a tool assembly for performing an operation on a piece of bar stock in the working position.

The invention is also directed to a method of operating a lathe assembly with a guide having a passageway with a central axis and axially spaced first and second ends, a spindle with a through opening having a central axis, an input end and an output end, and a tool assembly for performing an operation on a piece of bar stock having a length, a leading end, and a trailing end. The method includes the steps of orienting the guide so that the central axis of the passageway is inclined relative to a horizontal support surface for the lathe assembly and so that the central axis of the passageway declines from the first end towards the second end of the passageway, directing the leading end of the piece of bar stock into and through the passageway in a first direction from the first end of the passageway towards the second end of the passageway, moving the leading end of the piece of bar stock in the first direction into and through the through opening to a working position wherein the leading end of the bar stock projects from the output end of the spindle, clamping the piece of bar stock in the working position in the spindle, and performing an operation on a portion of the piece of bar stock projecting from the output end of the through opening with the piece of bar stock in the working position.

The method may further include the steps of placing a plurality of pieces of bar stock, each having a length, in a storage position, with the lengths of the plurality of pieces of bar stock being substantially parallel to each other and

US 6,637,306 B2

5                                                          6

substantially parallel to a horizontal surface supporting the lathe assembly, removing the plurality of workpieces of bar stock one-by-one from the storage position, and directing the plurality of pieces of bar stock one-by-one into the passageway.

The method may further include the steps of placing a plurality of pieces of bar stock each having a length in a storage position with the lengths of the plurality of pieces of bar stock being substantially parallel to each other and substantially non-parallel to a horizontal surface supporting the lathe assembly, removing the plurality of pieces of bar stock one-by-one from the storage position, and directing the plurality of pieces of bar stock one-by-one into the passageway.

The invention is further directed to a lathe assembly having a spindle for holding an elongate workpiece and having a central axis, and a guide assembly having a body and a guide bushing on the body having a first opening with a central axis. The spindle and guide assembly are selectively repositionable between a) a first relative position wherein the central axis of the spindle extends through the first guide bushing opening so that an elongate workpiece held by the spindle can be projected into the first guide bushing opening so that the guide bushing limits flexing of an elongate workpiece held by the spindle and b) a second relative position wherein the central axis of the spindle does not extend through the first guide bushing opening. The lathe assembly further includes a tool assembly for performing an operation on an elongate workpiece held by the spindle.

In one form, with the spindle and guide assembly in the first relative position, the central axis of the spindle is substantially coincident with the central axis of the first guide bushing opening.

The guide bushing may be rotatable relative to the guide assembly body around the central axis of the first guide bushing opening.

The lathe assembly may further be provided in combination with an elongate workpiece that is held by the spindle and projects into the first guide bushing opening with the spindle and guide assembly in the first relative position.

In one form, the guide assembly has a second opening in the body with a central axis and with the spindle and the guide assembly in the second relative position, the central axis of the spindle extends through the second opening.

In one form, the first guide bushing opening has a first diameter, and the second opening has a second diameter, and the first diameter is different than the second diameter.

The guide assembly may be translatable relative to the spindle as the spindle and guide assembly are repositioned between the first relative position and the second relative position.

The guide assembly may be rotatable about an axis relative to the spindle as the spindle and guide assembly are repositioned between the first relative position and the second relative position.

The spindle and guide assembly may be movable, one relative to the other, along a line substantially parallel to the central axis of the spindle.

In one form, the spindle is abuttable to the guide assembly to be supported by the guide assembly.

In one form, with the spindle and the guide assembly in the second relative position, the central axis of the spindle is substantially coincident with the central axis of the second opening.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic, cross-sectional view of a prior art lathe assembly including a feed assembly for directing pieces of bar stock through a guide passageway to a spindle to be held thereby for operation by a tool assembly and with one of the pieces of bar stock placed on the feed assembly;

FIG. 2 is a view as in FIG. 1 with the feed assembly operated to advance the piece of bar stock through the guide passageway and spindle to a working position wherein it is exposed to be machined by the tool assembly;

FIG. 3 is a view as in FIG. 2 showing the piece of bar stock further advanced and with a workpiece formed and cut from the end of the piece of bar stock;

FIG. 4 is a view as in FIG. 3 wherein the feed assembly is operated to withdraw the remaining portion of the piece of bar stock from the spindle and guide passageway;

FIG. 5 is a view as in FIG. 4 with the remaining piece of bar stock being deposited in a disposal unit;

FIG. 6 is a schematic, perspective view of a lathe assembly according to the present invention;

FIG. 7 is a view as in FIG. 6 showing a spindle and tool assembly on the lathe assembly;

FIG. 8 is an enlarged, schematic, cross-sectional view of a guide defining a passageway, spindle, and a tool assembly for repositioning and advancing a piece of bar stock for operation thereon by a tool assembly on the inventive lathe assembly of FIGS. 6 and 7 and showing one type of structure, according to the present invention, for determining the remaining length of a piece of bar stock in the guide passageway;

FIG. 9 is a view as in FIG. 8 showing another form of structure for determining the remaining length of a piece of bar stock in the guide passageway;

FIG. 10 is a schematic representation of a lathe system, according to the invention, and having a non-horizontal guide passageway for a supply of pieces of bar stock, with the individual pieces being deliverable one-by-one from a supply in which the elongate bar stock is situated horizontally;

FIG. 11 is a view as in FIG. 10 with pieces of bar stock in a supply situated angularly to a horizontal support surface for the lathe assembly for facilitated delivery to the guide passageway, and with a modification of the lathe assembly shown in phantom wherein the guide assembly extends substantially orthogonally to a horizontal support surface for the lathe assembly;

FIG. 12 is a schematic, side elevation view of a conventional lathe assembly having a fixed spindle;

FIG. 13 is a side elevation view of a conventional lathe assembly having a slidable spindle;

FIG. 14 is a perspective view of a spindle in relationship to a guide assembly, according to the invention, and a tool assembly, with the guide assembly and spindle being in a first relative position wherein a piece of bar stock held by the spindle is supported on a bushing on the guide assembly;

FIG. 15 is a view as in FIG. 14 with the spindle and guide assembly repositioned to a second relative position wherein the spindle abuts to the guide assembly and the piece of bar stock is not directly supported by the guide assembly;

FIG. 16 is a fragmentary, plan view of the spindle and guide assembly, according to the invention, arranged to function as a fixed spindle lathe assembly as in FIG. 14;

FIG. 17 is a fragmentary, plan view of the spindle and guide assembly, according to the invention, arranged to function as a sliding spindle lathe assembly as in FIG. 15; and

FIG. 18 is an elevation view of a modified form of guide assembly that is useable in conjunction with the spindle in FIGS. 14–17.

US 6,637,306 B2

7

## DETAILED DESCRIPTION OF THE DRAWINGS

Referring initially to FIGS. 6–9, a lathe assembly, according to the present invention, is shown at 100. The lathe assembly 100 includes an elongate guide 102 with a central axis 104. The guide 102 is supported by axially spaced frame elements 106, 108, with the latter defining a housing for a spindle 110 and a tool assembly 112, which are operable to perform a machining operation on a piece 12 of bar stock held by the spindle 110. The tool assembly 112 is a turret-type having interchangeable, and selectively usable, tool elements 113.

The guide 102 defines a passageway 114 through which pieces 12 of bar stock can be delivered from a feeding position, as shown in FIG. 6, in a straight path to a working position, as shown in FIGS. 7–9. The spindle 110 has a through opening 115 with an input end 116 and an output end 118. The through opening 115 and passageway 114 have coincident central axes. As a piece 12 of bar stock is moved from the feeding position into the working position, the leading end 46 thereof initially enters the passageway 114 at an open axial end 119 thereof, extends along the axis 104 up to and beyond the input end 116 of the spindle 110, through the spindle 110 and from the output end 118 of the spindle 110 to be exposed adjacent to the tool assembly 112. The advancement of the piece 12 of bar stock can be effected by a pushing action through the feed assembly 26, as previously described with respect to claims 1–5, or by a feed assembly 26' which grips and pulls the pieces 12 of bar stock from the feeding position into the working position. The spindle 110 may be of any conventional construction.

Once in the working position, the active piece 12 of bar stock is held by the spindle 110 whereupon the appropriate machining operation is carried out by the tool assembly, as the spindle is rotated by a drive 120 around the axis 104, to produce the finished workpiece 22. The initial length of the pieces 12 of bar stock can be selected to allow fabrication of numerous of the workpieces 22 from each length thereof. Accordingly, after each machining operation, the feed assembly 26, 26' can be operated to advance the active piece 12 of bar stock a set distance as dictated by the length of the workpiece 22 to be formed.

According to the invention, the trailing end 44 of a piece 12 of bar stock is monitored to thereby determine whether the remaining length of the piece 12 of bar stock in the guide passageway 114 is sufficient to perform a desired operation thereon by the tool assembly 112.

To accomplish this, a first type of sensor assembly is shown at 121. The sensor assembly 121 includes a laser beam generator and receiver 122 which is capable of directing a laser beam at the trailing end 44 of a piece 12 of bar stock and receiving the reflected beam signal. With an appropriate control 124, an analysis of the impinging and reflecting beams can be made, after each advancing movement of the piece 12 of bar stock, to ascertain the distance D between the laser beam generator/receiver 122 and the trailing end 44 of the piece 12 of bar stock. For a predetermined distance D, the remaining length of the active piece 12 of bar stock will be insufficient to perform an operation to produce a desired workpiece configuration. Upon identifying this predetermined distance, or greater, the control 124 sends a stop signal 126 to a drive 128 for the tool assembly 112 and/or the drive 120 to thereby prohibit operation of the tool assembly 112 on the remaining piece 12 of bar stock. At the same time, or alternatively, the control 124 may send a signal 130 to the feed assemblies 26, 26' which may cause the feed assemblies 26, 26' to stop and/or reverse the direction of movement of the remaining piece 12 of bar stock.

8

In FIG. 9, an alternative form of sensor assembly is shown at 132. The sensor assembly 132 includes a drum 134 with a hub 136 around which a wire element 138 is wrapped. The wire element 138 has a free end 140 which can be advanced into the passageway 114 by rotation of the hub 136. The wire element 138 may be a single wire or a plurality of bundled wires. The wire may be spring wire, piano wire, or the like. The degree of rotation/number of rotations dictates the extension of the wire element 138 within the passageway 114 to allow calculation of the distance D1, which again is correlated to the length of the remaining piece 12 of bar stock.

The rotation of the hub 136 can be detected by a control 142. Upon sensing the number of revolutions of the hub 136 which extends the wire element to a distance D1 indicative that the length of the remaining piece 12 of bar stock is less than that necessary to produce the desired configuration for the workpiece 22, the control 142 generates a signal 144 to the drive 128 and/or one or both of the feed assemblies 26, 26', as previously described.

In FIGS. 10 and 11, the guide 102 and frame element 108 are shown inclined from the orientation in FIGS. 6–9 relative to a horizontal support surface 146 for the lathe assembly 100. Whereas the central axis 104 is substantially parallel to the support surface 146 for the lathe assembly 100 in FIGS. 6–9, in FIGS. 10 and 11, the axis 104 makes an angle α to the support surface 146. The angle α may range from a few degrees to 90°, as shown in dotted lines in FIG. 11.

The effective length L occupied by the guide 102 and frame 108 is reduced from the length L1 (FIG. 6) with the lathe assembly 100 in the FIG. 6 orientation. Since many facilities in which the lathe assembly 100 would be operated have no significant height restriction, it is possible to reduce the operating area of the floor required for the lathe assembly 100 by angularly situating the guide 102 and housing 108 as in FIGS. 10 and 11.

In FIG. 10, the pieces 12 of bar stock are stacked so that the lengths thereof are substantially parallel to each other and the surface 146. Through an appropriate transfer/feed mechanism 150, individual pieces 12 of bar stock can be reoriented and directed into the passageway 114 through the open axial end 119 of the guide 102.

Alternatively, as shown in FIG. 11, a hopper 152 can be provided for a supply of the pieces 12 of bar stock. The hopper 152 has a guide surface 154 which is situated at an angle α equal to the angle α for the inclination of the guide 102 and frame element 108. Suitable structure can be provided to discharge the pieces 12 of bar stock one-by-one from the hopper 152 by movement along the guide surface 154.

A further modification is shown in phantom lines in FIG. 10 wherein the lathe assembly 100 is reversed so that the frame element 108 is above the guide 102. The individual pieces 12 of bar stock would thus have to be fed against gravitational forces to a working position. This arrangement may be practical at relatively small angles α and for relatively short pieces 12 of bar stock.

In FIGS. 14–17, a spindle 160 is shown in conjunction with a guide assembly 162 which allows the tool assembly at 164 to perform a machining operation on the piece 12 of bar stock held by the spindle 160 both unsupported, with the fixed spindle arrangement as shown for the lathe assembly 58, and supported with the sliding spindle arrangement, as shown for the lathe assembly 60. Typically, this type of lathe assembly is used to produce small diameter parts using bar

US 6,637,306 B2

9                                                                                      10

stock on the order of ⅛–¼ inch as opposed to 3–4 inches for the lathe assembly **100**.

More specifically, the guide assembly has a body **166** with a mounting opening **168** and a second opening **170** therethrough. The mounting opening **168** has a bushing **172** fit therewithin and in turn has an opening **174** therethrough that is slightly greater in diameter than the diameter of the piece **12** of bar stock and of a lesser diameter than the second opening. The second opening **170** is dimensioned to snugly receive a reduced diameter portion **176** of the spindle **160**. With the reduced diameter portion **176** extended into the second opening **170**, an annular surface **178** abuts to a facing surface **180** on the body **166**.

According to the invention, the spindle **160** and body **166** are mounted to a frame **182** for guided movement between a first relative position, as shown in FIG. **14**, and a second relative position as shown in FIG. **15**. In the first relative position, the axis **184** of the spindle **160** extends through the opening **174** and is coincident with the central axis **186** of the opening **174** and the central axis of the piece **12** of bar stock held by the spindle **160**. The bushing **172**, which may be journalled for rotation relative to the body **166**, supports the leading end **46** of the piece **12** of bar stock near the location where it is operated upon by the tool assembly **164**.

By translatingly shifting one or both of the spindle **160** and body **166** relative to the frame **182**, and each other, in the direction of the double-headed arrow **188**, the spindle **160** and guide assembly **162** can be placed in the second relative position, wherein the central axis **184** extends through the opening **170** and coincides with the central axis **190** of the second opening **170**. In the second relative position, the annular surface **178** can be abutted to the surface **180**. The diameter of the second opening **170** is significantly greater than the diameter of the piece **12** of bar stock so that the spindle **160** can be rotated by a drive **192** without there being any interference between the piece **12** of bar stock and the body **166**.

In the first relative position of FIG. **14**, the spindle **160** and tool assembly **164** cooperate in the same manner as the spindle **76** and tool assembly **96** in FIG. **13**. In the second relative position of FIG. **15**, the spindle **160** and tool assembly **164** cooperate in the same manner as the tool assembly **62** cooperates with the tool assembly **72** in FIG. **12**. Thus, it is possible to use a single spindle **160** and a single lathe assembly to operate in both modes disclosed in FIGS. **12** and **13**.

A second drive **194** may also be used to move the spindle **160** relative to the frame **182** along the axis **184**. Additionally, or alternatively, the guide assembly **162** can be moved in the same line relative to the frame **182** and spindle **160**.

In FIG. **18**, a modified form of guide assembly **195** is shown having a body **196** which is rotatable around an axis **198** relative to the frame **182** and spindle **160** between corresponding first and second relative positions.

The body **196** has mounting and second openings **200**, **202** therethrough. By rotating the body **196** about the axis **198**, the openings **200**, **202** can be repositioned so that the central axes thereof selectively can be brought into coincidence with the axis **184**. The second opening **202** has the same diameter as the opening **170**, with the mounting opening **200** having a corresponding diameter to the first opening **168**. A like bushing **204** can be mounted in the opening **200** and in turn has an opening **206**, corresponding to the opening **174**, to accept the piece **12** of stock material.

The foregoing disclosure of specific embodiments is intended to be illustrative of the broad concepts comprehended by the invention.

What is claimed is:

1. A lathe assembly comprising:
a spindle for holding an elongate workpiece and having a central axis;
a guide assembly having a body and a guide bushing on the body having a first opening with a central axis,
the spindle and guide assembly being selectively repositionable between a) a first relative position wherein the central axis of the spindle extends through the first guide bushing opening so that an elongate workpiece held by the spindle can be projected into the first guide bushing opening so that the guide bushing limits flexing of an elongate workpiece held by the spindle and b) a second relative position wherein the central axis of the spindle does not extend through the first guide bushing opening and extends through the guide assembly at a location spaced from the first guide bushing opening; and
a tool assembly for performing an operation on an elongate workpiece held by the spindle with the spindle and guide assembly in each of the first and second relative positions.

2. The lathe assembly according to claim 1 wherein with the spindle and guide assembly in the first relative position the central axis of the spindle is substantially coincident with the central axis of the first guide bushing opening.

3. The lathe assembly according to claim 1 wherein the guide bushing is rotatable relative to the guide assembly body around the central axis of the first guide bushing opening.

4. The lathe assembly according to claim 1 in combination with an elongate workpiece that is held by the spindle and projects into the first guide bushing opening with the spindle and guide assembly in the first relative position.

5. The lathe assembly according to claim 1 wherein the guide assembly comprises a second opening in the body with a central axis, and with the spindle and the guide assembly in the second relative position the central axis of the spindle extends through the second opening.

6. The lathe assembly according to claim 5 wherein the first guide bushing opening has a first diameter, the second opening has a second diameter, and the first diameter is different than the second diameter.

7. The lathe assembly according to claim 5 wherein the guide assembly is translatable as one piece relative to the spindle as the spindle and guide assembly are repositioned between the first relative position and the second relative position.

8. The lathe assembly according to claim 5 wherein the guide assembly is rotatable as one piece about an axis relative to the spindle as the spindle and guide assembly are repositioned between the first relative position and the second relative position.

9. The lathe assembly according to claim 5 wherein with the spindle and the guide assembly in the second relative position the central axis of the spindle is substantially coincident with the central axis of the second opening.

10. The lathe assembly according to claim 1 wherein the spindle and guide assembly are movable, one relative to the other, along a line substantially parallel to the central axis of the spindle.

11. The lathe assembly according to claim 1 wherein the spindle is abuttable to the guide assembly to be supported by the guide assembly.

12. A lathe assembly comprising:
a spindle for holding an elongate workpiece and having a central axis;

US 6,637,306 B2

11

12

a guide assembly having a body and a first opening with a central axis,

the spindle and guide assembly being selectively repositionable between a) a first relative position wherein the central axis of the spindle extends through the first opening so that an elongate workpiece held by the spindle can be projected into the first opening so that the guide assembly limits flexing of the elongate workpiece held by the spindle and b) a second relative position wherein the central axis of the spindle does not extend through the first opening and extends through the guide assembly at a location spaced from the first guide bushing opening; and

a tool assembly for performing an operation on the elongate workpiece held by the spindle with the spindle and guide assembly in each of the first and second relative positions.

**13**. A method of performing operations on elongate workpieces held by a spindle that is rotatable around a central axis, said method comprising the steps of:

directing a first elongate workpiece held by the spindle through a first guide opening on a guide assembly so that the guide assembly limits flexing of the first elongate workpiece;

performing an operation on the first elongate workpiece held by the spindle;

relatively repositioning the spindle and guide assembly by moving the guide assembly as one piece relative to the spindle; and

after relatively repositioning the spindle and guide assembly, performing another operation on one of a) the first elongate workpiece and b) a second elongate workpiece held by the spindle with the one of the first and second elongate workpieces passing through the guide assembly at a location spaced from first guide opening in the guide assembly.

**14**. The method of performing operations on elongate workpieces according to claim **13** wherein the guide assembly has a second opening and after relatively repositioning the spindle and guide assembly, the one of the first and second elongate workpieces passes through the second opening.

**15**. The method of performing operations on elongate workpieces according to claim **14** wherein the first and second openings each have a diameter and the diameter of the second opening is greater than the diameter of the first opening.

**16**. The method of performing operations on elongate workpieces according to claim **13** wherein the step of relatively repositioning comprises relatively repositioning the spindle and guide assembly along a plane orthogonal to the central axis.

**17**. The method of performing operations on elongate workpieces according to claim **16** wherein the step of relatively repositioning comprises rotating the guide assembly around an axis.

**18**. The method of performing operations on elongate workpieces according to claim **16** wherein the step of relatively repositioning comprises translating the guide assembly along a line.

**19**. The method of performing operations on elongate workpieces according to claim **13** wherein the step of performing an operation comprises performing an operation on an end of the first elongate workpiece that is passed through the guide assembly.

**20**. The method of performing operations on elongate workpieces according to claim **13** wherein the second elongate workpiece has a first diameter and the guide assembly has a second opening through which the second elongate workpiece passes at the location spaced from the first guide opening with a diameter substantially greater than the first diameter.

**21**. The method of performing operations on elongate workpieces according to claim **20** wherein the second elongate workpiece is unguided by the guide assembly with the second elongate workpiece passed through the second opening.

*    *    *    *    *

US006637519B2

(12) **United States Patent** (10) **Patent No.:** **US 6,637,519 B2**

Miyano (45) **Date of Patent:** **Oct. 28, 2003**

(54) **SYSTEM AND METHOD FOR EXTINGUISHING A FIRE**

(76) Inventor: **Toshiharu Tom Miyano**, 50 Dundee La., Barrington Hills, IL (US) 60010

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/950,251**

(22) Filed: **Sep. 10, 2001**

(65) **Prior Publication Data**

US 2003/0047326 A1 Mar. 13, 2003

(51) **Int. Cl.**[7] ............................. **A62C 2/00**; A62C 3/00

(52) **U.S. Cl.** ............................. **169/46**; 169/56; 169/57; 169/59; 169/60; 169/5; 169/19; 169/20

(58) **Field of Search** ............................. 169/46, 56, 57, 169/59, 60, 5, 6, 8, 19, 20

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,356,868 A | * | 11/1982 | Bentley et al. | ............. 118/629 |
| 4,691,783 A | * | 9/1987 | Stern et al. | ................... 169/19 |
| 5,449,041 A | * | 9/1995 | Galbraith | .................... 169/61 |
| 6,257,340 B1 | * | 7/2001 | Vician | ......................... 169/11 |
| 6,390,203 B1 | * | 5/2002 | Borisov et al. | ............... 169/60 |

* cited by examiner

*Primary Examiner*—Robin O. Evans

(74) *Attorney, Agent, or Firm*—Wood, Phillips, Katz, Clark & Mortimer

(57) **ABSTRACT**

A system and method for extinguishing or controlling a fire. The system has a source of a substance which is usable to extinguish a fire in a prescribed area, a control system, and an activation system. The control system has (a) a first state in which the substance from the source is prevented from being released to the prescribed area and (b) a second state wherein the substance from the source is permitted to be released to the prescribed area to extinguish or control a fire at or adjacent to the prescribed area. The activation system has a first ignition element which ignites in response to exposure to at least one of (a) a flame, (b) heat above a predetermined temperature, and (c) a product of combustion. The control system is changeable from the first state into the second state an incident of the first ignition element being ignited.

**10 Claims, 2 Drawing Sheets**





*Fig. 1 (prior art)*

**U.S. Patent**      Oct. 28, 2003      Sheet 2 of 2      US 6,637,519 B2



*Fig. 2*

US 6,637,519 B2

**1**

# SYSTEM AND METHOD FOR EXTINGUISHING A FIRE

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a system and method for automatically extinguishing or controlling a fire which is burning in a prescribed area.

2. Background Art

In many environments, systems have been designed for automatically extinguishing or controlling a fire that may be inadvertently started. One such system will be described below with respect to an exemplary environment.

As shown in FIG. 1, a system for extinguishing a fire is shown at 10 in association with a machine tool 12, which may have any of a multitude of different constructions and capabilities. The machine tool 12 operates in a prescribed area in which a fire may be inadvertently started during normal machining operations. Typically, rooms in which the machine tool 12 is operated utilize venting systems 14 which direct oil, water particles, and other matter entrained in the air within a machining space, to an appropriate location for collection or discharge. The venting system 14, while enhancing the environment around the machine tool 12 for human occupation, also vents the region around the machine tool 12 so as to contribute to the spread of any fire that may have started.

The function of the system 10 is threefold. First, the system 10 causes an extinguishing substance, in this case shown as $CO_2$ contained at a source 16, to be directed at the fire. Secondly, the system 10 closes the venting system 14 so as not to facilitate fire propagation. Finally, the system 10 causes the machine tool 12 to be shut down.

To effect the above three functions, one conventional system utilizes a sensor 18 to detect the presence of smoke or fire. The sensor 18 may take any of myriad different forms known to those skilled in the art. Upon detecting either smoke or fire, the sensor 18 sends a signal to a central controller 20, which coordinates operation of the machine tool 12, the venting system 14, and a valve 22, which selectively releases the $CO_2$ from the source 16. The controller 20 effects shutdown of the machine tool 12 and venting system 14, and operates the valve 22, through an electrical circuit 24.

While systems, such as that shown at 10 in FIG. 1, have been generally effective, systems of this type that rely on electrical circuitry may be prone to malfunction by reason of either their complexity or their sensitivity to heat or contamination generated during a fire. The machine tool industry, as well as other industries, is constantly seeking new and better ways to control inadvertently started fires in this type of environment.

## SUMMARY OF THE INVENTION

In one form, the invention is directed to a system for extinguishing a fire. The system has a source of a substance which is usable to extinguish or control a fire in a prescribed area, a control system, and an activation system. The control system has (a) a first state in which the substance from the source is prevented from being released to the prescribed area and (b) a second state wherein the substance from the source is permitted to be released to the prescribed area to extinguish or control a fire at or adjacent to the prescribed area. The activation system has a first ignition element

**2**

which ignites in response to exposure to at least one of (a) a flame, (b) heat above a predetermined temperature, and (c) a product of combustion. The control system is changeable from the first state into the second state an incident of the ignition element being ignited.

In one form, there is no electrical circuitry which is responsible for changing the control system from the first state into the second state.

In one form, the control system consists of a pressure responsive switch which changes from a normal state into an activated state as an incident of the first ignition element being ignited. The control system is in the first state with the pressure responsive switch in the normal state and in the second state with the pressure responsive switch in the activated state.

In one form, there is a conduit which has a passageway in which pressure is generated in response to ignition of the first ignition element and which causes the pressure responsive switch to change from the normal state into the activated state.

A shutoff may be provided for selectively blocking the passageway between the first ignition element and pressure responsive switch to disable the activation system.

The system may further include a second ignition element which is ignited as an incident of the first ignition element being ignited.

The ignition of the second ignition element causes the control system to change from the first state into the second state.

In one form, the substance used to extinguish or control the fire is $CO_2$.

The system may include an operable system component in addition to the control system and having an operating state and a disabled state, a deactivation system, and a second ignition element which is ignited in response to ignition of the first ignition element to cause the deactivation system to change from a normal state into a deactivation state. The operable system component changes from the operating state into the disabled state as an incident of the deactivation system changing from the normal state into the deactivation state. This same function may be effected without the requirement for the second ignition element.

In one form, the operable system component is one of a machine tool and a venting system for atmospheric air in the vicinity of the prescribed area.

The venting system may have an associated damper which is changeable between open and closed states. The damper is in the open state with the venting system in the operating state and in the closed state with the venting system in the disabled state.

The ignition element may include an explosive component.

The invention is also directed to a method of extinguishing a fire in a prescribed area. The method includes the steps of: situating a first ignition element in the vicinity of the prescribed area; in response to exposure of the first ignition element to at least one of (a) a flame, (b) heat above a predetermined temperature, and (c) a product of combustion, causing the first ignition element to ignite; and in response to ignition of the first ignition element causing a control system to release a substance from a source of the substance to the prescribed area to extinguish or control a fire in the prescribed area.

The method may further include the step of changing an operable system component in addition to the control system

US 6,637,519 B2

3

4

from an operating state into a disabled state in response to ignition of the first ignition element.

The operable system component may be one of (a) a machine tool for performing a processing operation on a workpiece and (b) a venting system for atmospheric air in the vicinity of the prescribed area.

The method may further include the step of causing the first ignition element to ignite a second ignition element. The ignition of the second ignition element causes the control system to release the substance to the prescribed area to extinguish or control a fire in the prescribed area.

The first ignition element may ignite a second ignition element so that the second ignition element causes the operable system component to change from the operating state into the disabled state.

The first ignition element may include an explosive component.

The substance used to extinguish or control the fire may be $CO_2$.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic representation of a prior art system for extinguishing fire in a machine tool environment; and

FIG. 2 is a schematic representation of a system for extinguishing fire in a machine tool environment according to the present invention.

DETAILED DESCRIPTION OF THE DRAWINGS

One system for extinguishing a fire, according to the present invention, is shown at 100 in FIG. 2. The system 100 is shown in a machining environment with an operable component in the form of a machine tool 102. It should be understood that the inventive system 100 can be used in virtually any environment wherein automatic fire extinguishing or controlling capability is desired, with the machine tool environment used herein only for purposes of illustration.

The system 100 is designed to cause the discharge of a fire extinguishing/controlling substance from a source 104 in a prescribed area around the machine tool 102. The fire extinguishing substance at the source 104 may be any substance commonly used for this purpose. $CO_2$ is commonly used in this environment.

The substance in the source 104 is selectively releasable through operation of a control system 106. The control system 106 has a first state in which the fire extinguishing/controlling substance from the source 104 is prevented from being released to the prescribed area and a second state wherein the substance from the source 104 is permitted to be released to the prescribed area to extinguish or control a fire at or adjacent to the prescribed area. In this embodiment, the control system incorporates a pressure responsive switch 107 which has a normal state with the control system in the first state and an activated state with the control system in the second state.

The system 100 has an activation system 108 which is responsible for changing the switch 107 from the normal state into the activated state, and thereby the control system 106 from the first state into the second state. In its simplest form, the activation system 108 consists of a sensor 110 and an ignition element 112. The sensor 110 may be part of the ignition element 112 and is responsible for causing the ignition element 112 to ignite upon exposure of the sensor 10 to at least one of a flame, heat above a predetermined temperature, and a product of combustion. Alternatively, the

sensor 110 may be a separate element designed to react in response to exposure to a flame, heat, or a product of combustion to produce an ignition stimulus to the ignition element 112. The ignition element 112 may be made in replaceable cartridge form so that the activation system 108 may be deployed and thereafter set up again for reuse.

The sensor 110, which functions as described above, may be made in any of a multitude of different forms. Those skilled in the art are familiar with sensors 110 capable of detecting fire, or imminent fire indicators, to initiate the extinguishing process.

The ignition element 112, in response to being ignited, produces a stimulus to change the switch 107 from the normal state into the activated state and thereby the control system 106 from the first state into the second state. In one form, the ignition element 112 includes an explosive component, such as gunpowder, which, upon being ignited, produces a pressure rise or shock. In the embodiment shown, pressure from the ignition of the ignition element 112 is generated in a passageway 114 of a conduit 116 so that the increasing pressure is eventually caused, through the conduit 116, to be impinged upon the control system 106 to effect change thereof from the first state into the second state.

Many different types of pressure responsive switches can be used in the control system 106 to allow operation as described above. For example, the switch 107 may be a simple diaphragm, acting as a valve, that is repositioned under the pressure change resulting from the explosion to allow the change of state of the control system 106. As another example, the control system 106 may include an element which breaks or reconfigures in response to the increased pressure from the ignition/explosion of the ignition element 112, as an incident of which the control system 106 changes from the first state into the second state. As a further alternative, a spring-loaded repositionable element can be used. A movable, biased shutter may reposition in response to the pressure surge to change the state of the control system 106. Consequently, with the system 100 as described above, there is no need for any electrical circuitry to change the control system 106 from the first state into the second state therefor. The invention can be used as an alternative to an electrically operated control system or as a backup to such a system

The activation system 108 can be selectively disabled by a shutoff 118, which may block the passageway 114, or communication of pressure from the ignition explosion to the passageway 114, to prevent a pressure build-up at the control system 106 sufficient to change the state thereof.

The ignition element 112 is described to be ignitible to directly change the state of the control system 106. As an alternative to this arrangement, or in conjunction therewith, a second ignition element 120 may be interposed between the ignition element 112 and the control system 106. The ignition element 120 may have the same general construction as the ignition element 112. The ignition element 120 is ignited by the ignition/explosion of the ignition element 112. This may effect a more positive operation of the control system 106 and provides a redundant pressure application to the control system 106 for reliable operation thereof.

In addition to discharging the fire extinguishing substance at the prescribed area in the vicinity of the machine tool 102, the system 100 is designed to additionally shut the machine tool 102 down from an operating state into a disabled state after a fire or fire precursor is detected at the sensor 110. This is accomplished through a deactivation system at 124. The deactivation system 124 may include a pressure responsive

US 6,637,519 B2

5

6

switch 125 that is changeable from a normal state into a deactivation state in response to the ignition of the ignition element 112. The ignition element 112 may directly and by itself operate the deactivation system 124. Alternatively, the ignition element 112 may cause ignition of the ignition element 120, which in turn ignites an ignition element 128 to effect the change of state of the deactivation system 124. The ignition element 128 may have the same construction as the ignition element 112. Alternatively, the ignition element 112 may directly produce pressure on the pressure sensitive switch 125 on the deactivation system 124 in conjunction with pressure from the ignition element 128 produced through the chain reaction from ignition of the ignition element 112 and in turn the ignition element 120 and ignition element 128.

The deactivation system 124 may be responsible for disabling another operable system component 130, such as the venting system 14, previously described. As noted, through the venting system 14, entrained liquid or solid particles, generated during the machining operations, may be conveyed through a pressure differential to an accumulation site or exhausted, as to the outside of a building. This venting system 14 also creates an environment more conducive to burning and it is thus desirable that the venting system 14 be changed from an open operating state into a closed disabled state. The deactivation system 124 may have a separate pressure sensitive switch 131 which responds to the ignition of the ignition element 112 alone, or ignition of the ignition element 112 and/or ignition element 128, to change the state of the operable system component 130.

Similarly, the deactivation system 124 can be designed to deactivate an operable system component 130 without any electrical circuitry between the sensor 110 and the deactivation system 124. The potential redundant pressure activation from the ignition elements 112,120,128 improves reliability even further.

Each ignition element 112,120,128 may be ignited through an optional intermediate primer 134,136,138, consecutively. The primers 134,136,138 may likewise be made in replaceable cartridge form.

In operation, once the sensor 110 detects either fire or a fire precursor, the ignition element 112 is caused to be ignited which causes, directly or indirectly, the change in the control system 106 from its first state into its second state. This allows the discharge of the CO$_2$, or other fire extinguishing substance 104, to the prescribed area around the machine tool 102. At the same time, the ignition of the ignition element 112 directly and/or indirectly causes the deactivation system 124 to change from the normal state into the deactivation state therefor which disables both the machine tool 102 and the other operable system component 130, which may be the venting system, such as a venting system 14 in FIG. 1. The pressure transmission at each critical point in the system 10 may be effected using conduits defining passageways, such as the conduit 116 defining the passageway 114, or by any other means known to those skilled in this art.

While the invention has been described with particular reference to the drawings, it should be understood that various modifications could be made without departing from the spirit and scope of the present invention.

What is claimed is:

1. A system for extinguishing a fire, the system comprising:

a source of a substance which is usable to extinguish a fire in a prescribed area;

a control system which has (a) a first state in which the substance from the source is prevented from being released to the prescribed area and (b) a second state wherein the substance from the source is permitted to be released to the prescribed area to extinguish or control a fire at or adjacent to the prescribed area; and

an activation system comprising a first ignition element which ignites in response to exposure to at least one of (a) a flame, (b) heat above a predetermined temperature, and (c) a product of combustion,

the control system changeable from the first state into the second state as an incident of the ignition element being ignited,

wherein there is a conduit which has a passageway in which pressure is generated by ignition of the first ignition element and which causes the pressure responsive switch to change from the normal state into the activated state; and

a shutoff for selectively blocking the passageway between the first ignition element and pressure responsive switch to disable the activation system.

2. A system for extinguishing a fire, the system comprising:

a source of a substance which is usable to extinguish a fire in a prescribed area;

a control system which has (a) a first state in which the substance from the source is prevented from being released to the prescribed area and (b) a second state wherein the substance from the source is permitted to be released to the prescribed area to extinguish or control a fire at or adjacent to the prescribed area;

an activation system comprising a first ignition element which ignites in response to exposure to at least one of (a) a flame, (b) heat above a predetermined temperature, and (c) a product of combustion,

the control system changeable from the first state into the second state as an incident of the ignition element being ignited; and

a second ignition element which is ignited as an incident of the first ignition element being ignited, the ignition of the second ignition element causing the control system to change from the first state into the second state.

3. A system for extinguishing a fire, the system comprising:

a source of a substance which is usable to extinguish a fire in a prescribed area;

a control system which has (a) a first state in which the substance from the source is prevented from being released to the prescribed area and (b) a second state wherein the substance from the source is permitted to be released to the prescribed area to extinguish or control a fire at or adjacent to the prescribed area;

an activation system comprising a first ignition element which ignites in response to exposure to at least one of (a) a flame, (b) heat above a predetermined temperature, and (c) a product of combustion,

the control system changeable from the first state into the second state as an incident of the ignition element being ignited; and

an operable system component in addition to the control system and having an operating state and a disabled state, a deactivation system, and a second ignition element which is ignited in response to ignition of the first ignition element to cause the deactivation system

US 6,637,519 B2

7

to change from a normal state into a deactivation state, the operable system component changing from the operating state into the disabled state as n incident of the deactivation system changing from the normal state into the deactivation state.

4. A system for extinguishing a fire, the system comprising:

a source of a substance which is usable to extinguish a fire in a prescribed area;

a control system which has (a) a first state in which the substance from the source is prevented from being released to the prescribed area and (b) a second state wherein the substance from the source is permitted to be released to the prescribed area to extinguish or control a fire at or adjacent to the prescribed area;

an activation system comprising a first ignition element which ignites in response to exposure to at least one of (a) a flame, (b) heat above a predetermined temperature, and (c) a product of combustion,

the control system changeable from the first state into the second state as an incident of the ignition element being ignited;

an operable system component in addition to the control system and having an operating state and a disabled state, and a deactivation system, ignition of the first ignition element causing the deactivation system to change from a normal state into a deactivation state, the operable system component changing from the operating state into the disabled state as an incident of the deactivation system changing from the normal state into the deactivation state.

5. The system for extinguishing a fire according to claim 4 wherein the operable system component comprises a machine tool for performing a processing operation on a workpiece.

6. The system for extinguishing a fire according to claim 4 wherein the operable system component comprises a

8

venting system for atmospheric air in the vicinity of the prescribed area.

7. The system for extinguishing a fire according to claim 6 wherein the venting system has an associated damper which is changeable between open and closed states, the damper being in the open state with the venting system in the operating state and in the closed stated with the venting system in the disabled state.

8. A method of extinguishing a fire in a prescribed area, the method comprising the steps of:

situating a first ignition element in the vicinity of the prescribed area;

in response to exposure of the first ignition element to at least one of (a) a flame, (b) heat above a predetermined temperature, and (c) a product of combustion, causing the first ignition element to ignite;

in response to ignition of the first ignition element causing a control system to release a substance from a source of the substance to the prescribed area to extinguish or control a fire in the prescribed area; and

changing an operable system component in addition to the control system from an operating state into a disabled state in response to ignition of the first ignition element.

9. The method of extinguishing a fire according to claim 8 wherein the operable system component comprises one of (a) a machine tool for performing a processing operation on a workpiece and (b) a venting system for atmospheric air in the vicinity of the prescribed area.

10. The method of extinguishing a fire according to claim 8 further comprising the step of causing the first ignition element to ignite a second ignition element, the ignition of the second ignition element causing the operable system component to change from the operating state into the disabled state.

*    *    *    *    *


US006675451B1

(12) **United States Patent**
Miyano

(10) **Patent No.:     US 6,675,451 B1**
(45) **Date of Patent:        Jan. 13, 2004**

(54) **MACHINE TOOL AND METHOD OF USING THE MACHINE TOOL**

(76) Inventor: **Toshiharu Miyano**, c/o Miyano Machinery USA, Inc., 940 Central Ave., WoodDale, IL (US) 60191

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/567,917**

(22) Filed: **May 10, 2000**

(51) Int. Cl.[7] ................................................ **B23B 7/00**

(52) U.S. Cl. ...................... **29/27 C**; 29/27 R; 82/1.11; 82/124; 82/127; 82/129

(58) Field of Search ............................. 29/27 C, 27 R; 82/1.11, 129, 127, 124

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,457,193 A | * 7/1984 | Matthey | 29/36 X |
| 4,557,166 A | * 12/1985 | Jauch | 82/129 |
| 4,612,832 A | * 9/1986 | Ushigoe et al. | 82/129 |
| 4,827,814 A | * 5/1989 | Wilkins | 82/1.11 |
| 4,827,815 A | * 5/1989 | Hata et al. | 82/124 X |
| 5,152,201 A | * 10/1992 | Izawa | 82/1.11 |
| 5,343,604 A | * 9/1994 | Takagi | 29/27 C |
| 5,421,229 A | * 6/1995 | Grossmann et al. | 82/124 |
| 5,471,900 A | * 12/1995 | Corwin et al. | 82/129 X |
| 5,490,307 A | * 2/1996 | Link | 29/27 C |
| 5,514,061 A | * 5/1996 | Ito | 483/18 |

| | | | |
|---|---|---|---|
| 5,655,423 A | * 8/1997 | Nishio et al. | 82/172 |
| 5,787,560 A | * 8/1998 | Schalles | 29/362 |
| 5,832,590 A | * 11/1998 | Wuerthner | 82/129 |
| 5,842,393 A | * 12/1998 | Nagel | 82/129 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| DE | 3420531 | * 12/1985 | | 27/27 C |
| JP | 40 5050353 | * 3/1992 | | 29/27 C |
| JP | 4-122501 | * 4/1992 | | 29/27 C |

* cited by examiner

*Primary Examiner*—A. L. Wellington
*Assistant Examiner*—Doana Ross
(74) *Attorney, Agent, or Firm*—Wood, Phillips, Katz, Clark & Mortimer

(57)        **ABSTRACT**

A method of processing a workpiece including the steps of: placing a first preform element in a first operative position on a first holder so that a first portion of the first preform element is exposed; performing a processing operation on the first portion of the first preform element with the first preform element in the first operative position; transferring the first preform element into a second operative position on a second holder; with the first preform element in the second operative position exposing a second portion of the first preform element that is not exposed for processing with the first preform element in the first operative position; and with the first preform element in the second operative position and the second portion of the first preform exposed, performing a processing operation on the second portion of the first preform element.

**18 Claims, 12 Drawing Sheets**



# *Fig. 1 - Prior Art*





*Fig. 2*

*Fig. 3*





*Fig. 6*

*Fig. 7*



*Fig. 8*

*Fig. 9*



*Fig. 10*

*Fig. 11*

*Fig. 12*



# *Fig. 16*



# *Fig. 17*





*Fig. 18*

*Fig. 19*

*Fig. 20*









US 6,675,451 B1

1

# MACHINE TOOL AND METHOD OF USING THE MACHINE TOOL

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to machine tools for processing discrete workpieces and, more particularly, to a machine tool through which individual workpieces can be strategically situated to facilitate processing on various sides thereof. The invention is also directed to a method of using the machine tool.

### 2. Background Art

In machining operations, it may be necessary to process most or all of the sides of a workpiece. In one conventional machining process, a first surface of a workpiece preform, nominally matched and dimensioned to the desired end configuration, is placed on a support to facilitate processing of the remaining surfaces thereon. Once processing of the remaining surfaces is completed, the first surface is separated from the support and exposed to allow the desired processing step(s) to be performed thereon.

Typically, a three-axis machine tool is employed to carry out the initial stage processing. Provision must then be made to engage and separate the workpiece from the support to expose the first surface to allow processing thereof.

In FIG. 1 herein, a conventional prior art vertical machining center is shown at 10. The machining center 10 consists of a frame 12 on which a spindle head assembly 14 is mounted for guided vertical, Z-axis movement. The spindle head assembly 14 carries a rotary spindle 16 with a working tool 18 that processes discrete workpiece preforms 20, which are mounted in a predetermined relationship on a pallet 22.

The pallet 22 is in turn supported upon a table 24, which is carried upon a slide assembly 25 consisting of stacked slides 26, 28. The lower slide 28 is mounted for guided movement relative to the frame 12 along the Y-axis. The upper slide 26, to which the table 24 attaches, is mounted for guided movement relative to the lower slide 28 along the X-axis.

In a typical machining operation, the workpiece preforms 20 are placed on the pallet 22 so that a surface 30 on each of the workpiece preforms 20 bears upon a support surface 32 on the pallet 22. Through controlled movement of the slides 26, 28, the workpiece preforms 20 are moved in the X-Y plane. At the same time, the working tool 18 moves along the Z-axis, following movement of the spindle head assembly 14.

The workpiece preforms 20 are spaced from each other so that all but the supporting surfaces 30 are exposed to be processed by the working tool 18. After the processing operation is concluded on the exposed portions of the workpiece preforms 20, the workpiece preforms 20 are separated from the pallet 22 and reoriented, as by inversion, and placed against the palle surface 32 to expose the surfaces 30 so that an appropriate processing operation can be performed using the working tool 18, or another tool in its stead.

The resituation of the workpiece preforms 20, during processing thereof, may result in significant down time.

Further, it is common for the workpiece preforms 20 to be manually placed upon the pallet 22, and for the workpiece preforms 20, after processing, to be manually separated from the pallet 22. This may result in significant inconvenience and time consumption.

2

Alternatively, it is known to use relatively complex and expensive automated setup systems with changers for removing an inactive table 24/pallet 22 and substituting therefor a table 24/pallet 22 with unprocessed workpiece preforms 20 thereon. The table 24/pallet 22 exchange may take a significant amount of time. Also, a significant time investment may be involved by reason of the manual placement and removal of workpiece preforms 20 both prior to and after the performance of a machining operation.

## SUMMARY OF THE INVENTION

The invention is directed to a method of processing a workpiece including the steps of: placing a first preform element in a first operative position on a first holder so that a first portion of the first preform element is exposed; performing a processing operation on the first portion of the first preform element with the first preform element in the first operative position; transferring the first preform element into a second operative position on a second holder; with the first preform element in the second operative position exposing a second portion of the first preform element that is not exposed for processing with the first preform element in the first operative position; and with the first preform element in the second operative position and the second portion of the first preform element exposed, performing a processing operation on the second portion of the first preform element.

The second portion of the first preform element may be exposed by cutting the first preform element.

A single processing assembly may be used to perform the processing operations on both the first and second portions of the first preform element. Alternatively, a first processing assembly may be used to perform the processing operation on the first portion of the first preform element with a second processing assembly, operable independently of the first processing assembly, used to perform a processing operation on the second portion of the first preform element.

A second preform element can be placed in the first operative position on the first holder with the first preform element in the second operative position on the second holder.

A processing operation may be performed on the second preform element in the first operative position on the first holder with the first processing assembly while performing a processing operation on the first preform element in the second operative position on the second holder with the second processing assembly.

A second preform element can be provided on the first holder so that the first and second preform elements are simultaneously held by the first holder. After the step of performing a processing operation on the first portion of the first preform element by the first processing assembly, the first processing assembly and the second preform element may be relatively repositioned to allow the first processing assembly to perform a processing operation on the second preform element with the second preform element on the first holder.

The first processing assembly may have a first processing tool thereon. During the processing operation on the first portion of the first preform element, the processing tool may be moved along at least two orthogonal axes.

The second processing assembly may have a plurality of tools that are selectively indexed to an active position in which each of the plurality of tools in the active position performs a processing operation on the second portion of the first preform element.

The first preform element may be indexed on the first holder between a standby position and the first operative position.

US 6,675,451 B1

3

The first preform element may be transferred directly from the first holder to the second holder.

The invention is also directed to a machine tool having a first holder, a second holder, and a processing system. The first holder maintains a first preform element in a first operative position wherein a first portion of the first preform element is exposed so that a machining operation can be performed on the first portion of the first preform element. The second holder maintains the first preform element in a second operative position wherein a second portion of the first preform element that is not exposed for processing with the first preform element in the first operative position is exposed for processing. The processing system has at least one processing assembly for performing a processing operation on the first portion of the first preform element in the first operative position and the second portion of the first preform element in the second operative position.

At least part of the at least one of the first and second holders may be movable guidingly relative to the other of the first and second holders to allow the first preform element to be transferred directly from the first holder to the second holder.

In one form, the at least one processing assembly is a first processing assembly that is repositionable relative to the first and second holders to allow the first processing assembly to perform a processing operation on the first preform element in the first operative position and a processing operation on the first preform element in the second operative position.

In one form, the first processing assembly has a first tool that is rotatable around a first axis for performing a processing operation and at least one part of the first processing assembly carrying the first tool is pivotable around a second axis that is transverse to the first axis to permit selective processing of the first preform element in the first and second operative positions for the first preform element.

The machine tool may be provided in combination with a first preform element.

The processing system may include a second processing assembly that is operable independently of the first processing assembly to perform a processing operation on the first preform element in the second operative position.

In one form, a cutting assembly, separate from the first and second processing assemblies, is provided for severing the first preform element on at least one of the first and second holders and thereby exposing the second portion of the first preform element.

The second processing assembly may include a turret with a plurality of tools that are selectively operable to perform a processing operation on the first preform element in the second operative position.

The first holder may be capable of holding a second preform element at the same time the first preform element is on the first holder.

The second holder may be capable of holding a second preform element at the same time the first preform element is on the second holder.

The first and second preform elements on the first holder may be selectively movable into the first operative position.

The first and second preform elements on the second holder may be selectively movable into the second operative position.

In one form, the at least part of the first processing assembly is movable guidingly along three orthogonal axes.

The turret may be translatable guidingly along two orthogonal axes.

4

The first processing assembly may include a tool receptacle, with the machine tool further having an automatic tool changer for selectively placing different tools in the tool receptacle.

A frame may be provided upon which the first and second holders and processing system are mounted.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a conventional machine tool for performing processing operations on a plurality of discrete parts;

FIG. 2 is a plan view of a machine tool, according to the present invention, including first and second holders for stock material and a processing assembly for performing a processing operation on stock material held by each of the first and second holders;

FIG. 3 is a front elevation view of the machine tool of FIG. 2;

FIG. 4 is a side elevation view of the machine tool in FIGS. 2 and 3 with the second holder removed for clarity and with the processing assembly resituated from the position shown in FIGS. 2 and 3 and including a tool change mechanism for interchanging tools on the processing assembly;

FIG. 5 is a side elevation view of the machine tool as in FIG. 4 mounted to a slant bed frame;

FIG. 6 is a plan view of a modified form of machine tool, according to the present invention, including first and second holders each capable of holding multiple pieces of stock material and first and second processing assemblies, which are operable independently to perform a processing operation on stock material held by the first and second holders;

FIG. 7 is a front elevation view of the machine tool in FIG. 6 with the first processing assembly situated to perform a processing operation on the lowermost piece of stock on the first holder and the second processing assembly situated to perform a processing operation on the uppermost piece of stock on the second holder;

FIG. 8 is a side elevation view of the inventive machine tool configured as in FIG. 7 with the second holder removed for clarity;

FIG. 9 is a side elevation view of the machine tool as in FIG. 8 mounted on a slant bed frame;

FIG. 10 is a side elevation view of the machine tool in FIGS. 8 and 9 with the first processing assembly situated to perform a processing operation on the uppermost piece of material stock on the first holder and the second processing assembly situated to perform a processing operation on the uppermost piece of stock material on the second holder,

FIG. 11 is a view as in FIG. 10 with the processing assemblies situated to perform a processing operation on the lowermost pieces of stock material on the first and second holders;

FIG. 12 is a plan view of the machine tool in FIGS. 6–11 in the configuration of FIG. 11;

FIG. 13 is a plan view of the machine tool in FIGS. 6–12 with the processing assemblies resituated and the first and second holders relatively repositioned to allow direct transfer of a piece of stock material from one holder to the other;

FIG. 14 is a plan view of the machine tool in FIGS. 6–13 with the first and second processing assemblies situated to simultaneously perform processing operations on a piece of stock material on the first holder;

FIG. 15 is a view as in FIG. 14 with the processing assembly situated to simultaneously perform a processing operation on a piece of stock material on the second holder;

US 6,675,451 B1

5

FIG. 16 is a plan view of a further modified form of machine tool, according to the present invention, including first and second holders, each with an indexable magazine for holding a plurality of pieces of stock material, and with first and second processing assemblies as in the machine tool in FIGS. 6–15;

FIG. 17 is a front elevation view of the machine tool in FIG. 16;

FIG. 18 is a side elevation view of the machine tool in FIGS. 16 and 17;

FIG. 19 is a view as in FIG. 18 with an automatic tool changer, for exchanging tools with at least one of the processing assemblies, removed for clarity;

FIG. 20 is a side elevation view of the machine tool as in FIG. 18 and mounted on a slant bed frame;

FIG. 21 is a plan view of the machine tool in FIGS. 16–20 showing a cutting tool positioned to sever stock material held between the first and second holders;

FIG. 22 is a plan view of the machine tool in FIGS. 16–21 with the first and second processing assemblies situated to perform processing operations on pieces of stock material on the first and second holders;

FIG. 23 is a view as in FIG. 22 with the processing assemblies reoriented to perform processing operations on different portions of the stock material on the first and second holders;

FIG. 24 is a plan view of the machine tool in FIGS. 16–23 and with one of the processing assemblies situated to effect tool exchange through an automatic tool changer;

FIG. 25 is an enlarged, side elevation view of one form of indexable magazine for holding multiple pieces of stock material on one of the first and second holders on the machine tool in FIGS. 16–24;

FIG. 26 is a view as in FIG. 25 of a modified form of indexable magazine; and

FIG. 27 is a view as in FIGS. 25 and 26 of a still further modified form of indexable magazine.

DETAILED DESCRIPTION OF THE DRAWINGS

One form of machine tool, according to the present invention, is shown in FIGS. 2–5 at 36. The machine tool 36 consists of a frame 38 upon which first and second holders 40, 42 are mounted. The frame 38 also supports a processing system 44, which in this case includes a single processing assembly 46. The frame 38 further supports a cutting assembly 48.

The holders 40, 42 have a similar construction. Exemplary holder 40 is designed to hold individual workpiece/preform elements, nominally dimensioned to the desired size of a completed workpiece, in a first operative position. Throughout, the workpiece/preform element is shown as an elongate piece of bar stock 50. The workpiece/preform element could be a cast part of intricate shape, an extruded bar that is either solid or hollow, or virtually any shape or constitution conventionally processed. In the event that pieces of bar stock material 50 are utilized, the holder 40 has an indexer 52 which shifts the bar stock 50 from a standby position at a feed end 54 to and from a working end 56 at which a free end portion 58 of the bar stock 50 is exposed for processing thereof.

The first holder 40 is translatable guidingly relative to the frame 38 along the X-axis. A central axis 60 of the bar stock 50 is parallel to the line of guided movement of the holder 40.

6

The second bar holder 42 receives the piece of bar stock 50 so that the central axis 60 of the piece of bar stock 50 in a second operative position on the second holder 42 is coincident with the axis 60 of the piece of bar stock 50 with the piece of bar stock 50 in the first operative position on the first holder 40 and coincident with operating axes defined by the first and second holders 40, 42.

The first and second holders 40, 42 each include a base 62, 64 of similar construction. Exemplary base 64 has a T-shaped receptacle 66 to accept a correspondingly configured guide element 68 on the frame 38 so as to permit guided movement of the base 64 along the frame 38 parallel to the X-axis. The base 62 has a similar construction and is mounted in similar fashion to the frame 38. With this arrangement, the first and second holders 40, 42 can be moved relative to each other to allow the bar stock 50 to be transferred directly between the first and second holders 40, 42.

The processing assembly 46 is carried by a slide assembly at 70 consisting of a first slide 72 connected to the frame 38 for guided movement relative to the frame 38 along the Z-axis, a second slide 74 mounted to the first slide 72 for guided movement relative to the first slide 72 along the X-axis, and a third slide 76 mounted to the second slide 74 for guided movement relative to the second slide 74 along the Y-axis. Each of the slides 72, 74, 76 can be mounted to the frame 38, and each other, through a connection similar to the aforementioned connection including the receptacle 66 and guide element 68. Other guide arrangements well known to those skilled in the art are contemplated. Virtually any arrangement that allows relative, guided, translatory movement between two elements could be used between the slides 72, 74, 76.

The processing assembly 46 is mounted to the slide 76 for pivoting movement about a vertical axis 78, transversely to the axis 60, preferably through 360°. A lesser degree of pivoting movement is also contemplated. The processing assembly 46 includes a rotary spindle 80 rotated by a drive 82 and having a receptacle 84 for a working tool 86 which can be selectively projected toward the first and second holders 40, 42 by such pivoting movement.

The slides 72, 74, 76 are relatively dimensioned and repositionable to allow the working tool 86 to process the free end surface 88 of the bar stock 50 in the first operative position on the first holder 40. By repositioning the slides 72, 74, 76 and pivoting the processing assembly 46 about the axis 78, the working tool 86 can process the exposed peripheral surface 90 on the piece of bar stock 50 in the first operative position on the first holder 40.

In a typical operation, the bar stock 50 is placed on the first holder 40 and indexed to expose the free end portion 58 thereof on which processing is to be carried out. When processing of the exposed free end portion 58 is completed, including any processing that is required on the surfaces 88, 90, the slide 76 is retracted from the FIG. 2 position, in the direction of the arrow 92 i.e. along the Y-axis, to allow the transfer of the bar stock 50 from the first holder 40 to the second holder 42. This can be accomplished by a direct transfer, as previously described, or optionally through a conventional type transfer mechanism 93.

The bar stock 50 in the first holder 40 can be nominally matched to the desired length of the completed workpiece. In that event, upon completion of the transfer, the end surface 94 of the bar stock 50, which is not exposed for processing with the bar stock 50 in the first operative position, becomes exposed for processing with the bar stock

50 in the second operative position from the second holder 42. Processing on the end surface 94 can be carried out by repositioning the slide assembly 70 and pivoting the processing assembly 46 around the axis 78 to place the working tool 86 in a position to engage the end surface 94.

In the event that multiple work pieces are to be formed from a single piece of the bar stock 50, the bar stock 50 has a length that is a multiple of the length of the completed workpieces, and the end surface 94 that is processed with the bar stock 50 in the second operative position on the second holder 42 is exposed by cutting the bar stock through the cutting assembly 48.

The cutting assembly 48 includes cutoff tool 96 carried on a slide assembly 98. The slide assembly 98 include a first slide 100 which is guided along the frame 38 parallel to the X-axis. A second slide 102, upon which the cutting assembly 48 is attached, is mounted to the first slide 100 for guided movement relative to the first slide 100 parallel to the Y-axis. With the bar stock 50 on the second holder 42, the cutting assembly 48 is repositioned through the slide assembly 98 to locate the cutoff tool 96 at the desired lengthwise cutoff position on the bar stock 50. The cutoff tool 96 then severs the bar stock 50, as by movement of the slide 102 along the Y-axis, to thereby expose the end surface 94 for processing.

An indexer 106 may be provided to rotationally position the bar stock 50 around the axis 60 on the first holder 40. A like indexer 108 may be provided on the second holder 42 to perform the same function. This allows the full peripheral surface 90 to be processed using the working tool 86.

The machine tool 36 may further include an auto tool changer 110 with a plurality of pods 112 each containing a working tool 86. The tool changer 110 includes an indexable turret/magazine 114 which places the desired pod 112 in an exchange position which allows a tool 86 to be exchanged between the pod 112 and the spindle 80 on the processing assembly 46.

In FIG. 5, the machine tool 36 is shown mounted on an inclined surface 116 on a slant bed frame 118 of the type disclosed in my U.S. Pat. No. 5,820,098.

To hold the bar stock 50, each of the holders 40, 42 may be provided with a chuck 120, 122, respectively. The chucks 120, 122 can be selectively opened and clamped to the bar stock, as required to hold the bar stock 50 for processing and release the bar stock 50 for transfer.

In operation, the bar stock 50 is loaded on the first holder 40 and indexed lengthwise to expose the free end portion 58 for processing. Processing is carried out through the processing assembly 46, at the conclusion of which the processing assembly 46 is retracted to allow the transfer of the bar stock 50 to the second holder 42. If the bar stock 50 that is transferred is significantly longer than the desired length of the completed workpiece, the cutoff tool 96 is used to sever the bar stock 50 to the desired length. The cutting assembly 48 is then retracted to allow the processing assembly 46 to complete processing upon the end surface 94, whereupon the bar stock 50 is released from the second holder 42 and delivered to an appropriate location, as for stocking or for further processing.

In FIGS. 6–9, a modified form of machine tool is shown at 126. The basic components on the machine tool 126 are the same as on the machine tool 36 and are numbered consistently. The machine tool 126 includes the frame 38 and the processing assembly 46 and the slide assembly 70 therefor. The automatic tool changer 110 allows interchange of working tools 86 on the processing assembly 46.

There are two primary differences between the machine tool 126 in FIGS. 6–9 and the machine tool 36 in FIGS. 2–5.

The machine tool 126 has first and second holders 128, 130 for the bar stock 50 corresponding to the holders 40, 42 on the machine tool 36. Whereas the holders 40,42 accommodate a single piece of bar stock 50, the first and second holders 128, 130 each accommodate multiple pieces of bar stock 50. In this case, four pieces of bar stock 50 are accommodated by each holder 128, 130, with there being a like number of chucks 132, 134 on the holders 128, 130 to maintain the pieces of bar stock 50 in the operative position on the holders 128, 130 in vertically stacked relationship. On the first holder 128, an indexer 136, corresponding to the indexer 52 on the machine tool 36, is provided to controllably shift the bar stock 50 lengthwise along the holder 128. A separate indexer 138 incrementally pivots the pieces of bar stock 50 about their central axes 60. With this arrangement, the processing assembly 46 can be moved vertically, i.e. along the Z-axis, to process the free end portions 58 of the bar stock 50 exposed at the holder 128.

The second holder 130 may have a configuration similar to the first holder 128, including indexers (not shown) corresponding to, and functioning in the same manner as, the indexers 136, 138. The chucks 132, 134 are axially aligned to allow the direct transfer of pieces of bar stock bar 50 directly between the holders 128, 130. As in the prior embodiment, a transfer mechanism (not shown), corresponding to the transfer mechanism 92, could be used.

The second principal difference between the machine tool 126 and the machine tool 36 is that the processing system 139 on the machine tool 126 includes the first processing assembly 46 and a second processing assembly at 140. The processing assembly at 140 includes a tool turret 142 mounted on a support 144 for pivoting movement around an axis 146. The support 144 in turn is mounted on a slide assembly at 148. The slide assembly 148 includes a first slide 150 mounted to the frame 38 for guided movement relative to the frame along the Z-axis. A second slide 152 is mounted to the first slide 150 for guided movement relative to the first slide 150 along the X-axis. A third slide 154, to which the support 144 is attached, is movable guidingly relative to the second slide 152 along the Y-axis. With this arrangement, a desired working tool T carried on the turret 142 can be indexed to an active position to process the free end surfaces 88, 94 and the exposed peripheral surface 90 on the bar stock 50.

The slide assembly 148 can be constructed so that the tools T on the processing assembly 140 can be situated to perform a processing operation on the bar stock 50 in the operative position on either holder 128, 130. The slide assembly 70 can be constructed so that the working tool 96 on the processing assembly 46 likewise is capable of performing a processing operation on the bar stock 50 in the operative position on either holder 128, 130. Some of the processing options for the machine tool 126 are shown in FIGS. 10–15.

In FIGS. 11 and 12, the processing assemblies 46, 140 are situated to simultaneously perform an operation on the exposed peripheral surface 90 of the lowermost piece of bar stock 50 in the operative position on the first holder 128 and second holder 130, respectively.

It is also possible to configure the processing assemblies 46, 140 so that one of the free end surfaces 88, 94 is being processed on the bar stock 50 on one holder 128, 130 at the same time the exposed peripheral surface 90 on the bar stock 50 on the other holder 128, 130 is being processed.

In FIG. 10, a similar arrangement is shown, however, the processing assemblies 46, 140 are situated to perform a

US 6,675,451 B1

9

processing operation on the uppermost piece of bar stock 50 in the operative position on the first and second holder 128, 130.

In FIG. 14, the processing assemblies 46, 140 are situated to simultaneously perform a processing operation on a piece of bar stock 50 in an operative position on the first holder 128. The processing assembly 46 is situated so that the working tool 86 thereon performs a processing operation on the free end surface 88 of the piece of bar stock 50 simultaneously as the active tool T on the processing assembly 140 performs a processing operation on the exposed peripheral surface 90 on the bar stock 50.

In FIG. 15, the machining assemblies 46, 140 are situated so that the working tool 86 on the processing assembly 46 performs a processing operation on the end surface 94 of the bar stock 50 in the operative position on the second holder 130 simultaneously as the active tool T on the processing assembly 140 is performing a processing operation on the exposed peripheral surface 90 on the bar stock 50 with the bar stock 50 in the operative position on the second holder 130.

In FIG. 13, the processing assembly 46 is shown in position to exchange tools with the tool changer 110 while the second holder 130 has been advanced towards the first holder 128 to engage and pick up the bar stock 50 from the first holder 128. It should be noted that while the first holder 128 is actually stationary relative to the frame 38, it could be movable along the X-axis to facilitate bar stock transfer.

As shown in FIG. 9, the machine tool 126 can be mounted on the slant bed frame 118.

With the machine tool 126, efficiency may be gained by having the ability to process several pieces of bar stock 50 on the first holder 128 before transfer to the second holder 130 is required. Further efficiency is potentially built in by simultaneously performing processing operations on the pieces of bar stock 50 on both the first and second holders 128, 130, or by simultaneously processing a single piece of bar stock 50 with both processing assemblies 46, 140.

In FIGS. 16–27, a further modified machine tool, according to the present invention, is shown at 166. The machine tool 166 has the same basic configuration as the machine tool 126, with the exception of the configuration of first and second holders, 168, 170, corresponding to the holders 128, 130 on the machine tool 126. Parts on the machine tool 166 that are the same as those on the machine tool 126 will be numbered the same.

The first holder 168 functions in the same manner as the first holder 128 in terms of holding bar stock 50 in an operative position so that processing operations can be performed thereon. The first holder 168 carries a plurality of pieces of bar stock 50 and has a magazine 172 thereon which is pivotable about a central axis 174 to thereby selectively, serially bring the pieces of bar stock 50 from an inactive position into an operative position at the same location for processing by the processing assembly 46 or the processing assembly 140. This obviates the need to move the machining assemblies 46, 140 in the same manner as required for the machine tool 126 with the multiple pieces of bar stock 50 in a fixed position on the machine tool 126.

The second holder 170 is shown to have the capacity to hold a single piece of bar stock 50. However, the second holder 170 can be constructed to simultaneously receive multiple pieces of bar stock 50 from the first holder 168 in a transfer operation.

The slide assemblies 70, 98 have the same construction as they do on the machine tool 126, while processing opera-

10

tions are performed on the pieces of bar stock 50 in the operative position on the first and second holders 168, 170 in the manner previously described.

Different constructions for the magazine 172 are shown at 172', 172" in FIGS. 25 and 26. In FIG. 25, the magazine 172' has a drive 176 for pivoting the entire magazine 172' around an axis 174. An indexing gear 178, pivoted by a separate drive 180 selectively in opposite directions around the axis 174, is geared to bar stock holders 182 around the periphery thereof. Pivoting of the gear 178 simultaneously pivots the holders 182 around their respective axes A to effect indexing so as to present the desired surface of the piece of bar stock 50 to the machining assemblies 46, 140. The use of six bar stock holders 182 is a design choice, as the basic concept can be practiced with virtually any number of bar stock holders 182, including a single bar stock holder 182.

In FIG. 26, the magazine 172" is shown with four bar stock holders 184. The magazine 172" is pivotable about the axis 174 through selective operation of a drive 185. The bar stock holders 184 are keyed to each other through gears 186, each in mesh with a pair of holders 184. By rotating the gears 186, the holders 184 are simultaneously pivoted around their axes A1 to effect indexing thereof. One or all of the gears 186 may be rotated by a drive 188.

As shown in FIG. 27, the magazine 172, previously described, operates similarly to the magazine 172', with the exception of their being only two bar stock holders 190 corresponding to the bar stock holders 184. A gear 192 driven by a drive 194 selectively in opposite directions, causes simultaneous pivoting of the bar stock holders 190 about their axes A2.

It is possible with all of the magazines 172, 172', 172", and particularly with the magazine 172, to perform separate processing steps on more than one piece of bar stock 50 with one or both of the processing assemblies 46, 140 without indexing the magazine 172, 172', 172". That is, multiple pieces of bar stock 50 could both be in the operative position at the same time on one or both of the holders 168, 170.

In FIG. 20, the machining tool 166 is shown mounted upon the slant bed frame 118.

In FIG. 21, the machine tool 166 is configured to allow transfer of the bar stock 50 between the first and second holders 168, 170.

In FIG. 22, the machine tool 166 is configured with the working tool 86 on the processing assembly 46 performing a processing operation on the peripheral surface 90 of a piece of bar stock 50 in the operative position on the first holder 168. Simultaneously, an active tool T on the turret 152 on the processing assembly 140 is performing a processing operation on the end surface 94 of a piece of bar stock 50 in the operative position on the second holder 170.

In FIG. 23, the working tool 86 on the processing assembly 46 is shown performing a processing operation on the free end surface 88 of bar stock 50 in the operative position on the first holder 168, while an active tool T on the turret 142 on the processing assembly 140 is performing a processing operation on the exposed peripheral surface 90 on the bar stock 50 in an operative position on the second holder 170.

In FIG. 24, the processing assembly 140 is positioned to perform a processing operation as in FIG. 22, with the processing assembly 46 retracted and situated to exchange tools with the tool changer 110.

The foregoing disclosure of specific embodiments is intended to be illustrative of the broad concepts comprehended by the invention.

US 6,675,451 B1

11

What is claimed is:

1. A machine tool comprising:

a first holder for maintaining a first preform element in a first operative position wherein a first portion of the first preform element is exposed so that a processing operation can be performed on the first portion of the first preform element;

a second holder for maintaining the first preform element in a second operative position wherein a second portion of the first preform element that is not exposed for processing with the first preform element in the first operative position is exposed for processing; and

a processing system comprising at least one processing assembly for performing a processing operation on the first portion of the first preform element in the first operative position and the second portion of the first preform element in the second operative position,

wherein the at least one processing assembly comprises a first processing assembly that is repositionable relative to the first and second holders to allow the first processing assembly to perform a processing operation on the first preform element in the first operative position and a processing operation on the first preform element in the second operative position,

wherein the first processing assembly has a first tool that is rotatable around a first axis for performing a processing operation and at least part of the first processing assembly carrying the first tool is pivotable around a second axis that is transverse to the first axis to permit selective processing of the first preform element in the first and second operative positions for the first preform elements,

wherein the first holder has an operating axis and the second axis is transverse to the operating axis,

wherein the first holder has first and second ends spaced axially relative to the operating axis and a workpiece can be fed axially relative to the operating axis up to and through the first end of the first holder and to and through the second end of the first holder so as to be exposed for processing by the processing system.

2. The machine tool according to claim 1 wherein at least part of at least one of the first and second holders is movable guidingly relative to the other of the first and second holders to allow the first preform element to be transferred directly from the first holder to the second holder.

3. The machine tool according to claim 1 in combination with the first preform element.

4. The machine tool according to claim 3 wherein the first preform element comprises an elongate piece of bar stock.

5. The machine tool according to claim 1 wherein the processing system comprises a second processing assembly that is operable independently of the first processing assembly to perform a processing operation on the first preform element in the second operative position and movable relative to the first processing assembly along the operating axis.

6. The machine tool according to claim 5 wherein the second processing assembly comprises a turret with a plurality of tools that are selectively operable to perform a processing operation on the first preform element in the second operative position.

7. The machine tool according to claim 6 wherein the turret is translatable guidingly along two orthogonal axes.

8. The machine tool according to claim 1 wherein the first holder is capable of holding a second preform element at the same time the first preform element is on the first holder.

9. The machine tool according to claim 1 wherein the second holder is capable of holding a second preform element at the same time the first preform element is on the second holder.

12

10. The machine tool according to claim 1 further comprising a transfer mechanism independent of the first and second holders for transferring a preform element held by one of the first and second holders to the other of the first and second holders.

11. The machine tool according to claim 1 further comprising an indexer for selectively rotationally positioning a preform element around the operating axis.

12. A machine tool comprising:

a first holder for maintaining a first preform element in a first operative position wherein a first portion of the first preform element is exposed so that a processing operation can be performed on the first portion of the first preform element;

a second holder for maintaining the first preform element in a second operative position wherein a second portion of the first preform element that is not exposed for processing with the first preform element in the first operative position is exposed for processing;

a processing system comprising at least one processing assembly for performing a processing operation on the first portion of the first preform element in the first operative position and the second portion of the first preform element in the second operative position,

wherein the at least one processing assembly comprises a first processing assembly that is repositionable relative to the first and second holders to allow the first processing assembly to perform a processing operation on the first preform element in the first operative position and a processing operation on the first preform element in the second operative position,

wherein the first processing assembly has a first tool that is rotatable around a first axis for performing a processing operation and at least part of the first processing assembly carrying the first tool is pivotable around a second axis that is transverse to the first axis to permit selective processing of the first preform element in the first and second operative positions for the first preform elements,

wherein the first holder has an operating axis and the second axis is transverse to the operating axis,

wherein the processing system comprises a second processing assembly that is operable independently of the first processing assembly to perform a processing operation on the first preform element in the second operative position and movable relative to the first processing assembly along the operating axis; and

a cutting assembly movable relative to the first and second processing assemblies along the operating axis for severing the first preform element on at least one of the first and second holders and thereby exposing the second portion of the first preform element.

13. A machine tool comprising:

a first holder for maintaining a first preform element in a first operative position wherein a first portion of the first preform element is exposed so that a machining operation can be performed on the first portion of the first preform element;

a second holder for maintaining the first preform element in a second operative position wherein a second portion of the first preform element that is not exposed for processing with the first preform element in the first operative position is exposed for processing; and

a processing system comprising at least one processing assembly for performing a processing operation on the

US 6,675,451 B1

13

first portion of the first preform element in the first operative position and the second portion of the first preform element in the second operative position,

wherein the at least one processing assembly comprises a first processing assembly that is repositionable relative to the first and second holders to allow the first processing assembly to perform a processing operation on the first preform element in the first operative position and a processing operation on the first preform element in the second operative positions,

wherein the first processing assembly has a first tool that is rotatable around a first axis for performing a processing operation and at least part of the first processing assembly carrying the first tool is pivotable around a second axis that is transverse to the first axis to permit selective processing of the first preform element in the first and second operation positions for the first preform element,

wherein the at least part of the first processing assembly is movable guidingly along three orthogonal axes,

wherein the first holder has first and second ends spaced axially relative to the operating axis and a workpiece can be fed axially relative to the operating axis up to and through the first end of the first holder and to and through the second end of the first holder so as to be exposed for processing by the processing system.

14. A machine tool comprising:

a first holder for maintaining a first preform element in a first operative position wherein a first portion of the first preform element is exposed so that a machining operation can be performed on the first portion of the first preform element;

a second holder for maintaining the first preform element in a second operative position wherein a second portion of the first preform element that is not exposed for processing with the first preform element in the first operative position is exposed for processing; and

a processing system comprising a least one processing assembly for performing a processing operation on the first portion of the first preform element in the first operative position and the second portion of the first preform element in the second operative position,

wherein the at least one processing assembly comprises a first processing assembly that is repositionable relive to the first and second holders to allow the first processing assembly to perform a processing operation on the first preform element in the first operative position and a processing operation on the first preform element in the second operative position,

wherein the first processing assembly comprises a tool receptacle and the machine tool further comprises an automatic tool changer for selectively placing different tools in the tool receptacle,

wherein the first holder has first and second ends spaced axially relative to the operating axis and a workpiece can be fed axially relative to the operating axis up to and through the first end of the first holder and to and through the second end of the first holder so as to be exposed for processing by the processing system.

15. A machine tool comprising:

a first holder for simultaneously maintaining a first preform element in a first operative position wherein a first portion of the first preform element is exposed so that a processing operation can be performed on the first portion of the first preform element and a second

14

preform element in a second operative position wherein a first portion of the second preform element is exposed so that a processing operation can be performed on the first portion of the second preform element;

a second holder for maintaining the first preform element in a third operative position wherein a second portion of the first preform element that is not exposed for processing with the first preform element in the first operative position is exposed for processing; and

a processing system comprising at least one processing assembly for performing a processing operation on the first portion of the first preform element in the first operative position, the first portion of the second preform element in the second operative position, and the second portion of the first preform element in the third operative position,

wherein the first holder has first and second ends spaced axially relative to the operating axis and a workpiece can be fed axially relative to the operating axis up to and through the first end of the first holder and to and through the second end of the first holder so as to be exposed for processing by the processing system.

16. A machine tool comprising:

a first holder having a portion for holding first and second preforms that is movable to selectively place the first preform element in a first operative position at a first location wherein a first portion of the first preform element is exposed so that a machining operation can be performed on the first portion of the first preform element and the second preform in an operative position at the first location wherein a first portion of the second preform element is exposed so that a machining operation can be performed on the first portion of the second preform element;

a second holder for maintaining the first preform element in a second operative position wherein a second portion of the first preform element that is not exposed for processing with the first preform element in the first operative position is exposed for processing; and

a processing system comprising at least one processing assembly for performing a processing operation on the first portion of the first preform element in the first operative position,

wherein the first holder has first and second ends spaced axially relative to the operating axis and a workpiece can be fed axially relative to the operating axis up to and through the first end of the first holder and to and through the second end of the first holder so as to be exposed for processing by the processing system.

17. A machining tool comprising:

a first holder for maintaining a first preform element in a first operative position wherein a first portion of the first preform element is exposed so that a machining operation can be performed on the first portion of the first preform element;

a second holder for maintaining the first preform element in a second operative position wherein a second portion of the first preform element that is not exposed for processing with the first preform element in the first operative position is exposed for processing; and

a processing system comprising at least one processing assembly for performing a processing operation on the first portion of the first preform element in the first operative position and the second portion of the first preform element in the second operative position,

wherein the at least one processing assembly comprises a first processing assembly that is repositionable relative

US 6,675,451 B1

15

to the first and second holders along three orthogonal axes,

wherein the first holder has first and second ends spaced axially relative to the operating axis and a workpiece can be fed axially relative to the operating axis up to and through the first end of the first holder and to and through the second end of the first holder so as to be exposed for processing by the processing system.

16

**18**. The machine tool according to claim **17** wherein the first holder is capable of maintaining a second preform element in an operative position simultaneously as the first preform is maintained in the first operative position so that first and second preforms can be selectively processed by the processing system.

* * * * *

US006832534B2

(12) **United States Patent**       (10) **Patent No.:**     **US 6,832,534 B2**

Miyano                              (45) **Date of Patent:**          **Dec. 21, 2004**

(54) **METHOD AND APPARATUS FOR WITHDRAWING BAR STOCK FROM A BAR STOCK FEEDER**

(76) Inventor: **Toshiharu Miyano**, 50 Dundee La., Barrington Hills, IL (US) 60010

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 131 days.

(21) Appl. No.: **10/140,419**

(22) Filed:   **May 6, 2002**

(65)              **Prior Publication Data**

US 2003/0205116 A1 Nov. 6, 2003

(51) Int. Cl.[7] ........................... **B23B 3/00**; B23B 13/00; B23B 3/36

(52) **U.S. Cl.** ............................ **82/1.11**; 82/127; 82/152

(58) **Field of Search** ........................ 82/1.11, 124, 126, 82/127, 152, 125

(56)              **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,582,000 | A | * | 6/1971 | Werkmeister et al. | ........ 414/14 |
| 3,703,112 | A | * | 11/1972 | Selby | .......................... 82/127 |
| 3,924,494 | A | * | 12/1975 | Azuma | ........................ 82/126 |
| 5,911,803 | A | * | 6/1999 | Miyano | ........................ 82/1.11 |

* cited by examiner

*Primary Examiner*—A. L. Wellington
*Assistant Examiner*—Brian D. Walsh
(74) *Attorney, Agent, or Firm*—Wood, Phillips, Katz, Clark & Mortimer

(57)              **ABSTRACT**

A method of processing a piece of bar stock material having spaced ends and a predetermined diameter and including the steps of: attaching an adaptor to one end of the piece; directing the piece into a feeder sleeve bounding an internal passageway; moving the piece in the internal passageway from an upstream end toward a downstream end so as to expose a part of the piece for processing; performing at least one processing step on the exposed part of the piece; engaging a retrieval assembly with the adaptor; extending at least a part of the retrieval assembly into the internal passageway from a downstream end of the at least part of the retrieval assembly to a predetermined distance in an upstream direction; and with the retrieval assembly engaged with the adaptor, repositioning the retrieval assembly to thereby reposition the piece within the internal passageway.

**27 Claims, 6 Drawing Sheets**





*Fig. 1*



Fig. 2



*Fig. 3*



*Fig. 4*
*(Prior Art)*

*Fig. 5*
*(Prior Art)*

*Fig. 6*

*Fig. 7*



*Fig. 8*

## Fig. 9



## Fig. 10




## Fig. 11



## Fig. 12



## Fig. 13



# Fig. 14



# Fig. 15



# Fig. 16



# Fig. 17



US 6,832,534 B2

1

# METHOD AND APPARATUS FOR WITHDRAWING BAR STOCK FROM A BAR STOCK FEEDER

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to feeder assemblies for delivering bar stock for processing by a machine tool and, more particularly, to a method and apparatus for removing unprocessed bar stock from the feeder assembly.

### 2. Background Art

It is known to process bar stock using different types of machine tools. In a typical system, a feeder assembly is utilized through which bar stock is delivered stepwise to a processing station at which any of a number of different operations can be performed thereon. As but one example, the bar stock is advanced to expose an end portion which is processed and cut from the remaining portion of the bar. The remaining portion of the bar is then advanced to repeat the same and/or a different processing step. This procedure is carried on repetitively until the bar length is reduced to a point that the remaining portion cannot be converted by processing into a usable form.

In one such system, the feeder assembly has a through passageway which is coaxial with the axis of a rotary spindle chuck. The bar stock is incrementally advanced and gripped by the chuck, whereupon the spindle is rotated to facilitate processing of the exposed bar stock material.

There are basically two different ways to advance the bar stock through the spindle. One technique involves pulling the bar stock from the downstream processing end. In one such system, a turret, which carries processing tools, also carries a puller which releasably grips the exposed leading/downstream end of the bar stock and draws it in an advancing direction sufficiently that it can be gripped to perform a processing operation thereon. Alternatively, the bar stock is pushed from a trailing/upstream end thereof to effect incremental advancement thereof through the spindle.

In many processing operations, the barstock is not matched to have a length that is an even multiple of the processed work piece length. As a result, there will remain an unusable piece of bar stock which must be removed from the feeder assembly before another longer piece of bar stock can be substituted therefor, advanced, and processed. If the unusable piece is of a sufficient length, a puller, such as that on the aforementioned turret adjacent to the processing location, can be used to separate the bar piece from the feeder assembly. Generally, this method is not preferred in that the unusable bar piece may not be conveniently removable from the feeder assembly at the processing location. Removal in this manner may cause interference with succeeding operations using the same processing equipment or with operations performed by other adjacent processing equipment.

The more preferable method of removing the unusable bar stock is to withdraw the same from the upstream end of the feeder assembly. To do so requires that the unusable piece of bar stock be grippable from the upstream end of a feeder tube and within the feeder tube by a pulling mechanism. In one conventional construction, a retrieval assembly has a gripper element that surrounds the upstream end of the bar stock so that the gripper element projects radially beyond the outer surface of the bar stock. The gripper element travel in a downstream direction within the feeder tube may be

2

limited by any restriction therein, such as at a bearing, a restriction in a collet chuck, or the like. The restriction may be axially located so that it prevents the gripper element from engaging a portion of a piece of bar stock of sufficient length in a manner so as to allow another usable workpiece to be processed. As a result, an otherwise usable piece of bar stock is rendered scrap by the system limitations. An accumulation of unusable bar pieces, aside from causing inconvenience, may represent a significant financial loss, not only from the standpoint of material waste, but also by reason of requiring more frequent bar stock replacement, which interferes with ongoing processing efficiency.

## SUMMARY OF THE INVENTION

In one form, the invention is directed to a method of processing a piece of bar stock material having spaced ends and a predetermined diameter. The method includes the steps of: attaching an adaptor to one end of the piece of bar stock material; directing the piece of bar stock material into a feeder sleeve bounding an internal passageway; moving the piece of bar stock material in the internal passageway from an upstream end of the internal passageway towards a downstream end of the internal passageway so as to expose a part of the piece of bar stock material for processing; performing at least one processing step on the exposed part of the piece of bar stock material; engaging a retrieval assembly with the adaptor; extending at least a part of the retrieval assembly into the internal passageway so that the at least part of the retrieval assembly does not project radially beyond the predetermined diameter from a downstream end of the at least part of the retrieval assembly to a predetermined distance in an upstream direction; and with the retrieval assembly engaged with the adaptor, repositioning the retrieval assembly to thereby reposition the piece of bar stock material within the internal passageway.

The adaptor may be attached to the piece of bar stock material before the piece of bar stock material is directed into the internal passageway. Alternatively, the adaptor may be attached to the piece of bar stock material with the piece of bar stock material extended at least partially into the internal passageway.

The adaptor may be attached to the one end of the piece of bar stock material in a number of different manners. As examples, the bar stock material may be attached by a spin welding process, by the use of a magnet, by a press-fit operation, through threaded engagement, etc.

The retrieval assembly may be engaged with the adaptor by a press-fitting operation.

In one form, the retrieval assembly has a first shoulder facing in a first direction, with the adaptor having a second shoulder facing oppositely to the first direction with the retrieval assembly engaged with the adaptor. The first and second shoulders abut each other so that the first shoulder acts against the second shoulder to cause the adaptor to follow movement of the retrieval assembly as the retrieval assembly repositions the piece of bar stock material.

At least one of the adaptor and retrieval assembly may be deformable to allow the first and second shoulders to be moved past each other and placed in facing relationship.

The method may further include the step of removing part of the piece of bar stock material during the performance of the at least one processing step so that a reduced size piece of the bar stock material resides at least partially in the internal passageway.

The method may include the step of removing the reduced size piece of the bar stock material from the internal passageway through the retrieval assembly.

US 6,832,534 B2

3

The method may further include the step of separating the adaptor from the reduced size piece of bar stock material after the reduced size piece of bar stock material is removed from the internal passageway.

The adaptor that is separated from the reduced size piece of bar stock material may be attached to another piece of bar stock material.

The invention is also directed to a method of processing a piece of bar stock material having spaced ends between which an axis extends and a peripheral surface with a first effective diameter around the axis. The method includes the steps of: engaging a retrieval assembly with one end of the piece of bar stock material so that at least a part of the retrieval assembly has another, second, effective diameter that is not greater than the first effective diameter so that the piece of bar stock material will follow movement of the retrieval assembly in at least one direction along the axis; directing the piece of bar stock material into a feeder sleeve bounding the internal passageway; moving the piece of bar stock material in the internal passageway so as to expose a part of the piece of bar stock material for processing; performing at least one processing step on the exposed part of the piece of bar stock material; and with the retrieval assembly engaged with the piece of bar stock material, moving the retrieval assembly along the axis within the internal passageway and thereby moving the piece of bar stock material within the internal passageway.

The step of moving the piece of bar stock material may involve moving the piece of bar stock material from a position wherein the piece of bar stock material resides at least partially within the hollow passageway to a position wherein the piece of bar stock material is fully removed from the hollow passageway.

The step of engaging a retrieval assembly may involve attaching an adaptor to the one end of the piece of bar stock material and engaging the retrieval assembly with the adaptor. Alternatively, the retrieval assembly may be engaged directly with the piece of bar stock material.

The invention is also directed to the combination of: a piece of bar stock material having spaced ends between which an axis extends and a peripheral surface with a first effective diameter around the axis; an adaptor for attachment to one of the spaced ends of the piece of bar stock material with the adaptor in an operative position, wherein the adaptor does not project the axis to beyond the first effective diameter of the peripheral surface; and a retrieval assembly engageable with the adaptor and which is repositionable to move the adaptor along the axis.

The retrieval assembly may be releasably attachable to the adaptor.

The combination may further include a feeder assembly including a sleeve with an internal passageway with a central axis and an effective diameter sufficiently large to receive the piece of bar stock material and least a part of the retrieval assembly.

The adaptor may be an element that is separate from and attached to the piece of bar stock material.

The invention is further directed to the combination of: a piece of bar stock material having spaced ends between which an axis extends and a peripheral surface with a first effective diameter around the axis; a retrieval assembly engageable with the piece of bar stock material so that the at least part of the retrieval assembly does not project radially beyond the first predetermined diameter from a downstream end of the at least part of the retrieval assembly to a predetermined distance in an upstream direction; and a

4

feeder assembly having a sleeve with an internal passageway with a central axis and an effective diameter sufficiently large to receive the piece of bar stock material and at least part of the retrieval assembly.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a machine tool of the type with which the present invention can be practiced and with the present invention incorporated therein;

FIG. 2 is a side, partial cross-sectional, elevation view of the machine tool in FIG. 1;

FIG. 3 is an enlarged, partial cross-sectional, partial schematic, view of the machine tool and feeder assembly of FIGS. 1 and 2 with a length of bar stock material having an adaptor, according to the present invention, attached to an end thereof and with the bar stock material being machined by a cutting tool;

FIG. 4 is a fragmentary, cross-sectional view of a conventional pusher assembly for advancing bar stock in a feeder assembly of the type shown in FIGS. 1–3;

FIG. 5 is a fragmentary, partial cross-sectional view of a turret with a gripper to pull bar stock material in an advancing direction through a feeder assembly of the type shown in FIGS. 1–3;

FIG. 6 is an enlarged, fragmentary, side elevation view of the adaptor on the piece of bar stock in FIG. 3;

FIG. 7 is a side elevation view of a retrieval assembly, according to the present invention, for engaging the adaptor of FIG. 6, which is repositionable through the retrieval assembly, to translate the adaptor and thus the bar stock material attached thereto;

FIG. 8 is an enlarged, side elevation view of another form of adaptor, according to the present invention;

FIG. 9 is an enlarged, end elevation view of a further modified form of adaptor, according to the present invention;

FIG. 10 is a side elevation view of the adaptor in FIG. 9;

FIG. 11 is a fragmentary, side elevation view of a portion of a retrieval assembly, according to the present invention, for use with the adaptor in FIGS. 9 and 10;

FIG. 12 is a front elevation view of the retrieval assembly in FIG. 11 with the retrieval assembly operatively engaged with the adapter in FIGS. 9 and 10;

FIG. 13 is a side elevation view of a system for spin welding the adaptor of FIGS. 6–8 to a piece of bar stock material;

FIG. 14 is a fragmentary, partial cross-sectional, view showing another form of connection between an adaptor and a length of bar stock material, according to the present invention;

FIG. 15 is a view as in FIG. 14 of a further modified form of connection for an adaptor, according to the present invention;

FIG. 16 is a fragmentary, side elevation view showing a further modified form of retrieval assembly, according to the present invention, using a magnet to connect to a length of bar stock material; and

FIG. 17 is a generic representation of a retrieval assembly that is directly connected to a piece of bar stock material, according to the present invention without the need for an intermediate adaptor.

DETAILED DESCRIPTION OF THE DRAWINGS

In FIGS. 1–3, one exemplary environment for the present invention is shown. More specifically, in FIGS. 1–3 a

US 6,832,534 B2

5

machine tool is shown at **10** for processing elongate bar stock material **12**. Bar stock material may be solid or hollow in construction and may have any cross-sectional configuration. Typically, each length of bar stock material **12** has a round cross-sectional configuration, as shown in only an exemplary manner herein.

The machine tool **10** consists of a frame **13** which supports a rotary spindle assembly **14** and a tool turret **16**. The spindle assembly **14** has an associated feeder assembly **18** including a cylindrical, multi-part guide sleeve **20** having a central axis **22** that is coincident with the rotary axis **24** of a collet chuck **26** on the spindle assembly **14** and which releasably holds the bar stock material **12** in an angular position, as described hereinbelow. A brace element **28**, shown schematically, reinforces the feeder assembly **18** at a location spaced from the frame **13**.

In a typical processing operation, a length of the bar stock material **12** is directed into a hollow passageway **30** defined by the feeder assembly **18** at the upstream end **32** thereof. The length of bar stock material **12** is progressively moved downstream within the hollow passageway **30** in the direction of the arrow **34** to a position wherein a portion of the bar stock material **12** at the leading end **35** is exposed in a processing area **36** on the machine tool **10**. With a desired length of the bar stock material **12** exposed, the collet chuck **26** is operated to clamp against the bar stock material **12** and thereby fix the bar stock material **12** to the spindle assembly **14** for rotation therewith.

The spindle assembly **14** is rotatable by a motor **37** which drives a power transmission belt **38** which in turn drives a pulley **40** connected to the spindle assembly **14**. The spindle assembly **14** is guided smoothly in rotation by bearings **42**, **43** interposed between the sleeve **20** and a fixed housing **44**.

The tool turret **16** has individual cutting tools **46, 48, 50, 52** thereon, as shown in schematic form, which can be selectively indexed to perform a desired processing operation on the portion of the bar stock material **12** projected through the collet chuck **26** and exposed at the processing area **36**. The tool turret **16** is mounted to the frame **13** in conventional fashion through a slide assembly **54** for multi-axis movement relative to the frame **13** and the bar stock material **12** held by the spindle assembly **14**.

At the completion of the processing of the exposed portion of the bar stock material **12**, a completed workpiece can be separated from the remainder of the bar stock material using a cutting tool **55**. Coordinated operation of the motor **37**, cutting tool **55**, and multi-axis drive **56** for the tool turret **16** is accomplished through a central controller **58**.

Once the processed portion of the barstock material **12** is separated, a portion of the bar stock material **12**, of reduced size, remains within the hollow passageway **30**. Typically, the starting bar stock material **12** has a length sufficient to allow several workpieces to be made therefrom. Upon completion of one workpiece, the reduced size portion of bar stock material **12** is advanced from left to right in FIGS. **1–3** to allow the collet chuck **26** to grip the same with a sufficient length exposed to process another workpiece.

Axial translation of the bar stock material **12** through the passageway **30** is generally carried out conventionally in two different manners, as shown in FIGS. **4** and **5**. In FIG. **4**, a feeder assembly is shown at **60** which includes a gripper **62** to surroundingly engage the upstream end **64** of the bar stock material **12**. Through a rod **66**, the gripper **62**, and thus the bar stock material **12** held thereby, can be advanced along the line of the double-headed arrow **67** axially within the hollow passageway **30**.

6

As an alternative, as shown in FIG. **5**, a gripper **68** can be provided, as on the turret **16**, to engage the downstream end **34** of the bar stock material **12**. Through repositioning of the turret **16**, as by translatory movement in the line of the double-headed arrow **69**, the gripper **68** can be moved to reposition the bar stock material **12** within the hollow passageway **30** and to fully extract the bar stock material **12** from the hollow passageway **30**.

One difficulty with using the turret **16** to remove the bar stock material **12** is that this removal takes place in the processing area **36**. This may interfere with the basic operation of the machine tool **10**. Additionally, the remaining portion of the bar stock material **12** must have a length sufficient to allow the gripper **68** to effect engagement therewith. This could lead to significant waste of the bar stock, a problem previously described.

In the event that the system of FIG. **4** is utilized to push the bar stock material progressively towards the processing area **36**, the gripper **62**, which is dimensioned to move within the passageway **30**, may be limited in its downstream translation, by a restriction within the passageway, such as that at a collet bearing **69** (FIG. **3**), or a restriction **70** in the collet chuck **26**, which reduces the effective diameter of the passageway **30** thereat to less than the effective diameter of the outer surface of the gripper **62**. The gripper **62** can engage and advance the bar stock material downstream only so long as the bar stock material has a length $L1$ in FIG. **3** extending from the upstream end of the collet bearing **69** to the downstream end **71** of the passageway **30** plus a) the additional length $L2$ required for the gripper **62** to engage the bar stock material and b) the projecting length $L3$ of the bar stock material required for processing. Accordingly, if the unused portion of the bar stock material **12** is to be withdrawn from or advanced in the hollow passageway **30** using the gripper **62** which cannot pass downstream past the collet bearing **70**, the bar stock material **12** must have a length at least equal to the combined length $L1+L2+L3$. A combined length less than $L1+L2+L3$ may be greater than the required length for a completed workpiece. However, it could not be processed using the conventional gripper **62**. In this situation, the bar stock material **12** is conventionally removed and potentially disposed of, whereas it might otherwise be usable to make one or more additional workpieces. A substantial amount of the bar stock may as a result be wasted.

To alleviate this problem, the invention contemplates a bar stock retrieval system constructed so that the bar stock material **12** can be selectively advanced and withdrawn in an axial direction within the hollow passageway **30** past a restriction in the passageway that will allow passage of the bar stock **12** but not the larger diameter gripper **62**. One manner of facilitating this, according to the present invention, is to attach an adaptor **74** at the upstream end **64** of the bar stock material **12**, as shown in FIGS. **3** and **6**. The invention contemplates that the adaptor **74** can have a number of different configurations and could be attached to the bar stock material **12** in any of a number of different manners. It is preferred that the adaptor **74** not project from the axis **22** radially outwardly beyond the effective diameter D (FIG. **3**) of the bar stock material **12**. The "effective" diameter, as used throughout the description herein, is the smallest diameter of a cylinder coaxial with the bar stock material **12** that will contain the outer peripheral surface **76** of the bar stock material **12**.

In the form shown in FIGS. **3** and **6**, the adaptor **74** has a stem **78** with an enlarged head **80** on the end of the stem **78**. The enlarged head **80** has a rounded shape. The head **80**

US 6,832,534 B2

7

is designed to cooperate with a retrieval assembly, as shown at **82** in FIG. **7**. The retrieval assembly consists **82** of an elongate rod **84** with a fitting **86** at one end thereof. A drive **88** advances the rod **84** along the line of the double-headed arrow **90**, i.e., parallel to the passageway axis **22**. The fitting **86** consists of an enlargement **92** with a slot **94** therein that bifurcates the enlargement **92**. Spaced enlargement parts **96,98** cooperatively define a receptacle **100** which is complementary to the peripheral outer surface **102** of the enlarged head **80** of the adaptor **74**.

By advancing the fitting **86** against the enlarged head **80**, the parts **96,98** are progressively cammed away from each other to the dotted line position, which allows the enlarged head **80** to seat in the receptacle **100**. With the enlarged head **80** fully seated, an annular shoulder **104**, bounding the receptacle **100**, abuts to an oppositely facing annular shoulder **106** on the enlarged head **80**. With this arrangement, right-to-left movement of the fitting **86** in FIG. **7** causes the shoulder **104** to bear on the shoulder **106** to urge the adaptor **74**, and the bar stock material **12** attached thereto, in the same direction. This cooperative arrangement permits movement of the bar stock material **12** by the retrieval assembly **82** in opposite axial directions within the passageway **30**.

Many variations of the retrieval assembly **82** and adaptor **74** are contemplated. As just one example, the rod **84** can be made with telescoping segments so as to be reconfigurable by varying the relationship of the telescoping sections to alter the effective length thereof.

As far as the adaptor **74** is concerned, it can take a virtually limitless number of shapes different from that shown in FIG. **6**. As just an example, an adaptor, as shown at **110** in FIG. **8**, can be utilized with a stem **112** and an enlarged head **114** in the form of a truncated cone. A surface **116** thereon serves as a cam surface to progressively deform a complementary fitting (not shown) that operates generally as the fitting **86**, as shown in FIG. **7**.

As an alternative to using a deformable fitting, an adaptor, as shown at **120** in FIGS. **9** and **10**, can be used, which adaptor **120** cooperates with a retrieval assembly as shown at **122** in FIGS. **11** and **12**. The adaptor **120** has a stem **124** and a squared, enlarged head **125**.

The retrieval assembly **122** consists of a rod **126** with a fitting **128** on an end thereof. The fitting **128** is in the form of a block with an internal, cylindrical chamber **129** having a diameter D at least equal to the diagonal dimension X of a leading face **130** of the enlarged head **125**. An entry opening **132**, having a shape and dimension corresponding to the front face **130**, is provided through the front surface **134** of the fitting **128** and communicates from there to the chamber **129**.

With this arrangement, the rod **126** can be advanced axially so that the adaptor moves within the passage **30**. The retrieval assembly **122** and adaptor **120** can be relatively rotated to align the enlarged head **125** so that it can pass axially through the entry opening **132**. By advancing the rod **126**, the enlarged head **125** can be passed fully through the entry opening **132** and into the chamber **129**, whereupon relative rotation between the retrieval assembly **122** and adaptor **124** causes the enlarged head **125** to assume the dotted line position in FIG. **12**, wherein axial separation of the adaptor **120** and retrieval assembly **122** is precluded by abutment of the shoulder **136** on the enlarged head **125** and a confronting shoulder **138** bounding the chamber **129** on the fitting **128**.

With this arrangement, the retrieval assembly **122** can be advanced towards the adaptor **120** to cause the head **125** to

8

pass into the chamber **129**, whereupon relative rotation between the retrieval assembly **122** and adaptor **120** places the enlarged head **125** in the FIG. **12** position. Withdrawal of the retrieval assembly **122** from the hollow passageway **30** thus draws the adaptor **120** and associated bar stock material **12**. The retrieval assembly **122** so engaged can be used to move the engaged bar stock material **12** in opposite axial directions within the passageway **30**.

Preferably, the radial dimension of the fittings **86, 128** is such that they do not exceed the effective diameter D of the opening through the collet bearing **69**, and any like restriction **70** in the collet chuck **26**, which is less than the diameter D1 of the hollow passageway **30**, so that the fittings **86, 128** can be passed downstream through the collet bearing opening and collet chuck **26**. Preferably, the radial dimensions of the fittings **86, 128** reside within the effective diameter of the piece of bar stock material **12** so as not to represent any impediment to translation of the bar stock material **12**. Potentially then, the only restriction on downstream movement of the remaining piece of bar stock **12** is that it must be sufficiently long to be holdable by the collet chuck **26**.

The adaptors **74, 110, 120** can be attached to the bar stock material **12** in a number of different manners. One manner of joining the exemplary adaptor **74** is described with respect to FIG. **13**. In FIG. **13**, the adaptor **74** is mounted on a first rotary spindle **142**. The bar stock material **12** is mounted to a second rotary spindle **144**. The spindles **142, 144** are relatively repositionable along the line of the double-headed arrow **145** so that the adaptor **74** can be abutted to the upstream end **64** of the bar stock material **12**. With the adaptor **74** against the bar stock material **12**, the spindles **142, 144** are relatively rotatable in opposite directions, as indicated by the arrows **146, 148**, with pressure applied to cause a fusion of the adaptor **74** and bar stock material **12** through a spin welding process.

Alternatively, as shown in FIG. **14**, a head **149** connects to a stem **150**, which has a tapered end **152** which can be press fit into a bore **154** in the bar stock material **12**. The adaptor **150** can be attached by a press-fit step which may be carried out by a hammer blow, or continuous pressure application.

As a further alternative, an adaptor **160** with a head **162** has a threaded stem **162** which can be driven or threaded into a bore **164** in the bar stock material **12**. The bore **164** can be threaded or unthreaded.

Many other variations of adaptors are contemplated by the invention. As just examples, the adaptors might be welded other than by spin welding, or held in place by an adhesive.

As a further alternative for practicing the invention, as shown in FIG. **16**, a retrieval assembly **166** may be utilized with a magnet **168** incorporated into a rod **170**. The rod **170** may shield the magnet **168** from the other components of the machine tool **10**. With this arrangement, the rod **170** can be advanced until the magnet **168** attracts the end **64** of the bar stock material **12**.

Regardless of the configuration of the adaptor and retrieval assembly, the processing of the piece of bar stock material **12** can be carried out in any of a number of different manners. For example, the adaptor can be attached to the bar stock material **12** either before or after the bar stock material **12** is introduced to the hollow passageway **30**. The adaptor can be used to advance the bar stock material **12** as different machining operations are performed and progressively reduce the length of the bar stock material **12**. Once the usable length of the bar stock material **12** is exhausted, the adaptor can be used to engage the retrieval assembly, which

9

withdraws the unusable portion of the bar stock material fully out of the hollow passageway **30** through the upstream end **32** thereof. The retrieval assembly could also be used as a pusher to advance the bar stock fully through the spindle at the downstream end of the passageway **30**.

The adaptors can be disposed of with the remaining length of bar stock material **12** or can be separated therefrom for re-use in the same manner as described above. The adaptors can be made from any material, including metal, plastic, etc. to carry out the function described above. It is only necessary that the adaptor have enough integrity and be attached to the bar stock material **12** with sufficient strength to allow the bar stock material **12** to be translated by manipulation of the adaptor. The manipulating portion of the retrieval assemblies can be directed into the hollow passageway **30** so that potentially the full usable length of the bar stock material **12** can be processed.

The invention also contemplates that the retrieval assembly could be engaged with the bar stock material without the use of any adaptor. As shown in FIG. **17**, it is desirable with all embodiments that the effective diameter D2 of a moving part **180** of a retrieval assembly **182** within the passageway **30** be less than or equal to the effective diameter D3 of a piece of bar stock material **12**. The moving part **180** of the retrieval assembly **182** may be advanced in the downstream direction, as indicated by the arrow **184** fully through the passageway **30** and potentially fully through the spindle assembly **14**. To function in this manner only as a pusher, the moving part **180** of the retrieval assembly **182** need not be connected to the bar stock material.

To function to retrieval/move the bar stock material **12** in an upstream direction, the moving part **80** is connected to the piece of bar stock **12**. In FIG. **17**, a generic connection is shown at **186**. The connection can be effected by an adhesive, soldering, a weld, magnets, etc. Virtually any connection that causes the bar stock material **12** to follow upstream translation of the moving part **180** can be used. Preferably the effective diameter at the connection does not project beyond the diameter D3 of the outer surface of the bar stock material **12**.

The foregoing disclosure of specific embodiments is intended to be illustrative of the broad concepts comprehended by the invention.

I claim:

**1**. A method of processing a piece of bar stock material having spaced ends and a predetermined diameter, said method comprising the steps of:

   attaching an adaptor to one end of the piece of bar stock material;

   directing the piece of bar stock material into a feeder sleeve bounding an internal passageway;

   moving the piece of bar stock material in the internal passageway from an upstream end of the internal passageway towards a downstream end of the internal passageway so as to expose a part of the piece of bar stock material for processing;

   performing at least one processing step on the exposed part of the piece of bar stock material;

   engaging a retrieval assembly with the adaptor;

   extending at least a part of the retrieval assembly into the internal passageway so that no part of the retrieval assembly projects radially beyond the predetermined diameter from a downstream end of the at least part of the retrieval assembly to a predetermined distance in an upstream direction; and

10

with the retrieval assembly engaged with the adaptor, repositioning the retrieval assembly to thereby reposition the piece of bar stock material within the internal passageway.

**2**. The method of processing a piece of bar stock material according to claim **1** wherein the adaptor is attached to the piece of bar stock material before the piece of bar stock material is directed into the internal passageway.

**3**. The method of processing a piece of bar stock material according to claim **1** wherein the adaptor is attached to the one end of the piece of bar stock material by a press-fitting operation.

**4**. The method of processing a piece of bar stock material according to claim **1** wherein the retrieval assembly is engaged with the adaptor by a press-fitting operation.

**5**. The method of processing a piece of bar stock material according to claim **1** further comprising the step of removing part of the piece of bar stock material during the performance of the at least one processing step so that a reduced size piece of the bar stock material resides in the passageway.

**6**. The method of processing a piece of bar stock material according to claim **5** further comprising the step of removing the reduced size piece of the bar stock material from the passageway through the retrieval assembly.

**7**. The method of processing a piece of bar stock material according to claim **6** further comprising the step of separating the adaptor from the reduced size piece of bar stock material after the reduced size piece of bar stock material is removed from the passageway.

**8**. The method of processing a piece of bar stock material according to claim **7** further comprising the step of attaching the adaptor separated from the reduced size piece of bar stock material to another piece of bar stock material.

**9**. A method of processing a piece of bar stock material having spaced ends and a predetermined diameter, said method comprising the steps of:

   attaching an adaptor to one end of the piece of bar stock material;

   directing the piece of bar stock material into a feeder sleeve bounding an internal passageway;

   moving the piece of bar stock material in the internal passageway from an upstream end of the internal passageway towards a downstream end of the internal passageway so as to expose a part of the piece of bar stock material for processing;

   performing at least one processing step on the exposed part of the piece of bar stock material;

   engaging a retrieval assembly with the adaptor;

   extending at least a part of the retrieval assembly into the internal passageway so that the at least part of the retrieval assembly does not project radially beyond the predetermined diameter from a downstream end of the at least part of the retrieval assembly to a predetermined distance in an upstream direction; and

   with the retrieval assembly engaged with the adaptor, repositioning the retrieval assembly to thereby reposition the piece of bar stock material within the internal passageway,

   wherein the adaptor is attached to the piece of bar stock material with the piece of bar stock material extending at least partially into the internal passageway.

**10**. A method of processing a piece of bar stock material having spaced ends and a predetermined diameter, said method comprising the steps of:

   attaching an adaptor to one end of the piece of bar stock material;

US 6,832,534 B2

11

directing the piece of bar stock material into a feeder sleeve bounding an internal passageway;

moving the piece of bar stock material in the internal passageway from an upstream end of the internal passageway towards a downstream end of the internal passageway so as to expose a part of the piece of bar stock material for processing;

performing at least one processing step on the exposed part of the piece of bar stock material;

engaging a retrieval assembly with the adaptor;

extending at least a part of the retrieval assembly into the internal passageway from a downstream end of the at least part of the retrieval assembly to a predetermined distance in an upstream direction; and

with the retrieval assembly engaged with the adaptor, repositioning the retrieval assembly to thereby reposition the piece of bar stock material within the internal passageway,

wherein the adaptor is attached to the one end of the piece of bar stock material by a spin welding process.

**11**. The method of processing a piece of bar stock material according to claim **10** wherein the step of extending at least a part of the retrieval assembly into the internal passageway comprises extending at least a part of the retrieval assembly into the internal passageway so that the at least part of the retrieval assembly does not project radially beyond the predetermined diameter.

**12**. A method of processing a piece of bar stock material having spaced ends and a predetermined diameter, said method comprising the steps of:

attaching an adaptor to one end of the piece of bar stock material;

directing the piece of bar stock material into a feeder sleeve bounding an internal passageway;

moving the piece of bar stock material in the internal passageway from an upstream end of the internal passageway towards a downstream end of the internal passageway so as to expose a part of the piece of bar stock material for processing;

performing at least one processing step on the exposed part of the piece of bar stock material;

engaging a retrieval assembly with the adaptor;

extending at least a part of the retrieval assembly into the internal passageway from a downstream end of the at least part of the retrieval assembly to a predetermined distance in an upstream direction; and

with the retrieval assembly engaged with the adaptor, repositioning the retrieval assembly to thereby reposition the piece of bar stock material within the internal passageway,

wherein the adaptor is attached to the one end of the piece of bar stock material through the use of a magnet.

**13**. The method of processing a piece of bar stock material according to claim **12** wherein the step of extending at least a part of the retrieval assembly into the internal passageway comprises extending at least a part of the retrieval assembly into the internal passageway so that the at least part of the retrieval assembly does not project radially beyond the predetermined diameter.

**14**. A method of processing a piece of bar stock material having spaced ends and a predetermined diameter, said method comprising the steps of:

attaching an adaptor to one end of the piece of bar stock material;

12

directing the piece of bar stock material into a feeder sleeve bounding an internal passageway;

moving the piece of bar stock material in the internal passageway from an upstream end of the internal passageway towards a downstream end of the internal passageway so as to expose a part of the piece of bar stock material for processing;

performing at least one processing step on the exposed part of the piece of bar stock material;

engaging a retrieval assembly with the adaptor;

extending at least a part of the retrieval assembly into the internal passageway from a downstream end of the at least part of the retrieval assembly to a predetermined distance in an upstream direction; and

with the retrieval assembly engaged with the adaptor, repositioning the retrieval assembly to thereby reposition the piece of bar stock material within the internal passageway,

wherein the adaptor is threadably attached to the one end of the piece of bar stock material.

**15**. The method of processing a piece of bar stock material according to claim **14** wherein the step of extending at least a part of the retrieval assembly into the internal passageway comprises extending at least a part of the retrieval assembly into the internal passageway so that the at least part of the retrieval assembly does not project radially beyond the predetermined diameter.

**16**. A method of processing a piece of bar stock material having spaced ends and a predetermined diameter, said method comprising the steps of:

attaching an adaptor to one end of the piece of bar stock material;

directing the piece of bar stock material into a feeder sleeve bounding an internal passageway;

moving the piece of bar stock material in the internal passageway from an upstream end of the internal passageway towards a downstream end of the internal passageway so as to expose a part of the piece of bar stock material for processing;

performing at least one processing step on the exposed part of the piece of bar stock material;

engaging a retrieval assembly with the adaptor;

extending at least a part of the retrieval assembly into the internal passageway from a downstream end of the at least part of the retrieval assembly to a predetermined distance in an upstream direction; and

with the retrieval assembly engaged with the adaptor, repositioning the retrieval assembly to thereby reposition the piece of bar stock material within the internal passageway,

wherein the retrieval assembly has a first shoulder facing in a first direction and the adaptor has a second shoulder facing oppositely to the first direction, with the retrieval assembly engaged with the adaptor, the first and second shoulders abut each other and the first shoulder acts against the second shoulder to cause the adaptor to follow movement of the retrieval assembly as the retrieval assembly repositions the piece of bar stock material.

**17**. The method of processing a piece of bar stock material according to claim **16** wherein at least one of the adaptor and retrieval assembly is deformable to allow the first and second shoulders to be moved past each other and placed in facing relationship.

**18**. The method of processing a piece of bar stock material according to claim **16** wherein the step of extending at least

US 6,832,534 B2

**13**

a part of the retrieval assembly into the internal passageway comprises extending at least a part of the retrieval assembly into the internal passageway so that the at least part of the retrieval assembly does not project radially beyond the predetermined diameter.

**19**. A method of processing a piece of bar stock material having spaced ends between which an axis extends and a peripheral surface with a first effective diameter around the axis, said method comprising the steps of:

engaging a retrieval assembly with one end of the piece of bar stock material so that no part of the retrieval assembly at a location at which the retrieval assembly engages the bar stock material has an outer, effective diameter that is greater than the first effective diameter and so that the piece of bar stock material will follow movement of the retrieval assembly in at least one direction along the axis;

directing the piece of bar stock material into a feeder sleeve bounding an internal passageway;

moving the piece of bar stock material in the internal passageway so as to expose a part of the piece of bar stock material for processing;

performing at least one processing step on the exposed part of the piece of bar stock material; and

with the retrieval assembly engaged with the piece of bar stock material, moving the retrieval assembly along the axis within the internal passageway and thereby moving the piece of bar stock material within the internal passageway.

**20**. A method of processing a piece of bar stock material according to claim **19** wherein the step of moving the piece of bar stock material comprises moving the piece of bar stock material from a position wherein the piece of bar stock material resides at least partially within the hollow passageway to a position wherein the piece of bar stock material is fully removed from the hollow passageway.

**21**. The method of processing a piece of bar stock material according to claim **19** wherein the step of engaging a retrieval assembly comprises attaching an adaptor to the one end of the piece of bar stock material and engaging the retrieval assembly with the adaptor.

**22**. The method of processing a piece of bar stock material according to claim **19** wherein the step of engaging a retrieval assembly comprises engaging the retrieval assembly directly with the one end of the piece of bar stock material.

**14**

**23**. A bar stock retrieval system comprising:

a piece of bar stock material having spaced ends between which an axis extends and a peripheral surface with a first effective diameter around the axis;

an adaptor at one of the spaced ends of the piece of bar stock material with the adaptor in an operative position, wherein the adaptor does not project from the axis beyond the first effective diameter of the peripheral surface; and

a retrieval assembly engageable with the adaptor and which is repositionable to move the adaptor along the axis.

**24**. The bar stock retrieval system according to claim **23** wherein the retrieval assembly is releasably attachable to the adaptor.

**25**. The bar stock retrieval system according to claim **23** further in combination with a feeder assembly comprising a sleeve with an internal passageway with a central axis and an effective diameter sufficiently large to receive the piece of bar stock material and at least a part of the retrieval assembly.

**26**. The bar stock retrieval system according to claim **23** wherein the adaptor is an element that is separate from and attached to the piece of bar stock material.

**27**. A bar stock retrieval system comprising:

a piece of bar stock material having spaced ends between which an axis extends and a peripheral surface with a first effective diameter around the axis;

a retrieval assembly engageable with the piece of bar stock material so that the at least part of the retrieval assembly at a location at which the retrieval assembly engages the bar stock material does not project radially beyond the first predetermined diameter from a downstream end of the at least part of the retrieval assembly to a predetermined distance in an upstream direction; and

a feeder assembly comprising a sleeve with an internal passageway with a central axis and an effective diameter sufficiently large to receive the piece of bar stock material and the at least a part of the retrieval assembly.

* * * * *