## 承認稟議申請書

| | | | | 事業所 | 年度 | 通しNO |
|---|---|---|---|---|---|---|
| | | | | # 05 | 97 | 080 |

項目〇印をする。該当のない場合加記する。

| 01 固定資産設備 | 02 車両事務機等レンタル | 03 固定棚卸 資産処分 | 04 投・融資、借入 |
|---|---|---|---|
| 05 広告 寄付 | 06 債権処分 | 07 人事組織 | 08 採用 |
| 09 教育訓練 | 10 表彰顕彰 | 11 社内外行事 | 12 規定通達等 |
| 13 契約念書覚書 | 14 賃貸借 | 15 修理営繕 | 16 工場見学(ユーザー以外) |
| 17 特許等出願 | 18 団体加入更新 | 19 海外出張 | 20 保険 |
| 21 | 22 | 23 | 24 |

申請日 APR-28'97
申請部課 開発部
起案者 市川登
SIGN or 印 / SIGN or 印 〔市川〕

| 件名(品名) | 商標登録「Miyano（Mデザイン三角枠入り）」の件 〔MF Miyano〕 | 計画予算 内・外 |
|---|---|---|
| 価格(金額) | 〔 更新費用…15万1千円（10年間維持費） 10万1千円（5年間維持費） 〕 | 処分の場合 取得年月 / 取得価格 |
| 要求部署 | SIGN or 印 〔小林 4.28'97〕　SIGN or 印　SIGN or 印 | 資材 or 生技 |
| 要求納期 実行 | 5月15日 | 手配先 協和特許法律事務所 |
| 申請事由 | 添付書類：更新手続書のコピー<br><br>1. 商標登録してあります「Miyano（Mデザイン三角枠入り）のマーク・・・宮野澄子監査役名義」の更新時期（97年9月21日）がきております。<br><br>2. 本年6月から、このMiyanoマークを取り付けないという方針がでています。このMiyanoマークの商標登録更新を中止したいと考えますが、如何なものでしょうか。 | |
| 付記意見 | | |
| 決裁 | SIGN or 印 〔中島 5.23'97〕 5/23 保， 〔印 4/24〕 SIGN or 印 〔5.26'97〕 SIGN or 印 更新は行わず SIGN or 印 〔USA 5.21'97〕 | 経理 |

※自己の意見を記入した場合は、SIGN・DATEを必ず記入のこと
※決裁後、01 02 03 04 05 06 14 15 19 は経理へ、他は起案者へ送付のこと
※その他資金手当の必要な事項は経理へ送付のこと

CONFIDENTIAL
MMU0009392

MMU v. Miyanos - 080 minutes

Petition for Approval

Circle appropriate item: N/A        Office #: 05, Fiscal Year: 1997, Application #: 080
                                    Application date: Apr. 28, 1997
                                    Applicant: Development Department
                                    Person who wrote the draft: Noboru ICHIKAWA
                                            [Sealed: ICHIKAWA, 4-28-97]

Re: Miyano (the M-design in a triangle) trademark
Cost: 151,000 yen (maintaining for 10 years)
      101,000 yen (maintaining for 5 years)
Requested by: [Sealed: (Take) Kobayashi, 4-28-97]
Due date: May 15            Arrangement submitted to: Kyowa patent law firm

Reasons for request:
    Attached document: a copy of renewal application
    1. The renewal deadline (Sept. 21, 1997) for the registered trademark, "Miyano (M-design in a triangle) logo in the name of Sumiko Miyano, auditor," is approaching.
    2. Since June this year, there has been a policy not to use this Miyano-logo. We are considering not renewing this trademark. What would you advise?

Approval:
 [Sealed: Nakajima, 5-23-97; Takamori, 5-26-97]
 [Signed: Tsukamoto (?), 5-23; illegible, 5-23]
 [Sealed: Miyano USA, 5-26-97    We will not renew.]

*If you write your opinion, sign and date.
*After the approval, send 01 02 03 04 05 06 14 15 19 to the accounting department, and the rest to the person who wrote the draft