UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Miyano Machinery USA Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. **08 C 526** |
| v. ) | |
| ) | Hon. Virginia Kendall |
| MiyanoHitec Machinery, Inc., ) | |
| Thomas ("Tom") Miyano, ) | Magistrate Judge Nolan |
| a/k/a Toshiharu Miyano and ) | |
| Steven Miyano, a/k/a ) | |
| Shigemori Miyano, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants. ) | |

### DECLARATION OF KEN-ICHI HARADA

I, Ken-Ichi Harada, declare as follows:

私、原田賢一は以下に証言する：

1.  My name is Ken-Ichi Harada. I am a resident and citizen of Japan. I make these statements of my own personal knowledge. I do not speak, read or understand English. Japanese is my first language.

1.  私の名前は原田賢一です。私は日本の国民であり、日本国に住まいがあります。私は以下を私の知りえる知識より証言します。私は、英語を話す、読む、理解できません。日本語が私の第一母国語です。

2.  I make these statements in support of Defendants' – MiyanoHitec Machinery, Inc., Thomas ("Tom") Miyano, and Steven Miyano – opposition to the preliminary injunction motion of plaintiff Miyano Machinery USA Inc. (hereinafter "MMU").

2. 私は以下の証言を被告 – MiyanoHitec Machinery, Inc、ミヤノ・トーマス"トム"とミヤノ・スティーヴンのサポートのために証言します。opposition to the preliminary injunction motion of plaintiff Miyano Machinery USA Inc. (hereinafter "MMU").

3. I have known Tom Miyano since approximately June 2004, shortly after he left Miyano Machinery, Inc. I have known Steven Miyano since mid-2007.

3. 私はミヤノ・トム氏を2004年6月頃より知っています；それは、ミヤノ・トム氏が㈱ミヤノを退職してから知りました。ミヤノ・スティーヴン氏とは2007年の中ごろより面識があります。

4. Noburo Ichikawa introduced me to Tom Miyano. Mr. Ichikawa is in charge of trademarks and patents for Miyano Machinery Inc. Mr. Ichikawa faxed me to tell me that certain trademarks were the personal property of Sumiko Miyano and therefore needed to be prosecuted in the name of Tom Miyano. Ex. A is a true and accurate copy of the August 2, 2004 fax to me from Mr. Ichikawa.

4. 市川登氏が私をミヤノ・トム氏に紹介してくれました。市川氏は㈱ミヤノの商標・パテントの担当です。市川氏は、ある商標に関して宮野澄子氏個人の所有物であり、ミヤノ・トム氏の名前で登録する必要があるということをファックスにて送ってきました。証拠提出物Aは2004年8月2日に市川氏がファックスにて送ってきたものに嘘偽りはありません。

5. Sumiko Miyano, Tom Miyano's mother, passed away on December 26, 2002.

5. ミヤノ・トム氏の母親、宮野澄子氏は2002年12月26日に死去しました。

6. The specific trademarks that Mr. Ichikawa told me were the personal property of Mrs. Miyano were the flying M, which is truly and accurately reflected on attached Ex. B in the upper right hand corner of the first page. The registration number for this mark is Reg. No. 441256. Page 2 of Ex. B clearly shows that Toshimori Miyano was the original registrant of the mark. It is also clear from page 2 of Ex. B that Sumiko Miyano is now the rightful owner of Reg. No. 441256.

6. 市川氏が私に詳細に言ってきた商標とは宮野澄子氏のMデザイン（羽付きM）；それは証拠提出物B、一枚目の紙面右上に正確に反映されています。この商標の商標登録番号は441256です。2ページ目の証拠提出物Bには宮野利盛氏がオリジナルの所有者であったと記しています。証拠提出物B、2ページ目に宮野澄子氏が商標登録番号441256番の現在の所有者であることが明確に記されています。

7. Reg. No 441256 expired on February 27, 2004. *See* Ex. A at 3. Mr. Ichikawa would have been the only person who would have told me to renew the registration. I believe that Mr. Ichikawa gave me no direction because Miyano Machinery Inc. was not using the mark depicted in Reg. No. 441256.

7. 商標登録番号441256は2004年2月27日に失効しました。証拠提出物Aの3番。市川氏だけが私に商標の更新を通知する人物です。私が思うに、市川氏は私に何の指示も入れなかったのは、㈱ミヤノが商標登録番号441256を使用していなかったからだと思います。

8. On May 28, 1997, Mr. Ichikawa instructed me not to renew Reg. No. 1983020. *See* Ex. C. Reg. No. 1983020 expired on September 21, 1997. *Id.*

8.　1997年5月28日に市川氏は私に商標登録番号1983020を更新しないようにと支持をしました。証拠提出物Cに商標登録番号1983020が1997年9月21日に失効したのが分かります。

9.　On June 3, 2004, I received a fax from Mr. Ichikawa instructing me to re-file a trademark application under the name of Toshiharu Miyano for the same mark as Reg. No. 441256. *See* Ex. D. Mr. Ichikawa's instructions clearly indicate that the reason for re-filing in Tom Miyano's name was that Reg. No. 441256 was the personal property of Tom Miyano. *Id.*

9.　2004年6月3日に市川氏より商標登録番号441256と同じマークを宮野利治氏の名前で再登録する支持をファックスにて受け取りました。証拠提出物Dを参照とのこと。市川氏の指示は明確に商標登録番号441256の再登録の指示はミヤノ・トム氏の個人の所有物であるからだと示しています。

10.　Before this date, I did not know Toshiharu ("Tom") Miyano.

10.　この日にちの前に関して、宮野 利治トム氏とは面識がありませんでした。

11.　On August 2, 2004, I also received instructions from Mr. Ichikawa to re-file a trademark application under the name of Toshiharu Miyano for the same mark as Reg. No. 1983020, which Mr. Ichikawa had allowed to expire on September 21, 1997. *See* Ex. D. The reason for Mr. Ichikawa's instruction was the same – Tom Miyano was the owner of Reg. No. 1983020.

11.　2004年8月2日に市川氏より商標登録番号1983020について宮野利治氏の名前で再登録してくださいとの支持がファックスにてありました。その理由は、

同じく、その商標は個人の所有物であるからだという事です。ミヤノ・トム氏が書評登録番号 1983020 の所有者であるからです。

12.     On August 13, 2004, I filed trademark applications 2004-75218 and 2004-75219. *See* Exs. E and F. Registration is still pending before the Japanese Patent Office. Based on my experience as a trademark agent in Japan, I anticipate that registration will be forthcoming from the Japanese Patent Office on these applications and that Tom Miyano will be granted registrations for the two marks depicted in Exs. E and F.

12.     2004 年 8 月 13 日、商標登録番号 2004-75218 と 2004-75219 の申請と提出しました。証拠提出物 E と F を参照との事。申請は現在の段階では日本特許庁の前、未決定です。私の日本での商標代理人としての経験から、上記 2 個、証拠提出物 E と F の商標登録はミヤノ・トム氏に与えられると思います。

13.     Reg. No. 2008979 is also owned by Sumiko Miyano. A true and accurate copy of that mark is attached as Ex. G. That registration is in full force and effect until December 18, 2017. *Id.* On December 20, 2007, I asked the Japanese Patent Office to transfer ownership of that registration from Mrs. Miyano to Tom Miyano. A true and accurate copy of our request to transfer ownership of that registration to Tom Miyano is attached as Ex. H.

13.     商標登録番号 2008979 は宮野澄子氏の所有物である。嘘偽りの無いコピーが証拠提出物 G として添付してあります。この登録は現在でも有効であり、2017 年 12 月 18 日まで有効です。2007 年 12 月 20 日に宮野澄子氏より宮野利治氏に日本特許庁に所有者の移転の申請を提出しました。嘘偽りなりコピーが証拠提出物 H として添付してあります。

同じく、その商標は個人の所有物であるからだという事です。ミヤノ・トム氏が書評登録番号1983020の所有者であるからです。

12.     On August 13, 2004, I filed trademark applications 2004-75218 and 2004-75219. *See* Exs. E and F. Registration is still pending before the Japanese Patent Office. Based on my experience as a trademark agent in Japan, I anticipate that registration will be forthcoming from the Japanese Patent Office on these applications and that Tom Miyano will be granted registrations for the two marks depicted in Exs. E and F.

12.     2004年8月13日、商標登録番号2004-75218と2004-75219の申請と提出しました。証拠提出物EとFを参照との事。申請は現在の段階では日本特許庁の前、未決定です。私の日本での商標代理人としての経験から、上記2個、証拠提出物EとFの商標登録はミヤノ・トム氏に与えられると思います。

13.     Reg. No. 2008979 is also owned by Sumiko Miyano. A true and accurate copy of that mark is attached as Ex. G. That registration is in full force and effect until December 18, 2017. *Id.* On December 20, 2007, I asked the Japanese Patent Office to transfer ownership of that registration from Mrs. Miyano to Tom Miyano. A true and accurate copy of our request to transfer ownership of that registration to Tom Miyano is attached as Ex. H.

13.     商標登録番号2008979は宮野澄子氏の所有物である。嘘偽りの無いコピーが証拠提出物Gとして添付してあります。この登録は現在でも有効であり、2017年12月18日まで有効です。2007年12月20日に宮野澄子氏より宮野利治氏に日本特許庁に所有者の移転の申請を提出しました。嘘偽りなりコピーが証拠提出物Hとして添付してあります。

14. I am a trademark agent in Japan. I presently work at KYOWA Patent and Law Office in Tokyo. A true and accurate copy of my business card is attached as Ex. I.

14. 私は日本において商標の代理人を勤めています。現在私は東京にある協和特許法律事務所にて働いています。嘘偽りない私の名詞が証拠提出物Ｉとして添付してあります。

15. I have been a trademark agent in Japan since 1973. Regarding trademark matters, I advised Miyano Machinery Inc. from 2002 until 2004. I do not recall any person from Miyano Machinery Inc. with whom I have had any communication other than Mr. Ichikawa. I do not recall ever having met Mr. Ichikawa; all of our communications were via facsimile. I no longer advise Miyano Machinery Inc.

15. 1973年より私は商標の代理人をしています。商標に関して、私は㈱ミヤノに対してアドバイスを2002年から2004年まで行っていました。私の記憶によれば㈱ミヤノの市川登氏以外と話した事はありません。私は市川登氏と会ったことがありません。すべてのコミュニケーションはファックスにて行われました。現在私は㈱ミヤノに対してアドバイスは行っていません。

16. Since approximately June 2004, I have advised Tom Miyano regarding trademark matters.

16. 2004年6月頃より私はミヤノ・トム氏に商標に関してアドバイスを行ってきました。

I make the foregoing statements, which are true and accurate and of my own personal knowledge, under penalty of perjury and would testify under oath in accord with this declaration if called to do so.

　　以上の証言に対し私は正確に私の知る限りの知識において、いかなる偽証もせず、偽証を行った場合には、刑事罰に処せられる事を理解して証言していることを宣言します。

DATED: March 7, 2008

_K. Harada_
Ken-Ichi Harada

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed via the Court's ECF system and thus also sent by email on June 6, 2008 to the following:


Edward D. Manzo
COOK, ALEX, MCFARRON, MANZO,
CUMMINGS & MEHLER, LTD.
200 West Adams Street, Suite 2850
Chicago, IL 60606

Phone: (312) 236-8500
Fax: (312) 236-8176

emanzo@cookalex.com


June 6, 2008                              /s/Geoffrey A. Baker