# EXHIBIT A

2004年8月2日 10時10分　(株)ミヤノ 開発部　　　　　　　　　NO.2137　P. 1

**No.5**

FAX 送信票

2004 年 8 月 2 日　①/5

協和特許法律事務所
原田賢一　　殿

長野県上田市秋和１０００

株）ミヤノ　開発部
TEL ０２６８－２６－７１２３
FAX ０２６８－２７－６１２７
Eメール：noboru<miyanou@coral.ocn.ne.jp

市川　登

拝啓、毎度格別のお引き立てを賜り厚くお礼を申し上げます。
下記の通りお送り致しますので、御査収して下さいますようにお願い申し上げます。

いつもお世話になります。
2004年6月3日にFAXで依頼しました "商標登録第441256号「Mデザイン」の出願" 如何なっていますでしょうか。
又、この件と合わせて 今日 新たに 1997年9月21日で更新しなかった "商標登録第1983020号 の出願" を
宮野利治 社長（個人）で お願い致します。
後って、電話致しますので、どうぞ 宜しくお願い致します。

① 商標登録第441256号「Mデザイン」の出願書（2/5～4/5）
　　（2004年6月3日 送付 致しましたもの）

② 商標登録第1983020号 の出願資料（5/5）

又、①・②について、お見積りができました事でしたら
ご提示下さい。

以上

別紙　　有・無　　　　　　本紙含み・枚
回答　　要・不要　　　　　　月　日までにお願い致します。

FD104-FAX

2004年 8月 2日 10時10分　　(株)ミヤノ 開発部　　　　　　　　　　　　NO.2137　　P. 2

FAX 送信票

2004年6月3日 

　協和特許法事務所
　　　原田　賢一　殿

長野県上田市秋和１０００

株）ミヤノ　開発部

TEL０２６８－２６－７１２３

FAX０２６８－２７－６１２７

Eメー：n.ichikawa@miyano-jpn.co.jp〉

市　川　登 

拝啓、毎度格別のお引き立てを賜り厚くお礼を申し上げます。

下記の通りお送り致しますので、御査収して下さいますようにお願い申し上げます。

　　　　商標登録第４４１２５６号「Ｍデザイン」の件

いつもお世話になります。

昨年ご連絡して戴きました題記の更新登録申請・書換登録申請についてですが、回答が大変遅れていまして申し訳ありません。

検討の結果、「Ｍデザイン」を改めて商標権者を宮野利治さまとして商標出願登録お願い致します。

尚、必要なものがありましたらご連絡して下さい。

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　以上

別紙　　有　　　　　　本紙含み３　枚
回答　　要・不要　　　　　　月　　日までにお願い致します。

FD104-FAX

2004年 8月 2日 10時10分　　(株)ミヤノ 開発部　　　　　　　　　　　　NO.2137　P.3

平成 15 年 8 月 5 日

〒 386-8558
上田市大字秋和１０００

株式会社　ミヤノ
開発部　　　　　　　　　　　殿

協和特許法律事務所
〒100-0005
東京都千代田区丸の内３-２-３
商標直通電話　03 (3211) 2325
ファクシミリ ********
FAX NO.　03 (3211) 1710
原田賢一 ㊞

### 商標の更新登録申請及び指定商品の書換登録申請のご案内

1. 下記商標権の更新登録申請の時期が近づきましたのでお知らせ致します。つきましては、別紙商標更新の回答書の「更新申請」欄の必要事項の番号に〇印をしてご返送ください。

2. 書換対象のゴム印が押されている商標権を更新する場合には、指定商品の書換登録申請を行わなければなりませんので、同封の委任状用紙に代表者様ご記名・ご捺印のうえご返送ください。なお、更新をして書換登録申請を行わなかった場合には、その商標権は次に到来する存続期間満了日に消滅します。

3. 商標登録名義人の名称又は住所が変更になっている場合には、別途変更手続が必要ですのでお知らせください。

頁 001

| 商標登録番号 | 類別 | 満了日 | 更新申請の可能時期・商標の構成 |
|---|---|---|---|
| ４４１２５６<br>書換対象<br>（大正10年法） | 17<br>旧 | 2004.02.27 | 2003.08.28 ～ 2004.02.27<br><br>M（デザイン）<br>（Mの文字自体は権利不要求） |
| 【現在の指定商品】<br>自動旋盤、自動タッピングマシン<br><br>【商標権者】<br>宮野澄子<br>長野県上田市中央北二丁目８番３３号 | | |  |
| 本件の書換表示は、国際分類第７類「自動旋盤、自動タッピングマシン」です。<br>書換される場合は権利者名でご捺印お願い致します。 | | | |
| 料金表添付 | | | |

2004年8月2日 10時10分　(株)ミヤノ 開発部　　　　　　　　　　　　　　　　　　　　NO.2137　P.4

参考

ご依頼人

〒 386-8558

上田市大字秋和１０００

株式会社　ミヤノ
開発部

貴社ご担当　　平川参　印

平成 16 年 6 月 3 日

## 商標更新・書換の回答書

商標更新・書換について、下記の通り処理を依頼します。

頁 001

| 商標登録番号 | 類別 | 満了日 | 更新申請の可能時期 / 商標の構成 | 更新申請 |
|---|---|---|---|---|
| 441256 書換対象 (大正10年法) | 17 旧 | 2004.02.27 | 2003.08.28 ～ 2004.02.27<br>M（デザイン）<br>（Mの文字自体は権利不要求）<br>書換申請　要・否 | 1.10年分納付する。<br>2.5年分納付する。<br>3.更新しない。<br>4.再出願する。 |
| | | | ✓<br>改めて宮野利治さまと<br>して出願手願い致します<br>書換申請　要・否 | 1.10年分納付する。<br>2.5年分納付する。<br>3.更新しない。<br>4.再出願する。 |
| | | | 7/30 宮野利治社長より<br>継続要有り<br>(1983020も)<br>書換申請　要・否 | 1.10年分納付する。<br>2.5年分納付する。<br>3.更新しない。<br>4.再出願する。 |
| | | | 書換申請　要・否 | 1.10年分納付する。<br>2.5年分納付する。<br>3.更新しない。<br>4.再出願する。 |
| | | | 書換申請　要・否 | 1.10年分納付する。<br>2.5年分納付する。<br>3.更新しない。<br>4.再出願する。 |

依頼先　協和特許法律事務所
原田賢一　（078）

# EXHIBIT B

消滅日：平16.2.27.

登録第 441256 号

特　許　庁

# 商　標　公　報　　　第17類

商標出願公告 昭28-16555

公告 昭 28.8.26　　出願 昭 26.10.23
商願 昭 26-21171



指定商品 17　裁縫機

出願人　株式会社服部時計店　東京都中
央区銀座西4丁目5の1
代理人弁理士　最上務

---

商標出願公告 昭28-16556

公告 昭 28.8.26　　出願 昭 27.10.25
商願 昭 27-26979

連合商標登録番号　283293



指定商品 17
タイプライター及びその各部

出願人　日本タイプライター株式会社
東京都中央区宝町1の2の3
代理人弁理士　田中熊治郎

---

商標出願公告 昭28-16557

公告 昭 28.8.26　　出願 昭 27.12.15
商願 昭 27-31289

商標中の「M」の文字自体については権利を要求
しない



指定商品 17
自動旋盤，自動タッピングマシン

出願人　宮野利雄　長野県埴科郡坂城町
10070

---

商標出願公告 昭28-16558

公告 昭 28.8.26　　出願 昭 27.12.27
商願 昭 28-170

商標中の ◇ の記号自体に付いては権利を要
求しない



阪神熔断器工業

指定商品 17
他類に属さない機械、器具及びその各
部並に各種の絆帯、ホース及びパッキ
ング

出願人　阪神熔断器工業株式会社　尼崎
市税瀬字二ノ坪12
代理人弁理士　相沢武二郎

| | |
|---|---|
| 出願記事 | 商標 昭27-031239（昭27.12.15） |
| 公告記事 | 昭28-016557（昭28.8.26） |
| 登録記事 | 0441256（昭29.2.27） |
| 査定日・審決日記事 | 査定日（昭28.11.30） |
| 商標更新登録記事 | 昭48-195179 出願日（昭48.10.27）登録日（昭50.8.1）査定日（昭50.3.5）<br>昭58-218819 出願日（昭58.9.26）登録日（昭59.3.21）査定日（昭58.11.26）<br>平05-739061 出願日（平5.11.30）登録日（平6.6.29）査定日（平6.1.27） |
| 閉鎖登録年月日記事 | （平16.11.17） |
| 権利者記事 | 上田市中央北2丁目8番33号　宮野澄子 |
| 商品区分記事 | 大正10年法(T11. 1.11.施行) 17 自動旋盤、自動タツピングマシン |
| 登録細項目記事 | 権利者が全て民間、または民間と官庁共有である 存続期間満了による抹消 存続期間満了日（平16.2.27）本権利消滅日（平16.2.27）閉鎖原簿移記 |
| 登録記録 | 書換時期通知：（平15.5.30）作成日（平15.5.7） |
| 最終納付年分記事 | 10年 |
| 更新日付 | （平16.11.17） |

# EXHIBIT C

脇和特許法律事務所 原田賢一殿
ご依頼人   本状のように処理お願い致します。

〒 386
長野県上田市大字秋和１０００

株式会社 ミヤノ
開発部

平成 97 年 5 月 28 日

貴社ご担当

0346

## 商標更新の要否回答書

商標更新について、下記の通り処理を依頼します。
なお、必要書類は、（ 同封 ・ 後送 ）いたします。

5/28

001 頁

| 商標登録番号 | 類別 | 満 了 日 | 更新出願の可能時期<br>商標の構成 | 更新出額 |
|---|---|---|---|---|
| １９８３０２０ | 09<br>旧 | 1997.09.21 | 1997.03.22 ～ 1997.09.21<br>Ｍｉｙａｎｏ（Mデザイン三角枠<br>（権利者 宮野 澄子殿） | 要<br>(否)<br>再 出 願 |
|  |  |  |  | 要<br>否<br>再 出 願 |
|  |  |  |  | 要<br>否<br>再 出 願 |
|  |  |  |  | 要<br>否<br>再 出 願 |
|  |  |  |  | 要<br>否<br>再 出 願 |

# EXHIBIT D

FAX 送信票

**No.4**

２００４年６月３日

協和特許法事務所

　　原田　賢一　殿

長野県上田市秋和１０００

株）ミヤノ　開発部

TEL０２６８－２６－７１２３

FAX０２６８－２７－６１２７

Eメー：n.ichikawa@miyano-jpn.co.jp＞

　　　市　川　登 

拝啓、毎度格別のお引き立てを賜り厚くお礼を申し上げます。

下記の通りお送り致しますので、御査収して下さいますようにお願い申し上げます。

　　　　　商標登録第４４１２５６号「Mデザイン」の件

いつもお世話になります。

昨年ご連絡して戴きました題記の更新登録申請・書換登録申請についてですが、回答が大変遅れていまして申し訳ありません。

検討の結果、「Mデザイン」を改めて商標権者を宮野利治さまとして商標出願登録お願い致します。

尚、必要なものがありましたらご連絡して下さい。

以上

別紙　　有　　　　　本紙含み３　枚

回答　　要・不要　　　　　月　　日までにお願い致します。

FD104-FAX

2004年 6月 4日 10時25分　　㈱ミヤノ 開発部　　　　　　　　　　　　　　NO.0706　P. 2

〒 386-8558
上田市大字秋和1000

株式会社　ミヤノ
開発部　　　　　　　　　　　　　　　　殿

平成 15 年 8 月 5 日

協和特許法律事務所
〒100-0005
東京都千代田区丸の内3-2-3
商標直通電話 03 (3211) 2325
ファクシミリ
FAX NO. 03(3211)1710

原田賢一 ㊞

## 商標の更新登録申請及び指定商品の書換登録申請のご案内

1. 下記商標権の更新登録申請の時期が近づきましたのでお知らせ致します。つきましては、別紙商標更新の回答書の「更新申請」欄の必要事項の番号に○印をしてご返送ください。

2. 書換対象のゴム印が押されている商標権を更新する場合には、指定商品の書換登録申請を行わなければなりませんので、同封の委任状用紙に代表者様ご記名・ご捺印のうえご返送ください。なお、更新をして書換登録申請を行わなかった場合には、その商標権は次に到来する存続期間満了日に消滅します。

3. 商標登録名義人の名称又は住所が変更になっている場合には、別途変更手続が必要ですのでお知らせください。

頁 001

| 商標登録番号 | 類別 | 満了日 | 更新申請の可能時期・商標の構成 |
|---|---|---|---|
| 441256　書換対象（大正10年法） | 17　旧 | 2004.02.27 | 2003.08.28 ～ 2004.02.27<br>M（デザイン）<br>（Mの文字自体は権利不要求） |
| 【現在の指定商品】<br>自動旋盤、自動タッピングマシン<br><br>【商標権者】<br>宮野澄子<br>長野県上田市中央北二丁目8番33号 | | |  |
| 本件の書換表示は、国際分類第7類「自動旋盤、自動タッピングマシン」です。<br>書換される場合は権利者名でご捺印お願い致します。 | | | |
| 料金表添付 | | | |

2004年6月4日 10:29分 (株)ミヤノ 開発部 NO.0706 P.3

参考

ご依頼人

〒 386-8558

上田市大字秋和1000

株式会社　ミヤノ
開発部

貴社ご担当

平川登 印

平成 16 年 6 月 3 日

## 商標更新・書換の回答書

商標更新・書換について、下記の通り処理を依頼します。

頁 001

| 商標登録番号 | 類別 | 満了日 | 更新申請の可能時期<br>商標の構成 | 更新申請 |
|---|---|---|---|---|
| 441256<br>書換対象<br>（大正10年法） | 17<br>旧 | 2004.02.27 | 2003.08.28 ～ 2004.02.27<br>M（デザイン）<br>（Mの文字自体は権利不要求）<br>書換申請　要・否 | 1.10年分納付する。<br>2.5年分納付する。<br>3.更新しない。<br>4.再出願する。 |
| | | | ✓<br>改めて宮野利治さまと<br>して出願お願い致します<br>書換申請　要・否 | 1.10年分納付する。<br>2.5年分納付する。<br>3.更新しない。<br>4.再出願する。 |
| | | | 書換申請　要・否 | 1.10年分納付する。<br>2.5年分納付する。<br>3.更新しない。<br>4.再出願する。 |
| | | | 書換申請　要・否 | 1.10年分納付する。<br>2.5年分納付する。<br>3.更新しない。<br>4.再出願する。 |
| | | | 書換申請　要・否 | 1.10年分納付する。<br>2.5年分納付する。<br>3.更新しない。<br>4.再出願する。 |

依頼先　協和特許法律事務所
原田啓一　( 078 )