# EXHIBIT E

| メニュー | 検索画面 | 一覧画面 | 次文献 |

**No.6**

［詳細表示］　　　　　　　　【商願2004−75218】　　　　原寸表示

(210)2004-75218
(540)

[1/1]



(210)【出願番号】　　商願2004−75218
(220)【出願日】　　　平成16年(2004)8月13日
　　【先願権発生日】平成16年(2004)8月13日
　　【最終処分日】
　　【最終処分種別】
　　【出願種別】

　　【商標(検索用)】　§ M
(541)【標準文字商標】
(561)【称呼】　　　　エム
(531)【ウィーン図形分類】3.7.17; 27.5.1.13; 27.5.8; 27.5.21

(731)【出願人】
　　【氏名又は名称】宮野利治

　　【類似群】　　09A01 09A02 09A03 09A05 09A06 09A07 09A08 09A09
　　　　　　　　09A10 09A11 09A13 09A41 09A43 09A45 09A47 09A61
　　　　　　　　09A62 09A63 09A64 09A65 09A66 09A67 09A68 09A69
　　　　　　　　09A70 09B01 09B02 09C01 09D01 09E23 09E24 09E26
　　　　　　　　09E27 09E28 09E29 09E30 09F01 09F02 09F03 09F04
　　　　　　　　09F05 09G54 09G55 09G63 11A01 11A06 11D01
　　【国際分類版表示】第8版
(500)【区分数】　　　1
(511)(512)【商品及び役務の区分並びに指定商品又は指定役務】
　　7 金属加工機械器具, 鉱山機械器具, 土木機械器具, 荷役機械器具,
　　漁業用機械器具, 化学機械器具, 繊維機械器具, 食料加工用又は飲
　　料加工用の機械器具, 製材用・木工用又は合板用の機械器具, パル
　　プ製造用・製紙用又は紙工用の機械器具, 印刷用又は製本用の機械
　　器具, ミシン, 農業用機械器具, 靴製造機械, 製革機械, たばこ製造
　　機械, ガラス器製造機械, 塗装機械器具, 包装用機械器具, 陶工用ろ
　　くろ, プラスチック加工機械器具, 半導体製造装置, ゴム製品製造機
　　械器具, 石材加工機械器具, 動力機械器具(陸上の乗物用のものを
　　除く。), 風水力機械器具, 機械式の接着テープディスペンサー, 自動
　　スタンプ打ち器, 食器洗浄機, 電気式ワックス磨き機, 電気洗濯機,
　　電気掃除機, 電気ミキサー, 修繕用機械器具, 機械式駐車装置, 乗
　　物用洗浄機, 消毒・殺虫・防臭用散布機(農業用のものを除く。), 機
　　械要素(陸上の乗物用のものを除く。), 芝刈機, 電動式カーテン引き
　　装置, 廃棄物圧縮装置, 廃棄物破砕装置, 起動器, 交流電動機及び
　　直流電動機(陸上の乗物用の交流電動機及び直流電動機(その部品
　　を除く。)を除く。), 交流発電機, 直流発電機, 電機ブラシ

# EXHIBIT F

メニュー　検索画面　一覧画面　前文献　　No. 7

【詳細表示】　　　　　　　　　【商願2004−75219】　　　　原寸表示

(210)2004-75219
(540)

[1/1]



(210)【出願番号】　　商願2004−75219
(220)【出願日】　　　平成16年(2004)8月13日
　　　【先願権発生日】平成16年(2004)8月13日
　　　【最終処分日】
　　　【最終処分種別】
　　　【出願種別】

　　　【商標(検索用)】　§ M＼Miyano
(541)【標準文字商標】
(561)【称呼】　　　　エム，ミヤノ
(531)【ウィーン図形分類】3.7.17; 26.3.1; 26.3.7; 26.3.15; 26.3.18; 27.5.1.13; 27.5.8;
　　　　　　　　　　　27.5.21

(731)【出願人】
　　　【氏名又は名称】宮 野 利 治

　　　【類似群】　　09A01 09A02 09A03 09A05 09A06 09A07 09A08 09A09
　　　　　　　　　 09A10 09A11 09A13 09A41 09A43 09A45 09A47 09A61
　　　　　　　　　 09A62 09A63 09A64 09A65 09A66 09A67 09A68 09A69
　　　　　　　　　 09A70 09B01 09B02 09C01 09D01 09E23 09E24 09E26
　　　　　　　　　 09E27 09E28 09E29 09E30 09F01 09F02 09F03 09F04
　　　　　　　　　 09F05 09G54 09G55 09G63 11A01 11A06 11D01
　　　【国際分類版表示】第8版
(500)【区分数】　　　1
(511)(512)【商品及び役務の区分並びに指定商品又は指定役務】
　　　7 金属加工機械器具, 鉱山機械器具, 土木機械器具, 荷役機械器具,
　　　漁業用機械器具, 化学機械器具, 繊維機械器具, 食料加工用又は飲
　　　料加工用の機械器具, 製材用・木工用又は合板用の機械器具, パル
　　　プ製造用・製紙用又は紙工用の機械器具, 印刷用又は製本用の機械
　　　器具, ミシン, 農業用機械器具, 靴製造機械, 製革機械, たばこ製造
　　　機械, ガラス器製造機械, 塗装機械器具, 包装用機械器具, 陶工用ろ
　　　くろ, プラスチック加工機械器具, 半導体製造装置, ゴム製品製造機
　　　械器具, 石材加工機械器具, 動力機械器具(陸上の乗物用のものを
　　　除く。), 風水力機械器具, 機械式の接着テープディスペンサー, 自動
　　　スタンプ打ち器, 食器洗浄機, 電気式ワックス磨き機, 電気洗濯機,
　　　電気掃除機, 電気ミキサー, 修繕用機械器具, 機械式駐車装置, 乗
　　　物用洗浄機, 消毒・殺虫・防臭用散布機(農業用のものを除く。), 機
　　　械要素(陸上の乗物用のものを除く。), 芝刈機, 電動式カーテン引き
　　　装置, 廃棄物圧縮装置, 廃棄物破砕装置, 起動器, 交流電動機及び
　　　直流電動機(陸上の乗物用の交流電動機及び直流電動機(その部品
　　　を除く。)を除く。), 交流発電機, 直流発電機, 電機ブラシ

# EXHIBIT G

日 本 国 特 許 庁

## 商 標 公 報    第 9 類

商標出願公告 昭62－32637
公　告　昭62(1987)5月20日
商　願　昭59－109636
出　願　昭59(1984)10月18日
連合商願　昭59－109634,109635
出願人　アルフアーラヴアル　フード　アンド
　　　　デェリイ　エンジニアリング　アクツイ
　　　　エボラーグ
　　　　スウエーデン国　エス-221 03 ルン
　　　　ド　ブリグガレガータン　23
代理人　弁理士　若林　忠
審査官　滝沢　智夫
指定商品　9　産業機械器具、動力機械器具（電
　　動機を除く）風水力機械器具、事務用機械器具
　　（電子応用機械器具に属するものを除く）その
　　他の機械器具で他の類に属しないもの、これら
　　の部品および附属品（他の類に属するものを除
　　く）機械要素

 バクトフュージュ

商標出願公告 昭62－32638
公　告　昭62(1987)5月20日
商　願　昭59－110859
出　願　昭59(1984)10月22日
連合商標　441256
連合商願　昭59－110860
出願人　宮野　澄子
　　　　上田市中央北2丁目8番33号
代理人　弁理士　佐藤　一雄　外2名
審査官　佐藤　敏樹
指定商品　9　産業機械器具（但し、自動旋盤、
　　自動タッピングマシンを除く）動力機械器具、
　　風水力機械器具、事務用機械器具、その他の機
　　械器具で他の類に属しないもの、これらの部品
　　および附属品、機械要素

商標出願公告 昭62－32639
公　告　昭62(1987)5月20日
商　願　昭59－111037
出　願　昭59(1984)10月20日
出願人　株式会社三工社
　　　　東京都渋谷区幡ケ谷2丁目37番6号
代理人　弁理士　尊　優美　外2名
審査官　滝沢　智夫
指定商品　9　駐車場の駐車空ポスト情報を管理
　　事務所、進入路、場外に表示する為に用いる駐
　　車管理装置

## パークアイ

商標出願公告 昭62－32640
公　告　昭62(1987)5月20日
商　願　昭59－114610
出　願　昭59(1984)11月1日
連合商願　昭59－114609
出願人　株式会社日本ヘア・サプライ
　　　　東京都渋谷区代々木1丁目22番2号　桜
　　　　菊会館内
代理人　弁理士　芦田　直衛
審査官　滝沢　智夫
指定商品　9　理美容院用頭髪蒸気トリートメン
　　ト機、頭髪乾燥仕上機、その他本類に属する商
　　品

## LAISO



メニュー　検索画面　一覧画面

**No. 3**

［簡易表示］
［商品及び役務の区分並びに指定商品又は指定役務］　【第2008979号】

(111)2008979
(540)

[1/1]

(111)【登録番号】　　　第2008979号
(151)【登録日】　　　　昭和62年(1987)12月18日
(260)【公告番号】　　　昭62−32638
(442)【公告日】　　　　昭和62年(1987)5月20日
(210)【出願番号】　　　商願昭59−110859
(220)【出願日】　　　　昭和59年(1984)10月22日
　　　【先願権発生日】　昭和59年(1984)10月22日
　　　【更新申請日】　　平成19年(2007)12月7日
(156)【更新登録日】　　平成19年(2007)12月18日
(180)【存続期間満了日】平成29年(2017)12月18日
　　　【分納満了日】
　　　【拒絶査定発送日】
　　　【最終処分日】
　　　【最終処分種別】
　　　【出願種別】

　　　【商標（検索用）】
(541)【標準文字商標】
(561)【称呼】
(531)【ウィーン図形分類】3.7.17; 27.5.1.13; 27.5.8; 27.5.21



(732)【権利者】
　　　【氏名又は名称】宮野澄子
　　　【住所又は居所】上田市中央北2丁目8番33号

　　　【付加情報】
(641)【重複番号】
　　　【審判番号】　　　2005−30424
　　　【審判種別】　　　全部取り消し
　　　【審判請求日】　　平成17年(2005)4月14日
　　　【出訴・上告区分】
　　　【出訴・上告番号】
　　　【出訴・上告日】
　　　【書換登録申請番号】
　　　【書換登録日】

　　　【類似群】09A01 09A02 09A03 09A04 09A05 09A06 09A07 09A08 09A09 09A10
　　　　　　　09A11 09A12 09A13 09A41 09A42 09A43 09A44 09A45 09A46
　　　　　　　09A47 09A48 09A59 09A61 09A62 09A63 09A64 09A65 09A66
　　　　　　　09A67 09A68 09A69 09A70 09A71 09A99 09B01 09B02 09C01
　　　　　　　09D01 09E11 09E12 09E19 09E21 09E22 09E23 09E24 09E25
　　　　　　　09E26 09E27 09E28 09E29 09E99 09F01 09F02 09F03 09F04
　　　　　　　09F05 09F06 09F07 09G01 09G02 09G03 09G04 09G05 09G06
　　　　　　　09G07 09G08 09G49 09G51 09G52 09G53 09G54 09G55 09G56
　　　　　　　09G57 09G58 09G59 09G60 09G61 09G62 09G63 09G64 09G65
　　　　　　　09G99
　　　【法区分】昭和34年法
(500)【区分数】1
(511)(512)【商品及び役務の区分並びに指定商品又は指定役務】
　　　9 産業機械器具（但し、自動旋盤、自動タッピングマシンを除く）動力機
　　　　械器具、風水力機械器具、事務用機械器具、その他の機械器具で他
　　　　の類に属しないもの、これらの部品および附属品、機械要素

# EXHIBIT H

（30,000円）

（遺贈による）
商標権移転登録申請書

平成19年 *12* 月 *20* 日

特許庁長官　肥　塚　雅　博　殿

1．商標登録番号　　　第2008979号

2．登録の目的　　　　本商標権の移転

3．申請人（登録権利者）
　　住所　　アメリカ合衆国、60010、イリノイ州、バーリントン・ヒルズ、
　　　　　　ダンディー・レーン、50
　　氏名　　宮　野　利　治
　　代理人

　　　　　東京都千代田区丸の内3丁目2番3号
　　　　　協和特許法律事務所
　　　　　電話　03-3211-2321　（代表）


　　　　　100075812　　弁理士　吉　武　賢　次


　　　　　100085051　　弁理士　矢　崎　和　彦


　　　　　東京都港区虎ノ門4丁目1番17号
　　　　　神谷町プライムプレイス
　　　　　外国法共同事業 ジョーンズ・デイ法律事務所
　　　　　電話　03-3433-3939　（代表）


　　　　　230102277　　弁護士　髙　橋　美　智　留

　　　　　　230109955　　弁護士　伊　藤　晴　國 

４．申請人（登録義務者）
　　遺言者
　　住所　　　長野県上田市中央北２丁目８番３３号
　　氏名　　　宮　野　澄　子
　　遺言執行者
　　住所　　　神奈川県川崎市中原区小杉御殿町１－８０５－３１
　　　　　　　塚田秀男法律事務所
　　　　　　　弁護士　塚　田　秀　男
　　代理人
　　　　　　　東京都千代田区丸の内３丁目２番３号
　　　　　　　協和特許法律事務所

　　　　　　100075812　　弁理士　吉　武　賢　次

　　　　　　100085051　　弁理士　矢　崎　和　彦

　　　　　　東京都港区虎ノ門４丁目１番１７号
　　　　　　神谷町プライムプレイス
　　　　　　外国法共同事業 ジョーンズ・デイ法律事務所

　　　　　　230102277　　弁護士　高　橋　美　智　留 

　　　　　　230109955　　弁護士　伊　藤　晴　國

５．添付書面の目録
　　　　（１）　遺言公正証書　　　　１通　　（返却希望）
　　　　（２）　除籍謄本　　　　　　１通　　（返却希望）
　　　　（３）　委任状　　　　　　　２通

平成拾年五月弐拾日

遺言公正証書

謄本

銀座公証役場

平成拾年

第弐壱五号

遺言公正証書

本職は、後記嘱託人の嘱託により、後記証人の立ち会いの下に、次のとおり遺言者の口述を筆記して、この証書を作成する。

遺言者　宮野澄子　は、次のとおり遺言する。

第壱条　遺言者は、遺言者の長男

アメリカ合衆国イリノイ州バーリングトンヒルズ町

ダンディ通り五〇番地

宮　野　利　治

昭和弐拾四年六月拾弐日生

に、資産の全部を相続させる。

腾本



第弐条　1　遺言者が、遺言者の長女　綱島としこ（昭和弐拾参年弐月四日生、以下受贈者という）に対する現在までの贈与は、左記のとおりである。

記

（壱）

長野県上田市大字上田字秋葉裏弐五五九番弐所在

宅地　壱、六四九・〇〇平方メートル

及び同所弐五五八番の土地

昭和五拾弐年拾弐月拾五日から平成元年拾弐月弐拾五日の間に持分を順次贈与し、所有権移転登記をする。

登記費用は遺言者が支払う。

（弐）

現金　金参百万円

昭和五拾弐年、受贈者が遺言者所有の長野県上田市大



字上田弐五五番弐の土地上に、木造の共同住宅を新築

の際、現金にて贈与する。

(参) 現金 金壱千万円

昭和五拾七年、受贈者が長野県上田市白蛇下所在の土

地を購入の際、現金にて贈与する。

(四) 現金 金五百万円

平成参年、長野県上田市上田弐〇六番地参に受贈者

が自宅を新築の際、現金にて贈与する。

(五) 現金 金壱千万円

平成九年壱月拾六日、贈与する。

(六) 株式会社宮野製作所（現 株式会社メクトロン）株式

壱万五、壱六〇株

昭和六拾参年以後現在までの間に、株券を交付して贈

与する。

2　遺言者の右贈与に関する事情については、別紙遺言の

理由に記載のとおりである。

第参条　遺言者は、遺言執行者として、次の者を指定する。

（事務所）

東京都中央区銀座七丁目壱弐番九号

タック銀座ビル参階

（住所）

川崎市中原区小杉御殿町壱丁目八〇五番地参壱

弁護士

遺言執行者　　塚　田　秀　男

本旨外要件

長野県上田市中央北弐丁目八番参参号

会社役員

遺言者　宮野澄子

大正拾弐年四月六日生

右は、印鑑証明書により人違いでないことを証明させた。

川崎市中原区小杉御殿町壱丁目八〇五番地参壱

弁護士

証人　塚田秀男

以上

昭和拾壱年参月弐拾五日生

昭和拾壱年参月弐拾五日生

東京都足立区花畑壱丁目弐五番壱四号

法律事務所所員

証人　鈴木宏

昭和四拾参年弐月九日生

右遺言者及び証人に読み聞かせたところ、各自筆記の正確なことを承認し、左に署名捺印する。

遺言者　宮野澄子㊞

証人　塚田秀男㊞



証人　鈴木　宏　印

この証書は、民法第九百六拾九条第壱号乃至第四号所定の方

式に従って作成し、同条第五号に基づき本職が左に署名捺印

する。

平成拾年五月弐拾日、本職役場において

東京都中央区銀座五丁目弐番壱号

東京法務局所属

公証人　平田　定男　印





（別紙）

遺　言　の　理　由

綱島としこに対する贈与は、同人の夫綱島武寛と共に株式会社ミヤノを中心と

するミヤノグループ全体の発展の為に力を尽くすことを誓ったからでありますと

ころ、これを書面で約束してありながら現在まで約束を果たされず誠に残念であ

ります。

本旨第弐条記載のとおり土地、現金、株式の多額の資産を贈与したにもかかわ

らず、綱島としこ及び綱島武寛より感謝の気持及び態度が感じられず、その上武

寛は全てのことにつき誠の心がありません。

これは、ミヤノ創業者故宮野利盛社長が築いてくれた「至誠」「勤労」「分度」

「推譲」の創業精神を裏切る考え方、行動であります。

遺言者は、創業者亡き後の長い人生の苦労も水泡に帰することを憂えます。

右により、遺言者は本遺言をなすことを決意したものであります。







この謄本は平成拾年五月弐拾日本職役

場において原本により作成した。

東京都中央区銀座五丁目弐番壱号

東京法務局所属

公証人 平田亮男

| 除　　籍 | | （1の1）| 全　部　事　項　証　明 |
|---|---|---|---|
| 本　　籍 | 長野県上田市中央北二丁目２３８６番地 | | |
| 氏　　名 | 宮野　利盛 | | |

| 戸籍事項 戸籍改製 戸籍消除 | 【改製日】平成１１年１０月１６日 【改製事由】平成６年法務省令第５１号附則第２条第１項による改製 【消除日】平成１４年１２月２７日 |
|---|---|
| 戸籍に記録されている者 【除　　籍】 | 【名】利盛 【生年月日】明治４１年４月５日 【父】宮野盛一 【母】園部はゑ 【続柄】長男 |
| 戸籍に記録されている者 【除　　籍】 | 【名】澄子 【生年月日】大正１２年４月６日 【父】春日重雄 【母】春日とく 【続柄】長女 |
| 身分事項 出　　生 死　　亡 | 【出生日】大正１２年４月６日 【出生地】神奈川県横浜市 【届出日】大正１２年４月１９日 【届出人】父 ――――――――――――――――――――― 【死亡日】平成１４年１２月２６日 【死亡時分】午後２時３０分 【死亡地】長野県上田市 【届出日】平成１４年１２月２７日 【届出人】親族　宮野利治 |
| | 以下余白 |

発行番号　00185610

これは，除籍に記録されている事項の全部を証明した書面である。

平成１７年１月１７日



長野県上田市長　　　　母袋　創一

平成１９年１１月２２日

委任状

　私儀、弁理士吉武賢次氏、同矢崎和彦氏、弁護士髙橋美智留氏、同伊藤晴國氏を代理人として下記事項を委任します。

1. 商標登録番号第２００８９７９号に係る商標権移転登録申請に関する一切の件並びに取下による申請書等の下付を受けること。
2. 上記事項に関し行政不服審査法に基づく諸手続をなすこと。
3. 上記事項を処理する為、復代理人を選任及び解任すること。

　　　　　　住所　アメリカ合衆国、６００１０、イリノイ州、バーリントン・ヒルズ、ダンディー・レーン、５０

　　　　氏名　宮野利治



平成１９年１１月２２日

## 委 任 状

　私儀、弁理士吉武賢次氏、同矢崎和彦氏、弁護士高橋美智留氏、同伊藤晴國氏を代理人として下記事項を委任します。

１．商標登録番号第２００８９７９号に係る商標権移転登録申請に関する一切の件並びに取下による申請書等の下付を受けること。

２．上記事項に関し行政不服審査法に基づく諸手続をなすこと。

３．上記事項を処理する為、復代理人を選任及び解任すること。

　　　　　　　　住所　神奈川県川崎市中原区小杉御殿町１−８０５−３１

　　　　　　　　塚田秀男法律事務所

　　　　　　氏名　弁護士　塚　田　秀　男

# EXHIBIT I

**KYOWA** PATENT AND LAW OFFICE
Since 1908

**KEN-ICHI HARADA**

FUJI BUILDING, 2-3, MARUNOUCHI 3-CHOME,
CHIYODA-KU, TOKYO 100-0005 JAPAN
TELEPHONE:(81)3-3211-2321
FACSIMILE:(81)3-3211-1710
http://www.kyowapatent.co.jp

協和特許法律事務所

商　標　部

副部長　原　田　賢　一

東京都千代田区丸の内三丁目二番三号
郵便番号一〇〇－〇〇〇五
電　話　（〇三）三二一一－二三二一（大代表）
ダイヤルイン　（〇三）三二一一－一七一三
Ｆ　Ａ　Ｘ　（〇三）三二一一－一七一〇
http://www.kyowapatent.co.jp