# EXHIBIT A

Harada Exhibit 1.

Aug. 2, 2004 10:10 Miyano, Inc. Development Dept.                    No. 2137  P.1

Aug. 2, 2004  (1/5)

Fax sent to:
 Kyowa Patent and Law Office
 Kenichi Harada
                                        1000 Akiwa, Ueda-City, Nagano
                                        Miyano, Inc.      Development Dept.
                              /    TEL: 0268-26-7123
                                   FAX: 0268-27-6127
                                   E-mail: noboru <miyanou@coral.ocn.ne.jp>
                                        Noboru Ichikawa      (sealed)


What is the status of the application for the "trademark Reg. No. 441256, the M-design"
which I faxed on June 3, 2004?

Also, would you please re-file the trademark Reg. No. 1983020 (the flying M with
Miyano in a triangle), which we did not renew on September 21, 1997, in president
Toshiharu Miyano's (as an individual) name?

Please take care of these matters.
I will call you later.


① Request for the application for the "trademark Reg. No. 441256, the M-design"
(2/5~2/4)
      (This is the same as the one I sent on June 3, 2004)

② Application for the trademark Reg. No. 1983020  (5/5)


2. Please give me the estimate for ①&②.

Harada Exhibit 1.

Aug. 2, 2004 10:10 Miyano, Inc. Development Dept.                    No. 2137  P.2

June. 3, 2004  (2/5)

Fax sent to:
 Kyowa Patent and Law Office
 Kenichi Harada

                              1000 Akiwa, Ueda-City, Nagano
                              Miyano, Inc.     Development Dept.
                      /       TEL: 0268-26-7123
                              FAX: 0268-27-6127
                              E-mail: n.ichikawa@miyano-jpn.co.jp
                               Noboru Ichikawa     (sealed)


Re: the trademark Reg. No. 441256, the "M-design"


I am sorry that it took a long time to respond regarding the renewing/re-filling of the above mentioned trademark of which you notified us last year.

After consideration, we decided to ask you to re-register the "M-design" in Toshiharu Miyano's name.

Please let me know if you need anything.

Harada Exhibit 1.

Aug. 2, 2004 10:10 Miyano, Inc. Development Dept.                                    No. 2137  P.3

*(Reference)*                                    (3/5)

August 5, Heisei 15(2003)

Kyowa patent and Law office
2-3 Marunouchi 3-chome
Chiyoda-ku, Tokyo 100-0005
Tel: 03 (3211)2325
Fax: 03 (3211)1710
Ken-ichi Harada (sealed)

Miyano, Inc. Development Dept.
1000 Akiwa, Ueda-City,
Nagano,  386-8558

## Information regarding renewing trademarks and
## re-filing the application for the applicable products

1.  It is almost time to renew the trademark listed below. Please circle the applicable items in the "application for renewal" section of the attached trademark renewal response form and send it back to us.
2.  If you would like to renew the trademark stamped below, you must apply for the renewal. If this is the case, please have a representative sign and seal the attached request form and send it back to us. If you renew, but fail to re-file the application, the right to the trademark will be lost on the next expiration date.
3.  If there are any changes to the name or the address of the person who holds the rights to this trademark, it is necessary to apply to make changes separately. Please let us know if this is the case.

| Trademark Reg. No. | Specification | Expiration Date | Possible time for Renewal / Design of the Trademark |
|---|---|---|---|
| 441256<br>Applicable for re-filing (based on the Act of *Taisho* 10 '1922') | Former (old) 17 | Feb. 27, 2004 | Aug. 28,2003 ~ Feb.27, 2004<br><br>M (design)<br>(not including the rights to the letter "M" itself)<br><br>(Stamp of the "Flying M") |

[Current applicable products]
   Automatic lathes
   Automatic tapping machines

[Owner of the trademark]
   Sumiko Miyano
   2-8-33 Chuo-kita, Ueda-city, Nagano

This is the renewal for the International Specification 7 "Automatic lathes, Automatic tapping machines."
If you need to re-file, please have the owner of the trademark stamp the form with her seal.

Attachment: list of fees

Harada Exhibit 1.

Aug. 2, 2004 10:10 Miyano, Inc. Development Dept.                    No. 2137  P.4
*(Reference)*                                                                  (4/5)

Requested by:                                                June, 3 2004 (Heisei 16)
Miyano, Inc.      Development Dept.
1000 Akiwa, Ueda-City, Nagano 386-8558

                                            Person in charge:  Noboru Ichikawa


Response Form for the Trademark Renewal/Re-filing

I request the following regarding the renewal/refilling of the trademarks.


| Trademark Reg. No. | Specification | Expiration Date | Possible time for Renewal / Design of the Trademark | Application for Renewal |
|---|---|---|---|---|
| 441256 Applicable for re-filing (based on the Act of *Taisho* 10 '1922') | Former (old) 17 | Feb. 27, 2004 | Aug. 28,2003 ~ Feb.27, 2004<br><br>M (design)<br>(not including the right to the letter "M" itself)<br><br>Re-filing: yes/no<br>*(*none selected)* | 1. pay for 10 years<br>2. pay for 5 years<br>3. will not renew<br>4. re-apply<br>  *(* none selected)* |


Please re-file in the name of Toshiharu Miyano.


7/30   Requested by president Toshiharu Miyano
          (also file for 1983020)


Requested to: Kyowa patent and Law office
                    Kenichi Harada (078)

# EXHIBIT B

Expiration date: Feb. 27, 2004

Reg. No. 441256

Patent office
## Trademark Bulletin

The 17th Specification

---

Publication of the Trademark application
1953-16557
Publication date: Aug. 26, Showa28 (1953)
Application date: Dec. 15, Showa27 (1952)
Trademark(?) Sho27-31280(?)

not including the rights to the letter "M" itself


[Flying "M" –design]



Applicable products 17
Automatic lathes, automatic tapping machines

Applicant: Toshiharu Miyano
(*address illegible)
_____

40

Harada Exhibit 1.

## Registration information                                    page 1/1

| Applied | Trademark 1952-031239 (Dec.15, 1952) |
|---|---|
| Publicized | 1953-016557 (Aug.26, 1953) |
| Registered | 0441256 (Feb.27, 1954) |
| Assessment Date | Assessment date (Nov.30, 1953) |
| Trademark Renewal Filed | 1973-195179 Applied (Oct.27, 1973)<br>               Registered (Aug.1, 1975)<br>               Assessed (Mar.5, 1975)<br>1983-218819  Applied (Sept.26, 1983)<br>               Registered (Mar.21, 1984)<br>               Assessed (Nov.26, 1983)<br>1993-739061  Applied (Nov.30, 1993)<br>               Registered (June.29, 1994)<br>               Assessed (Jan. 27, 1994) |
| Termination Filed | (Nov. 17, 2004) |
| Owner of the rights | Sumiko Miyano<br>2-8-33 Chuo-kita, Ueda-city |
| Product Division | The Act of Taisho 10 (enacted on Jan.11 1923) 17.  automatic lathes, automatic tapping machines. |
| Registration Details | All owners of the rights are general public, or owned jointly with a public office and the rights expired at the full-term on Feb.27, 2004. The rights terminated on Feb.27, 2004)<br>Original register for termination transferred. |
| Registration Record | Re-filing notice sent: (May 30, 2003), Record made on: (May 7, 2003) |
| The Final Payment | For 10 years |
| Renewal Date | (Nov. 17, 2004) |

# EXHIBIT C

Harada Exhibit 2.

*PLEASE TAKE CARE OF THIS MATTER AS INDICATED BELOW.*

May 28, 1997

To:  Kenichi Harada
 Kyowa Patent and Law Office

Requested by:
1000 O-aza Akiwa, Ueda-City, Nagano 386
Miyano, Inc.
Development Dept.

/      Person in charge
Noboru Ichikawa    (signed and stamped)

*032046*

# Trademark Renewal Response Form

Please process regarding the renewal of the trademark(s) as written below.
I will (enclose / send later) the necessary documents.

*HAS BEEN PROCESSED ON 5/28.*

Page  1.

| Trademark Reg. No. | Specification | Expiration Date | Possible time for Renewal / Structure of the Trademark | Renewal |
|---|---|---|---|---|
| 1983020 | Former (old) 09 | Sept.21, 1997 | March 22, 1997~Sept.21, 1997 | Needed |
| | | | Miyano (M design in a triangle) | ⟨Not needed⟩ |
| | | | *(OWNER OF THE RIGHTS: M.S. SUMIKO MIYANO)* | Refile |

# EXHIBIT D

Harada Exhibit 2.

June. 4, 2004 10:24 Miyano, Inc. Development Dept.                    No. 0706   P.1

**NO. 4**

June. 3, 2004

Fax sent to:
 Kyowa Patent and Law Office
 Kenichi Harada                                  1000 Akiwa, Ueda-City, Nagano
                                                 Miyano, Inc.      Development Dept.
                                          /    TEL: 0268-26-7123
                                                 FAX: 0268-27-6127
                                                 E-mail: n.ichikawa@miyano-jpn.co.jp
                                                   Noboru Ichikawa     (sealed)


Re: the trademark Reg. No. 441256, the "M-design"


I am sorry that it took a long time to respond regarding the renewing/re-filling of the
above mentioned trademark of which you notified us last year.

After consideration, we decided to ask you to re-register the "M-design" in Toshiharu
Miyano's name.

Please let me know if you need anything.


Attachment: Yes          3 pages including this page
Response: Needed / Not needed (none selected)          by          month          date

Harada Exhibit 2.

June 4, 2004 10:25 Miyano, Inc. Development Dept.                    No. 0706   P.2

⟨*REFERENCE*⟩

August 5, Heisei 15(2003)

Kyowa patent and Law office
2-3 Marunouchi 3-chome
Chiyoda-ku, Tokyo 100-0005
Tel: 03 (3211)2325
Fax: 03 (3211)1710
 Ken-ichi Harada (sealed)

Miyano, Inc. Development Dept.
1000 Akiwa, Ueda-City,
Nagano,  386-8558

Information regarding renewing trademarks and
re-filing the application for the applicable products

1.  It is almost time to renew the trademark listed below. Please circle the applicable items in the "application for renewal" section of the attached trademark renewal response form and send it back to us.
2.  If you would like to renew the trademark stamped below, you must apply for the renewal. If this is the case, please have a representative sign and seal the attached request form and send it back to us. If you renew, but fail to re-file the application, the rights to the trademark will be lost on the next expiration date.
3.  If there are any changes to the name or the address of the person who holds the rights to this trademark, it is necessary to apply to make changes separately. Please let us know if this is the case.

| Trademark Reg. No. | Specification | Expiration Date | Possible time for Renewal / Design of the Trademark |
|---|---|---|---|
| 441256 Applicable for re-filing (based on the Act of *Taisho* 10 '1922') | Former (old) 17 | Feb. 27, 2004 | Aug. 28,2003 ~ Feb.27, 2004<br><br>M (design) (not including the rights to the letter "M" itself)<br><br>(Stamp of the "Flying M") |

 [Current applicable products]
     Automatic lathes
     Automatic tapping machines

[Owner of the trademark]
     Sumiko Miyano
     2-8-33 Chuo-kita, Ueda-city, Nagano

This is the renewal for the International Specification 7 "Automatic lathes, Automatic tapping machines."
If you need to re-file, please have the owner of the trademark stamp the form with her seal.

Attachment: list of fees

Harada Exhibit 2.

June 4, 2004 10:25 Miyano, Inc. Development Dept.                    No. 2137  P.3

*(REFERENCE)*

Requested by:                                                June, 3 2004 (Heisei 16)
Miyano, Inc.       Development Dept.
1000 Akiwa, Ueda-City, Nagano 386-8558

Person in charge:  **NOBORU ICHIKAWA**

Response Form for the Trademark Renewal/Re-filing

I request the following regarding the renewal/refilling of the trademarks.

| Trademark Reg. No. | Specification | Expiration Date | Possible time for Renewal / Design of the Trademark | Application for Renewal |
|---|---|---|---|---|
| 441256 Applicable for re-filing (based on the Act of *Taisho* 10 '1922') | Former (old) 17 | Feb. 27, 2004 | Aug. 28,2003 ~ Feb.27, 2004<br><br>M (design)<br>(not including the right to the letter "M" itself)<br><br>Re-filing: yes/no<br>    *(*none selected)* | 1. pay for 10 years<br>2. pay for 5 years<br>3. will not renew<br>4. re-apply<br>    *(* none selected)* |

Please re-file in the name of Toshiharu Miyano.

Requested to: Kyowa patent and Law office
Kenichi Harada (078)

# EXHIBIT E

Trademark application / registration information search screen (details)

_____

| Menu | Search | List | Next | NO.6 |

[Detailed display]        [trademark application 2004-75218]

_____

(210) [Application No.]                    2004-75218
(220) [Date applied]                       Aug.13, 2004
       [Date the rights became effective]  Aug.13, 2004
       [The final termination date]
       [The final termination spec.]
       [Application spec.]

_____

       [Trademark (for the search)]        § M
(541) [Standard letter trademark]
(561) [Name]                               "emu"
(531) [Vienna classification of figures and shapes] 3.7.17;27.5.1.13;27.5.8;27.5.21

_____

(731) [Applicant]
       [Name]                  Toshiharu Miyano

_____

       [Similar group] 09A01 ……….
                ………………………………………………
                ………………………………………………
                ……………………………………………..
                ……………………………………… 11D01
       [International classification display]  The 8th edition
(500) [Number of divisions]           1
(511) (512) [Applicable products]
           7     Metal treating machinery, mining machinery, construction machinery, lifts,
                 fishing machinery, chemical machinery, fabric making machinery,
                 food or beverage treating machinery, wood treating machinery, pulp/ paper
                 producing machinery, printing or binding machines,
                 sewing machines, agricultural machinery, shoe making machines, tobacco
                 making machines, glass making machines, painting machines, wrapping
                 machines, pulley, plastic treating machinery, semiconductor making machines,
                 rubber product making machines, rock treating machines, engines (except for
                 the vehicles on the ground), wind and water power machines, adhesive tape
                 dispensing machines, automatic stamping machines, dish washer, electric
                 waxing machines, washing machines, vacuum cleaners, electric mixers, repair
                 machines, parking lot equipments, car washing machine, disinfecting/insect
                 terminating/ deodorizing sprayers (except for the agricultural use), mechanical
                 elements (except for the vehicles on the ground), lawn mowers, electric curtain
                 drawing machines, garbage compactors, garbage crashers, starters, direct-current
                 and alternating-current motors (excluding ones for the use for the vehicles on the
                 ground [and their parts]), alternating-current generators, direct-current generators,
                 electric brushes.

---
display
actual size

(210) 2004-75218
(540)

_____

[1/1]

--Flying M--

# EXHIBIT F

Harada Exhibit 2.

Trademark application / registration information search screen (details)          page 1 of 1

_____

| Menu | Search | List | Next |          NO.7

_____

[Detailed display]        [trademark application 2004-75219]          actual size
                                                                       display

                                                                   (210) 2004-75219
_____           (540)
 (210) [Application No.]                    2004-75219         _____
 (220) [Date applied]                       Aug.13, 2004
        [Effective date]    Aug.13, 2004                  [1/1]
        [The final termination date]                              --Flying M --
        [The final termination spec.]                                w/Miyano
        [Application spec.]                                        in a triangle
_____

        [Trademark (for the search)]       § M \ Miyano
(541) [Standard letter trademark]
(561) [Name]                        "emu, miyano"
(531) [Vienna classification of figures and shapes] 3.7.17;26.3.1;26.37;26.3.15;
                                          26.3.18; 27.5.1.13;27.5.8;27.5.21
_____


(731) [Applicant]
        [Name]                      Toshiharu Miyano

_____

        [Similar group] 09A01 ……….
            .……………………………………………………
            .……………………………………………………
            .……………………………………………… 11D01
        [International classification display]  The 8th edition
(500)  [Number of divisions]        1
(511) (512) [Applicable products]
        7      Metal treating machinery, mining machinery, construction machinery, lifts,
               fishing machinery, chemical machinery, fabric making machinery,
               food or beverage treating machinery, wood treating machinery, pulp/ paper
               producing machinery, printing or binding machines,
               sewing machines, agricultural machinery, shoe making machines, tobacco
               making machines, glass making machines, painting machines, wrapping
               machines, pulley, plastic treating machinery, semiconductor making machines,
               rubber product making machines, rock treating machines, engines (except for
               the vehicles on the ground), wind and water power machines, adhesive tape
               dispensing machines, automatic stamping machines, dish washer, electric
               waxing machines, washing machines, vacuum cleaners, electric mixers, repair
               machines, parking lot equipments, car washing machine, disinfecting/insect
               terminating/ deodorizing sprayers (except for the agricultural use), mechanical
               elements (except for the vehicles on the ground), lawn mowers, electric curtain
               drawing machines, garbage compactors, garbage crashers, starters, direct-current
               and alternating-current motors (excluding ones for the use for the vehicles on the
               ground [and their parts]), alternating-current generators, direct-current generators,

# EXHIBIT G

Harada Exhibit 2.

electric brushes

Patent office
## Trademark Bulletin

The 9th Classification

_____

_____          _____

Publication of the
Trademark application
### 1987-32638

Publication date: May. 20, 1987

### Application No. 1984-110859
Application date: Oct. 22, 1984

Combined trademark: 441256
Combined trademark application No. 1984-110860

Applicant: Sumiko Miyano
                2-8-33 Chuo-kita, Ueda-city
Agency: patent agent, Toshiki Sato

Applicable products    9    Industrial machinery
 (except for the automatic lathes and automatic
 tapping machines), motors, wind and water power
 machines, office use machines, and other machines
 that do not belong to other categories, and their
 parts, attachments, and elements

     ----Flying M design---

Harada Exhibit 2.

Trademark application / registration information search screen (details)                    page 1 of 1
_____

|   Menu    Search    List |                                                    **NO.3**

[Simple display]                                    [No.2008979]    (111)2008979
[Applicable products]                                                (540)
_____

(111) [Registration No.]            2008979
(151) [Registration date]           Dec. 18, 1987                  [1/1]
(260) [Publication No.]             1987-32638
(442) [Publication date]            May 20, 1987                   --Flying M --
(210) [Application No.]             Trademark Application 1984-110859
(220) [Application date]            Oct. 22, 1984
       [Effective date]             Oct. 22, 1984
       [Renewal application date]   Dec. 7, 2007
(156) [Renewal registration date]   Dec. 18, 2007
(180) [Expiration date]             Dec. 18, 2017
       [Installment plan fulfillment date]
       [Denial sent date]
       [Termination date]
       [Termination classification]
       [Application classification]
_____

       [Trademark (for the search)]
(541) [Standard letter trademark]
(561) [Name]                        *"emu, miyano"*
(531) [Vienna classification of figures and shapes] 3.7.17; 27.5.1.13;27.5.8;27.5.21
_____

(732) [Owner of the rights]
       [Name]               Sumiko Miyano
       [Address]  2-8-33 Chuo-kita, Ueda-city
_____

       [Additional information]
 (641) [duplicate numbers]
       [Adjudgement No.]            2005-30424
       [Adjudgement classification]  Cancel all
       [Adjudgement request date]    April 14, 2005
_____

       [Similar group] 09A01 ……….
              ……………………………………………………………
              ……………………………………………………… 09G99
       Based on the act of 1959
(500)  [Number of divisions]           1
(511) (512) [Applicable products]
         9   Industrial machinery (except for automatic lathes and automatic tapping machines),
motors, wind and water power machines, office use machines, and other machines
 that do not belong to other categories, and their parts, attachments, and elements

# EXHIBIT H

(30,000 yen)

(By bequest)
Application for Registration of Transferring Rights to a Trademark

December 20, 2007

Chief Patent Officer : Masahiro Hizuka *(? The last name can be also read 'Koezuka')*


1. Trademark Reg. No.          2008979


2. Purpose of Registration        Transfer of the rights to this trademark


3. Applicant (The person with the rights to register)

   Name:  Toshiharu Miyano

   Address:  50 Dandy *(or Dundy? Same spelling in Japanese)* Lane
             Burlington Hills, IL 60010



   Agency:
           Kyowa Patent and Law Office
           2-3 Marunouchi 3-chome,
           Chiyoda-ku, Tokyo
           Tel:  03-3211-2321

           100075812      Patent Agent      Kenji Yoshitake

           100085051      Patent Agent      Kazuhiko Yazaki


           International Law firm,  Jones Day Law Office
           Kamiyacho Prime Place
           1-17 Toranomon 4-chome
           Minato-ku, Tokyo
           Tel: 03-3433-3939

           230102277      Attorney          Michiru Takahashi

Harada Exhibit 3

230109955    Attorney        Harukuni Ito

4.  Applicant (The person with obligation)

Benefactor

Name:  Sumiko Miyano
Address:  8-33 Chuo-kita 2-chome, Ueda-city, Nagano

Executor

Attorney   Hideo Tsukada
Hideo Tsukada Law Office

Address:  1-805-31 Kosugigoten-cho, Nakahara-ku, Kawasaki-city, Kanagawa

Agency    100075812     Patent Agent    Kenji Yoshitake

100085051     Patent Agent    Kazuhiko Yazaki

International Law firm,  Jones Day Law Office
Kamiyacho Prime Place
1-17 Toranomon 4-chome
Minato-ku, Tokyo
Tel: 03-3433-3939

230102277     Attorney        Michiru Takahashi

230109955     Attorney        Harukuni Ito

5.  List of Attached Documents

(1) The Testamentary Document    1 copy        (wish to be returned)
(2) Copy of the family registry    1 copy        (wish to be returned)
(3) Letter of Attorney        2 copies

Harada Exhibit 3

May 20th, 1998

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# The Testamentary Document 「copy」

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Ginza Notarial Deed Office

Harada Exhibit 3

1998 No. 215

Testamentary Document

I make this testamentary document as follows by transcribing oral statements of the benefactor entrusted by the latter mentioned person, under the latter mentioned witness.

Benefactor, Sumiko Miyano bequeaths as follows:

1. The benefactor will let her eldest son, Toshiharu Miyano (resident of 50 Dandy Lane, Burlington Hills, Illinois, the United States of America, born on June 12, 1949),  inherit all of her assets.

2-1. The benefactor has gifted her eldest daughter, Toshiko Tsunashima (born on February 4, 1948), the following as of today.

(1)    A home property located at 2559-2 Akibaura, Oaza Ueda-aza, Ueda-city Nagano – 649.00 square meters – and adjacent land at 2558 Akibaura. This was given in multiple installments between December 15, 1977 and December 25, 1989 when ownership was transferred. The registration fee for the  transfer was paid by the benefactor.

(2)    Cash – 3,000,000 yen
Gifted in cash when the beneficiary was building an wood structured apartment building  on a property owned by the benefactor (255-2 Oaza Ueda, Ueda-city, Nagano) in 1977.

(3)    Cash – 10,000,000 yen
Gifted in cash when the beneficiary  was buying a piece of land at Hakuda(reading?) Shimo, Ueda-city, Nagano in 1982.

(4)    Cash – 5,000,000 yen
Gifted in cash when the beneficiary was building a new home at 2106 Ueda, Ueda-city, Nagano in 1991.

(5)    Cash – 10, 000,000 yen
Gifted on January 16, 1997

(6)    10,005; 160 shares of Miyano, Inc. stocks
Gifted shares of stocks between 1988 and present

2-2. Explanations regarding above mentioned gifts are written in the "reason for this will" on a separate sheet of paper.

Harada Exhibit 3

3.  The benefactor appoints the following person as executor of this will.

                    Attorney
Executor of the will         Hideo Tsukada
                                   Born on March 25, 1936

    (Office)
Tuck Ginza building 3F
12-9 Ginza 7-chome, Chuo-ku, Tokyo

  (Home Address)
805-31 Kosugigoten-cho 1-chome,
Nakahara-ku, Kawasaki-city

                                    The end

## Other Important Information

Company Executive
Benefactor          Sumiko Miyano
                         Born on April 6, 1923

     8-33 Chuo-kita 2-chome, Ueda-city, Nagano


I had this person prove that above mentioned person is indeed her using the seal registry.

     Attorney
         Witness          Hideo Tsukada
                              Born on March 25, 1936

     805-31 Kosugigoten-cho 1-chome,
     Nakahara-ku, Kawasaki-city


     Law Firm Employee
         Witness          Hiroshi Suzuki
                              Born on February 9, 1968
     25-14 Hanabata1-chome,
     Adachi-ku, Tokyo


After reading this, the benefactor and the witnesses confirmed the accuracy of the testament and signed and stamped their seals below.


          Benefactor          Sumiko Miyano (seal)

          Witness          Hideo Tsukada (seal)

          Witness          Hiroshi Suzuki (seal)


This certificate was prepared based on the form indicated in the Civil Law Chapter 969 article1~4, and in accordance with Chapter 969 article 5, I sign and stamp my seal below.

May 20, 1998 at the city office
2-1, Ginza 5-chome, Chuo-ku, Tokyo
Tokyo Regional Legal Affairs Office


          Notary Public          Sadao Hirata   (seal)

(Separate Sheet)

# Reason for this Will

I gave these gifts to Toshiko Tsunashima, because she along with her husband, Takehiro Tsunashima, promised to do their best for the prosperity of the Miyano group, centering Miyano, Inc. It, however, is regrettable that they never fulfilled their promise despite the fact they had vowed to do so in writing.

I have given her many assets such as land, cash and stocks as indicated in the Chapter 2 of this testamentary document, yet no appreciation was shown by Toshiko Tsunashima and Takehiro Tsunashima. Moreover, Takehiro has not at all been sincere.

This behavior betrays the mottos – 'sincerity','hard work', 'sharing', and 'humbleness' –  that the founder the late Toshimori Miyano lived by and was paramount with regard to the company, Miyano, Inc.

The benefactor laments the fact all the hardships, which she had suffered during the many years after the founder's death was in vain.

For this reason, the benefactor decided to create this will.

Harada Exhibit 3

This copy of the testamentary document was created based on the original at the Town Office on the 20th day of May, 1998.

2-1 Ginza 5-chome, Chuo-ku, Tokyo
Tokyo Regional Legal Affairs Office

Notary Public          SADAO HIRATA     (seal)

Removal from the Family Resister

| | |
|---|---|
| Registered Address<br>Name | 2386 Chuo-kita 2-chome, Ueda-city, Nagano<br>Toshimori Miyano |
| The Family Registry<br>Notes | [revised date] 10-16-1999<br>[reason for revision] revised in accordance with the Ministry of<br>Legal Affairs Act No. 51 of 1994, amendment Chapter 2 article1<br>[removal date] 12-27-2002 |
| Registered person<br><br>removed | [name] Toshimori<br>[DOB] 4-5-1908<br>[father] Morikazu Miyano<br>[mother] Hana Sonobe<br>[relation] eldest son |
| Registered person<br><br>removed<br><br>…………………… | [name] Sumiko<br>[DOB] 4-6-1923<br>[father] Shigeo Kasuga<br>[mother] Toku Kasuga<br>[relation] eldest daughter<br>………………………………………………………………<br><br>[DOB] 4-6-1923<br>[place of birth] Yokohama-city, Kanagawa<br>[registered date] 4-19-1923<br>[registered person] father<br>………………………………………………………………..<br><br>[deceased date] 12-26-2002<br>[deceased time] 2:30 PM<br>[deceased place] Ueda-city, Nagano-prefecture<br>[registered date] 12-27-2002<br>[registered person]  relative  Toshiharu Miyano |

No. 00185610

This is an accurate copy of the family registry indicating everything regarding the
removal from the registry.

Mayer of Ueda-city, Nagano          Soichi, Botei

1-17-2005

Harada Exhibit 3

11-22-2007

## Letter of Attorney

I appoint Patent Agent Kenji Yoshitake, Patent Agent Kazuhiko Yazaki, Attorney Michiru Takahashi, and Attorney Harukuni Ito to execute the following:

1. To take care of everything regarding the application for the transfer of the trademark registration number 2008979
2. Regarding the above matter, to take care of the business based on the administrative appeals law
3. In order to take care of the above matter, to appoint and dismiss agents.


Name:  Toshiharu Miyano

Address: 50 Dandy Lane, Burlington Hills, Illinois, USA

(Signed and stamped with his seal)

Harada Exhibit 3

11-22-2007

# Letter of Attorney

I appoint Patent Agent Kenji Yoshitake, Patent Agent Kazuhiko Yazaki, Attorney Michiru Takahashi, and Attorney Harukuni Ito to execute the following:

1. To take care of everything regarding the application for the transfer of the trademark registration number 2008979

2. Regarding the above matter, to take care of the business based on the administrative appeals law

3. In order to take care of the above matter, to appoint and dismiss agents.

Name: Attorney Hideo Tsukada

Address:     Hideo Tsukada Law Office
805-31 Kosugigoten-cho, Nakahara-ku,
Kawasaki-city, Kanagawa-prefecture

# EXHIBIT I

Harada Exhibit 3

Business card: Kenichi Harada