UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Miyano Machinery USA Inc.
                        Plaintiff,

v.                                          Case No.: 1:08−cv−00526
                                                                Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held. MOTION by Plaintiff Miyano Machinery USA Inc. to strike response to motion, [117] *(Motion to Strike Portions of Defendants' Memorandum in Response)*[120] is granted. A redacted response (as outlined in open court) complying with Magistsrate Judge Nolan's order shall be filed by close−of−business tomorrow. Defendants' objections to the magistrate's memorandum opinion and order [122] are taken under advisement. Plaintiff's response is due 6/30/2008. Reply is due 7/7/2008. Court will rule by mail.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.