# EXHIBIT 1

                    7374jsmarchionne
0001
1           IN THE UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF ILLINOIS

2                   EASTERN DIVISION

3

4   MIYANO MACHINERY USA INC.,      )

                                    )

5               Plaintiff,          )

                                    )

6          -vs-                     )   CIVIL ACTION

                                    )   NO. 08 C 526

7   MIYANOHITEC MACHINERY,          )

    INC., THOMAS ("TOM") MIYANO     )

8   a/k/a TOSHIHARU MIYANO and      )

    STEVEN MIYANO, a/k/a            )

9   SHIGEMORI MIYANO,               )

                                    )

10              Defendant.          )

11

12  DEPOSITION OF HENRY MARCHIONNE

13  MARCH 3, 2008 - 10:04 A.M.

14

15          The deposition of HENRY MARCHIONNE,

16  taken pursuant to the Rules of Civil Procedure

17  for the United States District Courts pertaining

18  to the taking of depositions, taken before Jerry

19  Satterlee, a Certified Shorthand Reporter within

20  and for the State of Illinois, at 77 West

21  Washington Street, Suite 900, Chicago, Illinois.

22

23

24

7374jsmarchionne

24          Q.     Was there a Japanese citizen who

0091

 1     reported to you who was the bookkeeper of Miyano

 2     USA at that time?

 3          A.     What, '92 to --

 4          Q.     '92 to '96.

 5          A.     Yes, it would be the bookkeeper.  I

 6     don't recall which one it was.  I don't have the

 7     years.

 8          Q.     During that four-year period when you

 9     were president, the bookkeeper for Miyano USA

10     would report the profits to you and then would you

11     report the profits to Miyano Machinery Japan?

12          A.     No.

13          Q.     The bookkeeper would report the

14     profits directly to Miyano-Japan?

15          A.     Or through the general manager who

16     would be a Japanese citizen.

17          Q.     And in your words, the money end was

18     handled by the Japanese, correct?

19          A.     Yes, that is correct.

20          Q.     And in your words, more than half of

21     the profit of Miyano USA went directly to Miyano

22     Machinery Inc., the Japanese corporation, correct?

23          A.     Yes.

24          Q.     That has always been the case,

0092

 1     correct?

 2          A.     Yes.

 3          Q.     When was the first time that you

 4     learned that Tom Miyano was working -- Let me

 5     withdraw that.

                              Page 73

7374jsmarchionne

6           When was the first time that you

7    learned about MiyanoHitec?

8           A.    I think it was 2006.

9           Q.    Approximately what month?

10          A.    Maybe in the middle of the year.

11   Maybe May, something like that.  I am not sure.

12          Q.    Was it before the IMTS happened in

13   2006?

14          A.    Yes, I think so.  Yes.

15          Q.    Let me just finish up one piece of the

16   pie on the finances of MMU and the money flowing

17   to Japan.

18          Do you know what the sales revenue

19   for Miyano USA was in 2004 to the nearest million

20   dollars.

21          A.    The what?

22          Q.    The sales revenue.

23          A.    Somewhere between 25 and 30 million,

24   if I recall right.

0093

1           Q.    And I believe you testified that in

2    '04 your best approximation sitting here today was

3    that between one and two million dollars of that

4    was profit that went directly to Japan?

5           A.    If my guessing is right.  But it is

6    all I am just guessing.

7           Q.    You are in a better position to guess

8    than I am.

9           A.    Right.  Okay.

10          Q.    That is all written down somewhere?

11          A.    Yes.

Page 74

7374jsmarchionne

0125

1   Society of Manufacturing Engineers.  I have a lot
2   of experience in machinery and machine tools.
3   Not only used them and ran them, but trained
4   people.
5             And that is my expertise.  And that
6   is why I think Miyano uses me because I am a good
7   tool to sell their product and show people why
8   they should buy Miyano and not buy something
9   else.  I can point out the qualities of the
10  machine.  So when I talk about reputation and
11  that, I know what I am talking about because I
12  know what it takes to sell something that is
13  superior to something else.  And price is very
14  important, and, of course, Miyano has to be very
15  careful.  That is why I am concerned about
16  MiyanoHitec.  He is going to be infringing on our
17  market.  It will hurt us.
18            And I know -- I know you say I am
19  just speculating, but if you see the same name
20  and they see Tom Miyano, they are not going to
21  ignore it and they know him.  So you say I am
22  just guessing.  Wouldn't you go over to say hello
23  to Tom if you knew him and he will try to push
24  his product on you.  So I know it will help him.

0126

1             I don't think that it is fair that
2   Miyano with some 34 to 36 years of building up a
3   reputation and then he is going to use the name
4   and steal part of it from us.
5        MR. MANZO:  Thank you.  Nothing further.

Page 100

7374jsmarchionne
6        MR. BAKER:   Just a couple of followups.

7        THE WITNESS:   Sure.

8                      FURTHER EXAMINATION

9   BY MR. BAKER:

10       Q.     Have you ever been to India?

11       A.     No.

12       Q.     Do you know anything about the

13   manufacture of machine tools in India?

14       A.     No.  I have heard a little bit about

15   it.

16       Q.     But you don't know anything?

17       A.     I don't know personally, no.

18       Q.     So you have no way of saying whether

19   or not a machine tool built in India would be of a

20   lesser or higher quality than one built anywhere

21   else?

22       A.     No.  What I base it on, so you

23   understand that I am not just throwing something

24   out there, every machine tool that ever hit the

0127

1    market from wherever never starts out as a

2    prototype.  Okay.  It will always have problems.

3    Even automobiles.  You know, automobiles, you

4    know what I mean.  And that little phase, whether

5    it is just a little bit or a lot, it will affect

6    us.  I know it definitely.

7        Q.     But you don't know whether or not the

8    machine tools built in India will be of a higher

9    or lower quality than those of Miyano, correct?

10       A.     No, I am only guessing, yes.

11       Q.     As you say, you don't know what the

12   quality will be of the machine tools that

Page 101

7374jsmarchionne

13    MiyanoHitec will sell because they don't even have

14    any on the market?

15         A.    They don't so I couldn't.

16         Q.    So there is no way for you to evaluate

17    whether or not MiyanoHitec products are of a

18    higher or a lower quality than those of Miyano

19    USA, correct?

20         A.    At this point, no.

21         Q.    There is no way of you knowing?

22         A.    No.

23         Q.    Literally?

24         A.    No.

0128

1         Q.    Not figuratively, but literally no way

2    of you knowing, right?

3         A.    That is correct.

4         Q.    So you are just trying to look into

5    the future and prognosticate, guess what is going

6    to happen?

7         A.    Well, based on my knowledge of things

8    in the past with other companies.

9         Q.    But, again, you have never been to

10    India?

11         A.    No.

12         Q.    And you don't know anything about

13    machine tools that are built in India?

14         A.    No.

15         Q.    Would you agree with me that there are

16    parts of the machine tool industry who believes

17    that machines built outside of Germany aren't

18    worth anything?

Page 102

7374jsmarchionne

19    A.    It is possible, yes.

20    Q.    There are those who literally believe

21  that the machine tools in Germany are the best in

22  the world and everything else is of an inferior

23  quality, is that right?

24         Is that a yes?

0129

1    A.    I don't know.  I guess so.

2    Q.    Have you ever run into that in your 53

3  years of experience?

4    A.    Of what?  Knowing that the machines

5  from Germany -- Repeat.

6    Q.    Knowing people in the machine tool

7  industry who believe and have told you that

8  machine tools built outside of Germany are

9  inferior to those -- I am sorry -- that machine

10  tools built inside of Germany are superior to

11  machine tools built outside of Germany; have you

12  ever run into that kind of person?

13    A.    Yeah, I guess so.  There are remarks

14  of that.

15    Q.    And you mentioned price as an

16  important factor in all of this.  Are you saying

17  that if Tom Miyano's machines at Hitec were sold

18  at a price that was higher than yours that you

19  wouldn't have a problem with Tom Miyano using his

20  family name?

21    A.    No, I didn't say that.

22    Q.    I just want to be clear.  But price is

23  a critical factor?

24    A.    It is a factor certainly.

0130

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MIYANO MACHINERY USA,,          )
Inc.,                           )
                                )
              Plaintiff,        )
                                )   CIVIL ACTION
        -vs-                    )   NO. 08 C 526
                                )
MIYANOHITEC MACHINERY,          )
INC., THOMAS ("TOM") MIYANO     )
a/k/a TOSHIHARU MIYANO and      )
STEVEN MIYANO, a/k/a            )
SHIGEMORI MIYANO,               )
                                )
              Defendant.        )


DEPOSITION OF AKIHIKO MINEMURA

MAY 19, 2008 - 10:15 A.M.


        The Deposition of AKIHIKO MINEMURA,
taken pursuant to the Rules of Civil Procedure
for the United States District Courts pertaining
to the taking of depositions, taken before Jerry
Satterlee, a Certified Shorthand Reporter within
and for the State of Illinois, at 200 West Adams
Street, Suite 2850, Chicago, Illinois.

1      **Q.   How many GN machines did MMU sell**
2   **between 2000 and 2007?**
3      A.   For exact number I have to
4   investigate.
5      **Q.   Can you give me an estimate sitting**
6   **here today?**
7      A.   You mean year 2000 to 2007?
8      **Q.   Correct.**
9      A.   About twenty.  But I am not sure.
10     **Q.   Approximately how many units total**
11  **were sold between 2000 and 2007 by MMU?**
12     MR. MANZO:  Object to form.
13  BY THE WITNESS:
14     A.   You mean the machines that our
15  company sold between the years 2000 and 2007?
16  BY MR. BAKER:
17     **Q.   Correct.**
18     A.   For exact number I would have to look
19  at documents.  I believe it was somewhere around
20  1500 units.  I believe fewer than 1500 units.
21     **Q.   And you said earlier I think MTV --**
22  **not MTB as in boy but MTV as in volcano?**
23     A.   V as in victory.
24     **Q.   Sticking with GN again, do you have an**
                                                    54

1   idea of how many GN machines were sold in the year
2   2000?
3      A.   I cannot recall right now.
4      **Q.   How about 2001?**
5      A.   As I said before, I have heard exact
6   numbers, numbers of units sold in individual
7   years.  I would have to look into -- read the
8   documents so I cannot tell you exactly.
9      **Q.   That is why I am asking for**
10  **approximations, Mr. Minemura.  So approximately**
11  **how many GN units were sold by MMU in the year**
12  **2001?**
13     A.   Simply put, as I said the total of
14  twenty units -- approximately twenty units were
15  sold.  So if you just simply divide this number
16  twenty by six, that is about the estimate.
17     **Q.   So it is your testimony that an equal**
18  **number of GN units were sold in each of the years**
19  **between 2000 and 2007?**
20     MR. MANZO:  Object to the form and object
21  to the scope of this line of questioning not
22  being identified in the 30(b)(6) notice.
23     MR. BAKER:  Are you suggesting that this
24  isn't relevant to the use of the triangle mark?
                                                    55

1      MR. MANZO:  I am just saying that it is not
2   listed on your exhibit.
3      MR. BAKER:  Are you saying that use of the
4   marks is not listed?
5      MR. MANZO:  No, I am not saying that.
6      MR. BAKER:  Good.  Then your objection is
7   noted and we can move on because obviously that
8   is what we are talking about.
9   BY THE WITNESS:
10     A.   That is not what I meant.
11  BY MR. BAKER:
12     **Q.   What did you mean?**
13     A.   You mean about what?
14     **Q.   About how many GN units were sold in**
15  **each of those years?**
16     A.   Because I was asked to guess, I
17  simply suggested that you divide number twenty by
18  number of years in question.  But that does not
19  mean that I believe equal number of units were
20  sold in each of those years.
21     **Q.   And just to be clear, you were asked**
22  **to approximate and not to guess.  What I am now**
23  **asking you is now starting with the most recent**
24  **year 2007, how many GN units were sold bearing the**
                                                    56

1   triangle logo?
2      MR. MANZO:  Objection, form.
3   BY THE WITNESS:
4      A.   As far as I know, at least one unit
5   was sold.  It was at least one sale.
6   BY MR. BAKER:
7      **Q.   How about 2006?**
8      A.   Right now I can't recall.
9      **Q.   2005?**
10     A.   As I said before, I cannot recall the
11  exact number of units sold in each of those
12  years.
13     **Q.   So sitting here today, you are not**
14  **prepared to testify about the use of the triangle**
15  **mark on the GN machines during each of those**
16  **years, is that accurate?**
17     MR. MANZO:  Object to the characterization,
18  object to the scope of the question.
19     THE INTERPRETER:  Could you reread the
20  question.
21     (THE QUESTION WAS READ.)
22     MS. LEWIS:  Excuse me.  Not prepared?
23     (THE QUESTION WAS RETRANSLATED.)
24
                                                    57

---

**Page 86**

1   and other parts of the world.
2   BY MR. BAKER:
3       Q.   Wasn't Tom Miyano instrumental in
4   building that brand name in Japan and in the U.S.?
5       A.   I don't believe so.
6       Q.   You don't believe so?  That is not his
7   last name?
8       MR. MANZO:  Asked and answered.
9   BY THE WITNESS:
10      A.   Our company was selling machines
11  under Miyano name before Mr. Miyano became
12  president.
13  BY MR. BAKER:
14      Q.   And during the entire time that he was
15  the president in Japan and in the U.S., your
16  testimony is that Tom Miyano had nothing to do
17  with the brand recognition of his own last name in
18  the machine tool trade?
19      A.   I didn't say nothing at all.
20      Q.   So now I am asking you.  Is it
21  something?  Wasn't Tom Miyano responsible for some
22  continuation of the brand recognition of his own
23  last name?
24      A.   I don't know.  There might have been

---

**Page 87**

1   contribution by him.
2       Q.   Didn't he start MMU?
3       A.   You mean Mr. Miyano?
4       Q.   Yes.  Toshiharu Miyano?
5       A.   You mean he started MMU?
6       Q.   Yes.
7       MS. LEWIS:  Excuse me.  Could you reread
8   the question.
9           (THE QUESTION WAS READ.)
10          THE INTERPRETER:  I am sorry.  I
11  misinterpreted the question.
12      MR. BAKER:  No problem.
13          (THE QUESTION WAS RETRANSLATED.)
14  BY THE WITNESS:
15      A.   I don't know what you mean exactly by
16  starting.
17  BY MR. BAKER:
18      Q.   Was he the person who created MMU?
19      A.   I think the correct way to say it is
20  that MMJ board decided to start MMU in the U.S.
21      Q.   Who was the head of the board when
22  that decision was made?
23      A.   Mr. Toshiharu Miyano, the president.
24      Q.   It is his last name that he is using

---

**Page 88**

1   today, correct?
2       A.   Where?
3       Q.   America.
4       A.   You mean personally or in business?
5       Q.   In the machine tool trade?
6       A.   Whether or not he is using it now?
7       Q.   Yes.
8       A.   That is why we filed the lawsuit.
9       Q.   Yes.  You recognize that he is using
10  his own name now, right?
11      A.   The way I see it is that the brand
12  Miyano has been already established as a product
13  brand name apart from Mr. Miyano.
14      Q.   But you will agree with me that Tom
15  Miyano was responsible for continuing while he was
16  at Miyano Machinery to create goodwill associated
17  with his name in the machine tool trade?
18      A.   I don't know exactly, but since he
19  was the president of Miyano company I believe
20  that he took some activity, he did something to
21  contribute to the goodwill.
22          There is something I need to say yet.
23  There was a question about why -- how the use of
24  Miyano confuses customers at the show.  Was there

---

**Page 89**

1   such a question?
2       Q.   Well, let me ask you a different
3   question.  Is that all right with you?
4       A.   Okay.  He would rather hear the same
5   question again.
6       Q.   I think he has answered all the
7   questions.  If he has something to add to a
8   specific question, I don't have a problem with it.
9       A.   I decline.
10      MR. MANZO:  What?
11  BY THE WITNESS:
12      A.   I decline to add more.
13      MR. MANZO:  Can we take five now?
14      MR. BAKER:  In a minute.
15  BY MR. BAKER:
16      Q.   Has MMU conducted any surveys related
17  to any likelihood of confusion between MiyanoHitec
18  and MMU or between Tom Miyano and MMU or between
19  Steven Miyano and MMU?  Any surveys at all?
20      A.   That I believe you are asking about
21  three different subjects.  For one, you mentioned
22  MiyanoHitec and MMU, then between Steve Miyano
23  and MMU, and then between Tom Miyano and MMU.  Am
24  I understanding correctly?  If I interpret what

1  you are talking about issues between the
2  individuals Tom Miyano and Steve Miyano and MMU?
3      Q.  Any survey that tested the likelihood
4  of any confusion between any of the MiyanoHitec
5  people and MMU?
6      A.  You mean whether or not we took -- we
7  did a survey?
8      Q.  That is correct.  Any survey?
9      A.  No.
10     Q.  I guess before we take a short break,
11 is MMU claiming that Tom Miyano cannot use his
12 full name in the machine tool trade?
13     MR. MANZO:  Object to form.
14 BY THE WITNESS:
15     A.  If by full name you mean Toshiharu
16 Miyano.
17 BY MR. BAKER:
18     Q.  Or Tom Miyano.
19     MR. MANZO:  Same objection.
20 BY THE WITNESS:
21     A.  The name Miyano has already been
22 established as our brand name.  All we want is to
23 stop use of similar brand name.
24     MR. BAKER:  Let's take a break.
                                              90

1      A.  You mean specifically.
2      Q.  Specifically what?
3      A.  You mean specific harm?
4      Q.  Any harm?
5      A.  As far as I know, there has not been
6  any to this point, but I am concerned about
7  future.
8      MS. LEWIS:  Excuse me.  I think he said I
9  think.  A little different from as far as I know.
10 He thinks so far no damage.
11     MR. BAKER:  Even more speculative is what
12 you are saying?
13     MS. LEWIS:  Yes, he said "I think."
14 BY MR. BAKER:
15     Q.  Why do you think there would be damage
16 in the future?
17     A.  For example, we have received the
18 lists of exhibitors at IMTS show this year and
19 also layout map for the booths.  Already within
20 the list of exhibitors the name our name Miyano
21 and MiyanoHitec are listed next to each other.
22         Within the floor layout map, our
23 booth is marked Miyano, simply Miyano.  And
24 MiyanoHitec Company, their booth is marked Miyano
                                              92

1          (A RECESS WAS HAD.)
2  BY MR. BAKER:
3      Q.  Welcome back, Mr. Minemura.
4          Just so we are absolutely clear, is it
5  MMU's position that any use of their family name
6  Miyano by Tom and Steven Miyano would infringe
7  Miyano Machinery USA's trademark?
8      MR. MANZO:  Object to form.
9  BY THE WITNESS:
10     A.  I believe that it is infringement no
11 matter who uses it.
12 BY MR. BAKER:
13     Q.  And I am focusing solely on Tom Miyano
14 and Steve Miyano because it is their family name.
15 So could you just focus your answer just on Tom
16 Miyano and Steve Miyano.
17     MR. MANZO:  Same objection.
18 BY THE WITNESS:
19     A.  It is the same.
20 BY MR. BAKER:
21     Q.  Since MMU learned of Tom and Steven
22 Miyano's use of their surname in the machine tool
23 trade, has there been any damage to MMU's
24 reputation in the machine tool trade?
                                              91

1  Hitec with two lines.  I believe that naturally
2  the guides for the exhibitors and based on the
3  exhibitor list and floor map and floor plan so
4  that it is inevitable that our dealers and our
5  users and other parties concerned would be
6  confused by that.
7      Q.  You think that customers in the
8  machine tool trade will be unable to tell the
9  difference between Tom and Steven Miyano Machinery
10 and Miyano Machinery USA?
11     A.  I believe that some of those -- some
12 would be able to tell the difference and others
13 would not be able to.  I can't say what ratios
14 those would be in, but I think it is clear that
15 some would be confused by that.
16     Q.  What percentage do you believe will be
17 confused?
18     A.  I believe it depends on the party.
19 For example, the ratio, the percentage would be
20 low among the existing -- our existing customers
21 and our existing dealers.  But there are
22 different people in those groups as well.  Some
23 of those people may be confused and
24 misunderstand.  And I believe that most of
                                              93

# EXHIBIT 3

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION


MIYANO MACHINERY USA INC.,

        Plaintiff,

  v.                     CASE NO. 08-C-526

MIYANOHITEC MACHINERY, INC.,
THOMAS ("TOM") MIYANO, A/K/A
TOSHIHARU MIYANO AND
STEVEN MIYANO, A/K/A SHIGEMORI
MIYANO,

        Defendants.
_____


DEPOSITION OF YOSHIHARU SAITO




April 17, 2008
United States Consulate
Osaka, Japan
9:06 a.m. - 3:16 p.m.

Page 24

10:03:00    1    long.  I'm very tired.  On November 7 of 2006, I

10:03:08    2    had lunch at an Italian restaurant at the site

10:03:11    3    where JIMTOF was being held and there were --

10:03:13    4    during the lunch, Toshiharu Miyano discussed eight

10:04:37    5    proposals with me."

10:04:44    6        Q.    Could you tell us what those eight

10:04:49    7    proposals are?

10:04:58    8        A.    The first matter concerned the fact that

10:05:02    9    Mr. Miyano had become a member of the minority

10:05:06    10    association, and he brought along a newspaper

10:05:12    11    showing that.  He told me about the substance of

10:05:20    12    this issue of minorities and said that large

10:05:30    13    corporations were obliged to purchase from

10:05:34    14    minorities.  Mr. Miyano said that he could act as

10:05:39    15    an agent for machineries and, thereby, lift the

10:05:39    16    ratio of corporate procurement from minorities, and

10:05:42    17    he asked me whether I would let him act as such an

10:05:46    18    agent.

10:05:48    19        CHECK INTERPRETER:  He also said that he

10:05:49    20    became a member of minority association in Chicago.

10:05:52    21        INTERPRETER:  I thought I said Chicago.

10:05:55    22    I apologize.

23        CHECK INTERPRETER:  And also used the

24    word "minority contents."  Do you want to include

25    that in your translation or not?

AMERICAN REALTIME COURT REPORTERS
U.S.  (561) 279-9132        JAPAN  (06) 6311-6223

Page 25

| | | |
|---|---|---|
| 10:06:10 | 1 | INTERPRETER:  I used "substance." |
| 10:06:12 | 2 | BY MR. BAKER: |
| 10:06:15 | 3 | Q.  And what did you say to him? |
| 10:06:16 | 4 | A.  What I initially did was just listen to |
| 10:06:19 | 5 | what he had said. |
| 10:06:21 | 6 | MR. MANZO:  Do you want to let him finish |
| 10:06:23 | 7 | to what were the eight points or do you want him to |
| 10:06:28 | 8 | go on from there?  You're interrupting the answer. |
| 10:06:29 | 9 | MR. BAKER:  Actually, I'm not.  He |
| 10:06:30 | 10 | stopped talking, so I asked him the question. |
| 10:06:31 | 11 | BY MR. BAKER: |
| 10:06:33 | 12 | Q.  Were you finished with the eight points? |
| 10:06:47 | 13 | A.  That's one. |
| 10:06:53 | 14 | Q.  Right.  Okay.  And just dealing with that |
| 10:06:54 | 15 | one, did you say anything to him? |
| 10:06:58 | 16 | A.  I just said, "Really?"  And made no |
| 10:07:35 | 17 | specific comment. |
| 10:07:37 | 18 | Q.  And then would you talk about the second |
| 10:07:41 | 19 | point? |
| 10:07:47 | 20 | A.  Well, I don't recall the order of these |
| 10:07:50 | 21 | items, but a second one was concerning a new |
| 10:07:54 | 22 | development idea he had for a new hybrid axle |
| | 23 | system, and asking whether we would buy that. |
| | 24 | Q.  Did you say anything to that? |
| | 25 | A.  I just listened to him.  A third item |

AMERICAN  REALTIME  COURT  REPORTERS
U.S.  (561)  279-9132            JAPAN   (06)  6311-6223

926decc7-8a85-436e-b26b-10eb01d058c3

Page 46

| | | |
|---|---|---|
| 11:17:48 | 1 | by long? |
| 11:17:52 | 2 | Q.   What I mean by short and long are |
| 11:18:14 | 3 | perhaps, would you say typically it takes a week to |
| 11:18:18 | 4 | sell a customer on Miyano Machinery products or six |
| 11:18:28 | 5 | months? |
| 11:18:32 | 6 | A.   Some cases, one week; some cases, six |
| 11:18:39 | 7 | months; in other cases, two years. |
| 11:18:44 | 8 | Q.   Would you say it is more common that it |
| 11:19:00 | 9 | takes several months to years, or more common that |
| 11:19:15 | 10 | it takes just a few days or a week to sell a |
| 11:19:50 | 11 | Miyano, any Miyano Machinery product? |
| 11:19:56 | 12 | MR. MANZO:  Object to form. |
| 11:20:05 | 13 | A.   Well, I can't be clear about this.  Some |
| 11:20:10 | 14 | months, three months.  But it is the client that |
| 11:20:15 | 15 | decides that, depending on their desire.  We just |
| 11:20:18 | 16 | sell and the client may say they'll go buy |
| 11:20:19 | 17 | immediately.  But one can't simply, simplify this |
| 11:20:19 | 18 | because we're not the people who decide on the |
| 11:20:21 | 19 | sale. |
| 11:20:27 | 20 | BY MR. BAKER: |
| 11:20:44 | 21 | Q.   Would you say it typically is much |
| 11:21:11 | 22 | longer, takes much more time to sell Miyano |
| | 23 | Machinery products to first-time buyers? |
| | 24 | MR. MANZO:  Object to form. |
| | 25 | A.   No, the issue of time does not relate to |

AMERICAN  REALTIME  COURT  REPORTERS
U.S.   (561)  279-9132          JAPAN   (06)  6311-6223

926decc7-8a85-436e-b26b-10eb01d058c3

# EXHIBIT 4

8874JSNAGASAWA
0001
1            IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
2                    EASTERN DIVISION
3
4    MIYANO MACHINERY USA INC.,      )
                                     )
5                    Plaintiff,      )
                                     )
6            -vs-                    )   CIVIL ACTION
                                     )   NO. 08 C 526
7    MIYANOHITEC MACHINERY,          )
     INC., THOMAS ("TOM") MIYANO     )
8    a/k/a TOSHIHARU MIYANO and      )
     STEVEN MIYANO, a/k/a            )
9    SHIGEMORI MIYANO,               )
                                     )
10                   Defendant.      )
11
12   DEPOSITION OF TOSHIYUKI NAGASAWA
13   MAY 15, 2008 - 9:50 A.M.
14
15           The Deposition of TOSHIYUKI NAGASAWA,
16   taken pursuant to the Rules of Civil Procedure
17   for the United States District Courts pertaining
18   to the taking of depositions, taken before Jerry
19   Satterlee, a Certified Shorthand Reporter within
20   and for the State of Illinois, at 200 West Adams
21   Street, Suite 2850, Chicago, Illinois.
22
23
24
                          Page 1

8874JSNAGASAWA

15    Miyano Machinery Japan in their decision making

16    process, is it your opinion based on your years of

17    involvement with sales that that customer is

18    likely to make a quick decision to purchase a

19    machine tool from Miyano Machinery USA?

20           THE INTERPRETER:  Could you repeat that.

21               (THE QUESTION WAS READ.)

22           MR. MANZO:  Object to the question,

23    foundation, form, completeness.

24    BY THE WITNESS:

0049

1           A.    Not frequently.

2    BY MR. FRANCISSEN:

3           Q.    Based on your experience in sales,

4    what is that type of customer likely to

5    investigate in order to make the decision to

6    purchase a machine tool from MMU?

7           A.    Basically, it is a price and the

8    specs, but on top of that another issue is how

9    fast machinery can produce the product.

10           Q.    How long do you think such an

11    investigation would take in your opinion?

12           A.    It all depends customers, but based

13    on my experience, it takes anywhere from three

14    months to a year and a half.

15           Q.    And during that three months to a year

16    and a half, would such a purchaser have frequent

17    contact with MMU?

18           MR. MANZO:  Object to the form and

19    foundation.

20    BY THE WITNESS:

21           A.    I believe it is a catch, playing

Page 39

# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Miyano Machinery USA Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. **08 C 526** |
| v. | ) | |
| | ) | Hon. Virginia Kendall |
| MiyanoHitec Machinery, Inc., | ) | |
| Thomas ("Tom") Miyano, a/k/a | ) | Magistrate Judge Nolan |
| Toshiharu Miyano and | ) | |
| Steven Miyano, a/k/a Shigemori | ) | |
| Miyano, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants | ) | |
| ———————————— | ) | |
| | ) | |
| MiyanoHitec Machinery, Inc., | ) | |
| Thomas ("Tom") Miyano, a/k/a | ) | |
| Toshiharu Miyano and Steven | ) | |
| Miyano, a/k/a Shigemori Miyano, | ) | |
| | ) | |
| Counterclaim-Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Miyano Machinery USA Inc. | ) | |
| | ) | |
| Counterclaim-Defendant | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Miyano Machinery, Inc. | ) | |
| | ) | |
| Third-Party Defendant | ) | |

**PLAINTIFF & COUNTERDEFENDANT MIYANO MACHINERY USA, INC.'S**
**RESPONSES TO COUNTERCLAIMANTS' FIRST SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure,

Plaintiff and Counterdefendant Miyano Machinery USA, Inc. (hereinafter

**INTERROGATORY NO. 14**

State in detail the circumstances surrounding Counterdefendants' knowledge of Counterclaimants' activities relating to the design or sale of machine tools on or before February 20, 2007 and identify the three persons (other than Counterdefendants' counsel of record in this action) most knowledgeable about same.

Objections/Response:

MMU incorporates its General Objections, and further objects to this Interrogatory as vague and ambiguous to the extent it refers to the "circumstances" without providing any specification or identification thereof. MMU objects to this interrogatory to extent it seeks information protected by the attorney-client privilege and work product doctrine. Subject to and without waving its objections, MMU answers as follows.

On November 7, 2006 Mr. Saito and Mr. Nakagiri met with Tom and Steven Miyano and were informed that HiTec Machinery International, Inc. had been formed. At that meeting Mr. Saito received business cards from Tom and Steven Miyano which listed Steven Miyano as president of HiTec Machinery International, Inc. and Tom Miyano and director and designer of HiTec Machinery International, Inc. (*See* MMU0017490). These business cards bore a Winged H mark. Steven Miyano's business card is shown below.

122



At the November 7, 2006 meeting, Tom and Steven Miyano, among other things: 1) requested copies of drawings of the LS-12C machine because they want to produce it in India or China under the Miyano name; 2) asked about incorporating into Miyano machines a hybrid acceleration system that Tom Miyano had invented; and 3) asked to purchase MMU's U.S. trademarks. (MMU0017493 and Deposition of Saito, pages 68 line 18 – page 71, line 14). After Mr. Saito declined these requests, Steven Miyano replied by e-mail to Mr. Saito on November 16, 2006 that "We hope we can improve together through friendly rivalry". (MMU0017488-89).

Some time in late January 2007 or early February 2007 MMU received a business card showing Tom Miyano's name as CEO and Director of a company called MiyanoHitec Machinery, Inc., as shown in paragraph 49 of the Complaint and in MMU 0000553. On this card, compared to the cards received in November 2006, the corporate name had been changed from HiTec Machinery International, Inc. to MiyanoHitec Machinery, Inc., the Winged H

123

had been changed to a Winged M, and Tom Miyano's position had changed from director and designer to CEO and director.

The individual knowledgeable include Yoshiharu Saito and Henry Marchionne.