# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 526 | **DATE** | 6/19/2008 |
| **CASE TITLE** | MIYANO MACHINERY vs. MIYANOHITEC MACHINERY et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to strike document # 117 and to remove the pdf image attached to the docket entry is granted. The Clerk of Court is directed to remove the pdf image of docket entry # 117 and to adjust the docket entry accordingly.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|