**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Miyano Machinery USA Inc., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | Civil Action No. **08 C 526** |
|       v. ) | |
| ) | Hon. Virginia Kendall |
| MiyanoHitec Machinery, Inc., ) | |
| Thomas ("Tom") Miyano, a/k/a Toshiharu Miyano ) | Magistrate Judge Nolan |
| and Steven Miyano, a/k/a Shigemori Miyano, ) | |
| ) | |
|    Defendants ) | |
| ) | **JURY TRIAL DEMANDED** |
| ) | |
| MiyanoHitec Machinery, Inc., ) | |
| Thomas ("Tom") Miyano, a/k/a Toshiharu Miyano ) | |
| and Steven Miyano, a/k/a Shigemori Miyano, ) | |
| ) | |
|    Counterclaim-Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| Miyano Machinery USA Inc. ) | |
|    Counterclaim-Defendant, and ) | |
| ) | |
| Miyano Machinery Inc., ) | |
|    Third-Party Defendant ) | |

## MOTION FOR LEAVE TO FILE INSTANTER
## A BRIEF IN EXCESS OF 15 PAGES

Plaintiff, Miyano Machinery USA Inc. by and through its undersigned attorneys and pursuant to Local Rule 7.1 of the Local Rules for the U.S. District Court for the Northern District of Illinois, hereby moves this Court for leave to file its Reply to Defendants Memorandum in

Response (Document No. 124), which exceeds 15 pages. In support thereof, Plaintff states as follows:

1.      On February 7, 2008 this Court granted plaintiff Miyano USA's original Motion for Leave in connection with its Motion for Preliminary Injunction. This Court also allowed the Defendants to file a response up to 30 pages, stating that they may not "exceed the page limit, not to exceed 30 pages." (Minute Order; Document No. 22).

2.      On June 6, 2006, Defendants filed a Motion to File Instanter a Brief in Excess of 30 Pages. Contemporaneous with that motion, Defendants filed its Memorandum in Response which totaled 43 written pages along with four declarations. The Declaration of Thomas Miyano, with exhibits, totals over 300 hundred pages (Doc. 115). Additionally, Defendants' Memorandum asserts multiple new legal and factual issues.

3.      To thoroughly address the new legal and factual issues, which Defendants have attempted to raise in discovery and in their Memorandum in Response, so that the Court may make a fully informed ruling, Plaintiff requests permission to file instanter a brief in excess of 15 pages allowed under the local rules.

4.      Contemporaneously with this Motion, Plaintiff is filing its Reply to Defendants' Memorandum in Response, which exceeds 15 pages.

   WHEREFORE, Plaintiff respectfully requests that this Court granted leave for Plaintiff file its Reply to Defendants' Memorandum in excess of 15 pages and the accompanying exhibits and declarations referenced therein.

Dated: June 20, 2008

                                        Respectfully submitted,


                                        s/ Edward D. Manzo
                                        Edward D. Manzo

                                        Joel Bock
                                        Louis J. Alex
                                        Jason R. Smalley
                                        Attorneys for Plaintiff

Edward D. Manzo   I.D. # 03124728
Joel Bock           I.D. # 00239984
Louis J. Alex       I.D. # 06274458
Jason R. Smalley    I.D. # 06287426
COOK, ALEX, McFARRON, MANZO,
CUMMINGS & MEHLER, LTD.
200 West Adams Street, Suite 2850
Chicago, IL 60606
Phone:  (312) 236-8500
Fax:  (312) 236-8176
emazo@cookalex.com

## CERTIFICATE OF SERVICE

The undersigned declares that he/she is over the age of 18 years, not a party to this action, and employed in the County of Cook, by Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd., Attorneys at Law, 200 West Adams Street, Suite 2850, Chicago, Illinois 60606.

On the date listed below, I caused the filing of the foregoing **Motion for Leave to File INSTANTER a Brief in Excess of 15 Pages** with all its attachments and exhibits. I caused the service of these aforementioned documents on the following individuals, as addressed below, by the means indicated, and on the date listed below:

| | | |
|---|---|---|
| Geoffrey A. Baker | Robert M. Karton | Vernon W. Francissen |
| Geoffrey D. Smith | ROBERT M. KARTON, LTD. | FRANCISSEN PATENT LAW, P.C. |
| DOWELL BAKER, P.C. | 77 W. Washington St., Suite 900 | 53 W. Jackson Blvd., |
| 201 Main Street, Suite 710 | Chicago, Illinois 60602-2804 | Suite 1320 |
| Lafayette, Indiana 47901 | (312)214-0900 telephone | Chicago, Illinois 60604 |
| (765) 429-4004 telephone | (312)214-4230 facsimile | (312)294-9980 telephone |
| (765) 429-4114 facsimile | robert@karton.us | (312)275-8772 facsimile |
| gabaker@dowellbaker.com | | vern@francissenpatentlaw.com |

Nancy E. Sasamoto
Steven L. Katz
George H Kobayashi
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 N. LaSalle St.
Suite 2500
Chicago, IL 60601
312-245-7500 telephone
nsasamoto@masudafunai.com
skatz@masudafunai.com
gkobayashi@masudafunai.com

____   (BY ELECTRONIC MEANS) I caused this document to be electronically mailed (emailed) to the addressee(s) shown above.

_X_   (BY ELECTRONIC MEANS) I cause each such document to be sent by electronic means through the Electronic Court Filing system to the addressee(s) shown above, pursuant to LR 5.9.

Executed on June 20, 2008 at Chicago, Illinois.

Signed:   s/Edward D. Manzo