**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Miyano Machinery USA Inc.,

Plaintiff,

v.

MiyanoHitec Machinery, Inc.,
Thomas ("Tom") Miyano, a/k/a Toshiharu Miyano
and Steven Miyano, a/k/a Shigemori Miyano,

Defendants

---

MiyanoHitec Machinery, Inc.,
Thomas ("Tom") Miyano, a/k/a Toshiharu Miyano
and Steven Miyano, a/k/a Shigemori Miyano,

Counterclaim-Plaintiffs

v.

Miyano Machinery USA Inc.
Counterclaim-Defendant, and

Miyano Machinery Inc.,
Third-Party Defendant

Civil Action No. **08 C 526**

Hon. Virginia Kendall

Magistrate Judge Nolan

**JURY TRIAL DEMANDED**

# Exhibit List

Exhibit 42: Deposition Transcript of Thomas Miyano

Exhibit 43: Deposition Transcript of Henry Marchionne

Exhibit 44: Sample MIYANO Warranty Policy

Exhibit 45: Sample MIYANO Advertisements

Exhibit 46: (a) Plaintiff's Response to Defendants First Set of Interrogatories 1-14

(b) Exhibits A and B to Plaintiff's Response

Exhibit 47: Section 8 and 15 Affidavit for the Triangle Winged M Registration

Exhibit 48: Sample Service Reports

Exhibit 49: Deposition of Derek Olczak

Exhibit 50: Deposition Transcript of Steven Miyano

Exhibit 51: Transcript of February 7, 2008 Motion Call before Judge Kendall

Exhibit 52: Defendants Response to Plaintiff's Cease-and-Desist Letter

Exhibit 53: Pictures of May 14, 2008 Trade Fair

Exhibit 54: Defendants' Advertisement

Exhibit 55: Article from the Shimpo Newspaper

Exhibit 56: Application for Triangle Winged H

Exhibit 57: Triangle Winged H Rejection from Trademark Office

Exhibit 58: Abandonment of Triangle Winged H

Exhibit 59: Deposition Transcript of Saito

Exhibit 60: Hitec Business Cards

Exhibit 61: Email Correspondence

Exhibit 62: Deposition Transcript of Ito

Exhibit 63: Agreement between Thomas Miyano and Miyano Machinery Inc.

Exhibit 64: Tom Miyano U.S. Trademark Application

Exhibit 65: Brochure from 1996

Exhibit 66: Trademark Manual of Examination Procedure

Exhibit 67: Examples of Trademark

Exhibit 68: Brochure from 2006

Exhibit 69: Rejection of Thomas Miyano's Trademark Application

Exhibit 70: Deposition Transcript of Minemura

Exhibit 71: Rejection of Thomas Miyano's Trademark Application

Exhibit 72: Deposition Transcript of Nagasawa

Exhibit 73: File History for MMU's Triangle Winged M Service Mark