# Exhibit 42

ORIGINAL

1          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
2                   EASTERN DIVISION

3  MIYANO MACHINERY USA INC.,              )
                  Plaintiff,               )
4                                          )
   -vs-                                    ) No. 08 C 526
5                                          )
   MIYANOHITEC MACHINERY, INC.,            )
6  THOMAS ("TOM") MIYANO, a/k/a            )
   TOSHIHARU MIYANO and STEVEN             )
7  MIYANO, a/k/a SHIGEMORI MIYANO,         )
                                           )
8             Defendants.                  )
   ------------------------------          )
9  MIYANOHITEC MACHINERY, INC.,            )
   THOMAS ("TOM") MIYANO, a/k/a            )
10 TOSHIHARU MIYANO and STEVEN             )
   MIYANO, a/k/a SHIGEMORI MIYANO,         )
11                                         )
         Counterclaim-Plaintiffs,          )
12                                         )
     -vs-                                  )
13                                         )
   MIYANO MACHINERY USA INC.,              )
14                                         )
         Counterclaim-Defendant,           )
15                                         )
     and                                   )
16                                         )
   MIYANO MACHINERY, INC.,                 )
17                                         )
     Third-Party Defendant.                )
18
        -  CONFIDENTIAL - ATTORNEYS' EYES ONLY  -
19
              The deposition of THOMAS TOSHIHARU
20 MIYANO, called by the Plaintiff for examination,
   taken pursuant to the Federal Rules of Civil
21 Procedure of the United States District Courts
   pursuant to the taking of depositions, taken before
22 Barbara A. Wichmann, C.S.R., a Notary Public within
   and for the County of Cook, State of Illinois, at
23 Suite 2850, 200 West Adams Street, Chicago, Illinois,
   on Wednesday, April 23, 2008, at the hour of
24 10:06 a.m.

1    APPEARANCES:

2         COOK, ALEX, MC FARRON, MANZO, CUMMINGS & MEHLER,
          LTD.
3         BY:  Mr. Edward D. Manzo
               Mr. Louis J. Alex
4              Mr. Jason R. Smalley
               200 West Adams Street, Suite 2850
5              Chicago, Illinois 60603
               312-236-8500
6
                    -  and  -
7
          MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
8         BY:  Mr. Steven L. Katz
               Mr. George H. Kobayashi
9              203 North LaSalle Street, Suite 2500
               Chicago, Illinois   60601-1262
10             312-245-7500

11                 on behalf of Miyano Machinery USA and
                   Miyano Machinery, Inc.;
12
          DOWELL BAKER
13        BY:  Mr. Geoffrey A. Baker
               229 Randolph Street
14             Oak Park, Illinois   60302
               708-660-1413
15
                    -  and  -
16
          FRANCISSEN PATENT LAW, P.C.
17        BY:  Mr. Vernon W. Francissen
               53 West Jackson Boulevard, Suite 1320
18             Chicago, Illinois   60604
               312-294-9980
19
                   on behalf of the Defendants and
20                 Counterclaim Plaintiffs.

21   ALSO PRESENT:

22             Mr. Shigemori Miyano
               Mr. Robert Zellner, Videographer,
23             Depovision

24                 -  -  -  -  -  -  -

1                          I N D E X

2    WITNESS                                        PAGE

3    TOSHIHARU MIYANO

4    Examination by Mr. Manzo ...................    5
     Examination (Continued) by Mr. Manzo .......   59

5
                        E X H I B I T S
6                  (Exhibits are attached.)

7    DEPOSITION EXHIBIT                          MARKED
     EXHIBIT NO.                                 FOR ID.

8
     No. 70 ......................................    8
9    No. 71 ......................................   27
     No. 72 ......................................   64
10   No. 73 ......................................   69
     No. 74 ......................................   70
11   No. 75 ......................................   87
     No. 76 ......................................   98
12   No. 77 ......................................  101
     No. 78 ......................................  106
13   No. 79 ......................................  109
     No. 80 ......................................  113
14   No. 81 ......................................  119
     No. 82 ......................................  154
15   No. 83 ......................................  171

16

17                  - - - - - - - -

18

19

20

21

22

23

24

1    A.    My study was mechanical engineering.

2    Q.    At what university?

3    A.    Nihon University.

4    Q.    N-i-h-o-n?

5    A.    N-i-h-o-n.

6    Q.    Where is that?

7    A.    Chiba Prefecture.

8    Q.    Did you get a degree?

9    A.    Yes, sir.

10   Q.    What's the name of the degree?

11   A.    Bachelor of engineering.

12   Q.    Do you have any further degrees, more

13   degrees?

14   A.    No, sir.

15   Q.    When did you get the bachelor of engineering

16   degree?

17   A.    1972.

18   Q.    Was Toshimori Miyano the founder of Miyano

19   Machinery, Inc.?

20   A.    No, sir.

21   Q.    Who was the founder of that company?

22   A.    This company was -- this organization was

23   found by Hajimue Kakuta.

24   Q.    Would you spell that, please.

```
 1       A.   Hajimue is H- -- H-a-j-i-m-u-e.
 2            Kakuta, K-a-k-u-t-a.
 3       Q.   Is -- and when was that?
 4       A.   1888.
 5       Q.   Is that a man or a woman?
 6       A.   Man.
 7       Q.   Was Hajimue Kakuta an ancestor of yours?
 8       A.   Excuse me?
 9       Q.   Was he a relative of yours?
10       A.   He was stepfather to Toshimori Miyano.
11       Q.   Did Toshimori Miyano have any brothers or
12  sisters?
13       A.   No.
14       Q.   Do you have any brothers or sisters?
15       A.   Yes, sir.
16       Q.   Who are they?
17       A.   My sister.
18       Q.   No one else?
19       A.   No, sir.
20       Q.   What is the name of your sister?
21       A.   Toshiko Tsunashima.
22       Q.   Can you spell that, please.
23       A.   Toshiko is T-o-s-h-i-k-o.
24            Tsunashima is T-s-u-n-a-s-h-i-m-a.
```

1    Q.   Thank you.

2         Did Hajimue Kakuta run the company that he

3    began in 1888?

4    A.   I heard from this story by my mother.

5    Q.   What did she say about this?

6    A.   Oh, she said that Toshimuri Miyano's father

7    get his son Toshi- -- Toshimori Miyano's father name

8    is Moriichi Miyano.

9         Moriichi is M-o-r-i-c-h-i -- oh.  Sorry.

10        M-o-r-i-i-c-h-i, Miyano, M-i-y-a-n-o.

11        Moriichi Miyano get his son April of -- I

12   don't know the year now.  And this his -- my father's

13   father pass away August this year.  This same year.

14        So the -- my grandmom became a widow.

15        So she marry this guy, Hajimue Kakuta.  I

16   don't know when she married.  And Hajimue Kakuta had

17   no children.  And Hajimue Kakuta and this grand- --

18   my mom, had no children.  So then my father,

19   Toshimuri Miyano -- let's say Toshimuri Miyano

20   getting ten years old or eleven years old, this

21   Hajimue Kakuta dead.

22        Then my grandmom -- her name was -- I

23   forget.  But her last name I memory -- Sonobe,

24   S-o- -- S-o-n-o-b-e, Sonobe, take care about this

1   company.

2       Q.   Sonobe ran the company?

3       A.   Yes, Mrs. -- Sonobe ran the company.

4       Q.   Your grandmother?

5       A.   My grandmom, until my father, Toshimuri

6   Miyano, was graduate in university, when I think he

7   was 21 or 22 years old.

8       Q.   And then what?

9       A.   And that graduation day, he become president

10  of this company, and he change this company name to

11  Miyano, few -- few -- few -- few -- I don't know how

12  to say -- file, like this is metal, like scratches

13  the metal -- file?

14      Q.   File.

15      A.   File Manufacture Corporation from the old

16  name.

17      Q.   What was the old name?

18      A.   I don't know.

19      Q.   Okay.  And the business of Miyano File

20  Manufacture Corporation was what?

21      A.   To make file.

22      Q.   For machine -- for metal?

23      A.   No.  We call like jewelry.

24      Q.   Jewelry?

1    A.    Yeah, jewelry like necklace, or like small

2  item.

3    Q.    Okay.  And how many years did your father

4  run the corporation?

5    A.    My father was pass away, dead, when I was

6  sixteen years old.

7    Q.    And then your mother ran the company?

8    A.    No.  No.  Three -- three president.

9    Q.    Do you remember their names?

10    A.    Oh.  Let's see.

11        Mr. Tomiyama, T-o-m-i-y-a-m-a.  Tomiyama.

12        I don't know his -- I forget his first name.

13  Sorry, sir.

14        And next president was Obinata, O-b-n-a-t-a.

15  Mr. Obinata.

16    Q.    O-b- --

17    A.    Obinata.

18    Q.    O-b-i-n-a-t-a?

19    A.    O-b- -- O-b -- O like orange, B like

20  baseball, i-n-a-t-a.

21    Q.    Okay.  Thank you.  And do you recall the

22  third president?

23    A.    Kenji Katayagi.  K-e-n-j-i.

24        Katayagi, K-a-t-a-y-a-g-i.

1    Q.   Who was the president of the company when

2  you started working there?

3    A.   What?

4    Q.   Who was the president when you started

5  working at the company?

6    A.   I forget.  But not Tomiyama time.

7    Q.   So when you started working at the company,

8  it was after Mr. Tomiyama was president and somebody

9  else was president, either Mr. Obinata or

10 Mr. Katayagi?

11   A.   Yes, sir.

12   Q.   What was the business of the company at that

13 time when you joined?

14   A.   This company is manufacturing machines

15 and -- yes.  Machines.

16   Q.   What kind of machines?

17   A.   We call automatical screw lathes.

18   Q.   Automatic screw --

19   A.   Lathes, l-a-t-h-e-s.

20   Q.   So it was a machine for making screws out of

21 metal; is that right?

22   A.   Yes, sir.

23   Q.   Do you know Hank Marchionne?

24   A.   Yes, sir.

```
 1   small machine center used for -- to make parts for --
 2   hard disk drive parts.
 3       Q.   Hard disk drive?
 4       A.   Yeah.  Yes, sir.
 5       Q.   You don't have to call me "sir."  We're
 6   about the same age, you know.
 7       A.   Sorry.  So you about thirty, so -- I like to
 8   say, so -- this is Japanese culture, you know.
 9       Q.   Ah.  Okay.  It's not necessary.
10            When you were at Miyano Machinery U.S.A.,
11   did you go on sales calls?
12       A.   Sometimes I visit customer's place.
13       Q.   How often would you say that occurred?
14       A.   Two times a year.
15       Q.   What was the purpose of your visit?
16       A.   Just say hello.
17       Q.   Who was in charge of sales at M.M.U. over
18   the years?
19       A.   Mr. Tsay Imad.  Imad Tsay.
20       Q.   Could you spell that?
21       A.   I guess his first name is Imad -- I-m-d --
22   no.  I-m-a-d.  Imad.  Tsay is T-s-a-y.  Tsay.
23       Q.   Is that a man?
24       A.   Yes.
```

1       A.   No.

2       Q.   Does -- and so just so I understand this --

3    strike "does."

4            You are not an employee of MiyanoHitec

5    Machinery, correct?

6       A.   Yes, sir.

7       Q.   You are not a director?

8       A.   Yes, sir.

9       Q.   You are not an officer --

10      MR. BAKER:  You have to answer out loud.

11   BY MR. MANZO:

12      Q.   -- correct?

13      MR. BAKER:  He was shaking his head no, but --

14      THE WITNESS:  Sorry.

15      MR. BAKER:  You have to say no.

16      THE WITNESS:  I'm sorry.

17   BY THE WITNESS:

18      A.   My -- today I'm -- had a, like -- kind of

19   like communication with the Indian people.  India --

20   Japanese people -- Japanese people say like that,

21   yes, yes, yes.  (Indicating)

22           But the Indian people say sometime like

23   that.  (Indicating).

24           So, sorry, I have a mix-up to this, so

1    sorry.  I'm sorry.

2    BY MR. MANZO:

3        Q.   Okay.  So it's correct that you are not an

4    officer or employee of MiyanoHitec Machinery -- yes?

5        A.   I'm not officer and stockholder of

6    MiyanoHitec Machinery.

7        Q.   Do you know whether MiyanoHitec Machinery

8    has any offices outside of Barrington, Illinois?

9        A.   Your question is do MiyanoHitec had the

10   other person who is officer?

11       Q.   Any office.  Office, business place.

12            Any other business place.

13       A.   We are planning -- not we are.

14            Like his company is planning to set

15   warehouse.

16       Q.   I did not understand; I'm sorry.

17            They are planning what?

18       A.   Warehouse.  Warehouse.

19       Q.   I understand warehouse.

20       MR. BAKER:  To set up a warehouse.

21   BY MR. MANZO:

22       Q.   Where?

23       A.   East Dundee.

24       Q.   Is the company planning on having

1      Q.   Okay.  Is it true that Mitsui Sumitomo Bank

2   was the main lender to M.M.J.?

3      A.   Yes, sir.

4      Q.   Is it true that there were other banks that

5   also loaned money to M.M.J.?

6      A.   Yes, sir.

7      Q.   Maybe five, six, or seven of them?

8      A.   Yes, sir.

9      Q.   Is it true that at some point the outstand-

10  ing debt was the dollar equivalent of more than

11  $130 million?

12     A.   When?

13     Q.   Any time.

14     MR. BAKER:  Of whom?

15     MR. MANZO:  Of M.M.J.

16     MR. BAKER:  You didn't say that.  That's why I

17  asked.

18     MR. MANZO:  Oh.  My apologies.

19     MR. BAKER:  Sure.

20     MR. MANZO:  Let me rephrase.

21  BY MR. MANZO:

22     Q.   At any time that you remember while you were

23  working with M.M.J. --

24     A.   Yes, sir.

1   Q.   -- did its total indebtedness, total debt to

2   the banks, amount to more than $130 million?

3   A.   Yes, sir.

4   Q.   Do you recall what the maximum amount of

5   indebtedness was, approximately?

6   A.   Yes, sir.

7   Q.   What was it?

8   A.   Okay.  Japanese yen -- Japanese yen and the

9   U.S. currency always the rate is fluctuate.

10   Q.   You could say it in yen.

11   A.   Yeah.  So -- can I use paper?

12   Q.   Oh.  Yes.

13   A.   Some paper.  27 billion Japanese yen.

14   Q.   27 --

15   A.   27 billion Japanese yen, maximum.

16   Q.   Okay.  Do you recollect approximately what

17   year that was?

18   A.   1992.

19   Q.   Did you ever lend money to M.M.J.?

20   A.   Lend money?

21   Q.   You.

22   A.   Yes.

23   Q.   When was that?

24   A.   I lend money -- it's just pocket money.  For

1    example, going to trip, I lend money, cash, just like

2    two hundred dollars, three hundred dollars, lend the

3    money.

4        Q.   Yes.

5        A.   Sometimes long time.

6        Q.   Okay.  But nothing else?

7        A.   No.

8        Q.   Did you co-sign any of these bank debts of

9    M.M.J.?

10       A.   Co-sign means like guaranty?

11       Q.   Yes, like guaranty.

12       A.   Yes, sir.

13       Q.   So you were personally liable as a guarantor

14   on these debts of M.M.J.?

15       A.   Yes, sir.

16       MR. BAKER:  Object to the extent it calls for a

17   legal conclusion.

18   BY MR. MANZO:

19       Q.   As a result of the I.R.C.J. transaction, is

20   it true that you -- that your liability on debts, as

21   a guarantor of M.M.J. debts, was extinguished?

22       A.   What is "extinguish"?

23       Q.   Terminated.

24       MR. BAKER:  Object to the extent it calls for a

1  legal conclusion.

2      MR. MANZO:  I'm just asking for his understanding

3  here at this point.

4      MR. BAKER:  Same objection.

5  BY MR. MANZO:

6      Q.  "Wiped out" is another way of thinking of

7  it.

8      MR. BAKER:  Same objection.

9          Do you understand the question?

10      THE WITNESS:  "Wiped out" is like nothing else?

11  BY MR. MANZO:

12      Q.  After the -- okay.  Strike the question.

13          After the I.R.C.J. transaction, were you --

14  did you believe you were personally liable any more

15  on the M.M.J. loans?

16      A.  Yes, sir.

17      Q.  You were?  Even after I.R.C.J.?

18      A.  After -- I.R.C.J. invade company, okay?

19          Then I.R.C.J. take over my company.  And

20  this one, I give to -- my asset, include M.M.J.

21  stock, to I.R.C.J.  And also I pay some money on this

22  paper, calculation to this.

23          And I.R.C.J. issue some paper, which is I

24  don't have any liability to M.M.J.

1    Q.   And did you still have liability to the

2    banks?

3    A.   No.

4    Q.   Okay.  So after the I.R.C.J., you did not

5    have any more liability as a guarantor to the banks

6    in Japan, right?

7    MR. BAKER:  Same objections.

8    BY THE WITNESS:

9    A.   I don't have a -- I believe that I don't

10   have any guaranty, or like a responsibility to lend

11   money to M.M.J. from -- or banks?  No.

12   BY MR. MANZO:

13   Q.   You said no responsibility to lend money.

14        I was talking about responsibility to repay

15   the banks.

16   A.   No.

17   Q.   That was gone?

18   A.   Gone.

19   Q.   Okay.  Now, how did the I.R.C.J. become

20   involved with M.M.J.?

21   A.   Japanese government knows our companies, my

22   ex-company, M.M.J. is one of the good company.  And

23   we are number fourth largest turning center

24   manufacturer -- turning lathe manufacturer in Japan.

1    responsibility?

2        A.    No.

3        Q.    Did you know that other people in Miyano

4    Japan would have to share in the management

5    responsibility?

6        A.    No.

7        Q.    You did not know that Mr. Ito had to

8    surrender his whole retirement?

9        A.    Mr. Ito surrender all retirement, yes.

10            And all director of Miyano Machinery Japan,

11    include me, surrender, everybody.

12       Q.    How many employees were there of Miyano

13    Japan at that time, approximately?

14       A.    Three hundred seventy peoples.

15       Q.    And would you say almost all of them were in

16    Japan?

17       A.    Yes, sir.

18       Q.    You know what the Internet is, right?

19       A.    Yes, sir.

20       Q.    Okay.  So you know -- have you ever visited

21    a Web page of any company?

22       A.    Yes.

23       Q.    You use the Internet?

24       A.    Yes.

1              (Deposition Exhibit No. 77 was marked

2                   for identification.)

3  BY MR. MANZO:

4      Q.   Mr. Miyano, Exhibit 77 is a collection of

5  papers having production Nos. MMU 0000096 through

6  -126.  And these, for your information, concern

7  trademarks.

8              Exhibit 77 on the first page across the top

9  has three distinct regions.

10     A.   Distinct?

11     Q.   Yes.  The left one says registration number,

12  and the middle one says Mark, m-a-r-k.

13             And on the right it says serial number.

14     A.   Yes, sir.

15     Q.   Under the registration number it's 1527809,

16  and the mark is for Miyano (stylized), and then they

17  have a serial number on the right.

18             And then down below in box No. 10, it

19  identifies the applicant and its post office.  And,

20  as you can see, the applicant here is Miyano

21  Machinery U.S.A. Inc.

22             Now, is that the company that you were

23  president of, Miyano Machinery U.S.A. Inc.?

24             Or is that one of the companies you were

1     president of?

2          A.    1988 filing date.

3          Q.    That's correct.

4                My only question is were you the president

5     of this company, Miyano Machinery U.S.A.?

6          A.    Yes.

7          Q.    Okay.  And if you turn to the third page,

8     you see a copy of a registration.  And it says

9     "Trademark Principal Register" and then, beneath

10    that, is the mark.  Can you read the mark?

11         A.    Yes.

12         Q.    What's the mark?

13         A.    Like a drawing "M," M-i-y-a-n-o.

14         Q.    And then if we go down a few more pages to

15    the sheet that has the number 100 at the end,

16    production number, this is entitled "Application for

17    Registration Trademark on Principal Register

18    established by the Act of July 5, 1946."  And it says

19    the trademark is for "MIYANO and design."

20                Do you see that?

21                Do you see it?

22         A.    Yes.

23         Q.    If you turn the page, there is one paragraph

24    above the signature, and the paragraph starts with

1  your name, I think; is that correct?

2       A.   Yes, sir.

3       Q.   And it has a signature under the words

4  "Miyano Machinery U.S.A. Inc.," and here is the

5  signature.

6       A.   Yes, sir.

7       Q.   And then below the signature are the words

8  "Toshiharu Miyano," comma, "President."

9            Do you see that?

10      A.   Yes.

11      Q.   And then there is a date, April 7, 1988,

12  right there?

13      A.   Yes, sir.

14      Q.   Were you the president on that date?

15      A.   Yes, sir.

16      Q.   Did you sign this document, this two-page

17  document?

18      A.   I forget this document, but this sign is

19  mine.

20      Q.   Okay.  Let's turn down to page 107, which is

21  a letter from Masuda Funai addressed to the

22  Commissioner of Patents and Trademarks for the mark

23  "MIYANO," parentheses, stylized.  Do you see that?

24      A.   Yes.

1    Q.  And on the next page, right there -- right

2  there on page MMU 0000108, the first words on the

3  page are your name; is that correct?

4    A.  Yes, sir.

5    Q.  And it again says you are the president.

6    A.  Yes, sir.

7    Q.  And then it again at the bottom has the name

8  of the corporation, Miyano Machinery U.S.A. Inc.; is

9  that right?

10    A.  Yes, sir.

11    Q.  And then is that your signature below that?

12    A.  I think so.

13    Q.  Okay.  And it's dated August 3, 1988.

14    Were you the president on August 3, 1988?

15    A.  Yes, sir.

16    Q.  Okay.  And then finally, turning down to

17  page 112, there is -- this document has a date stamp

18  of July 12, 1994, when it was received at the

19  Trademark Office mail room.  And the title of the

20  document is "Combined Declaration Under Sections 8

21  and 15," and then there is some handwritten --

22  handwriting below that, where it says "Toshiharu,"

23  parentheses, "Tom," close parentheses, "Miyano," and

24  then there is some typed words, "declares that he is

1  the," and then back to handwriting again, "Chairman

2  of the Board," and then back to typing, "of Miyano

3  Machinery U.S.A. Inc.," et cetera.

4  That's -- that's identifying you, isn't it?

5  A.  Yes.  This me.

6  Q.  Okay.  And does your signature appear on the

7  next page of that document, page 113?

8  A.  This my sign.

9  Q.  Okay.  And that's dated June 21, 1994,

10  right?

11  A.  Yes.

12  Q.  Thank you.

13  Do you remember whether you filled in the

14  blanks with these letters?

15  A.  No.

16  Q.  You don't remember?

17  A.  This is not my -- my signing.  This is not

18  my --

19  Q.  Writing?

20  A.  -- writing.

21  Q.  Did you have a secretary when you worked as

22  chairman of the board of Miyano Machinery in June

23  1994?

24  A.  Secretary?  In U.S.A.?

1    Q.   Yes.

2    A.   No.

3    Q.   You did not have one?

4    A.   No.

5              (Deposition Exhibit No. 78 was marked

6                   for identification.)

7    BY MR. MANZO:

8    Q.   I hand you what has been marked as

9    Exhibit 78, and it has document production Nos. MMU

10   0000127 through -157.

11            And on the first page of this Exhibit 78, at

12   the very top under the word "Mark," it says "M Miyano

13   and design."  Do you see that?

14   A.   Yes, sir.

15   Q.   And it refers to a registration No. 1217317,

16   registration date November 23, 1982, right?

17   A.   Yes, sir.

18   Q.   Okay.  As of that date, you were associated

19   with Miyano Machinery U.S.A. Inc.; is that right?

20   A.   1982.  1982.  I don't know.

21   Q.   Okay.  Well, let's look inside.

22            Do you remember a name of Goru Yamaguchi?

23   A.   What page that?

24   Q.   Page 131.

1    A.    131.

2    Q.    131.

3    A.    Yes, I know him.

4    Q.    And it says he is the executive

5    vice-president of the applicant corporation.

6         You remember him, then?

7    A.    Yes, sir.

8    Q.    Okay.  And then if you turn to the page 133,

9    you see a picture of a trademark.  Do you see that?

10   A.    Yes, sir.

11   Q.    That is -- that mark is what we call the

12   triangle winged "M" Miyano mark.  And --

13   A.    The block Miyano.

14   Q.    Block Miyano.  Okay.

15        If you turn to page 140 --

16   A.    Yes, sir.

17   Q.    -- there is the affidavits --

18   A.    Yes, sir.

19   Q.    -- under Sections 8 and 15.  And the first

20   words under the title appears to be your name in

21   upper case letters, Toshiharu Miyano, declares and

22   states, et cetera.

23        Do you see that?

24   A.    Oh, I see.

1  Q.  Toshiharu Miyano --

2  A.  Yes.

3  Q.  -- declares and states.

4  A.  Yes.

5  Q.  And this is a declaration concerning power

6  lathes and bar feeders, it says right in the middle,

7  and -- do you see that?

8  A.  Yes, sir.

9  Q.  On the next page, 141, there are a couple of

10 signatures.  Do you see the first signature?

11 A.  Yes.

12 Q.  Can you identify that?

13 A.  This sign is -- I think so.  I think my --

14 my -- myself.

15 Q.  And what about this other person that's in

16 what we call a notarization?

17 A.  Henry Marchionne.

18 Q.  Do you know that person?

19 A.  Yes, sir.

20 Q.  And that has a date of April 7th, 1988.

21     Do you see that?

22 A.  Yes, sir.

23 Q.  Thank you.  Now, he worked with you at

24 Miyano U.S.A.; isn't that right?

1      A.   Yes, sir.

2      Q.   What is the picture shown on page 142,

3  please?

4      A.   This machine is (unintelligible) of fourth

5  model of Miyano M.M.J. manufactured --

6               (Reporter interruption.)

7  BY THE WITNESS:

8      A.   Oh.  This picture is five or six model --

9  new model from we start to manufacture CNC turning

10  lathes to the market.

11          Old machine, very old machine.

12  BY MR. MANZO:

13     Q.   This is the fifth or sixth model?  Is that

14  what you said?

15     A.   Yes.

16     Q.   Okay.  This is a machine that M.M.U. sold in

17  the United States?

18     A.   I don't know.  At that time M.M.A. is not

19  established yet.  I don't know this machine, when it

20  ship, and M.M.A. establish by Masuda Funai attorney

21  office, so this date of -- M.M.A. established date

22  is -- they have document.

23               (Deposition Exhibit No. 79 was marked

24                  for identification.)

1  BY MR. MANZO:

2      Q.  Okay.  The next exhibit is 79.  And this has

3  document production Nos. MMU 0000077 through -095.

4          And at the first page it says it is for the

5  mark Miyano, and it is for registration 1529343.

6          Do you see that?

7      A.  Yes, sir.

8      Q.  Okay.  And there's a picture on page 79 of

9  the registration.  And right in the middle is the

10  name or the word "Miyano" -- do you see that,

11  "Miyano," as the mark?

12      A.  Yes, sir.

13      Q.  Okay.  Now, the application begins on the

14  next page, 80, which is a transmittal letter from

15  Masuda Funai addressed to the Commissioner of Patents

16  and Trademarks.  And it's an application for

17  registration of the trademark "Miyano."

18      A.  Yes, sir.

19      Q.  Okay.  And then the application begins on

20  the next page, 81.  And do you see the paragraph just

21  below the middle that says "MIYANO," upper case, "is

22  a Japanese family name and has no particular English

23  translation"?

24          Is that a true statement?

1      A.   English translation -- like interpret means?

2      Q.   It has no particular English meaning.

3      A.   I heard some like Italiano having this

4  Miyano name also.

5                  (Reporter interruption.)

6  BY THE WITNESS:

7      A.   Italiano family --

8      MR. BAKER:   Italian?

9  BY THE WITNESS:

10     A.   Italian.   Italiano family have same name, I

11  heard.

12  BY MR. MANZO:

13     Q.   Okay.   And on the next page, it begins with

14  your name, "Toshiharu Miyano states."

15          And that's you, isn't it?

16     A.   Yes.

17     Q.   And is this your signature on page 82?

18     A.   Yes, sir.

19     Q.   And dated April 7, 1988; is that right?

20     A.   This date is date, but this April 7 is --

21  this is not my sign.

22     Q.   I see.   Okay.

23          And on page 84, can you tell us if you know

24  what -- what is shown there?   It looks like five

1  copies of the same thing.  What is this?

2      A.   This sticker.  Sticker.

3      Q.   Sticker.

4      A.   Sticker.  Like peel-off sticker.

5      Q.   A peel-off sticker?

6      A.   Peel-off sticker to -- this is new Miyano

7  mark.  This done by M.M.J.

8      Q.   Okay.

9      A.   This is even I made it.

10     Q.   You made this.

11     A.   I recom- -- I look me.  I order to make it,

12  new one.

13     Q.   Okay.  And what was -- what did people do

14  with the stickers?

15         Where do the stickers go, in other words.

16     A.   This sticker, put like envelope.

17     Q.   Yes.

18     A.   Yeah.  And others. . . .

19     Q.   Maybe machine?

20     A.   Not machine, because this -- machine you use

21  oil.  So this sticker is very easy to take out,

22  because oil is like -- what call?  Like a --

23     Q.   Lubricant?

24     A.   Lubricant.  And the sticker like easy out.

1      Q.   Okay.  Were you the president of M.M.U.

2   still on April or May -- sorry.

3           Were you the president of M.M.J. in April of

4   1988?

5      A.   I think so.

6      Q.   Okay.  On page 90, this is a two-paragraph

7   document that starts with your name.

8      A.   Yes, sir.

9      Q.   And it says that you are the president of

10   the applicant corporation.

11      A.   Yes, sir.

12      Q.   And then the name of the corporation is

13   listed below as Miyano Machinery U.S.A. Inc., and

14   below that is a signature.

15           Is that your signature?

16      A.   I guess so.  I think so.

17      Q.   You think so.  Okay.

18               (Deposition Exhibit No. 80 was marked

19                for identification.)

20   BY MR. MANZO:

21      Q.   Mr. Miyano, Exhibit 80 --

22      A.   Yes, sir.

23      Q.   -- is another document having production

24   Nos. MMU followed by six zeroes and the number 8

1    through No. -51.

2        And if you turn to page 11, you will see

3    that it concerns registration No. 1473925.  And the

4    mark that it concerns is "Miyano the world leader in

5    precision."

6        Is that the mark we looked at earlier today,

7    white letters on the blue background, on Exhibit 71?

8    A.    This mark is different.  This is -- this is

9    block.

10   Q.    Block.

11   A.    Yeah.  This is script.

12   Q.    Oh.  Same words, though.

13   A.    Same words.

14   Q.    Okay.  Turning to page 26, you will see the

15   application for registration -- it says that at the

16   top -- for the trademark "Miyano the world leader in

17   precision."

18        And on the next page -- also on that same

19   page it says "Miyano is a family" -- I'm sorry -- "is

20   a Japanese family name and has no particular English

21   translation."  Do you see that?

22   A.    Yes, sir.

23   Q.    And then the next page starts, again, with

24   your name, "Toshiharu Miyano states," et cetera,

1    "states that he is the president," and then below

2    that is the name machine Miyano Machinery U.S.A.

3    Inc., and there is a signature.

4         Is that your signature?

5    A.   I think so.

6    Q.   And below that are the words "Toshiharu

7    Miyano, President," dated March 11, 1987.

8    A.   March 11, this is not my sign.

9    Q.   I see.  Okay.

10        That refers to the date, right?

11   A.   What?

12   Q.   The March 11 is the date only.

13   A.   Date only.

14   Q.   So you are saying it's your signature -- you

15   think it's your signature, but not your writing of

16   the date.

17   A.   I think so.

18   Q.   Okay.  And then turning to page 44,

19   please -- well, before that, look at page 42, please.

20        Are these more stickers?

21   A.   Yes, sir.

22   Q.   And it says "Miyano The World Leader in

23   Precision," right?

24        "Miyano the World Leader in Precision," on

1    the sticker?

2        A.   Yes, sir.

3        Q.   Was Miyano company known for producing

4    machines that are very good in precision?

5        A.   Which --

6    MR. BAKER:  I'm sorry.  Hang on one second.

7            You said Miyano company.  I don't know what

8    you mean.

9    BY MR. MANZO:

10       Q.   Yes.  Was Miyano Machinery U.S.A. known for

11   selling machines of high precision?

12       A.   I can tell you I'm engineer.  So high

13   precision -- what area of high precision?  This is a

14   one micron.  This machine different, okay?

15           So this particular size, and chucking

16   machine, bar machine -- the precision are so

17   different.

18           So your question is like any kind of

19   precision.  So tell me, what kind area of -- like

20   chucking machine, bar machine, or high precision?

21       Q.   Yes.  Well, if that question is not clear,

22   what did it mean for -- to say Miyano --

23   MR. BAKER:  Go ahead.

24

1    BY MR. MANZO:

2        Q.   -- is the world leader in precision?

3        MR. BAKER:   Two things.

4            One, your questions continue to call for

5    speculation; and two, you are mischaracterizing the

6    witness' understanding of the question.

7            Go ahead.

8    BY THE WITNESS:

9        A.   We are -- this Miyano -- like people say,

10   like a cookie, the world tastable cookie.

11           Nobody guarantee this cookie is world

12   tastable.  But this like a -- like advertisement.

13   BY MR. MANZO:

14       Q.   Ah.

15       A.   This never guarantee worldwide precision

16   something.  This cookie is the best -- best cookie in

17   the -- Chicagoland.  This cookie is not like -- some

18   other people sell to -- these cookies -- you know, my

19   shop is more good cookie.

20           So I don't know your question so much well.

21           The precision is like kind of like sales

22   talk, which I believe.  Without this kind of like

23   sales talk, how can tell to the customer?

24       Q.   I see.  Well, if you look at page 44, now,

1    this is a document called "Combined Declaration Under

2    Sections 8 and 15," and it begins after that with a

3    handwritten name in block letters, Toshiharu

4    Miyano -- that's you, right?  Yes?

5        A.   Yes.

6        Q.   Okay.  -- "declares" --

7        A.   But this is not my -- my truly sign.  This

8    somebody write.

9        Q.   Somebody else; okay.

10            And on the next page, there is a signature

11   underneath the words "Miyano Machinery U.S.A. Inc."

12            Is that your signature?

13       A.   I think so, sir.

14       Q.   Thank you.  And it says title, president.

15       A.   Yes.

16       Q.   And --

17       A.   But this -- this sign, president, and this

18   date of sign is different.  Other people sign.

19       Q.   Okay.  Have you had --

20       THE VIDEOGRAPHER:  Excuse me, counsel.  About

21   five minutes I'll need to change the tape.

22       MR. MANZO:  All right.  Since we have to change

23   the tape, why don't we take a five-minute recess.

24       MR. BAKER:  Sure.

1      A.   No. 2.  At that time, year 2006, I was left

2   already Miyano Machinery U.S.A., M.M.U.  And I worry

3   about the -- their serviceability -- serviceability.

4           So I said, I want help to this Miyano

5   Machinery U.S.A. if they agree.

6      Q.   Okay.

7      A.   No. 3, Takeo Kobayashi was -- before he was

8   design department -- chief of design department of

9   M.M.J.  And if I -- M.M.U. employ me, I need Takeo

10  Kobayashi by my side, assistant.

11          No. 4, M.M.U. logo mark.  Logo mark is like

12  a trademark, and block inside.  And I offer to them,

13  please return to -- this mark to me because this mark

14  is basically registered in Japan by our family asset.

15     Q.   I learned in Japan that the word in Japanese

16  for "mark" might be the same word as the plural,

17  "marks"; is that correct, as far as you understand

18  it?

19     A.   Plural mark?

20     Q.   Two marks.

21     A.   Two marks.

22     Q.   Three marks.

23     A.   Two marks.

24     Q.   Is the word the same in Japanese for one

1    mark, two marks, three marks?

2        A.   No.

3        Q.   No?

4        A.   One mark, "M" with the -- flying mark is

5    created by my father.

6        Q.   The triangle with the --

7        A.   No.

8        Q.   Oh, just the flying "M."

9        A.   The flying "M" is created my father when he

10   was young.  When my father dead, my mom get inheri-

11   tant asset from my father to my mom, Sumiko Miyano --

12       Q.   Yes.

13       A.   -- because this is family mark.

14            Then I joined the company from college to --

15   to M.M.J.  I create this triangle mark with the --

16   "M" with the flying mark, flying wing.

17       Q.   Right.

18       A.   And the block Miyano.  This one is not

19   created by myself.  But I order to design department

20   to make this, and I agree this design and register by

21   my mom's name, Sumiko Miyano's name.

22       Q.   And was this involved in topic No. 4?

23       A.   Topic No. 4, yes.

24       Q.   Did topic No. 4 concern just the triangle

1    "M" Miyano mark?

2        A.   Triangle "M" mark is only register by M.M.U.

3        Q.   In the United States.

4        A.   In the United States.

5        Q.   And what were you asking for?

6        A.   Because I asked to them -- my mom -- at that

7    time my mom is pass away --

8        Q.   Yes.

9        A.   -- dead year 2002, December 26.

10            So all right over family mark, and this

11    mark, is -- my mom left will, and this will said

12    every -- all inheritant pass to me.

13        Q.   Nothing to your sister?

14        A.   Nothing to sister.

15        Q.   Zero?

16        A.   Because my mom left -- like attach document

17    how much she already passed asset.

18        Q.   How much assets she already passed?

19        A.   Passed, how much, millions money, millions

20    is dollar to her.  So I never get any gift from my

21    mom before she dead.

22        Q.   Really.

23        A.   So -- so the -- my mom is -- left this will.

24            This will is -- was what called?  Like a --

1    correctly, you were asking if they wanted to use your

2    patent?

3        A.    Yes.  I offer.

4        Q.    Okay.  And there's No. 8.

5        A.    No. 8 is -- until now, M.M.J. never make any

6    bright new idea machine, even today.  Okay?

7            So year let's say 2006, when I meet

8    Mr. Saitoh, I -- if they, M.M.J. or M.M.U., employ

9    me, and additional I give it to them my R & D idea,

10   what are going on the new feature of M.M.J., because

11   this is like my -- not money.  Like I was -- I left

12   to M.M.J. -- M.M.U.  So I was -- I was worry about

13   the future of M.M.J., M.M.U., the R & D.

14           But they don't -- they refuse my offer.  I

15   don't know; until now they never -- maybe they have

16   some weapons, some new machines coming to the

17   I.M.T.S. Show Chicago.

18       Q.    I don't know.  So this letter at the bottom

19   of Exhibit 81 --

20       A.    Yes, sir.

21       Q.    -- before the Nos. 1 through 8 basically

22   says -- what?  This is a letter from Saitoh-san --

23       A.    To me.

24       Q.    -- to you.

1    A.   To me.  And to Steven.

2    Q.   To you and Steven.

3    A.   Yes, sir.

4    Q.   And it says what?

5    A.   All our offer is refused.

6    Q.   Decline the offer.  Okay.

7         And then the response was at the top of the

8    Exhibit 81?

9    A.   Yes.  And the response is thank you very

10   much, their decision.

11        I believe that 80 percent of their --

12   90 percent of this past twenty years' M.M.J. new

13   machine is created by my idea.

14   Q.   Ninety percent.

15   A.   Ninety percent.

16   Q.   Did they have any other engineers working

17   for the company?

18   A.   Engineer is engineer.  Creator is only one.

19   Q.   So did they have more engineers?

20   A.   Today?

21   Q.   Okay.  The last that you knew.

22   A.   Year 2004, there was some engineer.  But I

23   heard rumor; half of engineer left from M.M.J.

24   Q.   Who did you hear that from?

PTO-102 (8-78)
U.S. Dept. of Commerce–Patent and Trademark Office

FPI-LOM

| REG. NO. | MARK | SER. NO. |
|---|---|---|

| 1. REG. NO. | 3. MARK | | 4. SER. NO. 737 784 |
|---|---|---|---|
| 1527809 | MIYANO (STYLIZED) | | 73/725785 |
| 2. REG. DATE | | 5. Examiner | 5. REGISTER PRINCIPAL |
| MAR 07 1989 | | | |

| 6. INTERNATIONAL CLASS | 7. PRIOR U.S. CLASS | 8. FILING DATE | 9. LAW OFFICE |
|---|---|---|---|
| 7 | 23 | 05/02/88 | 580 |

**10. APPLICANT AND POST OFFICE**
MIYANO MACHINERY USA INC.
940 NORTH CENTRAL AVENUE
WOOD DALE, ILLINOIS 60191
CORPORATION OF ILLINOIS

**16. EXAMINING ATTORNEY**
GERARD ROGERS

**17. TYPE OF MARK**
TRADEMARK

**18. FIRST USE**
ICL 007  10/01/1985.

**11. CORRESPONDENCE ADDRESS**
NANCY E. SASAMOTO
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
134 NORTH LASALLE STREET
SUITE 1700
CHICAGO, IL 60602

**19. IN COMMERCE**
ICL 007  10/01/1985.

**12. DOMESTIC REPRESENTATIVE**

**20. FOREIGN REG. AND APPL. DATA**

**13. APPLICANT'S ATTORNEY**
NANCY E. SASAMOTO

**15. GOODS–SERVICES**
007-MACHINES AND MACHINE TOOLS – NAMELY, TURNING CENTERS, LATHES, VERTICAL M-
ACHINING CENTERS AND ALL PARTS THEREFOR.

**21. OTHER DATA**   U.S. REGS. 1217316, 1217317, 1423925.

PTO-102L (REV. 12/82) U.S. DEPT. OF COMMERCE–PATENT AND TRADEMARK OFFICE

| 22. AMENDED | **PRINCIPAL REGISTER** | 25. Supervisory Examiner | |
|---|---|---|---|
| | | 26. Examiner | |
| 23. AFFIDAVIT | Section 8  BA Harper | 27. Passed for Publication | OSR  Jos E Border |
| | Section 15  BA Harper | 28. Passed for Registration | |
| | Section 12 C | 29. O.G. Date | |
| 24. RENEWAL | Passed for Renewal | | |
| | Renewed From | | |
| | ☐ Less Goods | | |

PUBLISHED
DEC 13 1988

DEPOSITION EXHIBIT
# 77
4/23/08

MMU0000096

CLASS

7

## CONTENTS:

Application .................... papers.

0 1 JUL 1988

2. *Letter & Dec.* August 10, 1988

3. N OF

4. *Sea 8 & 15*    7-12-94

5. . . . . . . . . . . . . . . . . . . . . . . . . . . .

6. . . . . . . . . . . . . . . . . . . . . . . . . . . .

7. . . . . . . . . . . . . . . . . . . . . . . . . . . .

8. . . . . . . . . . . . . . . . . . . . . . . . . . . .

9. . . . . . . . . . . . . . . . . . . . . . . . . . . .

10. . . . . . . . . . . . . . . . . . . . . . . . . . . .

11. . . . . . . . . . . . . . . . . . . . . . . . . . . .

12. . . . . . . . . . . . . . . . . . . . . . . . . . . .

13. . . . . . . . . . . . . . . . . . . . . . . . . . . .

14. . . . . . . . . . . . . . . . . . . . . . . . . . . .

15. . . . . . . . . . . . . . . . . . . . . . . . . . . .

16. . . . . . . . . . . . . . . . . . . . . . . . . . . .

17. . . . . . . . . . . . . . . . . . . . . . . . . . . .

18. . . . . . . . . . . . . . . . . . . . . . . . . . . .

19. . . . . . . . . . . . . . . . . . . . . . . . . . . .

20. . . . . . . . . . . . . . . . . . . . . . . . . . . .

21. . . . . . . . . . . . . . . . . . . . . . . . . . . .

22. . . . . . . . . . . . . . . . . . . . . . . . . . . .

23. . . . . . . . . . . . . . . . . . . . . . . . . . . .

24. . . . . . . . . . . . . . . . . . . . . . . . . . . .

25. . . . . . . . . . . . . . . . . . . . . . . . . . . .

26. . . . . . . . . . . . . . . . . . . . . . . . . . . .

27. . . . . . . . . . . . . . . . . . . . . . . . . . . .

28. . . . . . . . . . . . . . . . . . . . . . . . . . . .

29. . . . . . . . . . . . . . . . . . . . . . . . . . . .

30. . . . . . . . . . . . . . . . . . . . . . . . . . . .

31. . . . . . . . . . . . . . . . . . . . . . . . . . . .

CARD
FILMED
TMSD

MMU0000097

Int. Cl.: 7

Prior U.S. Cl.: 23

**Reg. No. 1,527,809**

## United States Patent and Trademark Office   Registered Mar. 7, 1989

### TRADEMARK
### PRINCIPAL REGISTER



MIYANO MACHINERY USA INC. (ILLINOIS
   CORPORATION)
940 NORTH CENTRAL AVENUE
WOOD DALE, IL 60191

   FOR: MACHINES AND MACHINE TOOLS -
NAMELY, TURNING CENTERS, LATHES,
VERTICAL MACHINING CENTERS AND ALL
PARTS THEREFOR, IN CLASS 7 (U.S. CL. 23).

FIRST USE 10-1-1985; IN COMMERCE
10-1-1985.

   OWNER OF U.S. REG. NOS. 1,217,316, 1,473,925
AND OTHERS.

SER. NO. 725,783, FILED 5-2-1988.

GERARD ROGERS, EXAMINING ATTORNEY

MMU0000098

725783

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.

ATTORNEYS AT LAW

134 NORTH LASALLE STREET

17TH FLOOR

CHICAGO, ILLINOIS 60602

TELEPHONE (312) 977-9500

TELECOPIER (312) 558-1155

TELECOPIER (312) 558-1058

MASARU FUNAI
HELMUT EIFERT
GERALD L. MOREL
MARY W. SKELLENBERG
JERROLD E. FINK
JOSEPH S. PARISH
COLIN HARA
KEITH WALTER GROSSE
THOMAS A. KIZPURA
GARY D. SANTELLA
BRYAN Y. FUNAI
NANCY E. SASAMOTO
STEPHEN M. PROCTOR
DAYNE KONO
TARA GILL
EDWARD J. UNDERHILL
CHERYL F. GERTLER
ELDON H. KAKUDA
PAULA K. DAVIS

THOMAS MASUDA
(1905-1986)

SUBURBAN OFFICE
TWO CONTINENTAL TOWERS
1701 GOLF ROAD    SUITE 403
ROLLING MEADOWS, IL 60008
TELEPHONE (312) 977-9500
TELECOPIER (312) 952-6825

April 27, 1988

Commissioner of Patents and Trademarks
Department of Commerce
Washington, D.C. 20231

Re:  Application for Registration
     Trademark:  "MIYANO and design"
     Int. Class No. 7
     Applicant:  Miyano Machinery USA Inc.

Dear Sirs:

Please find enclosed herewith the following:

Application for Registration for Trademark, "MIYANO and design",
in Int. Class No. 7, together with five specimens thereof, and
our check for the registration fee in the amount of $200.00.

There is also enclosed a self-addressed stamped postcard to be
used as our receipt of the above.  We would appreciate your
processing this application and look forward to a favorable
response in this matter.

Very truly yours,

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.

Nancy E. Sasamoto

NES:lar:2704
Enclosures

MMU0000099

200.00- 30/    725783

APPLICATION FOR REGISTRATION OF TRADEMARK ON
PRINCIPAL REGISTER ESTABLISHED BY THE ACT OF JULY 5, 1946

Trademark: MIYANO and design

Int. Cl. No.: 7

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

Miyano Machinery USA Inc.
940 North Central Avenue
Wood Dale, Illinois  60191

The above-identified applicant is an Illinois corporation
and has adopted and is using the trademark shown in the accom-
panying drawing for

Machines and machine tools - namely, turning
centers, lathes, vertical machining centers
and all parts therefor

and requests that said mark be registered in the United States
Patent and Trademark Office on the Principal Register established
by the act of July 5, 1946.

The trademark was first used on October 1, 1985; was first
used in interstate commerce on October 1, 1985; and is now in use
in such commerce.

The mark is used by applying it to product and cartons
containing the product and five (5) specimens showing the mark as
actually used are presented herewith.

"MIYANO" is a Japanese family name and has no particular
English translation.

The applicant is the owner of registration numbers:
1,217,316; 1,217,317 and 1,473,925.

Applicant hereby appoints Masaru Funai, Helmut Eifert, Mary
W. Shellenberg, Joseph S. Parisi and Nancy E. Sasamoto, members
of the Bar of the State of Illinois practicing under the firm
name of Masuda, Funai, Eifert & Mitchell, Ltd., 134 North LaSalle
Street, Suite 1700, Chicago, Illinois  60602 either individually
or collectively, its attorneys with full power of substitution
and revocation, to prosecute this application to register, to
transact all business in the Patent and Trademark Office in
connection therewith, and to receive the certificate of registra-
tion.

Nancy E. Sasamoto, whose postal address is Suite 1700, 134
North LaSalle Street, Chicago, Illinois  60602, is hereby desig-
nated applicant's representative upon whom notices or processes
in proceedings affecting the mark may be served.

MMU0000100

Toshiharu Miyano states that he is the President of appli-
cant corporation and is authorized to execute this affidavit on
behalf of said corporation; he believes said corporation to be
the owner of the trademark sought to be registered; to the best
of his knowledge and belief no other person, firm, corporation or
association has the right to use said mark in commerce, either in
the identical form or in such near resemblance thereto as to be
likely, when applied to the goods of such other person, to cause
confusion, or to cause mistake, or to deceive; and the facts set
forth in this application are true; and further, these statements
were made with the knowledge that willful false statements and
the like so made are punishable by fine or imprisonment, or both,
under Section 1001 of Title 18 of the United States Code and such
willful false statements may jeopardize the validity of the
application or document or any registration resulting therefrom.

MIYANO MACHINERY USA, INC.

BY: _____
      Toshiharu Miyano, President

DATED: *April 7, 1988* , 1988

df/3530

-2-

MMU0000101

725783



Miyano Machinery USA, Inc.
940 North Central Avenue
Wood Dale, Illinois  60191

INT. CL.       7

PRIOR U. S. CL.   23

5709

First Use:  October 1, 1985

First Use in Commerce:  October 1, 1985

Goods:     Machines and machine tools - namely, turning centers,
           lathes, vertical machining centers and all parts,
           therefor

Attorneys:  Masuda, Funai, Eifert & Mitchell, Ltd.
            134 North La Salle Street, Suite 1700
            Chicago, Illinois  60602



3

1527309

"REGISTERED"

MAR 0 7 1989

PAT. & T.M. OFFICE

PUBLISHED
DEC 13 1988

255

MMU0000102











MMU0000103



U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office

IN REPLY REFER TO THE FOLLOWING AND THE FILING DATE:

Paper No.

| SERIAL NO. | APPLICANT | |
|---|---|---|
| 73/725783 | MIYANO MACHINERY USA INC. | |

MARK

MIYANO (STYLIZED)

| ADDRESS | | ACTION NO. |
|---|---|---|
| NANCY E. SASAMOTO | | 01 |
| MASUDA, FUNAI, EIFERT & MITCHELL, LTD. | | MAILING DATE |
| 134 NORTH LASALLE STREET | | |
| SUITE 1700 | | 07/01/88 |
| CHICAGO, IL 60602 | | |

FORM PTO-1525 (2-84)    U.S. DEPT. OF COMM. PAT. & TM OFFICE

ADDRESS:
Commissioner of
Patents and
Trademarks
Washington, DC
20231

The address of
all correspondence
not containing fee
payments should
include the word
"Box 5."

Also furnish: (1) Serial number of application, (2) The mark, (3)
Examining Attorney's name and Law Office Number, (4) Mailing date
of this action, and (5) Applicant's name (or applicant's
attorney), telephone number and zip code.

A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6
MONTHS FROM THE DATE OF THIS ACTION IN ORDER TO AVOID
ABANDONMENT.

SN 725783/627

The assigned Examining Attorney has reviewed the referenced
application and determined the following.

The Examining Attorney has searched the Office records and has
found no similar registered or pending mark which would bar
registration under Trademark Act Section 2(d), 15 U.S.C. Section
1052(d) (1986). TMEP section 1105.01. An informality in the
application nonetheless precludes further action at this point.

The affidavit signed by Toshiharu Miyano is not notarized.
Though it does contain some language that would satisfy the
declaration requirements of 37 C.F.R. Section 2.20, it does not
contain all the statements required of declarations submitted in
lieu of notarized affidavits. A comparison of the original
affidavit form with the attached model declaration should
illustrate the deficiencies.

The attached declaration may be executed to remedy the
application's informality. Once executed it may be inserted in
the file; a new application need not be executed.

MMU0000104

SN 725783/627                    -2-

In all correspondence to the Patent and Trademark Office, the
Applicant should list the name and law office of the Examining
Attorney, the serial number of this application, and the mailing
date of this Office action.

The Examining Attorney will decide on the merits of the
application when the Applicant responds.   37 C.F.R. Section
2.61(b); TMEP section 1105.01.

mB
GR:oim                              Gerard Rogers
                                    Trademark Attorney
                                    Law Office 8
                                    703 557-5242

MMU0000105

———————————————————————————
(Name of Officer of Corporation)

being hereby warned that willful false statements and
the like so made are punishable by fine or imprisonment,
or both, under Section 1001 of Title 18 of the United
States Code and that such willful false statements may
jeopardize the validity of the application or any
registration resulting therefrom, declares that the
undersigned is

———————————————————————————
(Official Title)

of Applicant corporation and is authorized to execute
this instrument on behalf of said corporation; he/she
believes said corporation to be the owner of the
mark sought to be registered; to the best of his/her
knowledge and belief no other person, firm, corporation,
or association has the right to use said mark in
commerce, either in the identical form or in such near
resemblance therto as may be likely, when applied to the
goods/services of such other person, to cause confusion,
or to cause mistake, or to deceive; the facts set forth
in this application are true; and all statements made of
his/her own knowledge are true and all statements made
on information and belief are believed to be true.

———————————————————————————
(Name of Corporation)

By_____
(Signature of Officer of Corporation, and
Official Title of Officer)

———————————————————————————
(Date)

MMU0000106

TM

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.

ATTORNEYS AT LAW
134 NORTH LASALLE STREET
12TH FLOOR
CHICAGO, ILLINOIS 60602

TELEPHONE (312) 977-9500
TELECOPIER (312) 558-1195
Telecopier (312) 558-1056

THOMAS MASUDA
(1905-1966)

SUBURBAN OFFICE
TWO CONTINENTAL TOWERS
1701 GOLF ROAD   SUITE 403
ROLLING MEADOWS, IL 60008
TELEPHONE (312) 977-9500
TELECOPIER (312) 952-8925

MASARU FUNAI
HELMUT EIFERT
GERALD L. MOREL
MARY W. SKELLENBERG
JERROLD E. FINK
JOSEPH S. PARISI
COLIN HARA
KEITH WALTER GRAEBE
THOMAS A. KIEPURA
GARY D. SANTELLA
BRYAN Y. FUNAI
NANCY E. SASAMOTO
STEPHEN M. PROCTOR
DAYNE KONG
TARA GILL
EDWARD J. UNDERHILL
CHERYL F. SERTLER
ELDON H. KAKUDA
PAULA K. DAVIS

August 8, 1988

The Commissioner of Patents and Trademarks
Washington, D.C. 20231
Box 5

Attention:    Law Office Eight,
              Trademark Attorney Jerard Rogers

Re:          73/725783
             Mark: "MIYANO" (STYLIZED)
             Applicant:  Miyano Machinery USA Inc.
             Mailing Date of Office Action: 07/01/88

Dear Mr. Rogers:

In response to your Office Action Number One, dated July 1, 1988
(a copy of which is attached), I am enclosing the executed
declaration of Toshiharu Miyano, President of the applicant
company.  I understand that this executed declaration will be
inserted in the file.

With the inclusion of the attached declaration, it is believed
that this application is in condition for publication.  Favorable
action is therefore requested.  Please feel free to contact me if
you have any questions or require further information.

Very truly yours,

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.

Nancy E. Sasamoto

NES:df 3508
Enclosure

cc:  Miyano Machinery USA Inc.

Toshiharu Miyano
_____
        (Name of Officer of Corporation)
being hereby warned that willful false statements and
the like so made are punishable by fine or imprisonment,
or both, under Section 1001 of Title 18 of the United
States Code and that such willful false statements may
jeopardize the validity of the application or any
registration resulting therefrom, declares that the
undersigned is

President
_____
                (Official Title)
of Applicant corporation and is authorized to execute
this instrument on behalf of said corporation; he/she
believes said corporation to be the owner of the
mark sought to be registered; to the best of his/her
knowledge and belief no other person, firm, corporation,
or association has the right to use said mark in
commerce, either in the identical form or in such near
resemblance therto as may be likely, when applied to the
goods/services of such other person, to cause confusion,
or to cause mistake, or to deceive; the facts set forth
in this application are true; and all statements made of
his/her own knowledge are true and all statements made
on information and belief are believed to be true.

        Miyano Machinery USA Inc.
        _____
                (Name of Corporation)

By _____ President
        (Signature of Officer of Corporation, and
        Official Title of Officer)

        August 3, 1988
        _____
                        (Date)

MMU0000108



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
73/725,783

2. Mark:
MIYANO
(Stylized)

3. Applicant:
MIYANO MACHINERY USA INC.

4. Publication Date:
DEC. 13, 1988

The mark of the application above identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13 of the Statute or by rules 2.101 and 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained at $9.50 each for domestic orders, or at $11.88 each for foreign orders from

The Superintendent of Documents
U.S. Government Printing Office
Washington, D.C. 20402

By direction of the Commissioner.

MMU0000109

#4

RECEIVED
TRADEMARK MAILROOM
JUL 12 1994
US PATENT & TRADEMARK OFFICE

## MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
### ATTORNEYS AT LAW

JAMES M. COOPER
HELMUT EIFERT
JERROLD E. FINK
BRYAN Y. FUNAI
MASARU FUNAI
KEITH WALTER GROEBE
COLIN HARA
DAYNE KONO
THOMAS P. MC MENAMIN
GERALD L. MOREL
JOSEPH S. PARISI
STEPHEN M. PROCTOR
GARY D. SANTELLA
NANCY E. SASAMOTO
MARY W. SHELLENBERG
EDWARD J. UNDERHILL

THOMAS MASUDA
(1905-1986)

ONE EAST WACKER DRIVE    SUITE 3200
CHICAGO, ILLINOIS 60601-2002
TELEPHONE (312) 245-7500
TELECOPIER (312) 245-7467

TWO CONTINENTAL TOWERS
1701 GOLF ROAD    SUITE 800
ROLLING MEADOWS, IL 60008-4241
TELEPHONE (708) 734-8811
TELECOPIER (708) 734-1089

WILLIAM P. ANDREWS
DENISE L. BERDELLE
NATE FATA
KATHLEEN M. GABER
HITOSHI HASEGAWA
DANIEL N. JANICK
ELSON H. KAKUDA
BRADLEY D. KAPLAN
STEVEN L. KATZ
AMY L. KURLAND
REBECCA B. LEDERHOUSE
KENDALL BLAKE LYNCHEY
CAROL HIROMI MORITA
LAURIE A. PEARD
SUSAN M. RENTSCHLER
RIKA SAEKI
JOHN F. SCANLAN
JOHN S. STANIS

PLEASE RESPOND TO:

July 12, 1994

Assistant Commissioner for Trademarks                    **VIA EXPRESS MAIL**
2900 Crystal Drive
Arlington, VA  22202-3513

Attn:  Post Registration Division

Re:    Combined Declaration Under Sections 8 and 15 for MIYANO and Design®
       Owner: Miyano Machinery USA Inc.
       Registration No.:    1,527,809
       Registration Date:   March 7, 1989
       Int'l Class No.:     7

Dear Sir or Madam:

Please find enclosed herewith a Combined Declaration Under Section 8 and 15 on behalf of Miyano Machinery USA Inc. indicating that MIYANO and Design® has been in continuous use in interstate commerce for five consecutive years from the date of the registration to the present on the goods recited in the registration. Also enclosed is a check in the amount of $200.00 as payment of the filing fee and specimens of the mark as used. Please place this Declaration on record and commence your review procedure.

Also, please return the enclosed card acknowledging receipt of this Declaration.

Very truly yours,

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.

Amy L. Kurland

Enclosures

cc:  Joseph S. Parisi, Esq.

ALK:ban
2260\20060002.ak3

MMU0000110

RECEIVED
TRADEMARK MAILROOM
JUL 1 2 1994
US PATENT & TRADEMARK OFFICE
6

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Section 8 and 15          )
Declaration for                 )
MIYANO MACHINERY USA INC.       )
                                )
                                )
Registration No.: 1,527,809     )
Date: March 7, 1989             )
Mark:  MIYANO and Design        )

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513
Attn:  Post Registration Division

"Express Mail" mailing label number: NB 400 328 236

Date of Deposit:    July 12, 1994

    I hereby certify that the attached Combined Declaration under
Sections 8 and 15, is being deposited with the United States Postal
Service "Express Mail Post Office to Addressee" service under 37
C.F.R. 1.10 on the date indicated above and is addressed to the
Assistant Commissioner for Trademarks, 2900 Crystal Drive,
Arlington, VA 22202-3513, Attn: Post Registration Division.

                    Respectfully submitted,

                    Amy L. Kurland

ALK:han
2260\misc\20060002.ak3

MMU0000111

$200. - 374$



RECEIVED
TRADEMARK MAIL ROOM
JUL 1 2 1994
US PATENT & TRADEMARK OFFICE

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
POST REGISTRATION SECTION

International Class No.: 7

Owner:   Miyano Machinery USA Inc.
Trademark:   Miyano and Design
Registration No.:   1,527,809
Registration Date:   March 7, 1989

## COMBINED DECLARATION UNDER SECTIONS 8 AND 15

TOSHIHARU (TOM) MIYANO  declares that he is the CHAIRMAN OF THE BOARD  of Miyano Machinery USA Inc. an Illinois corporation, having its principal place of business at 940 North Central Avenue, Wood Dale, Illinois 60191, and is authorized to execute this Declaration on behalf of said corporation; that Miyano Machinery USA Inc. owns the above-identified registration issued on March 7, 1989, as shown by records in the Patent and Trademark Office; that the mark shown herein has been in continuous use in interstate commerce for five consecutive years from the date of the registration to the present on all of the goods specified in the Certificate of Registration:

Machines and machine tools - namely, turning centers, lathes, vertical machining centers and all parts therefor

that such mark is still in use in commerce as evidenced by the specimens included herewith showing the mark as currently used on the goods and on point of purchase displays; and there has been no final decision adverse to the Registrant's claim of ownership of such mark for such goods, or to the Registrant's right to register the same or to keep the same on the Principal Register, and that there are no proceedings involving said rights pending and not

150 KK 07/27/94 1527809                    0 374      200.00 CK

MMU0000112

disposed of either in the Patent and Trademark Office or in the courts.

I declare further that all statements made herein are true and that these statements were made with the knowledge that willful false statements and the like are punishable by fine or imprisonment, or both under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this document and the registration to which it relates.

Registrant hereby appoints Amy L. Kurland, Nancy E. Sasamoto and Joseph S. Parisi, all members of the Bar of the State of Illinois and practicing under the firm name of Masuda, Funai, Eifert & Mitchell, Ltd., One East Wacker Drive, Suite 3200, Chicago, Illinois 60601-1802, either individually or collectively, attorneys for said registrant with full power of substitution and revocation to file this declaration and to transact all business in the Patent and Trademark Office in connection therewith.

MIYANO MACHINERY USA INC.

BY: _____

TITLE: CHAIRMAN OF THE BOARD

Print or Type Name and Title:

TOSHIHARU (TOM) MIYANO, CHAIRMAN OF THE BOARD

Dated: JUNE 21, 1994

ALK:ban
2260\m\20060001.ak3



# 2-AXIS CNC TURNING CENTER

# Miyano

# LE-12
# LE-22

*The machine color is the USA standard.*



## MIYANO'S 2 AXIS CNC TURNING CENTER PROVIDES THE MOST EFFICIENT MACHINING.

### ■MAIN FEATURES

- High speed traverse rate of the main turret (Z-Axis:630IPM) provides shorter cycle time.
- High responce VAC motor enables efficient and powerful cutting.
- The turret features bi-directional fast indexing of 0.4 sec. (LE-22) with a powerful clamping force to ensure highly accurate heavy machining.
- Tool setting can be performed quickly with Miyano's "SPEED SETTER" sensor (option).
- Coolant tank is separate from the main body to cut the effect of thermal distortion for high accuracy machining.
- The 10 station turret can be equipped with up to 5 revolving tools. Spindle positioning (option) or C-axis spindle control (option) allows various types of combined machining.
- Self cleaning slant bed structure for easy chip disposal.
- 32 bit CPU in the control unit for faster processing.

MMU0000114

## ■ MACHINE SPECIFICATION

RECEIVED
TRADEMARK MAILROOM
JUL 12 1994
US PATENT & TRADEMARK OFFICE

| Bar Capacity(round) | | 1-3/8" (35mm) | 2" (51mm) |
|---|---|---|---|
| | | 6-1/2" (165mm) | 8" (210mm) |
| | | 10" (255mm) | 11-3/4" (300mm) |
| | | 6" (165mm) | 8" (210mm) |
| | | A2-5 | A2-6 |
| | | 1-3/8" (35mm) | 2" (52mm) |
| | | 30 to 5,000rpm | 26 to 4,000rpm |
| | | VAC 20HP (15.0kW) | VAC 25HP (18.5kW) |
| | | 8 degree | 8 degree |
| Collet Chuck | | S-16 P-Type Collet | S-22 P-Type Collet |
| | | S-16 S-Type Collet | S-22 S-Type Collet |
| | | DIN 171E | DIN 177E |
| | | CRAWFORD W-850 | CRAWFORD V-120 |
| Tooling Station | | 10 | 10 |
| Cutting Tool Shank Size | | 3/4" (20mm) | 1" (25mm) |
| Tool Hole Dia. | | 1-3/4" (40mm) | 1-3/4" (40mm) |
| Slide Stroke | X-Axis | 5-7/8" (150mm) | 6-1/2" (165mm) |
| | Z-Axis | 11-3/4" (300mm) | 13-3/4" (350mm) |
| Rapid Traverse Rate | X-Axis | 472" (12m)/min. | 551" (14m)/min. |
| | Z-Axis | 630" (16m)/min. | 630" (16m)/min. |
| Turret Indexing Time | | 0.5sec. | 0.4sec. |
| Max. Slide Stroke | | 11-3/4" (300mm) | 11-3/4" (300mm) |
| Max. Slide Force | | 560kgf | 560kgf |
| Sleeve Size | | MT-4 | MT-4 |
| Machine Height | | 66" (1,670mm) | 66" (1,670mm) |
| Floor Size without Bar Guide | | 74"×58" (1,890×1,480mm) | 84"×58" (2,135×1,480mm) |
| Machine Weight | | 7,270lbs (3,300kg) | 7,930lbs (3,600kg) |

Barfeeding System, Parts Catcher, Parts Conveyor, Chip Conveyor, Chip Cart, Work Ejector, Revolving Tools, C-Axis Control, Spindle Orientation, Spindle Positioning, High Pressure Coolant, Spindle Air Blow, Auto Door, Tail Stock, NC Processor

Note:The specifications are subject to change without notice.
Machine in photo may not be exactly same as actual products.

9040TC

## ■ NC SPECIFICATIONS (FANUC OT)

2-Axis, X and Z axis are controlled simultaneously
Interpolation Unit:0.001mm
0.001mm
8,000 Character (65ft/20m)
By RS-232C Interface
4,800 bit/sec.(with NC Processor)
G01:Linear, G02/G03: Circular
Low Speed, 25%, 50%, 100%
0 to 150% by 10% steps
G32/ G92
Constant cutting speed control,
Direct speed setting with S4 digits
50% to 120% by 10% steps
By work coordinate system setting
T4 digit command, first two digits;
Selection of tool number and work coordinate number 1 to 32, Last two digits;tool position offset
By measuring out or gauging dimension
One cycle bar work running, Continuous bar work running, Single block running, Block delete, Machine lock, Dry run, Feed hold,

32 bit CPU, 9" Monochrome CRT, Decimal Input, Manual Pulse Generator, Memory Protect, Start Interlock, Program No. Search, Canned Cycle (G90, G92, G94), Multiple Repetitive Canned Cycle (G70 to G75), Self Diagnosis, Stored Stroke Limit, Circular Interpolation by Radius Designation, Digital Servo System, Chamfering Corner R, Tool Nose R Compensation

LE9040TC

**NC OPTION**

Additional Program Memory, Direct Drawing Dimension Programm

## ■ EXTERNAL VIEW



Upper:LE-22
Lower:LE-12

MIYANO MACHINERY JAPAN INC.
3-1, Shimoenjaku 7-chome, Mitaka-shi Tokyo 181, Japan
Phone:0422-45-1121 Telex: NINOYO J Facsimile:0422-44-6699

MIYANO MACHINERY USA INC.
Head Office, Production Division:
940 North Central Avenue, Wood Dale, Illinois 60191 U.S.A.
Phone:(708)766-4141 Telex:910-256-0480 Facsimile:(708)860-7266
Westcoast Branch:
2831 North San Fernando Blvd., Burbank, California 91504 U.S.A.
Phone:(818)848-6699 Facsimile:(818)842-2052

MIYANO MACHINERY EUROPE GMBH.
Feldheider Strasse 62, 4006 Erkrath 2, West Germany
Phone:02104-31067 Telex:08582270 MIYA D Facsimile:02104-35239

MIYANO MACHINERY ASIA CO. LTD.
#411, Sun Plaza, 28 Canton Road, Kowloon, Hong Kong
Phone:311-7273  Facsimile:311-7356

PRINTED IN JAPAN US-2E-90053330/b



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO.  1527809          SERIAL NO. 73/725783          PAPER NO.
                                                                 MAILING DATE: 02/13/95

MARK: MIYANO (STYLIZED)

REGISTRANT: MIYANO MACHINERY USA INC.

CORRESPONDENCE ADDRESS:
    AMY L. KURLAND
    MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
    ONE EAST WACKER DRIVE, SUITE 3200
    CHICAGO, IL  60601-2002

Please furnish the following
in all correspondence:

1.   Your phone number and zip code.
2.   Mailing date of this action.
3.   Affidavit-Renewal Examiner's name.
4.   The address of all correspondence
     not containing fees should include
     the words "Box 5".
5.   Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.

BARBARA HARPER
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 308-9500  EXT. 41

MMU0000116

eTeas Change of Correspondence                                                                    73725783

| | |
|---|---|
| <SERIAL NUMBER> | 73725783 |
| <MARK> | http://tess2.uspto.gov/webaka/images/73725783.gif |
| <LAW OFFICE ASSIGNED> | TMEO Law Office # 8 |
| <CONTACT TYPE> | Correspondent |
| | |
| <ORIGINAL ADDRESS> | AMY L. KURLAND |
| | MASUDA, FUNAI, EIFERT & MITCHELL, LTD. |
| | ONE EAST WACKER DRIVE, SUITE 3200 |
| | CHICAGO, IL 60601-2002 |
| | US |
| | |
| <NEW ADDRESS> | |
| <CORRESPONDENT> | George H. Kobayashi |
| <ORGANIZATION> | Masuda, Funai, Eifert & Mitchell, Ltd. |
| <INTERNAL ADDRESS> | Suite 2500 |
| <STREET ADDRESS> | 203 North LaSalle Street |
| <CITY> | Chicago |
| <STATE> | IL |
| <POSTAL CODE> | 60601-1262 |
| <PHONE> | 312-245-7500 |
| <FAX> | 312-245-7467 |
| <EMAIL> | gkobayashi@masudafunai.com |
| <EMAIL AUTHORIZED> | Y |
| <SUBMIT DATE> | Nov 4, 2003 |
| | |
| <BOILERPLATE> | |
| <EMAIL> | The USPTO is authorized to communicate with the applicant at the listed email address. |
| | |
| <SIGNATURE> | |
| <SIGNATURE-NAME> | /George H. Kobayashi/ |
| <SIGNATORY-DATE> | 20031104 |
| <SIGNATORY-NAME> | George H. Kobayashi |
| <SIGNATORY-POSITION> | Attorney at Law |

MMU0000117

TRADEMARK APPLICATION SERIAL NO. **725783**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

040  05/13/88  725783                    1 301    200.00 CK

PTO–1555
(5/87)

MMU0000118

```
***** USER ID IS ex866396 *****
          # OF MARKS      # DISPLAYED   SEARCH
SS1:           5                5       PHRASCH MIYANO
SS2:        3090                1       SYLSCH MIYANO
SS3:         101                2       PHRASCH 2&007/IC~DEAD/LD
HELLO FROM SDC/ORBIT IV.  (06/22/88  2115 P.M.  EASTERN TIME!
YOU ARE NOW CONNECTED TO THE ACTIVE TRADEMARK DATABASE.
TIMEPROMPTING IS NOW IN EFFECT.
SEARCH AUDITING IS NO LONGER IN EFFECT.
```

MMU0000119

```
***** USER ID IS ex866398 *****
        # OF MARKS    # DISPLAYED   SEARCH
SS1:         1            1         PHRASCH /OW GRAFOTEC KOTTERER
SS2:         1            1         PHRASCH /OW GRAFOTEC KOTTERER
SS3:         1            1         PHRASCH /OW MORBIDELLI
SS4:        12            3         PHRASCH /OW MASCHINENFABRIK RIETER
SS5:         4            4         PHRASCH /OW REFLANGE
SS6:         6            6         PHRASCH /OW MIYANO MACHINERY
SS7:         1            1         PHRASCH /OW ROTABRUSH
SS8:         1            1         PHRASCH /OW THERMASSAGE
SS9:         6            6         PHRASCH /OW DURKOPPWERKE
PROG:
TERMINAL SESSION FINISHED 06/21/88  4:28 P.M.  (EASTERN TIME)
ELAPSED TIME ON ACTIVE: 0.42 HRS.
ELAPSED TIME THIS TERMINAL SESSION: 0.42 HOURS.
PLEASE HANG UP YOUR TELEPHONE NOW.  GOOD-BYE!
```

MMU0000120

TRADEMARK ACTION REPORT        PROCESS DATE:  10/14/88        PAGE:  4

SERIAL NUMBER [AM0032]:  73/725783   (CONTINUED)

ADDRESS [PY001]:   NNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNN
         [PY002]:   940 NORTH CENTRAL AVENUE

CITY [PY004]:  WOOD DALE

STATE/COUNTRY [PY012]:  ILLINOIS

ZIP CODE [PY020]:  60191

TRANSACTION COMPLETE

MMU0000121

PR

TRADEMARK ACTION REPORT      PROCESS DATE: 10/14/86      PAGE: 3

SERIAL NUMBER [AM0032]: 73/725783. (CONTINUED)

FOREIGN APPL. NUMBER [FN007]: NNNNNNNNNNNN

FOREIGN APPL. FILING DATE [FN001]: NNNN/NN/NN

FOREIGN REG NUMBER [FN009]: NNNNNNNNNNNN

FOREIGN REGISTRATION DATE [FN002]: NNNN/NN/NN

FOREIGN REG. EXPIRATION [FN003]: NNNN/NN/NN

FOREIGN RENEWAL REG NUMBER [FN010]: NNNNNNNNNNNN

FOREIGN REG. RENEWED [FN004]: NNNN/NN/NN

FOREIGN REG. RENEWED EXP [FN005]: NNNN/NN/NN

PRIORITY CLAIMED: NO

PRIOR U.S. REGISTRATION [PR002]: 1217316

PRIOR U.S. REGISTRATION [PR002]: 1217317

PRIOR U.S. REGISTRATION [PR002]: 1473925

AND OTHERS [AM004]:

ASSIGN, NAME CHANGE [NC99991]:

APPLICANT [PY017]: ORIGINAL APPLICANT - FIRST NAME

ENTRY NUMBER [PY004]: 01

    NAME [PY014]: MIYANO MACHINERY USA INC.

ENTITY TYPE [PY005]: CORPORATION

CITIZENSHIP [PY003]: ILLINOIS

COMPOSED OF [CO****]:

ENTITY STATEMENT [EN****]:

DBA/AKA STATEMENT [DB****]:

MMU0000122

TRADEMARK ACTION REPORT    PROCESS DATE: 09/26/88      PAGE:  2

SERIAL NUMBER [AM032]: 73/725783  (CONTINUED)

USE IN ANOTHER FORM [AF***2]:

GOODS AND SERVICES [GS****]:   MACHINES AND MACHINE TOOLS – NAMELY, TUR
                               NING CENTERS, LATHES, VERTICAL MACHINING
                               CENTERS AND ALL PARTS THEREFOR

CERTIFICATION STMT [CS000]:

ATTORNEY [AT000]:              NANCY E. SASAMOTO

CORR. NAME/ADDRESS [AM001]:    NANCY E. SASAMOTO
                   [AM002]:    MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
                   [AM003]:    134 NORTH LASALLE STREET
                   [AM004]:    SUITE 1700
                   [AM005]:    CHICAGO, IL  60602

DOMESTIC REP [DR0000]:

CONCURRENT USE STMT [CCU***]:

DESCRIPTION OF MARK [DM0000]:

DISCLAIMER /PREDETERMINED TEXT [D10000]:

INTERFERENCE STATEMENT [IN0000]:

LINING AND STIPPLING STATEMENT [LS000]:

NAME/PORTRAIT DESC. / CONSENT [N0000]:

ORDER REST. SCOPE/CLAIM OF REG [OR****]:

SECTION 2(F) [AM078]:  NO

SECTION 2(F) IN PART [AM079]:  NO

SECTION 2(F) LIMITATION STMNT. [TF000]:

TRANSLATION OF WORDS IN MARK [TR0000]:

FOREIGN ENTRY NUMBER [FN006]:  NNN

FOREIGN COUNTRY OF ORIGIN [FN008]: NO FRGN CNTY CODE

MMU0000123

RADEMARK ACTION REPORT    PROCESS DATE: 09/26/88    PAGE: 1

ERIAL NUMBER [AM032]: 73/725783    FILING DATE [AM016]: 1988/05/02

XAMINING ATTORNEY [AM025]: ROGERS, GERARD

AW OFFICE [AM024]:    8

TATUS:    ALLOWED

ARK [AM028]: MIYANO

ARK DRAWING CODE [AM029]: ~~5000~~ 5T09    ←

ARK TYPE:
Trademark [AM058]

PO DESIGN CODE [MP003]:

GISTER: Principal [AM086]

ENDED/REGISTER: NNNNNN

TE REGISTER AMND [AM014]: NNNN/NN/NN


IME CLASSIFICATION [CL010]: 007

ASS STATUS: ACTIVE

ASS STATUS DATE: 1988/05/27

L CLASS(ES) [CL003]: 007

CLASS(ES) [CL005]: 023

E OF FIRST USE [CL007]: 1985/10/01

E OF FIRST USE IN COMM [CL008]: 1985/10/01

IN ANOTHER FORM [AF***0]:

IN ANOTHER FORM [AF***1]:

MMU0000124

## POST REGISTRATION REVIEW WORKSHEET

**Name:** _____ **Date:** 1-2-95 **Reg. No:** 1527809

I certify all information in the database matched the information in the file and no corrections were required.

**INSTRUCTIONS:** If the information in the database does not match the information in the file, the reviewer should check the ERROR column. After correction (text editing), the EDIT column should be checked. RETAIN IN FILE.

| Screen | Error | Edit | | Error found during review requiring amendment of: |
|---|---|---|---|---|
| | | | AM | Mark Word ____ Drawing Code ____ New Drawing: Yes ____ No |
| | | | AM | Mark Type: |
| MK | | | AM | Register: |
| | | | AM | Amended Register: ____ Date Register Amended: |
| CL | | | CL | Prime Classification: |
| | | | CL | Class Status ____ Active ____ Inactive ____ Class Status Date: |
| | | | CL | International Class: Add ____ Delete ____ Reclassify |
| | | | CL | U.S. Class: ____ Add ____ Delete ____ Reclassify |
| | | | GS | Goods and Services: |
| | | | DL | Deleted Goods ( ) ____ Less Goods (( )) |
| CD | | | AT | Attorney Name: |
| | | | CD | Correspondence: Name ____ St. Address ____ City/St/Cntry ____ Zip |
| | | | DR | Domestic Representative: |
| AC | | | AO | Amended/Registration Statement: |
| | | | BO | Certification of Correction Statement: |
| | | | PY30 | Registrant: ____ Name |
| | | | PY | ____ Entity Type |
| | | | PY | ____ Citizenship/State of Inc. |
| | | | PY | Address ____ Inter ____ City ____ State/Co ____ Zip |
| | | | EN | Entity Statement: |
| | | | CO | Composed of Statement: |
| PY | | | DB | Doing Business As (DBA) or (AKA) or (TA) Statement |
| | | | NC30 | |
| | | | PY | Registrant ____ Name |
| | | | PY | ____ Entity Type |
| | | | PY | ____ Citizenship/State of Inc. |
| | | | PY | Address ____ Inter ____ City ____ State/Co ____ Zip |
| | | | EN | |
| | | | CO | |
| | | | DB | |
| | | | NC | |
| | | | 99 | |
| | | | | |
| | | | | |

**OTHER:**

**REMARK:** _____ 8 _____ 16/95

I certify that all corrections have been entered in accordance with the above instructions and text editing guidelines.

MMU0000125

FORM PTO-1328
(REV 1 83)

**U.S. DEPARTMENT OF COMMERCE**
PATENT AND TRADEMARK OFFICE

## TRADEMARK APPLICATION FILE DATA WORKSHEET

| 1. SERIAL NUMBER | 2. FILING DATE | 3. LAW OFFICE |
|---|---|---|
| 725783 | 0502  1988 | 8 |
| | 4. REGISTER TYPE  PR | 5. MARK DRAWING CODE  5 |

**F2**

MIYANO

**F3**

| 1. INT. CL. | 2. 1st USE DATE | 3. 1st COMMERCE | 4. PAID | 5. PRIOR U.S. CLASS(ES) | 6. GOODS/ SERVICES |
|---|---|---|---|---|---|
| 007 | 1001 1985 | 1001 1985 | Y | 023 | SEE APPLI- CATION |

**F4** — APPLICANT INFORMATION

| | 1. ENTITY | 2. ENTRY NO. | 3. CITIZENSHIP | 4. NAME | | **F5** ENTRY NO. | APPLICANT ADDRESS |
|---|---|---|---|---|---|---|---|
| 1st | | | | | | 01 | |
| 2nd | | SEE APPLICATION | | | | 02 | SEE APPLICATION |
| 3rd | | | | | | 03 | |

**F6,7** CORRESPONDENCE ADDRESS (F6) and ATTORNEYS (F7) - SEE APPLICATION

**F8**

| ENTRY NO. | COUNTRY CODE | FOREIGN APPLICATION NO | FOREIGN FILING DATE |
|---|---|---|---|
| 01 | FOREIGN REGISTRATION NO. | FOREIGN REGISTRATION DATE | EXPIRATION DATE |
| | RENEWAL REGISTRATION NO | RENEWAL DATE | RENEWAL EXPIRATION DATE |
| ENTRY NO. | COUNTRY CODE | FOREIGN APPLICATION NO. | FOREIGN FILING DATE |
| 02 | FOREIGN REGISTRATION NO. | FOREIGN REGISTRATION DATE | EXPIRATION DATE |
| | RENEWAL REGISTRATION NO | RENEWAL DATE | RENEWAL EXPIRATION DATE |

**F9** PRIOR U.S. REGISTRATIONS - SEE APPLICATION

**F10**

| TEXT TYPE CODE | ADDITIONAL TEXT (SEE APPLICATION OR ENTER TEXT BELOW) |
|---|---|
| | |

EMPLOYEE NUMBER  KJ

USCOMM-DC #3 3775

MMU0000126