# Exhibit 45





Precision Is Parody.



# Precision Is Paramount.

## At our level, every part counts.

That's why Miyano designs and builds the highest quality turning centers in the industry. Miyano is the world leader in the manufacturing of precision machining equipment. Our machines are put to the test in the most critical operations, and pass with flying colors time and time again.

One way we'll help you produce the best possible parts is with the BX-26S. This Dual Spindle Gang Tool Lathe was designed from the ground up for ultimate efficiency and productivity for complete machining of complex bar work (up to 1" in diameter) in a single setup. Featuring two 3D gang tool slides, identical 8,000RPM 5HP left and right spindles, and capacity for eight 4,000RPM revolving tools, the BX-26S is ideal for complex applications.

For more information, please call us, visit our website.





Miyano — The World Leader in Precision

630-766-4141
www.miyano-usa.com

# PM Advertisers' Index

| Advertiser | Page | Telephone | Web Address |
|---|---|---|---|
| Automatics & Machinery Co., Inc. | 65 | (800) 543-7666 | www.automatics.com |
| Autoturn Tooling Inc. | 66 | (586) 758-1050 | www.autoturn.biz |
| Benz, Inc. | 57 | (704) 529-5300 | www.benz-inc.com |
| Boston Centerless | 26 | (800) 343-4111 | www.bostoncenterless.com |
| Comex | 65 | (203) 334-2196 | |
| Davenport Machine | 56 | (800) 344-5748 | www.davenportmachine.com/products.asp?id=1 |
| Detroit Automatic Tooling, Inc. | 67 | (800) 328-6424 | www.datsstuff.com |
| Dillon Manufacturing, Inc. | 26 | (800) 428-1133 | www.dillonmfg.com |
| Edge Technologies | Fourth Cover | (314) 692-8388 | www.edgetechnologies.com |
| Engineered Concepts, Inc. | 64 | (856) 694-4896 | www.gangturn.com |
| Gammons Hoaglund Company | 68 | (800) 842-9446 | www.gammons.com |
| Ganesh Machinery Inc. | 39 | (888) 542-6374 | www.ganeshmachinery.com |
| Genevieve Swiss Industries, Inc. | 67 | (413) 562-4800 | www.genswiss.com |
| Gibbs and Associates | 2 | (800) 654-9399 | pm.GibbsCAM.com |
| Haas Automation, Inc. | 1 | (800) 331-6746 | www.haascnc.com |
| Hanwha Machinery | 11 | (262) 373-1600 | www.hanwhamachinery.com |
| Hardinge, Inc. | 12 | (800) 843-8801 | www.hardingetooling.com |
| Horn USA | Second Cover | (888) 818-4676 | www.hornusa.com |
| Hyundai-Kia Machine | 5 | (201) 489-2887 | www.hyundai-kiamachine.com |
| IMTS 2008 | 16 | (800) 322-4687 | www.imts.com |
| Index Corporation | 64 | (888) 236-0329 | www.index-usa.com |
| Iscar Metals, Inc. | Third Cover | (817) 258-3200 | www.iscarmetals.com |
| JuraTech Engineering | 38 | (805) 798-5022 | www.juratechengineering.com |
| Leistritz Corp. | 55 | (201) 934-8262 | www.leistritzcorp.com |
| LNS America, Inc. | 6 | (513) 528-5674 | www.lnsamerica.com |
| M J Tool & Manufacturing, Inc. | 65 | (860) 658-1112 | www.mjtoolmfg.com |
| Marubeni Citizen-Cincom Inc. | 23 | (201) 818-0100 | www.marucit.com |
| MFG.com | 51 | (866) 667-1212 | www.productionmachining.com/mfgquote |
| Miyano Machinery USA Inc. | 29 | (630) 766-4141 | www.miyano-usa.com |
| NSK America Corp. | 58 | (800) 585-4675 | www.nskamericacorp.com |
| New Dimension Metals Corp. | 7 | (800) 462-6362 | www.ndmetals.com |
| New England Broach Co. Inc | 64 | (800) 680-7727 | |
| NTK Cutting Tools | 45 | (866) 900-9800 | www.ntkcuttingtools.com |
| Outokumpu | 27 | (888) 458-4600 | www.outokumpu.com/stainless/na |
| PartMaker Inc. | 9 | (888) 270-6878 | www.partmaker.com |
| Pat Mooney, Inc. - The Saw Company | 14 | (800) 323-7503 | www.patmooneysaws.com |
| Precision Machined Products Association | 69 | (440) 526-0300 | www.pmpa.org |
| Royal Products | 64 | (800) 645-4174 | www.mistcollectors.com |
| Sandvik Coromant Co. | 25 | (800) 726-3845 | www.coromant.sandvik.com/us |
| Schmolz + Bickenbach (formerly Ugitech USA) | 13 | (877) 844-6387 | www.schmolz-bickenbach.us |
| Slater Tools Inc. | 60 | (586) 465-5000 | www.slatertools.com |
| SPC Innovations | 67 | (410) 643-1600 | www.spcinnovations.com |
| Stafford Special Tools | 4 | (800) 642-2024 | www.staffordspecialtools.com |
| Stama America | 44 | (630) 233-8100 | www.stama-america.com |
| Star CNC Machine Tool Corp. | 15 | (516) 484-0500 | www.perfectioninmotion.com |
| Stihl Inc. | 59 | (757) 486-9100 | www.stihlusa.com |
| Sugino Corp. | 60 | (888) 784-4661 | www.suginocorp.com |
| Swisset Tool Co. | 67 | (603) 524-0082 | www.swissettool.com |
| Thinbit | 53 | (888) 844-6248 | www.thinbit.com/mmcp |
| Thurston Mfg. Co. | 63 | (401) 232-9100 | www.thurstonmfg.com |
| Vektek Inc. | 54 | (800) 992-0836 | www.vektek.com |
| Watkins Mfg. Inc. | 61 | (800) 444-5373 | www.saw-lutions.com |

**PM Online: Information when, where and how you want it.**
www.productionmachining.com

MMU0017793



| WESTEC Preview | 3-Axis Lathes | Custom Alloys |

# Today's Machining World
THE MAGAZINE FOR THE PRECISION PARTS INDUSTRY

## Manufacturing Muscle
U.S. boom in fitness equipment

Today's Machining World Magazine
P.O. Box 847
Lowell, MA 01853

CHANGE SERVICE REQUESTED

:BYNPJCF **AUTO**SCH 3-DIGIT 601
:0046939 5# SMWC0046939        P9
:MAD TSAY
:IYANO MACHINERY INC
:340 N CENTRAL AVE
:WOOD DALE IL 60191-1216

PRST STD
U.S. Postage
PAID
Permit # 649
Liberty, MO

www.todaysmachiningworld.com

MMU0017795

# WHEN PRODUCTIVITY COUNTS, NOTHING BEATS A MIYANO



39 different models, all designed for maximum productivity
From two-axis to twelve-axis turning
From 0.5" to 2.5" stock


The World Leader in Precision

**For more information:**
Tel   630-616-6041
Fax  630-616-6025
Web  www.miyano-usa.com

**WESTEC®**
ADVANCED PRODUCTIVITY EXPOSITION
Booth # 2734

North American Headquarters - Wood Dale, Illinois
World Headquarters - Nagano, Japan  |  European Headquarters - Düsseldorf, Germany
Additional Branch Offices - Shanghai, China  |  Rizal, Philippines  |  Kowloon, Hong Kong  |  Bangkok, Thailand

MMU0017796

THE FOLLOWING ARE COMPANIES WHO HAVE GIVEN INFORMATION ON 3-AXIS LATHES

# product focus

Each month, *Today's Machining World* works to help you understand how the precision parts marketplace works, what's available in the industry, and how you can use available resources, as well as knowledge, to run a more efficient and effective shop. In every issue, we'll feature a product category and focus on equipment key to remaining competitive in our marketplace.

A machine axis is commonly defined as the travel direction of the workpiece (usually Z-axis) and either the longitude/latitude direction of the cutting tool (usually X and Y axis). These are considered the "cutting axis" which vary from builder to builder. Some builders use an assortment of different alphabetized axes depending on the part process of their equipment. Some include a "non-cutting" axis such as an "A-axis" that opens or closes a chuck or workholding clamp. A 3-axis machine (either Mill/Drill) consists of a solid workpiece machined by table movement (table back/forth X axis, table in/out Y axis, and table up/down Z axis).

## Miyano Machinery

The BND-51SY2 from Miyano Machinery is a twin spindle compact turning center that features a single 3-axis turret (X, Y and Z) as well as a programmable subspindle and two programmable C-axis spindles. It has a maximum bar capacity of 51mm (2.0), A Y-axis for machining is standard with the BND-51SY2. The CNC program moves the turret along the Y-axis slide to perform more complex milling and parallel hole drilling/tapping operations when the optional live tools are used. This assists the BND-51SY2 in performing secondary machining operations. The BND-51SY2's tooling system also contributes to its versatility and ability to complete parts in a single setup. The main turret holds tool holders in both directions, and all of the twelve tool stations are capable of using live tools. Double-tooling allows up to four tools to be mounted on each station, expanding the maximum number of available tools.

For more information please contact Miyano Machinery USA at 630-766-4141 or visit www.miyano-usa.com.

MMU0017797

Case 1:08-cv-00526   Document 128-5   Filed 06/21/2008   Page 8 of 8

# ad index
### Today's Machining World

| Page | Advertiser | Description |
|---|---|---|
| 69 | ABANAKI | Coolant maintenance products at hot prices. Call 800-358-7546 or visit www.abanaki.com/001 |
| 69 | ACCUTRAK | Link with the pros in knurling and roll forming. Contact us at 800-433-4933 or visit www.accu-trak.com. |
| 10 | AMSCO | Amsco stocks a large variety of parts & tooling for B&S, Davenport, Acme, New Britain, and Lipe Bar Feeds. Call 800-832-6726. |
| 73 | AUTOTURN | Tooling & machinery, featuring IMG. Call 586-758-1050 or visit www.autoturn.biz. |
| 67 | BOSTON CENTERLESS | Single source supplier of round bar material and grinding with unmatched quality and precision. Call 800-343-4111 or visit www.bostoncenterless.com. |
| 12 | CHAMPION SCREW MACHINE | Your headquarters for tooling & replacement parts. |
| 68 | COMEX | Swiss CNC and cam automatics experts. Large stock of automatics, attachments and replacement parts. "Turnkey" including training is available. AMEA-CEA certified appraisals. |
| 16-17 | DETROIT AUTOMATIC TOOLING | World's largest stock of threading equipment; new, surplus tooling and repair parts for multi-spindle automatics. Visit www.detroitautomatic.com. |
| 33 | DOOSAN | Speed, power and performance. Contact your Doosan distributor for more details, or visit www.infracoremt.com. |
| 47 | DURA-BAR | Continuous cast iron bar stock. The only material sold with a "Zero-Defect" guarantee. Call 800-BAR-MILL or visit www.dura-bar for more information. |
| 45 | EATON STEEL | Producers of cold drawn steel bars and distributor of hot rolled steel bars. Call 800-527-3851 or visit www.eatonsteel.com. |
| 55 | GANESH | Fast, efficient and affordable, small parts turning and milling centers. Call 888-542-6374 or visit www.ganeshmachinery.com. |
| 48-49 | GRAFF-PINKERT | Specialists in multi-spindle automatic screw machines and rotary transfers. Family owned business for over 60 years. Call 708-535-2200 or visit www.graffpinkert.com. |
| 83 | HANWHA MACHINERY AMERICA | Professional Swiss-style CNC turning centers. Call 262-373-1600 or visit www.hanwhamachinery.com. |
| 9 | HURCO | A global automation company designing & producing computer controls, software & machine systems. Call 800-634-2416 or visit www.hurco.com. |
| 71 | HYDROMAT | Unique & innovative manufacturing solutions with the world's finest precision transfer machines. Call 314-432-4644 or visit www.hydromat.com. |
| 63 | ISCAR | Supplier of precision carbide metalworking tools, carbide inserts, end mills and cutting tools. Call 817-258-3200 or visit www.iscar.com. |
| 26 | LANDIS THREADING | Thread making answers. Call 800-358-3500 or visit www.landisthreading.com. |
| 68 | LESTER DETTERBECK | Manufacturer of Special Cutting Tools, Tool Blanks, Cams and Tool Holders for the Turned Parts Industry for over 90 years. Call 1-800-533-3328. |
| 66 | MACHINETOOLS.COM | The global metalworking marketplace for jobs, machines, auctions, tooling and more. Visit machinetools.com today. |
| 84 | MARUBENI CITIZEN-CINCOM, INC. | A joint venture company — Marubeni Tokyo & Citizen Watch Co., Ltd., builder of precision Swiss-type lathes. Call 201-818-0100 or visit www.marucit.com. |
| 24 | MILLTRONICS | CNC Machines for turning profits, starting at $124,980. Call 952-442-1410 or visit www.milltronics.net. |
| 27 | MITTAL STEEL | The largest global supplier of bar and flat steel products. Call 312-899-3440 or visit www.arcelormittal.com for more information. |
| 19 | MIYANO | Building the best turning centers in the industry. Call 630-766-4141 or visit www.miyano-usa.com. |
| 51 | NEW DIMENSION METALS | Change your impression of cold finished steel bars. Call 800-462-6362 or visit www.ndmetals.com. |
| 2-3 | NEXTURN - TYLER MACHINE COMPANY | The CNC Swiss machine leader. Call 603-474-7692 or visit www.tylermachine.com. |
| 41 | NOWAK | Patented Nowak wedge chucking system for Davenports and Acmes, plus rebuilding and parts. Call 800-423-0970 or visit www.nowakproducts.com. |
| 25 | NSK | Upgrade your machines to flexible, multi-purpose machining centers. Call 800-585-4676 or visit www.nskamerica.com. |
| 14 | OMNI TURN | Engineered to order. Built in America. Call 631-694-9400 or visit www.omni-turn.com. |
| 6 | PARTMAKER SOFTWARE | PartMaker CAD/CAM reduces part programming time for CNC Mills, Lathes, EDM, Turn-Mill Centers & CNC Swiss-type lathes. Call 888-270-6878 or www.partmaker.com. |
| 39 | SCHUTTE | A whole new approach to CNC multi-spindle machining. Call 517-782-3600 or visit www.schuttemsa.com. |
| 76 | SME | Society of Manufacturing Engineers invites you to WESTEC March 31-April 3rd in Los Angeles, CA. Visit www.sme.org for more information. |
| 67 | SOMMA TOOL | Broaches, dovetails, hollow mills, quick-change insert tooling and more. Experience honest-to-goodness service. Visit www.sommatools.com. |
| 53 | SOUTHWICK & MEISTER | Manufacturer of collets, carbide guide bushings & allied tooling for ALL Swiss-type automatics. Call 203-237-0000 or visit www.s-mcollets.com. |
| 21 | STAR CNC | The industry's most complete line of advanced Swiss-type CNC machines. Visit www.starcnc.com. |
| 37 | TSUGAMI/REM SALES | The perfect combination of speed and power. Swiss-type, mill-turn and machining centers. Call 800-808-1020 or visit www.tsugamiusa.com. |
| 71 | VARLAND | Specialists in high quality, precision barrel electroplating since 1946. |
| 4 | WILCOX STEEL | Cold bar steel drawn manufacturing. Committed to customer satisfaction, excellent quality and on-time delivery. Call 800-504-7452 or visit www.wilcoxsteel.com. |

advertisers

MMU0017798