# <u>Exhibit 47</u>

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.

ATTORNEYS AT LAW
134 NORTH LASALLE STREET
17TH FLOOR
CHICAGO, ILLINOIS 60602

TELEPHONE (312) 977-9500
TELECOPIER (312) 558-1155
TELECOPIER (312) 558-1058

MASARU FUNAI
HELMUT EIFERT
GERALD L. MOREL
MARY W. SHELLENBERG
JERROLD E. FINK
JOSEPH S. PARISI
COLIN HARA
KEITH WALTER GROEBE
THOMAS A. KIEPURA
GARY D. SANTELLA
BRYAN Y. FUNAI
NANCY E. SASAMOTO
STEPHEN M. PROCTOR
DAYNE KONO
TARA GILL
EDWARD J. UNDERHILL
CHERYL F. GERTLER
ELDON H. KAKUDA
PAULA K. DAVIS

THOMAS MASUDA
(1905-1966)

SUBURBAN OFFICE
TWO CONTINENTAL TOWERS
1701 GOLF ROAD   SUITE 403
ROLLING MEADOWS, IL 60008
TELEPHONE (312) 977-9500
TELECOPIER (312) 952-8825

April 19, 1988

Commissioner of Patent and Trademark
Washington, D.C.   20231

CERTIFED MAIL

Re:  Trademark:  MIYANO and Design
     Registration No.:  1,217,317

Dear Sirs:

Please find enclosed hereiwth a Combined Affidavit Under Section
8 and 15 relating to the mark MIYANO and design of same owned by
Miyano Machinery USA Inc.  We would appreciate your acknowledging
receipt of the Affidavit and placing it of record in the records
of the United States Patent and Trademark Office.  In conjunction
with the submission of the Combined Affidavit, our check in the
amount of $200.00 is enclosed together with five (5) specimens of
the mark MIYANO and design of same as used in commerce.  In
addition, a self-addressed postcard acknowledging receipt of the
application is enclosed herewith.

Should you have any questions, please contact me at your conven-
ience.

Very truly yours,

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.

Edward J. Underhill
EJU:cc3702
Enclosures

cc:  Miyano Machinery USA Inc.
     Attention:  Mr. Roy Takahashi,
                 Asst. to the President

MMU0000139

#4                                         200, 00
                                            311

IN THE UNITED STATES
PATENT AND TRADEMARK OFFICE

Registrant:  Miyano Mahinery          Trademark:  Miyano and
             (U.S.A.) Inc.                        Design

Registration No.:  1,217,317          Int. Class:  7
Registration Date:  11/23/82          U.S. Class:  23

COMBINED AFFIDAVITS UNDER SECTIONS 8 AND 15

TOSHIHARU MIYANO declares and states that he is the
President of Miyano Machinery (U.S.A.) Inc., an Illinois cor-
poration, having its principal place of business at 940 North
Central Avenue, Wood Dale, Illinois 60191, and is authorized to
execute this affidavit on behalf of said corporation; that Miyano
Machinery (U.S.A.) Inc. owns the above-identified registration
issued November 23, 1982; that the mark shown herein has been in
continuous use in interstate commerce for five consecutive years
from the date of the registration or the date of publication
under Section 12(c) (4) to the present, on the following goods
identified in the registration:


POWER LATHES;

BAR FEEDERS;


that such mark is still in use in commerce as evidenced by the
specimens included herewith showing the mark as currently used;
that there has been no final decision adverse to registrant's
claim of ownership of such mark for such goods, or to
registrant's right to register the same or to keep the same on
the register, and that there is no proceeding involving said
rights pending and not disposed of either in the Patent and
Trademark Office or in the courts.

A check for two hundred dollars ($200.00) is enclosed.

Registrant hereby appoints Masaru Funai, Helmut Eifert, Mary
W. Shellenberg, Joseph S. Parisi and Edward J. Underhill, all
members of the Bar of the State of Illinois and practicing under
the firm name of MASUDA, FUNAI, EIFERT & MITCHELL, LTD., 134
North LaSalle Street, Suite 1700, Chicago, Illinois, 60602,
either individually or collectively, attorneys for said
registrant, with full power of substitution and revocation, to

MMU0000140

file this declaration and to transact all business in the Patent
and Trademark Office in connection therewith.

                                        Miyano Machinery (U.S.A.) Inc.

                                        By: _____

                                        Position: PRESIDENT

SUBSCRIBED and SWORN to before me
this 7 day of April , 1988.

_____
Notary Public

lds:3244

OFFICIAL SEAL
HENRY R. MARCHIONNE
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXP. JULY 15, 1991

-2-

MMU0000141



MMU0000142

 **UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRE    Y AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO.   1217317      SERIAL NO. 73/328921      PAPER NO.
                                                   MAILING DATE:  10/11/88

MARK: M MIYANO (AND DESIGN)

REGISTRANT:  MIYANO MACHINERY (U.S.A.) INC.

CORRESPONDENCE ADDRESS:
  MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
  134 NORTH LA SALLE STREET
  17th FLOOR
  CHICAGO, ILLINOIS 60602

Please furnish the following
in all correspondence:

1.  Your phone number and zip code.
2.  Mailing date of this action.
3.  Affidavit-Renewal Examiner's name.
4.  The address of all correspondence
    not containing fees should include
    the words "Box 5".
5.  Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.

--------------------------------------------
BARBARA HARPER
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 557-1988

MMU0000143