# **Exhibit 49**

# SERVICE REPORT

**Miyano Machinery Inc.**
940 N. Central Avenue
Wood Dale, Illinois 60191
Phone: (630) 766-4141
Fax:   (630) 860-7266

REPORTER: Mark Wajda
DATE: 7/8/05

CUSTOMER: ASI    Tel: 510-669-2250
425 Appian Way
El Sobrante, CA 94803
CONTACT PERSON: Michael Peterson
DEALER: Clancy Machine  STATE (CA)  Tel: (408) 991-9912

| CUSTOMER P.O. NO. | SERVICE REQ. BY |
| --- | --- |
|  |  |
| MACHINE MODEL | SERIAL NO. |
| BND-42TR | BD70048R |
| CONTROL MODEL | CONTROL S/N |
| Fanuc 18-T |  |
| SPINDLE DRIVE | INVERTOR S/N |
|  |  |

1. NEW INSTALLATION  ②TEST CUTTING
3. INSTRUCTION  4. ELECTRIC TROUBLE SHOOT
⑤ ALTER SET-UP  6. REPLACEMENT PARTS
7. ADJUSTMENT  8. CHECK-UP  9. REPAIR
10. DISASSEMBLE  11. ASSEMBLE  12. OTHER

| DATE | 7/5 | 7/6 | 7/7 | 7/8 | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| HOURS WORKED | 4 | 8 | 8 | 4 | | | | |
| HOURS TRAVEL | 6 | 0 | 0 | 6 | | | | |

SPECIAL OPTIONAL ATTACHMENT

WARRANTY  YES ☒  NO ☐

**SERVICE REQUESTED:** Initial Set-up & Training for BND-42TR.

**SERVICE PERFORMED:** Assisted Charlie from Clancy Machine in set-up and training customer. Pick-off chuck is leaking so we tried to fix but were not successful. Chicago agrees to send new replacement ASAP. Other than pick-off chuck machine is functioning properly.

| Q'TY. | PART NO. | PART NAME | UNIT PRICE | TOTAL PRICE |
| --- | --- | --- | --- | --- |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

PRESIDENT OF COMPANY:
OWNER OF COMPANY:
PROGRAMMER   SET-UP   FOREMAN
POSSIBILITY OF NEXT MACHINE

SERVICED BY: (Serviceman Signature)
APPROVED BY: (Customer Signature)

# SERVICE REPORT

**Miyano Machinery Inc.**  484420
940 N. Central Avenue
Wood Dale, Illinois 60191
Phone: (630) 766-4141
Fax: (630) 860-7266

REPORTER: OKI / MARK
DATE: 08/18/03

CUSTOMER: Wolverine Machine  Tel (248) 634-9452
319 Cogshall St
Holly MI 48442
CONTACT PERSON: Jeff, Chuck, ED CHANDLER

DEALER: _____ STATE ( ) Tel: _____

| CUSTOMER P.O. NO. | SERVICE REQ. BY |
|---|---|
| MACHINE MODEL LZ-01R | SERIAL NO. LZ1R0430~33 |
| CONTROL MODEL 21-iTb | CONTROL S/N ~~~ See Below |
| SPINDLE DRIVE | INVERTOR S/N |

✗ 1. NEW INSTALLATION  2. TEST CUTTING
3. INSTRUCTION  4. ELECTRIC TROUBLE SHOOT
5. ALTER SET-UP  6. REPLACEMENT PARTS
7. ADJUSTMENT  8. CHECK-UP  9. REPAIR
10. DISASSEMBLE  11. ASSEMBLE  12. OTHER

| DATE | 8/18 | 8/19 | 8/20 | 8/21 | 8/22 | 8/23 |
|---|---|---|---|---|---|---|
| HOURS WORKED | 6H | 12H | 8H | 10H | 10H | 6 |
| HOURS TRAVEL | 5H | | 5H/5H | | | |

SPECIAL OPTIONAL ATTACHMENT:  OK!  mark.

WARRANTY  YES ☒  NO ☐

SERVICE REQUESTED: NEW INSTALLATION / SET UP / Program / Train

SN# LZ1R0430 — FANUC SN# E024A0394         SN# LZ1R0432 — FANUC Control SN# E024A0119
   LZ1R0431 — E024A0395                    LZ1R0433 — E024A0118

SERVICE PERFORMED: 4 new machines are leveled.
All functions (machine, loader) are checked.
Other 4 machines (LZ1R417, 427, 428, 429) are re-leveled.
LZ1R431, 433 got a low battery alarm. They are re-taught turret pos.
LZ1R432 needed to be re-taught turret pos. 1 = done

| Q'TY. | PART NO. | PART NAME | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PRESIDENT OF COMPANY: _____   OWNER OF COMPANY: _____
PROGRAMMER   SET-UP   FOREMAN   POSSIBILITY OF NEXT MACHINE

SERVICED BY: (Serviceman Signature)   APPROVED BY: (Customer Signature)