# Exhibit 51

| | | |
|---|---|---|
| 09:45:12 | 1 | develop a new mark, which they did.  And they developed a |
| 09:45:18 | 2 | stylized Miyano, the word Miyano, in script rather than block |
| 09:45:24 | 3 | letters. |
| 09:45:26 | 4 | THE COURT:  Is that the one that's on page 2 of your |
| 09:45:31 | 5 | preliminary injunction motion?  This one (indicating)? |
| 09:45:36 | 6 | MR. KARTON:  Yes. |
| 09:45:37 | 7 | THE COURT:  Okay. |
| 09:45:37 | 8 | MR. KARTON:  And Miyano, both Miyano Japan, MMJ, and |
| 09:45:44 | 9 | MMU began to use that stylized name, the design.  The triangle |
| 09:45:56 | 10 | that you saw pictures of, the triangle with the winged M -- |
| 09:46:00 | 11 | THE COURT:  Page 3 of the preliminary injunction, |
| 09:46:02 | 12 | this one? |
| 09:46:02 | 13 | MR. KARTON:  Right. |
| 09:46:04 | 14 | They say it was adopted in '05 in the United States, |
| 09:46:13 | 15 | that was after Tom Miyano left the company.  It had been not |
| 09:46:19 | 16 | used prior to that time.  As I said, Tom Miyano owns that mark |
| 09:46:25 | 17 | in Japan.  It was never used commercially prior to that time. |
| 09:46:33 | 18 | We feel that Miyano, MMU, is attempting to usurp a |
| 09:46:41 | 19 | mark that is owned personally by Tom Miyano, or, in the |
| 09:46:49 | 20 | alternative, is attempting to establish a right to use a mark |
| 09:46:55 | 21 | that it had years before abandoned. |
| 09:47:02 | 22 | There is the additional factor that, while |
| 09:47:05 | 23 | MiyanoHitec Machinery is certainly a corporation, on the |
| 09:47:11 | 24 | website now and in the advertising now, they are displaying |
| 09:47:18 | 25 | the trade name Tom and Steven Miyano, not affiliated in any |

| | | |
|---|---|---|
| 09:47:24 | 1 | way with Miyano Machinery, Inc. in the United States or Miyano |
| 09:47:29 | 2 | Machinery in Japan.  They are using their personal surname to |
| 09:47:34 | 3 | do business. |
| 09:47:35 | 4 | THE COURT:  But is it called MiyanoHitec Machinery? |
| 09:47:38 | 5 | MR. KARTON:  The company is called MiyanoHitec |
| 09:47:42 | 6 | Machinery.  But the advertising for it and the advertising at |
| 09:47:46 | 7 | the trade show on their booth will be Tom and Steven Miyano -- |
| 09:47:51 | 8 | THE COURT:  Okay. |
| 09:47:51 | 9 | MR. KARTON:  -- two different -- and there will be |
| 09:47:53 | 10 | the disclaimer to differentiate it from MMJ.  That's -- that's |
| 09:48:03 | 11 | basically the difference here. |
| 09:48:05 | 12 | THE COURT:  Okay. |
| 09:48:07 | 13 | MR. KARTON:  As far as the motions are concerned, |
| 09:48:09 | 14 | there are two, as Mr. Manzo mentioned, the one for leave to |
| 09:48:15 | 15 | amend.  We, of course, have no objection to that.  And had I |
| 09:48:21 | 16 | known beforehand, I would have told him that we have no |
| 09:48:23 | 17 | objection to that. |
| 09:48:24 | 18 | THE COURT:  Okay. |
| 09:48:25 | 19 | MR. KARTON:  We would, of course, like an opportunity |
| 09:48:27 | 20 | to respond to the amended motion.  The -- because there is |
| 09:48:37 | 21 | information that is going to be coming from Japan, it's |
| 09:48:41 | 22 | necessary from Japan, and because we don't control the |
| 09:48:45 | 23 | corporation MMJ, and we somehow don't think that they are |
| 09:48:51 | 24 | going to be as cooperative as they might be, given that |
| 09:48:55 | 25 | they're the opponents in a lawsuit, and because of the |