# Exhibit 53







MMU0022179



