# Exhibit 54

We supply various production systems such as a CNC-Lathe, Machining-Center, CNC-Grinders and more.

We provide High-End Quality machines and very reasonable cost machines.

We also have a capability for creating CNC-Lathe and Machining-Center systems.

# MIYANOHITEC MACHINERY, INC.

Corporate Head Quarter:
  Web: www.miyanohitec.com
  E-Mail: hitecinc@hotmail.com
   TEL: +1(847)382-2794
   FAX: +1(847)382-4928

50 Dundee Lane
Barrington Hills
Illinois
60010 U.S.A.

**MHU000452**