# **Exhibit 55**

# A Home with a Concert Hall
# Miyanohitec Machinery, Tom Miyano

What sort of person has a concert hall in his home? Barrington resident Thomas Miyano hosted a fund raising concert and dinner for the Japan America Society of Chicago and treated 90 guests in his home on June 16th.

Thomas Miyano (58) was the owner and president of Miyano Machinery Japan, which produces machine tools based in Japan. Miyano was also president of Miyano Machinery U.S.A, a subsidiary based in the Chicago suburbs. Miyano moved here in 1984 to promote the subsidiary.

\* \* \* \* \* \* \* \*

Founded by Miyano's grandfather in 1888, Miyano Machinery Japan is one of the biggest and the oldest machine tool companies in Japan. Miyano was raised with triangle rulers and a drawing table since he was a child and became one of the few creative designers for the company.

\* \* \* \* \* \* \* \*

While Miyano was applying for U.S. citizenship, Japan's Financial Services Agency, the Industrial Revitalization Corporation of Japan (IRCJ), intervened in Miyano Machinery Japan in 2003. Miyano withdrew from the company. IRCJ then listed the company on the second section of the Tokyo Stock Exchange in 2006. Miyano resigned as the chairman of Miyano Machinery U.S.A. and joined his son Steven's company Miyanohitec Machinery, Inc., founded in 2004. Steven's company has no relationship with Miyano Machinery Japan or U.S.A. Now, Miyano is CEO and Designer for Miyanohitec Machinery, Inc.

\* \* \* \* \* \* \* \*

Miyanohitec Machinery, Inc. was newly founded as an American company and has 3 divisions. It is a dealer for machine tool companies in Japan and India, a distributing agent for automobile makers in Japan and India, and a machine tool designer and maker. Recently, Miyano founded a joint venture company in India to make machines. The products are sold all over the world.

Thomas Miyano said, "Being an American, it's easier to do business globally." Miyanohitec machinery became the first qualified machinery tool company in the Minority Business Supplier Association in Chicago.

Miyano also said that the key to success was creativity and innovative ideas. "You can hire engineers, but designers are crucial. Few people can have innovative ideas. That is the role of the designer," Miyano said.

Miyano has 22 copyrights and said, "From my long time experience, I get inspiration to make a new machine tool. You keep the status quo and satisfy yourself, but you cannot reach the next step."

\* \* \* \* \* \* \* \*

According to Miyano, a 70 to 80 year company history is common in the machinery tool industry. Therefore, all companies seem like family members, even internationally.

Miyano was an executive director for the Japan Machine Tool Builders' Association for 23 years, and was a contact man for India. That background enabled him to establish a joint venture company with an Indian partner. Miyano said, "Indian people in upper class are educated in the British style and comply with regulations. Once we have signed a contract, we can trust each other."

\* \* \* \* \* \* \* \*

Because of personal closeness within the machine tool industry, the best way to entertain guests is inviting them to one's home. Miyano designed his home with a concert hall. Actually, the hall was originally designed as a dance hall. "I thought I would dance with my wife," Miyano said. A white piano in the hall was a gift for his wife commemorating their 25th wedding anniversary.

\* \* \* \* \* \* \* \*

Miyano said, "I think that it's important to do something for your neighbors in American life." He used to invite neighbors to his home concerts when his children were small.

Miyano joined and became a director of the Japan America Society of Chicago 2 years ago. "The Society is the place that Japanese meet Americans. I thought that it would be more profitable for the members to have a good time with music and dinner rather than just to donate some cash to the Society," Miyano told the reason to plan a fund raising event "A Music Tour of Europe" with his friend Mike Tsuruga.

Cooking has been Miyano's hobby since childhood. All of the food that satisfied the guests was prepared by him and Tsuruga. Miyano thanked all guests, his friends, and his family who helped make the event a success.

*Thomas Miyano (right) and his son Steven Miyano*

## Advertisements


**ALOHA GRILL** — HAWAIIAN BBQ
773-935-6828
Carry Out • Dine In • Delivery • Party Trays
2534 N. Clark St., Chicago

**Katsu** Japanese Restaurant
2651 W. Peterson, Chicago
(773) 784-3383
5 pm-11 pm   Closed Tue.

**RENGA-TEI** JAPANESE RESTAURANT
3956 W. Touhy, Lincolnwood
Sushi Bar
Lunch & Dinner
(Tuesday Closed)
847-675-5177


**Akai Hana Restaurant**
www.akaihanasushi.com
3223 W. Lake Ave., Wilmette, IL 60091
TEL: 847-251-0384 AX: 847-251-0581
**Market** Gift Asian Grocery
3223 W. Lake Ave., Wilmette, IL 60091
TEL: 847-256-7010 FAX: 847-256-7020

$$$ WANTED: $$$
DIAMONDS, OLD GOLD JEWELRY, FINE WATCHES, SILVERWARE & RARE COINS
Keith Uchima, Graduate Gemologist, G.I.A.
Our traveling gem lab will come to your location or bank!
Free estimate! (verbal)
Also available:
Insurance Appraisals from $75
Engagement ring consulting
Certified Diamonds Available
A&R Estate Buyers, LLC
312-209-2727
website: coming soon!
*Mention this ad for free jewelry cleaner w/ appointment!

**JAPANESE RESTAURANT CHIYO** 
SHABU SHABU Sushi & More
Open: 5 pm - 0 am   Closed Tuesday
Tel: 773-267-1555
3600 W. Lawrence Ave., Chicago, IL 60625

**Hiromi Restaurant**
Japanese and Filipino Cuisine
Karaoke, Party, Carry Out
(773) 588-6764
Tue.- Sun 6 pm-2 am   Closed Mon.
3609 W. Lawrence Ave., Chicago

**ACCENTRIC** CUSTOM FRAMING
2010 N. Damen Avenue, Chicago, 60647
Hours: T-F 11-6 Sat. 12-5 Sun. 12-4
T: 773.348.7800   Parking Available
Principal Framer: Yoko Kawaguchi
• Complimentary Professional Consultation
• Exceptional selection of frames and mats
• Work done on premises
• Flexible turnaround time
• Vintage B/W Photographs of Historic Chicago
• Readymade Frames
• Photo Albums
• Holiday Gifts

**KANGEN WATER FOR YOUR HEALTH**
**KIYOTA**
"水商売" を始めました。
**KIYOTA International, Inc.**
CALL: 847-253-1960 TAKEUCHI

**KUNi'S** Japanese Restaurant
Mon.-Sat. (Lunch)11:30am-1:45pm
(Dinner)5pm-9:45pm
Sun. (Dinner)5pm-9:45pm
Closed Tue.
511-A MainStreet
Evanston, IL 60202
(847) 328-2004

**Sankyu** Japanese Style Restaurant & Bar
(Lunch) 11:30am-2pm Mon.-Sat.
(Dinner) 5pm-10:30pm Mon.-Sun.
(Karaoke) -1am, Sun.-Th.,
-2am, Fri.&Sat.
1176 Elmhurst Rd., Mt. Prospect
847-228-5539

**NEW SEOUL** 
Korean Charcoal B.B.Q.
Mon-Fri 11:00 AM - 11:00 PM
Sat 12:00 PM - 11:00 PM
Sun 1:00 PM - 10:30 PM
Party Room for 50 people with KARAOKE
847-439-3720
638 W. Algonquin Rd. Des Plaines

**CHICAGO KALBI** KOREAN BBQ RESTAURANT
3752 W. Lawrence Ave., Chicago, IL 60625
(773) 604-8183
Mon.- Sun.  5 pm-midnight
Tue.  Closed

**Tokyo Marina** JAPANESE CUISINE 
Sushi, Tempura, Seafood
Open 7days a week
11:30 am to 10:30 pm
773-878-2900
5058 North Clark Street, Chicago
Free Parking in Rear

**Sakura RESTAURANT** 
105 S. Main Street
Mt. Prospect, IL 60056
(847) 577-0444
Tue.-Fri.   11:30 - 2:00
              5:00 - 10:30
Closed Mon.  Sat.&Sun.  4:00 - 10:00

**KAMEHACHI**
240 E. Ontario St, Chicago (312.587.0600)
1400 N. Wells St. Chicago (312.664.3663)
320 N. Dearborn, Chicago (877.866.9216)
1320 Shermer Rd. Northbrook (847.562.0064)
275 Parkway Dr. City Park Complex @
BIN 36, Lincolnshire (847.541.8800)

**Tensuke Market**
3 S. Arlington Heights Rd.
Elk Grove Village, IL 60007
(Higgins Rd. X Arlington Hts. Rd.)
Tel: 847-806-1200
(Sushi Order-1680)