# Exhibit 58

Side - 1



**NOTICE OF ABANDONMENT**
**MAILING DATE: Sep 18, 2006**

The trademark application identified below was abandoned because a response to the Office Action mailed on Feb 12, 2006 was not received within the 6-month response period.

If the delay in filing a response was unintentional, you may file a petition to revive the application with a fee. If the abandonment of this application was due to USPTO error, you may file a request for reinstatement. Please note that a petition to revive or request for reinstatement **must be received within two months from the mailing date of this notice.**

For additional information, go to http://www.uspto.gov/teas/petinfo.htm. If you are unable to get the information you need from the website, call the Trademark Assistance Center at 1-800-786-9199.

**SERIAL NUMBER:**    78671380
**MARK:**    H HITEC
**OWNER:**    Hitec Machinery International Inc.

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

VERNON W FRANCISSEN
VERNON W FRANCISSEN
53 W JACKSON BLVD STE 656
CHICAGO , IL   60604

MMU0022151

MMU0022152