# **Exhibit 60**


Member of Chicago Minority Business Development Council, Inc.

Marketing & Base Design
Design & Production

2006/11 2 १/

### HiTec Machinery International, Inc

Director & Designer
**Thomas T. Miyano**

50 Dundee Lane, Barrington Hills, Illinois 60010-5106 USA
T:847-3822794 F:847-3924928 C.US:847-8123146 C.JPN:070-6546-6721 hitecinc@hotmail.com

---

Member of Chicago Minority Business Development Council, Inc.

Marketing & Base Design
Design & Production
R & D for Main Component



### HiTec Machinery International, Inc

2006/11 2 १/

President
**Steven S. Miyano**

50 Dundee Lane, Barrington Hills, Illinois 60010-5106 USA
T(847)382-2794  F(847)382-4928      hitecinc@hotmail.com



DEFENDANT'S EXHIBIT
SB 63
4/17/08 YS

MMU0017490

Member of Chicago Minority Business Development Council, Inc.

Marketing & Base Design

Design & Production

2006/11 3¥/

## HiTec Machinery International, Inc

Director & Designer
Thomas T. Miyano

50 Dundee Lane, Barrington Hills, Illinois 60010-5106 USA
T:847-3822794 F:847-3824928 C.US:847-6123146 C.JPN:070-5546-6721 hitecinc@hotmail.com

Member of Chicago Minority Business Development Council, Inc.

Marketing & Base Design

Design & Production

R & D for Main Component

2006/11 3¥/

## HiTec Machinery International, Inc

President
Steven S. Miyano

50 Dundee Lane, Barrington Hills, Illinois 60010-5106 USA
T(847)382-2794  F(847)382-4928      hitecinc@hotmail.com

MMU0017490