# Exhibit 68


# Strategically Located Production Facilities

Miyano has three strategically located production facilities consisting of Fukushima factory for the production of small to medium size machines, Kitakami factory for medium to large size machines, and Miyano Machinery Philippines, Inc. for the production of cast-iron parts. Making full use of these locations and strategic production assignment to each factory help provide a broad range of Miyano products with optimum availability.

MMU0000915



## Japan



### Fukushima Factory
The Fukushima Factory produces Miyano's small to medium size turning centers, BNC, BND, BNE, and BX Series.





### Kitakami Factory
The Kitakami Factory produces Miyano's medium to large size turning centers, LZ, LX and ABX Series.





## Asia



### Miyano Machinery Philippines Inc.
This foundry facility built in 1987 in a suburb of Manila in the Philippines, ships almost all of its cast iron products to other Miyano production facilities.



11

# Research & Development



## We Keep You a Step Ahead with Our Progressive R & D Successes

Research and development of Miyano's unique lines of CNC machine tools are centrally organized in Manufacturing & Engineering Head Office of Fukushima factory. Manufacturing engineering and continuous improvement is performed by a Design & Engineering Department for each factories of Fukushima, Kitakami, and the Philippines. Our expertise tackle current global issues, such as energy conservation, prolonged life cycles and $CO_2$ emissions, while incorporating the newest technologies to increase performance to keep you stay ahead of the competition.

MMU0000917



### R & D



We are not bound with the conventional methods of R & D. Instead, we build life-size mock-ups and test the ease of operation and maintenance.







### Designing Automated Systems

We provide a variety of custom-designed automated systems ranging from a simple twin-machine setup to larger systems intended for complex machining with automatic measuring and monitoring systems.



Twin-Machine System

Twin-Machine System

Larger machining system with automatic measuring system

13

# High Quality Production



 

ISO 9002
Certificate Number: 35819

## Consistent High Quality and Exceptional Durability

All Miyano factories use the same Miyano quality standards to ensure consistent accuracy in machining, fitting, and performance. We perform extended running tests on every unit and machine to ensure care-free operation from beginning of installation. We also customize packing and inspection for safe delivery of our quality products.

14

**High Precision Machining**



The base frames of the machines go through a seasoning process and are machined by state-of-the-art large-scale "mother machines" to minimize long-term deformation reducing maintenance.

**Quality Assembly and Adjustment**



To provide quality machining on the customer floor, vital components such as the main spindle assemblies and tool turrets are machined, assembled, and inspected against high quality satisfaction criteria before shipment.

**Turn-key Systems**

When machining of special parts is involved or when we build automated systems, we perform test cutting and run-off test under customer supervision in our factory.



15

MMU0000920

# Customer Relationships



## We Value Good Relationships with Customers

In order to keep you up-to-date with our latest technology, we display our new products on a variety of world class trade shows, such as IMTS(USA), EMO(EU) and JIMTOF(Japan), as well as a number of local trade shows, and in-house shows. The homepages of Miyano Japan and Miyano USA provide a variety of information, such as, schedules for these trade shows, NC schools, and technical information, to keep in touch with you.

## Machine Tool Shows



To introduce our new products and to have communications with customers around the world, Miyano displays its booths at major and local trade shows around the world. We will be waiting for you to provide solutions to achieve competitive production.

## NC Schools



We offer NC schools at various locations to teach the basics of machine operations.

## Information Technologies



**Homepages**
Our homepages provide information on our new products, current techniques and various other new topics to our customers.






**"MOVE" Magazine**
This quarterly full-color magazine in Japanese language focuses on our new products, addressing timely technical issues and other hot topics.



**Promotion CD**
Video and 3D animation illustrate our products the way conventional paper media can not.

17

# Products by "Miyano"



## Installing "Miyano" Will Advance Your Business

With a variety of high quality machine models and with its extensive service network, "Miyano" is a world-class brand. Wherever you are in the world, when you install "Miyano" you are assured of its quality, durability and performance. Equipped with the newest models of world-class NC equipment, such as FANUC units, performance as a combined machine/control system is further enhanced. Extensive technical support provided by Miyano and the NC manufacturers will bring you confidence and the highest rate of productivity.

18

MMU0000923



### CNC Lathes for Barwork

ABX series (ABX-51TH₂, 64TH₂, 51DHY₂, 64DHY₂, 51SY, 64SY)
BNC series (BNC-34C, 42C)
BND series (BND-34C, 34S, 42C, 42S, 51C, 51S, 51SY)
BNE series (BNE-34S, 34SY, 51S, 51SY)
BNJ series (BNJ-34S, 34SY, 42S, 42SY)
BX series (BX-20S, 26S)

  

  

### CNC Lathes for Chuckwork

LK series (LK-03W)
LX series (LX-06, 06G, 08C, 08R, 08E)
LZ series (LZ-01R₂, 02R₂, 01RY₂, 02RY₂)

  

### High Precision CNC Lathes

GN series (GN-3000, 3000W, GN-4)
BM series (BM-250)

  

19

MMU0000924

# MIYANO MACHINERY

■ **Miyano Machinery Inc.**
Headquarters
36 Sumiyoshi, Ueda-shi, Nagano-ken, 386-0002 Japan
Phone: 0268-22-2700  Facsimile: 0268-26-7204

Fukushima Factory
500 Akazawa, Yabuki-machi, Nishi Shirakawa-gun
Fukushima-ken, 969-0206 Japan
Phone: 0248-44-3011  Facsimile: 0248-44-3016

Kitakami Factory
15-1 Kitakami Ryutsu Center, Kitakami-shi
Iwate-ken, 024-0014 Japan
Phone: 0197-68-2500  Facsimile: 0197-68-3311

■ **Miyano Machinery USA Inc.**
940 North Central Ave., Wood Dale, Illinois, 60191 U.S.A.
Phone: 630-766-4141  Facsimile: 630-860-7266

■ **Miyano Machinery Europe GmbH.**
Feldheider Strasse 62, D-40699 Erkrath Germany
Phone: 02104-30390  Facsimile: 02104-303930

Niederlassung Suddeutschland
(South German Office)
Im Galgen 15  78658 Zimmern ob Rottweil
Phone: 0741-174070  Facsimile: 0741-1740717

■ **Macro CNC Machine Tools Ltd. (UK)**
9A Navigation Drive, Hurst Business Park, Brierley Hill
West Midlands, DY5 1UT United Kingdom
Phone: 01384-489500  Facsimile: 01384-489501

■ **Miyano Machinery Asia Co., Ltd. (Hong Kong)**
Room 1301, Kam Hing Building, No.20, Hillwood Road
Tsimshatsui, Kowloon, Hong Kong
Phone: 852-2314-8128  Facsimile: 852-2737-2304

Singapore Representative Office
151 Chin Swee Road, #06-10, Manhattan House
Singapore 169876
Phone: 65-6235-6017  Facsimile: 65-6235-6027

■ **Miyano Machinery (Shanghai) Co., Ltd.**
602, ShengGao International Tower, 137Lane, Xian Xia Road
Shanghai, 200051 China
Phone: 021-5206-3716  Facsimile: 021-5206-3715

■ **Miyano Machinery (Thailand) Co., Ltd.**
240/7-8 Moo 11 Bangna-Trad Rd., Kwaeng Bangna
Khet Bangna, Bangkok, 10260 Thailand
Phone: 662-746-7223  Facsimile: 662-746-7226

■ **Miyano Machinery Philippines, Inc.**
F.P.Felix Ave., Cainta, Rizal, 1900 Philippines
Phone: 2-655-2251  Facsimile: 2-655-2439

● http://www.miyano-jpn.co.jp  info@miyano-jpn.co.jp
● http://www.miyano-usa.com  sales@miyano-usa.com

PRINTED IN JAPAN JUN.2006 4-4-10A0

MMU0000925