# Exhibit 70

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


MIYANO MACHINERY USA,,          )
Inc.,                          )
                               )
            Plaintiff,          )
                               )   CIVIL ACTION
         -vs-                   )   NO. 08 C 526
                               )
MIYANOHITEC MACHINERY,         )
INC., THOMAS ("TOM") MIYANO    )
a/k/a TOSHIHARU MIYANO and     )
STEVEN MIYANO, a/k/a           )
SHIGEMORI MIYANO,              )
                               )
            Defendant.          )


DEPOSITION OF AKIHIKO MINEMURA

MAY 19, 2008 - 10:15 A.M.


        The Deposition of AKIHIKO MINEMURA,

taken pursuant to the Rules of Civil Procedure

for the United States District Courts pertaining

to the taking of depositions, taken before Jerry

Satterlee, a Certified Shorthand Reporter within

and for the State of Illinois, at 200 West Adams

Street, Suite 2850, Chicago, Illinois.

44

1          Q.    Are you aware of any instance -- you

2     being MMU -- are you aware of any instance of any

3     person in the machine tool trade being confused

4     between MiyanoHitec and MMU?

5          MR. MANZO:  I would just like to hear it

6     repeated.

7                    (THE QUESTION WAS READ.)

8          MR. MANZO:  Thank you.

9          MS. LEWIS:  Excuse me.  You said are you

10    aware of any instance.

11           (THE QUESTION WAS RETRANSLATED.)

12         MS. LEWIS:  I am sorry again.  Excuse me.

13         MR. BAKER:  Not at all.  Go right ahead.

14         MS. LEWIS:  You mean that you Mr. Minemura

15    or MMU?

16         MR. BAKER:  Company.

17         MR. MANZO:  He said the company.

18         MS. LEWIS:  He didn't say the company.

19         THE INTERPRETER:  When the reporter reread,

20    that is the way it was phrased.

21         MR. BAKER:  I heard the word MMU in the

22    translation.

23    BY THE WITNESS:

24         A.    I had heard that there was an inquiry

1   from research company about whether MiyanoHitec

2   and Miyano are related.

3   BY MR. BAKER:

4        Q.    Who did you hear it from?

5        A.    An employee of MMU.  Senior

6   receptionist, a female receptionist called Ann.

7        Q.    What is Ann's last name?

8   BY THE WITNESS: (IN ENGLISH)

9        A.    I am sorry, I couldn't remember.

10  BY THE WITNESS: (THROUGH INTERPRETER)

11       A.    I can't say right now.  I mean I

12  can't tell you because I don't remember exactly.

13  BY MR. BAKER:

14       Q.    Ann is a receptionist for MMU?

15       A.    She is both receptionist and also

16  sales assistant.

17       Q.    Could you find her name out over the

18  lunch hour?

19       A.    Yes, I can find that out.

20       Q.    Thank you.

21             What did Ann tell you?

22       A.    To be precisely, the receptionist --

23  the fact such an inquiry was reported to Hank

24  Marchionne.  Hank Marchionne told me.

1        Q.    What did Hank tell you?

2        A.    I heard that there was an inquiry

3    from research company to find out there was any

4    relationship between MiyanoHitec and the Miyano.

5        Q.    What was the name of the research

6    company?

7        A.    Dun and Bradley, I believe.

8        Q.    Could it have been Dun & Bradstreet?

9        A.    Yes.

10        Q.    Are you aware of any time MMU has ever

11    sold anything to Dun & Bradstreet?

12        MS. LEWIS:  Excuse me.  You said are you

13    aware?  I think the question was --

14        MR. BAKER:  Thankfully, that is why he

15    writes it down.  If you want him to read it back

16    --

17        MS. LEWIS:  Are you aware?

18              (THE QUESTION WAS READ.)

19    BY THE WITNESS:

20        A.    You mean a product?

21    BY MR. BAKER:

22        Q.    Or service?

23        A.    I believe no.

24        Q.    Are you aware of Dun & Bradstreet

1          Q.    If you will turn so that you can look

2     at the first page of 95 and the second page of 96,

3     do you see a difference between the two logos in

4     the upper left-hand column of MMU 15780 and MMU

5     15849?

6          A.    Yes, there is.

7          Q.    Isn't it true that in the upper left

8     of MMU 15781 there is no triangle logo?

9          A.    Based on this copy, that is correct.

10         Q.    And then looking at the upper left of

11    MMU 15849, I know it is not a great copy, but do

12    you see an R in a circle next to the winged M on

13    that triangle?

14         A.    Yes.

15         Q.    Is that true that Miyano Machinery USA

16    has a registered trademark that is identical to

17    the one depicted here?

18         A.    I believe that both symbols are

19    registered.

20         Q.    When you say both, do you mean -- I am

21    only referring to 15849.  What do you mean by

22    both?

23         A.    I believe that both symbols are

24    registered.

1    Japanese.

2    BY MR. ALEX:

3        Q.    I would like to present you two more

4    documents.  Directing your attention to Exhibit --

5    The first document has been marked as Exhibit 98

6    and the second one has been marked as Exhibit 99,

7    and right now I am directing your attention to

8    Exhibit 98.  Do you recognize that document?

9        A.    Yes.

10       Q.    What is it?

11       A.    It is called a service report, a

12   document that we submit after we provide services

13   to customers.

14       Q.    Is there a date on the service report?

15       A.    Yes.

16       Q.    What is the date?

17       A.    I believe it is March 26th, 2002.

18       Q.    Do you recognize what appears up at

19   the top left of the service report?

20       A.    Yes.

21       Q.    What do you see?

22       A.    It is a triangle trademark for

23   Miyano.

24       Q.    Have you ever seen a service report

112

```
1     that does not have the triangle winged M

2     trademark?

3          A.    Not as far as I can remember.

4          Q.    So as far as you know, this form that

5     is used for purposes of identifying services

6     rendered by MMU is the only form used as a service

7     report?

8          A.    Yes, as far as I know.

9          Q.    I would like to direct your attention

10    to the next document which has been marked as

11    Exhibit 99.  Do you recognize that document?

12         A.    Yes.

13         Q.    And what is that?

14         A.    It is a document agreement that is

15    given to our customers either before or after

16    sale.

17         Q.    Can I ask you to turn to the second

18    page of the document, and what do you see on the

19    second page?

20         A.    The signature by Hank Marchionne who

21    is one of our company's managers.

22         Q.    What else do you see?

23         A.    A date.

24         Q.    And what date is that?
```

1          A.    March 26th, 2002.

2          Q.    And what other information do you see

3    on that form?

4          A.    A delivery date.

5          Q.    And what else?

6          A.    Model name of the machine.

7          Q.    And what is the model of the machine?

8          A.    LZ02R.

9          Q.    Is there any other information on this

10    form?

11          A.    Serial number of machine.

12          Q.    What is the serial number?

13          A.    LZ2R0006.

14          Q.    Directing your attention briefly back

15    to Exhibit 98, do you see whether or not there is

16    a machine model identified on that form?

17          A.    Yes.  The serial number.

18          Q.    I was speaking of the machine model

19    number.  And what is the machine model number?

20          A.    The machine model is not machine

21    model, it is machine's ID number.

22          Q.    What is that?

23          A.    It is LZ2R0006.

24          Q.    What appears directly to the right of

1    contents of the form?

2    BY MR. ALEX:

3         Q.    The format.

4         A.    Of course it is our own format.

5         Q.    If the services are rendered by the

6    authorized dealer, those services are rendered on

7    behalf of Miyano Machinery USA?

8         MR. BAKER:  Leading.

9         MR. FRANCISSEN:  Form.

10         THE INTERPRETER:  Could you read back the

11    question.

12              (THE QUESTION WAS READ.)

13    BY THE WITNESS:

14         A.    That is correct.

15    BY MR. ALEX:

16         Q.    And I guess one last point with

17    respect to Exhibit 99.  What do you see up at the

18    top?

19         A.    Our triangle mark and the name Miyano

20    Machinery Incorporated.

21         Q.    Next to the triangle mark, what do you

22    see?

23         A.    The name Miyano Machinery

24    Incorporated.

1    Q.    Is there an R in a circle next to the

2  triangle winged M?

3    A.    Since the copy is not very clear, I

4  can't tell to say for sure, but it appears to be

5  a registration mark.

6    Q.    Do you see that very same symbol on

7  page two of Exhibit 99?

8    A.    Yes.  This is clearer.

9    Q.    I want to ask you more generally about

10  the manner in which this form might be presented

11  to the customer.

12    A.    For the first time customers, for the

13  customers who bought for the first time, we

14  present this document as part of the explanation,

15  sales explanation.  Sometimes even if it is not

16  first time sales occasionally we might explain

17  this document to the customers.

18    MS. LEWIS:  Excuse me.  When?  You didn't

19  say when.

20  BY THE WITNESS:

21    A.    Before the sale.

22    MS. LEWIS:  Is closed.

23  BY THE WITNESS:

24    A.    Is closed.

```
 1    BY MR. ALEX:

 2         Q.    I want to ask you specifically with

 3    first time customers.  With first time customers

 4    is it your belief that they will see --

 5         MR. MANZO:  (Indicating.)

 6                      (A conference was had between

 7                       Mr. Manzo and Mr. Alex.)

 8    BY MR. ALEX:

 9         Q.    Describe for me how a first time

10    customer might see this form?

11         A.    That I believe to be that we would

12    actually explain the warranty policy and show

13    them the document.

14         MR. KARTON:  Keep your voice up, please.

15    BY THE WITNESS:

16         A.    I believe that we would first explain

17    our warranty policy to the customers and show the

18    document.

19    BY MR. ALEX:

20         Q.    Is the warranty document shown to the

21    customer before the sale occurs?

22         MR. BAKER:  Form.

23    BY THE WITNESS:

24         A.    Yes.
```

122

1    warranty policy for those machines?

2         A.    Yes.

3         Q.    Miyano Machinery USA is the party that

4    stands behind a Miyano Machinery USA machine when

5    it is sold in the United States?

6         A.    Yes.

7         Q.    I want to return briefly to our

8    discussion of Exhibit 99.  Do you recall earlier

9    when you were discussing how this document might

10   be presented to a new customer in connection with

11   the sale of a Miyano machine in the U.S.?

12        A.    You mean today?

13        Q.    Yes.

14        A.    Yes.

15        Q.    You explained how the warranty policy

16   might be presented to a new customers.  What about

17   existing customers?  How was it presented to

18   existing customers that may purchase a Miyano

19   machine tool?

20        A.    I am not in a position to confirm all

21   the details about all sales, but I believe case

22   by case.

23        Q.    Do you know whether or not the

24   warranty policy is presented to an existing

1    customer that purchases a Miyano machine tool?

2         MR. BAKER:  Form.

3    BY THE WITNESS:

4         A.    Basically, it should be presented to

5    them.

6    BY MR. ALEX:

7         Q.    And is it your belief that the

8    warranty policy is presented to the customer

9    before the sale is closed?

10        A.    Yes.

11        Q.    Mr. Minemura, where were you born?

12        A.    1958.

13        Q.    Not when but where?

14        A.    The city of Ueda in prefecture of

15    Naga in Japan.

16        Q.    And you are a Japanese Citizen?

17        A.    Yes.

18        MR. BAKER:  No further questions.

19                   FURTHER EXAMINATION

20    BY MR. BAKER:

21        Q.    Just to be clear then, you just

22    testified that MMU allows Mectron to use the

23    Miyano name on machine tools in the U.S., correct?

24        THE INTERPRETER:  Could you read back the

125

1          A.     I will try.

2          Q.     I want to turn your attention quickly

3     to Exhibit 98 and I would also like to take a look

4     at Exhibit 94.

5               Again, I want to make sure I

6     understand.  As you look at Exhibit 98 and Exhibit

7     99 where the triangle logo appears, is it your

8     testimony that the triangle logo that appears once

9     on Exhibit 98 and twice on Exhibit 99 is identical

10    to the specimen shown on MMU 148?

11          THE INTERPRETER:  I am sorry, could you

12    read back the question.

13               (THE QUESTION WAS READ.)

14    BY THE WITNESS:

15          A.     You mean that and this?

16    BY MR. BAKER:

17          Q.     Correct.

18               And by that and this, the witness is

19    directing his fingers to Exhibit 98 and MMU 148

20    and then from Exhibit 99 to MMU 148?

21          A.     I believe that it is our

22    understanding, yes, identical.

23          Q.     And Exhibit 98 has a signature in the

24    bottom right.  It appears to be a customer