UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Miyano Machinery USA, Inc. )<br>)<br>Plaintiff )<br>) | Civil Action No. **08 C 526** |
| v. )<br>) | Hon. Virginia Kendall |
| MiyanoHitec Machinery, Inc,. )<br>Thomas ("Tom") Miyano, a/k/a )<br>Toshiharu Miyano and Steven Miyano, )<br>a/k/a Shigemori Miyano, )<br>) | Magistrate Judge Nolan |
| ) | **JURY TRIAL DEMANDED** |
| Defendants ) | |
| _____) | |
| ) | |
| MiyanoHitec Machinery, Inc., )<br>Thomas ("Tom") Miyano, a/k/a )<br>Toshiharu Miyano and Steven Miyano, )<br>a/k/a Shigemori Miyano, )<br>) | |
| Counterclaim-Plaintiffs )<br>) | |
| v. )<br>) | |
| Miyano Machinery USA Inc. and )<br>) | |
| Counterclaim-Defendants )<br>) | |
| Miyano Machinery Inc., )<br>) | |
| Third-Party Defendants ) | |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 7th day of July, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiff, MIYANO MACHINERY USA, INC., by and

through its attorneys, Nancy E. Sasamoto and Steven L. Katz of MASUDA, FUNAI, EIFERT & MITCHELL, LTD., shall appear before the Honorable Judge Kendall in Courtroom 2319 of the U.S. District Court Building at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present its **MOTION FOR ORDER PRECLUDING DEFENDANTS FROM CALLING ATTORNEY GEORGE H. KOBAYASHI TO TESTIFY AT PRELIMINARY INJUNCTION HEARING,** at which time you may appear as you see so fit.

/s/ __Nancy E. Sasamoto_____
Attorneys for Plaintiff

Nancy E. Sasamoto
Steven L. Katz
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North Lasalle Street, Suite 2500
Chicago, Illinois  60601
N:\SYS23\2260\NOT-MOT\0199002.doc

**SERVICE LIST**

**Edward David Manzo**
**Jason R. Smalley**
**Joel H. Bock**
**Louis J Alex**
Cook Alex McFarron Manzo Cummings Mehler Ltd
200 West Adams Street
Suite 2850
Chicago, IL 60606
(312) 236-8500
Fax: 312-236-8176
Email: emanzo@cookalex.com
jsmalley@cookalex.com
jbock@cookalex.com
lalex@cammcm.com

**Geoffrey Andrew Baker**
Dowell Baker, P.C.
229 Randolph Street
Oak Park, IL 60302
(708)660-1413
Email: gabaker@dowellbaker.com

**Robert M. Karton**
Robert M. Karton, Ltd.
77 West Washington Street
Suite 900
Chicago, IL 60602-2804
(312) 214-0900
Fax: 815-301-9114
Email: robert@karton.us

**Vernon William Francissen**
Francissen Patent Law, P.C.
53 W. Jackson Blvd.
Suite 1320
Chicago, IL 60604
(312) 294-9980

**Geoffrey David Smith**
Dowell Baker PC
201 Main Street
Suite 710
Lafayette, IN 47901
765 429 4004
Email: gsmith@dowellbaker.com