# Exhibit 47

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
ATTORNEYS AT LAW
134 NORTH LASALLE STREET
17TH FLOOR
CHICAGO, ILLINOIS 60602

TELEPHONE (312) 977-9500
TELECOPIER (312) 558-1155
TELECOPIER (312) 558-1058

MASARU FUNAI
HELMUT EIFERT
GERALD L. MOREL
MARY W. SHELLENBERG
JERROLD E. FINK
JOSEPH S. PARISI
COLIN HARA
KEITH WALTER GROEBE
THOMAS A. KIEPURA
GARY D. SANTELLA
BRYAN Y. FUNAI
NANCY E. SASAMOTO
STEPHEN M. PROCTOR
DAYNE KONO
TARA GILL
EDWARD J. UNDERHILL
CHERYL F. GERTLER
ELDON H. KAKUDA
PAULA K. DAVIS

THOMAS MASUDA
(1905-1986)

SUBURBAN OFFICE
TWO CONTINENTAL TOWERS
1701 GOLF ROAD  SUITE 403
ROLLING MEADOWS, IL 60008
TELEPHONE (312) 977-9500
TELECOPIER (312) 952-8825

April 19, 1988

Commissioner of Patent and Trademark
Washington, D.C.   20231                          CERTIFED MAIL

Re: Trademark:  MIYANO and Design
    Registration No.:  1,217,317

Dear Sirs:

Please find enclosed hereiwth a Combined Affidavit Under Section 8 and 15 relating to the mark MIYANO and design of same owned by Miyano Machinery USA Inc. We would appreciate your acknowledging receipt of the Affidavit and placing it of record in the records of the United States Patent and Trademark Office. In conjunction with the submission of the Combined Affidavit, our check in the amount of $200.00 is enclosed together with five (5) specimens of the mark MIYANO and design of same as used in commerce. In addition, a self-addressed postcard acknowledging receipt of the application is enclosed herewith.

Should you have any questions, please contact me at your convenience.

Very truly yours,

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.

Edward J. Underhill
EJU:cc3702
Enclosures

cc: Miyano Machinery USA Inc.
    Attention:  Mr. Roy Takahashi,
                Asst. to the President

MMU0000139

#4

IN THE UNITED STATES
PATENT AND TRADEMARK OFFICE

Registrant: Miyano Mahinery        Trademark: Miyano and
(U.S.A.) Inc.                                 Design

Registration No.: 1,217,317        Int. Class: 7
Registration Date: 11/23/82        U.S. Class: 23

COMBINED AFFIDAVITS UNDER SECTIONS 8 AND 15

TOSHIHARU MIYANO declares and states that he is the President of Miyano Machinery (U.S.A.) Inc., an Illinois corporation, having its principal place of business at 940 North Central Avenue, Wood Dale, Illinois 60191, and is authorized to execute this affidavit on behalf of said corporation; that Miyano Machinery (U.S.A.) Inc. owns the above-identified registration issued November 23, 1982; that the mark shown herein has been in continuous use in interstate commerce for five consecutive years from the date of the registration or the date of publication under Section 12(c)(4) to the present, on the following goods identified in the registration:

POWER LATHES;

BAR FEEDERS;

that such mark is still in use in commerce as evidenced by the specimens included herewith showing the mark as currently used; that there has been no final decision adverse to registrant's claim of ownership of such mark for such goods, or to registrant's right to register the same or to keep the same on the register, and that there is no proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts.

A check for two hundred dollars ($200.00) is enclosed.

Registrant hereby appoints Masaru Funai, Helmut Eifert, Mary W. Shellenberg, Joseph S. Parisi and Edward J. Underhill, all members of the Bar of the State of Illinois and practicing under the firm name of MASUDA, FUNAI, EIFERT & MITCHELL, LTD., 134 North LaSalle Street, Suite 1700, Chicago, Illinois, 60602, either individually or collectively, attorneys for said registrant, with full power of substitution and revocation, to

file this declaration and to transact all business in the Patent and Trademark Office in connection therewith.

                Miyano Machinery (U.S.A.) Inc.

                By: _____

                Position: PRESIDENT

SUBSCRIBED and SWORN to before me this 7 day of April, 1988.

_____
Notary Public

OFFICIAL SEAL
HENRY R. MARCHIONNE
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXP. JULY 15, 1991

lds:3244

-2-

MMU0000141



MMU0000142



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO.   1217317     SERIAL NO. 73/328921     PAPER NO.
                                                        MAILING DATE: 10/11/88

MARK: M MIYANO (AND DESIGN)

REGISTRANT: MIYANO MACHINERY (U.S.A.) INC.

CORRESPONDENCE ADDRESS:
  MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
  134 NORTH LA SALLE STREET
  17th FLOOR
  CHICAGO, ILLINOIS 60602

Please furnish the following in all correspondence:
1. Your phone number and zip code.
2. Mailing date of this action.
3. Affidavit-Renewal Examiner's name.
4. The address of all correspondence not containing fees should include the words "Box 5".
5. Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.

---

BARBARA HARPER
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 557-1988

MMU0000143