# Exhibit 48

```
        IN THE UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF ILLINOIS
                EASTERN DIVISION
```

MIYANO MACHINERY USA INC.,      )

                                )

                Plaintiff,       )

                                )

            -vs-                 )      CIVIL ACTION

                                )      NO. 08 C 526

MIYANOHITEC MACHINERY,          )

INC., THOMAS ("TOM") MIYANO     )

a/k/a TOSHIHARU MIYANO and      )

STEVEN MIYANO, a/k/a            )

SHIGEMORI MIYANO,               )

                                )

                Defendant.       )

COPY

DEPOSITION OF DEREK OLCZAK

MARCH 4, 2008 - 1:45 P.M.


        The deposition of DEREK OLCZAK, taken

pursuant to the Rules of Civil Procedure for the

United States District Courts pertaining to the

taking of depositions, taken before Jerry

Satterlee, a Certified Shorthand Reporter within

and for the State of Illinois, at 200 West Adams

Street, Suite 2850, Chicago, Illinois.

1      Q.     Any report?

2      A.     Not that I am aware of.  Not I aware

3  of.

4      Q.     Are you employed by Miyano USA or

5  Miyano-Japan?

6      A.     Miyano USA.

7      Q.     What about these, the Japanese R&D

8  department servicemen that you said you sent the

9  complaints to, are they employed by Miyano USA?

10     A.     Miyano-Japan.

11     Q.     Miyano-Japan.

12            I want to just back up a little bit.

13  Miyano USA, what products and services does your

14  company offer?

15     A.     We do -- we do sell Miyano machines

16  in U.S. and the American market and service them.

17  We do warranty service and non-warranty service

18  as well as we do recondition old machines.

19     Q.     I am sorry.  Recondition and what did

20  you say?

21     A.     Rebuild and recondition old machines.

22     Q.     Are the machines manufactured in

23  Japan?

24     A.     Yes.

1      Q.    Are any of them manufactured here in

2  the USA?

3      A.    At the present time?

4      Q.    Are there plans to manufacture them?

5      A.    At the present time?  I did not

6  understand this question exactly.  You ask me

7  they were?

8      Q.    I am asking if they are manufactured

9  in Japan or the USA?

10     A.    At the current time, yes, they are

11 manufacturing in Japan.

12     Q.    And in the future are they planning to

13 manufacture in the USA?

14     A.    I don't know those plans.

15     Q.    What about in the past?

16     A.    In the past we did have a production

17 in the USA.

18     Q.    From when to when?

19     A.    Late '80s to 1996, 1997.

20     Q.    Was that in addition to products from

21 Japan or was it sold and manufactured here?

22     A.    That was machines sold in here,

23 certain models have been sold here.  Certain

24 models we have been sold in the United States.

1    We assembled them here.

2        Q.    So from '80 to '96-'97 you assembled

3    machines here?

4        A.    Correct.

5        Q.    With the parts coming from Japan?

6        A.    Parts were supplied by Japan.

7        Q.    And since '97 has the machines always

8    come from Japan?

9        A.    Complete machines came from Japan.

10       Q.    Do you know why the change?

11       A.    No idea.

12       Q.    Okay.  You mentioned that the machines

13   have -- that you do warranty service and

14   non-warranty service.  What kind of a warranty do

15   the machines come with?

16       A.    One year parts and labor and then two

17   years for control.  That is offer by control

18   people from Fanuc, a two-year warranty.  One-year

19   warranty are offer from us, from Miyano service

20   department.

21       Q.    And who offers the two years?

22       A.    Fanuc America.

23       Q.    Are they affiliated with your company?

24       A.    Correct.

```
 1          Q.    And in what way?
 2          A.    We buying control from them.
 3          Q.    Where is that company?
 4          A.    We buying the control from Japan
 5     originally, buying this from Fanuc Japan.
 6          Q.    Can you spell that?
 7          A.    F-A-N-U-C, Fanuc America.
 8          Q.    Is Fanuc America owend by
 9     Miyano-Japan?
10          A.    No, separate company.
11          Q.    Separate company.
12                Do you handle any kind of warranty
13     service regarding these controls.
14          A.    No.
15          Q.    Just Fanuc?
16          A.    Fanuc does.
17          Q.    Okay.  On the warranty repairs on the
18     one-year parts and labor that you handle, are
19     these issues handled within the U.S. or is Japan
20     involved?
21          A.    Most of the time the U.S, there are
22     times where malfunction, like I mention with
23     design, and Japan handle that.  Help us.
24          Q.    How do you decide if it is design or
```

1    otherwise?

2         A.    Each customer have so much problem

3    with certain part, I decide it is design from the

4    beginning.  If we have complaints within three

5    months more than three, four complaints about the

6    same problem, I will decide it is something wrong

7    from original assembly.

8         Q.    How many of these design complaints

9    have you had this year?

10        A.    None.

11        Q.    How about last year?

12        A.    One.

13        Q.    What was that?

14        A.    That was coolant leaking through the

15   ball screw.

16        Q.    On what machine?

17        A.    A BX-26S.

18        Q.    You mentioned there are seven -- I

19   think you said seven or six servicemen underneath

20   you.  How often are they in the field doing

21   repairs?

22        A.    Every second day.

23        Q.    Every second day?

24        A.    (INDICATING)

1      Q.    So what do they do on the days they
2    are not in the field?
3      A.    Help me with the phones.  Also, take
4    care of communication with -- from Japan from
5    original factory, and in-house work as repairing,
6    rebuilding older machine.
7      Q.    Does Miyano USA have a dress code?
8      A.    A dress code?
9      Q.    Yes.
10     A.    I don't know what you mean.  What we
11   wearing?  All service guys have a logo and that
12   name.  That is standard service uniform.
13     Q.    The one you are wearing today?
14     A.    Exactly, yes.
15     Q.    Are you required to wear that shirt as
16   part of your job?
17     A.    When we go in the field, yes.
18     Q.    But not at the office?
19     A.    In-house service personnel wearing
20   these shirt.
21     Q.    Is that the six servicemen?
22     A.    Six servicemen.
23     Q.    But not you?
24     A.    I do all the time pretty much.

```
 1        Q.    When did you get the shirt you are
 2   wearing?
 3        A.    When did I get?  We been always have
 4   this.
 5              This uniform?
 6        Q.    Yes.
 7        A.    Always had these uniforms.
 8        Q.    What about that shirt, that specific
 9   shirt?
10        A.    This specific shirt?  I been having
11   this for since I work.
12        Q.    Since '97?
13        A.    Since '97.
14              I don't know if they change this
15   particular shirt, but I have this style shirt
16   since '97.
17        Q.    What about that specific kind of
18   shirt?
19        A.    This one what I wearing right now?
20        Q.    Yes.
21        A.    This exactly one, right?
22        Q.    Yes.
23        A.    We have a company, uniform company.
24   I think they changing just the material, but
```

1    style they still become the same.  They just

2    changing the material.  After so many washes, you

3    get grease and everything, and they changing this

4    shirt, the material, but all this components and

5    logo become the same.

6         Q.    Right.  I am just asking how long you

7    have had that shirt?

8         A.    Wear today.

9         Q.    Today is the first day you have worn

10   it?

11        A.    No, no.  Today I wear it, but I had

12   this shirt since I think last year.

13        Q.    Since last year?

14        A.    Yes.

15        Q.    And the shirt you said that you have

16   had since 1997, have they had the logo since 1997,

17   that exact logo?

18        A.    The service uniform shirt, yes.

19        Q.    That exact logo?

20        A.    Yes.

21        MR. MANZO:  Do you want to say something on

22   the record what the logo is.

23        MR. SMITH:  I am going to actually -- I

24   think I have a picture here.

BY MR. SMITH:

    Q.    You mention that you refurbish products or that your servicemen refurbish products.

        Is that yes?

    A.    Yes.

    Q.    When you refurbish products, do you -- do you resell the product then?

    A.    Yes.

    Q.    How does the refurbishing work?

    A.    We do complete disassemble all components, check all components, replace whatever is wearable, repaint, and realign, bring to factory specs and assemble again.

    Q.    Is that done here in the USA?

    A.    In the USA.

    Q.    When you refurbish, do you purchase the product back from the customer?

    A.    We sometimes do.

    Q.    Sometime you do and sometimes you don't?

    A.    Sometimes.  We have distributors. They purchase directly and bring to our factory and they pay us for recondition service.

```
 1    numbers and service numbers for Miyano Machinery

 2    USA?

 3         A.     Yes.

 4         Q.     Yes?

 5         A.     Yes.

 6                    (The document was thereupon marked

 7                     for identification as Olczak

 8                     Deposition Exhibit No. 6, as of

 9                     3/4/08.)

10    BY MR. SMITH:

11         Q.     Do your technicians go on site for

12    installation?

13         A.     Yes.

14         Q.     And they also go on site for repairs?

15         A.     Yes.

16         Q.     What percentage of their -- what

17    percentage of the time do they go for

18    installation?

19         A.     About fifty-fifty.

20         Q.     About fifty-fifty?

21         A.     Uh-huh.

22         Q.     So you said like nearly every day they

23    go -- every day or every other day they go on site

24    and half of those are for repairs and half of
```

1      those are for installation?

2              A.      Right.

3              Q.      This is Exhibit 6.  Do you recognize

4      this?

5              A.      Yes.

6              Q.      What is it?

7              A.      Miyano LZ-01RY.

8              Q.      It is a shirt with the stylized

9      Miyano?

10             A.      Without the triangle.

11             Q.      Yes.

12                     And do you guys use those shirts?

13             A.      Yes, we do.

14             Q.      When do you use them?

15             A.      Occasionally in the office.

16             Q.      In the office?

17             A.      Uh-huh.

18             Q.      Do you wear them to customer sites?

19             A.      If not dirty.

20             Q.      If not dirty.

21                     How long have you had those shirts?

22             A.      Those shirts came together with the

23     BX, so it will be 2004.

24             Q.      About 2004?

1    business card doesn't include the triangle mark,

2    the Miyano triangle mark?

3            A.    Right.

4            Q.    That is correct?

5            A.    Yes.

6            MR. SMITH:  Nothing further.

7                        EXAMINATION

8    BY MR. MANZO:

9            Q.    I want to review some of your

10   testimony, Mr. Olczak.

11               You are the service manager at Miyano

12   USA?

13           A.    Yes.

14           Q.    And when you go on a sales call --

15   Sorry.  When you go on a service call, you usually

16   wear the shirt that you have worn today, right?

17           A.    Right.

18           Q.    And that would be a blue-colored

19   shirt, short sleeve, button down with two front

20   pockets, right?

21           A.    Yes.  And we have a version of long

22   sleeve sometimes.

23           Q.    And over the right pocket you have a

24   label that has got your name on a white background

1    with a red border, correct?

2        A.    That is correct.

3        Q.    And over the left pocket you have got

4    another emblem that is white with a red border,

5    and on that it has the triangle logo, and next to

6    the triangle logo, which is in red, the words in

7    blue, "Miyano Machinery USA Inc."; is that right?

8        A.    Correct.

9        Q.    And you also have a long sleeve

10    version?

11        A.    Yes.

12        Q.    And it is part of a uniform?

13        A.    Yes.

14        Q.    So you have slacks that go with it?

15        A.    Yes.

16        Q.    And this is provided to your service

17    engineers; they each have several of these shirts?

18        A.    Yes.

19        Q.    With their own names on them?

20        A.    Yes.

21        Q.    Do they travel to places outside the

22    City of Chicago to do their work?

23        A.    Yes.

24        Q.    Do they wear their shirts while they

1    are traveling?

2        A.    Yes.  When they travel, no, but when

3    they do work they change.

4        Q.    So when they appear on customer

5    premises, they are usually wearing the shirt like

6    you have got on?

7        A.    Right.

8        Q.    And that is at customer sites?

9        A.    That is a customer site.

10       Q.    And that is for installation and for

11   service and repair?

12       A.    Correct.

13       Q.    And you remember that triangle M being

14   on the shirt for this purpose or on the shirt for

15   at least the last five years; is that what you

16   have said?

17       A.    Yes.

18       Q.    And it is your best recollection that

19   the shirts before that also had them?

20       A.    Yes.  I believe so.

21       Q.    And it is your testimony that

22   sometimes the service people on occasion wear

23   other shirts that do not have the triangle M?

24       A.    Yes.

```
 1            Q.    So when your servicemen go on these
 2    calls, do they leave a record with the customer?
 3            A.    Yes, they do.
 4            Q.    Are you familiar with the records?
 5            A.    Yes, I am.
 6            Q.    They are paper?
 7            A.    Paper with three copies on them.
 8            Q.    Three copies.  They are triplicate?
 9            A.    Triplicate.
10            MR. MANZO:  I am going to ask the reporter
11    to mark document MMU0007268 as the next exhibit.
12                        (The document was thereupon marked
13                         for identification as Olczak
14                         Deposition Exhibit No. 9, as of
15                         3/4/08.)
16    BY MR. MANZO:
17            Q.    And I place that before you.
18                  Mr. Olczak, what is this document?
19            A.    This is a service report which is
20    filled by our Miyano service engineer after
21    complete the service work on the machine.
22            Q.    So is this the service report that is
23    normally used?
24            A.    This is a normal service report where
```

80

1    we use currently.

2        Q.    Okay.  And does this document show the

3    triangle logo at the top left?

4        A.    Yeah, we do have this service form

5    since I started.

6        Q.    Okay.  And it does contain the

7    triangle logo or does it not?

8        A.    It does have.

9        Q.    Does this document bear your signature

10   anywhere?

11       A.    Yes.  This is actually my service

12   report.

13       Q.    Can you tell us the date of this

14   report, please?

15       A.    It is September 27th, 2005.

16       Q.    And what was the service that was

17   requested?

18       A.    That was requested by replacing a

19   spindle.

20       Q.    What is a spindle?

21       A.    Spindle is a component of machine.

22       Q.    What does it do?

23       A.    This particular case, holding the

24   tool, the cutting tool.

1      Q.    Okay.

2            And then what is the service that was

3      performed.

4      A.    It was replaced.  Replacement.

5      Q.    Can you read it into the record for us

6      what you wrote there?

7      A.    It was, "Replacement of the spindle,

8      adjustment of orientation, check run out," and

9      states, "Machine runs fine."

10     Q.    Is this the form you said is in

11     triplicate?

12     A.    Yes.  There is a copy for customer

13     and there is three copies for internal usage of

14     Miyano internal accounting and history storage.

15     Q.    So when your servicemen go on service

16     calls, do they take one or more of these with

17     them?

18     A.    They take one which contain already

19     three copies with them.  They give one to

20     customer and he brings three back to Miyano.

21     Q.    At the bottom right there is a line

22     that says, "Approved By," and there is marking

23     above that in script.  Can you tell us what that

24     is?

```
1          A.     That is customer signature.
2          Q.     Okay.  Do you recall whether the
3    triangle logo which has the winged M in it like
4    you are wearing on your shirt, have you seen that
5    around the company in other places?
6          A.     I have seen them on machines before,
7    I have seen on invoices, I have seen on packing
8    slips to customers.
9          Q.     How do you get paid?  Do you get a
10   check or did you get a direct deposit?
11         A.     I have salary direct deposit.
12         Q.     Did you get anything in writing when
13   there is a direct deposit from the company that
14   tells you they deposited into your checking
15   account?  Or a check stub or something?
16         A.     Yes, we do.
17         Q.     Is there a logo on that?
18         A.     Usually, my wife takes care of it.  I
19   believe there is.  I am not sure.
20         Q.     Have you seen company checks made out
21   to -- that are not payroll checks?  Do you
22   remember seeing any of those?
23         A.     Yes.
24         Q.     Do you know what kind of markings are
```





DEPOSITION
EXHIBIT
# 1 ID
Olczak

Exhibit 4