# **Exhibit 49**

# SERVICE REPORT

**Miyano Machinery Inc.**
940 N. Central Avenue
Wood Dale, Illinois 60191
Phone: (630) 766-4141
Fax:    (630) 860-7266

REPORTER: Mark Wajda
DATE: 7/8/05

CUSTOMER: ASI    Tel: 510-669-2250
425 Appian Way
El Sobrante, CA 94803
CONTACT PERSON: Michael Peterson
DEALER: Clancy Machine   STATE: (CA)   Tel: (408) 991-9912

| CUSTOMER P.O. NO. | SERVICE REQ. BY |
| --- | --- |
| MACHINE MODEL BND-42TR | SERIAL NO. BD70048R |
| CONTROL MODEL Fanuc 18-T | CONTROL S/N |
| SPINDLE DRIVE | INVERTOR S/N |

1. NEW INSTALLATION  ②TEST CUTTING
3. INSTRUCTION  4. ELECTRIC TROUBLE SHOOT
⑤ ALTER SET-UP  6. REPLACEMENT PARTS
7. ADJUSTMENT  8. CHECK-UP  9. REPAIR
10. DISASSEMBLE  11. ASSEMBLE  12. OTHER

| DATE | 7/5 | 7/6 | 7/7 | 7/8 | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| HOURS WORKED | 4 | 8 | 8 | 4 | | | | |
| HOURS TRAVEL | 6 | 0 | 0 | 6 | | | | |

SPECIAL OPTIONAL ATTACHMENT

WARRANTY  YES ☒  NO ☐

**SERVICE REQUESTED:** Initial Set-up & Training for BND-42TR

**SERVICE PERFORMED:** Assisted Charlie from Clancy Machine in set-up and training customer. Pick-off chuck is leaking so we tried to fix but were not successful. Chicago agrees to send new replacement ASAP. Other than pick-off chuck machine is functioning properly.

| Q'TY. | PART NO. | PART NAME | UNIT PRICE | TOTAL PRICE |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PRESIDENT OF COMPANY:
PROGRAMMER   SET-UP   FOREMAN
OWNER OF COMPANY:
POSSIBILITY OF NEXT MACHINE

SERVICED BY: (Serviceman Signature)
APPROVED BY: (Customer Signature)

# SERVICE REPORT

**Miyano Machinery Inc.**    484420

940 N. Central Avenue
Wood Dale, Illinois 60191
Phone: (630) 766-4141
Fax: (630) 860-7266

REPORTER: OKI / MARK
DATE: 08/18/03

CUSTOMER: Wolverine Machine Tel (248) 634-9952
319 Cogshall St
Holly MI 48442
CONTACT PERSON: Jeff, Chuck, ED CHANDLER

DEALER:      STATE ( ) Tel:

CUSTOMER P.O. NO.:
SERVICE REQ. BY:
MACHINE MODEL: LZ-01R
SERIAL NO.: LZ1R0430~33
CONTROL MODEL: 21-iTB
CONTROL S/N: See below
SPINDLE DRIVE:
INVERTOR S/N:

☒ 1. NEW INSTALLATION   2. TEST CUTTING
3. INSTRUCTION   4. ELECTRIC TROUBLE SHOOT
5. ALTER SET-UP   6. REPLACEMENT PARTS
7. ADJUSTMENT   8. CHECK-UP   9. REPAIR
10. DISASSEMBLE   11. ASSEMBLE   12. OTHER

| DATE | 8/18 | 8/19 | 8/20 | 8/21 | 8/22 | 8/23 |
|---|---|---|---|---|---|---|
| HOURS WORKED | 6H | 12H | 8H | 10H | 10H | 6 |
| HOURS TRAVEL | 5H | | 5H/5H | | | |

SPECIAL OPTIONAL ATTACHMENT: OK!   mat.

WARRANTY: YES ☒ NO ☐

SERVICE REQUESTED: NEW INSTALLATION / SET UP / Program / Train

SN# LZ1R0430 — FANUC SN# E024A0394     SN# LZ1R0432 — FANUC Control SN# E024A0119
SN# LZ1R0431 — E024A0395     LZ1R0433 — E024A0118

SERVICE PERFORMED: 4 new machines are leveled.
All functions (machine, loader) are checked.
Other 4 machines (LZ1R417, 427, 428, 429) are re-leveled.
LZ1R431, 433 got a low batter alarm. They are re-taught turret pos.
LZ1R432 needed to be re-taught turret pos. 1 = done

| Q'TY. | PART NO. | PART NAME | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PRESIDENT OF COMPANY:
OWNER OF COMPANY:
PROGRAMMER    SET-UP    FOREMAN
POSSIBILITY OF NEXT MACHINE:

SERVICED BY: (Serviceman Signature)
APPROVED BY: (Customer Signature)