# Exhibit 50

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ORIGINAL

MIYANO MACHINERY USA INC.,              )
        Plaintiff,                      )
                             )
   -vs-                                 ) No. 08 C 526
                             )
MIYANOHITEC MACHINERY, INC.,             )
THOMAS ("TOM") MIYANO, a/k/a             )
TOSHIHARU MIYANO and STEVEN              )
MIYANO, a/k/a SHIGEMORI MIYANO,          )
                             )
        Defendants.                     )
-------------------------------          )
MIYANOHITEC MACHINERY, INC.,             )
THOMAS ("TOM") MIYANO, a/k/a             )
TOSHIHARU MIYANO and STEVEN              )
MIYANO, a/k/a SHIGEMORI MIYANO,          )
                             )
      Counterclaim-Plaintiffs,        )
                             )
   -vs-                                 )
                             )
MIYANO MACHINERY USA INC.,               )
                             )
      Counterclaim-Defendant,         )
                             )
    and                                  )
                             )
MIYANO MACHINERY, INC.,                  )
                             )
    Third-Party Defendant.            )

CONFIDENTIAL

   -  CONFIDENTIAL - ATTORNEYS' EYES ONLY  -

        The videotaped deposition of STEVEN
MIYANO, called by the Plaintiff for examination,
taken pursuant to the Federal Rules of Civil
Procedure of the United States District Courts
pursuant to the taking of depositions, taken before
Barbara A. Wichmann, C.S.R., a Notary Public within
and for the County of Cook, State of Illinois, at
Suite 2850, 200 West Adams Street, Chicago, Illinois,
on Wednesday, April 30, 2008, at the hour of
10:06 a.m.

**WICHMANN-KLAWITTER REPORTING, LTD.**
**CHICAGO (312) 368-1228**

1      A.   It is in Tokyo.

2      Q.   **How long were you at Keio University in**

3   **Tokyo?**

4      A.   Which campus?

5      Q.   **All campuses combined.**

6      A.   Five years.

7      Q.   **Did you emerge with a degree?**

8      A.   Merge?

9      Q.   **Did you get a degree from Keio University?**

10     A.   Yes.

11     Q.   **What's the degree?**

12     A.   Economics.

13     Q.   **Is it a -- is it called a bachelor's degree?**

14     A.   I have no idea.

15     Q.   **Do you know what it's called?**

16     A.   I think it's bachelor's, then.

17     Q.   **Do you have any further formal education?**

18     A.   What do you mean by that?

19     Q.   **Master's degree?**

20     A.   You mean some kind of certification?

21     Q.   **A certification from an institution or a**

22   **university.**

23     A.   No.

24     Q.   **Do you have any further degrees?**

1      A.    No .

2      Q.    When did you get your degree from Keio

3    University?

4      A.    I think in '05.

5      Q.    And that was in Japan?

6      A.    Yes.

7      Q.    Did you stay in Japan after that?

8      A.    Yes.

9      Q.    Until -- I'm sorry.  Go ahead.

10      A.    I got it in '05, and I stayed there for one

11    year.

12      Q.    What did you do during that year?

13      A.    Do you mean by study, or was I playing

14    around?

15      Q.    Well, I'm trying to find out generally what

16    you did.  If it was sightseeing, then that's what it

17    was.  Or was it studying or working or -- whatever.

18      A.    I was studying -- I was studying CPA.

19      Q.    Where was that?

20      A.    That was also located in Japan, in Tokyo.

21      Q.    Was that with a school?

22      A.    Yes.

23      Q.    Which school?

24      A.    That was in -- it was called TAC.

1    head?

2        A.    I had the business idea of a -- joining the

3    machine tool industry.

4        Q.    **Why did you select that industry?**

5        A.    Because I wanted to.

6        Q.    **Yes.  Why did you want to?**

7        A.    I have never thought of that.

8        Q.    **Did you consider any other businesses at**

9    **this time?**

10       A.    I don't think so.

11       Q.    **Had you ever worked in the machine tool**

12   **industry previously?**

13       A.    When?

14       Q.    **Ever during your life before you came back**

15   **to the United States in 2005.**

16       A.    Before 2005?

17       Q.    **Yes.**

18       A.    No.

19       Q.    **Did you consider any other businesses as**

20   **of -- at any time up to 2005 that you might work at,**

21   **other than being a CPA, or accountancy?**

22       A.    No.

23       Q.    **Did you determine when you were in college**

24   **that you wanted to have a career in accountancy?**

1    to the United States?

2        A.    I think it was in June.

3        Q.    Would you say that it was after you came to

4    the United States that you incorporated Hitec

5    Machinery International?

6        A.    I believe it was before I came back.

7        Q.    Did you do it remotely, then, from Japan?

8        A.    Yes.

9        Q.    How did you do that?

10        A.    I would just call my attorney.

11        Q.    You had an attorney while you were in Japan?

12        A.    Yes.

13        Q.    Was it an American attorney?

14        A.    Um-hum.

15        Q.    So through an attorney who was within the

16    United States, you incorporated -- or your attorney

17    incorporated Hitec Machinery International in about

18    2005; is that right?

19        A.    Yes.

20        Q.    Were you the sole stockholder?

21        A.    Yes -- you mean the only?

22        Q.    The only stockholder.

23        A.    Yes.

24        Q.    Have there been any other stockholders?

1      A.   No.

2      Q.   Is that corporation currently known by a

3   different name?

4      A.   Yes.

5      Q.   What is the current name of that

6   corporation?

7      A.   The incorporation name?

8      Q.   The current name today of that corporation.

9      A.   Tom and Steven Miyano Machinery.

10      Q.   Is there an "incorporated" after that, or

11   "Corp.," or "Inc.," or something like that?

12      A.   No.

13      Q.   Do you know whether you changed the --

14   whether you formally changed the name of the corpora-

15   tion to something -- namely, to Tom and Steven Miyano

16   Machinery?

17      A.   I don't know.

18      Q.   Do you know the difference between a trade

19   name and a corporation name?

20      A.   Maybe.

21      Q.   And you believe that the corporation name is

22   Tom and Steven Miyano Machinery, today, as we sit

23   here today?

24      A.   It's Tom and Steven Miyano Machinery.

1    Q.   Was that corporation ever known as -- by any

2    other name --

3    A.   Yes.

4    Q.   -- other than Hitec Machinery International?

5    A.   Yes.

6    Q.   What was it known as?

7    A.   MiyanoHitec Machinery, Inc.

8    Q.   Were there any other names of this

9    corporation?

10   A.   I do not think so.

11   Q.   Okay.  So you are saying that this corpora-

12   tion had three different names, right?

13   A.   Maybe yes.

14   Q.   And it started as Hitec Machinery

15   International?

16   A.   Um-hum.

17   Q.   And then it -- the next one was Miyano Hitec

18   machinery, Inc.; is that right?

19   A.   It is also Miyano Hitec Machinery, Inc.,

20   still; and also Tom and Steven Miyano Machinery.

21   Q.   Okay.  When did it change from Hitec

22   Machinery International to something different?

23   A.   I think it is October of 2006.

24   Q.   And what was the change that occurred then?

1        **What was the change in October 2006?**

2        A.   I changed the name of the company.

3        Q.   **Why?**

4        A.   Because I wanted to.

5        Q.   **Why did you want to change the name?**

6        A.   Well, I thought that I had to put my family

7    name inside.

8        Q.   **Why did you have to do that?**

9        A.   Because I like my family name.

10       Q.   **But you didn't have to put the family name**

11   **in there, did you?**

12       A.   Are you not proud of your name?

13       Q.   **That's not the question.**

14       MR. BAKER:  No, but it is the answer.

15   BY THE WITNESS:

16       A.   I am proud of my family name, as all of my

17   ancestors have been using it; my grandfather, my

18   father, myself.

19            And maybe even after -- after I get married,

20   my children will also use the Miyano name.

21   BY MR. MANZO:

22       Q.   **Why did you not use the name Miyano when you**

23   **created Hitec Machinery International in the first**

24   **place?**

1     A.   I don't remember.

2     Q.   What business did Hitec Machinery Interna-

3   tional engage in in 2005?

4     A.   Same as now.

5     Q.   Could you tell me what that is, please.

6     A.   To build a CNC machine and -- yes.

7          To build a CNC machine, in '05.

8     Q.   Were you the president of Hitec

9   International in 2005?

10    A.   Yes.

11    Q.   And have you always been the president of

12   that corporation?

13    A.   Yes.

14    Q.   Are there any other officers of that

15   corporation?

16    A.   Officers is what kind of status?

17    Q.   Chief executive, chief operating officer,

18   vice-president, secretary, or treasurer.

19    A.   In '05?

20    Q.   Yes.  In '05.

21    A.   I do not think so.  Maybe only it was

22   myself.

23    Q.   Is there a corporate minute book for Hitec

24   International?

1      A.   I think so.

2      Q.   **Did you keep corporate minutes?**

3      A.   Should be somewhere.

4      Q.   **After 2005 was there ever any other officer?**

5      A.   Until now?

6      Q.   **Yes.**

7      A.   Yes.

8      Q.   **Who was that?**

9      A.   That will be -- after -- 2006, October, Tom

10   Miyano.

11     Q.   **What position did he hold in the company?**

12     A.   Advisor.

13     Q.   **Was he an executive officer?**

14     A.   No.

15     Q.   **Is that the same Tom Miyano who is here**

16   **today in this deposition room?**

17     A.   I do not know of any Tom Miyano other than

18   my father.

19     Q.   **And your father is sitting here at this same**

20   **table -- yes?**

21     A.   Yes.

22     Q.   **And that's the same person, then, who is**

23   **referred to as the person in Tom and Steven Miyano**

24   **Machinery, right?**

1    A.    Yes.

2    Q.    Okay.  Does he own any stock in the

3  corporation?

4    A.    No.

5    Q.    And he has never been an executive officer

6  of the corporation; is that true?

7    A.    True.  Never a director.

8    Q.    Never a director, and never the chief

9  operating officer?

10    A.    Yes.  I make all the decisions.

11    Q.    Did he ever have any title with the

12  corporation other than "advisor"?

13    A.    Maybe, but I do not know.

14    Q.    Would that be reflected in the corporate

15  minutes?

16    A.    I don't know.

17    Q.    Do you know the whereabouts of the corporate

18  minutes?

19    A.    No.

20    Q.    I didn't hear you.

21    A.    No.

22    Q.    Do you know who maintains the corporate

23  minutes?

24    A.    I believe that is me.

**WICHMANN-KLAWITTER REPORTING, LTD.**
**CHICAGO (312) 368-1228**

1    know, you ask a silly question; you get a silly

2    answer.  I don't want you to get a silly answer.

3    BY MR. MANZO:

4        Q.    Did Hitec International Manufacture anything

5    in 2005?

6        A.    No.

7        Q.    Did it sell anything in 2005?

8        A.    No.

9        Q.    Did it adopt any logos or trademarks in

10   2005?

11       A.    Yes.

12       Q.    What were they?

13       A.    Are you telling me to describe?

14       Q.    Yes, please.

15       A.    It is a triangle with "H" and "Hitec."

16       Q.    Can we be a little more specific?

17             Was it a triangle with an "H inside the

18   triangle?

19       A.    Inside the triangle.

20       Q.    And the words "Hitec" -- were they also in

21   the triangle?

22       A.    Yes.

23       Q.    Did the "H" have wings?

24       A.    Yes.

1    Q.   Was there anything else to the mark?

2    A.   As far as I recollect, no.

3    Q.   Were there any other marks or logos?

4    A.   No.

5    Q.   How did you use that -- that logo at Hitec

6 International?

7    A.   On my business card.

8    Q.   Anything else?

9    A.   As far as I remember, no.

10    Q.   How did you select that logo?

11    A.   It got brought up in my head.

12    Q.   Had you seen anything like it previously?

13    A.   No.

14    Q.   Did Hitec Machinery International advertise

15 anything in 2005?

16    A.   Where?

17    Q.   Anywhere in the world.

18    A.   Advertise what?

19    Q.   Anything.  I'm asking if it advertised.

20    MR. BAKER:  Object to the form of the question.

21 BY THE WITNESS:

22    A.   Would handing out my business card be an

23 advertisement?  I'm sorry for that question; I'm

24 trying to figure out.

1    A.    Yes.

2    Q.    What machines have you designed?

3    MR. BAKER:  You mean during his whole life?

4         Or what do you mean?

5 BY MR. MANZO:

6    Q.    Yes.

7    A.    They are currently designing -- well, I

8 currently designed a multi-axis machine.

9    Q.    When you say axis, you mean a-x-i-s, or do

10 you mean a-c-c-e-s-s?

11    A.    A-x-i-s.

12    Q.    Okay.  Thank you.

13         Have you ever designed any other machines?

14    A.    Some -- yes.

15    Q.    What kinds of machines?

16    A.    Only conceptual.

17    Q.    Were they airplanes or cars or go-carts,

18 or -- what were they?

19    A.    CNC machine.

20    Q.    When did you -- when did you do this?

21    A.    In '05.

22    Q.    Do you have any engineers in your employment

23 at the corporation?

24    A.    No.

1      A.    No.

2      Q.    Do you have any idea?

3      A.    My father was in the industry for a long

4    period of time, so maybe some occasion.

5      Q.    Do you have a contract with Mr. Goindi, or

6    with Parishudh?

7      A.    No.

8      Q.    Did you give him your drawings to work with?

9      A.    Conceptual, yes.

10      Q.    Why did you do that?

11      A.    Because I wanted to.

12      Q.    Weren't they confidential?

13      A.    I could trust that person.

14      Q.    Do you have any confidentiality agreement

15    with Mr. Goindi, or with Parishudh?

16      A.    No.

17      Q.    Have you filed any patent applications any-

18    where in the world for anything going into the

19    CW machine design?

20      A.    Yes.

21      Q.    Who are the named inventors of that one or

22    more patent applications?

23      A.    Me and my father.

24      Q.    Why is your father named as an inventor?

Page 65

1    A.    He is also an advisor.

2    Q.    **What part did he design?**

3    A.    I forgot.

4    Q.    **Did he work on the design?**

5    A.    I did.

6    Q.    **Does your father operate your CAD system at**

7    **all?**

8    A.    No.

9    Q.    **Do you know if he knows how to operate it?**

10   A.    No.

11   Q.    **Have you ever seen him operate it?**

12   A.    No.

13   Q.    **Have you ever seen him try to operate it?**

14   A.    Yes.

15   Q.    **And what happens?**

16   A.    He couldn't get things to work.

17   Q.    **I don't think I could, either, but. . . .**

18        **You studied CAD in -- probably starting in**

19   **high school, right?**

20   A.    No.

21   Q.    **Where did you study CAD design?**

22   A.    At some company in Schaumburg or Palatine.

23   Q.    **When was that?**

24   A.    I believe sometime in '06.  Sometime in '06.

1     A.    I do not remember the company name.

2     Q.    Did your father go with you to speak with

3  anybody?

4     A.    Yes.

5     Q.    Have you placed any written advertisements

6  for the CW machine?

7     A.    No.

8     Q.    Any electronic advertisements?

9     A.    No.

10    Q.    So you have called on potential customers,

11  then?

12    A.    Talked with.

13    Q.    Talked with them.

14          Do these potential customers already have

15  CNC lathes?

16    A.    Some do.

17    Q.    What have you told these potential customers

18  about the CW machine?

19    A.    The normal -- well, I shouldn't say normal.

20          But I told them that the CW machine -- well,

21  actually, our company's machine -- can do both sides

22  at once.

23    Q.    Anything else?

24    A.    Well, it's revolutionary.

1      Q.   How do you mean, revolutionary?

2          Do you mean it revolves, or what do you

3  mean?

4      A.   It could do both sides at once.

5      Q.   How does it do both sides at once?

6      A.   Well, this object comes in, this chuck grabs

7  it and it spins around and it cuts first; and then it

8  goes in, goes back, the hand grabs it, turns it

9  around, puts it back in, and then does the other

10  side --

11      Q.   Okay.

12      A.   -- and then back.

13      Q.   All right.  So what you have just described

14  is doing one side, turning it around, and then doing

15  the other side; is that correct?

16      A.   Yes.

17      Q.   And is that the machine you've designed?

18      A.   Yes.

19      Q.   Do you have a prototype of the machine?

20      A.   No.

21      Q.   Have you seen a prototype of the machine?

22      A.   No.

23      Q.   Does a prototype of the machine exist, as

24  far as you know?

Page 74

1      A.   No.

2      Q.   **You know that it does not yet exist?**

3      A.   Yes.

4      Q.   **Where is it going to be made?**

5      A.   It will be made in India.

6      MR. BAKER:   The prototype or the machine?

7      MR. MANZO:   The prototype.

8      MR. BAKER:   Go ahead.

9  BY THE WITNESS:

10     A.   It will be made in India.

11 BY MR. MANZO:

12     Q.   **By Parishudh?**

13     A.   Yes.

14     Q.   **Did you talk to potential customers about**

15 **any other machinery that you might deal with?**

16     A.   Yes.

17     Q.   **What was the other machinery?**

18     A.   I have asked the potential customer what

19 kind of machine they would like to have.

20     Q.   **Who were these potential customers?**

21     A.   They were the same customers as what I have

22 talked with regarding the CW machines.

23     Q.   **Where did you speak to these people?**

24     A.   In Chicago.

1      A.   Yes.

2      Q.   Before MHU sells the machine, who will be

3  the owner of the machine?

4      A.   The manufacturer.

5      Q.   That is who?

6      A.   In India.

7      Q.   Parishudh?

8      A.   Yes.

9      Q.   Do you have any animations showing how the

10  machine will work?

11     A.   No.

12     Q.   Do you have any videos of any kind showing

13  how the machine may work?

14     A.   No.

15     Q.   No.  Just -- earlier you said you took a CAD

16  course, I think, in Schaumburg or Palatine.

17          Do you remember that?

18     A.   Yes.

19     Q.   How long was that course of study?

20     A.   A week.

21     Q.   One week?

22     A.   One week.

23     Q.   Eight hours a day?

24     A.   I think it was from nine to five.

1       A.    It is an alphabet "M" with wings on.

2       Q.    Okay.  I'm going to hand to you what was

3    marked in the deposition of Tom Miyano as deposition

4    Exhibit 76 --

5       A.    Thank you.

6       Q.    -- and ask if the winged "M" mark that you

7    are speaking about appears anywhere on that exhibit.

8       A.    Yes, it appears.

9       Q.    Where?

10       A.    Top left-hand corner.

11       Q.    Is that the mark just next to the words

12    "Tom," ampersand, "Steven Miyano Machinery"?

13       A.    Yes.

14       Q.    And beside that title, "Tom & Steven Miyano

15    Machinery," I see MiyanoHitec Machinery, Inc., in

16    parentheses.  Is that what it says?

17       A.    It has a parentheses with MiyanoHitec

18    Machinery, Inc.

19       Q.    Do you think that name MiyanoHitec Machi-

20    nery, Inc., is similar to Miyano Machinery, Inc.?

21       A.    No.

22       Q.    Why not?

23       A.    Customers are smart enough to know the

24    difference.

1    Q.    But that isn't really what I asked you.

2         I was asking you if you think those names

3    are similar.

4    MR. BAKER:  Asked and answered.

5    BY THE WITNESS:

6    A.    It is not similar.

7    BY MR. MANZO:

8    Q.    Why?

9    A.    Why?

10    Q.    Why are they not similar?

11    MR. BAKER:  Asked and answered.

12    BY THE WITNESS:

13    A.    It is not similar.

14    BY MR. MANZO:

15    Q.    Well, would you agree that both start with

16    "Miyano"?

17    A.    Yes.

18    Q.    And would you agree that both have

19    "Machinery"?

20    A.    Yes.

21    MR. BAKER:  Are you guys claiming some rights to

22    the word "machinery" now?

23    MR. MANZO:  No comment.

24    MR. BAKER:  I'll take that as a no.

**WICHMANN-KLAWITTER REPORTING, LTD.**
**CHICAGO (312) 368-1228**

1    BY MR. MANZO:

2        Q.    So is it your view that inserting H-i-t-e-c

3    after "Miyano" makes it different?

4        A.    "MiyanoHitec Machinery, Inc." --

5        Q.    Yes.

6        A.    -- is different than "Miyano Machinery,

7    Inc."

8        Q.    Is it also partially similar?

9        MR. BAKER:  Form.

10   BY THE WITNESS:

11       A.    Text?

12   BY MR. MANZO:

13       Q.    Yes.

14       A.    Partially, yes.

15       Q.    Is it mostly similar?

16       MR. BAKER:  Form.

17   BY THE WITNESS:

18       A.    No.

19   BY MR. MANZO:

20       Q.    It's not mostly the same?

21       MR. BAKER:  Asked and answered.  Form.

22   BY THE WITNESS:

23       A.    No.

24

1  BY MR. MANZO:

2      Q.   Did you ever obtain any opinions -- that is

3  to say you at MHU -- obtain any opinions of a lawyer

4  in the United States about the legality of using

5  "MiyanoHitec Machinery" as a name?

6      MR. BAKER:  You can answer that yes or no.

7  BY THE WITNESS:

8      A.   Yes.

9  BY MR. MANZO:

10     Q.   Did you receive a written opinion or an oral

11  one, or both.

12     MR. BAKER:  You can answer that written, oral,

13  yes, or no, or both.

14         In fact, I'm going to object to the form of

15  that question.

16  BY MR. MANZO:

17     Q.   I'll rephrase.  In what form did you get the

18  opinion?

19     MR. BAKER:  You can answer that written, oral.

20     MR. MANZO:  Or both?

21     MR. BAKER:  Or both.  Sure.  That seems fair.

22  BY THE WITNESS:

23     A.   Maybe in some way written or oral.

24

1    BY MR. MANZO:

2        Q.    Does MHU have any licensing agreements with

3    anybody else?

4        A.    What license?

5        Q.    That's what I'm asking.

6        A.    No.

7        MR. BAKER:  I'm sorry.

8            Just to be clear, are you including things

9    like the shrink wrap license with SolidWorks, or

10   Microsoft for software, or -- what are you talking

11   about?

12   BY MR. MANZO:

13       Q.    I believe you testified that your grand-

14   mother owns the -- a trademark triangle with a winged

15   "M" and the name Miyano.  Is that your testimony?

16       A.    Yes.

17       Q.    Do you know who owns the trademark, if there

18   is an ownership, of the trademark "M" with wings?

19       A.    My grandmother.

20       Q.    Do you have a license from her to use this

21   trademark at MHU?

22       A.    License with my grandmother?

23       Q.    That's what I'm asking you.

24       A.    No.

1    Q.   Did you create this screen display shown in

2  Exhibit --

3    MR. BAKER:   76.

4  BY MR. MANZO:

5    Q.   -- 76?  Thank you, counsel.

6    MR. BAKER:   Sure.

7  BY THE WITNESS:

8    A.   Yes.

9  BY MR. MANZO:

10   Q.   Did you have somebody assist you in this?

11   A.   No.

12   Q.   What does it mean on this exhibit when it

13  says, quote:  "We supply various production systems,

14  such as a CNC lathe, machining center, CNC

15  grinders" -- and I think there is a period after

16  that, close quote -- and let's just take that

17  sentence.

18        What is that sentence intended to mean, this

19  first sentence right here in the block here called

20  "Service"?

21   A.   It says, "We supply various production

22  systems, such as a CNC lathe, machining center, CNC

23  grinders."

24   Q.   And does MHU do that?

1      A.   Oh.  In every trade show that I have

2   attended, we have put on a disclaimer on our panels,

3   or on the back wall.

4      Q.   **Was that your idea?**

5      A.   I have gotten advice from my lawyer.

6      Q.   **Other than your lawyers, did anybody ask you**

7   **about those disclaimers?**

8      A.   No.

9      Q.   **Do you have those made up by a commercial**

10  **company?**

11     A.   What?

12     Q.   **The disclaimers that you exhibit.**

13          **Or do you make them yourself?**

14     A.   I make them myself.

15     Q.   **How big is the disclaimer?**

16     A.   Letter size, paper.

17     Q.   **The size of an 8-and-a-half-by-11-inch piece**

18  **of paper?**

19     A.   I think it's -- if letter size is 8 and a

20  half by 11, yes.

21     Q.   **Well, I'm trying to find out what you mean**

22  **by letter size.  Many letters are smaller.**

23     A.   This size.

24     MR. BAKER:  The witness is indicating and point-

1    ing to Exhibit 84, which is an 8-and-a-half-by-11

2    sheet of paper.

3        MR. MANZO:  Thank you.

4        MR. BAKER:  Sure.

5    BY MR. MANZO:

6        Q.   How do you make up the exhibit -- I'm

7    sorry -- that disclaimer?

8            Is it handwritten, or something else?

9        A.   It's Microsoft Word.

10       Q.   You use Word.  Okay.

11           And you use one sheet of paper to make the

12   disclaimer?

13       A.   Yes.

14       Q.   And where do you put the disclaimer?

15       A.   On the panel.

16       Q.   How big is the panel?

17       A.   It is ten feet wide, approximately.

18       Q.   How tall is is it?  Taller than you?

19       A.   Yes.

20       Q.   How big are the letters on the disclaimer?

21       A.   I don't know.

22       Q.   Well, what's your best estimate?

23           Five inches tall?

24       MR. BAKER:  Just to be clear, I'm pretty sure you

1    have a copy of a photograph with the disclaimer

2    attached to the panels that he's talking about.

3             But I'm happy to have him answer the

4    questions.

5        MR. MANZO:   Thank you.

6        MR. BAKER:   Sure.

7    BY MR. MANZO:

8        Q.   Do you recall how big the letters are?

9        A.   No.

10       Q.   What color are the letters?

11       A.   Black.

12       Q.   Are the letters on the disclaimer the same

13   size as "Tom & Steven Machinery," if those are used

14   on the panel?

15            Strike that.   That was not a good question.

16            Is your company name on the panel?

17       A.   On part of the panel.

18       Q.   Okay.  And which company name is it that you

19   exhibit on the panel?

20       A.   Do you want to rephrase?

21       Q.   What's the name of the company that you put

22   on the panel?

23       A.   Oh.  Tom & Steven Miyano Machinery.

24       Q.   Do you also have that parentheses part?

1     MR. MANZO:  The question is do you have an

2   understanding about -- do you have an understanding

3   of the claim.

4     MR. BAKER:  You may answer that yes or no, but no

5   further.

6   BY THE WITNESS:

7     A.   Yes.

8     MR. BAKER:  Thank you, counsel.

9   BY MR. MANZO:

10    Q.   Do you believe that MHU has been harmed by

11  Miyano Machinery in Japan?

12    MR. BAKER:  In Japan?  Or Miyano Machinery in

13  Japan?

14  BY MR. MANZO:

15    Q.   By Miyano Machinery in Japan.

16         That is to say, Miyano Machinery, Inc.,

17  which is located in Japan -- do you believe that that

18  company has harmed MHU?

19    A.   Yes.

20    Q.   How?

21    A.   Tom & Steven Miyano Machinery, parentheses,

22  MiyanoHitec Machinery, Inc. --

23    Q.   Can you speak up?  I'm sorry.

24    A.   Oh.  Tom & Steve Miyano Machinery,

1  parentheses, Miyano Hitec Machinery, Inc., is

2  currently in the start-up process.

3         We have not made any product; we have not

4  sold any product.

5         However, we are truly planning to get into

6  industry.  And having been sued requires great amount

7  of time dedicated to this lawsuit, and many planning

8  to do is currently stopped.

9      Q.   **What did your last sentence mean?**

10     A.   Many planning of many -- many planning is

11 currently stopped.

12     THE VIDEOGRAPHER:  Mr. Manzo, we'll have to

13 change the videotape in about five minutes.

14     MR. MANZO:  Okay.

15 BY MR. MANZO:

16     Q.   **Anything else about how you are harmed?**

17     A.   Time and money.

18     Q.   **Anything else?**

19     A.   We are proud of our family name, Miyano, and

20 our logo, "M" with wing mark, and they are stepping

21 on it.

22     Q.   **You realize that Miyano Machinery, Inc.,**

23 **located in Japan, has not sued MM- -- I'm sorry; has**

24 **not sued MHU.**

1     A.   One second, please.

2     MR. MANZO:  Do you want to put an exhibit sticker

3  on that?

4              (Deposition Exhibit No. 86 was marked

5               for identification.)

6  BY MR. MANZO:

7     Q.   All right.  Mr. Miyano, is Exhibit 86 your

8  current business card?

9     A.   Yes.

10    Q.   And is it your testimony that the business

11  card shown at the bottom -- or what appears to be a

12  business card shown enlarged at the bottom of

13  Exhibit 85 was never your business card?

14    A.   It could have been mine.

15    Q.   It could have been.

16    A.   Yes.

17    Q.   Could it have been somebody else's?

18    A.   My current business card is what you have.

19    Q.   Exhibit 86?

20    A.   Yes.

21    Q.   Is Exhibit 85 a previous business card of

22  yours?

23    A.   I assume.  I think so.

24    Q.   Okay.  And what about the one at the top of

Certified Member of Chicago Minority Business Development Council, Inc. (CMBDC)
Distributor of World Wide Machine supply and service for USA Based Companies

 Headquarter

 MIYANOHITEC MACHINERY, INC.

CEO & Director
Thomas T. Miyano

50 Dundee Lane, Barrington Hills, Illinois 60010-5106 USA
T:847-3822794   F:847-3824928   mobile-US:847-612-3146   mobile-JPN:070-5546-6721   hitecinc@hotmail.com

FEB 5-07

---

Certified Member of Chicago Minority Business Development Council, Inc. (CMBDC)
Distributor of World Wide Machine supply and service for USA Based Companies

 Headquarter

 MIYANOHITEC MACHINERY, INC.

President
Steven S. Miyano

50 Dundee Lane, Barrington Hills, Illinois 60010-5106 USA
T:847-3822794        Mobile-US:847-612-3079       hitecinc@hotmail.com
F:847-3824928        Mobile-JPN:090-6139-6011

*We are not affiliated in any way with Miyano Machinery USA, Inc. and Miyano Machinery, Inc. in Japan.

DEPOSITION
EXHIBIT
# 85
9/30/05   b

MMU0000553



DEPOSITION EXHIBIT
#86
4/30/08

Certified Member of Chicago Minority Business Development Council, Inc. (CMBDC)
Distributor of World Wide Machine supply and service for USA Based Companies

Headquarter

**Tom & Steven Miyano Machinery**
( MIYANOHITEC MACHINERY, INC. )

President
Steven S. Miyano

50 Dundee Lane, Barrington Hills, Illinois 60010-5106 USA
T-847-382-2794   mobile-US847-612-3079
F-847-382-4528   mobile-JPN:090-6139-6011   mail to : miyano@miyanohitec.com

*We are NOT affiliated with Miyano Machinery, Inc. and Miyano Machinery USA, Inc. in any way.