# Exhibit 53







MMU0022179



MMU0022183



MMU0022182