# Exhibit 56

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp.xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 78671380
### Filing Date: 07/15/2005

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK FILE NAME | \\TICRS\EXPORT9\IMAGEOUT9 \786\713\78671380\xml1\AP P0002.JPG |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | HITEC |
| COLOR MARK | NO |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 512 x 384 |
| **OWNER SECTION** | |
| NAME | Hitec Machinery International Inc. |
| STREET | 50 Dundee Lane |
| CITY | Barrington Hills |
| STATE | Illinois |
| ZIP/POSTAL CODE | 60010 |
| COUNTRY | United States |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | CORPORATION |
| STATE/COUNTRY OF INCORPORATION | Illinois |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 007 |
| DESCRIPTION | Machines and machine tools. |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 07/14/2005 |
| FIRST USE IN COMMERCE DATE | At least as early as 07/14/2005 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT9\IMAGEOUT9 \786\713\78671380\xml1\AP P0003.JPG |
| SPECIMEN DESCRIPTION | JPEG file showing an image including the mark as used on the |

MMU0022169

|  | goods. |
|---|---|
| **SIGNATURE SECTION** | |
| SIGNATORY NAME | Steven Miyano |
| SIGNATORY POSITION | President |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 325 |
| TOTAL AMOUNT | 325 |
| **ATTORNEY** | |
| NAME | Vernon W. Francissen |
| FIRM NAME | Vernon W. Francissen |
| STREET | 53 W. Jackson Blvd. Suite 656 |
| CITY | Chicago |
| STATE | Illinois |
| ZIP/POSTAL CODE | 60604 |
| COUNTRY | United States |
| PHONE | (312)294-9980 |
| FAX | (312)275-8772 |
| EMAIL | vern@francissenpatentlaw.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| ATTORNEY DOCKET NUMBER | HTC05-001TM |
| **CORRESPONDENCE SECTION** | |
| NAME | Vernon W. Francissen |
| FIRM NAME | Vernon W. Francissen |
| STREET | 53 W. Jackson Blvd. Suite 656 |
| CITY | Chicago |
| STATE | Illinois |
| ZIP/POSTAL CODE | 60604 |
| COUNTRY | United States |
| PHONE | (312)294-9980 |
| FAX | (312)275-8772 |
| EMAIL | vern@francissenpatentlaw.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **FILING INFORMATION** | |

MMU0022170

| SUBMIT DATE | Fri Jul 15 14:25:20 EDT 2005 |
|---|---|
| TEAS STAMP | USPTO/BAS-682018236-20050<br>715142520782311-78671380-<br>200ceeb1eb85d2d3ea61cec16<br>0c0c3a0c6-CC-1366-2005071<br>5141933870133 |

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

## Trademark/Service Mark Application, Principal Register

### Serial Number: 78671380
### Filing Date: 07/15/2005

## To the Commissioner for Trademarks:

**MARK:** HITEC (stylized and/or with design, see mark)
The literal element of the mark consists of HITEC.
The applicant, Hitec Machinery International Inc., a corporation of Illinois, residing at 50 Dundee Lane, Barrington Hills, Illinois, United States, 60010, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.
The applicant, or the applicant's related company or licensee, is using the mark in commerce, and lists below the dates of use by the applicant, or the applicant's related company, licensee, or predecessor in interest, of the mark on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.
    International Class 007: Machines and machine tools.
In International Class 007, the mark was first used at least as early as 07/14/2005, and first used in commerce at least as early as 07/14/2005, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) JPEG file showing an image including the mark as used on the goods..
    Specimen - 1
The applicant hereby appoints Vernon W. Francissen of Vernon W. Francissen, 53 W. Jackson Blvd. Suite 656, Chicago, Illinois, United States, 60604 to submit this application on behalf of the applicant. The attorney docket/reference number is HTC05-001TM.
The USPTO is authorized to communicate with the applicant or its representative at the following email address: vern@francissenpatentlaw.com.
A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).
### Declaration
The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.
Signature:
Signatory's Name: Steven Miyano
Signatory's Position: President
Mailing Address:
    Vernon W. Francissen
    53 W. Jackson Blvd. Suite 656
    Chicago, Illinois 60604
RAM Sale Number: 1366
RAM Accounting Date: 07/15/2005

MMU0022171

Serial Number: 78671380
Internet Transmission Date: Fri Jul 15 14:25:20 EDT 2005
TEAS Stamp: USPTO/BAS-682018236-20050715142520782311
-78671380-200ceeb1eb85d2d3ea61cec160c0c3
a0c6-CC-1366-20050715141933870133

MMU0022172



MMU0022173



MMU0022174



MMU0022175



MMU0022176