# Exhibit 60

Member of Chicago Minority Business Development Council, Inc.

≡ Marketing & Base Design  
≡ Design & Production

5006/11 24/

### HiTec Machinery International, Inc

Director & Designer  
Thomas T. Miyano

50 Dundee Lane, Barrington Hills, Illinois 60010-5106 USA  
T:847-382-2794 F:847-382-4928 C.US:847-612-3146 C.JPN:070-6546-6721 hitecinc@hotmail.com

---

≡ Marketing & Base Design  
≡ Design & Production  
◉ R & D for Main Component

Member of Chicago Minority Business Development Council, Inc.

5006/11 24/

 ### HiTec Machinery International, Inc

President  
Steven S. Miyano

50 Dundee Lane, Barrington Hills, Illinois 60010-5106 USA  
T(847)382-2794 F(847)382-4928 hitecinc@hotmail.com


DEFENDANT'S EXHIBIT 63
SB
4/17/08 YS

MMU0017490

Member of Chicago Minority Business Development Council, Inc.

- Marketing & Base Design
- Design & Production

2006/11 3*/

## HiTec Machinery International, Inc

Director & Designer
Thomas T. Miyano

50 Dundee Lane, Barrington Hills, Illinois 60010-5106 USA
T:847-3822794 F:847-3824928 C.US:847-6123146 C.JPN:070-5546-6721 hitecinc@hotmail.com

---

Member of Chicago Minority Business Development Council, Inc.

- Marketing & Base Design
- Design & Production
- R & D for Main Component

2006/11 3*/

## HiTec Machinery International, Inc

President
Steven S. Miyano

50 Dundee Lane, Barrington Hills, Illinois 60010-5106 USA
T(847)382-2794  F(847)382-4928      hitecinc@hotmail.com

MMU0017490