# Exhibit 64

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 00/00/0000)

# Trademark/Service Mark Application, Principal Register

Serial Number: 77351695
Filing Date: 12/13/2007

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 77351695 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS2\EXPORT14\773\516\77351695\xml1\APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | M |
| COLOR MARK | NO |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of A stylized letter M with bird wings. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 554 x 348 |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Tom Miyano |
| DBA/AKA | Toshiharu Miyano |
| *STREET | 50 Dundee Lane |
| *CITY | Barrington Hills |
| *STATE (Required for U.S. applicants) | Illinois |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 60010-5106 |
| PHONE | 847-382-2794 |
| EMAIL ADDRESS | miyano@miyanohitec.com |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | INDIVIDUAL |
| COUNTRY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |

| *INTERNATIONAL CLASS | 009 |
|---|---|
| *DESCRIPTION | Machine Tools, Industry machinery instruments (exclude CNC Lathe/Automatic Lathe, Automatic Tapping Machine), Power machinery instruments, Wind & Water power machinery instruments, Office machinery instruments, other machinery instruments which are not specified above, and machine accessories and elements |
| FILING BASIS | SECTION 44(e) |
| FOREIGN REGISTRATION NUMBER | 200879 |
| FOREIGN REGISTRATION COUNTRY | Japan |
| FOREIGN REGISTRATION DATE | 12/18/1987 |
| FOREIGN REGISTRATION EXPIRATION DATE | 12/18/2007 |
| DATE FOREIGN REGISTRATION RENEWED (if applicable) | 07/23/1997 |
| FOREIGN REGISTRATION FILE NAME(S) | |
| ORIGINAL PDF FILE | |
| ORIGINAL PDF FILE | |
| ORIGINAL PDF FILE | |
| ORIGINAL PDF FILE | |

## ADDITIONAL STATEMENTS SECTION

| MISCELLANEOUS STATEMENT | The Trademark Office is directed to U.S. Registration No. 1,217,317, which is the subject of Cancellation no. 92047422, and Application no. 77/176,918. Also, Tom Miyano, also known as Toshiharu Miayno, is owner of Japanese registration no. 2008979 as the legal heir to Sumiko Miyano. Supporting documentation and translations thereof are available. |
|---|---|

## ATTORNEY INFORMATION

| NAME | Vernon W. Francissen |
|---|---|
| ATTORNEY DOCKET NUMBER | HTC07-001TM |
| STREET | 53 W. Jackson Blvd., Suite 1320 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60604 |
| PHONE | 312-294-9980 |
| FAX | 312-275-8772 |
| EMAIL ADDRESS | vern@francissenpatentlaw.com |

| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| --- | --- |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Vernon W. Francissen |
| STREET | 53 W. Jackson Blvd., Suite 1320 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60604 |
| PHONE | 312-294-9980 |
| FAX | 312-275-8772 |
| EMAIL ADDRESS | vern@francissenpatentlaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Thomas Miyano/ |
| SIGNATORY'S NAME | Tom Miyano |
| SIGNATORY'S POSITION | Owner |
| DATE SIGNED | 12/13/2007 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2005)

## Trademark/Service Mark Application, Principal Register

Serial Number: 77351695
Filing Date: 12/13/2007

**To the Commissioner for Trademarks:**

**MARK:** M (stylized and/or with design, see mark)
The literal element of the mark consists of M.
The mark consists of A stylized letter M with bird wings.
The applicant, Tom Miyano, DBA/AKA Toshiharu Miyano, a citizen of United States, having an address of 50 Dundee Lane, Barrington Hills, Illinois, United States, 60010-5106, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

MMU0022125

International Class 009: Machine Tools, Industry machinery instruments (exclude CNC Lathe/Automatic Lathe, Automatic Tapping Machine), Power machinery instruments, Wind & Water power machinery instruments, Office machinery instruments, other machinery instruments which are not specified above, and machine accessories and elements

Based on Foreign Registration: Applicant has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and submits a copy of Japan registration number 200879, registered 12/18/1987 with a renewal date of 07/23/1997 and an expiration date of 12/18/2007, and translation thereof, if appropriate. 15 U. S.C. Section 1126(e), as amended.

**Original PDF file:**
**Converted PDF file(s) ( pages)**
**Original PDF file:**
**Converted PDF file(s) ( pages)**
**Original PDF file:**
**Converted PDF file(s) ( pages)**
**Original PDF file:**
**Converted PDF file(s) ( pages)**

The Trademark Office is directed to U.S. Registration No. 1,217,317, which is the subject of Cancellation no. 92047422, and Application no. 77/176,918. Also, Tom Miyano, also known as Toshiharu Miayno, is owner of Japanese registration no. 2008979 as the legal heir to Sumiko Miyano. Supporting documentation and translations thereof are available.

The applicant hereby appoints Vernon W. Francissen, 53 W. Jackson Blvd., Suite 1320, Chicago, Illinois, United States, 60604 to submit this application on behalf of the applicant. The attorney docket/reference number is HTC07-001TM.

Correspondence Information:   Vernon W. Francissen
53 W. Jackson Blvd., Suite 1320
Chicago, Illinois 60604
312-294-9980(phone)
312-275-8772(fax)
vern@francissenpatentlaw.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Thomas Miyano/   Date Signed: 12/13/2007
Signatory's Name: Tom Miyano
Signatory's Position: Owner
RAM Sale Number: 3001
RAM Accounting Date: 12/14/2007
Serial Number: 77351695
Internet Transmission Date: Thu Dec 13 17:59:46 EST 2007
TEAS Stamp: USPTO/BAS-68.251.69.171-2007121317594627
3923-77351695-400a6bba519f71fc8a60f2b291
cc9e9e89-CC-3001-20071213164226929807

MMU0022126



MMU0022127

| 商 | 商標登録第2008979号 | | | |
|---|---|---|---|---|
| | 第　　　一　　　表　　　示　　　部 | | | |
| 表示番号 (付記) | 登　　　録　　　事　　　項 | | | |
| 1番 | 出願年月日 | 昭和59年10月22日 | 出願番号 | 59-110859 |
| | 出願公告年月日 | 昭和62年5月20日 | 出願公告番号 | 62-032638 |
| | 査定年月日 | 昭和62年8月21日 | | |
| | XX連合商標XX | | | |
| | 商品の区分 | 第9類 | | |
| | 指定商品 | 産業機械器具（但し、自動旋盤、自動タッピングマシンを除く）動力機械器具、風水力機械器具、事務用機械器具、その他の機械器具で他の類に属しないもの、これらの部品および附属品、機械要素 | | |
| | | | 登録年月日 | 昭和62年12月18日 |
| 2番 | 【存続期間の更新登録】<br>申請年月日　平成9年7月23日 | | | |
| | | | 登録年月日 | 平成9年8月19日 |
| 3番 | 【商標権取消し審判の予告登録】　　（抹消）<br>審判請求年月日　平成17年4月14日　　審判番号　　2005-30424<br>請求の趣旨　　登録第2008979号商標の登録を取り消す、との審決を求める | | | |
| | | | 登録年月日 | 平成17年5月13日 |
| 4番 | 【審判請求の取下げ登録】<br>審判番号　　2005-30424<br>取下年月日　平成17年12月2日<br>表示第3番の予告登録の抹消 | | | |
| | | | 登録年月日 | 平成17年12月12日 |
| | 連　合　商　標　登　録　番　号　記　録　部 | | | |
| | 第0441256号　　第1983020号 | | | |
| | 登　　　録　　　料　　　記　　　録　　　部 | | | |
| 登録料 | | | | |
| | 10年分　金額　151000円　納付日　平成9年7月23日 | | | |
| | 甲　　　　　　　　　　　　　　　　　　区 | | | |
| 順位番号 (付記) | 登　　　録　　　事　　　項 | | | |
| 1番 | 上田市中央北2丁目8番33号　　　宮野澄子 | | 登録年月日 | 昭和62年12月18日 |
| | （以下余白） | | | |

-1-

上記は商標登録原簿に記録されている事項と相違ないことを認証する。
平成19年11月19日
経済産業事務官　吉越　誠

MMU0022128

*Koichi Yamamoto*
*[signature]*
*10/24/2007*

Document D

Inheritance tax report

Date of inheritance: December 26, 2002

Suffering successor:

    Name: Sumiko Miyano
    Date of Birth: April 6, 1923
    Address: Ueda-shi Chuo kita 2-8-33

Successor:

    Name: Toshiharu Miyano
    Date of Birth: June 12, 1949
    Address: 50 Dundee Lane, Barrington Hills, IL USA
    Telephone number: 1-847-381-4371

Tax accountant's office address, certification stamp, telephone number:

    Prepared by Yoshihiro Kasuga, Tax Accountant with certification stamp
    Hanishina-gun Sakaki-cho Sakaki 1975

    Enclosed: Document of Certified Tax Accountant Law - Article 30

Certified stamp
Accepted by Ueda Tax Office
October 24, 2003

Inheritance Property List

|  | Item | Content | Assessed Value |  |
|---|---|---|---|---|
|  | Trademarks rights | Miyano Trademarks rights | N/A |  |