# Exhibit 65



**Miyano**
The World Leader in Precision

## SUPER HIGH-PRODUCTION TWIN-TOOLING NC LATHE
# LK-61, 81



**HEAVY DUTY CNC LATHE**

MMU0009505

# SUPER FAST TURNIN

Miyano's models LK-61/81 are ultra efficient turning machines with single spindle and twin tool slides, which were primarily designed to perform high speed turning of bearing races and flanged parts.

Loading cycle time was drastically reduced by the nonstop loading system. Powerful plunge cutting, with extremely fast material removal rate, drastically reduces cutting cycle time. The reduced loading and cutting cycle time makes the LK series machines fastest in their class.



Incoming chute for the 1st operation

LK-81
8" Power Chuck
20 HP (15kW) Spindle Motor

Miyano

V-Shaped,

Separate Coolant Tank

First Operation

Second Operation

## 1st. Powerful Plunge Cutting Reduced Cutting Cycle.



High rigidity, high precision twin tool slides and a large diameter, quill type main spindle offer simultaneous high power plunge-cutting with formed tools (cutting sectional area: 6mm$^2$ wide), providing 35 cubic inches per minute of metal removal rate; cutting cycle is drasticaly reduced. These turning components are also capable of high precision turning of hard material. Post turning process, such as grinding, can be eliminated.



# G SYSTEM



- Nonstop, High Speed Loader
- Outgoing chute for the 2nd operation

**LK-61**
6" Power Chuck
15 HP (11kW) Spindle Motor
Miyano
Twin NC Slides

## Stability supports precision cutting.

Miyano's original, wing-type high precision spindle quill and high rigidity, high precision NC slides hold excellent dimensional quality and roundness, providing stable machining.

Cutting Condition
material      : C36000 (B16-85)/ASTM
spindle speed : 2,000 RPM $\{min^{-1}\}$
cutting feed  : 0.0024" (0.06mm)/rev.
tool          : Compax R0.4mm
coolant       : non
warm-up time  : non
sampling      : 9:00–11:40 50 pieces
                11:40– 1pc./10 min.





LK-61 Dimensional Quality Over Time
L-Slide / R-Slide — 0.00016" (4μm)

## Rigid bed supports efficiency.

Mono-cast machine bed features symmetrical design to minimize heat displacement and vibration, to ensure stable heavy cutting and hard turning.



## 2nd. Ultra-Fast Loading Reduced Loading Cycle.



A nonstop, high speed NC loader can load and unload in only 3 seconds. Because it loads and unloads without stopping the spindle, the time required for spindle acceleration and deceleration is reduced.



0.00 sec. DOWN → 1.15 sec. EJECT → 2.50 sec. LOADING → 3.00 sec. UP

MMU0009507

## ■ MACHINE SPECIFICATIONS

| | Items | | LK-61 | LK-81 |
|---|---|---|---|---|
| Machining Capacity | Power Chuck Size | | 6" Power Chuck | 8" Power Chuck |
| | Max. Turning Dia. | Power Chuck | 7-7/8" (200mm) | 7-7/8" (200mm) |
| | | Collet Chuck | 3-1/8" (80mm) D-type collet | — |
| | Max. Turning Length | | 4-11/16" (120mm) | 5-7/8" (150mm) |
| Main Spindle | Spindle Nose Dia. | | 5.512" (140mm) Flat | 6.693" (170mm) Flat |
| | Id. of Spindle Through Hole | | 1.811" (46mm) | 1.811" (46mm) |
| | Id. of Chuck Closing tube | | 1.417" (36mm) | 1.417" (36mm) |
| | Variable Speed Range | | 25~2,500 min$^{-1}$ {rpm} | 25~2,500 min$^{-1}$ {rpm} |
| | Spindle Motor (Max. Rating) | | VAC 10/15HP (7.5/11kW) | VAC 15/20HP (11/15kW) |
| Tool Slide | Tool Post | | Sq. Tool Post | Sq. Tool Post |
| | Cutting Tool Shank Size | | 1" (25mm) Sq. | 1" (25mm) Sq. |
| | Tool Hole Dia. | | 1" (25mm) | 1" (25mm) |
| | Slide Stroke | X-Axis | 4" (100mm) | 4" (100mm) |
| | | Z-Axis | 8" (200mm) | 8" (200mm) |
| | Rapid Traverse Rate | X-Axis | 394 IPM (10m/min.) | 394 IPM (10m/min.) |
| | | Z-Axis | 394 IPM (10m/min.) | 394 IPM (10m/min.) |
| Optional Standard Loader (1-2 Type) | Max. Size of Part (Dia. × Length) | | 3.15" (80mm) × 1.575" (40mm) | 3.15" (80mm) × 1.575" (40mm) |
| | Min. Size of Part (Dia. × Length) | | 0.95" (24mm) × 0.35" (9mm) | 0.95" (24mm) × 0.35" (9mm) |
| | Max. weight of Part | | 0.66 Lbs. (0.3 kgf) | 0.66 Lbs. (0.3 kgf) |
| | Rapid Traverse Rate | | 3,150 IPM (80m/min.) | 3,150 IPM (80m/min.) |
| | Loading/Unloading Time | | 3.0 sec. | 3.0 sec. |
| Machine Dimensions | Machine Height | | 78" (1,970mm) | 78" (1,970mm) |
| | Hight of Spindle Center | | 37" (950mm) | 37" (950mm) |
| | Floor Size | | 64" (1,620mm) × 73" (1,865mm) | 64" (1,620mm) × 73" (1,865mm) |
| | Machine Weight | | Apporox. 8,370 Lbs. (3,800kg) | Apporox. 8,490 Lbs. (3,850kg) |
| Optional Attachments | | | 6"/8" Hydroulic Power Chuck (Solid, Hollow), Pull Type Collet Chuck (Internal, External), Spindle Positioning (1 point), Chip-chute, Chip Conveyor (Spiral Coil Type), Chip Box, Signal Light (1/2/3 tiers), Auto Door, Work Piece Ejecter, Sub-operation Switch (Chucking/Start), Spindle Air Blow, Pneumatic Unit, Door Interlock, Automatic Power ON/Off & Fire Extingisher, Standard Loader (1-2 Type), Gantry Loder, Tool Holders, Set up Charge, etc. | |

Note: The specifications are subject to change without notice. Machine in photo may not be exactly same as actuai products.

## ■ NC SYSTEM (MIYANO FANUC)

Simultaneous 2 Axes+2 Axes Control (X·Z/X·Z–Axis), 9" Monochrome CRT Display, 66ft/20m Memory Storage, 32 Pairs of Tool Offset, Decimal Input, Canned Cycle (G90, G92, G94),

### NC Options

Tool Nose R Compensation, Additional Part Program Memory {Total 132ft (40m), 264ft (80m)}, Multiple Repetitive Canned Cycle (G70 to G76), Direct Drawing Dimension Programing, Spindle Encorder, Chamfering Corner R,

## ■ EXTERNAL VIEW



**MIYANO MACHINERY JAPAN INC.**
3-1, Shimorenjaku 7-chome, Mitaka-shi, Tokyo 181, Japan
Phone: 0422-46-1111  Facsimile: 0422-46-1130

**MIYANO MACHINERY INC.**
Headquarters, Production Division:
940 North Central Ave., Wood Dale, Illinois 60191 U.S.A.
Phone: (708) 766-4141  Facsimile: (708) 860-7266

**MIYANO MACHINERY EUROPE GMBH.**
Feldheider Strasse 62, D-40699 Erkrath, Germany
Phone: 02104-31067  Facsimile: 02104-35239

**MIYANO MACHINERY ASIA CO., LTD.**
Room 9C, Kee Shing Centre, 74 Kimberley Road
Tsimshatsui, Kowloon, Hong Kong
Phone: 2314-8128  Facsimile: 2737-2304

PRINTED IN JAPAN   MAR. 1996   2-2-30P

MMU0009508