# Exhibit 67

# __Examples__

### __Machine Tools__









**Powerful NC Lathe LZ-02**

**Service Reports**

07/29/2005 FRI  8:36  FAX 905 670 4533 ALFA International Ent.                    ☑002/003

# SERVICE REPORT

**Miyano Machinery USA Inc.**

940 N. Central Avenue
Wood Dale, Illinois 60191
Phone: (630) 766-4141
Fax:   (630) 860-7286

REPORTER: _Mark Wator_

DATE: 7-27-05

CUSTOMER: _Alfa International Enterprises_ Tel: (105) 670-2822

_6086 Shawson Drive_

_Missisauga On  L5T1E6 Canada_

CONTACT PERSON: _Nick Catroneo_

DEALER: _SMS Machine Tools_  (416) Tel: 625-7300

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER P.O. NO. | | | SERVICE REQ. BY | | |
| MACHINE MODEL _BND-34S5_ | | | SERIAL NO. _BD 609045_ | | |
| CONTROL MODEL _Fanuc 21i-TB_ | | | CONTROL S/N _E 046A2317_ | | |
| SPINDLE DRIVE | | | INVENTOR S/N | | |

① NEW INSTALLATION ②TEST CUTTING
③ INSTRUCTION  4. ELECTRIC TROUBLE SHOOT
5. ALTER SET-UP  6. REPLACEMENT PARTS
7. ADJUSTMENT  8. CHECK-UP  9. REPAIR
10. DISASSEMBLE  11. ASSEMBLE  12. OTHER

| | 7/11 | 7/12 | 7/13 | 7/14 | 7/15 | | |
|---|---|---|---|---|---|---|---|
| DATE IN | 12:00 | 9:00 | 9:00 | 9:00 | 9:00 | | |
| OUT | 6:00 | 6:00 | 6:00 | 6:00 | 6:00 | | |
| HOURS WORKED | 6 | 8 | 8 | 8 | 8 | | |
| HOURS TRAVELED | 4 | | | | 4 | | |

WARRANTY   YES ☒  NO ☐

SERVICE REQUESTED: _Install new BND-34S5 machine. Program, Set up, and train customer on running (7) parts numbers in acceptable cycle times._

SERVICE PERFORMED: _Leveled machine to specification and verified correct 208 voltage power. All machine functions work properly. Ran all (7) different parts is acceptance cycle times. Training with operator went well._

REMARKS: _____

SERVICED BY: (Serviceman Signature)

APPROVED BY: (Customer Signature)

CUSTOMER COPY

MMU0017555

4

## **Warranty Agreements**

 Miyano Machinery Inc.

Main Office
940 N. Central Avenue
Wood Dale, Illinois 60191
(630) 766-4141

MIYANO MACHINERY INC.
STANDARD WARRANTY POLICY FOR ALL NEW MIYANO MACHINES

In consideration for inspection, servicing and compensation exchanged, the adequacy of which is hereby acknowledged, MIYANO MACHINERY INC., (hereinafter "MIYANO") warrants to Buyer and Buyer agrees to the following limited warranty. MIYANO warrants that all MIYANO machinery shall be free from defects in material and workmanship for a period of twelve (12) months from the date of delivery.

During the period of warranty, MIYANO shall repair or replace at its sole discretion and at no charge to Buyer all machinery parts that do not conform to this warranty. MIYANO shall be under no obligation to perform under this warranty until ten (10) days after MIYANO has received written notice from Purchaser of an alleged defect and has determined upon reasonable inspection that a defect exists.

The foregoing twelve (12) month warranty shall not be extended or changed by MIYANO's furnishing any replacements, additions, attachments, accessories or repairs to the machinery subsequent to the date of delivery. No person or dealer is authorized to amend or expand this warranty or grant any other warranty on behalf of MIYANO. This limitation of remedy has been negotiated by MIYANO and purchaser, is deemed to be adequate by both parties, and is intended by the parties to survive even if the remedy is claimed to have failed of its essential purpose.

MIYANO'S WARRANTY HEREIN IS IN LIEU OF AND EXCLUDES ALL OTHER REPRESENTATIONS, PROMISES, AFFIRMATIONS OF FACT AND WARRANTIES, WHETHER EXPRESS, IMPLIED, OR STATUTORY, OR OTHERWISE CREATED UNDER APPLICABLE LAW, INCLUDING, BUT NOT LIMITED TO, THE WARRANTY OF MERCHANTABILITY AND THE WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT SHALL MIYANO OR MIYANO MACHINERY CO., LTD., OR ANY OF THEIR SUBSIDIARIES BE LIABLE FOR SPECIAL, COMPENSATORY, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, WHETHER ARISING IN CONTRACT OR IN TORT OR BY STATUTE, INCLUDING BUT NOT LIMITED TO LOSS OF PROFITS OR ANY OTHER ECONOMIC LOSS, WHETHER OR NOT CAUSED BY OR RESULTING FROM THE NEGLIGENCE OF MIYANO. THIS WARRANTY SHALL NOT APPLY TO THE PORTIONS OF THE MACHINERY NOT MANUFACTURED BY MIYANO MACHINERY CO., LTD. MIYANO SHALL ASSIGN TO PURCHASER SUCH WARRANTIES AS MIYANO SHALL RECEIVE FROM THE MANUFACTURER OF SUCH PORTIONS OF THE MACHINERY WHICH ARE MANUFACTURED BY MANUFACTURERS OTHER THAN MIYANO MACHINERY CO., LTD., OF JAPAN. SUCH PORTIONS OF THE EQUIPMENT SHALL BE COVERED BY A SEPARATE WARRANTY BY SUCH MANUFACTURERS. IN ADDITION, THIS WARRANTY SHALL NOT APPLY TO ANY MACHINERY OR PORTIONS THEREOF

MMU0022108



WHICH HAVE BEEN SUBJECTED TO ABUSE, MISUSE, IMPROPER INSTALLATION, MAINTENANCE OR OPERATION, ELECTRICAL FAILURE OR ABNORMAL CONDITIONS, INCLUDING, BUT NOT LIMITED TO ABNORMAL MOISTURE, TEMPERATURE, DIRT, OR CORROSIVE MATTER, AND TO MACHINERY WHICH HAS BEEN TAMPERED WITH, ALTERED, MODIFIED, REPAIRED OR REWORKED BY ANYONE NOT APPROVED BY MIYANO. MIYANO'S SOLE EXCLUSIVE LIABILITY UNDER THIS WARRANTY SHALL BE TO REPLACE OR REPAIR AT ITS SOLE DISCRETION ANY DEFECTIVE MACHINERY OR PART THEREOF. BY ACCEPTANCE OF THIS LIMITED WARRANTY BUYER WAIVES ALL PREVIOUS CLAIMS IN TORT OR CLAIMS FOR BREACH OF ANY PREVIOUS WARRANTY ARISING FROM ANY PRIOR FAILURE OF THE MIYANO MACHINE REPAIRED OR INSPECTED.

MIYANO MACHINERY INC.                        DATE:_____

BY: _Henry Marchionne_                       BUYER:_____
                                                      (Company Name)
DATE OF DELIVERY:_____

NAME OF MODEL:_____              BY:_____
                                                      (Signature)
MACHINE SERIAL NO:_____

(1-98)

MMU0022109

**Time Studies**



**Miyano Machinery Inc.**
Main Office
940 N. Central Avenue
Wood Dale, Illinois 60191
Phone: (630) 766-4141
Fax: (630) 616-6025

| | | |
|---|---|---|
| TIME STUDY | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Customer | : Wolverine | OP 20 | Ref No | : | | |
| Distributor | : | | Date | : | 5/20/2003 | |
| Part Name | : Gear…wrench | | Machine Model | : | LZ-01R | |
| Part No. | : | | Cycle Time | : | 16.8 | sec |
| Material | : 6140 | | Max Spindle Speed | : | 5000 | rpm |
| Stock Size | : 18 mm wrench | | Drawn By | : | | |
| | | | | | (inch) | |

| No. | TRT NO. | SP DL | OVL P | Description | Max Dia. | Min Dia. | S.F. Speed (fpm) | Spindle Speed (RPM) | Cutting Length (Inch) | Feed (IPR) | Cutting Time (Sec) | Idle Time (Sec) | Total (sec) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | | Load/Unload | 0.000 | 0.000 | 0 | 0 | 0 | 0 | 0.0 | 5.0 | 5.0 |
| 2 | 2 | | | Facing/O.D. | 1.060 | 1.037 | 600 | 2185 | 0.3 | 0.004 | 2.1 | 3.0 | 5.1 |
| 3 | 2 | | | O.D Turn | 0.930 | 0.930 | 800 | 3286 | 0.15 | 0.006 | 0.5 | 3.0 | 3.5 |
| 4 | 3 | | | I.D. Chamfer | 0.900 | 0.650 | 800 | 3943 | 0.125 | 0.006 | 0.3 | 3.0 | 3.3 |
| | | | | Sub total | | | | | | | | | 16.8 |
| | | | | Overlap time | | | | | | | | | 0.0 |
| | | TOTAL | | | | | | | | | | | 16.8 |

Note:   This time study is based on estimated cutting conditions, actual cutting conditions may vary.

| QTY. | OPTIONS NEEDED |
|---|---|
| 1 | CHIP CONVEYOR |
| | X-SPINDLE UNIT |
| | Z-SPINDLE UNIT |
| | Y-SPINDLE UNIT |
| | SLOT MILLING UNIT |
| | 3-JAW POWER CHUCK SYSTEM |
| | AIR BLOW SYSTEM (MAIN-SPINDLE) |
| | AIR BLOW SYSTEM (SUB-SPINDLE) |
| | SPINDLE ORIENTATION (ONE POSITION) |
| | LONG SHAFT WORK |
| | SPINDLE INNER COOLANT |
| | MAGAZINE BAR FEED INTERFACE |

MMU0017522

7

## **3-Ring Binders**



**Company Checks**

**Packing Slips**



**Invoices**

ACCOUNTING COPY

**MIYANO MACHINERY INC.**
**940 N. CENTRAL AVE.**

**WOOD DALE**          IL    60191                                              1
Ph 630-766-4141          Fax  630-860-7266

REMIT TO

**MIYANO MACHINERY INC.**
**940 N. CENTRAL AVENUE**
**WOOD DALE, IL 60191**

# I N V O I C E

F.E.I.N. 36-2819883

| Bill To | Ship To |
|---|---|
| 441314 | 483130 |
| TRW AUTOMOTIVE* | TRW - SSEG LSD STERLING PLANT |
| P.O. BOX 94885 | 34201  VAN DYKE |
| | |
| CLEVELAND        OH  44101-4885 | STERLING HTS.      MI    48312 |
| | ATTN: STORE SUPPLY |

| Location | Order Date | Ship Date | Invoice Date | Terms | Ship Via |
|---|---|---|---|---|---|
| 1 | 02/19/2003 | 06/26/2003 | 06/26/2003 | NET 30 | DK TRANS-COLLECT |

| Reference | Invoice Number | Type | Ordered By | Dealer PO | Customer PO | Order Num |
|---|---|---|---|---|---|---|
| | 67564 | INVOICE | | | A1701116620 | 41613 |

| Product | Description | Quantity | Price | Gross | Discount | Net |
|---|---|---|---|---|---|---|
| MACHINE REPAIR | IN HOUSE REPAIR   REBUILD OF BNC-34T, S/N BN3275TU. | 1 | ■ | ■ | 0.00 | ■ |
| FREIGHT | SHIPPING DK TRANSPORTATION(BRIGADOON) | 1 | 0.00 | 0.00 | 0.00 | 0.00 |

**Invoice total**   ■

**Notes**



Signed By: _____

Service Charge: Invoice amount must be received by Miyano ON OR BEFORE 07/26/2003
or a service charge of 1.5% will be charged per month and your account
will be placed on CREDIT HOLD.

Doc#: ADA-F1611-SctReport3                    Rev#: 1/25 Jul 2002

AMT
The Association for Manufacturing Technology
100 Years of Building Global Productivity

**ISO 9002**
**Certificate Number 35819**

Exhibit K

ACCOUNTING COPY

**MIYANO MACHINERY USA INC.**
**940 N. CENTRAL AVE.**

1

WOOD DALE      IL    60191
Ph 630-766-4141     Fax 630-860-7266

 **AMT**
The Association For Manufacturing Technology
100 Years of Building Global Productivity

REMIT TO

MIYANO MACHINERY USA INC.
1867 SOLUTIONS CENTER
CHICAGO, IL 60677-1008

# INVOICE

F.E.I.N. 36-2819863

| Bill To | Ship To |
|---|---|
| 067081 | 067081 |
| APPLIED INDUSTRIAL TECHNOLOGIES | APPLIED INDUSTRIAL TECHNOLOGIES |
| P.O. BOX 361580 | 623 INDUSTRIAL PARK DRIVE |
| ADDRESS ID 21469391 | |
| CLEVELAND     OH   44136 | IRON MOUNTAIN    MI   49801 |

| Location | Order Date | Ship Date | Invoice Date | Terms | Ship Via |
|---|---|---|---|---|---|
| 1 | 2/6/2006 | 2/7/2006 | 2/7/2006 | NET 30 | UPSCOL 457148 |

| Reference | Invoice Number | Type | Ordered By | Dealer PO | Customer PO | Order Num |
|---|---|---|---|---|---|---|
| | 91770 | INVOICE | CHRIS BROWN | | 0314135947 | 56744 |

| Product | Description | Quantity | Price | Gross | Discount | Net |
|---|---|---|---|---|---|---|
| 6003P4 | BALL BEARING | 4 | 75.00 | 300.00 | 0.00 | 300.00 |
| FREIGHT | SHIPPING UPS# 1Z6030830345896989 | 1 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice total     300.00



Notes    UPS GROUND COLLECT

MIYANO MACHINERY USA INC.

Signed By: _____

Service Charge: Invoice amount must be received by Miyano ON OR BEFORE 3/9/2006
or a service charge of 1.5% will be charged per month and your account
will be placed on CREDIT HOLD.

Doc#: ADA-F1611-SctReprort3        Rev#: 1 / 25 Jul 2002

MMU0022034

**Envelopes**



## Folders Distributed to Customers



**Awards presented by Miyano USA**



**Advertisements**

**SHOP** *solutions*

"My dad's been in the oilfield machining and tool-rental businesses for 28 years. He tells me he can't remember a time when there's been this much activity," Kyle Stutes says.

"Oil is getting much harder to find," Brad Stutes points out, "so the technology has stepped up to allow much deeper wells. That means a lot more tools are put into each drill hole, and that helps our industry. As the holes get deeper, the inspections get tougher. There's more manufacturing and a lot more repairs to do. It's a crunch at times to keep up with what's coming in."

As problems go, too much work is a nice one to have. With business booming, father and son are tackling their situation head-on. They've invested in a pair of large-bore Haas TL-4 CNC Toolroom Lathes. Fea-



Photo Courtesy Richard Berry, Haas Automation

**Using large-bore TL-4 CNC Toolroom Lathes with 10.81" (275-mm) diam through-bore and Intuitive Programming enables Gulf Coast Machine's inexperienced machinists to outperform traditional manual machining in quality and volume.**

turing a 10.81" (274.5-mm) diam through-bore, front and rear chuck capability, and a 35 × 80" (889 × 2032-mm) maximum cutting capacity, the machines are especially suited for oilfield operations. Gulf Coast purchased two of the first TL-4s to come off the Haas production line in California.

"These machines have changed everything," says Kyle Stutes.

**"Manual threading on a hollow-spindle machine is tough work."**

Oilfield shops have been adopting NC equipment since the late 1970s. Gulf Coast installed its first CNC machine, a Haas SL-30 lathe, back in 2001, but the large-bore



**WHEN PRODUCTIVITY COUNTS, NOTHING BEATS A MIYANO**

*39 different models, all designed for maximum productivity*
*From two-axis to twelve-axis turning*
*From 0.5" to 2.5" stock*



The World Leader in Precision

**For more information:**
Tel    630-616-6041
Fax   630-616-6025
Web   www.miyano-usa.com

North American Headquarters - Wood Dale, Illinois
World Headquarters - Nagano, Japan | European Headquarters - Düsseldorf, Germany
Additional Branch Offices - Shanghai, China | Rizal, Philippines | Kowloon, Hong Kong | Bangkok, Thailand

Circle 5

46    www.sme.org/**manufacturingengineering** • February 2008

16

**Building Signage**





**Shirts**







**Trade Shows**







**Website**

