# Exhibit 71

| | |
|---|---|
| To: | Thomas T. Miyano (vern@francissenpatentlaw.com) |
| Subject: | TRADEMARK APPLICATION NO. 77371395 - M - HTC07-002TM |
| Sent: | 4/25/2008 8:36:54 PM |
| Sent As: | ECOM110@USPTO.GOV |
| Attachments: | Attachment - 1<br>Attachment - 2<br>Attachment - 3<br>Attachment - 4<br>Attachment - 5 |

### UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**:  77/371395

**MARK**: M

**\*77371395\***

**CORRESPONDENT ADDRESS**:
VERNON W. FRANCISSEN
53 W JACKSON BLVD STE 1320
CHICAGO, IL 60604-4174

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/main/trademarks.htm

**APPLICANT**:     Thomas T. Miyano

**CORRESPONDENT'S REFERENCE/DOCKET NO**:
     HTC07-002TM

**CORRESPONDENT E-MAIL ADDRESS**:
     vern@francissenpatentlaw.com

NOTICE OF SUSPENSION

**ISSUE/MAILING DATE**: **4/25/2008**

**SUSPENSION PROCEDURE**: This suspension notice serves to suspend action on the application for the reason(s) specified below. No response is needed. However, if you wish to respond to this notice, you should use the "Response to Letter of Suspension" form found at http://teasroa.uspto.gov/rsi/rsi. The Office will conduct periodic status checks to determine if suspension remains appropriate.

Action on this application is suspended pending the disposition of:

- Application Serial No(s). **77-176918**

Since applicant's effective filing date is subsequent to the effective filing date of the above-identified application(s), the latter, if and when it registers, may be cited against this application in a refusal to register under Section 2(d) of the Trademark Act, 15 U.S.C. §1052(d). See 37 C.F.R. §2.83; TMEP §§1208 et seq. A copy of information relevant to this pending application is attached.

Applicant may submit a request to remove the application from suspension to present arguments related to the potential conflict between the relevant application(s) or other arguments related to the ground for suspension. TMEP §716.03. Applicant's election not to present arguments during suspension will not affect the applicant's right to present arguments later should a refusal in fact issue. If a refusal does issue, applicant will be afforded 6 months from the mailing or e-mailing date of the Office action to submit a response. 15 U.S.C. §1062(b); 37 C.F.R. §2.62.

- Cancellation **re: Reg. No. 1217317**

The above registration is cited below as a bar to applicant's registration under Section 2(d) of the Trademark Act. 15 U.S.C. §1052. Therefore, action is suspended pending the final disposition of this proceeding. See 37 C.F.R. §2.83; TMEP §§716.02(a), (c) and (d), 1208 et seq.


SECTION 2(d) REFUSAL – LIKELIHOOD OF CONFUSION

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 1217317. Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq*. See the enclosed registration.

The registered mark has the same "M"-with-wings design that is the subject of the present application. The goods listed in the registration are "power lathes, and bar feeders therefor." The goods listed in the application are "Machines and machine tools for the cutting and forming of materials." Since the machine tools could include power lathes, the respective goods are very similar if not identical. Given the similarity of the goods and marks, there is a likelihood of confusion.

Although applicant's mark has been refused registration, applicant may respond to the refusal by submitting evidence and arguments in support of registration.

It is noted that the owner of the cited registration is Miyano Machinery Inc., while the applicant is Thomas T. Miyano. If the mark in the cited registration has been assigned to applicant, applicant can provide evidence of ownership of the mark by satisfying one of the following:

(1) Record the assignment with the Assignment Services Division of the Office and provide a written statement to the trademark examining attorney that the assignment has been duly recorded;
(2) Submit copies of documents evidencing chain of title; or

MMU0022135

(3) Submit the following statement, verified with an affidavit or signed declaration under 37 C.F.R. §2.20: "Applicant is the owner of U.S. Registration No. 1217317."

TMEP §812.01; *see* 15 U.S.C. §1060; 37 C.F.R. §§3.25, 3.73; TMEP §502.02(a).

/StevenFine/

Trademark Attorney

Law Office 110

(571) 272-9158

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov. When conducting an online status check, print and maintain a copy of the complete TARR screen. If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

Print: Apr 24, 2008                          73328921

## DESIGN MARK

**Serial Number**
73328921

**Status**
CANCELLATION PENDING

**Word Mark**
M MIYANO

**Standard Character Mark**
No

**Registration Number**
1217317

**Date Registered**
1982/11/23

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
MIYANO MACHINERY INC. CORPORATION ILLINOIS 940 NORTH CENTRAL AVENUE WOOD DALE ILLINOIS 60191

**Goods/Services**
Class Status -- ACTIVE.  IC 007.  US  023.  G & S: Power Lathes, and Bar Feeders Therefor.  First Use: 1970/01/00.  First Use In Commerce: 1970/01/00.

**Description of Mark**
The mark is composed of the word Miyano with the double winged letter "M" superimposed in a triangle.

**Filing Date**
1981/09/21

**Examining Attorney**
UNKNOWN

**Attorney of Record**
GEORGE H. KOBAYASHI

MMU0022137



MMU0022138

Print: Apr 24, 2008              77176918

**DESIGN MARK**

**Serial Number**
77176918

**Status**
OPPOSITION PENDING

**Word Mark**
M MIYANO

**Standard Character Mark**
No

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Miyano Machinery USA Inc. CORPORATION ILLINOIS 940 N. Central Avenue Wood Dale ILLINOIS 60191

**Goods/Services**
Class Status -- ACTIVE. IC 037. US 100 103 106. G & S: Repair and refurbishing services in connection with machines and machine tools, namely, turning centers, lathes, vertical machining centers and all parts therefor. First Use: 1970/01/01. First Use In Commerce: 1970/01/01.

**Prior Registration(s)**
1217317;1473925;1527809

**Description of Mark**
The mark consists of the wording Miyano with double winged letter "M" superimposed on a triangle.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2007/05/09

**Examining Attorney**
CHUO, EMILY

**Attorney of Record**

-1-

MMU0022139

Print: Apr 24, 2008                              77176918

George H. Kobayashi

-2-

MMU0022140



MMU0022141