# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Miyano Machinery USA Inc., <br><br> Plaintiff, <br><br> v. <br><br> MiyanoHitec Machinery, Inc., <br> Thomas ("Tom") Miyano, a/k/a Toshiharu Miyano <br> and Steven Miyano, a/k/a Shigemori Miyano, <br><br> Defendants <br><br>―――――――――――――――――――――― <br><br> MiyanoHitec Machinery, Inc., <br> Thomas ("Tom") Miyano, a/k/a Toshiharu Miyano <br> and Steven Miyano, a/k/a Shigemori Miyano, <br><br> Counterclaim-Plaintiffs <br><br> v. <br><br> Miyano Machinery USA Inc. <br>   Counterclaim-Defendant, and <br><br> Miyano Machinery Inc., <br>   Third-Party Defendant | Civil Action No. **08 C 526** <br><br> Hon. Virginia Kendall <br><br> Magistrate Judge Nolan <br><br><br> **JURY TRIAL DEMANDED** |

# EXHIBIT LIST

Exhibit 42: Deposition Transcript of Thomas Miyano

Exhibit 43: Deposition Transcript of Henry Marchionne

Exhibit 44: Sample MIYANO Warranty Policy

Exhibit 45: Sample MIYANO Advertisements

Exhibit 46:   (a) Plaintiff's Response to Defendants First Set of Interrogatories 1-14

  (b) Exhibits A and B to Plaintiff's Response to Interrogatories 1-14

Exhibit 47: Section 8 and 15 Affidavit for the Triangle Winged M Registration Signed by Thomas Miyano

Exhibit 48: Deposition Transcript of Olczak

Exhibit 49: Sample Service Reports

Exhibit 50: Deposition Transcript of Steven Miyano

Exhibit 51: Transcript of February 7, 2008 Motion Call before Judge Kendall

Exhibit 52: Defendants Response to Plaintiff's Cease-and-Desist Letter

Exhibit 53: Pictures taken on May 14, 2008 of Defendants Exhibiting at a Trade Fair

Exhibit 54: Defendants' Advertisement

Exhibit 55: Article from the Shimpo Newspaper

Exhibit 56: Application by Defendants for Registration of the Triangle Winged *H*

Exhibit 57: Rejection from the U.S. Trademark Office of the Triangle Winged *H* Application

Exhibit 58: Abandonment of the Triangle Winged *H* Application

Exhibit 59: Deposition Transcript of Saito

Exhibit 60: Defendants' "Hitec" Business Cards

Exhibit 61: Email Correspondence

Exhibit 62: Deposition Transcript of Ito

Exhibit 63: Agreements between Thomas Miyano and Miyano Machinery Inc.

Exhibit 64: Tom Miyano U.S. Trademark Application (Ser. No. 77/351,695)

Exhibit 65: MIYANO Brochure from 1996

Exhibit 66: Excerpts from Trademark Manual of Examination Procedure

Exhibit 67: Examples of Trademark Use by MMU

Exhibit 68: MIYANO Brochure from 2006

Exhibit 69: Rejection of Thomas Miyano's Trademark Application (Ser. No. 77/351,695)

Exhibit 70: Deposition Transcript of Minemura

Exhibit 71: Rejection of Thomas Miyano's Trademark Application (Ser. No. 77/371,395)

Exhibit 72: Deposition Transcript of Nagasawa

Exhibit 73: File History for MMU's Triangle Winged M Service Mark Application