# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Miyano Machinery USA Inc.

                          Plaintiff,

v.                                          Case No.: 1:08−cv−00526
                                                Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Motion hearing held regarding Plaintiff's motion to preclude defendants from calling attorney Kobayashi to testify at the preliminary injunction hearing [131]. Court will rule by mail.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.