UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Miyano Machinery USA Inc.
                          Plaintiff,

v.                                          Case No.: 1:08−cv−00526
                                               Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: After a careful review of the depositions of the other witnesses who were provided to the defendants in order to obtain information in place of deposing attorney Kobayashi, the Court finds that a short interview of attorney Kobayashi is appropriate. Plaintiff's motion to preclude the testimony of attorney Kobayashi is denied. Defendants are permitted to depose attorney Kobayashi for the limited purpose of determining the sources of information he used in the two declarations in dispute. This deposition may not exceed three hours. Telephone & Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.