UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Miyano Machinery USA Inc.
                                         Plaintiff,

v.                                                       Case No.: 1:08−cv−00526
                                                       Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

      MINUTE entry before the Honorable Nan R. Nolan: Motion hearing held on 8/7/2008 regarding Defendants' motion to compel[143]. Parties directed to meet and confer in good faith in an attempt to reach an agreement regarding Defendants' Motion to Compel [143]. Parties later requested the Court issue an order briefing Defendants' motion. Defendants' Motion to Compel [143] shall be briefed as follows: response to be filed by 08/21/08, reply brief is due by 08/29/08. Ruling is set for 09/25/08 at 9:00 a.m.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.