# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Miyano Machinery USA Inc., ) | |
|    Plaintiff, ) | |
|    v. ) | |
| MiyanoHitec Machinery, Inc., Thomas ) | Civil Action No. **08 C 526** |
| ("Tom") Miyano, a/k/a Toshiharu Miyano and ) | |
| Steven Miyano, a/k/a Shigemori Miyano, ) | Hon. Virginia Kendall |
|    Defendants ) | |
| ) | Magistrate Judge Nolan |
| ) | |
| ) | JURY TRIAL DEMANDED |
| MiyanoHitec Machinery, Inc., Thomas ) | |
| ("Tom") Miyano, a/k/a Toshiharu Miyano and ) | |
| Steven Miyano, a/k/a Shigemori Miyano, ) | |
|    Counterclaim-Plaintiffs ) | |
|    v. ) | |
| Miyano Machinery USA Inc. ) | |
|    Counterclaim-Defendant ) | |
|    and ) | |
| Miyano Machinery Inc., ) | |
|    Third Party Defendant. ) | |

**EMERGENCY REQUEST FOR STATUS HEARING**

Plaintiff respectfully requests an emergency status hearing before the Court regarding the status of plaintiff's motion for a preliminary injunction that was filed Feb. 1, 2008. The Court held an evidentiary hearing on July 18 and heard closing arguments on July 23.

The International Machine Tool Show (IMTS), the largest machine tool show in the world, opens Monday, September 8 in Chicago. At this show, defendants plan to launch or exhibit their new machine tool and otherwise interact with prospective customers of machine tools. Tens of thousands of visitors are expected at the show. This was the starting event that Plaintiff has pointed to throughout the motion. Plaintiff's motion does not seek to exclude defendants from competition or from presenting at the IMTS. Instead, plaintiff seeks to prevent competition that uses confusingly similar marks and logos.

1

Because the trade show opens Monday, plaintiff respectfully but urgently seeks a ruling from the Court on the pending motion and submits this emergency request for a status hearing.

Respectfully submitted,

Dated: September 4, 2008                    *s/ Edward Manzo*
                                                  Edward D. Manzo
                                                  Joel Bock
                                                  Louis Alex
                                                  Jason Smalley
                                                  Attorneys for Plaintiff

Edward D. Manzo   I.D. # 03124728
Joel Bock         I.D. # 00239984
Louis Alex        I.D. # 06274458
Jason Smalley     I.D. # 06287426
COOK ALEX LTD.
200 West Adams Street, Suite 2850
Chicago, IL 60606
Phone: (312) 236-8500
Fax: (312) 236-8176
emanzo@cookalex.com

**CERTIFICATE OF SERVICE**

      The undersigned declares that he/she is over the age of 18 years, not a party to this action, and employed in the County of Cook, by Cook Alex Ltd., Attorneys at Law, 200 West Adams Street, Suite 2850, Chicago, Illinois 60606. On the date listed below, I caused the filing of the foregoing document with all its attachments and exhibits. I caused the service of these aforementioned documents on the following individuals, as addressed below, by the means indicated, and on the date listed below:

| | | |
|---|---|---|
| Geoffrey A. Baker<br>Geoffrey D. Smith<br>DOWELL BAKER, P.C.<br>201 Main Street, Suite 710<br>Lafayette, Indiana 47901<br>(765) 429-4004 telephone<br>(765) 429-4114 facsimile<br>gabaker@dowellbaker.com | Robert M. Karton<br>ROBERT M. KARTON, LTD.<br>77 W. Washington St., Suite 900<br>Chicago, Illinois 60602-2804<br>(312)214-0900 telephone<br>(312)214-4230 facsimile<br>robert@karton.us | Vernon W. Francissen<br>FRANCISSEN PATENT LAW, P.C.<br>53 W. Jackson Blvd.,<br>Suite 1320<br>Chicago, Illinois 60604<br>(312)294-9980 telephone<br>(312)275-8772 facsimile<br>vern@francissenpatentlaw.com |

Nancy E. Sasamoto
Steven L. Katz
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 N. LaSalle St.
Suite 2500
Chicago, IL 60601
312-245-7500 telephone
nsasamoto@masudafunai.com
skatz@masudafunai.com

    ____   (BY HAND DELIVERY) I caused each such document to be personally delivered by hand to the Chicago, Illinois addressee(s) shown above.

    _X_  (BY ELECTRONIC MEANS) I caused this document to be electronically mailed (emailed) to Vernon W. Francissen, at the address shown above.

    _X_  (BY ELECTRONIC MEANS) I cause each such document to be sent by electronic means through the Electronic Court Filing system to Geoffrey A. Baker, Geoffrey D. Smith and Robert M. Karton, Nancy Sasamoto, and Steven Katz at the addresses shown above, pursuant to LR 5.9.

Executed on September 4, 2008 at Chicago, Illinois.

                                      Signed:    */s Edward Manzo*