# EXHIBIT 1

```
                                    7374jsmarchionne
0001
 1          IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF ILLINOIS
 2                   EASTERN DIVISION
 3
 4    MIYANO MACHINERY USA INC.,      )
                                      )
 5                 Plaintiff,         )
                                      )
 6            -vs-                    )  CIVIL ACTION
                                      )  NO. 08 C 526
 7    MIYANOHITEC MACHINERY,          )
      INC., THOMAS ("TOM") MIYANO    )
 8    a/k/a TOSHIHARU MIYANO and      )
      STEVEN MIYANO, a/k/a            )
 9    SHIGEMORI MIYANO,               )
                                      )
10                 Defendant.         )
11
12    DEPOSITION OF HENRY MARCHIONNE
13    MARCH 3, 2008 - 10:04 A.M.
14
15          The deposition of HENRY MARCHIONNE,
16    taken pursuant to the Rules of Civil Procedure
17    for the United States District Courts pertaining
18    to the taking of depositions, taken before Jerry
19    Satterlee, a Certified Shorthand Reporter within
20    and for the State of Illinois, at 77 West
21    Washington Street, Suite 900, Chicago, Illinois.
22
23
24
                                    Page 1
```

```
                         7374jsmarchionne
 5   speculation.
 6   BY THE WITNESS:
 7        A.    In India.
 8   BY MR. MANZO:
 9        Q.    What is the basis for your
10   understanding?
11        A.    I was told by Tom Miyano.
12        Q.    Do you know who he is going to have
13   produce the goods?
14        A.    As far as I know, he says it will be
15   built in India because he had told me that he was
16   going to get one in this year sometime, you know.
17   So he really doesn't have a product yet.  That is
18   why I couldn't -- can't explain to you how do I
19   know it is going to be a problem for us.  He
20   doesn't have the product on the market yet, but
21   he is going to be in the IMTS and he will have a
22   machine then at that time.  That I know will be a
23   concern to us.
24        MR. BAKER:  I move to strike.
0122
 1   BY THE WITNESS:
 2        A.    Because it may if it is an inferior
 3   product, it will hurt our name and destroy our
 4   reputation because if we are connected with it.
 5        MR. BAKER:  Are you finished?
 6        THE WITNESS:  Yes.
 7        MR. BAKER:  I move to strike everything
 8   after the first sentence of the answer as
 9   nonresponsive.
10   BY MR. MANZO:
11        Q.    Do you have an opinion as to whether
```

```
                              7374jsmarchionne
12   the presence of Tom Miyano through MiyanoHitec
13   Machinery at the forthcoming IMTS show in 2008, on
14   the assumption that he exhibits a product, a
15   turning product, will be a problem for MMU?
16         MR. BAKER:  Objection, calls for an opinion
17   from a lay witness.  Objection, also calls for
18   speculation and it is also an incomplete
19   hypothetical.
20         THE WITNESS:  Do I answer?
21   BY MR. MANZO:
22         Q.    Yes.
23         A.    I think he will because he is
24   well-known in the industry.  Everybody knows Tom
0123
 1   Miyano, all the machine tool builders.  You know,
 2   he is very well known.  They like him.  I like
 3   him too.
 4         Q.    And so your answer to the question was
 5   what?
 6         MR. BAKER:  Let's have it read back.
 7             (THE RECORD WAS READ.)
 8   BY MR. MANZO:
 9         Q.    Mr. Marchionne, what concerns does MMU
10   have with MiyanoHitec Machinery exhibiting turning
11   machines at the IMTS 2008 show?
12         MR. BAKER:  Calls for speculation.
13             Are you asking him to testify on
14   behalf of the company or are you asking his own
15   personal knowledge?
16         MR. MANZO:  At this point I am asking for
17   his personal knowledge.
```