# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Miyano Machinery USA Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. **08 C 526** |
| v. | ) | |
| | ) | Hon. Virginia Kendall |
| MiyanoHitec Machinery, Inc., | ) | |
| Thomas ("Tom") Miyano, | ) | Magistrate Judge Nolan |
| a/k/a Toshiharu Miyano and | ) | |
| Steven Miyano, a/k/a | ) | |
| Shigemori Miyano, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## NOTICE OF MOTION

Please Take Notice that on Wednesday, September 10, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendants MiyanoHitec Machinery, Inc., Thomas ("Tom") Miyano, and Steven Miyano ("MIYANOS") SHALL APPEAR BEFORE THE Honorable Judge Virginia Kendall in the courtroom usually occupied by her in the United States District Court for the Northern District Illinois, 219 South Dearborn St., 18th Floor, Chicago, Illinois, to present DEFENDANTS' EMERGENCY MOTION TO STAY PRELIMINARY INJUNCTION ORDER.

DATED:  September 8, 2008                    Respectfully submitted,

                                            /s/ Geoffrey D. Smith
                                            Robert M. Karton
                                            ROBERT M. KARTON, LTD.
                                            77 W. Washington St., Suite 900
                                            Chicago, Illinois 60602-2804
                                            (312)214-0900 telephone
                                            (312)214-4230 facsimile
                                            robert@karton.us

Vernon W. Francissen
FRANCISSEN PATENT LAW, P.C.
FRANCISSEN PATENT LAW, P.C.
53 W. Jackson Blvd., Suite 1320
Chicago, Illinois 60604
(312)294-9980 telephone
(312)275-8772 facsimile
vern@francissenpatentlaw.com


Geoffrey A. Baker
Anthony E. Dowell
Geoffrey D. Smith
Dowell Baker, P.C.
201 Main Street, Suite 710
Lafayette, Indiana 47901
(765) 429-4004 telephone
(765) 429-4114 facsimile
gabaker@dowellbaker.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing NOTICE OF MOTION was filed via the

Court's ECF system and thus also sent by email on September 8, 2008 to the following:

Edward D. Manzo
COOK, ALEX, MCFARRON, MANZO,
CUMMINGS & MEHLER, LTD.
200 West Adams Street, Suite 2850
Chicago, IL 60606

Phone:  (312) 236-8500
Fax:  (312) 236-8176

emanzo@cookalex.com

September 8, 2008                                    /s/ Geoffrey D. Smith