# Exhibit A

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3   MIYANO MACHINERY USA INC.,              )
                     Plaintiff,              )
 4                                           )
         -vs-                                )  No. 08 C 526
 5                                           )
     MIYANOHITEC MACHINERY, INC.,            )
 6   THOMAS ("TOM") MIYANO, a/k/a            )
     TOSHIHARU MIYANO and STEVEN             )
 7   MIYANO, a/k/a SHIGEMORI MIYANO,         )
                                             )
 8             Defendants.                   )
     --------------------------------        )
 9   MIYANOHITEC MACHINERY, INC.,            )
     THOMAS ("TOM") MIYANO, a/k/a            )
10   TOSHIHARU MIYANO and STEVEN             )
     MIYANO, a/k/a SHIGEMORI MIYANO,         )
11                                           )
             Counterclaim-Plaintiffs,        )
12                                           )
         -vs-                                )
13                                           )
     MIYANO MACHINERY USA INC.,              )
14                                           )
             Counterclaim-Defendant,         )
15                                           )
         and                                 )
16                                           )
     MIYANO MACHINERY, INC.,                 )
17                                           )
         Third-Party Defendant.              )
18
             -  CONFIDENTIAL - ATTORNEYS' EYES ONLY  -
19
                    The videotaped deposition of STEVEN
20   MIYANO, called by the Plaintiff for examination,
     taken pursuant to the Federal Rules of Civil
21   Procedure of the United States District Courts
     pursuant to the taking of depositions, taken before
22   Barbara A. Wichmann, C.S.R., a Notary Public within
     and for the County of Cook, State of Illinois, at
23   Suite 2850, 200 West Adams Street, Chicago, Illinois,
     on Wednesday, April 30, 2008, at the hour of
24   10:06 a.m.
```

1  Exhibit 85?  Have you seen that before?

2       A.   Maybe.

3       Q.   Maybe yes?

4       A.   It is not my business card.

5       Q.   But the question is have you seen it before?

6       MR. BAKER:   Asked and answered.

7       MR. MANZO:   Well, "maybe" could you follow by

8  "yes" or by "no."  I'm trying to figure out which.

9       MR. BAKER:   It could be followed by blank space.

10           That's the objection.

11      MR. MANZO:   Well, let me ask and find out.

12      MR. BAKER:   By all means.

13 BY MR. MANZO:

14      Q.   Do you see the enlargement at the top of

15 Exhibit 85, the top half of the exhibit?

16      A.   Yes.

17      Q.   Have you ever seen that before?

18      A.   Maybe yes.

19      Q.   Where did you get your business cards that

20 have been marked as Exhibit 86?

21      A.   We make them.

22      Q.   Where?

23      A.   In our office.

24      Q.   You produce these on site in Dundee lane?

1     A.   Yes.  It's handmade.

2     Q.   Okay.

3     MR. BAKER:  Maybe we can get you a discount for

4 your next business cards.

5     MR. MANZO:  I was thinking the same thing.

6     MR. KARTON:  If you would like to put in an

7 order.

8 BY MR. MANZO:

9     Q.   What does it mean at the top of your card in

10 the second line?

11     A.   May I?

12     Q.   Yeah.  Sure.  I think it's the same

13 language, actually; but let me hand you Exhibit 86.

14     A.   It reads, "Distributor of worldwide machine

15 supply and service for U.S.A.-based companies."

16     Q.   Yes.  What is that intended to convey?

17     A.   What is "convey"?

18     Q.   Mean.  What is it intended to mean?

19     A.   Says that it is -- we are -- MiyanoHitec

20 Machinery, a/k/a Tom & Steven Miyano Machinery, is

21 the distributor of worldwide machine supply and

22 service for U.S.A.-based companies.

23     Q.   And so when you said worldwide machine

24 supply, what does that phrase mean?

1       Q.   Okay.  And you plan to advertise in trade

2  literature -- magazines, for example, that go out

3  to --

4       A.   I can.

5       Q.   Okay.  What about fliers?

6          Do you plan on printing fliers and

7  distributing them to prospective customers?

8       A.   I could.

9       Q.   Do you plan to?

10      A.   Currently, no.

11      Q.   Do you plan to advertise in magazines?

12      A.   Currently I have no plans.

13      Q.   Do you plan to have product literature that

14  describes product?

15      A.   I do plan to.

16      Q.   Do you have any in existence yet?

17      A.   No.

18      Q.   Are you producing that yourself, or is

19  somebody else producing that trade literature --

20      A.   I have no idea.

21      Q.   -- product literature?

22          You are not aware of any product literature

23  for the CNC machine, or the CW machine; is that

24  right?

1      A.   I'm not aware of any product literature for

2  the CW machine.

3                (Deposition Exhibit No. 89 was marked

4                for identification.)

5  BY MR. MANZO:

6      Q.   Exhibit 89.  Mr. Miyano, have you ever seen

7  the document that's been marked as Exhibit 89?

8      A.   I think I have seen similar things.

9           I do not recall everything.

10     Q.   Do you see at the bottom where it talks

11  about the Chicago Minority Development Council?

12     A.   Yes.

13     Q.   Is MHU a member of that?

14     A.   Yes.

15     Q.   By the way, when you signed up to be a

16  member of that, did you sign up as Tom & Steven

17  Miyano Machinery?

18     A.   I do not remember.

19     Q.   Maybe yes and maybe no?

20     A.   Maybe yes and maybe no.

21     Q.   So it might have been MiyanoHitec Machinery,

22  Inc.?

23                (Exit Mr. Tom Miyano.)

24     MR. BAKER:  I think the answer was "I don't



DEPOSITION
EXHIBIT
# 86
4/30/08 k.

**⌐MF Tom & Steven Miyano Machinery**
( MIYANOHITEC MACHINERY, INC. )

🇺🇸 Headquarter

Certified Member of Chicago Minority Business Development Council, Inc. (CMBDC)
Distributor of World Wide Machine supply and service for USA Based Companies

Steven S. Miyano
President

50 Dundee Lane, Barrington Hills, Illinois 60010-5106 USA
T:847-382-2794   mobile-US:847-612-3079
F:847-382-4928   mobile-JPN:090-6139-6011   mail to : miyano@miyanohitec.com

*We are NOT affiliated with Miyano Machinery, Inc. and Miyano Machinery USA, Inc. in any way.

# Exhibit B



International Manufacturing Technology Show
McCormick Place, Chicago
September 8-13, 2008

# INVOICE

T.I.N.  52-0859087

7901 Westpark Drive
McLean, VA 22102
Phone  800-828-7469    Fax  703-827-5214

**I N V O I C E**

Page 1 of 1
12/10/2007

**BILL TO :** 00050577
Attn: Accounts Payable
MIYANOHITEC MACHINERY, INC.
50 Dundee Lane
Barrington Hills, IL  60010

**SHIP TO :** 00050577
MIYANOHITEC MACHINERY, INC.
50 Dundee Lane
Barrington Hills, IL  60010

**Contact :**    Mr. Steven S. Miyano

## 2008 International Manufacturing Technology Show

**Invoice :**    40012875          **PO :**                              **Order No :**   4000012407

| Booth | Length | Depth | Area | Rate | Booth Cost |
|-------|--------|-------|------|------|------------|
| A-8064 | 30 FT | 30 FT | 900  SQFT | $28.00 | $25,200.00 |

**PAYMENT SCHEDULE**                              **Total Paid to Date :**    $10,080.00

| Payment | Date Due | Payment Amount | Total Amount | Balance |
|---------|----------|----------------|--------------|---------|
| 1 | 11/1/2006 | $2,520.00 | $2,520.00 | $0.00 |
| 2 | 4/15/2007 | $7,560.00 | $10,080.00 | $0.00 |
| 3 | 1/15/2008 | $7,560.00 | $17,640.00 | $7,560.00 |
| 4 | 4/15/2008 | $7,560.00 | $25,200.00 | $15,120.00 |

## Payment Reminder

Thank you for your prompt payment.

| | | | |
|---|---|---|---|
| Order No : | 4000012407 | Balance Due As of 01/15/2008 | $7,560.00 |
| Invoice : | 40012875 | | |
| Bill Customer Number : | 00050577 | MIYANOHITEC MACHINERY, INC. | |
| Ship Customer Number : | 00050577 | MIYANOHITEC MACHINERY, INC. | |

Payment Amount:  $7560.00    ___ Check    ___ American Express    ___ Visa    ___ MasterCard

CC # _____    Exp. Date _____    CC Holder Signature _____

Send payment to:
    AMT/IMTS
    P.O. Box 41554
    Baltimore, MD 21203-6554

MHU000496

# <u>Exhibit C</u>



# Exhibit D



## Exhibitor List

Exhibitors confirmed as of August 18, 2008.

| EXHIBITOR | BOOTH # |
|---|---|
| **A** | |
| Absolute Machine Tools, Inc. | A-8252 |
| AFM-Machine Tool Builders Assn of Spain | A-8272 |
| Agie Charmilles | A-8343 |
| Alfing Corporation | A-8462 |
| Amada Wasino America, Inc. | A-8545 |
| Amsonic | A-8358 |
| AMT - The Association For Manufacturing Technology | A-8300 |
| Association of Yuhuan Machine Tool Industry | A-8670 |
| **B** | |
| Bardons & Oliver, Inc. | A-8009 |
| Bertsche | A-8044 |
| Bohle Machine Tools, Inc. | A-8462 |
| Breton S.p.A | A-8616 |
| Breuning Irco | A-8775 |
| Bridgeport | A-8032 |
| Brother International Corporation | A-8247 |
| BTB Transfer SrL | A-8466 |
| Buffoli - North America | A-8068 |
| Buffoli Transfer SpA | A-8068 |
| **C** | |
| C C P I T Machinery Sub-Council | A-8670 |
| Capgold International Trading (T.J.) Co. Ltd. | A-8670 |
| Chevalier Machinery, Inc. | A-8286 |
| China Aviation Industry Standard Parts Manufacturing Co., Lt | A-8670 |
| China National Guizhou Aviation Industry (Group) Co., Ltd. | A-8670 |
| China National Machine Tool Corp. | A-8268 |
| Chiron America, Inc. | A-8659 |
| Clausing Industrial, Inc. | |
| CMS North America, Inc. | A-8020 |
| CNC Systems, Inc. | A-8779 |
| Cubic Machinery, Inc. | A-8286 |
| Cutting Tool Engineering Magazine | A-8166 |
| **D** | |
| Dah Lih Machinery Industry Co. Ltd. | A-8047 |
| Dalian Machine Tool Group Co., Ltd. | A-8369 |
| DMG America Inc. | A-8501 |

| EXHIBITOR | BOOTH # |
|---|---|
| **M** | |
| MAG +FMS+ | A-8218 |
| MAG Boehringer | A-8218 |
| MAG Cincinnati | A-8218 |
| MAG Cincinnati Automation | A-8218 |
| MAG Fadal | A-8218 |
| MAG Giddings & Lewis | A-8218 |
| MAG Hessapp | A-8218 |
| MAG Huller Hille | A-8218 |
| MAG Industrial Automation Systems | A-8218 |
| MAG Maintenance Technologies | A-8218 |
| MAG Powertrain | A-8218 |
| MAG Turmatic Systems | A-8218 |
| MAG Witzig & Frank | A-8218 |
| Magna Machine Co. | A-8578 |
| Maier USA | A-8043 |
| Maintenance Service Corp. | A-8162 |
| Makino Inc. | A-8301 |
| Marubeni Citizen-Cincom, Inc. | A-8560 |
| Marubeni Citizen-Cincom, Inc. CA | A-8560 |
| Marubeni Citizen-Cincom, Inc. IL | A-8560 |
| MasterTask Training | A-8040 |
| Matsuura Machine Corp. | A-8517 |
| Mazak Corporation | A-8101 |
| Mecolpress S.P.A. | A-8637 |
| Methods Machine Tools, Inc. | A-8517 |
| MICRO Manufacturing Magazine | A-8166 |
| Mighty U.S.A. Inc. | A-8058 |
| Milltronics CNC Machines | A-8729 |
| Mitsubishi Heavy Industries America, Inc. | A-8247 |
| Mitsui Seiki (USA) Inc. | A-8767 |
| Miyano Machinery USA, Inc. | A-8717 |
| MIYANOHITEC MACHINERY, INC. | A-8064 |
| Monster Accessories | A-8701 |
| Mori Seiki USA, Inc. | A-8400 |
| Morris Turbine Group | A-8701 |
| MTA International | A-8775 |
| MTE Machine Tool Engineering, S.A. | A-8578 |
| Murata Machinery USA, Inc.-Machine Tools Division | A-8150 |
| **N** | |