UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Miyano Machinery USA Inc.
                      Plaintiff,

v.                                    Case No.: 1:08−cv−00526
                                        Honorable Virginia M. Kendall

MiyanoHitec Machinery, Inc., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 12, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held. Defendants' motion to stay the preliminary injunction order [154] is granted in part and denied in part as outlined in open court. Plaintiff shall post a bond of $;40,000.00. The parties are directed to submit an agreed draft order by close−of−business today.Advised in open court(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.