**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Miyano Machinery USA Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. **08 C 526** |
| v. ) | |
| ) | Hon. Virginia Kendall |
| MiyanoHitec Machinery, Inc., ) | |
| Thomas ("Tom") Miyano, a/k/a Toshiharu ) | Magistrate Judge Nolan |
| Miyano and Steven Miyano, a/k/a ) | |
| Shigemori Miyano, ) | |
| ) | |
| Defendants ) | **JURY TRIAL DEMANDED** |
| ) | |
| ) | |
| MiyanoHitec Machinery, Inc., ) | |
| Thomas ("Tom") Miyano, a/k/a Toshiharu ) | |
| Miyano and Steven Miyano, a/k/a ) | |
| Shigemori Miyano, ) | |
| ) | |
| Counterclaim-Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| Miyano Machinery USA Inc. and ) | |
| Miyano Machinery Inc., ) | |
| ) | |
| Counterclaim-Defendants ) | |

## NOTICE OF BOND

PLEASE TAKE NOTICE that on September 12, 2008, we caused to be deposited with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiff Miyano Machinery USA, Inc.'s bond in the amount of $40,000.00, pursuant to Minute Order No. 158 dated September 12, 2008. A file stamped copy of the bond along with Liberty Mutual Insurance Company's power of attorney is attached here to as Exhibit A.

1

2

Dated: September 12, 2008               Respectfully Submitted,


                                        */s/ Jason Smalley*
                                        Edward D. Manzo (ID #03124728)
                                        Joel Bock (ID #00239984)
                                        Louis J. Alex (ID #06274458)
                                        Jason R. Smalley (ID 6287426)

                                        COOK, ALEX, McFARRON, MANZO,
                                        CUMMINGS & MEHLER, LTD.
                                        200 West Adams Street, Suite 2850
                                        Chicago, IL 60606
                                        Phone: (312) 236-8500
                                        Fax: (312) 236-8176
                                        lalex@cookalex.com

                                        Attorneys for Plaintiff
                                        Miyano Machinery USA, Inc.

**CERTIFICATE OF SERVICE**

The undersigned declares that he/she is over the age of 18 years, not a party to this action, and employed in the County of Cook, by Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd., Attorneys at Law, 200 West Adams Street, Suite 2850, Chicago, Illinois 60606.

On the date listed below, I caused the filing of the foregoing with all its attachments and exhibits. I caused the service of these aforementioned documents on the following individuals, as addressed below, by the means indicated, and on the date listed below:

| | | |
|---|---|---|
| Geoffrey A. Baker | Robert M. Karton | Vernon W. Francissen |
| Geoffrey D. Smith | ROBERT M. KARTON, LTD. | FRANCISSEN PATENT LAW, P.C. |
| DOWELL BAKER, P.C. | 77 W. Washington St., Suite 900 | 53 W. Jackson Blvd., |
| 201 Main Street, Suite 710 | Chicago, Illinois 60602-2804 | Suite 1320 |
| Lafayette, Indiana 47901 | (312)214-0900 telephone | Chicago, Illinois 60604 |
| (765) 429-4004 telephone | (312)214-4230 facsimile | (312)294-9980 telephone |
| (765) 429-4114 facsimile | robert@karton.us | (312)275-8772 facsimile |
| gabaker@dowellbaker.com | | vern@francissenpatentlaw.com |

Nancy E. Sasamoto
Steven L. Katz
George H Kobayashi
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 N. LaSalle St.
Suite 2500
Chicago, IL 60601
312-245-7500 telephone
nsasamoto@masudafunai.com
skatz@masudafunai.com
gkobayashi@masudafunai.com

  X   (BY ELECTRONIC MEANS) I caused this document to be electronically mailed (emailed) to Vernon W. Francissen, at the address shown above.

  X   (BY ELECTRONIC MEANS) I cause each such document to be sent by electronic means through the Electronic Court Filing system to Nancy Sasamoto, Steven Katz, George H Kobayashi, Geoffrey A. Baker, Geoffrey D. Smith and Robert M. Karton at the address shown above, pursuant to LR 5.9.

Executed on September 12, 2008 at Chicago, Illinois.


        Signed:      */s/ Jason Smalley*